COUNTY OF BROWARD
STATE OF FLORIDA

Personally appeared before me _____ EDWARD J. WALSH _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true, would constitute the offense herein charged, and that he has instituted this prosecution in good faith.

Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this 7 day of _____ August _____, A.D. 19 87

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

To the within Information, Defendant pleaded _____ not guilty, in writing by attorney _____

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

Case No. 87-11560CF10

IN THE

**CIRCUIT COURT**

Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA
vs.

Information for

Presented by State Attorney and Filed

August 7, 1987

ROBERT E. LOCKWOOD
Clerk of the Circuit Court
MICHAEL J. SATZ
State Attorney

1987 AUG -7 PM 3: 36
FILED FOR RECORD
17TH CIRCUIT COURT
BROWARD COUNTY, FLORIDA