## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**
        **Plaintiff,**

**v.**                                                       **Case No.        9:16-CF-80700-HURLEY**

**UNITED STATES OF AMERICA,**
        **Defendant.**
_____/

### NOTICE OF FILING APPENDICES

Plaintiff, Daniel A. Troya by and through his undersigned attorney, hereby files the

attached appendices (C through K) to his Corrected Motion to Vacate, Set Aside, or Correct

Sentence Pursuant to 28 U.S.C. § 2255.  Doc. 4.

DATED this 4th of May, 2016

                                        Respectfully Submitted,


                                        /s/ *D. Todd Doss*
                                        D. TODD DOSS
                                        Assistant Federal Defender
                                        Federal Defender's Office
                                        201 South Orange Avenue, Suite 300
                                        Orlando, FL 32801
                                        Tel: (407) 648-6338
                                        Email: todd_doss@fd.org
                                        Florida Bar No. 0910384

                                        *Counsel for Defendant Daniel Troya*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *D. Todd Doss*
D. TODD DOSS