✎AO 12
(Rev. 03/07)

**REPORT ON**
**OPERATION OF THE JURY SELECTION PLAN***
COMPLETED PURSUANT TO 28 U.S.C. § 1863(a)

| DISTRICT | | |
|---|---|---|
| | Southern District of Florida | |
| DIVISION | | If Master Wheel is Maintained for District at Large, Check Here |
| | Miami | |
| DISTRICT NUMBER | | DATE COMPLETED |
| | 113C | 02/15/2008 |

### PART I GENERAL INFORMATION:

1. This master jury wheel was last filled
| 09 | 07 | 07 |

2. The number of names then placed in the wheel was
| 2 | 5 | 0 | 0 | 0 | 0 |

3. Source of Names Was
   a) Voter registration  | X |
   b) List of actual voters  | |
   c) Other (specify)

4. Supplied by: Supervisor of Elections
   Miami Dade County

5. No. of jury divisions established in district by Jury Selection Plan ........................................................ | 5 |

### PART II SAMPLING OF RETURNED QUESTIONNAIRES:

A. (1) Date of drawing from master wheel | 09 | 25 | 07 |   (2) No. of names drawn | | 1 | 6 | 0 | 0 |

(3) Dates on which initial mailing completed | 09 | 27 | 07 |   (4) No. of forms mailed | | 1 | 6 | 0 | 0 |

B. (5) Date of sampling from returned forms | 02 | 04 | 08 |

Number of qualification forms thus far:
{ (6) Completed and returned | | 8 | 4 | 8 |
(7) Returned undeliverable by P.O. | | 1 | 4 | 0 |
(8) Not yet returned | | 6 | 1 | 2 |

(9) Analysis of sample of completed and returned questionnaire forms:

Total no. of forms in sample | | 8 | 4 | 8 |

| Race | Sex | | | | | | Total in Sample | Percent of Sample |
|---|---|---|---|---|---|---|---|---|
| | Male | % | Female | % | Unknown | % | | |
| White | 170 | 20.0 | 342 | 40.3 | | | 512 | 60.4 |
| Black or African American | 52 | 6.1 | 80 | 9.4 | | | 132 | 15.6 |
| American Indian or Alaska Native | 0 | 0.0 | 1 | 0.1 | | | 1 | 0.1 |
| Asian | 10 | 1.2 | 9 | 1.1 | | | 19 | 2.2 |
| Native Hawaiian/Pacific Islander | 1 | 0.1 | 0 | 0.0 | | | 1 | 0.1 |
| Other | 48 | 5.7 | 74 | 8.7 | | | 122 | 14.4 |
| Multi-Racial | 0 | 0.0 | 0 | 0.0 | | | 0 | 0.0 |
| Unknown | 29 | 3. | 32 | 3.8 | | | 61 | 7.2 |
| Total (by column) | 310 | 36.6 | 538 | 63.4 | | | 848 | 100% |

| Ethnicity | Sex | | | | | | Total in Sample | Percent of Sample |
|---|---|---|---|---|---|---|---|---|
| | Male | % | Female | % | Unknown | % | | |
| Hispanic or Latino | 133 | 15.7 | 324 | 38.2 | | | 457 | 53.9 |
| Non-Hispanic or Non-Latino | 148 | 17.5 | 190 | 22.4 | | | 338 | 39.9 |
| Unknown | 29 | 3.4 | 24 | 2.8 | | | 53 | 6.3 |
| Total (by column) | 310 | 36.6 | 538 | 63.4 | | | 848 | 100% |

### PART III SAMPLING OF QUALIFIED JURY WHEEL:

(If this part is reported because of a change in rules, attach an explanation of changes.)

(1) Date sample was taken | | | | |   (2) Number of names in wheel | | | | | |

(3) Analysis of sample:   Total no. of names in sample | | 3 | 0 | 3 |

| Race | Sex | | | | | | Total in Sample | Percent of Sample |
|---|---|---|---|---|---|---|---|---|
| | Male | % | Female | % | Unknown | % | | |
| White | 77 | 25.4 | 88 | 29.0 | | | 165 | 54.5 |
| Black or African American | 28 | 9.2 | 36 | 11.9 | | | 64 | 21.1 |
| American Indian or Alaska Native | 0 | 0.0 | 1 | 0.3 | | | 1 | 0.3 |
| Asian | 8 | 2.6 | 2 | 0.7 | | | 10 | 3.3 |
| Native Hawaiian/Pacific Islander | 0 | 0.0 | 0 | 0.0 | | | 0 | 0.0 |
| Other | 22 | 7.3 | 28 | 9.2 | | | 50 | 16.5 |
| Multi-Racial | 0 | 0.0 | 0 | 0.0 | | | 0 | 0.0 |
| Unknown | 8 | 1.7 | 8 | 2.6 | | | 13 | 4.3 |
| Total (by column) | 140 | 46.2 | 163 | 53.8 | | | 303 | 100% |

| Ethnicity | Sex | | | | | | Total in Sample | Percent of Sample |
|---|---|---|---|---|---|---|---|---|
| | Male | % | Female | % | Unknown | % | | |
| Hispanic or Latino | 70 | 23.1 | 94 | 31.0 | | | 164 | 54.1 |
| Non-Hispanic or Non-Latino | 61 | 20.1 | 62 | 20.5 | | | 123 | 40.6 |
| Unknown | 9 | 3.1 | 7 | 2.3 | | | 16 | 5.3 |
| Total (by column) | 140 | 46.2 | 163 | 53.8 | | | 303 | 100% |

Troya072077

AO 12 Page two
(Rev. 03/07)

## PART IV STATISTICAL COMPARISON OF JURY WHEEL SAMPLE AGAINST CITIZEN POPULATION DATA, AGE 18 OR OVER, BY RACIAL, ETHNIC, AND SEX CLASSIFICATIONS

| | This table reflects<br>( ) persons returning questionnaires, or<br>( X ) persons qualified as jurors | Number in<br>Wheel<br>Sample | Percent<br>of<br>Sample | Percent this class is<br>found in citizen<br>population of the:<br>( ) district<br>( X ) jury division |
|---|---|---|---|---|
| Racial | TOTAL | 303 | 100% | 100% |
| | White | 165 | 54.5 | 71..7 |
| | Black or African American | 64 | 21.1 | 20.6 |
| | American Indian or Alaska Native | 1 | 0.3 | 0.2 |
| | Asian | 10 | 3.3 | 1.2 |
| | Native Hawaiian or Pacific Islander | 0 | 0.0 | 0.0 |
| | Other | 50 | 16.5 | 3.2 |
| | Multi-Racial | 0 | 0.0 | 3.1 |
| | Unknown | 13 | 4.3 | |
| | Other racial or ethnic class<br>(if specified by Court) | | | |
| | | | | |
| | | | | |
| | | | | |
| Ethnic | Hispanic or Latino | 164 | 54.1 | 50.5 |
| | Non-Hispanic or Non-Latino | 123 | 40.6 | 49.5 |
| | Unknown | 16 | 5.3 | 0.0 |
| Sex | Male | 140 | 46.2 | 46.0 |
| | Female | 163 | 53.8 | 54.0 |
| | Unknown | | | |

Prepared Pool # 1101Mia 1600

Prepared by: Steven M. Larimore

For the Court

Clerk, United States District Court

Troya072078