# Daniel Troya

Draft Mitigation Maps – Part 1

May 2016



Hispanic Origin Population Distribution - 1980s Northern Chicago

Legend

- **1980s Address**
- ----- All Interstates
- —— Major Streets
- ——+ Railroads
- Rivers & Lakes

35.64%

Lake Michigan

**Hispanic Population**

**1980 Tracts**

- Less than 20.00%
- 20.01 - 40.00%
- 40.01 - 60.00%
- 60.01 - 80.00%
- More than 80.00%

Cook County - 18.19%

0   0.25   0.5   1   Miles

Sources : US Census TIGER files & STF3

Drawn by : Capital Maps , LLC













Hispanic Origin Population Distribution - 1980 Palm Beach County

Legend
- 1980s Addresses
- Schools
- West Palm City Hall
- H Hospitals
- Interstates
- Major Roads
- Roads
- Golf Courses
- Water

Hispanic Population
1980 Tracts
- Less than 20.00%
- 20.01 - 40.00%
- 40.01 - 60.00%
- 60.01 - 80.00%
- More than 80.00%

Palm Beach County = 9.09%

6.34%

24.54%

Okeechobee Blvd

Forest Hill Blvd

Atlantic Ocean

Sources: US Census TIGER files, PBC GIS & STF3 data

Drawn by: Capital Maps, LLC












## Hispanics Age 25+ with No Diploma or GED - 1980 Palm Beach County



**Legend**

- 1980s Addresses
- Schools
- West Palm City Hall
- H Hospitals
- ----- Interstates
- ——— Major Roads
- ——— Roads
- Golf Courses
- Water



**No Diploma or GED**

**1980 Tracts**

- Less than 10.00%
- 10.01 - 20.00%
- 20.01 - 30.00%
- 30.01 - 40.00%
- 40.01 - 50.00%
- More than 50.00%

Palm Beach County = 7.28%

0%

19.77%

171% higher than the county average

Atlantic Ocean

Okeechobee Blvd

Forest Hill Blvd

Sources: US Census TIGER files, PBC GIS & STF3 data

Drawn by: Capital Maps, LLC

Persons Living at or Below Poverty - 1980 Palm Beach County



**Legend**

- 1980s Addresses
- Schools
- West Palm City Hall
- H Hospitals
- Interstates
- Major Roads
- Roads
- Golf Courses
- Water



**At or Below Poverty**
**1980 Tracts**

- Less than 10.00%
- 10.01 - 20.00%
- 20.01 - 30.00%
- 30.01 - 40.00%
- 40.01 - 50.00%
- More than 50.00%

Palm Beach County = 9.80%

35% higher than the county average

13.20%

17.84%

22% higher than the county average

Okeechobee Blvd

Forest Hill Blvd

Atlantic Ocean

Sources: US Census TIGER files, PBC GIS & STF3 data

Drawn by: Capital Maps, LLC








