# Daniel Troya

Draft Mitigation Maps – Part 2

May 2016

Hispanic Origin Population Distribution 1980 Killeen, TX



**Legend**

🏠 Address

🚩 School

— Major Roads

— All Roads

Fort Hood

Area Lakes

25.23% 🏠



**Hispanic Population***

**1980 Tracts**

Less than 6.00%

6.01 - 12.00%

12.01 - 18.00%

18.01 - 24.00%

24.01 - 30.00%

More than 30.00%

Bell County = 12.92%

*Total population of Bell County
in 1980 was 19,164.

0   0.5   1        2  Miles

Sources: US Census TIGER files & STF3 Data

Drawn by: Capital Maps, LLC

Persons Living at Below Poverty - 1980 Killeen, TX



**Legend**

🏠 Address

🚩 School

— Major Roads

— All Roads

🟩 Fort Hood

🟦 Area Lakes

130% higher than the county average

30.54%



**Living Below Poverty**

**1980 Tracts**

🟫 Less than 8.00%

🟧 8.01 - 16.00%

🟨 16.01 - 24.00%

🟩 24.01 - 32.00%

🟩 32.01 - 40.00%

🟦 More than 40.00%

Bell County = 13.30%

Silhouse Hollow Lake

Sources: US Census TIGER files & STF3 Data

Drawn by: Capital Maps, LLC

# Hispanics Living at or Below Poverty - 1980 Killeen, TX



167% higher than the county average

43.22%

### Legend

- 🏠 Address
- ⚑ School
- — Major Roads
- — All Roads
- 🟩 Fort Hood
- 🟦 Area Lakes

### Hispanic Poverty
**1980 Tracts**

- 🟥 Less than 8.00%
- 🟧 8.01 - 16.00%
- 🟨 16.01 - 24.00%
- 🟩 24.01 - 32.00%
- 🟩 32.01 - 40.00%
- 🟦 More than 40.00%

Bell County = 16.21%

Sources: US Census TIGER files & STF3 Data

Drawn by: Capital Maps, LLC







Hispanic Origin Population Distribution - 1990 Palm Beach County

**Legend**

- 1990s Addresses
- Schools
- West Palm City Hall
- H Hospitals
- Interstates
- Major Roads
- Roads
- Golf Courses
- Water

**Hispanic Population**

**1990 Tracts**

- Less than 10.00%
- 10.01 - 20.00%
- 20.01 - 30.00%
- 30.01 - 40.00%
- More than 40.00%

Palm Beach County = 7.47%

Okeechobee Blvd

Southern Blvd

Forest Hill Blvd

24.54%

8.94%

Atlantic Ocean

Sources: US Census TIGER files, PBC GIS & STF3 data

Drawn by: Capital Maps, LLC



Single Mother Families - 1990 Palm Beach County













Hispanics Living at or Below Poverty - 1990 Palm Beach County

Legend

- 1990s Addresses
- Schools
- West Palm City Hall
- H Hospitals
- Interstates
- Major Roads
- Roads
- Golf Courses
- Water

Hispanic Poverty
1990 Tracts

- Less than 10.00%
- 10.01 - 20.00%
- 20.01 - 30.00%
- 30.01 - 40.00%
- 40.01 - 50.00%
- More than 50.00%

Palm Beach County = 15.36%

175% higher than the county average

42.22%    9.17%

Okeechobea Blvd

Southern Blvd

Forest Hill Blvd

Atlantic Ocean

Sources: US Census TIGER files, PBC GIS & STF3 data

Drawn by: Capital Maps, LLC











Daniel Troya History
1983-2006

Born in Chicago in April 1983 – Swedish Covenant Hospital Chicago

August 1983 - the family moves in with Daniel's paternal grandparents

1984 - the family moves to a small apartment near grandparents

93-94 Daniel's protective older sister Mariette is removed from the home by DCFS due to bruising on arms.

1984 - the family moves to Killeen after father assigned to Fort Hood – age 3

1989 - the family moves back to Florida after father's discharge from Army

1989 – Daniel attends Palm Beach Public Elementary. He is bullied throughout elementary school. Older sister Mariette defends him – often fighting bullies.

Daniel attends Kindergarten at Willow Springs Elementary – 1988.

1997 – age 13 – Daniel witnesses the shooting death of his friend John Pierre Kamel over a watch at Conniston Middle School. Danny held John's head until staff pushed him away. Later testified against shooter. Became suicidal. Shooting set in motion neighborhood gang violence.

Source: US Census TIGER files

Sources: US Census TIGER files, PBC GIS