**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL**

**INVESTIGATION #02-33532**

**DATE:**     December 16, 2002

**FROM:**     Barry E. Glover, Inspector

**TO:**     Fred Schuknecht, Inspector General

## SUBMITTED TO THE STATE ATTORNEY

Troya070290
SCANNED

## REPORT OF INVESTIGATION
## OFFICE OF THE INSPECTOR GENERAL
## DEPARTMENT OF CORRECTIONS

**INVESTIGATION # 02-33532**

**CORRECTIONAL INVESTIGATOR:** Barry E. Glover

**DATE OF REPORT:** December 16, 2002

**DATE OF INCIDENT:** November 26, 2002

**CLASSIFICATION OF COMPLAINT/INCIDENT:** Attempted Escape

**LOCATION:** Brevard Correctional Institution

**COMPLAINANT (S):** Kenyon, Andrew
Correctional Officer Lieutenant
W/M, DOB: 06/08/64

**VICTIM (S):** State of Florida

**SUBJECT (S):** Vonlydick, Erik
DC# S10111
Brevard Correctional Institution
W/M, DOB: 07/12/82

Burleson, Jeffrey
DC# W12066
Brevard Correctional Institution
W/M, DOB: 12/18/81

Troya, Daniel
DC# W14211
Brevard Correctional Institution
W/M, DOB: 04/22/83

**WITNESS (ES):** Lattimore, Mary
Correctional Officer
B/F, DOB: 12/02/70

Troya070291
SCANNED



**Investigative Report # 02-33532**
**Page 2**

Arendas, Kurt
Correctional Officer Sergeant
W/M, DOB: 07/22/71

Devlin, James
Correctional Officer Sergeant
W/M, DOB: 07/28/52

Henderson, Lawrence
Correctional Officer
W/M, DOB: 05/03/61

Schoentube, Richard
Correctional Officer Sergeant
W/M, DOB: 04/16/55

Jackson, Leonard
DC# T14546
B/M, DOB: 05/08/82

Wright, Dondre
DC# P15582
B/M, DOB: 08/19/83

Ross, Marquise
DC# T18153
B/M, DOB: 07/12/82

**CASE SUMMARY:**

On November 26, 2002, at 0323 hours, Correctional Officer Lawrence Henderson, while assigned as "J" Dormitory Housing Officer, and while conducting a security check of the fire exit door in wing #3, observed three unescorted inmates running outside of "M" Dormitory. Officer Henderson reported what he observed to the Inside Security Officer, Correctional Officer Sergeant Richard Schoentube. Sergeant Schoentube responded and apprehended Inmates Erik Vonlydick, Jeffrey Burleson and Daniel Troya behind "J" Dormitory without incident. During a search of Inmates Vonlydick, Burleson and Troya, homemade civilian clothing was found to be worn by Inmates Burleson and Vonlydick. Inmates Vonlydick, Burleson and Troya also had family photographs and addresses on their person. During a search of the "J" Dormitory roof by Correctional Officer Sergeant Kurt Arendas, a pillowcase containing a homemade screwdriver, a pair of inmate work gloves and nine sections of rope, constructed from inmate bed sheets, was recovered.

Troya070292
SCANNED

**Investigative Report # 02-33532**
**Page 3**

A search of cell #202 in "D" Dormitory, revealed that Inmates Vonlydick, Burleson and Troya, used an automotive screw jack to separate the metal windowpanes in order to exit through the window. It was also discovered that Inmates Vonlydick, Burleson and Troya constructed mannequins from inmate uniforms, with the use of toilet paper, the insides of mattresses and pillows, library books, and other clothing. The mannequins were placed into their *(Vonlydick, Burleson, Troya)* perspective assigned bunks, so that it appeared that they were present. Based on this incident, an electronic mail message was submitted to the Orlando Field Office of the Inspector General on November 26, 2002, and on the same date, this incident was assigned to Inspector Glover for investigation.

On November 26, 2002, at 0415 hours, this inspector responded to Brevard Correctional Institution. Upon my arrival, I was briefed by Lieutenant Kenyon. I processed the crime scene, took digital photographs and retained all physical evidence.

During this investigation all witnesses and recovered physical evidence supported the allegation that Inmates Vonlydick, Burleson and Troya attempted to escape from Brevard Correctional Institution. Inmates Burleson and Troya invoked their Constitutional Rights and declined to answer any questions. Inmate Vonlydick waived his Constitutional Rights and admitted to the allegation.

**SUBJECT:**    **Erik Vonlydick, DC# S10111**
**Burleson, Jeffrey, DC# W12066**
**Troya, Daniel, DC# W14211**

As a result of this investigation and analysis of the evidence, it is determined that Inmates Erik Vonlydick, Jeffrey Burleson and Daniel Troya have violated Section 944.40 *(Attempted Escape)*, Florida Statutes. This is based on the following:

- **Witness Statements:**

**Officer Lattimore** stated that while conducting a security check in Wing #1 of "D" Dormitory, she observed makeshift mannequins in the bunks of cell #202. Upon further inspection, she observed the screen removed from the window and the metal windowpanes were bent.

**Officer Henderson** stated that he observed three unescorted inmates running outside of "M" Dormitory.

**Sergeant Schoentube** stated that he observed, apprehended and identified Inmates Vonlydick, Burleson and Troya outside of "J" Dormitory. Inmates Vonlydick and Burleson were wearing homemade civilian attire when apprehended.

**Sergeant Devlin** stated that he responded with Sergeant Schoentube and assisted with the apprehension of Inmates Vonlydick, Burleson and Troya.

Troya070293
SCANNED

**Investigative Report #02-33532**
**Page 4**

**Sergeant Arendas** stated that he recovered a pillowcase containing escape paraphernalia from the roof of "J" Dormitory, in close proximity to an exterior fence of the institution.

