IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, STATE OF FLORIDA
CRIMINAL DIVISION "U" (PM)

STATE OF FLORIDA

vs.

DANIEL A TROYA, W/M, 04/22/1983

 **ORIGINAL**

CASE NO.    00CF007407A02

BOOKING NO.    2000329285

FILED

00 JUL 26 PM 12:34

DOROTHY H. WILKEN, CLERK
CIR & CO CTS P.B. CO FL
CIRCUIT CRIMINAL

## INFORMATION FOR:

1)    FELONY BATTERY

In the Name and by Authority of the State of Florida:

BARRY E. KRISCHER, State Attorney for the Fifteenth Judicial Circuit, Palm Beach County, Florida, by and through his undersigned Assistant State Attorney, charges that DANIEL A TROYA on or about May 31, 2000, in the County of Palm Beach and State of Florida, unlawfully did actually and intentionally touch or strike ▆▆▆▆▆▆▆▆▆▆ another person against the will of ▆▆▆▆▆▆▆▆▆▆ and, did cause great bodily harm, permanent disability, or permanent disfigurement to ▆▆▆▆▆▆▆▆ contrary to Florida Statute 784.041(1).  (3 DEG FEL)

TIMOTHY L. BECKWITH
FL. BAR NO. 0068454
Assistant State Attorney
Palm Beach County, Florida

STATE OF FLORIDA
COUNTY OF PALM BEACH

Appeared before me, TIMOTHY L. BECKWITH Assistant State Attorney for Palm Beach County, Florida, personally known to me, who, being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged, that this prosecution is instituted in good faith, and certifies that testimony under oath has been received from the material witness or witnesses for the offense.

Assistant State Attorney

Sworn to and subscribed to before me this 19 day of July, 2000.



STATE OF FLORIDA · PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law.
THIS **FEB 0 4 2016** 20____
SHARON R. BOCK
CLERK & COMPTROLLER

By _____
DEPUTY CLERK

NOTARY PUBLIC, State of Florida

Jean M. Hulett
MY COMMISSION # CC842504 EXPIRES
June 2, 2003
BONDED THRU TROY FAIN INSURANCE, INC.



SA 00CJ004437A02

Troya072002

PROBABLE CAUSE AFFIDAVIT

1. Arrest   3. Request for Warrant
2. N.T.A.   4. Request for Capias

| 1 |
|---|

| A D D | OBST Number | | | | | |
|---|---|---|---|---|---|---|
| | Agency ORI Number / FLO   500800 | Agency Name   WEST PALM BEACH POLICE DEPARTMENT | | | Agency Report Number   94 - 00-42383 | |

| M I I N | Charge Type:   X 1. Felony   ☐ 3. Misdemeanor   ☐ 5. Ordinance   Check as many:   ☐ 2. Traffic Felony   ☐ 4. Traffic Misdemeanor   ☐ 6. Other_____   as apply. | Special Notes: |
|---|---|---|

DEF: Troya, Daniel   W/M, DOB-                                    Alias:

| VICTIM ███████████ | | | RACE: | SEX: | DOB:   08-21-56 |
|---|---|---|---|---|---|
| Local Address: ██████ | PH█████████ | | | ADDRESS SOURCE: | |
| Bus.Address: | PHONE: | | | OCCUPATION: | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law. The person taken into custody.........
_____ Committed the below acts in my presence.                    __X__ was observed by _Carol Pawlowski___ who told __Detective K. Roaf__ that he/she saw the arrested person commit the below acts.
_____ Confessed to _____ admitting to the below facts.            _____ was found to have committed the below acts, resulting from my (described) investigation.

On the _31st_ day of __May____, 2000_ at _2050___ AM ___ PM_X_ (Specifically include facts constituting case for arrest.)

