# INCIDENT/INVESTIGATION REPORT

**INCIDENT DATA**

| Agency Name | | Case# | 95-002269 |
|---|---|---|---|

*Palm Beach Police Department*

| ORI | *FL 0500600* |
|---|---|

Date / Time Reported: *11/07/1995  14:3  Tue*
Last Known Secure: *11/07/1995  13:5  Tue*
At Found: *11/07/1995  13:5  Tue*

Location of Incident: *265 Cocoanut Rw, Palm Beach FL*
Premise Type:
Zone/Tract:

| # | Crime Incident(s) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|
| #1 | *Police Information* (Co ) *9999* | | | | | |
| #2 | Crime Incident ( ) | | | | | |
| #3 | Crime Incident ( ) | | | | | |

**MO**

**VICTIM**

# of Victims: *1*   Type: INDIVIDUAL/ NOT LAW   Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | *JUVENILE* | 1, / / Age | | W | F | | | |

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:
Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| *RP* | *ABRAHAM, WENDY* | Age *30* | | W | F | | | |

Home Address: *1500 No Congress Ave  - B20 W.palm Bch, FL*
Home Phone:
Employer Name/Address: *(INSURANCE AGENT)*
Business Phone:
Mobile Phone:

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | Age | | | | | | |

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:
Mobile Phone:

**PROPERTY**

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID#: *(8134)*

Invest ID#: *(0)*   Supervisor: *(2333)*

**Status**

| Complainant Signature | Case Status | *Suspended* | *11/08/1995* | Case Disposition: | Page 1 |
|---|---|---|---|---|---|

## INCIDENT/INVESTIGATION REPORT

Page 2

By: OREGERO, OREGERO   04/27/2016

*Palm Beach Police Department*

Case# 95-002269

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found |
|---|---|

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 95-002269        *Palm Beach Police Department*        Page 2

N A R R A T I V E

**REPORTING OFFICER NARRATIVE**

| | | OCA |
|---|---|---|
| *Palm Beach Police Department* | | *95-002269* |
| Victim<br>*JUVENILE* | Offense<br>*POLICE INFORMATION* | Date / Time Reported<br>*Tue 11/07/1995 14:30* |

ABraham     blaise:
Reporting Officer: Badge #: 8134 - KOZLOWSKI, EUGENE:
Added By Employee: Badge #: 0 - GOODFELLOW, GENEVIEVE:

  On 11/7/95, Officer Dicks and I met with Wendy Abraham and her 11  year old daughter Cynthia Abraham at the police station in response  to a civil matter that occurred at Palm Beach Public School.  .  Cynthia Abraham told us the following.  .  In her class at approximately 155 p.m., her classmate, Daniel Troya,  knocked her to the ground and she bumped her head.  He then punched  her in the face with closed fist.  Cynthia said she has seen Daniel  Troya behave this way several times previously.  According to  Cynthia, the attack was unprovoked.  .  Upon examination of Cynthia, it was apparent she had a visible bruise  on the right side of her forehead.  She was also crying and upset.  .  Miss Abraham made contact with Daniel Troyas father by telephone.  According to Mrs. Abraham, he said, "If my son is a known bully, your  daughter should stay away from him."  .  We instructed Mrs. Abraham of her options of contacting the state  attorney.  .  We admitted her daughters witness statement into CSEU for evidence.

Greene     1148 hrs:
Reporting Officer: (0275590) SZARSZEWSKI, DANIEL:
Added By Employee: Badge #: 0 - GOODFELLOW, GENEVIEVE:

  On 11/08/95, at 11:30 a.m., I contacted the victims mother Wendy  Abraham at her business phone number of 627-2274. Mrs.Abraham told me  that this attack was totally unprovoked and that she had attempted to  contact the suspects father in an effort to quail any further  problems. She stated that when she did talk to him, he had told her  that if her daughter knows his son is a bully that she should stay  away from him. Based on this Mrs.Abraham said that someone else is  going to have to intervene therefore she is going to pursue with  criminal charges in this case. She also told me that Officer Robert M.  McIsaac with the School Board Police had spoken to her and received a  statement from her daughter and several witnesses at the school this  morning. She stated that he said he is filing the simple battery  charges in this case. She gave me his phone number of 687-7160. I  contacted Officer Robert McIssac at phone number 687-7160. He did  state that he has received several written statements from witnesses  and also from the victim in this case. He told me that the suspect  Daniel Troya has been suspended for five days from the school and has  been involved in other incidents of assault at this same campus. He  stated that as Mrs.Abraham wants to pursue charges, he will be filing  with the State Attorneys office in this case. He stated that I could  close out this investigation as he would be filing the charges. Please  cross reference this case to his case number of 95-3281. Note that his  office is on the Conniston Middle School. ATTN Police Clerks: As  another agency is filing the charges in this incident, please show our  case as a **Police Information** only, cross reference to the School  Board Police case number of 95-3281. *** No further investigation is  necessary.

## Incident Report Suspect List

*Palm Beach Police Department*

OCA: *95-002269*

| 1 | Name (Last, First, Middle) *TROYA, DANIEL* | Also Known As | Home Address *611 WESTWOOD* *WEST PALM BEACH, FL 33401* |
|---|---|---|---|

Business Address

| DOB. / / | Age | Race W | Sex M | Eth | Hgt | Wgt | Hair BL | Eye BR | Skin ME | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race W | Sex M | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | Dir of Travel | | |
| | | | | | | | | Mode of Travel | | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char

*Status:  STILL SUSPECT*
*Hair Length:  MEDIUM ( UP TO 2")*
*Glasses:  No*
*Facial Hair:  NONE*