## AFFIDAVIT OF ERASMO GARCIA, JR.

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the *13th* day of April, 2016, personally appeared Erasmo Garcia, Jr., who produced *Fla. Driver License* identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.      My name is Erasmo Garcia, Jr. I am a friend of Daniel Troya.

2.      My family moved to West Palm Beach around 1999, when I was about 13 years old. My family was originally from Chicago and they moved to Florida, near Ocala, around 1998, before settling in the West Palm Beach area.

3.      I attended Conniston Middle School and knew Danny Troya. Danny and I lived within a mile of each other and rode bikes together in the neighborhood.

4.      I used to visit Danny at his house on Upland Road often and Danny's grandmother Lydia lived there at the time. His brother, Adrian, was little and still wearing diapers. His uncle, Juan Quinones, was living there and so was his Uncle "Poli," Ipolito Torres. Danny and I would play video games, not much else. There were times when I ate dinner with Danny's family and Danny would sometimes eat at my house, but my family did not have regular sit down meals.

5.      I saw a lot of fights at Conniston Middle School. I even got into fights myself, but I did not start them. I was from Chicago, I was always fighting to stay out of gangs up there, so I knew how to fight.

6.      Danny and I also worked at the Chevron station together.

7.  Danny and I stayed in contact each time he was in state prison, and we hung out after he was released each time. Danny was unable to find a job after he was released from prison, but Danny did help his dad doing side work for a little while.

8.  Danny has always been very loyal to his friends and always defended his friends. Once I got jumped and injured at a night club, and Danny came to visit me every day at home to make sure I was okay.   It took me four months to fully recover. Danny checked on me frequently, but Danny did not retaliate against the guy who jumped me.

9.  I never saw Danny get violent when we went out together.  I drank beer, but I can't recall what Danny drank.  I saw Danny use Ecstasy one or two times and he seemed to be more "active."

10. I knew Kevin Vetere and did not like him much. Kevin Vetere was doing a lot of cocaine. When I first met Kevin, he didn't do that much coke, but by the time they were arrested, Kevin Vetere was carrying around a baggie full of cocaine with a straw in it similar to a Capri Sun.  Kevin would act real hyper, kind of aggressive in his words and his mannerisms. I don't know why Danny felt sympathetic for Kevin Vetere.

11. I considered people who used that much cocaine as being a "junkie" and "dirty."  Kevin Vetere did not have nice things, did not dress nice and did not appear clean.  He was rather bizarre and even had dread locks at one time.  Kevin Vetere had a real bad drug problem.  I think Danny was trying to help him.

12. In addition to knowing Danny Troya, I also knew Danny Varela, Rick Sanchez, and their group. I had gone to clubs with them at times. No one else in the group had a drug problem like Kevin Vetere.

13. I had not been contacted by the defense team prior to Danny's trial.  I was willing and available to testify on Danny Troya's behalf and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so. I actually attended a day of Danny's trial to show support for him.

14.    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this *13th* day of April 2016.

Erasmo Garcia, Jr.

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Erasmo Garcia, Jr. was acknowledged before me *13th* day of April, 2016 by *Erasmo Garcia, Jr.*, who produced *Fla DL G620-200-85-265-0* as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016