## AFFIDAVIT OF DENNIS RIVERA

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the 13th day of April, 2016, personally appeared Dennis Rivera, who produced Fla Drivers License as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1. My name is Dennis Rivera. I am a friend of Daniel Troya.

2. I was born in Santo Domingo and immigrated to New York when I was six years old. I moved to Florida when I was 13 years old. I moved into the same neighborhood as Daniel Troya.

3. Whenever I would was with Danny, his parents were never at home. They were always out working.

4. When I first met Danny, he was very shy and quiet. He kept to himself and would observe the others. He had maybe two friends. He did not fight.

5. I tried to instill in my young friends, including Danny, the idea that you don't look for trouble. However, if a fight comes to you, then you do what you have to do.

6. Conniston had drugs - there were drugs in every school in West Palm Beach and involvement with it depended on who you hung out with. Things were fairly calm at Conniston until there was a zoning change and the kids from Tamarind Avenue came in. After that, there were drugs and fights every day, particularly between kids from different neighborhoods.

7. My friends and I used to record the fights with their camcorders. And there were a lot of fights.

8. Forest Hill High School had fights like Conniston. In 1997 or 1998 there was a riot at Forest Hill.

9. Within the schools, every kind of fight broke out — one on one, two against one, five against five, five against one. They broke out before, during and after school, in the hallways, and on the staircases.

Page 1 of 4

10. There were constant gunshots in the neighborhood. There were many gangs — The Hawaiians, LTP, 18th Street, 40 Boys — and they were no joke.

11. In those days the Forest Hill high school kids and the Conniston kids all hung out at a grocery store near Conniston called La Barata. The Forest Hill kids would go there to watch or get into fights.

12. There was stealing at Conniston all day long. Guys would not dress in uniforms for gym; they'd just go there to steal. It was usually big guys stealing from smaller, weaker guys.

13. Tronneal Lavor Mangum was a bully. At age 14, he was huge, approximately 6' 2". John Kamel was small and had a wooden leg, so Tronneal took what he wanted from him.

14. After Tronneal Mangum shot John Kamel, they put up fences and police patrolled all the time. No one was allowed anywhere near the school; parents couldn't pick up their kids in their cars. They would have to park their cars somewhere else and go inside to pick up their kids.

15. Everything changed after the John Kamel shooting. Danny Troya would visit me more often. I lived one block from Conniston behind the Publix supermarket. You can tell when a kid wants to toughen up. I remember he fought with another kid about a girl at Phipps Park near the Dixie Highway. Near the Santa Juliana Church. A guy hit Danny, and Danny was beating the guy up, and then a girl approached, bearing one of those clubs with which people lock their steering wheels, and beat Danny over the head with it. He was gushing blood, from the middle of his head. He must still have a scar. Danny beat both the guy and the girl and then left. That was the first fight I remember Danny getting involved in.

16. After the Kamel shooting, Danny began to hang out with wrong people. He began fighting much more often. During one fight, I saw Danny get his head split open and, as a result of that fight, my car received $1,800 damage. I wanted Danny and the other kid to reimburse me, half and half. I helped him get a job at the Chevron station, fixing flats and changing tires and Danny paid me with his earnings. After that, he was running the streets.

17. When someone between the ages of 17 to 24 years old goes to adult jail, people on the street refer to it as 'Gladiator School'. Danny went to Brevard, which was 'that kind' of a facility. You have to fight every day multiple times a day. You better not have commissary, because if you do, you get jumped for it. They see you put something away and then they fight you for it, take it, rob you, and jump you. When Danny was released from Brevard, he came out of the experience a completely different person. Danny essentially grew up in prison. I barely recognized him when he got released.

18. I worked for Carol Pawlowski when I was 16 or 17 years old and also lived with her after being homeless. She was a great person to me, but she was an alcoholic who drank beer and vodka all day. She also snorted coke and smoked weed.

19. The incident with Carol Pawlowski changed Daniel Troya's whole life. I arrived after the altercation and Carol was sitting in a corner with her eyes swollen. Carol was drunk at the time and she came at Danny, who pushed her off. But she was drunk and fell on her face on the concrete. Danny's whole life changed. It is a perfect example of a guy who goes to prison for nothing and grows up in the system.

20. Danny Varela is a master manipulator. He would flash absurd amounts of money. He would have $10,000 on him. He was like a kid with play money. He would say to me, "If I spend it, then I don't have to count it". He would go from club to club to club. One time he got a chain robbed from him and he just went out and bought a bigger one.

21. Danny Varela could manipulate grown men – he had that pull and the money. Varela had Danny in his pocket – Danny Troya was a kid out of prison with no trade and wasn't good in school.

22. Kevin Vetere was known as "White Boy Kevin" or "Crackhead Kevin" to distinguish him from the other Kevin's in the neighborhood. I considered him another example of non-productive environment. Kevin and his brother lived with their grandmother, who didn't pay much attention to them, and they were always in the streets. Kevin was smarter than Danny Troya and Karl Busch.

//
//

23. Kevin Vetere was an addict - Everyone sells drugs in the neighborhood, but instead of selling them, Vetere started to do them. Everyone in the neighborhood knew not to trust Kevin Vetere because he had a reputation of not telling the truth and being untrustworthy.

24. I was never contacted by Danny's defense team prior to his trial. I was willing and available to testify on Danny Troya's behalf, and I am still available to testify if needed. Everything I have said in this affidavit is something I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

25. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this /3th day of April 2016.

_____
Dennis Rivera

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Dennis Rivera was acknowledged before me this /3th day of April 2016 by _Dennis Rivera_ , who produced _Fa Drivers License R160-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_ proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

_____
NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016