## AFFIDAVIT OF ERIK VONLYDICK

STATE OF FLORIDA
COUNTY OF SARASOTA

BEFORE ME, on this 8th day of April, 2016, personally appeared Erik Vonlydick, who produced Dept. of Corrections I.D. as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.      My name is Erik Vonlydick and my date of birth is July 17, 1982. I was incarcerated with Daniel Troya in 2002 at the Brevard Correctional Institute.

2.      I did not know him prior to his placement in the cell with Jeff Burleson.

3.      Danny Troya had just been transferred from the Work Camp. He indicated he was beaten by guards at the Work Camp, sent back to the main unit and placed in the cell with Jeff Burleson.

4.      Jeff Burleson and I had been planning the escape for about a month and a half. After Danny was put in the cell with Jeff, we had to let him in on the plan since it would take place from Danny and Jeff's cell.

5.      My cell was on the first floor directly below their cell on the second floor. The dorms were not locked at night because there were no bathrooms inside the cells/dorms and the doors were left open so inmates could use the bathroom at night if they needed to.

6.      Jeff Burleson was in a masonry class, so he had access to 2x12 boards, which he would mess up by spilling paint or varnish on them, then wash them off and place them outside the class building to dry out.

7.      I would go by and pick the boards up and place them in the recycle area wood pile as "recyclables" which wouldn't seem unusual. We planned to escape by making a "bridge" out of the 2x12 boards to cross over the razor wire fence. We planned to do it by overlapping the boards end-to-end, tying them together using the "rope" I made by braiding strips of sheets together, then walked across the bridge to the other side of the perimeter fence.

8. I made the homemade "screwdriver" by filing off a piece of rebar on concrete and wrapping the end with the strips of sheets to make a handle. Danny Troya did not take part in any of the planning or preparation for this escape.

9. Danny Troya went along with us, but he planned to turn himself in after a couple of days. He just wanted to get out of Brevard C.I. Danny's release date was close but things were so bad  he just wanted out, just like I did. Danny was hoping to be sent somewhere else after he turned himself in.

10. Danny Troya was afraid that because he was so close to his release date, the officers would try to find a way to bring something up against him to extend his prison term and he wanted to get transferred to avoid that.

11. When we tried to escape, we only got about 60-70 feet from the window we went out when an officer (Jernigan) shined his flashlight on us from a nearby doorway. I had been monitoring all the officers' routines/routes for weeks and Jernigan was seven minutes ahead of his schedule (3:23 a.m. instead of 3:30 a.m.), which is why he spotted us when he did.

12. Once we realized we were caught, we stopped the escape attempt, lit up cigarettes and waited for staff to arrive.

13. I threw the bag of "tools" up on the roof of the building we were next to. We knew what to do; we turned and faced the wall with our hands above our heads. Nobody resisted, but all three of us were beaten by the guards before we were placed in confinement cells.

14. I spent two years in confinement for the attempted escape. I was transferred out of Brevard C.I. on 2/12/2003. I did not see Danny again after he transferred out.

15. At Brevard C.I. it was common for guards to beat inmates for violations. The open door policy on dorms also made it possible for inmates to enter cells and attack other inmates.

16. I slept with a (homemade) knife in my hand and another in my boot at night because you never knew when someone was going to attack you while you were sleeping. I constantly feared for my life and the lives of my friends.

17. For instance, right after our attempted escape, a little Mexican kid used a mower blade to kill another kid on the compound, and to my knowledge, no one was ever charged. The attack was a hit by the kid who was targeting a boy with the same name as the victim, but the inmate he killed was not even the right target.

18. It was so bad that there was even a slave culture at Brevard C.I. Jun-juns were little slaves, usually smaller, soft, white kids working for typically big, typically black inmates. These jun-juns would be used by bigger, older inmates to clean their cells, do their laundry, put money in their commissary accounts and anything else the bigger inmate wanted from them. I had a jun-jun, a little black kid, who was really nice. I only made him do my laundry and in exchange I gave the kid cigarettes and kept other inmates from hurting him. I did not mistreat or abuse the kid. I was the only white inmate with a black jun-jun and other inmates were not happy with that fact. I estimate that 70% of the inmates that owned slaves were black. The rest were bigger white inmates who protected little white inmates.

19. Often, if there was a threat of bigger gang related inmates about to come into our dorms to pick fights, we, the white inmates, would stage our own fights with each other, so the other gangs would not come in to the dorm to fight. Although the fights were staged, we really fought or it would not be believable.

20. Everyone wanted out of Brevard --- that's why Jeff and I planned the escape.

21. I was first contacted by an investigator for Danny Troya, Kerry Sheehan, in May 2008 by telephone while I was in Charlotte C.I. I truthfully answered all the questions she asked me.

22. I was transferred to county jail from prison to testify but was never taken to court. I spoke with Kerry Sheehan again in February 2009 while in the Palm Beach County Jail and, in March 2009, I spoke with her and Mr. Troya's attorney. Each time I answered all the questions I was asked.

23. I was willing and available to testify on Danny Troya's behalf and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

24. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of April 2016.

_____
Erik Vonlydick

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Erik Vonlydick was acknowledged before me this 8th day of April 2016 by _Erik Vonlydick_, who produced _Dept. of Corrections I.D._ as (#D-910111) proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

_____
NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE206130
Expires 6/13/2016