**AFFIDAVIT OF PIERROT NICOLAS**

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME, on the 15th day of April 2016, personally appeared Pierrot Nicolas, who produced *Fla. Identification Card N242-674-82-177-0* as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.     My name is Pierrot Nicolas. I am a former inmate of the Florida Department of Corrections (FDOC).

2.     I was incarcerated in Florida prisons from 2001 to 2006. I was assigned to the Brevard Correctional Institution (Brevard C.I.) from 2001 to 2004.

3.     I was sentenced to prison at the age of 17. By the time I arrived at Brevard C.I., I was 18 years old. My first stop was in the South Florida Reception Center, where I was warned by older inmates "Don't let nobody try you." I was told to step up (fight) to earn respect and show I wasn't afraid. So my first fight in prison was in the reception center. I've never lost a fight.

4.     I had no family or friends on the outside. My family had abandoned me before I got locked up because I wouldn't stay home. I was on the streets, ~~in a gang,~~ and I wouldn't come home.

5.     I was sent to the Bay Point School (boot camp) when I was 15-16 years old. I had a therapist and I had an anger management counselor. I went straight, had a job, was going to school and had my own car. Then my grandmother, who raised me, kicked me out. I was homeless, lost my car, and went back to the streets. I had no family or community support.

6.     Brevard C.I. was called the "gladiator camp." It was crazy in there. That camp got you ready to survive any other camp. There was no time to think, you had to react. If you were sent out to court and were in a holding cell, other inmates who heard you were from Brevard assumed you were a maniac. All other prisons and

inmates saw Brevard as all about fights and shanks. I was there almost four years and I saw fights every day. I learned to pick a lock in my first five minutes at Brevard C.I.

7.  If a new guy, usually a white male, arrived on the bus and had a black eye, he was automatically a target because it was assumed he had already lost a fight. He was seen as weak or soft and he would be robbed of property.

8.  Inmates in the orientation dorm were "stepping down" on new guys that were newer than them. One inmate had a sock hanging out of his pants pocket with a rolled up sock inside his pocket to make it look like he was holding a "lock in a sock." He used it to scare the new guys who had already heard about the lock in a sock weapon before they even got there. They were scared they were going to get hit, so they would open their locker and the inmate with the sock would take whatever he wanted from their possessions.

9.  Some inmates slept with their possessions, like cigarettes and pictures or anything that was valuable, so no one could steal them from them.

10. There were 20 inmates to a pod and 60-70 inmates in the open bay area. Pods were usually occupied by inmates from the same gang affiliation or neighborhoods, but the open bay had mixed inmates, so there was a lot of tension.

11. If you sensed tension in the dorms, you slept with your shoes tied and a shank close to you. You were always on guard. My shank was under my pillow. It looked like a Christmas tree. It was welded just for me by another inmate, Willie Montrose, who we called "Big Zoe." I told him I wanted a "Rambo" knife. There were all types of shanks in Brevard C.I. Long thin ones that resembled ice picks were cheap. A good knife like mine would cost you $20-25.

12. I once saw an inmate slap another inmate next to him real hard just because his name wasn't called at mail call. He was mad because he didn't get any mail.

13. Shortly after I arrived at Brevard in 2001, one inmate lit another inmate on fire and jammed the cell door shut to make it difficult for officers to get to him to help.  The attacker filled an eyedropper with gasoline, sprayed it on the inmate and lit him on fire.  Because it took officers a little bit of time to get in the cell, all doors were completely removed from cells after that incident.  The victim of the assault was transferred out of the facility.

14. Even after the doors were removed, nobody stole anything from you, because everybody stayed with their own group in the pod.  Occasionally an inmate was in the shower or on bed rest by order, so he was allowed to stay in the dorms when everyone else was out on the rec yard. That inmate could steal from or plant evidence in a cell to get another inmate sent to the "box" (confinement).

15. My best fight at Brevard C.I. was against Mike Francis who was Orlando's known as "War Daddy."  Even the officers watched us fight. PN During that fight, my lip got busted cause I was biting my lip when Mike War Daddy punched me in the mouth.  I was bleeding so bad, the PN officer looked at it and told me I might need stitches and did I want to stop the fight to go to medical. I told him no and kept on fighting.  I won the fight, then I went to medical.  My lip needed three stitches.  I still have a scar on my lip from that fight. War Mike Daddy conceded by stating "I'm straight, man. I don't want to fight any more" and he copped deuces.  After that fight, we got along fine.

