## Risk Assessment for Defense Investigations in Matamoros, Mexico

This memo summarizes initial research into factors that could impact on the safety or sufficiency of a defense team investigation in and around Matamoros, a city in the state of Tamaulipas, Mexico. The sources for material in the memo are current as of March 5, 2016 and focus primarily on two time frames relevant to the Troya case:

1) Potential investigations from October 2006 to May 2009 (spanning pre-trial, trial and formal sentencing);

2) Potential post-conviction investigations, from April 2015 to the present.

### Table of Contents (click on the page numbers)

GENERAL BACKGROUND AND SUMMARY OF LOCAL CONDITIONS ...........................2

OVERALL RISK SUMMARY ..................................................................................................3

LOCAL RISK FACTORS..........................................................................................................9
    Local and regional drug-related violence ...........................................................................9
    Conflicts between cartel forces and the Mexican military .......................................................11
    Population trauma....................................................................................................13
    Population displacement.............................................................................................15
    Attacks on political candidates and  public officials ............................................................15
    Attacks on police ....................................................................................................16
    Corruption.............................................................................................................18
    Impunity...............................................................................................................20
    Attacks on journalists: muzzling the media.......................................................................21
    Transportation and travel hazards..................................................................................25
    Natural hazards ......................................................................................................27

VIOLENT CRIME IN MATAMOROS: RISKS TO AMERICANS...........................................27

PROSPECTS FOR AN IMPROVED SECURITY SITUATION ................................................32

### RESEARCH CRITERIA

- Wherever possible, preference is given to information sources that a U.S. prosecutor or judge would likely treat as the most credible: State Department advisories and security reports, research by U.S. institutions, official statistics, and reports in the mainstream U.S. media. Mexican media articles are used mostly to corroborate a point made by the primary sources.

- Relevant risk factors to assess include (but are not limited to): the levels of overall cartel activity in the community; reported cartel turf wars or conflicts with the military; attacks on police and other civil authorities; drug-related homicide rates and trends; frequency of other violent crimes; transportation safety and access to the community; displacement of the local population; cartel

1

infiltration and control over daily life; specific hazards for American citizens in the region; documented danger to journalists or other investigators; and any other risks unique to the area that could impede a defense investigation.

- The assessment identifies and analyzes any risk factors that may not be immediately apparent as such to decision-makers but are nonetheless relevant to the defense investigation process. The pertinent issue is not the extent to which a casual visitor would be inconvenienced or endangered, but rather the prospects for carrying out a reasonably safe and constitutionally adequate defense investigation in a potentially volatile, dysfunctional and traumatized foreign community.

- Because the hazards in carrying out a safe and adequate investigation are deemed to be unacceptably high, the assessment includes any credible indicators of prospects for a positive change in the security situation in the foreseeable future.

## GENERAL BACKGROUND AND SUMMARY OF LOCAL CONDITIONS

Matamoros, officially known as Heroica Matamoros, is a city in the northeastern Mexican state of Tamaulipas. It is located on the southern bank of the Rio Grande, directly across the border from Brownsville, Texas. The city has a population of just under 500,000 people.

Matamoros is a major industrial center and transportation hub for northeastern Mexico. The official economy of the city is based on its international trade with the United States through the NAFTA agreement: it is home to one of the key industrial sectors in Mexico due to the widespread presence of *maquiladoras* (factories operated in Mexico by foreign companies, to take advantage of lower wages and expenses than in the United States). Major highways, railroad lines and a coastal shipping canal link the city to the United States through Brownsville, Texas.

Many of the residents work for one of the city's 122 manufacturing plants, which include automotive parts and car assembly factories as well as high-tech electronics firms. The availability of comparatively high-paying jobs in these factories has attracted many thousands of young families from other parts of Mexico. At any given time, the local population also includes thousands of migrants attempting to enter the United States, and thousands more who were recently deported from the United States as undocumented aliens.[1]

The same combination of proximity to the United States and excellent transportation corridors makes Matamoros highly valuable to organized crime groups. For many years, the city has been the headquarters of the Gulf Cartel, a criminal organization responsible for much of the illicit drug smuggling into the southern and eastern United States. The Gulf Cartel also controls a wide range of other criminal activities in its territory, including human smuggling, extortion, car theft rings, hijacking and kidnapping.

The Gulf Cartel "is one of the oldest and most powerful of Mexico's criminal groups but has lost territory and influence in recent years to its rivals, including its former enforcer wing, the Zetas."[2] The persistent arrest and prosecution of the cartel's leadership has fragmented its authority, resulting in factional infighting and a power vacuum that other gangs such as the Sinaloa Cartel have attempted to

---

[1] Chicago Reporter, *Fear and loathing at the border* (Sept. 1, 2013), at http://chicagoreporter.com/fear-and-loathing-border/

[2] InSight Crime, *Gulf Cartel Profile*, at http://www.insightcrime.org/mexico-organized-crime-news/gulf-cartel

2

exploit. In addition, the bloody conflict that erupted in 2010 between the Zetas and their former employers in the Gulf Cartel has devastated many parts of Tamaulipas, including Matamoros. Compounding an already highly unstable situation, Mexican Army units and heavily-armed federal police patrol the streets of Matamoros—turning the city into a conflict zone in which firefights are frequent and no one is safe from the indiscriminate carnage. Nor is the risk of venturing into Matamoros confined to encountering one of the frequent firefights: the near-total absence of law enforcement breeds a climate of impunity in which armed robberies, carjackings and kidnappings are commonplace.



A house in downtown Matamoros is riddled with bullet holes after a gun fight. Photo: Chris Trejo for the San Antonio Express-News.



Mexican Federal Police vehicles and officers armed with assault rifles preparing to escort civilian vehicles along the gang-infested Matamoros-Ciudad Victoria highway in Tamaulipas State. Federal Police have conducted the escort operation along Route 101, known locally as 'death highway,' since 2013. (AFP Photo/Ronaldo Schemidt)

## **OVERALL RISK SUMMARY**

Many reliable sources confirm that Matamoros is at present too dangerous and unpredictable to permit a reasonably safe or minimally effective defense investigation. For example, over the past five years the U.S. Department of State has repeatedly advised American travelers to defer unnecessary travel to Matamoros and the surrounding region.[3] Even if an investigator could safely enter and move about the city during one of the periodic lulls in the violence, the risk of harm would still be unacceptably high: muggings, assaults and kidnappings are frequent, perpetrators are seldom apprehended, and there is evidence that Americans are treated as targets of opportunity. Furthermore,

---

[3] See, e.g., *Travel Warning for Mexico April 22, 2011*, at http://matamoros.usconsulate.gov/twm08222011.html (advising Americans to "defer non-essential travel to the state of Tamaulipas").

3

the Gulf Cartel is obsessed with controlling its territory and curtailing information about its activities: it has installed patrols, surveillance cameras, lookouts and informants throughout Matamoros, so that any outsider asking probing questions would be quickly detected and summarily dealt with.  From cab drivers to street vendors to journalists and police, virtually anyone an investigator would encounter could be acting as the eyes and ears of the Gulf Cartel. An investigator asking questions about the drug trade or its operatives would thus be at serious risk of exposure and swift retaliation.

For an investigation conducted between October 2006 and May 2009, routine background research by the investigator would have revealed a pattern of periodic but unpredictable outbursts of extreme violence dating back to the 1990s, mostly as a result of turf wars within the Gulf Cartel. By late 2006, the U.S. Department of State was warning of a sharp upswing in cartel-related crime across Tamaulipas that included random shootings, kidnappings, execution-style killings and harassment of American visitors. In early 2007, security analysts detected the stockpiling of heavy weapons by criminal elements in Matamoros and predicted that another bloody power struggle was imminent. Moreover, the cartel domination of the community over many years suggests that most people would have been reluctant to speak to an investigator about anything related to cartel activities.[4]

*Current risk level: very high*

The most recent State Department travel advisory for Matamoros, issued in mid-January of 2016, is but the latest in a long series of dire warnings:

> **Defer all non-essential travel** to the state of Tamaulipas. Throughout the state violent crime, including **homicide, armed robbery, carjacking, kidnapping, extortion, and sexual assault, pose significant safety risks**. State and municipal **law enforcement capacity is limited to nonexistent** in many parts of Tamaulipas. . . .
> Matamoros…[has] experienced **numerous gun battles and attacks with explosive devices in the past year**. The **number of reported kidnappings in Tamaulipas is among the highest in Mexico**.[5]

**Not even U.S. consular personnel are safe**. All U.S. government [USG] employees "are prohibited from personal travel on Tamaulipas highways outside of Matamoros and Nuevo Laredo due to the tenuous security situation" and are subject to a curfew in the city between midnight and 6 a.m. In February 2013, "four masked and armed individuals attempted to kidnap a USG employee in Matamoros during daylight hours."[6]

Since 2010, the U.S. Consulate in Matamoros has issued more than twenty **emergency messages to U.S. personnel and citizens** residing in the district, alerting them to sudden outbreaks of extreme

---

[4] See, e.g., Los Angeles Times, *Drugs Seep Into Texas Despite Kingpin's Fall* (Oct. 20, 1996), at http://articles.latimes.com/1996-10-20/news/mn-55938_1_garcia-abrego (1996  article noting that many residents of Matamoros "decline even to publicly discuss…the drug trade for fear of retribution."); Washington Post, *The Gifts of a Mexican Drug Lord* (June 10, 2004), at http://www.latinamericanstudies.org/drugs/gifts.htm (Gulf Cartel "received help from locals" as lookouts, while "others looked the other way, whether out of gratitude or fear.").

[5] U.S. Dept. of State, *Mexico Travel Warning* (Jan. 19, 2016), at http://travel.state.gov/content/passports/en/alertswarnings/mexico-travel-warning.html

[6] U.S. Dept. of State, *Travel Warning: Mexico* (July 12, 2013), at http://monterrey.usconsulate.gov/acs_tw_mex_07122013.html

violence.[7] Two of those recent warnings offer representative illustrations of a security crisis that is entirely unpredictable and plainly out of control. On February 3, 2016, the Consulate asked that "official American staff shelter in place due to a potential increase in violence in the city this evening," sounding an "All Clear" message the following day. In February of 2015, the Consulate warned Americans in the area:

> Please be advised that there is a likelihood of increased violence in the Matamoros vicinity, reportedly between the Matamoros and Reynosa factions of the Gulf Cartel. Violence has spiked over the past few days and there have been **numerous reports of large convoys of armed members of Transnational Criminal Organizations** (TCO) driving through Matamoros.[8]

The latest spate of violence extends back to April of 2015 and beyond. As the UPI news agency reported last April, more than 12 people died in shootouts in the cities of Reynosa and Matamoros in early February of 2015. That same week, a Mexican newspaper editor for the Matamoros daily *El Mañana* was kidnapped, beaten and later released by cartel gunmen after he dared to publish a story describing the latest carnage. Most of the staff of the newspaper resigned due to fear, and the editor fled to the United States with his family. In early March, "two people died in a public shootout in Matamoros, once a vibrant tourist town, where many businesses have now closed."[9]

State statistics illustrate a spike in reported violent crime across Tamaulipas between 2009 and 2014, at levels far above the national average.[10] Since even the most serious crimes often go unreported, the actual rates are probably much higher.



