# UCI BRAIN IMAGING CENTER
## Positron Emission Tomography

**NAME:** Daniel Troya

**DATE OF PET SCAN:** June 5, 2008

**REFERRING DIAGNOSIS:** R/o brain abnormality

**SCAN DESCRIPTION:**

Fluorine-18 deoxyglucose (FDG) was administered intravenously during a visual vigilance task. Emission scan was acquired on GE Discovery ST system. The scan was of good technical quality. Raw data is presented in horizontal, coronal, and sagittal views. Raw images were reconstructed and visually interpreted. Twenty transaxial slices of the head were printed out.

**Scan finding:**

The study is of good technical quality. There are metabolic asymmetries with left ventral frontal cortex lower than right. The cerebellum appears to be markedly smaller than normal.

**PRELIMINARY IMPRESSION:** 1. Abnormal scan.

**PRELIMINARY CONCLUSION:** The pattern is compatible with brain injury or other neuropsychiatric condition. The smaller cerebellum could be congenital or could be atrophy. Clinical correlation is recommended. Clinical records can be forwarded to UCI-BIC for further differential diagnostic consideration and citation of relevant medical literature for a clinical correlation report for PET scan.

---

**Joseph C. Wu, M.D.**
**Clinical Director**
**Brain Imaging Center**
**Irvine Hall, Room 109**
**Irvine, CA  92697**
**949-824-7867**

Troya015109



TROYA DANIEL

Coronal
FDG
Scan: 6/5/2008

Brain Imaging Center   University of California - Irvine, CA, USA



**TROYA DANIEL**

Sagittal
FDG
6/5/2008



Brain Imaging Center · University of California, · Irvine, CA, USA



Troya015111



TROYA DANIEL

Transaxial
FDG
Scan: 6/5/2008

Brain Imaging Center · University of California, · Irvine, CA, USA

Troya015112

https://webfiles.uei.edu/icwni/Troya/Troya_transaxial_.ipg?uniq=-e6stmk

9/15/2008