UCI NEUROCOGNITIVE IMAGING
PET scan Imaging Clinical Correlation

NAME:                            Daniel Troya.
DATE OF PET SCAN:                06/05/2008
DOB:                             04/22/1983
REFERRING DIAGNOSIS:             R/o brain abnormality
Date of report:                  04/27/2016

I was contacted to perform PET scan of Daniel Troya to the best of my recollection and records approximately May 2008.  I flew out to supervise the PET scan in July, 2008.  I wrote an initial report in September, 2008 in which I described the metabolic abnormalities in the brain PET scan of Daniel Troya and recommended clinical correlation. I indicated that clinical records could be forwarded to me for further differential diagnostic consideration and citation of relevant literature. I have no records indicating that there was any further contact from the defense attorneys for Mr. Troya regarding the abnormal PET scan report and no correspondence requesting clinical correlation as recommended and no clinical records forwarded for review.  I was never contacted regarding the possibility of trial testimony and no records of any discussions regarding the PET scan. I would certainly have been willing to perform a record review and correlate it with the PET scan back in 2008 when I made my initial request.  The report which I have prepared below is the conclusion I would to a reasonable degree of medical probability have come to had the records that I have recently received in the last month been provided to me in September 2008.  I have also recommended that an additional imaging study, MRI DTI and MRI quantitative volumetrics, be done but while they would be helpful are certainly not essential for the formation of my medical opinion.

SUMMARY OF MY EDUCATION, EXPERTISE AND EXPERIENCE

I received my M.D. from the University of California Irvine (UCI) in 1982, my residency in psychiatry from UCI which I completed in 1986, and a two year fellowship in brain imaging which I completed at UCI in 1988.  I have expertise in the area of neuroimaging involving positron emission tomography (PET), MRI diffusion tensor imaging (DTI) and MRI quantitative volumetrics. MRI quantitative volumetrics entails the measurement of different brain structures (such as hippocampus or ventricles) volume.  I have experience in measurement of brain imaging using different modalities including PET, MRI DTI and QV from over twenty years of experience (see CV).   My experience includes working in the field of neuropsychiatric neuroimaging since 1986.  I have had over 63 peer reviewed articles published on neuropsychiatric neuroimaging involving PET  or MRI DTI in patients with diagnoses such as traumatic brain injury, schizophrenia, bipolar disorder and drug addiction.  I have been a peer reviewer for journals such as Biological Psychiatry, American Journal of Psychiatry,  Psychiatric Research: Neuroimaging,  Sleep,  Nature. My experience as a reviewer for these journals has been to review manuscripts related to brain imaging of mental illness using modalities such as PET or MRI DTI to determine if manuscripts submitted for consideration should be published.  I have also been a peer reviewer for the National Institute of Health to review neuroimaging aspects of grants and for the Congressionally Directed Medical Research Program for Deployment Related Medical Research Program.

I have qualified over one hundred times as an expert in federal court and in state courts in Los Angeles Superior Court for California, Sauk County Circuit Court in the State of Wisconsin, Circuit Court of the 12th Judicial Circuit in Sarasota County in the State of Florida,  in Superior Court for Maricopa County for the State of Arizona, in  the district Court in Weld County in the State of Colorado, in the Circuit Court for the 18th Judicial Circuit in Dupage County in the State of Illinois, in the US District Court (Western District of Washington at Tacoma, in the District Court for the Fourth Judicial District in and for Provo County for the State of Utah, in Clark County for the State of Nevada,  in Kern County for the State of California, in Merced County for the State of California, in Montana Eighth Judicial Court Cascade County, in El Paso County 4th Judicial District in the State of Colorado, in US District Court in the Southern District of Mississippi Western Division,  in US District Court in the District of Nevada,  in Hennepin County District Fourth Judicial District in Minnesota, in the Circuit Court of the Nineteenth Judicial Circuit in and for Martin County in the State of Florida, in the Superior Court of the District of Columbia, in the Parish of St. Mary 16th Judicial District in the State of Louisiana, Circuit Court for 2nd Judicial Circuit in and for Leon County in the State of Florida,  Santa Clara County in the State of California, Circuit Court of Brooke County in the State of West Virginia, Morehouse Parish in Bastrop in the State of Louisiana, San Diego County in the State of California, in Jefferson County in 172nd Judicial District in the State of Texas, in Orange County in the State of California, in Fairfax County in the State of Virginia, in US District Court in the Eastern District of Louisiana, and in Pima County Superior Court in the State of Arizona.

RECORDS REVIEWED:
Notes from review:.
Affidavit of Diane Beaudet:  Dated 4/22/16. Retired teacher from Palm Beach. There when John Pierre Kamel was murdered. Daniel would take John Pierre who had prosthetic leg to protect him. Constant fighting between Haitians, blacks. Shooter Tronneal and John Pierre Kamel shooters. Daniel transferred to the Academy.  Not contacted by anyone.

Declaration Daniel Troya. Paternal uncle. Lorenzo and Maria helpless with Danny's troubles.  No resources.  Ill with food poisoning.

Neuropsych. Iq 95,  rey 11/15.  WAIS  IV – wmi  23%,  processing speed 30%,  Verbal comprehension 58%.  VCI-WMI diff sig.  PRI-WMI- diff sig

Declaration of Teresa Troya.  Aunt f Daniel Troya. Daniel was silly. Would make our children laugh by falling down. Helpful.

Affidavit of Amelia Ostrosky.  Principal of Conniston Middle school.  Tronneal shot John through the heart.

Declaration of Mercedes Fortineaux.  . Tito  was not the best influence for her nephew, Danny Troya. He smoked weed around him, drank, had lots of girlfriends, and glamorized the gangster lifestyle. Mercedes knew that Danny had stolen a car but they never talked to her about him going off the rails. Merceds didn't know Jean Pierre had been murdered. When she asked her sister, Danny's mother about the shooting, Maria Troya said Danny would run around school without permission.   Danny's mother, Maria, didn't know how to handle Daniel's disintegration. Danny showed up in 2006 and told my sister Magdalena's son, Nelson, that he wanted a fresh start. Danny liked it in Chicago. Danny and her son, Carlos, would hang out in backyard.  One day he just left without saying goodbye.

2

Declaration of Magdalena Mendez.

