# Naples Neuropsychology, P.A.

## Robert H. Ouaou, Ph.D.

Neuropsychological Assessment                    Clinical and Forensic Psychology

## PRELIMINARY FORENSIC NEUROPSYCHOLOGICAL EVALUATION

**NAME:**                    DANIEL TROYA
**AGE:**                     32
**EDUCATION:**               8 years
**DATE OF BIRTH:**           04/22/1983

**DATE(s) OF EXAM:**    03/22/2016

**DATE OF REPORT:**     04/25/2016

### REFERRAL QUESTION

Mr. Daniel Troya is a single, 32-year-old male who was referred by defense counsel. The purpose of this evaluation was to assess Mr. Troya's current neurocognitive functioning in relation to a history of traumatic brain injury and psychiatric illness. My focus in conducting this evaluation was to identify physical, neurological, social, familial and environmental factors that played an important role in shaping Mr. Troya's development and functioning. Mr. Troya underwent several hours of psychiatric interview and neuropsychological assessment on 3/22/2016 at USP in Terre Haute, IN, including a comprehensive neuropsychological test battery. Additionally, a psychiatric interview was conducted to determine whether he suffered from any mental illnesses. The examinee was made aware of the nature of this evaluation. He was told that he was waiving his rights to confidentiality, and that I have been authorized to provide an evaluation, not treatment. He was also made aware that I would be reviewing relevant records and speaking with third party sources. The examinee was evaluated in a private exam room that was free from visual or auditory distractions.

### RELEVANT HISTORY

Mr. Troya is currently serving time on death row after being convicted of capital crimes in the state of Florida.  At the time of the violation, Mr. Troya suffered from multiple neurocognitive and emotional defects that were not presented at his trial. The following history is based on interview with Mr. Troya as well as sworn testimony of several witnesses and medical records.

The examinee has a history of enumerable blows to the head of varying severity beginning in childhood as early as age 2 years old when a car bumper struck the frontal part of his head.  Soon after, while living in Killeen, Texas, he ran into a wall, struck the frontal part of his head, lost two front teeth, and was taken to the

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 2 of 9

hospital.  Mr. Troya stated that similar head injuries continued to occur throughout childhood.  He began to street fight in 6th grade and had over 100 "boxing fights" up to 9th grade.  According to multiple testimonies, he grew up in an extremely violent home and school environment and at one time it was suggested that he box through the Police Athletic League.  Around age 15 or 16 years he was involved in a fight in a neighborhood park and was struck by a third party with a Club (a device used to secure the steering wheel on an automobile to prevent theft) that resulted in a loss of consciousness, excessive bleeding, and a visible scar on the left frontal area of the head.  He sustained significant head injuries while incarcerated at Brevard CI according to the record.  These head injuries occurred as result of constant fights and assaults in an environment of extreme violence.  DOC medical records indicated multiple evaluations for head wounds that resulted from assaults.

Additionally, Mr. Troya sustained multiple head injuries as a result of motor vehicle accidents (MVAs) beginning in childhood.  For example, he began driving motor vehicles at age 13 and stated that he and his friends would "play bumper cars" with automobiles and that he sustained multiple head injuries from MVAs. He never used a seatbelt.  He was struck at age 17 years by automobiles while riding on a moped with his friend, Tony.  He suffered common sequelae of head injury at the time.  He was also hit by a Toyota Supra while riding a bicycle around age 15 years that also resulted in symptoms of head injury/concussion. These symptoms included acute vision changes, dizziness, and confusion.   Prior to his arrest, he sustained a head injury in 2006 while being the unrestrained driver of a Buick Regal.  Evidently, he fell asleep and the vehicle struck a Ford Mustang at a high speed.  The impact resulted in Mr. Troya's head breaking the windshield.

The examinee was administered an abbreviated cognitive battery in three sessions over a period of 10 months (1/4/2008, 7/21/2008, 11/04/2008) by Harry Krop, Ph.D.  A report dated 6/5/2008, indicated that Mr. Troya underwent a PET scan of the brain.  According to Joseph Wu, M.D., the scan was compatible with brain injury and clinical correlation was recommended.  Examinations that occurred after the PET scan by psychologists Dr. Krop and Michael Brannon, Psy.D., as well as Michael Maher, M.D. did not integrate the PET imaging findings nor other findings of neurological impairment/history of brain injury into their findings – findings that included features of posttraumatic stress disorder (PTSD), Antisocial Personality Disorder, Polysubstance Abuse.  Concerning the PTSD diagnosis, Mr. Troya grew up in an environment of extreme violence, experienced the murder of a close friend during the 7th grade, and suffered physical and mental trauma while incarcerated at Brevard CI where he attempted suicide.

