## AFFIDAVIT OF MARIA ANTONIA SANCHEZ TROYA

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the *13th* day of April, 2016, personally appeared Maria Antonia Sanchez Troya, who produced *Fla Driver License* as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.   My name is Maria Antonia Sanchez Troya. I am the paternal grandmother of Daniel Troya.

2.   I live in West Palm Beach, Florida, with my husband, Francisco "Paco" Troya. I have two children. My oldest son is Lorenzo Antonio Troya and my youngest son is Daniel Francisco Troya. I have six grandchildren; Mariette Mendez, Daniel Anthony Troya, Alexander Lorenzo Troya, Adrian Jesus Troya, Neko Francisco Troya and Jasmin Kathleen Troya. I have two great-grandchildren; Darrell Brown, Jr. and Daevyon Brown, both are sons of Mariette Mendez (and Darrell Brown).

3.   I am one of six siblings born in Cuba. My parents are Marcelino "Ramon" Sanchez and Vidalina Valdez.

4.   My father worked for the government as the Sheriff of San Cristobal and my brother Julio followed in his footsteps. My mother was a housewife. My sister is Alba Sanchez Moriyon and her husband was Martin. Alba was a stenographer in Cuba. She and Martin came to the U.S. around 1971-72. Alba was very close to my grandson, Danny, and she lived near one of his schools. Danny would frequently go to her house after school. She suffered from dementia, which apparently began around the time of Danny's arrest and trial. She did not speak English. I took care of her and Martin as long as I could until they each had to go in to a nursing home. My brother is Julio Nicasio, he was a lawyer, is now retired, living in San Cristobal, Cuba, where he is loved by the townspeople since he helped them with housing issues. He is married with one child. His son, Julio, Jr. is married with two children. I have another sister, Matilde Sanchez, who was a dressmaker, but is now deceased. She was married and had no children. Another of my brothers was the late Jose Ramon Sanchez, who was a city bus driver for the City of San Cristobal. He had one daughter, Jacquelyn Sanchez, who is a member of the Communist Party in Cuba and recruits for the military. My

other brother is Rafael "Neno" Sanchez, who also lives in Cuba and has one daughter, Idylys.

5.  I was a teacher in Cuba before the Communist took over. I would not work for the Communist Government and was therefore ordered to leave Cuba with just two days' notice. My husband, who also refused to work for the Communist Party, was doing hard labor in a concentration camp, but he was allowed to leave with me and our children to come to the U.S. I was not allowed to take anything with me other than the clothes I was wearing, not even family photographs. I snuck one picture of my mother out hidden in my bra, but lost it during my travel to the U.S. We waited at the airport for two days. I had to wear the same clothes for days until we got to the U.S.

6.  My husband is Francisco "Paco" Troya. He was born in Cuba, the youngest of seven children. We met in a city called San Cristobal in Pinar del Rio where he worked in construction and I worked at a school.

7.  My husband refused to work for the Communist Party in Cuba and was therefore punished. Paco was sent to the country to cut sugar cane in a forced labor camp. This was retaliation on the part of the government, because his sisters had put in the paperwork to sponsor us to live in the U.S. It took five years for us to get approval from both the U.S. and Cuba, during which Paco was sent several times to these camps to either cut cane or plant and harvest vegetables. Meanwhile, I lived with my parents in San Cristobal. Between assignments in the hills, Paco would come and visit me, but only be able to stay for a day or two. The day I was ordered to leave the country, I had to send someone to get my husband.

8.  Once we got to the U.S. we spent two days in Miami doing paperwork and arranging our relocation to Chicago. The U.S. government gave us money to rent an apartment and for clothing, shoes and food. We arrived at O'Hare airport — on January 30, 1970 — in summer clothes. One of our sons was wearing short pants. I remember him saying "It's very cold." I remember that I came with just the clothes on my back — one brassiere and one bloomer.

9.  We found an apartment about twenty minutes by car from where Paco's sisters lived. The cold was traumatic for me; tropical vegetation is evergreen and I had never seen trees without leaves before. There was a small television set and a small table.

10. Paco soon found work as a keypunch operator, and then making pieces for locomotives in trains. He did this for about a year and a half.

11. At the time, Paco's sister, Julia Troya, had a boyfriend named Steve Nicholas, in Belvidere, Illinois, about 75 miles from Chicago. Steve wanted Paco to come to work for him, and he helped us find a house.

12. Paco went to work for Steve in a slaughterhouse, killing, dressing down, and gutting animals. I also worked at the same place, wrapping in plastic the meat that the butchers had already cut. Paco would also drive a company truck and deliver meat all over Chicago. He would carry a side of beef weighing 70 or 80 pounds on his back; one of the reasons he has a bent and curved posture today.

