**AFFIDAVIT OF MARIA MENDEZ TROYA**

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the /5*H*day of April, 2016, personally appeared Maria Mendez Troya, who produced *Fla Dhver License*as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.  My name is Maria Mendez Troya. I am the mother of Daniel Troya.

2.  I was born in Chicago, Illinois.

3.  My mother is Lydia Quinones, born on August 13, 1942 in Caguas Puerto Rico. She died in Chicago, Illinois on February 3, 2000.

4.  My father is Francisco Mendez-Quintana, born on August 8, 1930 in Caguas or Ponce, Puerto Rico. He died on October 12, 2007.

5.  My mother Lydia immigrated to the United States from Puerto Rico (date unknown, prior to 1959).

6.  My mother Lydia and my father Francisco were married on October 20, 1958 in Cook County, Illinois.

7.  My mother was only 16 years old when she married 28 year old Francisco.

8.  I am the fourth of twelve siblings.

9.  There are three fathers among my eleven siblings and myself.

   a. Francisco Mendez-Quintana
      i. Moises Mendez, 56 (DOB: 11/21/1959); lives in Illinois.
      ii. Melida "Millie" Mendez, 54 (DOB: 12/14/1961); lives in Chicago, Illinois.
      iii. Manuel, 53 (DOB 11/28/1962); lives in Chicago, Illinois.
      iv. Maria Mendez Troya (DOB 11/24/1963); I currently live in West Palm Beach Florida.
      v. Magdalena Mendez, 50 (DOB: 9/1/1965); lives in Chicago, Illinois.

   b. Pablo Vargas
- i. Mercedes "Meche" Fortineaux, 48 (DOB: 6/20/1965); lives in Chicago, Illinois.
- ii. Juan "Juanito" Quinones, 33 (DOB 6/21/1982); lives in West Palm Beach, Florida.

   c. Eugenio Torres
- i. Irma Torres (Negron), 45 (DOB 7/26/1970); Lives in Jacksonville, Florida.
- ii. Israel Torres, 43 (DOB 12/15/1971); Lives in Tampa (area), Florida. He has a drug related criminal history.
- iii. Isabel Torres, 41, (DOB 1/7/1975); lives in Chicago, Illinois.
- iv. Isidro "Tito" Torres, 38 (DOB: 1/17/1977); currently incarcerated in Lincoln, Illinois.
- v. Ipolito "Poli" Torres, 36, (DOB: 1/5/1979); lives near Panama City, Florida.

10. My father Francisco was never really around. He left my mother and their five children to live with another woman to raise her five children. I was two or three years old when he left.

11. My father left my mother and the family after the birth of their fifth child, Magdalena. He was never there for us. He died about four years ago and all the siblings went to the funeral except me.

12. I met my biological father for the first time in 1987 when I was visiting family members in Chicago. We spoke briefly, and I was disappointed in his attitude and lack of interest in my family. I learned that he may have worked at the airport as a chef. He had $100 for each of us (I gave mine to my mother, Lydia), but, since Moises and Manuel didn't show up for the visit, he held on to the $200 he had for them.

13. When I was about three years old, after my father left the family, my mother took me, Millie, Moises and Manuel to live with my aunt and grandmother in Puerto Rico.

14. Pablo Vargas was a married man, who fathered two of my siblings, Mercedes and Juan. My mother believes Pablo was the "love of her life" even though he was a married man, which partially explains the long span between the births of Mercedes and Juan. I saw him at gatherings.

15. My mother was very "hush hush" about the identity of Mercedes' father. I believe my mother told Mercedes when she was not quite a teenager. I happened to be there when they were having the conversation. I knew the man's identity — he was the brother of a good friend of my mother's — but I don't remember his name. My mom's good friend, Pablo's sister, was also called Mercedes and Juan is still in contact with her.

16. Puerto Rico is only a vague part of my consciousness. I knew some of my Puerto Rican cousins, but wasn't frequently in touch with them. I do not remember ever not speaking English. In childhood, my mother spoke to me and my siblings in Spanish but we would answer in English.

17. My mother entered into a relationship with Eugenio Torres, though they were never married, and they had five children together.

18. I considered Eugenio Torres to be my stepfather.

19. I recall Eugenio as a "good guy." Although he drank a lot, whenever he drank it just made him very happy and he would laugh loudly. There was, however, one incident in which he was upset about something and slammed my mother against a wall. We interfered. It was the first and last time that I saw violence between my mother and stepfather.

