## AFFIDAVIT OF LORENZO TROYA

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the _15th_ day of April, 2016, personally appeared Lorenzo Troya, who produced _Fla Driver License_ as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.  My name is Lorenzo Troya. I am the father of Daniel Troya.

2.  I went to school in Cuba and my only memory of Cuba was I wore a military style uniform. I remember, when we came to the United States, I had to start over in school.

3.  My family emigrated to the United States when I was seven years old, and I have few memories of my early childhood in Cuba. I vaguely recall playing close to a hospital in Havana. An aunt and uncle sponsored my family to move to the United States. We passed through Miami where we were given shots, and then went to Chicago.

4.  When I was young, my father would send my brother and me to run errands, for instance, to pick up a quart of milk. He'd spit on the staircase and say, "I want you back before that spit dries." So I would run to the store and back.

5.  I recall that upon arriving in Chicago, I froze. "What in the world kind of cold is this?" I wondered. I attended Steinmetz High School, in Chicago and graduated in 1981. I rode the bus every day after school to work in our store (La Familia). My dad made sure I got whatever I needed in exchange for me working at the store, but I didn't get paid wages.

6.  My father worked for General Motors, and for a car factory in Skokie. He also worked at a slaughterhouse and delivered meat, working for one of my aunt's husbands.

7.  After that, my father owned a grocery store. He was a cashier and a butcher. My father and mother both worked there, and I worked there throughout high school. My brother Daniel hated the store and avoided duties there. We used to live near the old Zenith T.V. Factory.

8. The store area in Chicago was full of gang violence. People seemingly died every day, even back then, when we lived there. My mother, Maria A Troya, was attacked in the store once by a "crazy" guy and a gang member protected her. The gangs never hurt or extorted from the store or my dad because my dad offered them food if they needed it. He just didn't want them to steal it. If anyone was caught stealing to feed their family, my parents would help them.

9. Aunt Alba and her husband Martin (Maria's sister and brother-in-law) and my parents were business partners in the grocery store and they moved to Florida first. I went to visit them and went back to Chicago and told my parents they should move there too. They did.

10. I met Maria at the store, and I also worked at Warner's Candy Factory, where Maria's mother Lydia worked. Lydia and my mom became friends, then I saw Maria at the store, and that was that. I fell in love! Maria already had Mariette when I started dating her, and she may have been walking at the time. I did worry that Mariette's father might want to be involved with Mariette one day. I consider Mariette my daughter and she is a good child.

11. The grocery store proved to be too much for the family. My father was still delivering meat all over the city, picking it up seventy miles from the city at the slaughterhouse. One winter, with temperatures well below zero, a pipe broke and burst through our floor. We had to fix it, breaking through four feet of cement. When the store failed, we got out in 1983 and moved to West Palm Beach.

12. After high school, I took an automotive mechanic's class for six months and graduated from some kind of technical school called ITT in Chicago. I graduated high school in 1981 and, in 1983, we moved to West Palm Beach. We waited until my brother Daniel finished high school.

13. My brother, Daniel, worked for K-Mart, then Leslie Lumber, and then Home Depot for 27 years. He'd done well, and was going to be the regional vice president of a certain area, but the company decided they wouldn't give him this promotion because he did not have a college education. He left Home Depot, worked briefly for Bank of America and for an oil company, and then was hired by Game Stop in Dallas.

14. I enlisted in the Army in March 1986 for a three year term, completed three months of basic training in Kentucky, and then was assigned to Fort Hood,

Texas, as an M1 Tanker. I wanted to do mechanics but ended up driving and repairing tanks. I never saw combat.

15. I have lots of "tank stories" – sinking my tank in muck a couple of times and almost drowning inside my tank once when it filled with mud and water. I did my three years, plus a one month extension, so I could get a medical discharge and Veteran status. I was hurt while changing the track on a tank (the big chain around the wheels). I damaged disks in my vertebrae.

16. I was temporarily deployed to Germany around 1988 to train with German troops on tank maneuvers. The training was in preparation for the coming Gulf War (which I did not serve in).

17. It was never my intention to stay long in the military, but I believe Maria would have liked for me to have stayed on. I wonder if I had stayed on, if I would now be retired. But I might have also been wounded or killed. During Desert Storm, I saw the lieutenant with my battalion on CNN, and realized that his battalion was over there. On the one hand, I felt that I should have been there. On the other, I remembered that the average life span of a tanker is two minutes.

18. In West Palm Beach, my father did a little work here and there, but he missed the big city. West Palm Beach was not the big city he was used to and he was no longer the family breadwinner. He began to drink heavily. He didn't know how to get around and make money. We had lived decently in Chicago. We had a home, four cars and a van. In West Palm Beach, my father fell and busted his head open. He went to some kind of a nursing home for treatment for a month.

19. While I was in the service, things got worse for my father. He had been taken from the big city to the suburbs; he didn't speak English; he didn't know how to get around. There were no major factories in West Palm. He felt there was no "unity" in Florida, whereas in Chicago we lived in a city, in a community. In West Palm, there is a different culture. My family has lived in the same house for 30 years and I just said hello to a neighbor for the first time because I saw her in Home Depot. In Chicago, we would knock on neighbor's doors and hang out.

