## DECLARATION OF DANIEL TROYA

I, Daniel Troya, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct:

1. My name is Daniel Troya. I am the paternal uncle of Daniel Troya.

2. I was born in Cuba and was five years old when my family immigrated to the United States.

3. Initially, we had nothing when we arrived in Miami. We first moved to *IN* Chicago, Illinois. Unfortunately, there were biker gangs in the neighborhood. *BELVIDERE ILLINOIS*

4. At first, my father, Francisco "Paco" Troya worked on the assembly lines at Ford Motor Company.

5. My father also had a job at a meat packing plant where he worked with slabs of beef and pigs. Lorenzo and I saw pigs, cattle and lambs lined up for slaughter; we even saw some of them slaughtered.

6. My father did well in the meat business, both in the slaughterhouse and delivering meat all over the Chicago area. We lived humbly, earning and saving money. Occasionally, I worked with my father, delivering meat.

7. My father doesn't speak English well. He circumvented the problem by playing to his strength and catering to his own community, among the Latinos in the Chicago area. He never left his comfort zone.

8. My father opened the La Familia market with the proceeds from the meat business. My cousin, Manny ~~bought~~ *WORKED AT* the store with him. Maria Troya and Lorenzo worked there full time. I worked at K-mart selling shoes.

9. My father continued to deliver meat from the slaughterhouse while running the market. When he became very involved with the market, Manny took over the meat deliveries.

10. The store went well for a couple of years, but then there were bad money and debt issues. A nearby apartment complex or housing area in the neighborhood

was condemned, that severely damaged the micro-economy of the area and we had to leave.

11. After the stores failure, we, (Lorenzo, Maria, Mariette, Danny, my parents, and I) moved to West Palm Beach, Florida in 1983. They moved with the small amount of money I saved from working at Kmart because we had lost everything financially with the failure of the store. We loaded up a van and two or three cars. We had very few things when we arrived.

12. We first lived in a house that was a shack in Florida. My father drank a lot of Bacardi white rum. He began drinking when the store in Chicago was failing. He was in several drunk driving accidents. He was not a cheerful drunk.

13. There were a lot of arguments between my parents, mostly about my father's drinking. It got bad enough that my biology teacher noticed I was not doing well in school. I told her about my father's drinking and that my parents were arguing about it.

14. My father never recovered from the failure of the store. It was the end of his career to him. He stopped progressing. There was no longer any professional or financial advancement. Lorenzo and Maria Troya had to step it up and went to work at a pharmacy.

15. I wanted to join the Marines. I also was the captain of a baseball team in high school and was approached about a scholarship to play ball in college. My father quashed both of those plans, saying that, "You have to work".

16. I have always worked and been very successful at it. I worked for many years with Home Depot. Although I did not start there, I was quickly promoted to management. I quickly began climbing the corporate ladder. I have opened many stores for Home Depot, setting records for sales in the process. I eventually left Home Depot, but have always been in management positions.

17. Lorenzo has worked for Home Depot for 27 years. He does not have the management, people, or social skills that one needs to advance at Home Depot. People love him, he is angelic to customers, a good man, and a good employee. However, you need skills to lead, manage, motivate and re-motivate, which he doesn't have.

18. Lorenzo has a commitment and loyalty to Home Depot. He is a utility player, not a leader. He starts out every day running. He has to prove himself every day. His schedule changes every week. You never get a set shift. It makes it beyond difficult to have a stable personal life.

19. Lorenzo and Maria Troya have a classic Latino lifestyle – inseparable, going on picnics, fishing in the park, and celebrating birthdays.

20. Lorenzo is hard-working — he had a lawn-mowing business as well as his employment at Home Depot — but he and Maria always had financial struggles, always had to work for every dollar. There was no surplus in their lives, and there were always relatives of Maria's living with them.

21. Lorenzo and Maria were helpless with my nephew Danny Troya's troubles. They were without resources to get Danny off that derailment. They didn't have friends, family, church, any resources. They didn't know what to do.

22. Daniel and his siblings all struggled scholastically. The family didn't have the resources to overcome those obstacles either.

23. When Danny was in trial, I became concerned that his brother Alex, who looks so much like Danny, might be victimized or even killed. I suggested to Lorenzo and Maria that Alex come live with us in Texas.

24. Alex Troya lived with us for at least a year. He worked at Home Depot. Alex may have quit Home Depot because of his flat feet condition. Being on his feet all day was painful. He wore orthopedic shoes, but they made his feet hurt even worse.

25. I was contacted by Danny's defense team and asked to go to an appointment of some sort with them. I became ill with food poisoning and could not make it. However, the illness only lasted about three days, and I was available for them afterward, but I received no further contact from the defense team. I would have testified at trial if asked.

//

//

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. §1746.

Executed this _11_ day of April 2016.

_____
Daniel Troya