

# Francisco Mendez
## in the Cook County, Illinois Marriage Index, 1930-1960

| | |
|---|---|
| Name: | Francisco Mendez |
| Marriage Date: | 20 Oct 1958 |
| Spouse: | Lydia Quinones |
| Marriage Location: | Cook County, IL |
| Marriage license: | {06408DB0-4D6D-4ABF-8D90-7EEC18D1DE5A} |
| File Number: | 2504316 |
| Archive Collection Name: | Cook County Genealogy Records (Marriages) |
| Archive repository location: | Chicago, IL |
| Archive repository name: | Cook County Clerk |

## Source Information

Ancestry.com. *Cook County, Illinois Marriage Index, 1930-1960* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2008.

Original data: Cook County Clerk, comp. *Cook County Clerk Genealogy Records*. Cook County Clerk's Office, Chicago, IL: Cook County Clerk, 2008.



## Description

This database contains an index to over 1.2 million marriages from 1930-1960 for Cook County, Illinois. Information listed in the index includes: name, spouse name, marriage date, file number, and marriage license ID. Learn more...

© 2015, Ancestry.com