MATCHING I D C    FILL IN THIS FORM WITH TYPEWRITER OR LEGIBLE PRINTING    **ORIGINAL**

**STATE OF ILLINOIS**
**CERTIFICATE OF LIVE BIRTH**

A **049**

B **27-372**

Registration District No. **16.10**
Registered Number **705082 112-**
Child's Birth Number

| | | | |
|---|---|---|---|
| Place of Birth A State **Illinois** | B County **COOK** | Usual Residence of Mother A State **Illinois** | B County **Cook** |
| Inside corporate limits and in **CHICAGO** City, Village, or Incorporated Town | | Inside corporate limits and in **Chicago** City, Village, or Incorporated Town | |
| Outside corporate limits and in Township, or Road District No | | Outside corporate limits and in Township, or Road District No | |
| Name of Hospital or Institution **St. Anne's Hospital** | | Residence address (Street & No. or RFD and Post Office) | |
| If not in hospital give Street & No or RFD and Post Office | | **3146 W. Harrison St.** | |

Child's Name A (First) **MARIA** B (Middle) C (Last) **MENDEZ** Sex **FEMALE**

Does mother reside on a farm? Yes ☐ No ☒

This Birth was Single ☒ Twin ☐ Triplet ☐ Quad ☐ 1st ☐ 2nd ☐ 3rd ☐ etc. ☐

Date of Birth **7:47 A** Hour **November 24, 1963**

Father's Full Name A (First) **Francisco** B (Middle) C (Last) **Mendez** His Race **White**

His Age **34** Years

His Birthplace (City and State or Country) **Caguas, Puerto Rico**

His Usual Occupation **Laborer**

Kind of Business or Industry **Hot Shoppe**

Mother's Full Maiden Name A (First) **Lydia** B (Middle) C (Last) **Quinones** Her Race **White**

Her Age **21** Years

Her Birthplace (City and State or Country) **Caguas, Puerto Rico**

Mother's Mailing Address **3146 W. Harrison Street Chicago, Illinois**

Informant (Signature) *Lydia Mendez*

I hereby certify that this child was born alive on the date stated above.

*Francis ...* Address **1858 W. Cermak Road Chicago, Illinois**

Attendant at Birth MD ☒ DO ☐ Midwife ☐ Other (Specify)

Date Signed **11/4/63**

Illinois License Number **83509**

**NOV 29 1963** *Samuel L. Andelman M.D.*    Local Registrar

VS & R 100—BUREAU OF STATISTICS    ILL DEPARTMENT OF PUBLIC HEALTH—SPRINGFIELD