## DECLARATION OF MAGDALENA MENDEZ

I, Magdalena Mendez, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct:

1.  My name is Magdalena Mendez and my date of birth is September 1, 1965. I am the maternal aunt of Daniel Troya.

2.  I live at 647 North Troy, Chicago, Illinois, 60612

3.  I am the fifth eldest of 12 children.

4.  I was born in Chicago, Illinois.

5.  I believe I accompanied my mother, Lydia, to Puerto Rico to retrieve my siblings, but I have no memories of the trip. I was told they stayed there for a year or two.

6.  I grew up in Chicago on a third-floor, apartment on Sawyer Street. The mornings were crazy because there were so many people living in the apartment. There was only one bathroom and my sister, Maria, always wanted to shower first. We had to wait our turn for the bathroom. The apartment had three bedrooms. The girls shared one of the bedrooms, the boys another, and the smallest children slept with my mother in her bedroom.

7.  I don't have any memories of my father Francisco Mendez.

8.  My stepfather, Eugenio Torres, worked hard as a full time mechanic. He helped my mother with the bills.

9.  As a family, we would go to church on Sundays and afterwards, all the kids were treated to hamburgers at White Castle. We also attended the Puerto Rican Day Parade in Humboldt Park.

10. Eugenio drank beer. He drank on the weekends, but once in a while during the week he would stop at a bar and drink, then he would bring home bags of potato chips for all the kids. Once, he came home from the bar and was angry and hungry. He didn't want to eat what my mother prepared for him and she threw his plate in the garbage, to his shock.

11. Eugenio was not affectionate. Sometimes he had a bad temper.

12. My mother and Eugenio would fight, but they were verbal rather than physical.

13. I remember an incident when Eugenio became very angry with my sister Melida (Milly), but I don't remember why.

14. I was a freshman or sophomore when my mother and Eugenio split up. One day he was there, and the next day he wasn't. I don't recall talking about it with my mother or siblings. It's not a line I crossed when I was young.

15. To maintain discipline, my mother did not have a hard time bringing out the belt. My other brothers would ~~hold me down~~ RETAIN ME, and my mother would beat me. It didn't happen very often – after one time, I learned. M.M 4-17-16

16. When my mother would hit me with a belt, she would say that I earned the punishment.

17. Sometimes instead of hitting ~~me~~ MY SIBLINGS with a belt, my mother would make ~~me~~ THEM kneel on raw rice. M.M. 4-17-16

18. My mother would become extremely angry over bad grades in school and lying. If we got bad grades, she would have to go into school to speak with the teachers and she didn't have time to miss work.

19. My mother worked as long as I can remember. Before she had formal employment at Warner Candy Factory, my whole family would assemble cardboard liners that are inside boxes of wine and liquor, so that bottles can be placed without bumping into each other.

20. My mother received public assistance, but I believe it was connected to her work. It was for people who didn't earn enough to support their families.

21. There was always food on the table at home. I ate oatmeal or farina for breakfast at home. I lived very close to the school and was able to come home for lunch. My mother worked close to home so she could be there to prepare lunch for us, which was often French fries with a fried egg on top. Dinner was

more elaborate, rice and beans with some kind of meat, usually chicken. Back then, you could pick out your own chickens for $2.00. My mother knew how to stretch meat among many kids. We drank milk, water, or an inexpensive powdered sweetener.

22. I did not know that Francisco Mendez was not the father of my siblings Mercedes and Juan until much later when I was in high school. I don't remember if I found out by accident or if my mother told me. Mercedes felt excluded from the family. She always felt that she was different, but the siblings did not see her as different. It wasn't a family secret because everyone knew that her father was a married man and my mother's love for him wasn't a family secret. Nobody talked about it.

23. Mercedes and I always fought and argued. We fought less as we got older, but still had our differences. Mercedes always considered herself the black sheep of the family. Later in life, the siblings teased Mercedes about not being a Mendez, and she would respond saying, "right, I'm married."

24. Not talking about Mercedes father was the way of the family. We never questioned anything. Whatever my mother said was it.

25. My mother never went to high school. She never talked about education. She could never help us with homework growing up. I went to my teachers or older siblings for help.

26. I completed my junior year of high school, but became pregnant during my senior year and quit.

27. To avoid illnesses, my mother would give us milk of magnesia and a spoonful of fish oil once a week.

28. I remember the Troya's (Paco, Maria and Lorenzo) at La Familia grocery store. They were extremely friendly and kind, and knew everyone in the neighborhood. Maria was the cashier and Paco was the butcher. Lorenzo and Danny (Danny Troya's uncle) would run the store. Our family lived a block away from the store. My mother helped at the store on an informal basis. My sister Maria actually worked with the Troya's. If my mother didn't have enough money for groceries, they would tell her, "Don't worry about it."

29. My mother was frustrated with my sister Maria for getting pregnant in high school. It was never discussed, but I could tell from her body language. No one said anything about it, but it was a little tense around the house. Abortion was never discussed as an alternative.

30. I never spoke with my sister Maria about being pregnant. We had a difficult relationship. We fought a lot because I preferred to be out running track and participating in sports, rather than do household activities such as washing dishes. Maria would try to get me to do things while our mother was at work – she wanted to be in charge. I was willing to take orders from some of my other siblings – Moises, Manuel and Milly, but not Maria because we are so close in age.

31. Lorenzo Troya and his brother Daniel were hardworking, generous and kind. They were generous with their time.

32. Lorenzo and Maria Troya were a happy couple. They were hard working. Lorenzo's parents sold La Familia grocery store perhaps two years after Lorenzo and Maria got together and moved to Florida.

33. I visited Lorenzo and Maria Troya in Florida, two, three or four times. I stayed with Maria and Lorenzo once. Poli and Juanito were living there ~~while~~ DURING ONE ~~I visited~~. I don't remember much about Danny. I was there for fun, and OF MY VISITS. therefore, focused more on Mariette. M. M. 4-17-16

34. I returned to West Palm Beach when Danny was older, but I didn't spend time with him.

35. My brother Isidro, known to us as Tito, was always angry. If one of the other brothers or sisters had the remote control for the TV, he wanted it. He would argue that others were sitting in "his spot."

36. Tito has potential to be a good person, but when he gets mad, he gets mad and the anger accelerates rapidly if he doesn't get his way. We are a huge family and everyone channels things differently.

37. My mother would yell at Tito when he was angry. Sometimes she would tell him to go to his room, other times she would have him sit next to her on the couch, which seemed to calm him down a little.

38.  I don't ask questions in the family because then I don't get lied to.

39.  I saw Danny in Chicago two or three times, once at a barbecue at Mercedes house. We just said hello and asked how each other was doing.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. §1746.

Executed this ⅃ day of April 2016.

Magdalena Mendez
_____
Magdalena Mendez