## DECLARATION OF MANUEL MENDEZ

I, Manuel Mendez, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct:

1.    My name is Manuel Mendez and my date of birth is November 28, 1962. I am the maternal uncle of Daniel Troya. I am one of Maria Troya's older brothers.

2.    I was one of Maria's siblings who lived in Puerto Rico in early childhood while Lydia, my mother, terminated her marriage to Francisco Mendez. I remember walking barefoot on a dirt road. I remember that my grandmother's house was on stilts, and playing in the dirt below it. I don't remember how long I was there — maybe a year, maybe a year and a half.

3.    Back in Chicago, when I went to either kindergarten or first grade, I threw a fit in school. I hit my teacher, and cried on one side of the room. I didn't want to join the rest of my classmates on the other side.

4.    I went to the Hibber School and Von Steuben High School. I graduated.

5.    I got into a lot of fights in school and hence in trouble. At first, I was victimized; bullies wanted to "pick on the new kid." But I'd fight back and find myself getting sent to the principal's office instead of the kids who'd picked the fight in the first place. Then I began to intercede when the bullies would pick on smaller kids, telling them to pick on someone their own size. I would get sent to the principal's office for that, too.

6.    Scholastically, I had a very hard time. I was in Special Education and always had to go to summer school. I felt, "Why me?" My mother couldn't help me with homework, and I felt that my brothers and sisters were smarter than me. I don't remember asking my siblings for help when studying. I would go back to the books and struggle in private. I don't think I learned anything; my grades were very low.

7. My brother Tito, although a troublemaker was good in school. He was a total jerk and he didn't want to go to school.

8. All my brothers and sisters either have high-school degrees or GEDs, although I'm not sure about Isidro and Israel. Juan Quiñones was in Special Education as well. I feel that Juan is smart, but he was never up to the level at which he was supposed to be scholastically — for instance, when he was in 4th grade he would have been doing very well if he had actually been in 2nd or 3rd grade.

9. My mother was able to read the Bible in Spanish. However, I had to explain to her what the grades on my report card meant. She was able to count the change when she bought groceries.

10. My mother's attitude for discipline was, "I told you once, I told you twice," and the third time she'd whip us with the belt. Moises and I laughed at the belt, so she would hit us over the head with a broomstick. The first time she did so, I thought, that really hurts. She only had to do it once.

11. I met my father, Francisco Mendez, perhaps once as a child. When I was a grown man, in my 40s, I visited Puerto Rico and one night looked him up. Francisco was sitting outside the house, but his wife wouldn't let me through the door. She said they didn't receive visitors at that hour. I blew up and said my father was not a man for not talking to me and only communicating through his wife.

12. Eugenio Torres lived with my mother for a lot of years because they had five children. I don't remember how many years. I do remember that one night my mother and Eugenio had some friends over for dinner. Drunk, Eugenio pushed Lidia against the wall. Moises grabbed Eugenio by the neck and said, "If you ever hurt my mother, I will kill you." Eugenio said, "Finally there's a man in the house. You don't need me anymore." And he left. Moises said this wasn't the first time Eugenio laid a hand on our mother, but that was the only incident that I witnessed.

13. Eugenio drank, but he wasn't a drunk. He'd drink beer when he got home from work. I had no problems with Eugenio but his own kids had problems with him. Irma, Ipolito, Israel — they remember the bad things. I remember picnics and going to the beach. Irma, and others don't remember any of that. Irma went to visit Eugenio in Puerto Rico and he hid from her.

14. Growing up we lived at 4917 North Sawyer Street in the Albany Park neighborhood. It was a big apartment with three and a half bedrooms. Boys slept in one, girls in another, smallest children slept in the room with my mother. The half bedroom was an enclosed deck where Moises slept.

15. I felt like I had to be a father and a mother to my younger siblings, especially after Moises left home and my mother was at work. I didn't believe in explaining things; I would hit my younger brothers with a belt if they misbehaved.

16. The older siblings would take care of the younger ones: You kept them in their cage. Moises and Milly were the eldest. No one told me I had to take care of the younger ones, but I assumed the responsibility. I regret not going to join the service as I wanted to do in my late teens, but I didn't want to leave my mother alone with all those kids. Now I feel I would have done her more good sending her money from a serviceman's salary.

17. I would tell my brothers and sisters that it wasn't my job to take care of them and how frustrated I was at the task. I wasn't their parent. I believe that those tasks are what made me decide not to have children. I had enough taking care of my brothers and sisters — if that's what it's like to have kids I don't want any part of it.

18. I work for Century Plating, polishing and buffing raw metal. I have worked there for 33 or 34 years.

19. When very young, Tito was a good little kid. He was well behaved. Moises and I would toss him at each other and catch him. Tito would laugh and not cry.

