## DECLARATION OF MELIDA MENDEZ

I, Melida Mendez, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct:

1.  My name is Melida Mendez. I am the maternal aunt of Daniel Troya.

2.  I am the second eldest of 12 children and the sister of Maria Troya.

3.  I spoke mostly Spanish at home as a child, but that changed when I went to school. There were a lot of other Hispanic students. My mother, Lydia, mostly spoke English and encouraged her children to speak English in the home so we could learn it better.

4.  When I was six or seven, I went to Puerto Rico for about a year, along with my siblings Maria, Moises and Manuel. I lived in Caguas, Puerto Rico. There was not a kindergarten there, so I did not attend school.

5.  I don't know why my siblings and I were sent to Puerto Rico. I only remember my mother arguing with a man, and later that man was out cold on the floor, most likely drunk. We were given a bath before going to the airport and getting away from all that.

6.  We lived with my maternal grandmother Bernardina Vega in Puerto Rico. My mother did not visit us in Puerto Rico. I don't recall speaking on the phone with her, but I felt secure with my grandmother.

7.  I believe, during our time in Puerto Rico, my mother was divorcing my father, Francisco Mendez. I believe my mother's attitude was, "I'm keeping my kids and you're not going to see them."

8.  A year later, my mother came to Puerto Rico to recover my siblings and me.

9.  My father attempted to see us at the Yeats school. He was parked in the car with a woman. My mother found out and transferred us to another school.

10. I don't believe my mother went beyond sixth grade. She knew how to read, write and do basic math. She tried to help us do homework, with what she knew or thought she knew. Things got complicated past the eighth grade. By high school, we were on our own.

11. When my mother wasn't around, there was a lot of chaos and fighting between siblings. We fought over everything, particularly ~~food~~. CANDY M.M. 4-16-16

12. We received public assistance throughout our upbringing. We never went hungry. Rice was the staple of our diet.

13. Eugenio Torres was a very strict stepfather. Once, he whipped me with a belt for not being home at the time he said, 8:00 p.m. I learned my lesson. My mother never talked about the incident.

14. Eugenio wasn't around a lot. He worked all day and weekends. I was 15-years-old when my mother and Eugenio split up. I don't know why they split up. My mother never talked to me about it.

15. My mother maintained discipline in the house. She had a certain way of looking at us, and we knew it meant trouble. When we walked through Humboldt Park, she would grab a switch from one of the trees and take all the leaves off it. If we weren't walking in a straight line, she would hit whoever detoured from the line on the legs.

16. None of the children were particularly disobedient, except for Tito. He was always angry. He talked back, grunted, and threw stuff around. He would turn red with anger as if he were about to explode. If he misbehaved, our mother would punish him by making him stay inside when he wanted to go out; also clean the house.

17. There was a lot of gang activity in our neighborhood growing up and Tito was a gang member. As a teenager, Tito began to seriously go off the rails. Around the same time, I had kidney failure and had to go for treatments that included dialysis. Our mother had to spread herself very thin. The clinic where I went for treatments was very near to the juvenile institution where Tito was held. Our mother would walk back and forth between them. Visits were short.

18. One year, our mother sent Tito to Maria and Lorenzo Troya's to cool off. It was my mother's way of trying to save him, but he was too rebellious and angry. He continued to do bad things. I told my mother Tito doesn't listen and that she needs to leave it to God. I told her that she's done everything she could and that she couldn't babysit him 24/7. Enough is enough. You've

worried about him and you have other kids too. My mother was quiet through my tirade.

19. There was a lot of gang activity in our neighborhood growing up.

20. I would go to La Familia grocery store to play arcade games.

21. Finishing high school was an ordeal for me. I had kidney failure while in high school and, at age 19, I was given a kidney transplant. I graduated high school after taking night classes, long after the kidney ordeal was over.

22. Our family never talked about problems. Our mother considered those conversations to be taboo. She felt if a matter didn't directly concern someone, then that person didn't have to hear about it at all. To this day, I will try to work something out with myself before involving anyone else.

23. I have few memories of Danny. I think he got lost as a middle child. I remember him as quiet. He didn't cry or ask for much. One day out of the blue he came over to me for a hug. He often sought my affection.

24. Maria told me that Danny would go out and not come home. Maria would go out looking for him. When she found him, she would just tell him to get in the car. Maria lost sleep over Danny's absence in the streets.

25. Danny wouldn't listen to Maria. He would sneak out of the house even if she forbade him to go. Maria seemed helpless and didn't know what to do. Lorenzo Troya's attitude was that people should sit down and talk about things, but Danny dismissed him and didn't pay attention.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. §1746.

Executed this _16_ day of April 2016.

_____
Melida Mendez