## DECLARATION OF MERCEDES FORTINEAUX

I, Mercedes Fortineaux, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct:

1.   My name is Mercedes Fortineaux.   I am Maria Troya's half-sister and known to my siblings as Meche.  I am the sixth child of Lydia.

2.   I am the daughter of Pablo Vargas, a "friend of the family" who is also the father of Juanito, the youngest of the twelve siblings. Pablo was married to another woman when I was born. Pablo's sister was a friend of my mother's, and she lived next door to us.

3.   I have been married to Carlos Fortineaux Sr. since 1994. We have known each other since long before my second child, Carlos Jr., was born; we had gone out together when we were very young. I would guess we have known each other for close to 35 years. I am an optician. I manage an Accuvision store on 321 North Michigan Avenue. ~~I got hired and learned the trade there.~~ *IN THE TRADE*  I have been ~~there~~ for 20 years.

4.   Growing up, we all lived in a three-bedroom apartment. All the girls — Milly, Maria, Magdalena and I — slept in one bedroom, in twin and bunk beds. Possibly two of us shared a full size bed. Manuel, Tito, Israel and Poli slept in another room. The youngest kids shared a bedroom with our mother, in cribs or sleeping in her bed.

5.   I didn't understand that my family was poor until I was older. Now that I have brought up my own three kids, I understand how difficult it must have been for my mother; I even ask myself how she did it.

6.   Discipline was strict. If my mother was going to *meter una galleta* — a Caribbean Spanish expression for giving someone a beating — it wasn't all talk; all of us understood that she really would. We were all terrified of my mother.

7.   My mother set standards with her voice, without screaming. She would say, "go wash the dishes" and we knew we had to do it. My mother never screamed louder than I did.   I never lacked respect for my mother but sometimes I spoke to her in a harsh tone.

8.   On Saturdays everyone helped my mother wash clothing. I would ask myself, *why me*?

9.   All of my siblings were treated equally. If one of us disobeyed and it wasn't clear who the culprit was, then all of us would get our ears pulled by my mother. For example, if my mother asked one of us to wash the dishes and was refused, or said he/she would do it "later."

10.   My mother would whistle for us from across the street. We knew that if she had to cross the street to get us, then she would smack us in front of whoever was there out on the street.

11.   I remember when I was 11 years old being chased around the table by my mother, who was brandishing a belt. When she caught up with me, she didn't hit me with the belt but she made me kneel down on my knees on raw rice.

12.   We lived in Humboldt Park, which is a rough neighborhood to this day. Then we moved to Albany Park. There were always Latino gangs around.

13.   Our family survived thanks to welfare benefits. The staple of our diet was white rice, and we also ate a lot of beans. These were complimented with fried eggs. Often we ate chicken: baked or fried, or in soup. Sometimes my mother made chicken cooked in rice. We drank milk or water with our meals. My mother never gave us a bowl of cereal for dinner.  No one went to bed hungry.

14.   We ate breakfast and lunch at school.  There were no sweets, except for the occasional candy that my mom brought home from her job at the Warner

Candy Factory. The sweets were mostly for the smallest children. There were no chips or soda in the house.

15. I do not remember celebrating anyone's birthday. My mom would say, "Happy birthday" and that was that. There were no cakes or presents.

16. Our family celebrated Christmas. We had a fake tree with decorations. Each one of my siblings and I got one present — a pair of socks, earrings, a doll. I wasn't upset because I didn't get more presents; I was used to it. There were no explanations about poverty or the Christmas spirit — that was just the way it was.

17. To be able to afford twelve presents, my mother made Puerto Rican *pasteles*, a form of what most of us know as tamales, which are often consumed at Christmastime. She ground the corn with her own hands. The whole family helped. Then my mother would sell them to neighbors.

18. I believe my mother and Eugenio Torres lived together for five or six years. Eugenio was a mechanic. He drank every night after he came home from work. Sometimes he smoked marijuana at home. My mother would argue with him about it and tell him not to smoke in the house. I didn't understand what they were fighting about. I believe he would smoke in the bathroom. It would be steamy inside the house with the windows open. He cried a lot when he drank and drank a lot of beer.

