## DECLARATION OF MOISES MENDEZ

I, Moises Mendez, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct:

1.  My name is Moises Mendez. I am the maternal uncle of Daniel Troya.

2.  I live at 1392 Carriage Way, Roselle, Illinois 60172.

3.  I am the eldest of the twelve siblings on Danny's mother's side of the family.

4.  When I was a very young child between three to five years old. I went to Puerto Rico with a few of my siblings – Milly, Manuel and Maria to live with my grandmother and aunt. We stayed there for over a year, I believe it was four or five years. While I was there, I may have found out my mother Lydia, left my father, Francisco.

5.  While in Puerto Rico, we first lived with my aunt in San Juan and then moved to my grandmother's house in either Caguas or Ponce.

6.  I went to school in Puerto Rico and learned to read and write.

7.  My grandmother was strict and would smack me around. I was lazy and if I refused to do a chore, I would get smacked.

8.  My mother was not around while we were in Puerto Rico. I missed her, but I do not remember any conversations about where she was. I never worried that anything happened to her. I got along well with my grandmother and aunt.

9.  When I came back to Chicago, I was eight or nine years old. I got to know my sisters, Magdalena and Mercedes. I was very excited to see my mother again.

10. I don't remember struggling to learn English when I came back to Chicago. I picked it up quickly.

11. I struggled at school – barely earning passing grades.

12. I was never placed in Special Education, but didn't understand why. It was very hard just to get by. My mother was not an educated woman and was not

able to help with my homework. There was no other academic support. However, I still was able to graduate high school.

13. I tried to help my younger siblings with their academics, but I was unable, so I would send them to the library.

14. I planned on joining the military, but decided not to because I didn't want to leave the family behind. I was going to be the breadwinner.

15. Eugenio Torres, my stepfather, was a happy drunk and unhappy when he was not drinking. He was a mechanic who worked a lot and was not around much. If he was in a bad mood, he would scream at us. He financially supported my mother, Lydia – contributing money for food and clothing. I was 14 years old when Eugenio and my mother split up.

16. One day, Eugenio pinned my mother, Lydia, against the wall and put a knife to her throat. I went into the kitchen and got out another knife and threatened him. I said if he killed my mother, I would kill him. He left soon after that telling my mother that I have become a man and she does not need him anymore.

17. My mother, Lydia, was on welfare during my childhood.

18. My siblings and I ate breakfast and lunch at school. Sometimes in high school I would each lunch at home. My mother made dinner every night.

19. The whole family participated in household chores.

20. When I was 13 years old, I worked during the summer sweeping the streets. I handed my paychecks to my mother that was generally between fifty and ninety dollars. She would give me ten dollars back because she felt I deserved something. My first job in high school was tempering glass and I gave some of my paychecks to my mother.

21. I was a father figure to my little brother, Isidro (Tito) Torres. He was a very good little kid. If I was home to maintain discipline, Tito was fine. After I left the home to start my own family, Tito's began to mix with gangs and his life became a free for all. There was no one home to discipline him.

22. My mother was happy and easygoing but would lecture us to stay out of trouble because we lived in a bad neighborhood. Sometimes she would pull a switch from a tree and whack us with it.

23. My sister, Maria Mendez, now Maria Troya, was the first sibling to become pregnant. We certainly did not have family discussions about it. Personal problems and issues were not discussed. Our Mom expected us to find our own way.

24. My mother would buy milk and eggs from La Familia grocery store. Sometimes the Troya's would give her store credit because she didn't always have the money to pay.

25. Danny Troya was a happy and talkative kid. He always seemed glad to see me. He played in the playground with swings and slides.

26. After I was married, I kept in touch with my siblings, but eventually became more distant. I learned of Danny's arrest for murder when my wife saw something on the news about it. I wanted to call Maria, but I hadn't spoken to her in such a long time and decided not to call. That's how we were brought up. We are private and not into sharing emotions. That's how my mom was.

27. I remember Danny's lawyers coming to meet our family. Our extended Chicago family met with them as a group for four or five hours one time and answered whatever questions they had for us.

28. I would have made myself available to his attorneys' additional times if they had requested it. If asked, I would have testified for Danny at his trial and would now, if needed.

//

//

//

//

//

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. §1746.

Executed this 18 day of April 2016.

_____
Moises Mendez