## DECLARATION OF ISABEL TORRES

STATE OF ILLINOIS
COUNTY OF COOK

BEFORE ME, on the _____ day of April, 2016, personally appeared Isabel Torres, who produced _____ as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.   My name is Isabel Torres. I am the maternal aunt of Daniel Troya.

2.   I live at 2738 West North Avenue, Chicago, Illinois 60647.

3.   I am the ninth of 12 siblings.

4.   I was born in Chicago, Illinois.

5.   My mother, Lydia spoke to us in Spanish, but we would reply to her in English.

6.   All of the siblings spoke English to each other.

7.   We lived in a three-bedroom apartment. All of the girls – Maria, Magdalena, Mercedes, Milly, Irma and Isabel — shared a bedroom, sleeping among twin beds, bunk beds and a full size bed. Moises, Manuel and Israel shared a bedroom. The youngest children (including Tito and Poli) might have slept in our mother's bedroom.

8.   Our mother maintained order by stripping the leaves from the branch of a tree and hitting us kids if we needed discipline. I don't remember being hit, but the stories of what her mother would do if I stepped out of line were scary enough to keep me in line.

9.   Everyone in the family participated in household chores.

10.  My mother worked at Warner Candy Factory. She worked until she became ill and couldn't.

11.  I was a very small child when my father, Eugenio left so I have very few memories of him.

12. My mother always cooked dinner for the family. Sometimes, I ate breakfast and lunch at school, and sometimes at home. Rice was always supplemented with something.

13. My mother never got past the 8th grade in Puerto Rico. She can read and write in Spanish and do enough math to make sure she gets the correct change for her groceries.

14. Maria Troya ~ AND THEN LATER I BECAME was the first sister to become pregnant at age 16. I dropped out of high school after becoming pregnant at age 16, during my sophomore year. I obtained my GED later.

15. Tito is two years younger than me. Tito would come home very late at night. He was always angry. Our mother would yell at him to come home on time, but he wouldn't listen to her.

16. I lived in Florida for eight months after obtaining my GED in 1994. Maria and Lorenzo Troya would take care of my daughter, Ashley (3) while I worked.

17. While I was living in Florida, Danny was around age 11. He would play outside on his bike.

18. The Troya kids were not as respectful to me as my other nieces and nephews. I was in their territory and the house was crowded. They wouldn't listen to me if I told them to do something.

19. Toward the end of my time in Florida, Maria got very frustrated with Danny. She smacked him once. He didn't hit her back, but tried to stop her from hitting him. He would make smart remarks. She would try to make him do chores but he wouldn't.

20. Maria and Lorenzo worked at night. WORKED DURING THE DAY AND HAD A CHARGING SCHEDULE. SOMETIMES HE WORKED DAYS AND SOMETIMES NIGHT.

21. I didn't return to Florida until October 1998. I definitely saw changes in Danny. He stayed out very late and wasn't around much.

22. I was willing and available to testify on Danny Troya's behalf and I am still available to testify if needed. Everything I have said in this affidavit is

something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

23. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of April 2016.

*Isabel Torres*

Isabel Torres