

## CERTIFICATION OF VITAL RECORDS

## COUNTY OF COOK
### STATE OF ILLINOIS
## OFFICE OF THE COUNTY CLERK
## DAVID ORR

## CERTIFICATION OF BIRTH

BIRTH NUMBER:     112-80-6040157

NAME:   MARIETTE   MENDEZ

DATE OF BIRTH:   SEPTEMBER 20, 1980          SEX:   FEMALE

PLACE OF BIRTH:   CHICAGO, COOK COUNTY, ILLINOIS

MAIDEN NAME OF MOTHER:   MARIA   MENDEZ

PLACE OF BIRTH OF MOTHER:   ILLINOIS                AGE:   16

DATE FILED:   SEPTEMBER 23, 1980     DATE ISSUED:   OCTOBER 6, 2006

1459893

This is to certify that this is a true and correct abstract from the official record filed with the Illinois Department of Public Health.

DAVID D. ORR
COUNTY CLERK

ISSUED AT: COUNTY BUILDING
CHICAGO, ILLINOIS 60601-1304

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature

## VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED