# THE UNITED STATES OF AMERICA

### CERTIFICATE OF CITIZENSHIP

No. A695858

**Application No.** A18 778 197

·ORIGINAL·

Personal description of holder as of date of issuance of this certificate: Sex **Male**   date of birth **March 2, 1963**   country of birth **Cuba**   complexion **Fair**   color of eyes **Brown**   color of hair **Brown**   height **5** feet **4** inches   weight **130** pounds   visible distinctive marks **None**   Marital status **Single**

I certify that the description above given is true, and that the photograph affixed hereto is a likeness of me.

*Lorenzo Antonio Troya*

(Complete and true signature of holder)

Be it known that ------LORENZO ANTONIO TROYA------ now residing at **2105 North Melvina Avenue, Chicago, Illinois 60639** having applied to the Commissioner of Immigration and Naturalization for a certificate of citizenship pursuant to Section 341 of the Immigration and Nationality Act having proved to the satisfaction of the Commissioner that (s)he is now a citizen of the United States of America became a citizen thereof on **April 11, 1978** and is now in the United States.

Now Therefore in pursuance of the authority contained in Section 341 of the Immigration and Nationality Act this certificate of citizenship is issued this **Eighth** day of **August** in the year of our Lord nineteen hundred and **Seventy-Eight** and the seal of the Department of Justice affixed pursuant to statute.

Seal

COMMISSIONER OF IMMIGRATION AND NATURALIZATION

IT IS PUNISHABLE BY U.S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE

### DEPARTMENT OF JUSTICE