

# Chicago Public High Schools

Charles P. Steinmetz High School

*This certifies that*

## Lorenzo Troya

*has successfully completed the educational program of this four-year high school and is awarded this diploma by authority of the Board of Education, City of Chicago.*

June 19, 1981

