STATE OF ILLINOIS

**CERTIFICATE OF LIVE BIRTH**

REGISTRATION DISTRICT NO. 16.10

CHILD'S BIRTH NUMBER: 112- 83 614854

| | First | Middle | Last | Date of Birth |
|---|---|---|---|---|
| 1 | Daniel | Anthony | Troya | April 22, 1981 |

Hour: 8:26 P   Sex: Male   Hospital — Name: Swedish Covenant Hospital

City: Chicago   County: Cook

Mother — Maiden Name: Maria Mendez   Age: 19   State of Birth: Illinois

Residence: 4917 Sawyer Avenue   City: Chicago   Inside City: Yes   County: Cook   State: Ill

Mother's Complete Mailing Address: 4917 Sawyer Avenue   Chicago   Illinois   60625

Father — Name: Lorenzo A. Troya   Age: 20   State of Birth: Cuba

Signature: Maria Mendez   Relation to Child: Mother

Date Signed: April 25, 1981

Signature: Russell M. Kubyshek M.D.

Russell M. Kubyshek, M.D.

License No. 56399

1200 Harger Rd. Oak Brook, Il. 60521

CHICAGO DEPT. OF HEALTH   Date: APR 27 1981

I HEREBY CERTIFY THAT the foregoing is a true and correct copy of the record as made from the original certificate for the person named therein and that this certificate was established and filed with the Department of Public Health in accordance with the statutes of Illinois.

SPRINGFIELD

DECEMBER 23, 1981

THIS IS NOT A VALID CERTIFIED COPY WITHOUT THE EMBOSSED SEAL AND SIGNATURE OF THE STATE REGISTRAR