**STATE OF FLORIDA**

## OFFICE of VITAL STATISTICS
### CERTIFIED COPY

Lorenzo A Troya
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

**CERTIFICATE OF LIVE BIRTH**

FLORIDA   109-

LOCAL FILE NO. 8612904

| Child Name First | Middle | Last | Sex | Date of Birth | Hour |
|---|---|---|---|---|---|
| Alexander | Lorenzo | Troya | Male | May 9, 1986 | 3:15P |

Hospital: Good Samaritan Hospital

City, Town or Location of Birth: West Palm Beach

County of Birth: Palm Beach

Date Signed: July 7, 1986

Attendant: Carlito Arreganza, M.D.

Glenna Maerki, Medical Records Supervisor — Flagler Dr., West Palm Beach, Fl., 33401

Date Received by Registrar: JUL 8 1986

| Mother Name | First | Middle | Last | Age | Birthplace |
|---|---|---|---|---|---|
| | Maria | | Mendez | 22 | Illinois |

| Residence State | County | City, Town or Location | Street Address |
|---|---|---|---|
| Florida | Palm Beach | West Palm Beach | 3902 Chickasauga Avenue |

33409

| Father Name | First | Middle | Last | Age | Birthplace |
|---|---|---|---|---|---|
| | Lorenzo | Antonio | Troya | 21 | Cuba |

Signature of Parent: Lorenzo A Troya   Father

05-02-1912   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

FOR USE IN DETERMINING ELIGIBILITY TO PARTICIPATE IN BENEFITS MADE AVAILABLE BY SUCH VETERANS ADMINISTRATION. F.S. CH 264.022 THIS DOCUMENT IS VOID IF USED FOR ANY OTHER PURPOSE

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

DATE OF ISSUE: JUN 29 1989

OLIVER H. ROLANDE
Clerk Registrar

**WARNING:**

**CERTIFICATION OF VITAL RECORD**

HRS