**Inmate Ross** stated that he observed Inmates Troya, Burleson and Vonlydick exit through the window of room #202 in "D" Dormitory.

**Inmate Wright** stated that Inmate Jackson told him the other inmates were going out of the window of room #202.

**Inmate Jackson** stated that he observed an inmate on the roof outside of room #202. He informed Officer Lattimore of what he observed.

- **Written Documents:**

A review of the Housing Unit Log for "D" Dormitory revealed that Officer Lattimore conducted a security check and formal count of the "D" Dormitory at 0225 hours.

- **Subject Statement:**

**Inmate Burleson** invoked his Constitutional Rights and declined to make a statement.

**Inmate Troya** invoked his Constitutional Rights and declined to make a statement.

**Inmate Vonlydick** waived his Constitutional Rights and admitted to the attempted escape.

**ALLEGATION:**

Inmates Vonlydick, Troya and Burleson, while under sentence and commitment as inmates of the Florida Department of Corrections, and while incarcerated at Brevard Correctional Institution, attempted to escape from Brevard Correctional Institution, a state prison.

**FINDING (S):**

In her incident report of November 26, 2002, and her affidavit of December 5, 2002, Correctional Officer Mary Lattimore indicated the following:

On November 26, 2002, at 0315 hours, while assigned as "D" Dormitory Housing Officer, she was monitoring wing #1 carefully because there were several inmates going in and out of rooms they are not assigned. Several inmates approached her and wanted to talk to the Officer in Charge, but refused to tell her *(Lattimore)* the reason for wanting to talk to him. She ordered the inmates to go to their assigned rooms. As she started her security check in room #202, she observed inmate property and clothing shaped like bodies in the top and bottom bunk.

Troya070294
SCANNED

**Investigative Report #02-33532**
**Page 5**

She noticed that the window screen had been partially removed and the metal windowpanes had been bent. As she attempted to notify the Control Room, Sergeant Valliere entered the dormitory and informed her *(Lattimore)* that the inmates apprehended near "J" Dormitory were from "D" Dormitory. A master count was conducted.                                               **(Exhibit A-1)**

In his affidavit of November 26, 2002, Inmate Dondre Wright indicated the following:

On November 26, 2002, while assigned to room #203 in "D" Dormitory, he was awaken by several noises. Inmate Jackson entered his room and informed him that other inmates were going out the window of room #202.                                                 **(Exhibit A-2)**

In his affidavit of November 26, 2002, Inmate Marquise Ross indicated the following:

On November 26, 2002, while assigned to room #203 of "D" Dormitory, he was awaken by a loud noise, and observed Inmates Troya, Burleson and Vonlydick exit the window of room #202 and go onto the roof.                                               **(Exhibit A-3)**

In his affidavit of November 26, 2002, Inmate Leonard Jackson indicated the following:

On November 26, 2002, he got out of bed to get medications from Officer Lattimore and then he went back to his assigned room #101. He heard a noise upstairs so he went upstairs to get a light for his cigarette. When he got upstairs, he observed an inmate on the roof outside of room #202. He informed Officer Lattimore of what he observed. She *(Lattimore)* responded to the room and saw the opened window.                                               **(Exhibit A-4)**

A review of the "D" Dormitory Housing Roster revealed that Inmates Burleson and Troya were assigned to wing #1, room #202. Inmate Vonlydick was assigned to wing #1, room #102. **(Exhibit A-5)**

A review of the "D" Dormitory Housing Unit Log, dated November 26, 2002, revealed that Officer Lattimore conducted a count and security check at 0225 hours and 0315 hours.                **(Exhibit A-6)**

In his incident report of November 26, 2002, and his affidavit of December 7, 2002, Correctional Officer Lawrence Henderson indicated the following:

On November 26, 2002, at 0323 hours, while assigned as "J" Dormitory Housing Officer, and while conducting a security check of the fire door in wing #3, he observed three inmates outside of wing #2 of "M" Dormitory. The three inmates were running and ducking past the window. He immediately notified the Inside Security Officer.                                               **(Exhibit A-7)**

Troya070295
SCANNED

**Investigative Report #02-33532**
**Page 6**

In his incident report of November 26, 2002, and his affidavit of December 6, 2002, Correctional Officer Sergeant Richard Schoentube indicated the following:

> On November 26, 2002, at 0325 hours, while assigned as Inside Security Officer, he was advised, via the radio, that there were three inmates outside wing #4 of "J" Dormitory. Upon his arrival, he observed three inmates standing by a window outside of wing #4 of "J" Dormitory. He ordered the three inmates to turn around and face the wall with their hands up. Sergeant Devlin responded and assisted with the handcuffing of the three inmates. The inmates were identified as Inmates Vonlydick, Burleson and Troya. Inmate Vonlydick and Burleson were wearing homemade civilian clothing. During a search of Inmates Vonlydick, Burleson and Troya, family photographs and addresses were found in their possession. **(Exhibit A-8)**

In his incident report of November 26, 2002, and his affidavit of December 5, 2002, Correctional Officer James Devlin indicated the following:

> On November 26, 2002, at 0330 hours, while assigned as "B" Dormitory Housing Supervisor, he responded to a trouble call behind "J" Dormitory from Officer Henderson. Upon arrival to the area, he assisted Sergeant Schoentube with the handcuffing of Inmates Vonlydick, Troya and Burleson. **(Exhibit A-9)**

In his incident report of November 26, 2002, and his affidavit of December 5, 2002, Correctional Officer Sergeant Kurt Arendas indicated the following:

> On November 26, 2002, at 0345 hours he began searching the area where Inmates Vonlydick, Troya and Burleson were apprehended. During a search of the roof of "J" Dormitory, he recovered a pillowcase, which contained a homemade screwdriver, a pair of inmate work gloves, and nine pieces of homemade rope constructed from braided bed sheets. The pillowcase containing the escape paraphernalia was turned over to Sergeant Baillargeon and subsequently turned over to Inspector Glover. **(Exhibit A-10)**