On May 31st, 2000 the crime of felony battery occurred at ██████████████ The victim ████ advised me that she arrived at her residence at ██████████ in the city of ██████████, Florida to find that a subject that was an acquaintance of her sons was on her property. This subject had been warned not to come on the property. The subject was known to ████████ as a white male (Troya, Daniel). This subject had been told to stay away from ████████ residence. ████████ advised me that there were several other people at the residence also. ████████ said that she began to yell at all of the people here to leave her property. She stated that she went up to the subject later identified as (Troya, Daniel w/m,        , Address-413 Upland Road), and she began to tell him to get off of her property. ████████ advised me that Troya then told her, "get out of my face or I'm going to hit you". ████████ then again told the subject to get off of her property. Troya then struck ████████ with a closed fist on the left side of her face. This punch knocked her to the ground and then Troya again struck her in the face, this time with an open hand. The subject then left the property. ████████ advised me that she did not see a doctor for two days. When she did go to the doctor and after being examined on 060200 she was advised that she had several fractured bones in her face in and around her left eye. ████████ also had nerve damage to her face as a result of this attack. ████████ required surgery and a hospital stay to repair the damage done by Troya. ████████ advised me that she would press charges. ████████ advised me that she has seen this subject numerous times in the past and she would be able to identify him if she were to see him again. I prepared a photo lineup which consisted of six black and white photo's of white males with like characteristics. I read ████████ the line up admonition statement and I then showed her the line up. She looked at the line up and she said, "Do you want me to tell you which one it was"? I said, "yes". She immediately picked the subject that was in the number two position (Troya).

Due to the above stated facts I believe that there is enough probable cause to arrest Troya for Felony Battery as he did actually and intentionally strike ████████ against her will and he did cause great bodily harm, permanent disability or permanent disfigurement to ████████ contrary to Florida State Statute 784.041(1).

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS FEB 0 4 2016 20___
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

SWORN AND SUBSCRIBED BEFORE ME

NOTARY PUBLIC / CLERK OF COURT / BOND OFFICER

SIGNATURE OF ARRESTING / INVESTIGATING OFFICER

Det. Kerry J. Roaf #806 WPBPD
NAME OF OFFICER     (PRINT)

0705W
DATE

06-19-00
DATE

Page ____ of ____

Troya072003
WP/PROCAUSE.WPT

WHITE - (COURT COPY)     GREEN - (STATE ATTORNEY)     YELLOW - (AGENCY)     PINK - (AGENCY)

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Docket #: <u>00-7407CFA02</u>
DC#: <u>W14211</u>
Judge/Division: <u>Cook</u> / "U"

## AFFIDAVIT
## VIOLATION OF PROBATION

Warrant to **Sheriff**

Before me this day personally appeared <u>Takita Lee</u> who, being first duly sworn says that <u>Daniel A. Troya</u>, hereinafter referred to as the aforesaid, was on the <u>13th</u> day of <u>October</u>, 2000 placed on <u>probation</u> for the offense of <u>Felony Battery</u> in the <u>Circuit</u> Court of <u>Palm Beach</u> County, for a term of <u>Three (3) years Department of Corrections with credit for 128 days followed by three (3) years probation concurrent w/case 00-7020CFA02</u> in accordance with the provisions of Chapter 948, Florida Statutes.

Affiant further states that the aforesaid has not properly conducted <u>himself</u>, but has violated the conditions of <u>his</u> <u>probation</u> in a material respect by

**Violation of Condition (2) of the Order of Probation,** by failing to pay the State of Florida the amount of Fifty ($50.00) Dollars per month toward the cost of supervision plus 4% surcharge, unless otherwise exempted, and as grounds for belief that he violated his probation, affiant states that the aforesaid is $200.00 in arrears as of July 22, 3003.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Grand Theft Auto on June 28, 2003, in West Palm Beach, Palm Beach County, Florida and as grounds for belief that he violated his probation, affiant states that the aforesaid was arrested on July 2, 2003 for the offense by Detective Alonsa ID#1093 of the West Palm Beach Police Department as told to affiant by Francis, Records Clerk of the West Palm Beach Police Department.

**Violation of Condition (5) of the Order of Probation,** by failing to live and remain at liberty without violating any law by committing the criminal offense of Grand Theft Auto on June 28, 2003, in West Palm Beach, Palm Beach County, Florida and as grounds for belief that he violated his probation, affiant states that the aforesaid was arrested on July 2, 2003 for the said offense by Detective Alonsa ID#1093 of the West Palm Beach Police Department as told to affiant by Francis, Records Clerk of the West Palm Beach Police Department.