16. I was on Close Management (CM) for 18 months for hitting a guy with a lock.  I hit him because he bet me on a Miami Heat game. He lost the bet and wouldn't pay me the twenty dollars he owed me so I hit him.  If you didn't make someone pay for doing you wrong, then you could become a target.

17. The single officer assigned to each dorm sat at a desk and couldn't watch everyone, everywhere.  Every pod had a blind spot, out of view of the officer, which was called "the pit."  If an inmate wanted to fight you inside, he would invite you to the pit.

18. If you were outside on the recreation yard and someone wanted to fight you, you were invited to the "the third," which was the third of three handball courts in the rec yard. It was out of direct sight of the officers. One inmate would be on the lookout for approaching officers while the inmates fought, bloody fights that left blood on the walls and court. If the lookout warned that an officer was coming, inmates would stop fighting and pretend to be playing handball until the officer walked on by, then the fight would resume.

19. If you were on the main yard and someone wanted to fight you, you would go to the "black top," an open space area by the main gate between the warehouse and the auto shop. Again, this area was out of plain view of officers.

20. One white inmate, "Big Country," was tough and could fight, but he let it go to his head, said one wrong word on the rec yard (he used a racial slur) and he immediately became a target. He knew he was a target, so he lined his jacket with magazines so a shank couldn't penetrate the jacket and officers found the magazine lining while searching him,. The officers knew the lining meant he was in fear for his life, so he was put in confinement until he could be transferred out. The longest stay in confinement I ever heard about was for four months.

21. If you filed a grievance, and it got as far as the Captain, he would lock you up in confinement for making the grievance. A grievance was supposed to go from the Captain to the Assistant Warden if it wasn't resolved by then, but I'm pretty sure a lot of grievances didn't make it past the Captain to the Assistant Warden because he shut them down, especially if the grievance was against one of his officers.

22. At Brevard C.I., they offered sports and entertainment, but losing a game might cause another fight. Baseball was especially bad because an inmate would be the umpire and make bad calls. If anything happened that needed resolving, you were told to go the "the third."

23. There were a lot of gangs at Brevard C.I. The Latin Kings, the UKs (United Kings who were a branch of the Latin Kings, but might have whites and blacks in it) Sur 13, Crips, Gangster Disciples, and the Bloods.

24. The Sur 13 was a Mexican gang who you went to for weapons and to get a cell re-assignment. They got along good with the officers, so they could recommend cell changes and the officers would approve the move.

25. The Bloods were no longer at Brevard after the gangs riot in 2004. All the gangs were on the yard in their groups when it started. Three gangs grouped together and were walking toward my group, so we rushed them. While trying to escape, the Bloods climbed the fence and got cut up by barbed wire. One member got stuck in the barbed wire and when officers were trying to pull him down, blood started gushing from his arm. Officers had to get a ladder to climb up and get him down. All inmates were ordered to sit down on the yard. All the Bloods and a lot of other gangs' members involved in the fight were bussed out right after it happened and late into the night. There were only five officers on the yard when it started, and they only carried pepper spray.

26. But Brevard C.I. had the "Doom Squad" which consisted of four officers who would pull you from your cell, take you to the Sergeant's office over between C and D dorms and beat you up. They were called the Doom Squad because if they were coming in, they were going to cause doom. If a shift sergeant reported problems on her shift, the Doom Squad would take the troublemaker out and beat him up. Inmates never went to medical afterward, since that would make it worse for them. They never beat you up bad enough to need serious medical treatment.

27. If there was a fight and officers wanted to know who was involved, they would take multiple inmates out, and by the time the inmates came back to their cells, the Doom Squad knew who did it and who was involved. By taking several inmates out, no one knew who the snitch was unless the snitch admitted it. I would rather be beaten by the Doom Squad than be labeled a snitch. Because after

being a snitch the first time, every time you were taken out by the Squad, people knew you were snitching.

28. The Doom Squad officers were all white middle-aged males with no rank. The biggest officer looked Italian and he is now a sergeant in Orlando. He had tattoos on his right arm, which had a lot of green in them and he was "drafted" into the Squad. He would say to inmates "Don't make me come see you." I don't think he wanted to be in the Doom Squad.