**Graph 2: "High Impact" Crimes for every 100,000 citizens in Tamaulipas (From first quarter of 2005 to second quarter of 2014)**

---

[7] U.S. Consulate in Matamoros, *Security Announcements: Tamaulipas Specific*, at
http://matamoros.usconsulate.gov/securityannouncement/tamaulipas-messages.html

[8] Emergency Message for U.S. Citizens: Expect Continued Violence in Northern Tamaulipas (February 4, 2015)

[9] UPI, *Mexican drug cartels control fate of cities of Matamoros, Reynosa* (April 2, 2015), at
http://www.upi.com/Top_News/World-News/2015/04/02/Mexican-drug-cartels-control-fate-of-cities-of-Matamoros-Reynosa/4691427983673/

[10] Wilson Center Mexico Institute, Plan Tamaulipas: A New Security Strategy for a Troubled State (October 2014).



*October 2006 to May 2009 risk level: high to very high*

Any investigator contemplating a trip to Matamoros between late 2006 and mid-2009 who took the basic precaution of researching the destination would have found extensive on-line information detailing the fluctuating and highly unpredictable security situation. As early as February of 2006, the State Department's Overseas Security and Advisory Council was reporting that Matamoros had experienced "an upswing in violence associated with the drug trade." Visitors had been "victims of armed robberies, sexual assaults, auto thefts and kidnappings," and U.S. citizens were "also frequent victims of such crimes."[11] Using language that would be repeated many times in the years to come, the report added that:

> **Drug-related violence has increased dramatically** in the past year in the border region, and shows no sign of abating. While U.S. citizens not involved in criminal activities are generally not targeted, **innocent bystanders are at risk** from the increase in violence in the streets of border cities and nearby towns. In Nuevo Laredo and Matamoros **shootings have taken place at busy intersections and at popular restaurants during daylight hours**. . . .
>
> The wave of violence has been aimed primarily at members of drug trafficking organizations, criminal justice officials and journalists. However, **foreign visitors and residents, including Americans, have been among the victims of homicides and kidnappings** in the border region.[12]

In March of 2006, the Brownsville Herald reported that the city's "image for border violence" was the likely cause of smaller than expected crowds during Spring Break. Matamoros "witnessed the kidnapping and execution of six federal prison guards among other acts of border violence" in 2005;

---

[11] U.S. Dept. of State Overseas Security and Advisory Council, *Monterrey, Mexico: 2006 Crime and Safety Report* (Feb. 10, 2006), at https://www.osac.gov/pages/ContentReportDetails.aspx?cid=2828

[12] Id.

the violence had recently subsided, "but not before U.S. State Department officials issued a borderwide travel advisory that remains in place until further notice."[13] This trend followed a pattern of periods of violence in 2001, 2003 and 2005, typically linked to factional power struggles after the arrest of Gulf Cartel leaders, followed by periods of relative calm.[14]

By February of 2007, a U.S. security analysis firm was warning that **Matamoros was about to become the next major battleground in the cartel wars**, after a major military arms cache was apprehended in the city. The contents of the cache "suggest an effort is under way to equip or reinforce a heavily armed unit of enforcers for one of Mexico's two main drug cartels. The cartels, in other words, appear to be gearing up to fight for ultimate control of Matamoros." [15]

The prediction came after a tractor-trailer containing weapons and an armored pickup was seized by the Mexican army in Matamoros; the weaponry included 18 M-16 assault rifles, including at least one equipped with an M-203 40mm grenade launcher, and several M-4 carbines. Also recovered were 17 handguns of various calibers, more than 200 magazines for different weapons, more than 8,000 rounds of ammunition, assault vests and other military accessories. A Nissan Titan pickup truck outfitted with armor and bullet-proof glass also was inside the trailer. The analysis surmised that that "the Gulf cartel's enforcers were attempting to prepare for an expected fight with the Sinaloa federation over control of the city's drug-smuggling operations."[16]

In April of 2007, the State Department warned travelers that "**cartel members have been known to follow and harass U.S. citizens** traveling in their vehicles, particularly in border areas including Nuevo Laredo and Matamoros."[17]

By January of 2008, the situation in and around Matamoros had become so hazardous that the **Texas Department of Public Safety advised that U.S. citizens should be "discouraged from traveling"** in the region, due to the "increased levels of violence in recent weeks and potential for additional violence…".[18] Sections of the advisory were read into the Congressional Record by a Texas congressman, who pointed out that after the Mexican Government "sent in troops to help quell the violence," **local police in Matamoros were relieved of their duties** by the federal Government "**because of their alleged links to drug cartels**, specifically the Gulf drug cartel."[19]

---

[13] *Matamoros waiting for Spring Breakers to show up* (March 15, 2006) at
http://www.brownsvilleherald.com/news/local/article_e91836d3-59cf-58ce-b304-f417d8482f92.html

[14] See, e.g., USA Today, *Mexico: Purported Gulf drug cartel leader caught* (Sept. 13, 2012) at
http://usatoday30.usatoday.com/news/world/story/2012/09/13/mexico-purported-gulf-drug-cartel-leader-caught/57772160/1 (noting 2003 power struggle with Sinaloa Cartel following arrest of Gulf Cartel leader that transformed the region into a "war zone rocked by daily shootouts and gruesome violence"); Brownsville Herald, *Violence erupting as cartels wage turf war* (Oct. 19, 2003) at http://www.brownsvilleherald.com/news/local/article_a0fbd834-cd93-5843-82dd-8957029fb48a.html (noting that the city "endured a bloody 2001 marked by kidnappings, executions, rescues of drug dealers and daytime shootouts at state police agencies").

[15] Stratfor Global Intelligence, *Mexico: The Coming Fight for Control of Matamoros?* (Feb. 17, 2007), at
https://www.stratfor.com/geopolitical-diary/mexico-coming-fight-control-matamoros
[16] Id.

[17] State Department Travel Warning (April 19, 2007), at http://banderasnews.com/0704/to-mexicotravelwarning.htm

[18] US Congressman Ted Poe (2d District, Texas), *Floor Remarks: All is Not Quiet on the Southern Front* (Jan. 29, 2008), at
http://poe.house.gov/2008/1/all-is-not-quiet-on-the-southern-front
[19] Id.

7

In February of 2008, the U.S. Consulate issued a crime and safety report on the region that emphasized both the increasing danger from the indiscriminate violence and the apparent inability of local authorities to address its consequences:

> Drug-related violence has increased dramatically in the past year in the Matamoros-Reynosa region, and shows no sign of abating. While U.S. citizens not involved in criminal activities are generally not targeted, innocent bystanders are at risk from the increase in violence in the streets of border cities and nearby towns. . . . **Mexican authorities have failed to prosecute numerous crimes committed against American citizens, including murder and kidnapping**. Local police suffer from a lack of funds and training, and the judicial system is overworked and inefficient. [20]

By December of 2008, however, authorities on the U.S. side of the border said that incidents of cartel-related violence had "**slowed to a crawl in recent months**," attributing the decline to the arrest of a top Gulf Cartel leader.[21] Nonetheless, the FBI warned local law enforcement officials that "Gulf Cartel operatives were stockpiling weapons on the northern side of the border and reaching out to Texas gangs in an effort to maintain control over valuable smuggling routes," according to a report circulated among area police departments.[22]

The security situation in Matamoros underwent another rapid deterioration in 2009. In February of that year, an afternoon gun-battle in Matamoros led to the temporary shutdown of the Gateway International Bridge and reinforced security at the other two international bridges linking Brownsville to Matamoros.[23] A month later, authorities seized a cache of cartel weapons in Matamoros that included grenades, a rocket launcher and thousands of rounds of ammunition.[24]

The fear in Matamoros escalated in September of 2009, "when stray bullets from a gun battle in the Mexican city blasted across the river, striking buildings and a parked car" on the University of Texas at Brownsville and Texas Southmost College campus in Brownsville. The following month, Latin American news outlets reported a shootout in front of a Matamoros primary school, trapping more than 100 parents, teachers and students inside.[25]

"Violent episodes had happened sporadically over a period of years, but it had never reached a point to where the public felt endangered," local history professor Anthony Knopp said. "**Now there is a perception that you could be at risk just by walking down the street**."[26]

---

[20] U.S. Dept. of State Overseas Security and Advisory Council, *Mexico 2008 Crime and Safety Report: Matamoros* (Feb. 6, 2008), at https://www.osac.gov/Pages/ContentReportDetails.aspx?cid=6285

[21] Brownsville Herald, *Officials: Gulf Cartel violence at a lull in Valley* (December 21, 2008), at http://www.brownsvilleherald.com/news/local/article_9e6b2916-208b-57c8-9da7-1b056c645439.html
[22] Id.

[23] Brownsville Herald, *Sheriff closes Gateway International bridge after report of shootout in Matamoros* (Feb.19, 2009), at http://www.freerepublic.com/focus/f-news/2190016/posts

[24] Brownsville Herald, *Grenades, rocket launcher, thousands of rounds of ammunition seized in Matamoros* (March 19, 2009), at http://www.brownsvilleherald.com/news/local/article_1721dbea-aa35-555d-b57b-35e8773efafe.html

[25] Brownsville Herald, *Unmeasurable fear and violence in Matamoros* (Jan. 30, 2010), at http://www.brownsvilleherald.com/article_ab5df5f5-b7b3-5987-b964-813df7f169ce.html
[26] Id.

## LOCAL RISK FACTORS

Local and regional drug-related violence

Matamoros "is a vital transshipment point, or 'plaza,' for the movement of drugs and other contraband into the United States from Mexico. From border towns like Matamoros "that sit astride highways, high-ranking cartel members…control the traffic of contraband across the border, collect payments from smugglers and oversee money-laundering operations for the cartels."[27]

Years of aggressive countermeasures by state and federal authorities have failed to shake the gangsters' grip on the city. Instead, locals "describe **a regime of constant terror**, and widespread exasperation with a government security strategy which concentrates on the pursuit of cartel kingpins but has failed to establish a semblance of law and order" in Tamaulipas.[28] Far from pacifying the community, inserting thousands of Mexican Army troops and federal security forces into the bitter battle between rival cartels has merely added fuel to the flames in Matamoros. As a result,

> . . .**the city has no functional law enforcement authority**. It doesn't have a police department; it was dismantled by the federal government after rampant corruption was found. Hoping to curb the violence, the government sent in the military in June 2011. The soldiers can be seen around town walking or standing on top of blue trucks and holding assault rifles. **Gun battles in Matamoros often erupt between the Zetas, Gulf Cartel and federal authorities**, sometimes lasting several hours.[29]

Meanwhile, the Gulf Cartel struggles to maintain its grip over the lucrative drug smuggling corridors that lead from Colombia and central Mexico to the southern and eastern United States. This map identifies the presence of the Gulf Cartel in most southern and eastern U.S. cities, as of 2012:

---

[27] Stratfor, *Mexico: The Coming Fight for Control of Matamoros?* (Feb. 17, 2007), at https://www.stratfor.com/geopolitical-diary/mexico-coming-fight-control-matamoros

[28] The Guardian, *'You can't trust anybody': the Mexicans caught up in the drug war just south of Texas* (May 13, 2015), at http://www.theguardian.com/world/2015/may/12/mexican-drug-war-south-texas

[29] Chicago Reporter, *Fear and loathing at the border* (Sept. 1, 2013), at http://chicagoreporter.com/fear-and-loathing-border/



Source: National Post, *Mexican drug cartels' spreading influence: Graphic* (July 13, 2012), full version at
http://news.nationalpost.com/news/graphics/mexican-drug-cartels-spreading-influence-graphic

<u>Conflicts between cartel forces and the Mexican military</u>

The standard response from the authorities to outbreaks of cartel violence in Matamoros has been to call in the Mexican military and federal security police, in the hopes that a show of superior force will pacify the situation. However, as one local resident commented, "the bullet-for-bullet strategy is failing. It gets rid of one cartel and another comes and everything remains the same."[30] In addition, the governmental strategy of focusing on taking down the gang kingpins has "resulted in the death or capture of a string of bosses, leaving both the Zetas and the Gulf cartel much weaker – but splinter groups continued to terrorize the civilian populations."[31]