Declaration of Manuel Mendez. Maternal uncle of Daniel Troya. Maria's older brother. His mother, Lydia,  terminated her marriage to Francisco. Eugenio Torres lived with Manuel's mother and had five children. One night Eugenio pushed Manuel's mother against a wall. It wasn't the first time Eugenio laid hands on his mother. Manuel's brother, Moises, physically confronted Eugenio and he left the home. . Danny thought Tito's criminal activity was cool.  Manuel wished Lorenzo would have disciplined his kids a little harder.

Declaration of Isabel Torres.  Maternal aunt of Daniel. Saw changes in Danny in Oct 1998.  He stayed out late and wasn't around much.

Declaration of Isidro "Tito" Torres.   Uncle of Danny and brother of Maria. Area surrounding Tito's boyhood home was gangland war zone with a race war going on. Tito's choices were limited  by drugs, violence, gangs. When Tito went to West Palm Beach to visit his nephew, Danny Troya, took him everywhere and showed him around. Tito taught Danny by example. Danny watched Tito pick up girls and explained to Danny how to steal a car.  Tito states that his story and Danny's are alike. Their moms worked And they were left with no supervision.  Danny saw Tito get gift of twenty dollar bags of cocaine and subsequently sell those bags. Before Danny's arrest in 2006, Tito received a letter from him saying he was struggling and unemployed. Tito did not provide any help. Tito stated he deserves to be in Danny's shoes and wonders, "Did he see my life and there was no going back.

Report integrating clinical record review with imaging findings

Mr.  Troya is a thirty-three year old man who was referred for PET scan for evaluation of regional brain metabolic function to determine if there are abnormalities consistent with neurological impairment of brain regions.

He had a PET scan done on 06/05/2008 which found metabolic asymmetries with left ventral frontal cortex lower than right and cerebellum that appears markedly smaller than normal. He had a statistical z-map analysis of PET scan which confirmed visual findings but also noted decreased neocortical/cerebellar ratio and significant decreases in bilateral striatal metabolism, posterior cingulate metabolism and right parietal metabolism.

The pattern of abnormality noted in Mr. Troya's  PET scan are consistent with traumatic brain injury and with chronic traumatic encephalopathy (CTE). There are over fifty medical articles that indicate that brain injury is characterized by functional brain imaging findings including frontal lobe decreases. See bibliography. The data supporting the usefulness of functional brain imaging in the assessment of head trauma is extensive and includes numerous medical articles published in peer-reviewed journals some of which are discussed below. There is a substantial body of well accepted, peer-reviewed published studies that indicate that functional brain imaging techniques are useful in assessing chronic neurological and behavioral deficits in patients with head injury. Furthermore, there is also a substantial body of evidence that indicates that functional brain imaging such as SPECT or PET can be useful in the assessment of long-term outcome. In general, these reports indicate that functional imaging methods are superior to

3

structural imaging techniques such as CAT scans or MRI scans at assessing the extent of injury. For example, Abdel-Dayem et al. (1987) found that SPECT was more sensitive than CAT scans at assessing head injury. Alavi (1989) found that PET scans showed an excellent correlation between the Glascow Coma Scale score versus cerebral metabolic rates which he reported "demonstrates that glucose metabolism, as measured by PET, is a good indicator of the functional activity in the brains of head-injury patients." Alavi (1989) also noted that 33% of the anatomic lesions were associated with larger and more widespread metabolic abnormalities. Alavi also noted that as many as 42% of PET abnormalities were not associated with anatomical lesions observed on anatomic imaging. Alavi noted that "PET and SPECT do not have the resolution of MRI, but their ability to measure cerebral function may be more important for evaluating brain injury.  Furthermore, studies to date have shown that PET and SPECT correlate better with outcome and cognitive dysfunction than do either MRI or CT. This is an indication of the greater sensitivity of functional imaging than structural imaging." Bonne et al. (2003) noted that patients with mild TBI showed decreases in frontal and temporal cortices which were correlated with neuropsychological assessment.

 Fumeya et al. (1990) also reported that rCBF (regional cerebral blood flow) found lesions with head injury that CT could not detect. George et al. (1989) found that subdural and epidural hematomas associated with head trauma caused widespread hypometabolism on PET scans and could affect the contralateral hemisphere. Gray et al. (1992) found that "SPECT was more sensitive than CT in detecting abnormalities in patients with a history of TBI." The SPECT scans were more than twice as sensitive as CT.  Humayun et al. (1989) found that patients with mild to moderate closed brain injury showed regional cerebral metabolic abnormalities on  PET scans when evaluated three to 12 months postinjury. These patients had deficits on neuropsychological testing which were associated with the abnormal PET scans even though they had normal CT, MRI , and EEG indicating that PET scans abnormalities were more sensitive at detecting brain injury. Jacobs et al. (1994) noted that SPECT alterations correlated well with the severity of the trauma and also noted that patients with persistent symptoms had persistently abnormal functional brain images. Levine (2002) noted that patients with TBI showed changes in function during an activation task compared to normal controls. Lorberboynm (2002) noted that patients with mild head trauma who had amnesia showed abnormalities on functional brain imaging despite normal CT scans.  Masdeu et al. (1994) also reported that head trauma could be separated from normal controls by independent readers who were blinded to clinical diagnosis. Masdeu et al. also concluded that SPECT was more sensitive than CAT in detecting brain injury after mild head trauma. Nagamachi et al. (1993) found that SPECT was more sensitive at detecting the larger extent of abnormality in closed head injury than CAT and found that 44.4% of the brain lesions could be detected by SPECT alone. Nedd et al. (1993) also found that functional brain imaging was more than twice as sensitive as structural brain imaging in finding lesions. In addition, Nedd et al. also found that the area of involvement was relatively larger on SPECT than CAT scan for lesions which were visualized by both techniques. In an article on neuroimaging in patients with traumatic brain injury, Newberg and Alavi (1996) notes that "PET can also be used to diagnose patients with diffuse axonal injury to determine the extent of damage and prognosis." Newton et al. (1992) found that there was a significant correlation between Glascow Outcome Scale grade and cerebral activity. Newton et al. also found that there were defects found on functional brain imaging that correlated with clinical signs which were not detected by CT or MRI scans. One patient for example had difficulty reading five months after his injury and showed decreased activity in left posterior parietal regions consistent with his lexical problem even though CT and MRI did not find anything. Oder et al. (1992) found that there were high correlations between frontal lobe being lowered and severity of disinhibition behavior which helps to validate the role of functional imaging in assessing neuropsychological and behavioral