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 3 of 9

Daniel continues to experience symptoms of multiple head injuries.  These include memory loss, hypersensitivity to light, headaches, as well as problems with concentration and mood.

**PROCEDURES**
The patient was administered a battery of neuropsychological tests.  Tests that are currently available are highly accurate, standardized instruments, with predictive accuracy in the 80-95% range. They are validated through clinical trials, adhering to stringent, objective measures. Neuropsychological tests provide quantifiable results that indicate the amount of deviation from base-line norms. Through a comparison of patient responses to established norms, the clinician can determine the scope and severity of cognitive impairments.  This data can provide information leading to the diagnosis of a cognitive deficit or to the confirmation of a diagnosis, as well as to the localization of organic abnormalities in the central nervous system (CNS).

***Measures of Symptom Effort/Malingering:***
Test of Memory Malingering (TOMM)
California Verbal Learning Test – 2nd Edition (CVLTII) Forced Choice
WAIS-IV Embedded Measures (e.g. reliable digits)
ACS Effort Test
Rey 15-item Test
Green's Medical Symptom Validity Test

***Measures of Cognitive/Intellectual Functioning:***
ACS Test of Premorbid Functioning
Wechsler Adult Intelligence Scale – Forth Edition (WAIS-IV)
- Block Design
- Similarities
- Digit Span
- Matrix Reasoning
- Vocabulary
- Letter Number Sequencing
- Symbol Search
- Visual Puzzles
- Information
- Coding
- Symbol Search-Coding

Wechsler Memory Scale - Forth Edition (WMS-IV)
- Logical Memory
- Visual Reproduction

California Verbal Learning Test – 2nd Edition (CVLT-II)
Delis Kaplan Executive Function System (D-KEFS)
- Verbal Fluency

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 4 of 9

      Color Word Interference
Rey Complex Figure Test (RCFT) Copy and Memory Test
Halstead Reitan Neuropsychological Test Battery
      Finger Tapping
      Trail Making Test A
      Trail Making Test B
Woodcock-Johnson III Tests of Achievement

## EXAMINATION RESULTS

### SYMPTOM VALIDITY/MALINGERING
When testing subjects who are accused of crimes, there is the possibility that they may try to exaggerate their cognitive and psychiatric impairments.  In order to determine if this was the case I administered tests that are designed to reveal less than genuine performance on the part of the test subject.  On multiple tests of effort and motivation the examinee performed within normal limits.  Thus, the current evaluation is considered to be a valid profile of the examinee's neuropsychological functioning.

### INTELLECTUAL FUNCTIONING
On a verbal reading task (TOPF) designed to estimate an individual's intellectual ability prior to any type of neurological disease or insult, Mr. Troya scored in the *Average Range*, receiving a Standard Score of 95.

### WAIS-IV SCORES

WAIS-IV Full Scale IQ:
*97 (42nd Percentile; Average Range)*

Verbal Comprehension:
*103 (58th Percentile; Average Range)*

WAIS-IV Perceptual Reasoning:
*102 (55th Percentile; Average Range)*

WAIS-IV Working Memory:
*89 (23rd percentile; Low Average Range)*

WAIS-IV Processing Speed:
*92 (30th Percentile; Average)*

WAIS-IV General Ability Index (GAI):
*102 (55th Percentile; Average)*

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 5 of 9

The examinee was administered the Wechsler Adult Intelligence Scale – Fourth Edition (WAIS-IV), from which his IQ scores were derived.  The Full Scale IQ is the aggregate of the index scores and is usually considered to be the most representative measure of global intellectual functioning.  The patient's general cognitive ability is in the *Average* range of intellectual functioning.  His overall thinking and reasoning abilities exceed those of approximately 42% of adults his age.  His true Full Scale IQ score falls between 93 to 101 within a Confidence Interval of 95%.

The Verbal Comprehension score is a measure of acquired knowledge, verbal reasoning, and comprehension of verbal information.  His verbal reasoning abilities, as measured by the index, are in the *Average* range and above those of approximately 58% of his peers.

The Perceptual Reasoning score provides an indication of an individual's nonverbal reasoning, spatial processing skills, attentiveness to detail, and visual-motor integration.  His nonverbal reasoning abilities, as measured by the index, are in the *Average* range and better than those of approximately 55% of his peers.