13. We did this for six or seven years. It was in 1977 that Paco told me that he wanted to go to Chicago. Hauling heavy products over his shoulder was very painful. We sold the house and returned to Chicago. I remember the years in Belvidere as the best of my life.

14. Initially, I didn't want to buy the grocery store in Chicago, but my husband wanted to open the business, so I supported him.

15. We bought a little grocery store across the street from the Zenith Radio Corp. The La Familia Grocery store was located at Kedzie Ave. & W. Ainsley St. in Chicago. Initially, I didn't want to buy the grocery store in Chicago, but my husband wanted to open the business, so I supported him. We went broke because of the store.

16. I went to work for the West Suburban Hospital in Oak Park, Illinois. I worked in housekeeping and eventually my boss told me he wanted me to be the supervisor. It scared me that someone thought I could be a supervisor, but he told me he knew I could do it. I would have been a supervisor, but Paco started nagging me at my job, coming there frequently to beg me to come work in the store with him. He told me he could not do it alone. I felt bad about it, but I had to tell my boss I had to quit to help my husband with the store. He was very understanding.

17. This was approximately 1979. At first, the store went well, but the neighborhood started having problems in 1980, the year of the Mariel boatlift. Many of the *marielitos* and people from the nearby projects would try to steal from the store. There was violence, breaking windows and

stealing from their store all the time. We told people they did not have to steal, that they would help them if they needed help.

18. We had the store for three years. The first year things went all right. The second year, no one who worked there earned a salary. The third year was an utter disaster and we had to close it down.

19. My son Lorenzo helped out a lot at the store, but his brother Daniel was younger and did not help much at the store. Maria Mendez, who later married Lorenzo, helped at the store in return for us helping her family with groceries.

20. I met Maria's mother, Lydia Quinones, at the store. Lydia always came there after she got off work from the candy factory and would stay there with me. We were very good friends and her children would come in all the time as well. Paco would often cook in the kitchen behind the store and Lydia and her kids, whoever was around at the time, would often eat together.

21. There was a customer who came by the store every day just to say hello. His name was Troy, and he was a large blond man. One day I was alone in the store and Troy came in, and he began to throw apples around. I asked what he was doing — those apples were for sale. Troy grabbed me and began to drag me around the store. Because of the cold I was wearing my coat. I tried to run away, but Troy wouldn't let me leave, blocking the doorway. He began to strangle me with my own scarf.

22. A small black man who was also a customer appeared, and began to shout at Troy, telling him to leave me alone. He hit Troy with a bottle of Pepsi and Troy lost his balance; I gave Troy a knee to the groin and ran away. I ran to the nearby home of Maria's family, but no one was at home. I did not know what to do. It occurred to me that I had left Troy alone at the cash register, so I ran back to the store. By then, the police had arrived.

23. Troy had told the police that he was the owner of the store and at first they did not believe my story. They took me to the station house and it was only after I showed them the bruises on my neck from Troy trying to choke me that they believed me.

24. I decided I did not want to press charges, but wanted some kind of formal way to make sure that Troy was never allowed to return to the store. The police had me write a letter that said that. Two months later, Troy returned

Page **4** of **6**

and apologized to me. I screamed at him and told him if he did not leave I would call the police. He kept telling me that he was sorry, but ultimately left. He also told me that he loved me. It was all so frightening.

25. After we closed the store, we lost everything we had and left Chicago in 1983 to live with a sister of Paco's in West Palm Beach. We only had $400 to our names. Paco fell into a deep depression and never really recovered from the episode. He began to drink heavily and would just lie in bed. He worked occasionally part time in construction. Sometimes he would exercise, or clean the patio, or take the dog out for a walk. He listened to the radio a lot, but he was never the same man.

26. I understood that with my husband sitting or lying around, I would have to support the household. When we first arrived in Florida, I worked with a company that prepared the meals for Eastern Airlines, hundreds of them every day. I did not work there long before I got my job at the Morse Center.

27. Morse Life is an assisted living facility for senior citizens in West Palm Beach, but also provides home health care assistance for the aged who are still able to live by themselves. I worked for 27 years in the kitchen as a supervisor, and also as a function coordinator, arranging parties and events at the facility. I am now a certified home health care aide, and I go to the homes of the aged and bathe and feed them or else take them out to films, the opera, or whatever else they want or need.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

28.   I love to work and finally quit working full time when I was 67. I am now 76 years old. I still work part-time for Morse Life. When I quit working full time, the owners of Morse Geriatric Center gave me a big party and my boss had me make a speech. I told everyone about having to leave my own parents behind in Cuba and that I was unable to care for them when they were sick and dying, so I made a vow that I would always help seniors who needed me.

Maria Antonia Sanchez Troya

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Maria Antonia Sanchez Troya was acknowledged before me 13th day of April, 2016 by Maria A. Troya, who produced Fla Drivers License T600-541-39-714-0 as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016