20. When I was 16 years old, I became pregnant with Mariette in my freshman year of high school. I hid the pregnancy from my stepfather Eugenio. Eugenio left my mother when I was about six months pregnant with Mariette. He came back to our apartment after Mariette was born and wanted to know whose kid it was. I told him Mariette was my baby. Eugenio left and never returned.

21. After Mariette was born, I continued to go to school, and my brother Manuel took care of the baby. (Manuel and I are "good with kids." Manuel is the only one of my siblings who has no children of his own.) I quit school a couple of credits short of my high school diploma.

22. After Eugenio left, my mother got a job in a candy factory. She went to work for a shift that began around 7:30 a.m. and came home around 5 p.m.

23. My mother never lived with another man after Eugenio.

24. Mariette's father is Patrick Miguel "Miguelito" Sardinas. He tried to get me (with our baby, Marriette) to move to Miami with him and his family, but I was only 16 and refused to go with him.

25. Miguelito was a classmate of mine. He was born February 23, 1963, and never showed any interest in Mariette after moving to Miami. I found out later that he has a criminal record, and has been involved in gangs and drugs.

26. Mariette wanted to meet Patrick Sardinas when she began to have her own children, to get medical records to find out if there were any genetic conditions.

27. Mariette got in touch with Patrick Miguel's niece and cousins. She continues to be in contact with them and says his mother favors her other grandchildren.

28. During childhood my family and I lived on Sawyer Avenue in Chicago, in a 3-story apartment building. There were three bedrooms. The girls would sleep in one room, the boys in another, and the younger children slept in my mother's room. We lived near the La Familia Grocery Store.

29. I remember that in childhood I had measles and chicken pox, although I believe I had been vaccinated for both conditions. My mother said there is no treatment. "You have to let it take its course."

30. Aside from those, I have no memory of being sick as a child and ever having to go to the doctor. I got some kind of a vaccine in Puerto Rico for which I still have a scar. I believe I am immune to colds and flu.

31. To survive, my mother Lydia received welfare benefits, and she was also aided by Eugenio Torres. There was always food on the table — rice and beans with chicken or, on special occasions, plantains and yucca with roast pork.

32. A belt was my mother's "friend" and to maintain discipline among us, she was not afraid of using it. As such, most of my siblings stayed in line, although my sister Mercedes acted up a lot.

33. I was around 10 years old when my mother and siblings began hanging out at the La Familia store with Maria A. and Francisco "Paco" Troya.

34. My mother often needed store credit for food and the Troyas were always helpful.

35. I worked in the store as a way to pay for food for the family.

36. I met my husband, Lorenzo Troya, while I was helping his mom at La Familia grocery store.

37. I didn't think Lorenzo was good looking at the time, but I fell for him eventually and we have been together since we were 18 or 19 years old.

38. Lorenzo treated my daughter, Mariette, as his own.

39. While Lorenzo and I were dating, I gave birth to Daniel and Alex Troya.

40. The La Familia grocery store failed and Maria, Paco, Lorenzo and his brother Daniel moved to Florida.

41. I moved to Florida with Mariette and Danny a month later than the others, so I could have them baptized in Chicago.

42. When he was born, I initially gave Alex my last name, Mendez, because Lorenzo was not present. He was in basic training. We changed it as soon as Lorenzo came home.

43. Lorenzo and I were married in July 1986.

44. Lorenzo, Danny, Mariette and I lived with Maria, Paco and Lorenzo's brother Daniel in Florida.

45. Lorenzo first went to work at a Coca-Cola plant stacking product in trucks.

46. Living at home with Lorenzo's father Paco was challenging. He began to drink heavily, mostly vodka and rum. He was very depressed and withdrawn. There were times when I saw him cry, but most of the time he would be sitting or sleeping in the living room.

47. Lorenzo's father Paco was verbally abusive to his wife Maria. She would be upset at his drunkenness and he would be upset that she would be upset about it. He would get loud and was always aggravated at whatever she said.

48. Lorenzo never talked with me about it, but I was sure that the situation with his parents upset him.

49. Lorenzo and I found a three-bedroom apartment down the street and moved into it when I was pregnant with Alex.

50. While I worked for Dobbs Catering, making meals for airlines, my kids attended daycare at the Little Dude Ranch from 5 a.m. to noon. Lorenzo's aunt Alba (aka China) would also help take care of the children while I worked.