//

20. At first in Florida, my mother did oddball jobs. She worked at the airport for the Dobbs Company, preparing meals for airplanes. Later she got a job in a nursing home and has been there for close to 30 years.

21. I have worked for Home Depot for 26 1/2 years. I have been in the electrical department, a fork lift operator, and done inventory and pricing.

22. Our home has always been full of people, mostly my wife Maria's relatives. Right now, there are seven people living in the house. Mariette had left and come back with her kids; Alex had also left and come back.

23. My mother-in-law Lydia stayed with us for four years. My brothers-in-law Juan and Poli (Ipolito) each graduated high school while living at our house. I don't remember how long Tito stayed with us.

24. I had no idea my son Daniel was bullied and tormented in grade school. Conniston, his middle school, was supposed to be shut down. It stayed open because it was going to be improved to meet the standards of the school board. Nevertheless, months after Daniel began to attend classes there, his friend John Pierre was shot to death right outside the school. After his murder Daniel got no counseling or psychological help from anyone. Maria and I were out of our league; we had no idea what to do, or how to ask Daniel what he needed.

25. I did not know that there were areas of our neighborhood in West Palm Beach where there were drugs or drug-related violence. I saw prostitutes on the corner near my house, but I didn't see the need to mention them to my children.

26. My cycle of daily life was going to work and coming home to the family. I didn't have contact with other parents after John Pierre's murder.

27. I never worried that my kids would get involved with drugs; I thought I was teaching them by setting a good example for them, rather than talking about things. If I saw a problem I would address it; I didn't need to ask my kids, "are you doing this, are you doing that." I figured the schools would tell them things.

//

28. I worked hard and earned a living. I have a beer here and there. I didn't see drinking in my family household growing up. I wouldn't appear in front of my family without wearing at least a t-shirt. That's how I was brought up.

29. Daniel went off the deep end quickly after seeing his friend John Kamel killed, and I had no experience with this kind of a situation. Professional help was not affordable. My house was filled up at this point. I had married into a big family.

30. After John Pierre's murder, Daniel began to stay out late. The night he busted the window with his head, it occurred to me that Daniel must have been on drugs. I got this idea from the way he talked, his attitude. Poli stepped in to take care of him, instead of me beating down on him as a parent.

31. Around this time, one day Daniel was hanging out with some kids in a park, and got hit in the back of the head with a bat. He came home and said, "Look what I got." I asked, "What the hell are you doing," and Daniel said he had got into a fight with his friends.

32. For two or three years, I worked the night shift at Home Depot until 11:00 p.m. or midnight; I also had to do overnights at the store. Maria hid her searches for Daniel from me. She never passed the burden to me; she dealt with it with Mariette.

33. Daniel once said he fell asleep in a stolen car but he didn't steal it. It sounded like a ridiculous story to me.

34. I knew Tito wasn't an angel, and that Daniel was very impressionable when Tito stayed with us.

35. When Daniel went off the rails as a teenager, I said to myself, "Either I run the streets finding my son and get sick, don't show up for work, or else I take care of the rest of my family." I worked long hours very hard at Home Depot, and if I took off time to look for Daniel, I wouldn't have made it to work. I had to make a cold calculation about what to do: "Either I go after the black sheep, or I try to save the rest of my family."

36. I'm an avid snook fisherman, I took Daniel fishing often. We would go fishing under the Flagler Bridge. In Fort Hood, I took him on overnight fishing trips.

37. Once I got a huge live bait fish hook caught up in my lip while trying to tie my fishing line with my teeth. Good Sam's Hospital was down the street, but I figured that treatment there would have been expensive, and I'd have to explain how I got the hook in my lip. A fisherman I knew from around there told me to go to the hospital. Somehow I was able to pull out the hook but then fainted; Daniel, who was in elementary school, woke me up. I told Daniel not to tell his mother about the fish hook incident. It was the first thing he said as soon as he opened up his mouth.

38. Once, I fell into the Boca Raton inlet. Daniel was middle school age at the time and was fishing with me. He saved my life by pulling me out of the water by my shirt. I swim like a rock and I'm terrified of water. I told a long story about how it was almost as important to save my friend Marcelo's fishing pole, which Daniel was using, as it was to save my life. It was January or February. My legs were all bloody from being banged against the rocks. Another time I fell into the Intracoastal Waterway.

39. I have flat feet and a milder case of joint hypermobility than my sons have.

40. I have asthma and I use an inhaler and I might be allergic to the dog. My allergy only became a problem in Florida, not in Texas, Kentucky, Chicago or in Germany when I was there.

41. I have had "accidents" all my life. I fell off my roof backwards on to my back but did no additional damage to my already damaged back. I have a phobic fear of needles/seeing blood, maybe because of the immunizations when I came to the United States. A nurse kept poking me with needles and I faint at the sight of my own blood.

42. I go to the VA on 45th Street occasionally, just to keep my benefits active, but I otherwise use my Home Depot health insurance since I need it to cover my family (only Maria and Adrian now).

43. I have always been willing and available to testify on my son, Daniel Troya's, behalf and did everything that his trial attorneys requested of me. I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

44. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of April 2016.

_Lorenzo Troya_
Lorenzo Troya

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Lorenzo Troya was acknowledged before me 15th day of April, 2016 by Lorenzo Troya , who produced Fla Drivers License T600-521-63-082-0 as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

_Sharon M Mercer_
NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016