20. Tito, as well as Israel and Ipolito, began to screw up when they were teenagers. Ipolito had good sense, and did not engage in criminal activity like his brothers.

21. I would come from work and have to deal with it because my mother was at work. I would try to appeal to their sense of guilt, telling them they weren't doing their mother any good. Tito would come home at whatever hour of the night he pleased. I would whip him. Moises said I should talk to him instead of hitting him, and I would tell him, "You want to do it, you talk to him." But at that time Moises was already married and starting his own family.

22. Tito got involved in gangs, drugs, stealing cars, breaking and entering, and armed robbery. He started small, but his criminal activity escalated.

23. Tito stole from me on several occasions. He stole rings from me. He stole clothes from me. He stole cameras, watches and sacks of coins — anything he could get his hands on. When I confronted Tito with his theft, Tito started crying . I told him, "You're a bitch. Bad things happen when you're around."

24. Various of my nephews, including Danny, think Tito's criminal activity is cool. They were fascinated when he told them stories about the time he had done in jail.

25. I have an inkling of what went on when Tito visited the Troyas in West Palm Beach, although I didn't talk about it with Maria and Lorenzo. I think they got frustrated with Tito and sent him back to Chicago. That is definitely what happened when Tito stayed with my sister Irma in Jacksonville. She, along with her husband George, established rules that Tito didn't want to follow. He couldn't take it. Tito has always played by his own rules.

26. I didn't know anything about my sister Mercedes having a different father until Mercedes found out in her teens. I was aware Juanito has the same father as Mercedes. According to Mercedes, his name is Pablo Vargas and

he was the brother of a woman who was not only a friend of my mother, but their next door neighbor. Pablo was married. There isn't anything particularly unusual about my mother having the out-of-wedlock affair and Mercedes is the aberrant one — I would say to her, "Girl, relax, I don't know my father either and you don't see me complaining about it." Mercedes wanted to talk about it, but none of the siblings wanted to talk about it with her. Their attitude was, "You're a Mendez, stop crying about it." I think maybe she talked about it with her sisters but not her brothers.

27. We didn't talk about personal problems in our family. I have no memory of any conversations about personal problems. I stay away from women and their problems — tell your mom. Except, I will tell my nieces, if any man lays a hand on them, just tell me and I'll take care of it. Once I heard my brother Moises call my sister Mercedes names and I told her I'd beat him if he touched her.

28. I believe that Tito thought it was cool that Carlos Fortineaux Sr., Mercedes's husband, was in and out of jail and had tattoos.

29. When Maria became pregnant, at first I wondered who the father was. It turned out it was a friend of mine. My attitude was, you hooked up with my friend and took him away from me? Forget you.

30. I would go every day to the Troya's store and play Atari. I would be there all day. I thought the Troyas were good people, but didn't see much of them.

31. When Lorenzo and Maria got together I couldn't believe it — Lorenzo reminded me of Mr. Magoo with those looks, that voice. I believe that all three of Lorenzo's sons look like Mr. Magoo and that Mariette looks more or less like Mrs. Magoo. Still, I believe Lorenzo is a nice guy, maybe too nice.

32. I didn't know Danny Troya (Lorenzo's brother), Paco or Maria. I understand that Paco always drank.

33. I wish Lorenzo would have disciplined his kids a little harder. I'd like him to get that belt and use it. I think that if he had been a little more hardass with Danny — if he'd had more huevos — things might have turned out differently. But Maria is the only one who is a hardass. On the other hand, Maria told me she regrets the way she disciplined her sons. She told me, "This is what I get for telling my boys, 'if someone hits you then you have to hit them back harder.'"

34. Once, when I was visiting West Palm Beach, I saw Lorenzo scold Alex for playing rough with Adrian. Adrian was laughing and didn't mind. I think Lorenzo babied Adrian.

35. Maria and Lorenzo have had their ups and downs. I think Maria is frustrated because she is the one who disciplines the kids rather than Lorenzo. The kids don't listen to her either. Lorenzo would go to sleep early. He only got excited about fish. He would catch them, clean them and cook them. Maria did everything else. He would go upstairs to bed early and Maria would roll her eyes.

36. Once the whole family spent a vacation together in a time-share in Florida. Danny was with a girlfriend. He would always be with the girlfriend in the hot tub or the swimming pool. They wouldn't want to come out.

37. I didn't hang out much with Danny — or with any of my nephews; I am more engaged with his nieces. With my nephews there is too much alpha male energy. I chastised Tito for smoking marijuana with my nephews. He's a complete jerk. I would never do that. I'd have a drink with them, but if they wanted to smoke grass they would have to do it outside.

38. I was willing and available to testify on Danny Troya's behalf and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. §1746.

Manuel Mendez

DATED:

4/16/16