19. I didn't have a relationship with Eugenio. There was no disrespect, but he didn't love me. I believe he didn't particularly love his own kids either; he'd walk away from them. I remember running up and kissing him when he came home, but I knew he wasn't my father. He would let go of me and go to his own kids — to whom he was only slightly more attached. After he left my mother, he took off for Puerto Rico and they never heard from him again.

20. I had trouble in school. I don't remember who helped me with homework; it wasn't my mother and might have been my older siblings. I would have to

go to summer school. I believe my older siblings had to go, too, but they simply didn't go. I had Special Education. Aside from my regular classes I had tutoring from a Special Ed teacher.

21.    My mother participated in her own way. She would go to parent-teacher meetings to pick up her children's report cards. If they did badly she would tell them they had to do better, if they wanted to make something of themselves.

22.    From early childhood, I knew that something wasn't right about me. When I was in the third grade, I read a letter in Spanish, that was addressed to my mother, that I didn't understand. It was from Francisco, saying he was leaving her and didn't want to see the five kids again. I confronted my mother with it. She scolded me for reading a letter that hadn't been addressed to me rather than addressing the contents of the letter.

23.    My mother and I fought often. My mother said that I was full of *rabia* — rage. I fought with my mother because I felt I didn't have a place in the house. I didn't run away, and I didn't do drugs, but I spoke my mind to my mother.

24.    The five Mendez children are the product of my mother's marriage to Francisco Mendez. I am the product of an affair Lydia had with "some guy." I had a complex about it; when I was a small child I thought that Maria and her other sisters were prettier than I was, and had silkier black hair. Later in life, I felt that my mother didn't treat my kids as specially as she treated my brothers' and sisters' kids.

25.    After I got pregnant for the first time, at the age of 18, my mother said to me, "*La cagaste, jódete*." These are extremely harsh words, the equivalent of "You really screwed up, now you can go fuck yourself." She also said "Now you know what it's like to be a woman."

26.    Out of the blue, she also asked me, "What will you say to your father?" This was the first time she had acknowledged my father in front of me, and the

first time she acknowledged to me who my father in fact was. I think I wasn't told because my mother knew I would have no trouble confronting the man.

27.   Juanito is also the son of Pablo Vargas.

28.   As my mother lay dying, I said I was sorry for the things I might have done to upset her. I told my mother I was sorry and that I knew I hadn't been an easy daughter. I said I was sorry if I hurt her.

29.   I also told her I never felt that she loved me. I felt that my mother had helped my brothers and sisters, but not me. My mother said I was a strong woman and didn't need her help. I told her that I was different from how she perceived me, and in fact I did need help.

30.   When my mother was dying, she was almost comatose. She asked for the family to bring Tito to her, but he was in jail. She made me promise that I wouldn't "leave Tito in the streets." It was a fast funeral and there was no wake. Everyone was messed up in their mind.

31.   I was thirty-something and visiting Tampa when I ran into my father. The incident occurred in front of my Aunt Nélida. The man became all emotional, but I remembered that he'd never said anything to me, never helped me out in any way. He went to embrace me and I said, "Don't touch me. I don't want to see you, not even in a painting." Nélida was shocked, and asked me, "What happened?" I said, "Now I don't need him."

32.   I am very close to Tito. He is my brother regardless of being a gang member, a drug addict, or in jail. I send him money regularly. That is the love I prefer to have for him, rather than disowning him as some of my siblings seemingly have done. My brother Manuel is particularly angry, and says that Tito staged a robbery at his apartment while Manuel was at work. He had let Tito come over to wash clothes. During the staged robbery, he stole a ring that belonged to Manuel.

33. Many years ago, Tito also stole from a cousin named Nancy. When my mother understood what he had done, she got all the stolen goods back and returned them to the cousin. My mother said to the cousin, "Deal with him however you want to." The cousin had already called the police but didn't know that Tito had been the robber. I don't remember how she handled it. I remembered Nancy cried because she didn't understand how Tito could steal from his own family.

34. I would describe Tito as my heart. He is like my son, rather than my brother. He was a very angry little kid. When he was only four or five years old, he would run into the wall and bang his chest into it. I don't remember why. He was sad, emotionally unhappy. He calls me from prison. We are very honest with each other.