Upon my arrival to Brevard Correctional Institution, Lieutenant Andrew Kenyon, the Officer in Charge, briefed me. I responded to the cell #202 of "D" Dormitory and took digital photographs of all recovered physical evidence. Inmates Burleson, Troya and Vonlydick used an automotive screw jack to separate the metal window panes. The jack was recovered from underneath the window in cell #202. Each subject had a makeshift mannequin in each of their assigned bunks to make it appear that they were present. All recovered evidence was logged and stored in the evidence room in the Inspector's office. Investigation revealed that Inmate Vonlydick took the car jack from the Automotive Classroom. Inmate Vonlydick is assigned to Inside Grounds and is not assigned to the Automotive Maintenance Class. Inmate Vonlydick and Inmate Burleson made civilian clothing *(shirts)* by utilizing the lining from state issued jackets and used small pieces of cloth to join the seams. **(Exhibits A-11 & B-1)**

Troya070296
SCANNED

**Investigative Report # 02-33532**
**Page 7**

Inmate Jeffrey Burleson invoked his Constitutional Rights and declined to answer any questions.

(Exhibit B-2)

Inmate Daniel Troya invoked his Constitutional Rights and declined to answer any questions.

(Exhibit B-3)

In his sworn, tape-recorded statement of December 5, 2002, Inmate Erik Vonlydick waived his Constitutional Rights and indicated the following:

He had been planning this escape for about a month and a half. Inmates Burleson and Troya were not always in his plan to escape; he would have done it alone if he had too. He *(Vonlydick)* stole the car jack out of the Automotive Mechanics classroom on Monday, November 25, 2002. He looked into the classroom and saw the jack. He waited until no one was around and he took it. There was no one outside of the institution involved in his plan to escape. Once they *(Vonlydick, Troya, and Burleson)* got outside the fence they were planning to steal a car. He does not know this area, but he did get a map out of a book in the library. After studying the map, he ripped it up and flushed it down the toilet. The homemade screwdriver, recovered from the pillowcase on the roof of "J" Dormitory was to be used to steal a car. The rope, constructed of braided bed sheets, was going to be used to make a makeshift ladder from wood stored at the recycling bin. He *(Vonlydick)* talked to Inmates Troya and Burleson about his plan, and they decided to go with him. They were all going to stay together once they got over the fence. Inmate Troya told him *(Vonlydick)* that he was going to turn himself in to authorities after a while. It was his *(Vonlydick)* idea to put dummies in the bunks. He *(Vonlydick)* planned the entire escape. He did not get the idea from a movie on television. They went out the window of "D" Dormitory at approximately 0250 hours. They began working on the window after the 8:00 pm count. They had the damage to the window concealed so that Officer Lattimore could not see it by looking into the cell. The last time Officer Lattimore conducted a security check was 0230 hours, because he *(Vonlydick)* asked her what the time was. They had planned on leaving at 0230 hours. There was no staff involved in this escape attempt. He *(Vonlydick)* had been planning ways to escape since being at the institution. Their *(Vonlydick, Troya and Burleson)* escape plan would have worked if they had not been seen.

(Exhibit B-4)

Troya070297
SCANNED

 

## INVESTIGATION # 02-33532

Signature: _____          _____
                   **Correctional Officer Inspector**                 **Date**

Reviewed By: _____          _____
                 **Law Enforcement Inspector Supervisor**       **Date**

_____          _____
**Chief Inspector**                            **Date**

Troya070298
SCANNED

## EXHIBITS/ATTACHMENTS SECTION

### INVESTIGATION # 02-33532

#### A. EXHIBITS - attached

1. Incident report and affidavit of Officer Lattimore
2. Affidavit of Inmate Wright
3. Affidavit of Inmate Ross
4. Affidavit of Inmate Jackson
5. Dormitory Housing Roster for "D" Dormitory
6. Housing Unit Log for "D" Dormitory
7. Incident report and affidavit of Officer Henderson
8. Incident report and affidavit of Sergeant Schoentube
9. Incident report and affidavit of Sergeant Devlin
10. Incident report and affidavit of Sergeant Arendas
11. Digital photographs of physical evidence and crime scene

#### B. EXHIBITS -- not attached

1. Physical evidence of escape attempt
2. Sworn, tape-recorded declination of Inmate Burleson
3. Sworn, tape-recorded declination of Inmate Troya
4. Sworn, tape-recorded statement of Inmate Vonlydick

Troya070299
SCANNED



Troya070300

SCANNED



Troya070301
SCANNED



MAKE SHIFT DUMMIES IN SUBJECT'S ASSIGNED BUNKS

Troya070302
SCANNED



ESCAPE PARAPHERNALIA RECOVERED FROM THE ROOF OF "J" DORM

Troya070303

SCANNED



HAND MADE CLOTHING WORN BY INMATE VONLYDICK

Troya070304
SCANNED



HAND MADE SHIRT WORN BY INMATE BURLESON

Troya070305
SCANNED



HAND MADE CIVILIAN CLOTHING WORN BY INMATE BURLESON

Troya070306
CANNED



THE FENCE AROUND "D" DORMITORY, SUBJECTS CRAWLED UNDER

Troya070307
SCANNED



HAND MADE CIVILIAN CLOTHING WORN BY INMATE VONLYDICK

Troya070308
SCANNED



AUTOMOTIVE SCREW JACK USED TO SEPERATE WINDOW PANES. JACK WAS STOLEN
BY INMATE VONLYDICK.