DC3-216 (Revised 6-01)

Distribution:   Original:   Court
                Copy:       DC Offender File

Troya072004

Name:  Daniel A. Troya
Case No. 00-7407CFA02

**Violation of Special Condition (16) of the Order of Probation,** by failing to pay $261.00 court costs, and as grounds for belief that he violated his probation, affiant states that the aforesaid has a balance of $212.92.

_Takita Lee_
Takita Lee
Correctional Probation Senior Officer

Sworn to and subscribed before me this ___2nd___ (day) of ___August___ (month), 2003 (year) by

Takita Lee, who is personally known to me.

Notary Public _[signature]_

State of Florida at Large for Palm Beach County

Approved by Supervisor: _[signature]_          Date:_____

Yasmin Rivera
Correctional Probation Supervisor

(561) 837-5175 / _____
Officer Telephone/E-Mail Address

TL:rr 7-25-03
TL:rr 8-6-03

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law
THIS FEB 0 4 2016      20___
SHARON R. BOCK
CLERK & COMPTROLLER
By_____ DEPUTY CLERK

Troya072005

**95**

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT OF FLORIDA, IN AND FOR PALM BEACH COUNTY

CASE NO. 00-7407 CFA02          DIV. U.

Oct-24-2000 09:29am 00-405780
ORB 12090 Pg 1372
DOROTHY H. WILKEN, CLERK PB COUNTY, FL

STATE OF FLORIDA

v.

Daniel A. Troya
DEFENDANT   W/F, DOB:          , SS#:

[ ] COMMUNITY CONTROL VIOLATOR

[ ] PROBATION VIOLATOR

## JUDGMENT

The above Defendant, being personally before this Court represented by _____ D. Allen Geesey, Esq. _____ (attorney)

| [ ] Having been tried and found guilty of the following crime(s): | [X] Having entered a plea of guilty to the following crime(s): | [ ] Having entered a plea of nolo contendere to the following crime(s): |
|---|---|---|

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE | CASE NUMBER | OBTS NUMBER |
|---|---|---|---|---|---|
| I. | Felony Battery | 784.041(1) | 3° FEL. | | |
| | | | | | |
| | | | | | |
| | | | | | |

[X] and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[ ] and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch. 794), lewd and lascivious conduct (ch. 800), or murder (s. 782.04), aggravated battery (s. 784.045), carjacking (s. 812.133), or home invasion robbery (s. 812.135), or any other offense specified in section 943.325, the defendant shall be required to submit blood specimens.

[ ] and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

SENTENCE STAYED

[ ] The Court hereby stays and withholds imposition of sentence, as to count(s) and places the Defendant on [ ] Probation and/or [ ] Community Control under the supervision of the Dept. of Corrections (conditions of probation set forth in separate order).

SENTENCE DEFERRED

[ ] The Court hereby defers imposition of sentence until THIS FEB 04 2016 20____

STATE OF FLORIDA • PALM BEACH COUNTY
I certify the foregoing is a true copy of the record in my office with redactions, if any as required by law.

SHARON R. BOCK
CLERK & COMPTROLLER

_____ DEPUTY CLERK

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

FILE

DONE AND ORDERED in Open Court at West Palm Beach, Palm Beach County, Florida, this 13 day of October, 2000.

OCT 13 2000
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM. DIV.)

_____ CIRCUIT COURT JUDGE

Troya072006  /(97)

# SPECIAL CONDITIONS OF SENTENCE
## (As to Count(s)_____)

STATE OF FLORIDA · PALM BEACH COUNTY

I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.

THIS ___FEB 0 4 2016___ 20___

SHARON R. BOCK
CLERK & COMPTROLLER

By_____
DEPUTY CLERK

Defendant DANIEL TROYA

Case Number 00-7407 CF A02

OBTS Number _____

Followed by a period of _____*2 years*_____ . On probation / community control under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision term.