29. Some female officers at Brevard C.I. flirted, wore tight uniforms and didn't mind if inmates "whacked off" (masturbated) looking at them. There was one white female officer with red hair, who worked in the open bay area and she let inmates "whack off" looking at her. But if you messed with her, she reported you after a couple of warnings, and the Doom Squad would come get you. But only after she had warned you more than once.

30. One female officer was a good looking mixed race woman from South Florida. Some inmates new her from Liberty City. She came to Brevard around late 2002 or early 2003. She would sell pictures of herself, totally naked from the shoulders down, to inmates. I had two pictures of her myself.

31. This same officer was close with two inmates and was probably messing with them. One was "Jack Boy" who hanged himself after he was out of prison. The other inmate was a Spanish guy. She would send all the other inmates out to the rec yard, except one of her boys who would stay behind. Jack Boy would brag about it. He would have cigarettes, weed, and he even had a cell phone that I used twice he got through her.

32. Jack Boy was the leader of the Gangster Disciples and he got caught up in something bad gang related. When officers searched his property, they found the nude photos of the officer. She was recognized by the tattoo removal scar on her right arm that was visible in the photos.

33. Around 2004-2005 a white female officer was caught in the barbershop having sex with two inmates who were members of the

Latin Kings. She had no respect for any inmates who weren't Latin Kings. She was fired on the spot and escorted off the grounds.

34. Jun-jun's were inmates who couldn't fight, were soft and scared. They had it rough. They were targets, but only in the dorms. Out on the rec yard, people didn't know you were a jun-jun, unless they were told. I would have hated being a jun-jun.

35. There were two sides to the jun-jun's. There were the jun-jun's who used to hustle. They would trade services, like washing people's laundry, for food and commissary. They were voluntary jun-jun's, because they benefitted from it.

36. Then there were the jun-jun's that were forced to do whatever they had to do to keep from being beaten up by bigger inmates. While I wouldn't really call it a slave culture, they were forced to do things to keep from getting beat up.

37. I was at Brevard C.I. at the time of the 2002 Escape Attempt. Everybody heard about it. I may have been in B Dorm at the time, but I didn't see anything and I never made a statement to any officers about it. An older black female officer ran B Dorm. She ran it by the book. She was a church lady, but she would send you to the box if you deserved it.

38. I was also at Brevard C.I. when "CoCo" killed the ~~Mexican~~ kid we called "Dee" in 2003. Dee was about to get out in just two weeks, but he showed loyalty to somebody that had a beef with the Kings, so he was hit because of that loyalty. He wasn't the real target. This incident happened outside the cafeteria, between it and the Housing I buildings.

39. CoCo was the "enforcer" for the Kings. He cut Dee across the lower stomach. Dee was lying in a ditch when officers got to him. He was holding his stomach, holding his intestines in. The officers called for medical staff, but when they put Dee on the stretcher, we saw his arm flop down and we knew he was dead. I heard that CoCo caught a murder charge and went to FSP. I never knew he committed suicide.

40. People got hit in the head all the time at Brevard C.I. I once saw an inmate shove another inmate's head down into the water fountain so hard that he lost four or five teeth. One was hanging on by a piece of meat.

41. Inmates quit using the lock in a sock as a weapon because when you swung it to hit somebody, the sock might tear apart. Instead, we hung the locks on our belts and used our belts to swing the lock.

42. I was transferred from Brevard Correctional to Santa Rosa Correctional in 2004, where I served 18 months of my sentence. I was transferred from Santa Rosa to Okaloosa C.I. where I served the last seven months of my sentence. I was released from Okaloosa, given a bus ticket, and rode the bus to Fort Lauderdale to a homeless shelter.

43. I lived in the homeless shelter and worked ten months until I saved enough money to get back on my feet. I have worked at a number of restaurants and I was certified in food handling. I will start a new job in construction in a few days in the Miami area.

44. On the streets I had to do what I did to survive. Prison was the same. I saw my family only once after I got out, just before they moved up to the Carolinas. They never sent me one dime in all the years I was in prison, but I had what I needed by hustling.

45. No one from Daniel Troya's trial team ever contacted me prior to his trial. I was willing and available to testify on Danny Troya's behalf and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

//
//
//
//
//
//

46. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _15th_ day of April 2016.

_____
Pierrot Nicolas

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing Affidavit of Pierrot Nicolas was acknowledged before me on the _15th_ day of April, 2016 by _Pierrot Nicolas_ who produced _Fla ID N242-674-82-177-0_ as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016

_____
NOTARY PUBLIC