Meanwhile, **intense firefights continue to erupt in Matamoros** at unpredictable times and places, often in broad daylight. In early February of 2016, "a string of armed encounters between gunmen and security forces left eight dead and terrified [the] residents" of the city. Seven of the dead were presumed to be criminals, but **the** eighth fatality "was **a 13-year-old girl who was at a crowded shopping mall with her family and was caught in the crossfire**." The violence began in the afternoon with a traffic stop in which the occupants of an SUV with Texas license plates allegedly opened fire on authorities, and three suspects were killed.  That unleashed a series of chases and shootouts elsewhere in the city, "as suspected criminals blocked roads with buses and other large vehicles to try to impede the movement of police and soldiers."[32]

On February 12, 2016, the violence had reached the point where Matamoros **Mayor Lety Salazar issued a public warning** to her citizens about the dangers in the streets. "Given the situation I ask that all necessary precautions are taken to guarantee the safety of you and your loved ones," Salazar said in a prepared statement that ended with the message "God bless you."[33] The violence had been building for several days, "as Mexican military and police forces continue to clash with heavily armed cartel members." Mexican news outlets "have been largely silent about the raging violence, resulting in average citizens having to use social media to stay informed about the security conditions in their city."[34]

In October 2015, Mayor Salazar issued a statement warning citizens to use extreme caution and stay indoors while city and state authorities regained order following the capture of a top Gulf Cartel boss. "Unfortunately in these moments there are reports of violent acts in various locations of our Matamoros," Salazar wrote. "I ask everyone to use extreme caution in order to safeguard their physical integrity and stay in your homes if there is no extreme situation forces you to go outside." Employees with the U.S. Consulate in Matamoros were warned to avoid the areas near the Attorney General's

---

[30] The Guardian, *'You can't trust anybody': the Mexicans caught up in the drug war just south of Texas* (May 13, 2015), at http://www.theguardian.com/world/2015/may/12/mexican-drug-war-south-texas
[31] Id.

[32] The Guardian, *String of violent weekend shootouts in Mexico leave 18 dead* (Feb. 1, 2016) http://www.theguardian.com/world/2016/feb/01/eight-people-killed-shootouts-matamoros-us-mexico-border-texas

[33] Cartel Chronicles, *Mexican Mayor Warns Residents About Cartel Shootouts near Texas Border* (Feb. 12, 2016), at http://www.breitbart.com/texas/2016/02/12/mexican-border-mayor-warns-residents-about-cartel-shootouts-near-texas-border/
[34] Id.

11

office pending the suspect's transfer to Mexico City; his capture "sparked a series of law enforcement blockades and multiple bloody gun battles throughout the border state."[35]

In July 2015, **a 7-year-old boy was shot in the head** when gunmen fired on a military convoy in Matamoros. The boy was with his father and sister in a vehicle when gunmen traveling in a van spotted the military convoy and began shooting at the soldiers as well as other cars around them while fleeing. Troops did not fire back to avoid hitting innocent civilians, according to a government statement issued after the incident.[36] Back in 2011, the community was "in shock after **a well-known Catholic priest was killed in crossfire** during a Saturday afternoon shootout between armed gunmen and the Mexican military." According to one source with firsthand knowledge of the event, "a squad of Zetas tried to enter Matamoros and was met by a squad of gunmen from the Gulf Cartel and later the Mexican military arrived, creating **a three-way firefight**."[37]

**Attempts to arrest cartel leaders often turn into pitched battles** that affect entire neighborhoods of Matamoros and also impact on Brownsville residents. In November of 2010,  there were widespread reports of grenade explosions and gunfire in the military operation to capture Gulf Cartel leader Antonio Ezequiel Cárdenas Guillén. The army deployed 150 soldiers, three helicopters, and 17 vehicles to the city, according to a government statement. Three soldiers and five gunmen--including Cárdenas Guillén--were killed, the government said.[38]  During the shooting, "locals had cowered in their homes and offices while explosions erupted all across the city. Businesses closed and international bridges shut down. Across the river, at the University of Texas at Brownsville and Texas Southmost College, campus was evacuated in fear of stray bullets whizzing north."[39] All three international bridges were closed after the gunfights in Matamoros "left at least 47 people dead."[40]

The acquisition of high-caliber automatic weapons by the cartels has also increased the risk of cross-border gunfire. In October of 2008, authorities in South Texas said that "they won't be intimidated by increasingly violent drug smugglers, announcing a larger Border Patrol presence and that more heavily armed deputies will be authorized to return fire across the Mexican border." The decision came after a string of violent shootouts in Matamoros and a sharp increase in cases of violence against Border Patrol agents in the region. In once incident during 2006, "more than 300 shots were fired across the river at…deputies and Border Patrol agents."[41]

---

[35] Brownsville Herald, *Capture of Gulf Cartel boss sparks weekend violence in Tamaulipas* (Oct. 20, 2015), at http://www.brownsvilleherald.com/news/local/article_362043a2-76d9-11e5-946b-e7d57fea8aa7.html

[36] Valley Morning Star, *Police: Matamoros boy shot in head during military convoy attack*  (July 1, 2015), at http://www.valleymorningstar.com/news/local_news/article_bb75561e-2003-11e5-9a88-b3b39cede533.html

[37] Borderland Beat, *Priest killed in crossfire during fight in Matamoros* (July 3, 2011), at http://www.borderlandbeat.com/2011/07/priest-killed-in-crossfire-during-fight.html

[38] Committee to Protect Journalists, *Mexican reporter killed in Matamoros crossfire* (Nov. 8, 2010) at https://cpj.org/2010/11/mexican-reporter-killed-in-matamoros-crossfire.php

[39] Texas Monthly, *Dead Line* (April 2011), at http://www.texasmonthly.com/articles/dead-line/

[40] Brownsville Herald, *Dozens killed in Matamoros; bridges closed* (Nov. 5, 2010), at http://www.brownsvilleherald.com/article_aea0ebd0-c5cf-5259-8463-4878587fc1de.html

[41] Brownsville Herald, *Sheriff: Deputies will shoot across the Mexican border* (Oct. 17, 2008), at http://www.brownsvilleherald.com/news/local/article_f5b9d6e6-764b-58a8-a6ae-4afb38ed8ebb.html

Population trauma

After dark, the streets of Matamoros "are eerily absent human activity," according to one recent report.  "You don't see people out on the streets once the sun starts to set," said a Matamoros resident who spoke on condition of anonymity out of fear for her safety. "But you can hear the ambulances and the gunshots, sometimes a grenade."[42]

Officially, around 5,000 people have disappeared in Tamaulipas since 2007, more than in any other Mexican state, according to government records.[43]  Guillermo Gutierrez Riestra, founder of the group Families and Friends of the Disappeared in Tamaulipas, said **the real number of missing is 11,000**, twice the official figure.[44]

**"Empty storefronts and gutted restaurants** in some previously thriving neighborhoods attest to the effect of shriveled tourist dollars on local businesses." Arrests of kingpins "have splintered the Gulf Cartel, setting off periodic spasms of violence over lucrative smuggling routes between the Ciclones, or Cyclones, in Matamoros, and the Metros faction from Reynosa." Although weakened by the constant conflict, "these factions can still wreak havoc and instill fear."[45]

After years of bloodshed, a local architect said, "**residents were collectively suffering from post-traumatic stress disorder**. Bullet casings strewn across the road and buildings scarred in the wake of violent clashes have simply become part of the cityscape."[46]

Residents here say "the situation has been critical for some time, and many have endured the threats and extortion or left everything behind to relocate to other communities." One Matamoros resident, who, fearing for his safety, asked to remain anonymous, said the violent acts he has witnessed have taken an immeasurable toll. "I guess **we look the other way**," he said. "**We can't call the cops because they probably already know**, and it's not that I don't care, but I just don't want to get myself involved."[47]

As the local authorities crack down on the cartels' traditional drug smuggling activities, criminal gangs increasingly target the civilian population in Matamoros for other sources of revenues:

---

[42] San Antonio Express-News, *Violence in Tamaulipas, Mexico, raises concerns over security plan* (March 16, 2015), at http://www.expressnews.com/news/local/article/Violence-in-Tamaulipas-Mexico-raises-concerns-6137816.php

[43] San Antonio Express News, *Civic life struggles in shadow of Matamoros violence* (Oct. 31, 2015), at http://www.expressnews.com/news/local/article/Civic-life-struggles-in-shadow-of-Matamoros-6603163.php

[44] Agence France Presse, *Police escort Mexican travelers on 'death highway'* (Dec. 22, 2015) at at http://news.yahoo.com/police-escort-mexican-travelers-death-highway-053542671.html

[45] San Antonio Express News, *Civic life struggles in shadow of Matamoros violence* (Oct. 31, 2015), at http://www.expressnews.com/news/local/article/Civic-life-struggles-in-shadow-of-Matamoros-6603163.php
[46] Id.

[47] San Antonio Express-News, *Violence in Tamaulipas, Mexico, raises concerns over security plan* (March 16, 2015), at http://www.expressnews.com/news/local/article/Violence-in-Tamaulipas-Mexico-raises-concerns-6137816.php

**Cartel members are preying on local residents for alternative income**. First, the killing and capture of major drug capos have led to the fragmentation of criminal syndicates — in Tamaulipas state as they have elsewhere in Mexico. A power struggle is underway within the Gulf Cartel between *Los Ciclones* in Matamoros and *Los Metros* in Reynosa, and no one is safe.

Second, trafficking drugs is just harder these days, so **criminals are turning to kidnapping and extortion**. The U.S. side of the river is guarded by federal agents, state troopers and the National Guard, while Mexico has flooded Matamoros and Reynosa with military troops. The harder the Mexican government fights the cartels, it seems, the more misery it creates for the people.[48]

Cartel violence in Tamaulipas state claimed 254 lives in the first three months of 2015, but went largely unreported in the press. **"We are on our own,"** the president of a local chamber of commerce said in a recent phone interview. **"Everybody is frightened here, there is lots of danger and you can't trust anybody.** Lots of people are sending their children away to the United States but that is not the solution." [49]

Locals describe "**a regime of constant terror**, and widespread exasperation with a government security strategy which concentrates on the pursuit of cartel kingpins but has failed to establish a semblance of law and order in the state."[50]

Nancy Hernández, who heads a group of citizens seeking to help victims of violence, said the situation has been exacerbated by the cartels' deep penetration of local authorities. "In Tamaulipas the authorities became so closely allied with the narcos they lost control," Hernández told La Jornada newspaper. "If you let the bandits into your house, there comes a time when they take over." Hernández said that despite the high-profile arrests, **a daily litany of kidnappings, disappearances and extortion continues.** Little of this is reported in the local press, which "is subject to constant pressure and intimidation."[51]

The city has been "torn apart by fighting between two cartels—the Zetas and the Matamoros-based Gulf Cartel." The situation "kept residents in fear and immigrants in danger of being recruited or kidnapped," resulting in a strict code of silence:

**In this city, one must follow unspoken rules to stay alive**, residents told the Reporter. **Don't ask questions about the violence**. **Don't use words used to identify the cartels**—including the letter "Z," which, in Spanish, is the name of one of the cartels. Don't acknowledge newer-model sports utility vehicles and pickup trucks—typically driven by cartel members—on the streets. **And one of the most important: Trust no one**.[52]

---

[48] National Public Radio, *Matamoros Becomes Ground Zero As Drug War Shifts On Mexican Border* (April 1, 2015), at http://www.npr.org/sections/parallels/2015/04/01/396581287/matamoros-becomes-ground-zero-as-drug-war-shifts-on-mexican-border

[49] The Guardian, *'You can't trust anybody': the Mexicans caught up in the drug war just south of Texas* (May 13, 2015), at http://www.theguardian.com/world/2015/may/12/mexican-drug-war-south-texas

[50] Id.