4

symptoms. Prayer et al. (1993) also found that unfavorable outcome (Glascow Outcome Scale III or IV) was associated with decreased brain function in cortical and thalamic regions in patients with subacute or chronic severe closed head injury and normal CT examinations. Rao et al. (1984) reported that PET findings closely correspond with the site and extent of cerebral dysfunction inferences derived from the neurologic and behavioral examinations whereas CAT scan findings did not closely correspond. Roper et al. (1991) found that functional brain imaging could find lesions in patients with closed head injury that were not detectable by CT scans. Ruff et al. (1994) noted that PET scans corroborated positive neuropsychological findings in patients with minor brain trauma. Rao went on to say "Thus the agreement of neuropsychological and PET findings lends support to the validity of the neuropsychological test results, because they are substantiated by an objective neuroimaging technique." Septien et al. (1993) also found that SPECT  found a link between neuropsychological symptoms of frontal lobe disorder following head injuries and decreased frontal blood flow. Umile et al. (2002) noted that patients with mild TBI showed abnomalities in temporal and frontal regions on functional brain imaging.  Wu et al. (2000) noted that patients with TBI showed abnormalities on PET scan studies especially in regions such as frontal and temporal regions.  Yamaki et al. (1996) found that patients with brain injury had abnormalities on PET scans. The editors of the Journal of Nuclear Medicine,  in an editorial published three years ago (35:947 (1994))  indicate that "that rCBF/SPECT is a viable technique for detecting cortical lesions following TBI."  Further, the editors noted that "Patients with persistent positive SPECT scans remained symptomatic." Clearly, there are numerous, peer-reviewed, and published papers that establish the usefulness of functional brain imaging in the assessment of head injury. The consistency of these findings help to establish the reliability of this method.

PET scans meet the criteria to be considered reliable and valid for the purpose of establishing a corroboration of the extent of head injury at times that are chronic or subchronic from the injury. There are many articles that show functional brain imaging is useful months, even years later to corroborate brain damage  (see Humayun et al. (1989) examined with range between 3 to 12 months, Jacobs et al. (1994) examined an average of 3 months, Ruff et al. 1994 (examined an average of 29.2 months, range 2-49 months), Newton et al. 1992 (range 3-36 months), Prayer et al. 1993 (examined an average of 15 months, range 2 to 36 months), Oder et al. 1992 (examined an average of 39.3 months after the injury, range 7-66 months)).

Diffusion tensor imaging (DTI) and MRI quantitative volumetrics (QV)  would be valuable and recommended neuroimaging studies which would provide complementary information to the PET scan. Diffusion tensor imaging MRI  scans are testable and have been subjected to peer review. There have been at least 80 articles in Medline on the use of diffusion tensor imaging and  brain injury.  These peer reviewed articles describe the use of DTI scans to test hypotheses regarding brain function and activity in a wide spectrum of conditions including traumatic brain injury.  (see attached bibliography).

DTI scans are not specifically diagnostic in and of themselves in isolation but are instead corroborative of brain injuries. The distinction can be highlighted by a metaphor. If a patient has a presentation consistent with pneumonia, a physician can check his temperature. If the patient is febrile, then this information can help corroborate pneumonia. However, fever by itself is not diagnostic of pneumonia. The ability to measure the patient's temperature provides invaluable corroborative clinical information even if it is not specifically diagnostic

5

Data collected from studies reveal DTI scans corroborated impaired brain function detected by neuropsychological testing such as memory tests even when CT and MRI Scans show no abnormalities. For example, Miles et al. 2008 noted a significant correlation between neuropsychological deficits and fractional anisotropy in mild traumatic brain injury.

In addition, studies also show that DTI scans can detect abnormalities in brain function in mild traumatic brain injured patients years after the date of injury (e.g. Inglese et al. 2005). The authors found DTI abnormalities in patients with minor traumatic brain injury a mean of 5.7 years after the injury with significantly decreased fractional anisotropy in the patient's corpus callosum, internal capsule and centrum semiovale.

MRI quantitative volumetrics would also provide additional corroborative objective neuroimaging evidence consistent with brain injury. MRI quantitative volumetric can show brain atrophy in the damaged regions of the brain in patients who have chronic neuropsychiatriatric symptoms after traumatic brain injury (Ross et al. 2012, Ross et al. 2013).

A history of being abused can adversely interact with brain dysfunction to create a negatively synergistic situation with greater likelihood of violent behavior (Blake et al. 1995). Childhood victimization (such as significant emotional neglect) can be overcome without the development of later violence if an individual has an intact central nervous system but neurological impairment makes this much more difficult (Volavka et al. 1991). Brain imaging abnormalities such as those noted on the PET in Mr. Troya can show that there is a presence of brain dysfunction which would make Mr. Troya more vulnerable to the synergistic effect of childhood victimization.

The differential diagnosis for the PET abnormalities include traumatic brain injury, schizophrenia, bipolar disorder, Alzheimer's disease, Parkinson's disorder, epilepsy, stroke, tumor, radiation treatment. Review of the patient's clinical history and review of the patterns associated with the differential diagnosis rule out the other items on the differential diagnosis such as Alzheimer's disease, Parkinson's disease, epilepsy, stroke, and tumor or radiation treatment. The collateral interviews, neuropsychological tests and PET scan pattern that Mr. Troya has are consistent with diagnosis of brain damage caused by traumatic brain injury and based on the review of the clinical records and the imaging findings.

**General comments**:

To conclude, Mr. Troya has abnormalities on his brain PET studies. These findings corroborate the presence of a damaged brain most likely due to head trauma. The most notable reason for head trauma being the cause of brain abnormalities is the neocortical to cerebellar ratio decrease. These findings also make Mr. Troya more vulnerable to the synergistic interaction of an impaired brain and stress from childhood victimization to have a greater likelihood of violent behavior and to have impaired ability to regulate impulses including use of substances. All imaging technologies have a false positive error rate which is estimated conservatively to be five to ten percent for DTI and approximately five percent for PET scans. However when both imaging modalities have positive findings, the likelihood of both being due to a false positive rate drops significantly to less than one percent.