On the WAIS-IV, the examinee exhibited some significant discrepancies between working memory, processing speed, and other index scores.  The GAI is an optional composite summary score that is less sensitive to the influences of working memory and processing speed - two indices that can be sensitive to neurocognitive impairment.  Because of Mr. Troya's lower scores on these indexes, the GAI standard score was 102 and better than those of approximately 55% of his peers.

**COGNITIVE FUNCTIONS**

**Attention/Concentration**
*Immediate Memory Span*: The examinee demonstrated inconsistent performance on measures of immediate memory.  He was able to repeat up to 6 digits forward on the WAIS-IV Digit Span, which is in the expected range.

His recall of the initial list of words from the CVLT-II was in the moderately impaired range relative to age-matched peers (2nd percentile).  His recall of a 2nd, interference list, was in the average range.

*Focused & Flexible Attention*: Completion time for a task requiring motor speed, sequencing, and visual search was in the average range (69th percentile) compared to age and education matched peers. When this task was made more complex by requiring that he alternate cognitive set (Trail Making Test part B), he performed within the average range.

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 6 of 9

*Processing Speed*:  The Processing Speed Index from the WAIS-IV provides a measure of the examinee's ability to quickly and correctly scan, sequence, or discriminate simple visual information.  This composite also measures short-term visual memory, attention, and visual-motor coordination.  His performance on tasks measuring processing speed is better than 30% of his age-mates (Processing Speed Index = 92 on the WAIS-IV; Average).

*Working Memory:* The Working Memory Index of the WAIS-IV is a measure of an individual's ability to hold information temporarily in memory for the purpose of using that information to perform a specific task. Working memory (i.e., a higher level attentional ability) is an important prerequisite of many cognitive abilities such that inadequate working memory skills will likely affect an individual's ability to perform other mental operations efficiently.  Mr. Troya's ability to hold auditory and visual–spatial information in temporary storage was in the low average range on the WAIS-IV (WAIS –IV Wkg Mem Index = 89) and greater than 23% of his age matched peers. He was able to repeat a maximum of 3 digits backwards, which is in impaired range relative to age-matched peers.

**LEARNING/MEMORY**
**Acquisition of New Information**
Total list learning on the CVLT-II was in the average range (31st percentile) compared to age matched peers.  Initial learning of the list was significantly impaired.

Story Learning from the WMS-IV was in the average range relative to age-matched peers (62nd percentile).

Figure Learning on the WMS-IV was in the average range and the relative to age matched peers (62nd percentile).

**Recall**
Word-list recall following a brief delay and presentation of a second interference list was in the low average range (16th percentile).  His performance was average at short delayed cued recall.  The examinee recalled 13 words following a 20-minute delay, which was within expectations.  His performance did not improve with cues.

Story recall from the WMS-IV was in the low average (16th percentile) range and below expectations.

Figure recall from the WMS-IV was in the impaired range relative to age and education matched peers (9th percentile).

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 7 of 9

Recall memory from the Rey Complex Figure Test was impaired at short delay (12th percentile) and long delay (13th percentile).

**Recognition**
Word-list recognition on the CVLTII and WAIS-IV were within average limits.  He was able to adequately discriminate between learned and non-learned information.

**Language**
A global index of verbal comprehension from the WAIS-IV was in the average range and at the 58th percentile.  Semantic verbal fluency was in the high average range (84th percentile).  Lexical verbal fluency was in the very superior (98th percentile) range.

**Spatial Analysis/Synthesis**
The examinee's score on the WAIS-IV Block Design test was in the high average (76th percentile) range compared to age matched peers. Matrix reasoning from the WAIS-IV was in the average range (50th percentile).  His ability for visuospatial praxis on the Rey Complex Figure was within normal limits.

**Reasoning/Problem Solving/Executive Function**
Executive functions are those neuropsychological processes that allow an individual to plan, initiate, program, sequence, and maintain goal-directed behavior, especially under novel circumstances.  These complex cognitive functions also allow an individual insight into the intent of their behavior. Executive functions allow an individual to alter her/his behavior in order to meet the demands of a task or inhibit nonproductive behavior.  Executive functions are affected by global traumatic brain injury as well as focal injuries to the frontal lobes of the brain.