51. Lorenzo worked as a manager at a Walgreen's type store called Freddy's.

52. I found a job at a Toys 'R' Us and began a flirtation with the manager, whose name was Wayne. It never got serious; we never saw each other outside of work and that there were no sexual relations between us. I have no idea how Lorenzo found out, but he did. Lorenzo and his mother believed that I was pregnant with Wayne's and not Lorenzo's, baby.

53. Once Alex was born all doubts about paternity were dispelled — Wayne was black, while Alex was identical to Lorenzo's family.

54. Lorenzo joined the Army and went to basic training in Fort Knox, Kentucky.

55. After basic training, he was stationed in Ft. Hood, Killeen Texas.

56. After Alex was born, I moved to Killeen, Texas with our three children to be with Lorenzo.

57. Lorenzo and I were married in July 1986, after Lorenzo joined the Army.

58. While in the Army, there were times that Lorenzo would be gone for a month at a time.  He was also gone for periods of a month at a time for training.

59. I think of those years in the Army as the best three years of our lives. I cleaned, cooked and took care of the kids. I managed the bills. I believe that if

he hadn't been injured in 1986, less than three years after joining up, Lorenzo might still be in the Army — or at least that he might have had more of a career there.

60. Lorenzo would have made the military a career, but he was medically discharged for back issues. He receives a VA pension of $113/month and health benefits if he needs them. But he has health insurance through Home Depot, so he doesn't use the VA health benefits.

61. Lorenzo drove tanks for the Army which was hard on his back. I wanted him to have the military career.

62. After Lorenzo was Honorably Discharged from the Army due to his injury, it was a bit of a letdown. Our family went back to West Palm Beach and stayed with Lorenzo's parents for six months. At the end of 1986, we found our own home.

63. Lorenzo got a job at Home Depot and after a little while I found a job with Phar-Mor, a pharmacy and dry goods store like Walgreen's. I worked as a cashier, and took care of inventory and deposits. I stayed there for twelve years.

64. As a child, Daniel was a cutup and restless. He was always jumping around. He liked to break toys to see how they worked from the inside. He didn't strictly misbehave, but he was always clowning. Sometimes he would sit on a sofa with his feet in the air and his head on the floor. "What are you doing?" I would ask. "Watching TV," he would answer.

65. As a child Daniel took skills tests, and probably had ADD. He was hyper and couldn't sit still.

66. At home Daniel would always talk back and engender a lot of attention. He didn't get into arguments, but he always had something to say; everything was a joke. He didn't take anything seriously.

67. While Daniel was growing up, our neighborhood was not too good. I would see prostitutes near Dixie Highway through the window, doing their bit at night. I had no physical or verbal contact with them. If my children asked what I was looking at, I'd say, "Those are prostitutes — go to your room and get your butt in bed."

68. As for drugs, I had the birds and bees type conversation with my children, telling them they were bad, and they shouldn't touch them.

69. As far as I knew, Palm Beach Public was a good school. When Daniel went there, Mariette was ahead of him by three years.

70. I am aware that Daniel got into a lot of fights as a child. He was small and skinny and some people didn't like his clowning. The first time Daniel and another kid were wrestling around, Mariette got involved and was ultimately suspended. When I asked why they fought Mariette explained that the other kid had hit Daniel first.

71. I taught my kids that you don't start a fight, but if someone hits you, then you have the right to defend yourself. So, according to the family system, if you are being picked on defend yourself.

72. While I am aware that Daniel was bullied and tormented as a child, I remember that one day, not long before he began middle school; he said to me, "Mom, I'm done." He didn't go into details, but he was finished with being bullying and abused.

73. Debbie Mitez was a neighbor, and she said that Mariette had touched her kids in a sexual way. At Debbie's insistence, I sent Mariette (who was about 13) and Daniel (who was nine or 10) to counseling but nothing came of it; Mariette insisted that she had never touched the kids.

74. Conniston Middle School was rough — there were a lot of bad kids there, but I had no choice about where to send my kids to school.

75. In Conniston, Daniel acted out a lot. He would say silly things or go into outbursts and get sent to the principal's office. He didn't argue; he'd make a joke out of everything, or else he'd shut up and not say anything at all.

76. Danny's friend, John Pierre Kamel was shot at Conniston Middle School.

77. The day of the shooting, the school was locked down and they wouldn't let anyone get nearby. I had heard that Daniel was right there. I don't remember exactly what happened that afternoon.