35. When I was 18, and Tito was eight or nine, I left home and moved to Atlanta. The reason I left was that the father of my first child was extremely abusive. I felt that if I didn't leave town he would kill me. I never told anyone in my family; I didn't want my brothers to intervene because I thought the father of my child would kill them. I also felt that if I moved back in with my mother, he'd kill her. It happened quickly — one day he left for work and I left for Atlanta.

36. Tito recently told me he was very angry with me when I left; he felt abandoned. Tito said, "If you had taken me with you, my life would have turned out differently."

37. I lived in Atlanta for a year and a half. Then I came back. My ex-husband had another girlfriend. He was murdered a couple of years later.

38. If Tito is not on drugs he will give you the shirt off his back. If he is on drugs, forget about it.

39. Tito admitted to me that he might not have been the best influence for my nephew, Danny Troya. He smoked weed around him, drank, had lots of girlfriends. He stole Maria's car. He is obsessive about his appearance. Tito

admitted to doing things around Danny that he shouldn't have done. He glamorized the gangster life.

40.     My mom always brought milk and bread from the store.  My mom and "Doña Maria" — *doña* is a term of respect for a Hispanic woman — were good friends. Lorenzo Troya liked my sister, Maria. I believe it was a good, solid family; Lorenzo had good intentions, he's a good provider, they have four kids, and it seems there are no issues.

41.     I thought Maria was lucky because she got away from Chicago, she moved away to something better. Maria never called home to complain. Keeping quiet was the way of the family. That is the way Mom taught us, you keep it moving. You don't let things stop you.

42.     My mother never gave me advice. She thought I knew what I was doing. Even when I told my mother that I was being abused by my first husband, she never got into my business.  She said, "You have to do what you have to do." She didn't offer refuge, so I went to Atlanta.

43.     I believe that if Maria had problems at home with Danny, she would have shared them with Lydia. I knew that Danny had stolen a car, but they never talked to me about him going off the rails. I didn't know that Jean Pierre had been murdered until I was subpeonaed. I heard bits and pieces of the story from my mother. My mother connected Tito and Daniel, saying, re: Danny, "He has a hard head like Tito."

44.     When Maria told me about the shooting, I asked her what happened? Maria told me how Danny would run around the school for no reason without permission, and she didn't know how to handle Daniel's disintegration. Asking for help is not our style. You roll with the punches and keep moving. I handle my own life like that. No one told us otherwise. It is a learned behavior.

45.     Danny was still a baby when they went to live in Florida.  On the phone, Maria told me he was always clowning.

46. Danny came to Chicago as an adult unannounced. It was 2006, the year my daughter Chastity graduated high school and went into the Navy. It was the spring or summer. He stayed with me for a short time. He just showed up, and told Magdalena's son Nelson that he wanted a fresh start. But Magda didn't want him to stay with her.

47. I told him, Look, if it's not a long time, I can help you get on your feet. He moved in. However, he came with a friend. I do not remember the friend's name. I said to myself, I don't know this guy. I told Danny, you can stay, but your friend has got to go. The friend stuck around for a couple of days and then took a Greyhound back to Florida.

48. Danny liked it in Chicago. I warned him that it was a war zone and told him that you can't get away with what you do in Florida. There are shootings here. Danny said, "I know it's a little different." I said, it's totally different.

49. It was summertime. Danny and Carlos Jr. would hang out in the backyard in the sun talking, while I was out working. Nelson never came to visit. Danny and Carlos Jr. laughed a lot. Danny had a great sense of humor; little things made him laugh. He would imitate this "Arabian" accent from people who worked in stores in the neighborhood. They drank liquor, they barbecued in the backyard. If it got to be late at night, I would make them go inside so the neighbors wouldn't complain. Carlos Jr. smoked marijuana, but I don't know if Daniel did. Danny had no girlfriend while in Chicago.

50. The idea was that he would get a job and an apartment. I believed that Daniel would go straight. I'd heard that Daniel and Lorenzo had been in a big fight, but Daniel didn't talk about it.

51. I didn't want to question Daniel, and didn't want him to feel that I didn't want him there. I never felt a bad vibe from him.

52. I would never put him out in the street, but one day he just left without saying goodbye, having decided to go back to Florida.

53.   I testified at Danny Troya's trial and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. §1746.

Mercedes Fortineaux

DATED:

04-16-16