Troya070309
SCANNED



WINDOW IN "D" DORMITORY (ESCAPE EXIT)

EXHIBIT # _A-11_

RE: _02-33532_

Troya070310

SCANNED



**PARTMENT OF CORRECTION**
**OFFICE OF THE INSPECTOR GENERAL**

Investigation # ____02-33532____

## AFFIDAVIT

The affiant shall be asked to raise his or her right hand. The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"** Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED ____Dondre Wright____
(Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

Complete description of incident(s):

On November 26, 2002, while assigned to room #203 in "D" Dormitory, I was woke up by several noises. Inmate Jackson entered my room and told me that other inmates were going out the window in room #202.

Full name of affiant: __Dondre Wright__

Title: __Inmate__

Facility: __Brevard C.I.__

DC#: __P15582__      Race: __B__      Sex: __M__      Date of Birth: __08/19/83__

_____        _____
Signature of Affiant                            Date

Sworn to and subscribed before me this ____26th____ day of ____November____, 2002.

EXHIBIT # ____A-9____        Signature of Officer

RE: ____02-33532____                    Page __1__ of __1__
                                                    Investigation #_____



**PARTMENT OF CORRECTION**
OFFICE OF THE INSPECTOR GENERAL

Investigation #____02-33532____

## AFFIDAVIT

The affiant shall be asked to raise his or her right hand.  The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"**  Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED ____Marquise Ross____
(Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

**Complete description of incident(s):**

On November 26, 2002, while sleeping in room #203 of "D" Dormitory, I witnessed Inmate Troya, Burleson and Vonlydick exit the window in room #202 and go onto the roof. I was awakened by the noise.

**Full name of affiant:** __Marquise Ross__

Title: __Inmate__
Facility: ___Brevard C.I.__
DC#: __T18153____ Race: __B__ Sex: __M__ Date of Birth: ___07/12/82___

Signature of Affiant                                        Date  11/26/02

Sworn to and subscribed before me this __26 th__ day of __November__ , 2002.

EXHIBIT # __A-3__         Signature of Officer
RE: __02-33532__                                Page __1__ of __1__

ANNETroya070312



**PARTMENT OF CORRECTION**
OFFICE OF THE INSPECTOR GENERAL

Investigation # _____ 002-33532 _____

# AFFIDAVIT

The affiant shall be asked to raise his or her right hand. The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"** Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED  Leonard Jackson
                                                                                 (Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

**Complete description of incident(s):**

On November 26, 2002, I got out of bed to get medications from Officer Lattimore and then I went back to my assigned room, #101. I heard a loud noise coming from upstairs so I went upstairs to get a light for my cigarette. I saw an inmate on the roof outside of room #202. I informed Officer Lattimore of what I observed so she went up to room 202 and saw the opened window.

Full name of affiant: _____ Leonard Jackson _____

Title: __ Inmate _____
Facility: ___ Brevard C.I. _____
DC#: __ T14546 _____ Race: __ B __ Sex: ___ M _____ Date of Birth: ___ 05/08/82 _____

_Leonard Jackson_                                         _11/26/02_
Signature of Affiant                                         Date

Sworn to and subscribed before me this _____ 26th _____ day of _____ November _____, 2002.

EXHIBIT # _____ A-4 _____          _____ Signature of Officer _____
RE: ___ 02-33532 _____

                                                                        Page __/ of __/



**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**

Investigation #____02-33532____

# AFFIDAVIT

The affiant shall be asked to raise his or her right hand. The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"** Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED ____Lawrence Henderson____
(Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

**Complete description of incident(s):**

My Incident Report #02-11-0088, is true and correct as written.

Full name of affiant: __Lawrence Henderson__

Title: __Correctional Officer__
Facility: __Brevard C.I.__
DC#: ____N/A____ Race: __W__ Sex: __M__ Date of Birth: __05/03/61__

_Lawrence Henderson_                          12-7-02
**Signature of Affiant**                        **Date**

Sworn to and subscribed before me this __7TH__ day of __DECEMBER__ , 2002.

EXHIBIT # __A-2__        _Dorothy J. Quillen_
RE: __02-33532__        Signature of Officer

Page __1__ of __1__

Troya070314
SCANNED



**ARTMENT OF CORRECTION**
**OFFICE OF THE INSPECTOR GENERAL**

Investigation # ___02-33532___

## AFFIDAVIT

The affiant shall be asked to raise his or her right hand. The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"** Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED _____ Schoentube, Richard _____
                                                     (Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

**Complete description of incident(s):**

_____ My Incident Report #02-11-0087, is true and correct as written. _____

Full name of affiant: _Richard Schoentube_

Title: _Correctional Officer Sergeant_
Facility: _Brevard C.I._
DC#: ___N/A___ Race: __W__ Sex: __M__ Date of Birth: __04/16/55__

_____                    X __10/6/02__
**Signature of Affiant**                              **Date**

Sworn to and subscribed before me this __6TH__ day of _DECEMBER_____, 2002.

EXHIBIT # __A-8__        _____
RE: __02-33532__        Signature of Officer
                                                  Page _1_ of _1_

SCANNED Troya070315



DEPARTMENT OF CORRECTIONS
OFFICE OF THE INSPECTOR GENERAL

Investigation #____02-33532____

## AFFIDAVIT

The affiant shall be asked to raise his or her right hand. The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"** Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED _____James Devlin_____
(Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

Complete description of incident(s):

_My Incident Report #02-11-0090, is true and correct as written._

Full name of affiant: _James Devlin_

Title: _Correctional Officer Sergeant_
Facility: _Brevard C.I._
DC#: _N/A_   Race: _W_   Sex: _M_   Date of Birth: _07/28/52_

_Signature of Affiant_                           _12-5-02_
                                                  Date

Sworn to and subscribed before me this _5TH_ day of _DECEMBER_____, 2002.