By appropriate notation, the following provisions apply to the sentence imposed:

## MANDATORY/MINIMUM PROVISIONS:

| | |
|---|---|
| **FIREARM** | ☐ It is further ordered that the 3 year minimum provisions of Florida Statute 775.087(2) are hereby imposed for the sentence specified in the court. |
| DRUG TRAFFICKING | ☐ It is further ordered the _____ year mandatory minimum provisions of Florida Statute 893.135(I) are hereby imposed for the sentence specified in the count. |
| CONTROLLED SUBSTANCE WITHIN 1000 FEET OF SCHOOL | ☐ It is further ordered that the 3 year minimum provisions of Florida Statute 893.13(I)(c)1, are hereby imposed for the sentence specified in this count. |
| HABITUAL FELONY OFFENDER | ☐ The Defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in this sentence in accordance with the provisions of Florida Statute 775.084(4). The requisite findings by the court are set forth in a separate order or stated on the record in open court. |
| HABITUAL VIOLENT FELONY OFFENDER | ☐ The Defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions Florida Statute 775.084(4). A minimum term of _____ years must be served prior to release. The requisite findings by the court are set forth in a separate order or stated on the record in open court. |
| LAW ENFORCEMENT PROTECTION ACT | ☐ It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with Florida Statute 775.0823. |
| CAPITAL OFFENSE | ☐ It is further ordered that the Defendant shall serve no less than 25 years in accordance with the provisions of Florida Statute 775.082(1). |
| CONTINUING CRIMINAL ENTERPRISE | ☐ It is further ordered that the 25 years mandatory sentence of Florida Statute 893.20 is hereby imposed for the sentence specified in this count. |
| TAKING OFFICER'S FIREARM | ☐ It is further ordered that the defendant shall not be released prior to serving a mandatory minimum period of 3 years in accordance with Florida Statute 775.0875. |

FILED

OCT 13 2000

DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM. DIV.)

Troya072007



IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT, IN AND
FOR PALM BEACH COUNTY, FLORIDA

# SENTENCE

STATE OF **(As to Count(s)** I. **)**

I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required Defendant ___DANIEL A. TROYA___
THIS ___FEB 0 4 2016___ 20 ___

SHARON R. BOCK
CLERK & COMPTROLLER Case Number ___00-7407 CFA02___

By _____
DEPUTY CLERK   OBTS Number _____

The Defendant, being personally before this Court, accompanied by the defendant's attorney of record, ___ALLEN GEESEY, ESQ.___, and having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why defendant should not be sentenced as provided by law, and no cause being shown,

   IT IS THE SENTENCE OF THE COURT that:

The Defendant pay a fine of $_____ Pursuant to §_____, Fla. Stat., plus $_____ As the 5% surcharge (of the fine imposed) required by F.S. 960-25, which shall be deposited in the Crimes Compensation Trust Fund.

The Defendant is hereby committed to the custody of the:
   [X] Department of Corrections
   [ ] Sheriff of Palm Beach County, Florida   (BOOTCAMP AFTER 24 MONTHS ONLY)
   [X] The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04

for a term of ___3 years___. It is further ordered that the Defendant shall be allowed a total of ___128___ days as credit for time incarcerated prior to imposition of this sentence. It is further ordered that the composite term of all sentences imposed for the counts specified in the order shall run
   [ ] consecutive to [X] concurrent with (check one) the following:
   [ ] Any active sentence being served.
   [X] Specific sentences: ___00-7020 CFA02___.

In the event the above sentence is to the Department of Corrections, the Sheriff of Palm Beach County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of the Judgment and Sentence, and any other documents specified by Florida Statue.

The defendant in open court was advised of right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of the Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the state upon showing of indigency.

FILE

DONE, AND ORDERED in Open Court at West Palm Beach, Palm Beach County, Florida
this ___13___ day of ___OCTOBER___, ___OCT 13 2000___ 2000

DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM. DIV.)

_____
CIRCUIT COURT JUDGE

Troya072008

|  | |
|---|---|
| Officer | T. Lee |
| Office Location | 150 West Palm Beach |
| Judge/Division | Cook / U |

STATE OF FLORIDA

VS

Daniel A. Troya
Defendant

IN THE CIRCUIT COURT

PALM BEACH COUNTY, FLORIDA

DC No. W14211
Docket/UC No. 00-7407CFA02

## ORDER OF REVOCATION OF PROBATION

THIS CAUSE was considered on a violation of Probation charge brought by the State. The defendant was placed on Probation on October 13, 2000 for the offense of Felony Battery in the Circuit Court of Palm Beach County, for a term of Three (3) Years Department of Corrections with credit for 128 days followed by three (3) years probation commencing on April 20, 2003 concurrent with case 00-7020CFA02 in accordance with the provisions of Chapter 948 Florida Statutes. The defendant has not properly conducted himself and violated the conditions of Probation in a material respect by

I. Violation of Condition (2) of the Order of Probation, by failing to pay the State of Florida the amount of Fifty ($50) Dollars per month toward the cost of supervision plus 4% surcharge, as alleged in the Affidavit dated August 18, 2003.