[51] Id.

[52] Chicago Reporter, *Fear and loathing at the border* (Sept. 1, 2013), at http://chicagoreporter.com/fear-and-loathing-border/

There is nothing new about this attitude. One article from 2010 described the "unspoken policy" for many Matamoros residents as: "Look away. Mind your own business. Keep your mouth shut."[53] In short, the cartel control of information sources has long been all-pervasive in Matamoros, making it extremely unlikely that a defense investigator could safely obtain reliable information related to individuals involved in the drug trade.

Population displacement

Many people have fled the violence in Matamoros, and this widespread displacement of its residents could create difficulties for defense investigators when tracking down witnesses and sources. The exodus from Tamaulipas has been particularly pronounced since 2010, when the power struggles between the Gulf Cartel and Los Zetas erupted into open warfare. For example, the death of Gulf Cartel leader Antonio Cárdenas (a.k.a. "*Tony Tormenta*") in 2011 generated a turf war with Los Zetas in the city of Ciudad Mier, Tamaulipas, resulting in the exodus of more than 95% of its population.[54]

In April of 2010, media on the U.S. side of the border reported that "sporadic shootouts in broad daylight" along with "constantly seeing their schools shut down, their news outlets silenced and their streets blockaded by Mexican soldiers and military trucks" were the concerns that were "driving Matamoros families away from the border city and into the Rio Grande Valley," according to local realtors. The result of the Mexican crackdown on drug cartels was "**a steady stream of Mexican nationals, including journalists, officials and business leaders, who have relocated** to the United States," with families from Matamoros "moving to the Valley in higher numbers" since 2009.[55]

Accurate figures are not available because no agency is responsible for monitoring the numbers of people fleeing the narco-violence. By October of 2011, however, "signs of the recent exodus of Mexico's business class [were] everywhere" in the Valley communities opposite Matamoros, "from the exclusive gated communities inhabited by wealthy Mexicans in Mission to the rented apartments in McAllen and Brownsville where middle-class Mexicans—without enough money to secure U.S. visas—live in fear of both the criminals in Mexico and the U.S. government that wants to send them back."[56] That same year, the "Internal Displacement Monitoring Centre, based in Geneva, reported that **at least 230,000 Mexicans have fled their homes**, largely because of the violence, since 2007. Half of them came to the United States."[57] It is a safe bet that significant numbers of Mexicans who have fled to the United States to escape cartel violence are from Matamoros.

Attacks on political candidates and public officials

---

[53] The Monitor, *Matamoros families seeking refuge in Valley from Mexico violence, real estate agents say* (April 3, 2010), at http://www.themonitor.com/matamoros-families-seeking-refuge-in-valley-from-mexico-violence-real/article_9c46acdc-8d85-5a59-a26a-415ef18c7dac.html

[54] *"600 militares llegan a Mier, una ciudad abandonada por sus habitantes"*. CNN Mexico. 9 December 2011.

[55] The Monitor, *Matamoros families seeking refuge in Valley from Mexico violence, real estate agents say* (April 3, 2010), at http://www.themonitor.com/matamoros-families-seeking-refuge-in-valley-from-mexico-violence-real/article_9c46acdc-8d85-5a59-a26a-415ef18c7dac.html

[56] Texas Observer, *No Safe Place* (Oct. 25, 2011), at http://www.texasobserver.org/no-safe-place/

[57] Id.

In March of 2015, four men carrying high caliber rifles were detained and charged with participating in an **assassination attempt against the mayor of Matamoros**.  Mayor Leticia Salazar survived the attack because she was traveling in a heavily armored vehicle. According to Herminio Garza, deputy governor of Tamaulipas, the men arrested said they attacked the mayor by error thinking that another organized crime group was entering Matamoros.[58]

Individuals who "in years past had been considered untouchables due to their political clout have begun to also be victims of organized crime" in this border city.  There are a number of recent cases where prominent individuals with strong political ties have become victims of organized crime. One took place in August of 2015, when a group of **gunmen attempted to kidnap the former Matamoros mayor,** Alfonso Sanchez Garza, as he drove home. The attempted kidnapping came just days after another group of gunmen successfully kidnapped a businessman named Marte Rodriguez De La Garza. Relatives of the businessman ended up paying a large ransom for his release. Rodriguez was in the construction material business and was linked to former Tamaulipas governor Tomas Yarrington, who is now considered a fugitive by U.S. law enforcement.[59]

In June of 2010, gunmen believed to be linked to **the Zetas cartel assassinated a leading politician** who was almost certain to win the forthcoming governorship election in Tamaulipas. Rodolfo Torre Cantú was killed alongside at least four members of his entourage when their two vehicles were ambushed on their way to a rally in the final days of campaigning.  According to one source, "the assassination of Torre Cantú initially looks like an attempt by the Zetas to remove somebody they perceived as an enemy before he took office as governor. The state government of Tamaulipas has long been accused of collusion with the Gulf cartel."[60] During the campaign, the president's party announced that it would not campaign in some Tamaulipas communities because of the risk to its candidates. An opposition party candidate announced in April that he was pulling out of his race, one day after his house was burned down.[61]

On November 30, 2007, **gunmen opened fire on the former mayor of nearby Rio Bravo** and his entourage as they left a restaurant in Rio Bravo. The former mayor was killed along with two other politicians and two federal agents. The Los Zetas had previously threatened the former mayor's life and attempted a prior assassination, prompting the government to assign bodyguards. In response to the assassination, the Mexican government immediately mobilized approximately 500 soldiers, federal police, and support personnel in order to conduct counterdrug operations in the state of Tamaulipas.[62]

Attacks on police

---

[58] Mexico Daily Review, *Attack against Matamoros Mayor was a mistake, suspects say* (March 9, 2015), at  http://mexicodailyreview.com.mx/mdr014/tag/matamoros/

[59] BreitBart Texas, *Border Executions: Mexico's Political Elites Become Victims* (Oct. 20, 2015), at http://www.breitbart.com/texas/2015/10/20/border-executions-mexicos-political-elites-become-victims/

[60] The Guardian, *Leading politician Rodolfo Torre Cantú murdered in Mexico* (June 29, 2010), at http://www.theguardian.com/world/2010/jun/29/leading-politician-rodolfo-torre-cantu-murdered-mexico
[61] New York Times, *Mexican Candidate for Governor Is Assassinated* (June 28, 2010), at http://www.nytimes.com/2010/06/29/world/americas/29mexico.html

[62] US Congressman Ted Poe (2d District, Texas) *Floor Remarks, House of Representatives* (Jan. 29, 2008), at http://poe.house.gov/2008/1/all-is-not-quiet-on-the-southern-front

Cartel gunmen frequently attempt to ambush police convoys patrolling the streets of Matamoros, and firefights often erupt during or following the arrest of drug kingpins.  For instance, the arrest of  Prado Rodríguez in October of 2015 "sparked a series of law enforcement blockades and multiple bloody gun battles throughout the border state." Rodriguez was described as a Gulf Cartel Boss for Matamoros and the last of 15 individuals wanted as part of a special operation launched in May 2014 by Tamaulipas state police. Following his capture, groups of armed men in Matamoros fired at state police officers at several locations in Matamoros, resulting in the death of one assailant and the seizure of weapons and tactical gear.[63]

In June of 2015, gunmen attacked a police convoy in Matamoros, "sparking a clash that left five suspects and one officer dead." The gun battle erupted after "four carloads of armed civilians opened fire on Tamaulipas state and federal police," authorities said.  Following the shootout, police chased a different group of criminals and two bystanders were wounded by bullets fired by the suspects, the government said.[64] In the weeks prior to the shootout, a series of grenade attacks targeted the office of the federal police and a downtown Matamoros courthouse.[65]

A commando of heavily armed Zetas attacked the building housing the Ministry of Public Security in Matamoros on June 9, 2010.  According to unofficial information, the shooting began at five in the afternoon and ended around nine o'clock at night. An unknown number of municipal police were killed, wounded and kidnapped in the attack.[66]

In March of 2006, a late-night shootout "left one federal agent dead and two wounded inside their downtown home, a block from a city fire station" in Matamoros.  According to reports, men carrying AK-47 assault rifles chased the three off-duty agents through downtown streets, ending with an exchange of gunfire at the agents' home. Another agent was killed in a May 2005 gunfight with members of the Gulf Cartel near the Veterans International Bridge.[67]

**Senior officers assigned to investigate high-profile cartel crimes have been particularly at risk** of reprisals. After an American sightseer was shot and killed while jet skiing on the Mexican side of nearby Falcon Lake, Mexican authorities appointed state investigator Rolando Flores to the case. Shortly thereafter, Flores "was killed and decapitated, his head delivered in a suitcase to a nearby army garrison." Tamaulipas officials then decided that the search for the American tourist's body and the homicide investigation would be "suspended indefinitely."[68]  In August of 2010, a state prosecutor and

---

[63] Brownsville Herald, *Capture of Gulf Cartel boss sparks weekend violence in Tamaulipas,*  (October 20, 2015), at http://www.brownsvilleherald.com/news/local/article_362043a2-76d9-11e5-946b-e7d57fea8aa7.html

[64] Agence France Presse, *6 Dead in North Mexico Gunfight* (July 12, 2015), at http://www.ndtv.com/world-news/6-dead-in-north-mexico-gunfight-780510

[65] The Monitor, *4 injured in grenade attack in Matamoros* (June 3, 2015), at http://www.themonitor.com/news/local/injured-in-grenade-attack-in-matamoros/article_9186b9be-09fc-11e5-bd30-170a25691179.html

[66] Borderland Beat, *Zetas Attack Police in Matamoros* (June 10, 2010), at http://www.borderlandbeat.com/2010/06/zetas-attack-police-in-matamoros.html

[67] Brownsville Herald, *Mexican federal agent killed in home driveway* (March 27, 2006), at http://www.brownsvilleherald.com/news/local/article_cebe4261-bce7-5ff2-a882-e0f362184881.html

[68] National Public Radio*, Mexican Border Lake Shooting Still Awash In Mystery* (October 21, 2010), at  http://www.npr.org/templates/story/story.php?storyId=130698341

17

a security investigator disappeared shortly after being appointed to investigate the killings of 72 migrants whose bodies were found at a ranch in northern Tamaulipas. Authorities later located the dead bodies of the two investigators dumped on a roadside; the criminal gang responsible for the massacre was "suspected of killing those close to the case in an attempt to shut down further investigation."[69]

Law enforcement officials on the U.S. side of the border have also felt the wrath of the cartels. In February of 2014, "U.S. authorities blamed a Mexican drug cartel of intentionally setting fire and **burning down the house of a narcotics investigator in southern Texas**, as retaliation for a series of drug seizures on the border." Earlier, the Starr County district attorney's office had received a threat from alleged cartel members demanding that it lower the amount of drug seizures. The local prosecutor said that "everything indicated members of the Gulf Cartel were responsible" for the fire.[70]

Corruption

As early as 2005, a New York Times article on police services in Matamoros reported the "accusations by Mexican and United States officials that municipal police often serve as lookouts and hit men for the drug traffickers."[71] According to the article, local police were grossly underpaid and so underfunded that they had to buy their own equipment, such as bulletproof vests; officers were even required to purchase their own bullets. Meanwhile, in nearby Nuevo Laredo, the entire police force was suspended amidst reports that "almost half of the officers were receiving payments from leaders of the feared Gulf cartel."[72]

The municipal police force in Matamoros was disbanded several years ago due to widespread corruption. In the interim, federal forces and the military patrol the city streets. A state police force, newly renamed "Policia Estatal Acretable," began deploying to Matamoros in late 2014, although there are still concerns with corruption among this force. According to the U.S. Consulate, the cartels in Matamoros "have had **a decaying influence on civil institutions at all levels with corruption of police and rule of law officials being the most serious concern**.[73]

"The number of **kidnappings and extortions** is among the highest in the country, **enabled or sometimes directly aided by law enforcement agents**. In March of 2015, nearly two dozen federal police officers were detained for their alleged involvement in the kidnapping and $2 million ransom of a businessman in Matamoros."[74]   In October of 2014, three Texas siblings and a friend were killed

[69] McClatchy News Service, *Gang in Mexico massacre tries to silence investigation* (Sept. 8, 2010), at
http://www.mcclatchydc.com/news/crime/article24592540.html

[70] Latino Post, *Mexican Cartel Burn Down Investigator's House in Texas: District Attorney* (Feb 15, 2014), at  http://www.latinospost.com/articles/34299/20140215/mexican-cartel-burn-down-investigators-house-in-texas-district-attorney.htm

[71] New York Times, *Corruption Hampers Mexican Police in Border Drug War* (July 5, 2005), at
http://www.nytimes.com/2005/07/05/world/americas/corruption-hampers-mexican-police-in-border-drug-war.html
[72] Id.