6

**<u>Bibliography for Functional Neuroimaging in Traumatic Brain Injury</u>**

1. Abdel-Dayem HM, Sadek SA, Kouris K, Bahar RH, Higazi I, Eriksson S, Englesson SH, Berntman L, Sigurdsson GH, Foad M, et al. (1987): Changes in cerebral perfusion after acute head injury: comparison of CT with Tc-99m HM-PAO SPECT.  Radiology 165:221-226

2. Alavi A (1989): Functional and anatomic studies of head injury. J Neuropsychiatry Clin Neurosci 1:S45-S50

3. Alavi A, Mirot A, Newberg A, Alves W, Gosfield T, Berlin J, Reivich M, Gennarelli T (1997): Fluorine-18-FDG evaluation of crossed cerebellar diaschisis in head injury. J Nucl Med 38:1717-1720

4. Alavi A, Newberg AB (1996): Metabolic consequences of acute brain trauma: is there a role for PET?. J Nucl Med 37:1170-1172

5. Bavetta S, Nimmon CC, Britton KE, Greenwood RJ (1995): Brain injury without head injury after multiple trauma. Brain Inj 9:635-639

6. Bavetta S, Nimmon CC, White J, McCabe J, Huneidi AH, Bomanji J, Birkenfeld B, Charlesworth M, Britton KE, Greenwood RJ (1994): A prospective study comparing SPET with MRI and CT as prognostic indicators following severe closed head injury. Nucl Med Commun 15:961-968

7. Bergsneider M, Hovda DA, Shalmon E, Kelly DF, Vespa PM, Martin NA, Phelps ME, McArthur DL, Caron MJ, Kraus JF, Becker DP (1997): Cerebral hyperglycolysis following severe traumatic brain injury in humans: a positron emission tomography study. J Neurosurg 86:241-251

8. Bonne, O., A. Gilboa, Y. Louzoun, O. Kempf-Sherf, M. Katz, Y. Fishman, Z. Ben-Nahum, Y. Krausz, M. Bocher, H. Lester, R. Chisin and B. Lerer (2003): Cerebral blood flow in chronic symptomatic mild traumatic brain injury. Psychiatry Res 124(3): 141-52.

9. Bullock R, Statham P, Patterson J, Wyper D, Hadley D, Teasdale E (1990): The time course of vasogenic oedema after focal human head injury--evidence from SPECT mapping of blood brain barrier defects. Acta Neurochir Suppl (Wien) 51:286-288

10. Chetelat, G., F. Eustache, F. Viader, V. De La Sayette, A. Pelerin, F. Mezenge, D. Hannequin, B. Dupuy, J. C. Baron and B. Desgranges (2005). "FDG-PET measurement is more accurate than neuropsychological assessments to predict global cognitive deterioration in patients with mild cognitive impairment." Neurocase 11(1): 14-25.

11. Christensen, J., M. G. Pedersen, et al. (2009). "Long-term risk of epilepsy after traumatic brain injury in children and young adults: a population-based cohort study." <u>Lancet</u>.

12. Della Corte F, Giordano A, Pennisi MA, Barelli A, Caricato A, Campioni P, Galli G (1997): Quantitative cerebral blood flow and metabolism determination in the first 48 hours after severe head injury with a new dynamic SPECT device. Acta Neurochir (Wien) 139:636-641

13. Diaz-Arrastia, R., M. A. Agostini, et al. (2009). "Posttraumatic epilepsy: the endophenotypes of a human model of epileptogenesis." <u>Epilepsia</u> 50 Suppl 2: 14-20.

14. Fumeya H, Hideshima H (1994): Cerebellar concussion--three case reports. Neurol Med Chir (Tokyo) 34:612-615

15. Fumeya H, Ito K, Yamagiwa O, Funatsu N, Okada T, Asahi S, Ogura H, Kubo M, Oba T (1990): Analysis of MRI and SPECT in patients with acute head injury. Acta Neurochir Suppl (Wien) 51:283-285

16. Gilkey SJ, Ramadan NM, Aurora TK, Welch KMA (1997): Cerebral blood flow in chronic posttraumatic headache. Headache 37:583-587

Case 9:16-cv-80700-BB   Document 5-21   Entered on FLSD Docket 05/04/2016   Page 8 of 15

17. Goldenberg G, Oder W, Spatt J, Podreka I (1992): Cerebral correlates of disturbed executive function and memory in survivors of severe closed head injury: a SPECT study. J Neurol Neurosurg Psychiatry 55:362-368

18. Gray BG, Ichise M, Chung DG, Kirsh JC, Franks W (1992): Technetium-99m-HMPAO SPECT in the evaluation of patients with a remote history of traumatic brain injury: a comparison with x-ray computed tomography. J Nucl Med 33:52-58

19. Gross H, Kling A, Henry G, Herndon C, Lavretsky H (1996): Local cerebral glucose metabolism in patients with long-term behavioral and cognitive deficits following mild traumatic brain injury. J Neuropsychiatry Clin Neurosci 8:324-334

20. Grossman P, Hagel K (1996): Post-traumatic apallic syndrome following head injury. Part 1: clinical characteristics. Disabil Rehabil 18:1-20

21. Humayun MS, Presty SK, Lafrance ND, Holcomb HH, Loats H, Long DM, Wagner HN, Gordon B (1989): Local cerebral glucose abnormalities in mild closed head injured patients with cognitive impairments. Nucl Med Commun 10:335-344

22. Jacobs A, Put E, Ingels M, Bossuyt A (1994): Prospective evaluation of technetium-99m-HMPAO SPECT in mild and moderate traumatic brain injury. J Nucl Med 35:942-947

23. Jacobs A, Put E, Ingels M, Put T, Bossuyt A (1996): One-year follow-up of technetium-99m-HMPAO SPECT in mild head injury. J Nucl Med 37:1605-1609

24. Kant R, Smith-Seemiller L, Isaac G, Duffy J (1997): Tc-HMPAO SPECT in persistent post-concussion syndrome after mild head injury: comparison with MRI/CT. Brain Inj 11:115-124

25. Kato, T., N. Nakayama, Y. Yasokawa, A. Okumura, J. Shinoda and T. Iwama (2007). "Statistical image analysis of cerebral glucose metabolism in patients with cognitive impairment following diffuse traumatic brain injury." Journal of neurotrauma 24(6): 919-926.