On a measure of verbal reasoning and abstraction (Similarities) the examinee scored within the high average range (84th percentile).  His performances on several subtests of the Delis Kaplan Executive Function System (DKEFS) were significantly impaired (Verbal Fluency Category Switching, Design Fluency Switching, Color-Word Interference Inhibition/Switching, Design Fluency Switching, Proverbs Test).  He demonstrated perseverative responses and other impairments consistent with frontal lobe/executive dysfunction.  His performance on the WCST was well within normal limits.

**MOTOR**
A measure of fine motor speed and dexterity revealed relative left sided weakness (Finger Tapping; Dominant Hand = 89th percentile, Non-Dominant Hand = 62nd percentile).

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 8 of 9

**TESTS OF ACHIEVEMENT**
**Woodcock Johnson III**

| CLUSTER/Test | Grade Equivalent | Age Equivalent |
|---|---|---|
| BROAD READING | 9.3 | 14-8 |
| MATH CALC SKILLS | 7.3 | 12-10 |
| ACADEMIC SKILLS | 10.8 | 16-1 |

Form A of the following achievement tests was administered:

| | | |
|---|---|---|
| Letter-Word Identification | 11.6 | 16-6 |
| Reading Fluency | 7.9 | 13-2 |
| Calculation | 7.3 | 12-11 |
| Math Fluency | 7.3 | 12-9 |
| Spelling | 13.0 | 16-6 |
| Passage Comprehension | 12.5 | 13-7 |

**SUMMARY OF NEUROPSYCHOLOGICAL TESTING**
Daniel Troya completed a comprehensive neuropsychological test battery.  On this examination, the examinee put forth maximum effort on measures associated with malingering or feigning cognitive and psychiatric impairment (i.e. measures of memory, attention, executive functions, intellectual disability, psychiatric symptoms).  He passed all indicators that he was giving genuine effort and the results are considered to be a valid and comprehensive summary of his intellectual and cognitive functioning.

Concerning intellectual functioning, my administration of the WAIS-IV showed that Daniel Troya's IQ was in the average range.  When inspecting the pattern of indices score of the WAIS-IV, he showed a relative and significant impairment in working memory and exhibited other cognitive deficits that are found in patients with acquired neurological injury.  He demonstrated learning and memory deficits.   He also showed impairments on several measures of executive functioning associated with damage to the frontal lobe region of the brain as well as general neurological disease.

**FORMULATION**
My overall assessment of Daniel Troya is that he has signs of acquired brain damage related to traumatic brain injury.  Mr. Troya exhibited cognitive deficits and reported symptoms that are found in patients with focal brain damage of the frontal lobe.  These findings are consistent with a review of the PET scan from 6/2008 per a telephone conversation with Dr. Wu on 4/25/2016.  Additionally, a review of Dr. Krop's abbreviated evaluation from 2008 did reveal some

Daniel Troya
03/22/2016
NEUROPSYCHOLOGICAL ASSESSMENT
Page 9 of 9

neurocognitive deficits consistent with the current examination and PET scan. On current measures related to frontal lobe/executive functioning (poor judgment, mental inflexibility, impulsivity) he demonstrated impairments.  These acquired impairments unequivocally contributed to his behavioral misconduct and difficulties conforming his behavior at the time of the offense.  Unfortunately, prior evaluations from 2008 did not factor in the possibility of head injury as a potential etiology of his behavior despite having evidence from PET imaging.

Based on this examination, Mr. Troya demonstrated a pattern of neuropsychological test performance that may be consistent with prior neurological injury and childhood head trauma.  Persons with frontal network damage acquired before the age of 8 have been reported in the research literature to have histories, especially in adulthood, of recurrent impulsive, aggressive, antisocial behavior, and immature moral reasoning associated with primary deficits on tests of executive functioning, which was found on current testing.   In summary, the patient demonstrated a history of aggressiveness, poor judgment, and impulsivity and the current evaluation provides some evidence of brain-behavioral impairment that may mitigate related behavior and criminal conduct.  Additionally, he demonstrated additional cognitive deficits (e.g. recall memory) that might related to chronic PTSD.

**PRELIMINARY IMPRESSIONS**

1.  Mild Neurocognitive disorder related to traumatic brain injuries.
2.  R/O PTSD

These opinions are given with a reasonable degree of psychological certainty. These conclusions are based on my examination of Mr. Troya and information that existed at the time of his capital trial. If I had been asked to provide an opinion at that time, I would have reached a similar conclusion as I have in this report.

_____
Robert H. Ouaou, Ph.D.
Florida Licensed Psychologist (PY6868)
Neuropsychologist