78. When Daniel came home, he explained that John Pierre Kamel had been shot and that he went right up to him, and he kept saying, "I'm going to die, I'm going to die."

79. Daniel didn't seem freaked out. It was "something that happened" and that was that.

80. I heard that they were going to offer counseling to kids and said something to Daniel, but his attitude was "I don't need nobody."

81. One time after he had witnessed the murder of his friend John Kamel, Daniel was running around the school yard and wouldn't stop. The school had to call Lorenzo to control him. Lorenzo left work and went to Conniston. "I just want to run," is what Daniel said, offering no further explanations.

82. My brother Juanito Quinones went to Conniston Middle School with Daniel Troya the same time John Pierre Kamel was murdered.

83. Another time after the Kamel shooting, Danny lost it. He ran out of the house to the nearby train tracks and wedged himself in. He would not move or get up. I followed him to the track, heard a train coming, and panicked. I forced him up by buckling his knees and pulled him up and away from the tracks just before the train passed by. I did not take him to counseling afterwards.

84. I didn't know Daniel was stealing cars until he was arrested for it. I had a gut feeling; he'd come by the house with a friend who was driving a car. Daniel told me it was stolen and I said he shouldn't have been in it. Daniel argued that it wasn't he who had stolen the car, and didn't seem to listen when I told him that the police wouldn't care and would arrest him anyway.

85. Sometimes when he was a young teenager Daniel would disappear, and Mariette and I would be out until 2:00 a.m. looking for him. I'd go to friends' houses unless it was very late, and then I would just drive around. I don't remember a single instance in which I caught up with him.

86. I have heard that when he was a young teenager, Daniel saw a man stabbed to death in the neighborhood. Daniel never mentioned the incident to me.

87. While Tito stayed with us July to August 1995. I don't remember Daniel staying out nights with him. He was too young. I asked Tito not to do stupid

shit in front of Daniel. Tito would say, "I know, I know." Daniel, meanwhile, thought Tito was the greatest uncle and got along very well with him. Tito was four or five years older than Daniel and they would hang out together in the house.

88. In August 1995 Danny wanted to go out and Lorenzo didn't want to let him go. Lorenzo physically blocked the door and they got into a fistfight; ultimately Daniel jumped through the window. My brother, Ipolito "Poli" found Daniel and drove him around. I don't remember a conversation afterwards with Lorenzo. I thought it would work itself out.

89. When he started going to juvenile jails, I would tell Daniel to stay out of trouble. He would explain to me that he couldn't be a "nice guy" in these institutions. I couldn't argue with him, having never been to such places before, but still try to convince him to keep his act clean. "Mom, in here I have to defend myself," he would say.

90. I didn't give up on Daniel, but I had to worry about the ones who were at home. He was in jail and I had a houseful of kids, including a very little one I needed to raise. I didn't want Adrian and Alex to grow up with the same issues that Daniel had.

91. In 1984 or 1985, when Mariette was four or five years old, she spent the entire school year with her aunt Millie, my sister, in Chicago.

92. I sent Mariette to Chicago to go to school in September 1985 because her birth date kept her from entering the Florida school system. Mariette failed and had to repeat kindergarten again in Florida any way.

93. Mariette was not told that Lorenzo wasn't her father until she was 16 years old. She was very angry and disappointed in me for not telling her. I don't remember how Mariette found out about who her natural father was, but it was the worst time to tell her. Lorenzo and I had to make efforts to keep her on the straight and narrow.

94. Alex was born at Good Samaritan Hospital in West Palm Beach and youngest son Adrian was born at St. Mary's Hospital in West Palm Beach.

95. Alex was bullied in school, but he ignored the bullies, considering them to be stupid.

96. Alex couldn't pass the FCAT exam, so he never got his high school diploma. Mariette didn't finish her high school credits, so she doesn't have a high school diploma either.

97. Alex works at CG Burgers, and is also currently working at Gamestop. He is working seven days a week. If Gamestop promotes him to manager, he will quit CG. Alex is ambivalent about this because the job at Gamestop requires him to have more interaction with customers, which he does not enjoy. He does not like conflicts with people. He does what he feels he has to do. For instance, at CG, instead of getting into an argument with a coworker that he is supposedly managing, he will do the tasks for him.

98. Alex and Mariette want to rent their own place. There are many rentals in the area, but they are expensive. There is one man in the neighborhood, a "Swede," who has a lot of houses. He will rent a house and the next thing you know there are fifteen Mexicans or Guatemalans in the house. Rent runs about $1500 per month.