EXHIBIT # _A-9_                 _____
RE: _02-33532_                  Signature of Officer

                                        Page _1_ of _1_

Troya070316
SCANNED



**DEPARTMENT OF CORRECTIONS**
**OFFICE OF THE INSPECTOR GENERAL**

Investigation # ____02-33532____

# AFFIDAVIT

The affiant shall be asked to raise his or her right hand. The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"** Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED ____Kurt Arendas____
                                                    (Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

**Complete description of incident(s):**

   My Incident Report #02-11-0089, is true and correct as written.

Full name of affiant: _Kurt Arendas_

Title: _Correctional Officer Sergeant_
Facility: __Brevard C.I.__
DC#: ____N/A____ Race: __W__ Sex: __M__ Date of Birth: __07/22/71__

____ x Sgt _____    x 12-5-02
**Signature of Affiant**                           **Date**

Sworn to and subscribed before me this __5TH__ day of __DECEMBER__ , 2002.

EXHIBIT # ___A-10___    _____
RE: ___02-33532___    Signature of Officer
                                                    Page _1_ of _1_

CANNTroya070317



ARTMENT OF CORRECTION
OFFICE OF THE INSPECTOR GENERAL

Investigation #_____02-33532_____

## AFFIDAVIT

The affiant shall be asked to raise his or her right hand.  The correctional officer shall then ask: **"DO YOU SOLEMNLY SWEAR OR AFFIRM THAT YOUR STATEMENT SHALL BE THE TRUTH, THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH?"**  Upon receiving an affirmative response, the officer may proceed to take the statement.

BEFORE ME THIS DATE PERSONALLY APPEARED _____Mary Lattimore_____
(Affiant Name)

WHO, BEING DULY SWORN, DEPOSES AND SAYS:

**Complete description of incident(s):**

    My Incident Report #02-11-0093, is true and correct as written.

Full name of affiant: _Mary Lattimore_

Title: __Correctional Officer__

Facility: ___Brevard C.I.___

DC#: ___N/A___  Race: __B__  Sex: __F__  Date of Birth: ___12/02/70___

_C/O Mary A. Lattimore_                    _12/05/02_
Signature of Affiant                         Date

Sworn to and subscribed before me this __5TH__ day of _DECEMBER_____, 2002.

EXHIBIT # ____A-1____       _Dorothy Pearson, LT._____
RE: ___02-33532___       Signature of Officer

Page _1_ of _1_

CANNTroya070318

# WING I

**BREVARD CORRECTIONAL INSTITUTION**
**HOUSING ROSTER**

| ROOM | | INMATE'S NAME | | DC NUMBER | RACE | Team Number | ASSIGNMENT | | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 201 | U | MILLS | YUSEF | J15966 | B | 6 | AM VS | PM US | WGD    RAMADAN |
| | L | HERRING | TRAVIS | N05051 | B | 3 | AM (HS) | PM (HS) | MEDS TUES & FRI 8A. |
| 202 | U | BURLESON | JEFFREY | W12066 | W | 6 | AM VS | PM US | MASON |
| | L | TROYA | Daniel | W14211 | W | 6 | AM (HS) | PM (HS) | Rec from K-dorm on 11-15-02 |
| 203 | U | WRIGHT | DONDRE | P15582 | B | 3 | AM (HS) | PM (HS) | |
| | L | ROSS | MARQUISE | T18153 | B | 6 | AM US | PM US | MASON    RAMADAN |
| 204 | U | BIRTHWRIGHT | EVRAL | 166501 | B | 6 | AM GI | PM AS | |
| | L | MILLER | JERMAINE | L36565 | B | 4 | AM (HS) | PM AS | |
| 205 | U | OCHOA | LUZ | S03924 | W | 3 | AM CO | PM AS | 4 di 11/26/02 |
| | L | NICHOLAS | PIERROT | L30225 | B | 5 | AM AS | PM GI | I 11-23 |
| 101 | U | JACKSON | LEONARD | T14546 | B | 4 | AM RC | PM AS | CC 62 |
| | L | BRIDGES | ANTOINE | X34912 | B | 5 | AM AS | PM (HS) | |
| 102 | U | ESPARZA | ROCKY | S05302 | W | 5 | AM (HS) | PM AS | NR |
| | L | VONLYDICK | ERIK | S10111 | W | 5 | AM G2 | PM G2 | NR |
| 103 | U | CONLEY | JASON | Q12694 | W | 6 | AM AS | PM DS | CC 5-2 need pickup   NR |
| | L | MORALES | BENITO | 199981 | W | 3 | AM CO | PM CO | |
| 104 | U | MADRY | TYRONE | 124-950 | B | 3 | AM 62 | PM 62 | |
| | L | FANNIN | XAVIER | 199340 | B | 4 | AM GI | PM AS | |
| 105 | U | ALTAMIRANO | ORBELIN | L37067 | W | 4 | AM DN | PM (HS) | |
| | L | VIRGIL | WILLIE | T12581 | B | 3 | AM AO | PM AO | |

**DORMITORY:** DELTA

**WING NUMBER:** 1

| | |
|---|---|
| BLACK | 12 |
| WHITE | 8 |
| OTHER | 0 |
| TOTAL | 20 |

| | |
|---|---|
| WING 1 | 20 |
| WING 2 | 19 |
| WING 3 | 19 |
| WING 4 | 19 |
| TOTAL | 77 |

EXHIBIT #   A-5

RE:   02-33532

Troya070319

SCANNED

Ugic, thru
thru 0090

## INCIDENT REPORT

REPORTING INSTITUTION: Brevard CI

REPORT NUMBER: 0 21L-0089

REPORTING OFFICER: Sgt Kurt Arendas

DATE OF INCIDENT: 11-26-02

PERSON(S) INVOLVED: Sgt Peter Baillargeon

TIME OF INCIDENT: 0345

WITNESS(ES):

DETAILS OF INCIDENT: At approx 0345 Hrs. I got on top of the Housing Office and Retrived a pillow case from the Roof. I handed the pillow case to Sgt Peter Baillargeon.