II. Violation of Condition (5) of the Order of Probation, by failing to live and remain at liberty without violating any law by committing the criminal offense of Grand Theft Auto on June 28, 2003, as alleged in the Affidavit dated August 18, 2003.

III. Violation of Condition (5) of the Order of Probation, by failing to live and remain at liberty without violating any law by committing the criminal offense of Grand Theft Auto on June 28, 2003, as alleged in the Affidavit dated August 18, 2003.

IV. Violation of Special Condition (16) of the Order of Probation, by failing to pay $261 court costs, as alleged in the Affidavit dated August 18, 2003.

Therefore, it is ORDERED AND ADJUDGED that the defendant's Probation is revoked in accordance with Section 948.06 Florida Statutes. The defendant is remanded to the custody of the sheriff of Palm Beach County for the imposition of sentence in accordance with the requirements of law.

DONE AND ORDERED ON     December 3, 2003, Signed on December 12, 2003

Jack H. Cook
Circuit Court Judge

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
THIS   FEB 0 4 2016   20
SHARON R. BOCK
CLERK & COMPTROLLER
By
DEPUTY CLERK

DC3-259 (Revised 5-02)

Original:   Clerk of Court
Copy:       DC Offender File

Troya072009

| | |
|---|---|
| Officer | T. Lee |
| Office Location | 150 West Palm Beach |
| Judge/Division | Cook / |

STATE OF FLORIDA

VS

Daniel A. Troya
Defendant

IN THE CIRCUIT COURT

PALM BEACH COUNTY, FLORIDA

DC No. W14211
Docket/UC No. 00-7020CFA02

## ORDER OF REVOCATION OF PROBATION

THIS CAUSE was considered on a violation of Probation charge brought by the State. The defendant was placed on Probation on October 13, 2000 for the offense of I. Burglary of a Structure and II. Grand Theft Over $20,000 in the Circuit Court of Palm Beach County, for a term of Three (3) Years Department of Corrections with credit for 128 days followed by three (3) years probation commencing on April 20, 2003 concurrent with case 00-7407FA02 in accordance with the provisions of Chapter 948 Florida Statutes. The defendant has not properly conducted himself and violated the conditions of Probation in a material respect by

I. Violation of Condition (2) of the Order of Probation, by failing to pay the State of Florida the amount of Fifty ($50) Dollars per month toward the cost of supervision plus 4% surcharge, as alleged in the Affidavit dated August 18, 2003.

II. Violation of Condition (5) of the Order of Probation, by failing to live and remain at liberty without violating any law by committing the criminal offense of Grand Theft Auto on June 28, 2003, as alleged in the Affidavit dated August 18, 2003.

III. Violation of Condition (5) of the Order of Probation, by failing to live and remain at liberty without violating any law by committing the criminal offense of Grand Theft Auto on June 28, 2003, as alleged in the Affidavit dated August 18, 2003.

IV. Violation of Special Condition (16) of the Order of Probation, by failing to pay $261 court costs, as alleged in the Affidavit dated August 18, 2003.

Therefore, it is ORDERED AND ADJUDGED that the defendant's Probation is revoked in accordance with Section 948.06 Florida Statutes. The defendant is remanded to the custody of the sheriff of Palm Beach County for the imposition of sentence in accordance with the requirements of law.

DONE AND ORDERED ON     December 3, 2003,   Signed on December 12, 2003

Jack H. Cook
Circuit Court Judge

I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law

THIS FEB 0 4 2016
SHARON R. BOCK
CLERK & COMPTROLLER

By_____
DEPUTY CLERK

DC3-259 (Revised 5-02)

Original:   Clerk of Court
Copy:        DC Offender File

Troya072010