[73] U.S. Dept. of State Bureau of Diplomatic Security, *Mexico 2015 Crime & Safety Report: Matamoros* (June 10, 2015), at
https://www.osac.gov/pages/ContentReportDetails.aspx?cid=17787

[74] San Antonio Express-News, *Violence in Tamaulipas, Mexico, raises concerns over security plan* (March 16, 2015), at
http://www.expressnews.com/news/local/article/Violence-in-Tamaulipas-Mexico-raises-concerns-6137816.php

while visiting their father in a small border town west of Matamoros. The **alleged involvement of Mayor Salazar's security detai**l, called Grupo Hercules, in these and other recent kidnappings has heightened concerns over corruption in city government. "The situation is grave," said Father Francisco Gallardo, who manages Casa del Migrante, the Matamoros Catholic diocese's shelter for migrants and deportees. "The plan isn't working. Corruption is the problem, and we've grown accustomed to living this way."[75]

Allegations of corruption reach all levels of local government. In November of 2014, U.S. officials unsealed a federal indictment charging Erick Agustin Silva Santos, the former mayor of Matamoros, Mexico, with conspiracy to launder money, bank fraud, mail fraud and wire fraud. Silva served as mayor from 2008 through 2010 and allegedly employed several schemes to embezzle campaign contributions, accept kickbacks and defraud Matamoros of public funds. The indictment alleges Silva transferred those funds into U.S. bank accounts through wire transfers or deposits.[76]

In January of 2012, the Attorney General of Mexico issued a communiqué ordering **the past three governors of Tamaulipas** and their families to remain in the country while they are being investigated for possible collusion with drug cartels.[77]

Prior to the disbanding of the local police department, pervasive police corruption was an acknowledged fact of life in Matamoros. As the U.S. Consulate reported in early 2009:

> **Police corruption and police involvement in criminal activity is common** in Mexico. Consequently, citizens are often indifferent to police authority, adding to the sense of lawlessness in Mexico. The general perception is that the majority of crime victims do not report crimes against them due to fear of reprisals by the police, the belief that police are corrupt, or the feeling that nothing would come from such reports. Matamoros police are widely considered to be underpaid, poorly trained, and corrupt. From **senior police in league with narco-traffickers** and/or organized crime elements, to **routine bribes paid daily** by motorists, Mexican police enjoy little respect from the general population.[78]

Harrowing as contact with the cartels can be, encounters with corrupt law enforcement officers can be just as dangerous for Matamoros residents. In late December 2008, the U.S. Board of Immigration Appeals remanded a case to a lower immigration court in Harlingen, Texas, after finding that a Mexican man initially denied safe haven in the United States had in fact made a valid case that he likely faced torture, or even death, if he was returned. According to court records, the man, who lived in Matamoros, **fled to the United States after being abducted by local police, repeatedly beaten and threatened** for refusing a neighbor's request to store drugs and weapons in his home. He asked to be allowed to stay in the United States not as an asylee, but under the United Nations treaty known as the Convention Against Torture. "We're at the beginning of the problem," said Bruce J. Einhorn, a

---

[75] Id.

[76] U.S. Embassy, *Former Matamoros Mayor Indicted in the United States* (Nov. 10, 2014), at
http://mexico.usembassy.gov/news-events/press/former-matamoros-mayor-indicted-in-the-united-states.html

[77] Univision, "PGR emitió alerta migratoria contra tres ex gobernadores de Tamaulipas" (30 January 2012)

[78] U.S. Dept. of State Bureau of Diplomatic Security, *Mexico 2009 Crime & Safety Report: Matamoros* (April 15, 2009), at
https://www.osac.gov/pages/ContentReportDetails.aspx?cid=7981

retired immigration judge. "It's indicative of a new and emerging class of persecuted people from Mexico."[79]

The corrupting influence of the drug trade does not stop at the U.S. border:

> Federal authorities say 'the Valley' is steeped in corruption of every stripe: drug smuggling, vote stealing, courthouse bribery, under-the-table payoffs and health care fraud. . . . In 2013, more public officials were convicted of federal crimes in South Texas — 83 of them — than in any other region of the country. . . . In the past two decades, no fewer than five sheriffs have been busted for corruption. And from 2000 to 2013, 13 U.S. Customs and Border Protection agents went to prison.

> "I was a cop who went drug dealer. That's what it is," says Jonathan Treviño, a former police narcotics squad leader who is serving 17 years in a federal penitentiary. In 2014, his entire unit went to prison for seizing dope and selling it back to traffickers in Hidalgo County.[80]

His father, Sheriff Lupe Treviño, was sentenced to five years in prison on a separate conviction. He admitted "taking $10,000 in illegal campaign contributions from a drug trafficker, known as The Rooster, with ties to the Gulf Cartel."[81]

Impunity

Describing the culture of impunity in Matamoros, a 2011 article in the Texas Observer reported that:

> …the police work for the criminals. **Armed convoys roam with impunity and collect "taxes" from every sector** of the economy. Those who don't pay are kidnapped or killed. Their businesses are torched. But what makes Tamaulipas perhaps even more dangerous than Juarez (often called the most violent city in the world) is that the terror occurs under a cloak of secrecy. The local media was long ago silenced at gunpoint. With little to stop them, **kidnappers have become especially vicious in Tamaulipas** and the neighboring state of Nuevo Leon, says a local security consultant. "They ask for a million dollars and if you can't pay it they take your ranch, your business," he says. "It has become common practice."[82]

The Cazares case is a telling example: 18 family members were taken from three homes in Matamoros over a few hours on the morning of July 9, 2011. Their houses and offices are now shuttered, stripped nearly bare by thieves. "**We're completely impotent**," said Zynthia Cazares, 30, an American citizen

---

[79] Center for Investigative Reporting, *Mexico's Drug War Creates New Class of Refugees* (March 3, 2009), at http://cironline.org/reports/mexicos-drug-war-creates-new-class-refugees-2261

[80] National Public Radio, *Corruption On The Border: Dismantling Misconduct In The Rio Grande Valley* (July 6, 2015), at http://www.npr.org/2015/07/06/413463836/corruption-on-the-border-dismantling-misconduct-in-the-rio-grande-valley

[81] National Public Radio, *With Corruption Rampant, Good Cops Go Bad In Texas' Rio Grande Valley* (July 6, 2015)

[82] Texas Observer, *No Safe Place* (Oct. 25, 2011), at http://www.texasobserver.org/no-safe-place/

who was among those abducted and whose husband, brother and father are still missing. "**No one will help us**."[83]

Cases like these show how Matamoros runs "according to rules defined less by government than by gangs that exhibit both sophistication and the heedlessness born of committing crimes in a void, when the chances of getting caught can barely be measured." The case also shows how "various levels of the Mexican government pay lip service to helping crime victims, without doing much else. **Even for families with wealth and connections** — the Cazareses' ranks include government contractors and engineers with decades of government service — **Mexican law enforcement is virtually useless**."[84]

Six years into the military campaign against the cartels, "impunity across much of Mexico has worsened, and justice is harder to find," the New York Times reported in 2012. Criminals in Mexico "are less likely to be punished now than even just a few years ago," because "the authorities have been overwhelmed by increases in violent crime while corruption, fear and incompetence have continued to keep the justice system weak."[85]

In recent years, "the cartels have diversified, branching out from drug smuggling into extortion, human trafficking, car theft and—most threatening of all for wealthy Mexicans—kidnapping." Like the Sicilian mafia, the cartels "began taking over local economies, charging fees for protection and killing elected officials. They have **morphed from drug smugglers into organized criminal syndicates**, combining ruthless violence with keen business sense."[86]

The recent wave of abductions in Matamoros is a particularly devastating form of impunity:

> Kidnappings in particular are fueled by this dynamic. Reported abductions have jumped by more than 300 percent since 2005 — to levels on par with Mexico's kidnapping wave in the late 1990s — in part, experts say, because criminal gangs have become better organized and freer to commit crimes without being punished .. . .[R]esearchers say that kidnappings, which require teams of captors, safe houses and a degree of territorial control, flourish when the state is particularly feeble. **Studies also show that kidnappings destroy a city's sense of security and its economy even more than murders do.[87]**

Attacks on journalists: muzzling the media

The frequency of attacks on journalists within a region can provide a general indicator of the risk that outside investigators may face. In Matamoros, the domination and terrorization of the media is absolute: on a daily basis, the cartels determine what gets reported and what does not. Defiant editors are quickly and brutally reminded of the need to either comply or flee, and many reporters are in the pay of the cartels. Self-censorship is the norm; media outlets in Matamoros long ago stopped reporting about cartel activities, "unable to produce even the most basic news about the war that is terrorizing their city."[88]

---

[83] New York Times, *In Mexico, a Kidnapping Ignored as Crime Worsens* (March 27, 2012), at http://www.nytimes.com/2012/03/18/world/americas/in-mexico-a-kidnapping-ignored-as-gang-crimes-go-unpunished.html
[84] Id.
[85] Id.
[86] Texas Observer, *No Safe Place* (Oct. 25, 2011), at http://www.texasobserver.org/no-safe-place/
[87] New York Times, *In Mexico, a Kidnapping Ignored as Crime Worsens* (March 27, 2012), at http://www.nytimes.com/2012/03/18/world/americas/in-mexico-a-kidnapping-ignored-as-gang-crimes-go-unpunished.html
[88] Texas Monthly, *Dead Line* (April 2011), at http://www.texasmonthly.com/articles/dead-line/

21

In December of 2015, the Washington Post issued an in-depth report on the rigid cartel censorship of media reporting in Matamoros. Among other findings, the report noted that:

> **The three largest U.S. newspapers nearby** — the Brownsville Herald, the Monitor in McAllen, Tex., and the Laredo Morning Times — **forbid their reporters from crossing to report because it's too dangerous**, according to the editors at the newspapers. Pervasive corruption abets the violence. The local police forces have been disbanded and replaced by the army and federal police in the northern Mexican state of Tamaulipas, which includes Matamoros, Nuevo Laredo and Reynosa.
>
> A car bomb killed the Nuevo Laredo mayor one week after he was sworn in. The new Matamoros mayor survived an ambush in March. **Cartels install surveillance cameras throughout their cities and employ lookouts with cellphones to keep watch**. U.S. Border Patrol officers are regularly indicted for cooperating with organized crime.
>
> "**Tamaulipas is a black hole when it comes to information**," said Aaron Nelsen, a reporter based in McAllen for the San Antonio Express-News. "It's so hard to get anyone to talk about it," even elected U.S. officials.[89]

In February of 2015, the editor of the Matamoros daily *El Mañana* stated that he would "once again avoid publishing stories that could upset the cartel," after "three armed men dragged him from his office, beat him and threatened his life before letting him go." The editor said his kidnapping was "a warning from the Gulf Cartel" over publishing reports in the newspaper about gunfights in the area that killed nine people.[90]  The editor later "fled with his family to the United States in order to protect them"; two days later, a grenade attack on Matamoros-based *Televisa del Noreste* injured two of the TV station's security guards.[91]

The brazen killing of a Matamoros journalist in 2000 is typical of the fate that can await any reporter who steps out of line. Pablo Pineda Gaucín was a reporter and photographer for *La Opinion* in Matamoros  who had "a lot of enemies" because he "wanted to discover and uncover anything criminal," according to  the newspaper's chief police reporter. Early one Sunday morning, Border Patrol agents saw two men carry a large bundle across the Rio Grande, dump it on the U.S. bank and return to Mexico. The bundle contained the body of Pineda: his head was covered with a plastic bag and he had been shot in the back of the head with a 9 mm gun, according to Cameron County Sheriff

---

[89] Washington Post, *Censor or die: The death of Mexican news in the age of drug cartels* (December 11, 2015) at https://www.washingtonpost.com/investigations/censor-or-die-the-death-of-mexican-news-in-the-age-of-drug-cartels/2015/12/09/23acf3ae-8a26-11e5-9a07-453018f9a0ec_story.html

[90] Associated Press, *Matamoros newspaper drops drug violence coverage; editor flees after kidnapping* (Feb. 5, 2015), at http://www.themonitor.com/news/local/updated-matamoros-newspaper-drops-drug-violence-coverage-editor-flees-after/article_111964ae-ad7f-11e4-a9fd-930e5bd641d8.html

[91] Reporters Without Borders, *Year Starts Badly for Mexican Journalists* (Feb. 18, 2015), at http://en.rsf.org/mexico-year-starts-badly-for-mexican-18-02-2015,47593.html

Omar Lucio. "It was an execution-style shooting," Lucio said.[92] Like most attacks on journalists in Tamaulipas, the crime was never solved.

Over the following decade at least **16 local journalists were killed or disappeared**, "while unlawful detentions, beatings and threats can be counted by the dozen."[93] In this climate of impunity, the targeting of investigative journalists in Tamaulipas became increasingly audacious. In 2006, for example, gunmen "entered the editorial office of *El Mañana* in Nuevo Laredo, detonated a grenade and opened fire with a machine gun, injuring a police reporter, leaving him crippled and prompting six reporters to resign and the director to go into exile in the neighboring city of Laredo, Texas."[94]

In the absence of any other sources of information about the violence in their community, "average citizens, regularly faced with fear and anxiety, search Facebook and Twitter to assess the level of risk on the streets."[95] Denied information through traditional journalism, "a fearless brand of citizen journalist emerged. They are doctors and firemen, business owners and factory workers who report on the frequent spasms of violence that engulf neighborhoods and streets." The cartel response to these brave people has been predictably brutal: Dr. Maria del Rosario Fuentes Rubio was one such citizen journalist in the nearby city of Reynosa; in October of 2014, she was abducted by armed assailants. The Twitter account associated with her name was hacked by the kidnappers, who later Tweeted a photo of her bloody, lifeless body—along with a warning to another citizen journalist that "death is closer than you think."[96]

"It is the sort of risk they all face, according to Chuy™, a well-regarded member of #reynosafollow with more than 10,000 followers. **Anyone can be stopped and searched by cartel henchmen on the street.** As a precaution, some avoid carrying cellphones or use an alternate phone."[97]

Fear is just one of the weapons the Gulf Cartel uses to control the flow of information in Matamoros:

> **Local journalists say most crime reporters are on the take**. **They accept *chayote*, or bribes, from the cartel** that range from $400 to $800 a month, effectively doubling a reporter's salary. . . .Within Mexican journalism circles, Tamaulipas has the reputation of having more than its share of compliant reporters.

---

[92] Lubbock Avalanche Journal, *Journalist slain near Matamoros* (April 10, 2000), at http://lubbockonline.com/stories/041000/sta_041000020.shtml

[93] Milenio Semanal, *The Narco's Gag in Tamaulipas, Mexico: "Nothing left but to obey"* (Jan. 16, 2012), at http://upsidedownworld.org/main/mexico-archives-79/3409-the-narcos-gag-in-tamaulipas-mexico-nothing-left-but-to-obey
[94] Id.

[95] San Antonio Express-News, *Fear spreads in Twitter community in Mexico* (Oct. 26, 2014), at http://www.mysanantonio.com/news/us-world/border-mexico/article/After-kidnapping-fear-spreads-in-Reynosa-twitter-5849248.php

[96] San Antonio Express-News, *Cartel members kidnap, kill citizen journalist in Mexico and tweet photo of her body* (Oct. 17, 2014), at http://www.mysanantonio.com/news/local/article/Citizen-journalist-killed-in-border-city-5829471.php

[97] San Antonio Express-News, *Fear spreads in Twitter community in Mexico* (Oct. 26, 2014), at http://www.mysanantonio.com/news/us-world/border-mexico/article/After-kidnapping-fear-spreads-in-Reynosa-twitter-5849248.php

"Cartels have essentially taken over municipalities and inherited the corrupt structures that were already in place. In other words, there was always some level of corruption in the newsroom," says Joel Simon, the executive director of the Committee to Protect Journalists. The difference is that when journalists displease the mayor, they lose their bonus or risk being fired; **when they displease the capos, they sometimes pay with their life**.[98]

Intimidation and violence at the hands of cartel members is not the only threat to freedom of the press in Matamoros. In November of 2010, the Committee to Protect Journalists called for a thorough investigation into the shooting death of crime reporter Carlos Alberto Guajardo Romero, who was killed during crossfire between the Mexican army and gunmen in Matamoros. His pickup was reportedly shot at least 20 times as he was heading for the Secretariat of Homeland Security to gather more information on the violence. National news outlets said army officers allegedly fired at the journalist's unmarked truck because they mistook him for gunmen involved in the shooting. The shooting was among a series of violent events that took place the same day in Matamoros, leading to the killing of Antonio Ezequiel Cárdenas Guillén, leader of the Gulf drug cartel.[99] In September of 2008, Federal Preventive Police (PFP) opened fire on journalist Carlos Solis Reina and his companion, Luis Alberto Salas, as they were driving in Matamoros. The gunfire hit and killed a young girl in the vicinity. The two were arrested for the girl's death; they alleged that they were tortured on the way to detention. Solis had recently published an article critical of the federal police.[100]

The violence has caused some American journalists in Mexico to take extraordinary security measures. "**Trust no one**. **Whether the reporter you once trusted, the fixer, the cabdriver, the shoeshine boy, the cop, the mayor, the federal investigator, the guy who greets you at the hotel, or even the pretty waitress — they can be working as halcones** (lookouts)," longtime Mexico reporter Alfredo Corchado of the Dallas Morning News said during a panel discussion in 2010.[101]

---

[98] Texas Monthly, *Dead Line* (April 2011), at http://www.texasmonthly.com/articles/dead-line/

[99] Committee to Protect Journalists, *Mexican reporter killed in Matamoros crossfire* (Nov. 8, 2010) at https://cpj.org/2010/11/mexican-reporter-killed-in-matamoros-crossfire.php

[100] U.S. Bureau of Democracy, Human Rights, and Labor, *2008 Country Reports on Human Rights Practices: Mexico* (Feb. 25, 2009), at http://www.state.gov/j/drl/rls/hrrpt/2008/wha/119166.htm

[101] San Antonio Express-News*, Media muzzled by drug war* (Dec. 28, 2010), at http://www.mysanantonio.com/news/sunday_focus/article/Media-muzzled-by-drug-war-920917.php



Graph 4: Total homicides against reporters in Mexico, 2000-2014

Source: Fiscalia Especial para Atencion de Delitos Cometidos contra la Libertad de Expresion (FEADLE, 2014).

Transportation and travel hazards

The U.S. Consulate's 2015 Crime and Safety report on Matamaoros left no doubt about the danger of road travel in the district:

> **Road safety is an area of particular concern**; in general, roads and road conditions are below U.S. standards. All highway travelers should avoid travel at night, especially along highways connecting major cities. . . .Travelers on Tamaulipas highways been targeted for kidnapping and robbery. Travelers have also been caught in TCO [Transnational Criminal Organization] roadblocks. Several businesses have reported harassment at illegal checkpoints along rural highways near the U.S.-Mexico border.

> **Travel in the consular district is primarily accomplished by entering into the U.S., traveling along the border and re-entering Mexico at the nearest port of entry**. Since July 2010, U.S. diplomats and their families are not permitted to travel by vehicle between the 10 U.S. diplomatic missions in Mexico. **Travelers should defer unnecessary travel** on highways between Matamoros and Reynosa and from Ciudad Victoria to the Texas border. There have been numerous carjackings and kidnappings in all three cities. Criminals have followed and harassed U.S. citizens traveling in their vehicles in these areas.[102]

This was not the first time that the State Department had warned Americans to avoid travel in and around Matamoros. According to a 2010 travel advisory:

> **Travelers on the highways** between Monterrey and the United States (notably through Nuevo Laredo and Matamoros) **have been targeted for robbery that has resulted in violence and have also been caught in incidents of gunfire** between criminals and Mexican law

---

[102] U.S. Dept. of State Bureau of Diplomatic Security, *Mexico 2015 Crime & Safety Report: Matamoros* (June 10, 2015), at https://www.osac.gov/pages/ContentReportDetails.aspx?cid=17787

enforcement. Criminals have followed and harassed U.S. citizens traveling in their vehicles in border areas including Nuevo Laredo, Matamoros, and Tijuana.[103]

Recent media reports describe the need to travel in convoys escorted by heavily-armed police:

> Driving Tamaulipas highways is dangerous, so much so that every day for the past four years, Federal Police have lead an escort from the state capital to the border. **Even the police no longer drive at night**. Bus companies have been forced to make drastic adjustments, canceling routes, changing departure times and traveling in convoys. **It is a harrowing new reality**.