26. Kirkby BS, Van Horn JD, Ostrem JL, Weinberger DR, Berman KF (1996): Cognitive activation during PET: a case study of monozygotic twins discordant for closed head injury. Neuropsychologia 34:689-697

27. Langfitt TW, Obrist WD, Alavi A, Grossman RI, Zimmerman R, Jaggi J, Uzzell B, Reivich M, Patton DR (1986): Computerized tomography, magnetic resonance imaging, and positron emission tomography in the study of brain trauma. Preliminary observations. J Neurosurg 64:760-767

28. Levine, B., R. Cabeza, A. R. McIntosh, S. E. Black, C. L. Grady and D. T. Stuss (2002).Functional reorganisation of memory after traumatic brain injury: a study with H(2)(15)0 positron emission tomography J Neurol Neurosurg Psychiatry 73(2): 173-81.

29. Lorberboym, M., Y. Lampl, I. Gerzon and M. Sadeh (2002).Brain SPECT evaluation of amnestic ED patients after mild head trauma Am J Emerg Med 20(4): 310-3.

30. Loutfi I, Singh A (1995): Comparison of quantitative methods for brain single photon emission computed tomography analysis in head trauma and stroke. Invest Radiol 30:588-594

31. Lowenstein, D. H. (2009). "Epilepsy after head injury: an overview." Epilepsia 50 Suppl 2: 4-9.

32. Lull, N., E. Noe, J. J. Lull, J. Garcia-Panach, J. Chirivella, J. Ferri, D. Lopez-Aznar, P. Sopena and M. Robles "Voxel-based statistical analysis of thalamic glucose metabolism in traumatic brain injury: relationship with consciousness and cognition." Brain injury 24(9): 1098-1107.

33. Maeshima S, Terada T, Nakai K, Nishibayashi H, Ozaki F, Itakura T, Komai N (1995): Unilateral spatial neglect due to a haemorrhagic contusion in the right frontal lobe. J Neurol 242:613-617

34. Manly, T., A. M. Owen, L. McAvinue, A. Datta, G. H. Lewis, S. K. Scott, C. Rorden, J. Pickard and I. H. Robertson (2003).Enhancing the sensitivity of a sustained attention task to frontal damage: convergent clinical and functional imaging evidence Neurocase 9(4): 340-9.

35. Masdeu JC, Abdel-Dayem H, Van Heertum RL (1995): Head Trauma:Use of SPECT. J Neuroimaging 5:S53-S57

36. Masdeu JC, Van Heertum RL, Kleiman A, Anselmi G, Kissane K, Horng J, Yudd A, Luck D, Grundman M (1994): Early single-photon emission computed tomography in mild head trauma. A controlled study. J Neuroimaging 4:177-181

37. Mattioli F, Grassi F, Perani D, Cappa SF, Miozzo A, Fazio F (1996): Persistent post-traumatic retrograde amnesia: a neuropsychological and (18F)FDG PET study. Cortex 32:121-129

38. Meltzer, C. C., P. D. Adelson, et al. (2000). "Planned ictal FDG PET imaging for localization of extratemporal epileptic foci." Epilepsia 41(2): 193-200.

39. Meyer MA (1996): Evaluating brain death with positron emission tomography: case report on dynamic imaging of 18F-fluorodeoxyglucose activity after intravenous bolus injection. J Neuroimaging 6:117-119

40. Mitchener A, Wyper DJ, Patterson J, Hadley DM, Wilson JT, Scott LC, Jones M, Teasdale GM (1997): SPECT, CT, and MRI in head injury: acute abnormalities followed up at six months. J Neurol Neurosurg Psychiatry 62:633-636

41. Nagamachi S, Nishikawa T, Ono S, Kawasaki K, Eguchi G, Hoshi H, Jinnouchi S, Ohnishi T, Futami S, Watanabe K (1995): A comparative study of 123I-IMP SPET and CT in the investigation of chronic-stage head trauma patients. Nucl Med Commun 16:17-25

42. Nagamachi S, Nishikawa T, Ono S, Kawasaki K, Eguchi G, Jinnouchi S, Hoshi H, Futami S, Ohnishi T, Watanabe K (1993): [Regional cerebral blood flow in the patients with closed-head injury using 123I-IMP SPECT and computed tomography]. Kaku Igaku 30:707-716

43. Nakashima H, Tomita T, Nakayama K, Takagi S, Shigemori M (1995): [A case of atypical course after balloon occlusion for high flow traumatic carotid-cavernous fistula]. No To Shinkei 47:177-181

44. Nakashima, T., N. Nakayama, K. Miwa, A. Okumura, A. Soeda and T. Iwama (2007). "Focal brain glucose hypometabolism in patients with neuropsychologic deficits after diffuse axonal injury." AJNR Am J Neuroradiol 28(2): 236-242.

45. Nakayama, N., A. Okumura, J. Shinoda, T. Nakashima and T. Iwama (2006). "Relationship between regional cerebral metabolism and consciousness disturbance in traumatic diffuse brain injury without large focal lesions: an FDG-PET study with statistical parametric mapping analysis." Journal of neurology, neurosurgery, and psychiatry 77(7): 856-862.

46. Nampiaparampil, D. E. (2008). "Prevalence of chronic pain after traumatic brain injury: a systematic review." Jama 300(6): 711-9.

47. Nedd K, Sfakianakis G, Ganz W, Uricchio B, Vernberg D, Villanueva P, Jabir AM, Bartlett J, Keena J (1993): 99mTc-HMPAO SPECT of the brain in mild to moderate traumatic brain injury patients: compared with CT--a prospective study. Brain Inj 7:469-479

48. Neubauer RA, Gottlieb SF, Pevsner NH (1994): Hyperbaric oxygen for treatment of closed head injury. South Med J 87:933-936

49. Newberg A, Alavi A (1996): Neuroimaging in patients with traumatic brain injury. J Head Trauma Rehabil 11:65-79

9

50. Newberg, A. B. and A. Alavi (2005). "PET in seizure disorders." <u>Radiol Clin North Am</u> 43(1): 79-92.

51. Newton MR, Greenwood RJ, Britton KE, Charlesworth M, Nimmon CC, Carroll MJ, Dolke G (1992): A study comparing SPECT with CT and MRI after closed head injury. J Neurol Neurosurg Psychiatry 55:92-94

52. Oder W, Goldenberg G, Podreka I, Deecke L (1991): HM-PAO-SPECT in persistent vegetative state after head injury: prognostic indicator of the likelihood of recovery? Intensive Care Med 17:149-153

53. Oder W, Goldenberg G, Spatt J, Podreka I, Binder H, Deecke L (1992): Behavioural and psychosocial sequelae of severe closed head injury and regional cerebral blood flow: a SPECT study. J Neurol Neurosurg Psychiatry 55:475-480

54. Patterson JC, Early TS, Martin A, Walker MZ, Russell JM, Villanueva-Meyer H (1997): SPECT image analysis using statistical parametric mapping: comparison of technetium-99m-HMPAO and technetium-99m-ECD. J Nucl Med 38:1721-1725

55. Peskind, E. R., E. C. Petrie, D. J. Cross, K. Pagulayan, K. McCraw, D. Hoff, K. Hart, C. E. Yu, M. A. Raskind, D. G. Cook and S. Minoshima (2011). "Cerebrocerebellar hypometabolism associated with repetitive blast exposure mild traumatic brain injury in 12 Iraq war Veterans with persistent post-concussive symptoms." NeuroImage 54 Suppl 1: S76-82.