99. My youngest son, Adrian, was born in November 1996, the month before he was due (December), after pregnancy complications developed. My water started leaking and they found the umbilical cord wrapped around the baby's neck.  I also had a Beta Strep infection with can be dangerous/deadly to infants, so Adrian was delivered by emergency C-section.

100. I think Adrian has "a little Autism" – because when he was little and he was tired and ready to go to bed, he used to just walk back and forth. Even Lorenzo told me "there's something wrong with him."

101. Adrian has hypermobility of his joints, flat feet and has dislocated his knee twice.

102. Adrian has a hard time with authority. I told him, "Welcome to the adult working world. Bite your tongue and deal with it or they will fire you."

103. Adrian will take exams in December to try to earn his high school diploma. Danny was the only one who has a GED, and he got it in prison.

104. Adrian didn't know a lot about Daniel. He was just a baby when Daniel went away for his first serious prison term.

105. Adrian has a job as a bag boy at Publix. One of his first days at work, his boss told him he had to go home and shave or he couldn't work. I went to a drug store and bought shaving implements, and shaved him in the parking lot.

106. I work for Braman BMW as a "booker" for the service department and have been there over a year. I previously worked for Schumacker GM (2002-2013) booking warranty work for them and for Phar-Mor for 13 years (1989-2002) before it went out of business. I left Schumacker to work for Braman because they offered more money and less work.

107. I experienced no complications during my pregnancy with Danny. He was born on time at the Swedish Covenant Hospital in Chicago, and I took no drugs or medications during the pregnancy.

108. Mariette and Alex were also normal births and birth weights. But both have had problems in school. Mariette was also born at the Swedish Covenant Hospital in Chicago.

109. I have had no hospitalizations other than the birth of my children, but I have been diagnosed with Diabetes, Thyroid Disease and High Blood Pressure, all prior to Adrian's birth in 1996.

110. My mother Lydia was diabetic and died of Ovarian Cancer. My maternal grandmother, Bernadina, was also diabetic, as were my maternal aunts, Marilu (last name unknown) and Nellie Ramos.

111. My husband Lorenzo also has flat feet, but not as bad as our boys.

112. There is a lot of diabetes in my family. My mother and Aunt Nelly both had it, and my Aunt Marilu died of diabetic complications. My daughter Mariette's children's father also has a family history of diabetes. His mother had a foot or a leg amputated due to diabetic complications.

113. My mother came down a year or so after Adrian was born in 1996. She stayed a year or a year and a half, in remission from radiation. She took care of Adrian while I worked. When she became very sick, she returned home to Chicago. She went to live with her daughter Millie in December and died in February. She went to a hospice the night before she died.

114. My mother and I never talked about things. We weren't very open to conversation with each other. Our attitude was, "It'll work itself out." My mother never tried to get involved in my family problems.

115. I remain close to my siblings. Most of us are Facebook friends with one another. The only one who gave the family serious trouble was Tito.

116. The topic of my sister Mercedes having a different father from us (in addition to Juanito) was never talked about at home. My mother never said anything and we never asked.

117. I was pregnant with Daniel when my brother Juanito was born. His birth was a difficult birth for my mom — he was born at Swedish Covenant with the umbilical cord around his neck. He was born before they could get to the hospital.

118. Juanito is not stupid, but he is slow. It takes him a long time to grasp things. He is a school bus driver. He took the 8th, 9th and 10th grade in West Palm Beach and then went to live with our sister Irma in Jacksonville. He also studied at Job Corps.

119. Juanito had problems in school. I don't remember if he was left behind, but he may have had Special Ed. He had to do "extra things" to get school credit. I don't remember what things. I would go to parent/teacher conferences; I was his "proxy" but it wasn't a formal arrangement — I had no legal rights. Then my mother came down and spent some time with us.

120. Juanito became a valet at Schumacher. He drove a courtesy shuttle at a car dealership. He worked at Auto Zone but not full time. He needed to take extensive tests to become a school bus driver. His father, Pablo Vargas, was also slow.

121. I have always been willing and available to testify on my son, Daniel Troya's, behalf and did everything that his trial attorneys requested of me. I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

//

122. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

*Maria M Troya*

Maria Mendez Troya

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Maria Troya was acknowledged before me this _15th_ day of April 2016 by _Maria Troya_, who produced _Fla Driver License T600-553-63-924-0_ as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016