Sgt Kurt Arendas AKA04    1-26-02
REPORTING EMPLOYEE                 DATE

SHIFT O.I.C.
COMMENT:    SEE ATTACHED.

LIEUTENANT/ANDREW KENYON    11/26/02
OFFICER IN CHARGE                      DATE

REVIEW:   NOTED

C. Inspector Colaver

CORRECTIONAL OFFICER CHIEF    11-26-02
                                          DATE

REVIEW:

WARDEN                                  DATE

EXHIBIT #   A-10

RE: 02-33532

DC6-210 (Revised 6-99)          Page 1 of 2

Troya070320
SCANNED

## INCIDENT REPORT

REPORTING INSTITUTION: _Blazer C.I._    REPORT NUMBER: _02-11-0090_

REPORTING OFFICER: _James Darlin Sgt._    DATE OF INCIDENT: _11-26-02_

PERSON(S) INVOLVED: _Burleson, Jeffrey #W130066_    TIME OF INCIDENT: _0330_

WITNESS(ES): _____

DETAILS OF INCIDENT: _On 11-26-02 at approximately 0330 Hours, while acting as A and B Dormitory Supervisor, I responded to a trouble call on the class Alan Battled J-Dormitory - Adjacent to my dormitory, officer Henderson Reported section (3) that inmate behind the dormitory (J) When I arrived, I handcuffed inmate Burleson, Jeffrey #W130066 and escorted him to complex #1._

_____ REPORTING EMPLOYEE    _11-26-02_ DATE

SHIFT O.I.C.
COMMENT: ___SEE ATTACHED.___

_____ LIEUTENANT ANDREW KENYON    _11/26/02_
OFFICER IN CHARGE    DATE

REVIEW: _Noted_

_C. Inspector Glover_

_____ CORRECTIONAL OFFICER CHIEF    _11-26-02_
DATE

REVIEW: _____

WARDEN _____ DATE

EXHIBIT # _A-9_
RE: _02-33532_

DC6-210 (Revised 6-99)    Page 1 of 2

CANNED Troya070321

# DEPARTMENT OF CORRECTIONS

## INCIDENT REPORT

02-●0087
thru 0090

REPORTING INSTITUTION: _Brevard_

REPORT NUMBER: _02-11-0087_

REPORTING OFFICER: _SGT. RICHARD SCHOENTUBE_

DATE OF INCIDENT: _11-26-02_

PERSON(S) INVOLVED: _SGT. JAMES DEVLIN_
_SGT. PETE BRILLEAGEAN_
_Inm VONLYDICK, ERICK S10111_
_Inm BURLESON, JEFFERY W13066_
_Inm TROYA, DANIEL W14211_

TIME OF INCIDENT: _3:25 am_

WITNESS(ES): _CO. Larry Henderson_

DETAILS OF INCIDENT: On 11-26-02 at approximately 0325 Hrs, while assigned to inside security, I was advised by radio from officer Henderson that there were three inmates outside wing four of O dorm. Upon my arrival to wing four of O dorm, I discovered Inm Vonlydick, Erick S10111, Inm Burleson, Jeffery W13066, Inm Troya, Daniel W14211 standing by a window outside wing four of O dorm. I ordered all three inmates to turn around and face the wall with there hands upward. I requested assistance. I handcuffed Inm Vonlydick, Erick S10111, who was wearing a stripped linen from his jacket made into a shirt and placed him against the fence by K dorm next to O dorm. Sgt. Devlin

_[signature]_ REPORTING EMPLOYEE _11/26/02_ DATE

SHIFT O.I.C.
COMMENT: ALL THREE INMATES WERE ESCORTED TO MEDICAL AND EXAMINED BY THE MEDICAL STAFF ON DUTY. INMATES BURLESON, TROYA, AND VONLYDICK WERE PLACED IN ADMINISTRATIVE CONFINEMENT PENDING AN INVESTIGATION OF THE CHARGE 4-1; ESCAPE OR ATTEMPTED ESCAPE. DUTY WARDEN MR. CRAWFORD, COLONEL POWERS, WARDEN HOLMES, AND EAC DUTY OFFICER MS. HALL WERE NOTIFIED.

_[signature]_ LIEUTENANT ANDREW KENYON
OFFICER IN CHARGE

11/26/02
DATE

REVIEW: Great Job By Security Officers

C. Inspector Glover
Lt Kenyon
Inmate Records

_[signature]_ CORRECTIONAL OFFICER CHIEF

_11-26-02_
DATE

REVIEW:

WARDEN

DATE

EXHIBIT # _A-8_
RE: _02-33532_

210 (Revised 6-99)

Page 1 of 2

Troya070322

SCANNED

## INCIDENT REPORT

REPORTING INSTITUTION: ___BREVARD C.T.___     REPORT NUMBER: _02-11-0088_

REPORTING OFFICER: ___LAWRENCE HENDERSON___     DATE OF INCIDENT: _11-26-02_

PERSON(S) INVOLVED: _____     TIME OF INCIDENT: _3:23 A_

_____     WITNESS(ES): _____

_____     _____

DETAILS OF INCIDENT: ___ON NOVEMBER 26, 2002 AT APPROXIMATELY 3:23 WHILE___ ___ASSIGNED TO J-DORM AND WHILE CONDUCTING A ROUTINE SECURITY CHECK, I___ ___LOOKED OUT THE FIRE DOOR IN WING THREE, AND OBSERVED THREE INMATES OUTSIDE___ ___M-DORM WING 2, DUCKING AND RUNNING PAST THE WINDOW. I IMMEDIATELY NOTIFIED IN-___ ___SIDE SECURITY___