> There is simply no other way to travel these highways with any sense of security. **Robberies and assaults have soared by 112 percent in the past year and dozens of kidnappings have been reported**. As a result, **the new rule is always travel in a group and never at night**. The caravan is the best option because the authorities can't guarantee safety. They simply can't. Traveling alone is to risk your life.[104]

In May of 2015, the State Department warned Americans of the dangers of bus travel around Matamoros: "Organized criminal groups sometimes **target public and private passenger buses** traveling through Tamaulipas. These groups sometimes **take all passengers hostage and demand ransom payments**." State and municipal law enforcement capacity "is limited to nonexistent in many parts of Tamaulipas," according to the advisory. "Violent conflicts between rival criminal elements and/or the Mexican military can occur in all parts of the region and at all times of the day," it added. [105]



"The bus left with about 40 passengers, but only the driver reached the destination … all the passengers were disappeared … nobody knows what happened to them …"

*A bus station supervisor, discussing the disappearance of an inter-city bus in Tamaulipas on March 24, 2010.*

Similar incidents occur regularly. In April 2011, about 200 bodies were discovered in a common grave in the city of San Fernando, including some who were identified as bus passengers who had been kidnapped by the notorious Zetas crime gang.[106]

---

[103] *Travel Warning: Mexico* (August 29, 2010), at http://matamoros.usconsulate.gov/information_for_travelers/public-anouncements/tw082910.html

[104] InSight Crime, *Going to the Border in Tamaulipas, Mexico? Get a Police Escort* (December 11, 2015)

[105] Action 4 News, *State Department updates travel warning for Mexico* (May 5, 2015), at http://valleycentral.com/news/local/state-department-updates-travel-warning-for-mexico?id=1200600

[106] InSight Crime, *Going to the Border in Tamaulipas, Mexico? Get a Police Escort* (December 11, 2015)

Natural hazards

As noted in the 2015 Crime and Safety report from the local U.S. Consulate:

> Matamoros is approximately 30 miles from the Gulf Coast. **Hurricanes are common during June-November**. Heavy rains can often lead to localized flooding. Heavy rains also frequently lead to widespread power outages, but these are normally remedied within a matter of hours.
>
> Officials sometimes remove manhole covers in order to speed the evacuation of standing water. These areas are often not adequately marked and can lead to road hazards. Travelers are advised to watch for poles with plastic garbage bags tied to them as these are often the only warnings to motorists that a manhole cover has been removed.[107]

Apart from the inherent danger to an investigator of being caught in a hurricane, the **flooding from the frequent storms in the region may damage or destroy vital statistics records** and other important documents stored in local repositories. Matamoros is in a low-lying area close to the Rio Grande delta, and storm waters often reach several feet in depth. In 2010, Hurricane Alex produced powerful winds that uprooted trees and destroyed dwellings in Matamoros, while the water from the torrential rains was waist-deep in the streets.[108] Hurricane Dolly in 2008 was even more devastating, isolating thousands of local residents and flooding large areas of the city.[109]

## VIOLENT CRIME IN MATAMOROS: RISKS TO AMERICANS

Homicides and other unnatural deaths of Americans in Matamoros

According to a 2013 report from CNN, "Outside of war zones, more Americans have been killed in Mexico in the last decade than in any other country outside the United States, and the number of U.S. deaths jumped from 35 in 2007 to 113 in 2011."[110] Official State Department data indicates that **at least 18 U.S. citizens were murdered in Matamoros** between November of 2005 and June of 2015. Another 13 Americans died in accidents over the same time period.[111]

The risk of a violent death is by no means the only potential hazard facing Americans who venture into Matamoros. According to the 2015 crime and safety report from the local U.S. Consulate:

---

[107] U.S. Dept. of State Bureau of Diplomatic Security, *Mexico 2015 Crime & Safety Report: Matamoros* (June 10, 2015), at https://www.osac.gov/pages/ContentReportDetails.aspx?cid=17787

[108] *Hurricane batters US, Mexico* (July 1, 2010) at http://www.news24.com/World/News/Hurricane-batters-US-Mexico-20100701

[109] Mexican officials scramble to find flood victims[of Hurricane Dolly] (July 24, 2008)

[110] CNN, *Mexico: As dangerous -- and safe -- as ever* (June 9, 2013), at http://www.cnn.com/2013/06/09/world/americas/mexico-security/

[111] **I have compiled a chart of all such cases**, taken from: U.S. Dept. of State, *U.S. Citizen Deaths Overseas*, at https://travel.state.gov/content/travel/en/statistics/deaths.html . Please contact me for a copy.

27

**The random nature of violence combined with the highest kidnapping rate in all of Mexico exposes everyone to a high risk** of being caught in a dangerous situation. Crime and violence related to the activities of transnational criminal organizations (TCOs) are continuing concerns that directly affect the safety and security of U.S. government personnel.

Matamoros and the surrounding areas have been the scene of **many violent, uncontrolled incidents** in which innocent bystanders have been injured/killed. **Security forces and police have not been effective** in eliminating the threat from such incidents in these cities along the U.S. Mexican border. The current situation in Matamoros increases the need for safety precautions to deter criminals. [112]

The report further warns that both violent crime (kidnappings, extortions, homicides, sexual assaults, robberies, residential break-ins) and non-violent crime (financial scams, vehicle thefts, petty drug crimes) "continue to be a serious concern for those living or transiting Tamaulipas." In addition:

There were **a significant number of gunfights and grenade attacks** in the consular district in 2014 and early 2015. These gun battles have occurred **in broad daylight on public streets** and other public venues. The situation in northeast Mexico remains fluid. Gun battles may occur at any time, as rival TCO gunmen engage in hit-and-run attacks and as military/federal police encounter these TCO gunmen. In an effort to prevent the military from responding to criminal activity, TCOs have set up **roadblocks or "narco-blockades" in various parts of Matamoros** and Reynosa. Armed gunmen have carjacked unsuspecting drivers (usually buses) and used the vehicles to block-off roads.

**No areas are considered safe in Matamoros**. U.S. Consulate General Matamoros has strict travel restrictions and a curfew from 12 AM – 6:00 AM for U.S. government employees that limit personal and work travel. Even with these restrictions, shootouts between TCO members and government security forces occur frequently in areas where U.S. government employees are allowed to travel. All adult entertainment clubs and casinos in the consular district are off limits to U.S. government personnel.

**There have been numerous carjackings and kidnappings**. . . . **Criminals have followed and harassed U.S. citizens traveling in their vehicles** in these areas. [113]

The State Department travel advisory issued in May of 2015 was just as discouraging:

**Defer all non-essential travel to the state of Tamaulipas.** Throughout the state violent crime, including homicide, armed robbery, carjacking, kidnapping, extortion, and sexual assault, pose significant safety risks. **State and municipal law enforcement capacity is limited to nonexistent** in many parts of Tamaulipas. Violent conflicts between rival criminal elements and/or the Mexican military can occur in all parts of the region and at all times of the day. Violent criminal activity occurs more frequently along the northern border.

---

[112] U.S. Dept. of State Bureau of Diplomatic Security, *Mexico 2015 Crime & Safety Report: Matamoros* (June 10, 2015), at https://www.osac.gov/pages/ContentReportDetails.aspx?cid=17787
[113] Id.

Matamoros, Reynosa, Nuevo Laredo, and Ciudad Victoria have experienced numerous gun battles and attacks with explosive devices in the past year. The number of reported kidnappings in Tamaulipas is among the highest in Mexico, and **the number of U.S. citizens** reported to the consulates in Matamoros and Nuevo Laredo as being **kidnapped, abducted, or disappearing involuntarily in 2014 has also increased.**[114]

*A serious kidnapping risk*

For many years, the State Department repeatedly advised American travelers that there was no indication that U.S. citizens were being targeted specifically for kidnapping in Tamaulipas. That message changed dramatically with the release of the Matamoros Consulate crime and safety report in February of 2015:

> 2014 FBI statistics for kidnappings in Mexico place Tamaulipas with **the highest rates and risk of kidnapping in the country**. The Consulate issued a Security Warning in April 2014 to all U.S. citizens in Matamoros of a surge in kidnappings, abductions, extortion, and violent crime. **In the rare event that a victim was released** after being kidnapped, they reported to the Consulate that **they were beaten, tortured, and threatened** while being held. **U.S. citizens remain under constant threat of abduction, robbery or violent crime**.

> Although no reliable statistics exist, individuals associated with the maquiladora (factory)/business industry in Matamoros/Reynosa continued to experience both express kidnappings and kidnappings for ransom at an alarming rate.[115]

This was not the first warning of a serious kidnapping problem involving American victims that could no longer be viewed as random incidents. In 2013, the Houston Chronicle reported on the alarming increase in the number of kidnapped Americans in Tamaulipas over the previous decade:

> The U.S. Department of State has issued repeated warnings about how recent kidnappings and violent attacks have affected expatriates and Americans traveling and working in Mexico - including **the attempted kidnapping of a U.S. government official in broad daylight in Matamoros** earlier this year and **another American hauled off a public bus**.

> **The FBI's Laredo office has collected 239 reports in the last decade of Americans kidnapped mostly in Tamaulipas** - **121 have never been located**, said Special Agent Michelle Lee, a San Antonio-based FBI spokesman.[116]

*Early warnings of increasing violence in Tamaulipas*

---

[114] Action 4 News, *State Department updates travel warning for Mexico* (May 5, 2015), at http://valleycentral.com/news/local/state-department-updates-travel-warning-for-mexico?id=1200600

[115] U.S. Dept. of State Bureau of Diplomatic Security, *Mexico 2015 Crime & Safety Report: Matamoros* (June 10, 2015), at https://www.osac.gov/pages/ContentReportDetails.aspx?cid=17787

[116] Houston Chronicle, *Americans targeted in Mexican border cities by kidnappers* (Oct. 16, 2013), *at* http://www.houstonchronicle.com/news/investigations/article/Americans-targeted-in-Mexican-border-cities-by-4891498.php#/0

In September of 2006, the U.S. Department of State issued the first in a series of travel advisories alerting Americans to the dangers of traveling in parts of northern Mexico. Warning of "the rising level of brutal violence," the Public Announcement noted the "execution-style murders of Mexican and U.S. citizens in Tamaulipas" in recent months and cautioned that "cartel members have been known to follow and harass U.S. citizens traveling in their vehicles, particularly in border areas including Nuevo Laredo and Matamoros." Americans "have also been victims of random shootings on major highways" and "recent incidents indicate a possible resurgence of kidnappings for ransom."[117]

In April of 2007, the State Department issued a new advisory reiterating its concerns over the deteriorating situation in Tamaulipas and other northern Mexican states. The U.S. Government now warned its citizens that:

> Violence by criminal elements affects many parts of the country, urban and rural, including border areas. . . .Though there is no evidence that U.S. citizens are specifically targeted, **Mexican and foreign bystanders have been injured or killed in some violent attacks** demonstrating the heightened risk in public places. . . .In recent years **dozens of U.S. citizens have been kidnapped** in Nuevo Laredo with more than two dozen cases still unresolved and new cases of kidnap for ransom continue to be reported. **No one can be considered immune from kidnapping** on the basis of occupation, nationality, or other factors.

The advisory also called for specific travel precautions in the northern region:

> **U.S. citizens should make every attempt to travel on main roads during daylight hours**, particularly the toll ("cuota") roads, which are generally more secure. It is preferable for U.S. citizens to stay in well-known tourist destinations and tourist areas of the cities with more adequate security, and provide an itinerary to a friend or family member not traveling with them. U.S. citizens should **avoid traveling alone** as a means to better ensure their safety.[118]

A State Department crime and safety report issued in February of 2008 highlighted the hazardous security situation in Matamoros:

> **Matamoros and its surrounding areas have seen a spike in violent incidents** over the past year associated with narcotics trafficking. Visitors traveling in these border areas have also been victims of **armed robberies, sexual assaults, auto thefts, and kidnappings**. Although there is no indication that U.S. citizens are being specifically targeted, they are frequent victims of such crimes. **Drug-related violence has increased dramatically in the past year** in the Matamoros-Reynosa region, **and shows no sign of abating**. While U.S. citizens not involved in criminal activities are generally not targeted, innocent bystanders are at risk from the increase in violence in the streets of border cities and nearby towns.[119]

---

[117] U.S. Dept. Of State, *Public Announcement: Mexico* (Sept. 15, 2006) at
https://web.archive.org/web/20070401133917/http://travel.state.gov/travel/cis_pa_tw/pa/pa_3028.html

[118] U.S. Dept. of State, *Public Announcement: Mexico* (April 19, 2007) at
https://web.archive.org/web/20071006074425/http://www.travel.state.gov/travel/cis_pa_tw/pa/pa_3028.html

[119] Overseas Security Advisory Council (OSAC), *Mexico 2008 Crime & Safety Report: Matamoros* (Feb. 8, 2008), at
https://www.osac.gov/Pages/ContentReportDetails.aspx?cid=6285

The Matamoros report was particularly critical of the inability of local law enforcement to deal with the growing crime problem, even for the most serious offenses:

> **Mexican authorities have failed to prosecute numerous crimes committed against American citizens**, including murder and kidnapping. Local police suffer from a lack of funds and training, and the judicial system is overworked and inefficient. **Criminals are armed with an impressive array of weapons and know there is little chance they will be caught and punished.** In some cases, assailants have worn full or partial police uniforms and have used vehicles that resemble police vehicles, indicating some elements of the police may be involved.