56. Prayer L, Wimberger D, Oder W, Kramer J, Schindler E, Podreka I, Imhof H (1993): Cranial MR imaging and cerebral 99mTc HM-PAO-SPECT in patients with subacute or chronic severe closed head injury and normal CT examinations. Acta Radiol 34:593-599

57. Provenzano, F. A., B. Jordan, R. S. Tikofsky, C. Saxena, R. L. Van Heertum and M. Ichise (2010). "F-18 FDG PET imaging of chronic traumatic brain injury in boxers: a statistical parametric analysis." Nuclear medicine communications 31(11): 952-957.

58. de la Cueva-Barrao, L., E. Noe-Sebastian, et al. (2009). "[The clinical relevance of FDG-PET imaging in severe traumatic brain injuries]." Rev Neurol 49(2): 58-63.

59. Rao N, Turski PA, Polcyn RE, Nickels RJ, Matthews CG, Flynn MM (1984): 18F positron emission computed tomography in closed head injury. Arch Phys Med Rehabil 65:780-785

60. Roberts MA, Manshadi FF, Bushnell DL, Hines ME (1995): Neurobehavioural dysfunction following mild traumatic brain injury in childhood: a case report with positive findings on positron emission tomography (PET). Brain Inj 9:427-436

61. Roper SN, Mena I, King WA, Schweitzer J, Garrett K, Mehringer CM, McBride D (1991): An analysis of cerebral blood flow in acute closed-head injury using technetium-99m-HMPAO SPECT and computed tomography. J Nucl Med 32:1684-1687

62. Ruff RM, Crouch JA, Troster AI, Marshall LF, Buchsbaum MS, Lottenberg S, Somers LM (1994): Selected cases of poor outcome following a minor brain trauma: comparing neuropsychological and positron emission tomography assessment. Brain Inj 8:297-308

63. Sakas DE, Bullock MR, Patterson J, Hadley D, Wyper DJ, Teasdale GM (1995): Focal cerebral hyperemia after focal head injury in humans: a benign phenomenon? J Neurosurg 83:277-284

64. Septien L, Didi-Roy R, Pelletier JL, Marin A, Giroud M (1993): [Value of local cerebral hypoperfusion in the diagnosis of frontal syndromes. Importance in medical expert assessment of head injuries]. Encephale 19:249-255

65. Sheffler LR, Ito VY, Philip PA, Sahgal V (1994): Shunting in chronic post-traumatic hydrocephalus: demonstration of neurophysiologic improvement. Arch Phys Med Rehabil 75:338-341

10

66. Fitzsimmons, J., M. Kubicki, et al. (2013). "Review of functional and anatomical brain connectivity findings in schizophrenia." Curr Opin Psychiatry 26(2): 172-87.

67. Shih WJ, Wang AM (1995): Brain SPECT, MRI, and CT in a closed head injury induced intracerebral hematoma. Clin Nucl Med 20:1086-1089

68. Starkstein SE, Mayberg HS, Berthier ML, Fedoroff P, Price TR, Dannals RF, Wagner HN, Leiguarda R, Robinson RG (1990): Mania after brain injury: neuroradiological and metabolic findings. Ann Neurol 27:652-659

69. Stracciari, A., E. Ghidoni, et al. (1994). "Post-traumatic retrograde amnesia with selective impairment of autobiographical memory." Cortex 30(3): 459-68.

70. Sullivan TE, Schefft BK, Warm JS, Dember WN (1994): Closed head injury assessment and research methodology. J Neurosci Nurs 26:24-29

71. Tenjin H, Ueda S, Mizukawa N, Imahori Y, Hino A, Yamaki T, Kuboyama T, Ebisu T, Hirakawa K, Yamashita M, et al. (1990): Positron emission tomographic studies on cerebral hemodynamics in patients with cerebral contusion. Neurosurgery 26:971-979

72. Uchida Y, Kodama K, Minoshima S, Ikeda T, Uno K, Anzai Y, Kitakata Y, Arimizu N (1993): [A case of frontal lobe syndrome followed by serial 123I-IMP SPECT]. Kaku Igaku 30:303-311

73. Umile, E. M., M. E. Sandel, A. Alavi, C. M. Terry and R. C. Plotkin (2002).Dynamic imaging in mild traumatic brain injury: support for the theory of medial temporal vulnerability Arch Phys Med Rehabil 83(11): 1506-13.

74. Van Heertum RL, Miller SH, Mosesson RE (1993): SPECT brain imaging in neurologic disease. Radiol Clinics North Amer 31:881-906

75. Varney, N.R., Morrow, L.A., Pinkston, J.B., Wu, J.C. PET scan findings in a patient with a remote history of exposure to organic solvents. Applied Neuropsychology, 5:100-106, 1998

76. Varney NR, Bushnell D (1998): NeuroSPECT findings in patients with posttraumatic anosmia: a quantitative analysis. J Head Trauma Rehabil 13:63-72

77. Varney NR, Bushnell DL, Nathan M, Kahn D, Roberts R, Rezai K, Walker W, Kirchner P (1995): NeuroSPECT correlates of disabling mild head injury: preliminary findings. J Head Trauma Rehabil 10:18-28

78. Wu, J.C., Amen, D.G., Bracha, H.S. Neuroimaging in Clinical Practice. In Kaplan & Sadock's Comprehensive Textbook of Psychiatry (Seventh edition). Editors: Sadock, B.I., Sadock, V.A. Lippincott, Williams & Wilkins, 2000, New York.