_X Lawrence Henderson C.O._   _11-26-02_
REPORTING EMPLOYEE           DATE

SHIFT O.I.C.
COMMENT: _Inside Security apprehended the 3 Inmates who_
_had jacced the window open in Q1-202. Placed the 3_
_inmates in administrative confinement after being examined_
_by the medical staff on duty. The Duty Warden, Inspector,_
_and EAC notified._

_Andy MAg. W.H._   _11/26/02_
OFFICER IN CHARGE   DATE

REVIEW: _NOTED_

_C. Inspector Glover_

_W. B. G._   _11-26-02_
CORRECTIONAL OFFICER CHIEF   DATE

REVIEW: _____

_____
WARDEN                                    DATE

EXHIBIT # __A-2__

RE: _02-33532_

DC6-210 (Revised 6-99)          Page 1 of 2

Troya070323
SCANNED

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**HOUSING UNIT LOG**

_____Broward CS_____
(INSTITUTION)

HOUSING UNIT __D-Dorm__          DATE __Nov 26, 02__

| TIME | ¹20 ²19 ³19 ⁴19 LOG OF EVENTS total (77) | INITIALS |
|------|------|------|
| 2:09am | Clear informal count on the compound. | mk |
| 2:10am | Conducting security check now. | mk |
| 2:20am | Security check completed now. | mk |
| 2:21am | Notified control room dorm secure Sgt. B | mk |
| 2:25am | Conducting formal count and waking up Lab Herring AJ5051 D1-201L. C/o Lavery in counting. Pill finally settle | mk |
| 2:35am | Formal count completed now. | mk |
| 2:40am | Notified control room, Sgt. Baillargeon formal #77 | mk |
| 2:42am | Clear formal count on the compound. | mk |
| 3:00am | Released ilm Herring NO5051 for lab new count 76 Allpods 19. | mk |
| 3:15am | Conducting security check at this time e Wright, Ross, Jackson coming down in the hallway asking to speak to speak a Lt or a OIC when I would not call theme immediately starting counting after I told them to get back in their rooms e at the time I started my count Sgt. Valliere busts in the door e starts a master roster which at the time I was in the process of seeing he was missing e going to call main control. A jack and other evidence was taking out by Sgt. Baillargeon and Lt. Kenya. | |
| | Sgt. Fata e Sgt. Forrest started e finish in wings 2, 3 e 4. | mk |
| | in at this time back in the room 202 e Sgt. Devlin e Officer Burke. | mk |
| 4:40am | Conducting formal count now w/ C/O | mk |

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the third shift.

DC6-209 (Revised 2-00)  C/o Lattimore 11/26/02

Troya070324
SCANNED

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HOUSING UNIT LOG

Brevard Correctional
(INSTITUTION)

HOUSING UNIT _I- Delta_ DATE _11/26/02_

| TIME | 1/20 2/19 3/19 7/19 LOG OF EVENTS Total (97) | INITIALS |
|------|---------------------------------------------------|----------|
| 4:52am | Notified control room count Sgt. Baillargeon Remd 1/9 | MR |
| 5:00am | All lights on whistle blew, ordered to get up & dressed. | MR |
| 5:13am | Clear formal count on the compound. | MR |
| 5:16am | Sgt. Delvin in for relief. | NR |
| 5:56am | C/O hattimore returns to dorm. | MR |
| 6:00am | Chow time released for chow optional | NR |
| 6:34am | Sgt. Forest on dorm w/inmate Esparza | MR |
| 6:43am | 505302 packing inmates Burleson | MR |
| 6:53am | Jefferey W120060, Troya Daniel W114211, | NR |
| < | Vook, dick Eric 510111 taking all of | MR |
| > | the property that was not taken earlier. | MR |
| 7:15am | Warden Holmes, Warden Crawford & Inspector | NR |
| > | Glover on the dorm in Pod 1 in room 202 | < |
| 7:25am | They depart the dorm with C/O Drennon | NR |
| 7:40am | Drennon departs dorm (measuring windows) | MR |
| 7:50am | C/O Vohalle present on the dorm | NR |
| > | Still writing incident report & briefing | < |
| > | him turning all equipment, keys, | < |
| > | duties and radio over to him. C/O | > |
| > | hattimore to VP to finish writing | < |
| > | incident report. | < |
| 9:10am | C/O hattimore finished & completed in | NR |
| > | cident report. C/O hattimore off | > |
| | dut | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the third shift.

DC6-209 (Revised 2-00) C/O Lattimore 11/26/02

Troya070325
SCANNED

Block
Taylor

**STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HOUSING UNIT LOG**

Broward c.f.
(INSTITUTION)

HOUSING UNIT  D-DORM                    DATE  Nov 26, 02

| TIME | 1/20 | 2/19 | 3/19 | 4/19 LOG OF EVENTS Total | INITIALS |
|------|------|------|------|------|------|
| 11:55pm | | | | C/O Lattimore relieves C/O James-Anderson and I assume duties, keys (7), equipment, radio #4525 w/ case & battery, BBP Kit (secure), First Aid Kit (sealed/secure), OTC meds, post orders & contact cards (present/secure) 8 fire extinguishers (sealed/charged), simplex fire alarm panel system appears operational, safety, security, & sanitation (secure), and wing counts are as follows: 1/20, 2/19 Empty 205B, 3/19 Empty 105B, & 4/19 Empty 205d. total 77. | ✗MB |
| 12:10am | | | | Conducting formal count w/ c/o Lowery. | MB |
| 12:20am | | | | Formal count completed now. | MB |
| 12:25am | | | | Notified control room Sgt. Baillargeon formal count 77 Breakdown Y20, 2/19, 3/19 4/19 | ✗MB |
| 12:34am | | | | Clear formal count on the compound. Conducting OTC med inventory count now. | MB |
| 12:44am | | | | OTC med inventory count completed minor discrepancies found noted on OTC med log. Conducting informal count now | MB |
| 12:52am | | | | Informal count completed now notified control room Sgt. Baillargeon informal count 77 | MB |
| 1:10am | | | | Clear informal count on the compound Conducting security check now. | MB |
| 1:11am | | | | Security check completed now. | MB |
| 12:0am | | | | Notified control room Sgt. Baillargeon dorm secure. | MB |
| 1:40am | | | | Pods 1 & 2 quite a bit of movement going on. Monitoring closely. Conducting formal | ✗MB |
| 1:50am | | | | Count. Informal count completed now | MB |
| 1:51am | | | | Notified control room Sgt. Baillargeon informal 77. Pod 2 calm & Sleep Pod 1 still a lot of movement. | MB |