> **The majority of crime victims do not report crimes due to fear of reprisals by the police**, the belief that police are corrupt, or the feeling that nothing would come from such reports. **Matamoros police are widely considered to be underpaid, poorly trained and corrupt**. Reporting crime is an archaic, exhausting process in Mexico, and is widely perceived to be a waste of time except for the most serious of crimes or where a police report is required for insurance purposes.[120]

By late 2008, the State Department's travel advisory was describing a situation of pervasive violence verging on open warfare in parts of northern Mexico:

> Mexican drug cartels are engaged in an increasingly violent fight for control of narcotics trafficking routes along the U.S. - Mexico border in an apparent response to the Government of Mexico's initiatives to crack down on narco-trafficking organizations. . . . Some recent Mexican army and police confrontations with drug cartels have taken on the characteristics of **small-unit combat,** with cartels employing automatic weapons and, on occasion, grenades. **Firefights have taken place in many towns and cities** across Mexico but **particularly in northern Mexico**. . . .The situation in northern Mexico remains fluid; the location and timing of future armed engagements cannot be predicted….In recent years, **dozens of U.S. citizens have been kidnapped** across Mexico and many cases remain unresolved.[121]

The 2009 crime and safety report from the U.S. Consulate in Matamoros described an ever-worsening security crisis:

> Drug-related violence has increased dramatically over the past year in the Matamoros-Reynosa region and shows no sign of abating. . . .**Armed robberies, sexual assaults, auto thefts, and kidnappings have been reported in and around Matamoros, in some cases within close proximity to the US Consulate**.

> Matamoros and the surrounding areas have been the scene of many violent, uncontrolled incidents, in which innocent bystanders have been injured and killed. Mexican security forces and police have not been effective in maintaining security in these cities along the U.S. Mexican border. **Many have been corrupted and are working for the drug cartels as enforcers, body guards, and mules**. . . . From senior police in league with narco-traffickers and/or organized

---

[120] Id.

[121] U.S. Dept. of State, *Travel Alert: Mexico* (Oct. 14, 2008) at
https://web.archive.org/web/20081027213643/http://travel.state.gov/travel/cis_pa_tw/pa/pa_3028.html

31

crime elements, to routine bribes paid daily by motorists, Mexican police enjoy little respect from the general population.[122]

All of these cautionary reports were readily available on-line and would have been accessible to any defense investigator who took the rudimentary precaution of researching safety in Matamoros.

## PROSPECTS FOR AN IMPROVED SECURITY SITUATION

Although the current situation in Matamoros does not encourage optimism, there are some indicators of potential improvements on the horizon. First, state and local agencies developed the first overall security strategy for the region in 2014; although it has since been criticized as inadequate, the joint strategy at least offers a blueprint from which to build a better plan. Second, three new anti-kidnapping units were created in Tamaulipas in mid-2015. While it is likely too soon to assess the effectiveness of the new units, the newfound willingness of state authorities to address this chronic problem is a positive development. Third, there are the first glimmers of a rebirth of community groups in Matamoros that are prepared to work with municipal agencies to help reduce the incidence of local crime. These are all modest beginnings, but they represent the same combination of factors that has helped bring some other Mexican border cities back from the brink of chaos, most notably Ciudad Juarez.

*a) Plan Tamaulipas*

[New Report Examines Tamaulipas Security Strategy](#)

Written by Patrick Corcoran
Tuesday, 27 January 2015

A report from a prominent think tank tackles the new security strategy in Tamaulipas, one of [Mexico](#)'s perennially conflictive northern states.

The Wilson Center's [Mexico](#) Institute published [Plan Tamaulipas: A New Security Strategy for a Troubled State](#) in October of last year. Written by Christopher Wilson and Eugenio Weigend, the report analyzes a new security program launched by President Enrique Peña Nieto's government in May 2014.

The new strategy came amid a period of prolonged conflict between the two major criminal groups controlling the region, [allies turned enemies](#) the Zetas and the Gulf Cartel. The plan for Tamaulipas is based on three pillars: the dismantling of existing criminal groups; the elimination of smuggling routes, whether for cash and arms coming into Mexico or for drugs and undocumented migrants heading to the US; and the construction of "sufficient, efficient, and reliable" security agencies at the local level.

In order to meet these goals, the [government announced plans](#) to send roughly 4,000 federal troops, representing the army, the marines, the federal police, and Cisen, the nation's intelligence agency.

---

[122] *Mexico 2009 Crime & Safety Report: Matamoros* (April 15, 2009), at
https://www.osac.gov/pages/ContentReportDetails.aspx?cid=7981

32

According to Wilson and Weigend, the troops will employ a number of tactics in pursuing the three strategic goals. Among others, the government promised to increase patrols in port cities, border crossings, and along heavily trafficked highways; to facilitate anonymous reporting of crimes; to increase coordination among different agencies and different levels of government; and to build stronger counterintelligence networks so as to better target criminal operations.

InSight Crime Analysis

In some ways, the need for a dedicated Tamaulipas plan is obvious. The state is the home territory for what are traditionally two of the most powerful groups in the Zetas and the Gulf Cartel. These groups have long posed a threat to the local political system; to take but one example, the Zetas are suspected of gunning down the gubernatorial front runner in 2010.

Their groups' crimes have included some of the most horrific acts of recent violence against civilians, such as the massacres of migrants passing through the region or, one state over in Nuevo Leon, the burning of a casino that allegedly refused to make extortion payments. The state's murder rate has plummeted from its high-water mark of 1,016 in 2012 to just 628 in 2014, but extortion and kidnapping (which disproportionately target civilians) remain far above the national average.

Furthermore, both groups' control over their respective portions of Tamaulipas and the surrounding states -- which include several of the most active ports of entry into the United States -- has weakened amid a years-long campaign that has brought down a number of their erstwhile leaders. A properly calibrated security plan could help avoid the worst effects of a prolonged power vacuum.

    *b) Anti-kidnapping Units*

http://www.breitbart.com/texas/2015/08/23/anti-kidnapping-unit-started-in-mexican-border-cities/

by Cartel Chronicles  23 Aug 2015

**Anti-Kidnapping Unit Started in Mexican Border Cities**

MATAMOROS, Tamaulipas — In response to the rising number of kidnapping in the border city of Matamoros, authorities kicked off new anti-kidnapping units that is supposed to investigate and prosecute the crime. The units were also created to calm the public's anger at the continued lack of security conditions.

With the group in Matamoros, there will be three anti-kidnapping units in Tamaulipas. One will be headquartered in Ciudad Victoria, one in Reynosa and the third in Matamoros. Their goal will be to highlight the high crime rate in the border cities despite the all too common speeches by public officials claiming that the border area is safe.

Since February, the border cities of Matamoros and Reynosa have been ground zero for a bloody war between two rival factions of the Gulf Cartel. The conflict led to violent gun battles in broad daylight as well as a sharp spike in the number of kidnappings.

According to government officials, the units is made up of trained investigators. They are equipped with state of the art equipment to allow them to target the criminal activity which has deeply hurt many citizens in this border area.

In the border city of Reynosa, State officials have confirmed that there are more than 800 individuals who have been reported as missing or kidnapped. It remains unclear how many cases have gone unreported, Breitbart Texas reported.

The goal of the units are to bring back a sense of peace to the area. They will attempt to learn the fate of the hundreds of travelers who went missing while travelling along the highways to and from this border city.

The unit in Matamoros will fall under the a state bureau designed to fight kidnapping state-wide which, in recent years, has been a type of crime that has targeted many businessmen in throughout the state. The kidnapping of businessmen or their relatives has become a multimillion dollar business for drug cartels seeking to supplement their income.

------

   *c) Mobilizing civic groups*

http://www.expressnews.com/news/local/article/Civic-life-struggles-in-shadow-of-Matamoros-6603163.php

**Civic life struggles in shadow of Matamoros violence**

By Aaron Nelsen   October 31, 2015

MATAMOROS, Mexico — With yellow street lights shining down on them, a group of civic-minded professionals contemplated bicycle groups and blighted city parks as an army convoy rumbled past.

But underlying the benign conversation emerged a bold plan: to wrest control of this border city of around a half-million people across the Rio Grande from Brownsville from the Gulf Cartel.

"These other people, these violent people, made us believe with their guns that the city is theirs, and it's not true," said one group member, who, fearing for his safety, agreed to speak only on condition of anonymity. "This city is ours."

A recent burst of cartel violence still threatens to interrupt life at any moment. The latest episode spilled into the streets in October when federal authorities arrested the reigning drug lord in town, Angel Eduardo Prado Rodriguez, alias "Ciclon 7." Gunbattles erupted soon after as a faction of the Gulf Cartel clashed with soldiers.

"(The fighting) was behind my house," an elementary school teacher said, asking to remain anonymous for professional and safety reasons. "It sounded horrible."

In the face of powerful drug gangs, it would seem this small group of architects, businessmen and artists is a modest response to the deep-rooted problem of organized crime. And yet, empowering

34

residents by any means is a dangerous proposition in a city and region that have witnessed a plague of kidnappings and disappearances over the past several years. [….]

**Private sector**

A surge of violence and a rising body count prompted the Mexican government to deploy 2,200 troops to the troubled state in May 2014 under a new security strategy for Tamaulipas.

But largely absent from the plan is a policy to cultivate private sector and resident resources, which are key to holding governments accountable, according to security experts.

When escalating violence spread through Nuevo León and Ciudad Juárez several years ago, the government partnered with civil society on measures that helped to reduce crime.

But in Matamoros, it seems that most people are too afraid to openly consider the influence of organized crime in their lives, and few believe the government would defend them if they did speak out against the cartels.

Consequently, a partnership between residents and local governments has failed to take root in Tamaulipas, complicating efforts to improve security, said Christopher Wilson, deputy director of the Mexico Institute at the Woodrow Wilson International Center for Scholars.

"The dynamics between criminal groups come and go," Wilson said. "If you don't build the capacity to stand up to it and be resilient, then you're at their whim the next time violence flares up."

 [….]

So far, members of the Matamoros group of residents have channeled their energies on activities that bring people outdoors, such as cycling, and promoting those ideas through social media.

Little by little the group, formed early this year, hopes the community will find its voice.

Still, during one weekly meeting, as discussion lingered on how to open a dialogue with city officials on future projects, the challenge ahead seemed daunting.

"We want people to forget the trauma, to not be afraid," one group member said. "But we live in a state that is governed by narcos."

------------

Prepared by:

Mark Warren
Human Rights Research
Almonte, Ontario
Canada
mwarren@xplornet.com
(613) 256-8308

http://users.xplornet.com/~mwarren/

March 6, 2016