79. Yamakami I, Yamaura A, Isobe K (1993): Types of traumatic brain injury and regional cerebral blood flow assessed by 99mTc-HMPAO SPECT. Neurol Med Chir (Tokyo) 33:7-12

80. Zhang, J., E. M. Mitsis, et al. (2010). "Statistical parametric mapping and cluster counting analysis of [18F] FDG-PET imaging in traumatic brain injury." J Neurotrauma 27(1): 35-49.

81. Zwil AS, McAllister TW, Cohen I, Halpern LR (1993): Ultra-rapid cycling bipolar affective disorder following a closed-head injury. Brain Inj 7:147-152

### Bibliography for DTI  in Traumatic Brain Injury

1. Avants, B., J. T. Duda, et al. (2008). "Multivariate analysis of structural and diffusion imaging in traumatic brain injury." Acad Radiol 15(11): 1360-75.

2.  Bendlin, B. B., M. L. Ries, et al. (2008). "Longitudinal changes in patients with traumatic brain injury assessed with diffusion-tensor and volumetric imaging." Neuroimage 42(2): 503-14.

3.  Bigler, E. D. and J. J. Bazarian (2010). "Diffusion tensor imaging: a biomarker for mild traumatic brain injury?" Neurology 74(8): 626-7.

4.  Bosnell, R., A. Giorgio, et al. (2008). "Imaging white matter diffusion changes with development and recovery from brain injury." Dev Neurorehabil 11(3): 174-86.

5.  Caeyenberghs, K., A. Leemans, et al. (2009). "Brain-behavior relationships in young traumatic brain injury patients: DTI metrics are highly correlated with postural control." Hum Brain Mapp.

6.  Caeyenberghs, K., A. Leemans, et al. (2009). "Brain-behavior relationships in young traumatic brain injury patients: fractional anisotropy measures are highly correlated with dynamic visuomotor tracking performance." Neuropsychologia 48(5): 1472-82.

7.  Chappell, M. H., J. A. Brown, et al. (2008). "Multivariate analysis of diffusion tensor imaging data improves the detection of microstructural damage in young professional boxers." Magn Reson Imaging 26(10): 1398-405.

8.  Chu, Z., E. A. Wilde, et al. (2008). "Voxel-based analysis of diffusion tensor imaging in mild traumatic brain injury in adolescents." AJNR Am J Neuroradiol 31(2): 340-6.

9.  Duckworth, J. L. and R. D. Stevens (2010). "Imaging brain trauma." Curr Opin Crit Care.

10. Ewing-Cobbs, L., M. R. Prasad, et al. (2008). "Arrested development and disrupted callosal microstructure following pediatric traumatic brain injury: relation to neurobehavioral outcomes." Neuroimage 42(4): 1305-15.

11. Fox, R. J., R. W. McColl, et al. (2008). "A preliminary validation study of diffusion tensor imaging as a measure of functional brain injury." Arch Neurol 65(9): 1179-84.

12. Galanaud, D., L. Naccache, et al. (2007). "Exploring impaired consciousness: the MRI approach." Curr Opin Neurol 20(6): 627-31.

13. Hartikainen, K. M., M. Waljas, et al. (2010). "Persistent symptoms in mild to moderate traumatic brain injury associated with executive dysfunction." J Clin Exp Neuropsychol: 1-8.

14. Hong, J. H., O. L. Kim, et al. (2009). "Cerebellar peduncle injury in patients with ataxia following diffuse axonal injury." Brain Res Bull 80(1-2): 30-5.

15. Huang, M., R. J. Theilmann, et al. (2009). "Integrated imaging approach with MEG and DTI to Detect Mild Traumatic Brain Injury in Military and Civilian Patients." J Neurotrauma.

16. Immonen, R. J., I. Kharatishvili, et al. (2009). "Quantitative MRI predicts long-term structural and functional outcome after experimental traumatic brain injury." Neuroimage 45(1): 1-9.

17. Inglese, M., S. Makani, et al. (2005). "Diffuse axonal injury in mild traumatic brain injury: a diffusion tensor imaging study." J Neurosurg 103(2): 298-303.

18. Jang, S. H., D. S. Kim, et al. (2009). "Clinical application of diffusion tensor tractography for elucidation of the causes of motor weakness in patients with traumatic brain injury." NeuroRehabilitation 24(3): 273-8.

19. Jang, S. H., S. H. Kim, et al. (2009). "Corticospinal tract injury in patients with diffuse axonal injury: a diffusion tensor imaging study." NeuroRehabilitation 25(4): 229-33.

20. Kasahara, K., K. Hashimoto, et al. (2012). "Voxel- and atlas-based analysis of diffusion tensor imaging may reveal focal axonal injuries in mild traumatic brain injury -- comparison with diffuse axonal injury." Magn Reson Imaging 30(4): 496-505.

21. Kennedy, M. R., J. R. Wozniak, et al. (2009). "White matter and neurocognitive changes in adults with chronic traumatic brain injury." J Int Neuropsychol Soc 15(1): 130-6.

22. Kraus, M. F., T. Susmaras, et al. (2007). "White matter integrity and cognition in chronic traumatic brain injury: a diffusion tensor imaging study." Brain 130(Pt 10): 2508-19.

23. Kumar, R., R. K. Gupta, et al. (2009). "Comparative evaluation of corpus callosum DTI metrics in acute mild and moderate traumatic brain injury: its correlation with neuropsychometric tests." Brain Inj 23(7): 675-85.

24. Lee, H., M. Wintermark, et al. (2008). "Focal lesions in acute mild traumatic brain injury and neurocognitive outcome: CT versus 3T MRI." J Neurotrauma 25(9): 1049-56.

25. Levin, H. S., E. Wilde, et al. (2010). "Diffusion tensor imaging of mild to moderate blast-related traumatic brain injury and its sequelae." J Neurotrauma 27(4): 683-94.

26. Levin, H. S., E. A. Wilde, et al. (2008). "Diffusion tensor imaging in relation to cognitive and functional outcome of traumatic brain injury in children." J Head Trauma Rehabil 23(4): 197-208.

27. Lipton, M. L., E. Gellella, et al. (2008). "Multifocal white matter ultrastructural abnormalities in mild traumatic brain injury with cognitive disability: a voxel-wise analysis of diffusion tensor imaging." J Neurotrauma 25(11): 1335-42.