Each Correctional Officer and Correctional Officer Sergeant will make entry as to the time she/he assumed duties for the housing unit and the time relieved. Signature of the Housing Officer and Sergeant indicates that she/he has relieved the preceding shift, read the previous entries on the Housing Unit Log, and assumes the responsibility for any corrective action or follow-up action required. This log will be forwarded daily to the office of the Chief of Security at the conclusion of the third shift.

DC6-209 (Revised 2-00)  c/o Lattimore 11/26/02.

EXHIBIT #  A-6
RE:  02-83532

Troya070326
SCANNED

DEPARTMENT OF CORRECTIONS

**INCIDENT REPORT**

02-11-0087
th 0090
93-94

REPORTING INSTITUTION: Brevard Correctional     REPORT NUMBER: 02-11-1093

REPORTING OFFICER: C/O Lattimore     DATE OF INCIDENT: 11/26/02

PERSON(S) INVOLVED: _____     TIME OF INCIDENT: 3:15am

_____     WITNESS(ES): _____

_____

DETAILS OF INCIDENT: I was ordered by Lt. Kenyon to write this report. Approximately at about 3:15am on 11/26/02 while assigned as Delta dorm officer I was monitoring Wing I very closely because inmates were moving around to much. So as I unlocked wing I's door to go in I have a few inmates upstairs going in and out of rooms and I'm observing these inmates. So as I'm going in they are walking down the stairs inmates Wright Dandre DC# P15582 DI-203U, Ross Marquise DC# T73153 DI-203L Jackson Leonard DC# T74546 asking me to speak to a Lt. or the shift OIC on duty tonight. I asked

C/O Lattimore     11/26/02
REPORTING EMPLOYEE     DATE

SHIFT O.I.C. COMMENT: The three Inmates were apprehended by inside security personel and I ordered a Emergency Master Roster Count be conducted. When count cleared the Inmates were escorted to Medical and examined. They were then escorted to administrative confinement pending the charges 4-1. I notified Duty Warden Crawford and E.A.C. Officer Hall.

_____     11/26/02
OFFICER IN CHARGE     DATE

REVIEW: NOTED

_____

_____

C, Inspector Colbyer

_____

_____

_____     11-26-02
CORRECTIONAL OFFICER CHIEF     DATE

REVIEW:

_____

_____

_____

_____

_____

_____

WARDEN     DATE

EXHIBIT # A-1

RE: 02-33572

DC6-210 (Revised 6-99)     Page 1 of 2

Troya070327
SCANNED

**DEPARTMENT OF CORRECTION**

**INCIDENT REPORT**

REPORTING INSTITUTION: Brevard Correctional

REPORTING OFFICER: C/o Lattimore.

PERSON(S) INVOLVED: _____

REPORT NUMBER: _____

DATE OF INCIDENT: 11/26/02

TIME OF INCIDENT: 3:15 am

WITNESS(ES): _____

DETAILS OF INCIDENT: out of wing 1 which they pretty much knew they were missing from here. Sgt. Baillangeon and Lt. Kenyon was present when Sgt. Baillargeon took pictures, took a car jack and other items of evidence out of the room. People were in and out of the room for the rest of the morning and properties were removed out. At 6:34 Inmate Esparza Rocky D1-102U DC# 505302 along with Sgt. Forrest packed all the inmates personal belongings and their beds and removed it from the wing

C/o Lattimore 11/26/02

REPORTING EMPLOYEE          DATE

SHIFT O.I.C. COMMENT:

_____

OFFICER IN CHARGE          DATE

REVIEW: Noted

c: Inspector Caloca

CORRECTIONAL OFFICER CHIEF          11-26-02 DATE

REVIEW:

_____

WARDEN          DATE

DC6-210 (Revised 6-99)          Page 1 of 2

Troya070328
SCANNED

Page

**DEPARTMENT OF CORRECTIONS**

**INCIDENT REPORT**

REPORTING INSTITUTION: Brevard Correctional          REPORT NUMBER: _____

REPORTING OFFICER: C/O Lattimore          DATE OF INCIDENT: 11/26/02

PERSON(S) INVOLVED: _____          TIME OF INCIDENT: 3:52 am

_____          WITNESS(ES): ___—___

_____

DETAILS OF INCIDENT: and as I'm getting ready to call main control about possible missing inmates Sgt. Valliere busts in the door and yells those inmates are out of your dorm and she starts a master roster count. Within minutes Lt. Kenyon, Sgt. Bazllargeon, Sgt. Fata, Sgt. Forest, and Sgt. Tuba are all in here at this time and I now have about 6 different people trying to tell me what to do now. All inmates are ordered out of bed by someone and told to line up and face the wall in the dayroom. All inmates

C/O Lattimore          11/26/02
REPORTING EMPLOYEE          DATE

SHIFT O.I.C.
COMMENT: _____

_____

_____

_____

_____

_____

OFFICER IN CHARGE          DATE

REVIEW: _____

_____

_____

C. Inspector Coloner

_____          11-26-02
CORRECTIONAL OFFICER CHIEF          DATE

REVIEW: _____

_____

_____

_____

_____

_____

WARDEN          DATE

DC6-210 (Revised 6-99)          Page 1 of 2

CANN Troya070329