28. Lipton, M. L., E. Gulko, et al. (2009). "Diffusion-tensor imaging implicates prefrontal axonal injury in executive function impairment following very mild traumatic brain injury." Radiology 252(3): 816-24.

29. Lipton, M.D., E. Kim et al. (2012) " Robust detection of traumatic axonal injury in individual mild traumatic brain injury patients." Brain Imaging and Behavior 6: 329-342.

30. Little, D. M., M. F. Kraus, et al. (2010). "Thalamic integrity underlies executive dysfunction in traumatic brain injury." Neurology 74(7): 558-64.

31. Lo, C., K. Shifteh, et al. (2009). "Diffusion tensor imaging abnormalities in patients with mild traumatic brain injury and neurocognitive impairment." J Comput Assist Tomogr 33(2): 293-7.

32. Maller, J. J., R. H. Thomson, et al. (2010). "Traumatic brain injury, major depression, and diffusion tensor imaging: Making connections." Brain Res Rev.

33. Matthews, S. C., I. A. Strigo, et al. (2010). "A Multimodal imaging study in U.S. veterans of Operations Iraqi and Enduring Freedom with and without major depression after blast-related concussion." Neuroimage.

34. Mayer, A. R., J. Ling, et al. (2010). "A prospective diffusion tensor imaging study in mild traumatic brain injury." Neurology 74(8): 643-50.

35. Miles, L., R. I. Grossman, et al. (2008). "Short-term DTI predictors of cognitive dysfunction in mild traumatic brain injury." Brain Inj 22(2): 115-22.

36. Niogi, S. N., P. Mukherjee, et al. (2008). "Extent of microstructural white matter injury in postconcussive syndrome correlates with impaired cognitive reaction time: a 3T diffusion tensor imaging study of mild traumatic brain injury." AJNR Am J Neuroradiol 29(5): 967-73.

37. Niogi, S. N., P. Mukherjee, et al. (2008). "Structural dissociation of attentional control and memory in adults with and without mild traumatic brain injury." Brain 131(Pt 12): 3209-21.

38. Oni, M. B., E. A. Wilde, et al. (2010). "Diffusion Tensor Imaging Analysis of Frontal Lobes in Pediatric Traumatic Brain Injury." J Child Neurol.

39. Robertson, I. H. (2008). "Traumatic brain injury: recovery, prediction, and the clinician." Arch Phys Med Rehabil 89(12 Suppl): S1-2.

40. Rutgers, D. R., P. Fillard, et al. (2008). "Diffusion tensor imaging characteristics of the corpus callosum in mild, moderate, and severe traumatic brain injury." AJNR Am J Neuroradiol 29(9): 1730-5.

13

41. Rutgers, D. R., F. Toulgoat, et al. (2008). "White matter abnormalities in mild traumatic brain injury: a diffusion tensor imaging study." AJNR Am J Neuroradiol 29(3): 514-9.
42. Schrader, H., D. Mickeviciene, et al. (2009). "Magnetic resonance imaging after most common form of concussion." BMC Med Imaging 9: 11.
43. Shinoura, N., Y. Suzuki, et al. (2009). "Damage to the right superior longitudinal fasciculus in the inferior parietal lobe plays a role in spatial neglect." Neuropsychologia 47(12): 2600-3.
44. Shinoura, N., M. Yoshida, et al. (2010). "Combined damage to the right hemispheric hand area in the primary motor and sensory area plays a critical role in motor hemineglect." Eur Neurol 63(1): 17-23.
45. Sorg, S. F., L. Delano-Wood, et al. (2013). "White Matter Integrity in Veterans With Mild Traumatic Brain Injury: Associations With Executive Function and Loss of Consciousness." J Head Trauma Rehabil.
46. Staudt, M. (2010). "Brain plasticity following early life brain injury: insights from neuroimaging." Semin Perinatol 34(1): 87-92.
47. Sugiyama, K., T. Kondo, et al. (2009). "Clinical utility of diffusion tensor imaging for evaluating patients with diffuse axonal injury and cognitive disorders in the chronic stage." J Neurotrauma 26(11): 1879-90.
48. Suskauer, S. J. and T. A. Huisman (2009). "Neuroimaging in pediatric traumatic brain injury: current and future predictors of functional outcome." Dev Disabil Res Rev 15(2): 117-23.
49. Wada, T., Y. Asano, et al. (2012). "Decreased fractional anisotropy evaluated using tract-based spatial statistics and correlated with cognitive dysfunction in patients with mild traumatic brain injury in the chronic stage." AJNR Am J Neuroradiol 33(11): 2117-22.
50. Wang, J. Y., K. Bakhadirov, et al. (2008). "Diffusion tensor tractography of traumatic diffuse axonal injury." Arch Neurol 65(5): 619-26.
51. Warden, D. L., L. M. French, et al. (2009). "Case report of a soldier with primary blast brain injury." Neuroimage 47 Suppl 2: T152-3.
52. Wilde, E. A., S. R. McCauley, et al. (2008). "Diffusion tensor imaging of acute mild traumatic brain injury in adolescents." Neurology 70(12): 948-55.
53. Wilde, E. A., M. A. Ramos, et al. (2010). "Diffusion tensor imaging of the cingulum bundle in children after traumatic brain injury." Dev Neuropsychol 35(3): 333-51.
54. Wu, T. C., E. A. Wilde, et al. (2010). "Evaluating the relationship between memory functioning and cingulum bundles in acute mild traumatic brain injury using diffusion tensor imaging." J Neurotrauma 27(2): 303-7.
55. Yeatman, J. D., M. Ben-Shachar, et al. (2009). "Using diffusion tensor imaging and fiber tracking to characterize diffuse perinatal white matter injury: a case report." J Child Neurol 24(7): 795-800.

### *Bibliography for quantitative volumetrics in brain injury*

1. Ross, D. E., A. L. Ochs, et al. (2012). "Progressive brain atrophy in patients with chronic neuropsychiatric symptoms after mild traumatic brain injury: a preliminary study." Brain Inj 26(12): 1500-9.
2. Ross, D. E., A. L. Ochs, et al. (2013). "Man versus machine: comparison of radiologists' interpretations and NeuroQuant(R) volumetric analyses of brain MRIs in patients with traumatic brain injury." J Neuropsychiatry Clin Neurosci 25(1): 32-9.

_____
Joseph C. Wu, M.D.