CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

**DD** FORM 1 JUL 79 **214**

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| TROYA, LORENZO ANTONIO | ARMY/RA | |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| SPC | E4 | 630302 | Miami, FL |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| Co A 1st Bn 67th Armor 2AD FORSCOM FC | Fort Hood, Texas |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NA | AMOUNT $ 50 ,000   ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| 19K10, M1 Armor Crewman, 2 yrs & 10 mos// NOTHING FOLLOWS. | a. Date Entered AD This Period | 86 | 03 | 14 |
| | b. Separation Date This Period | 89 | 05 | 31 |
| | c. Net Active Service This Period | 03 | 01 | 17 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 88 | 05 | 14 |
| | i. Reserve Oblig. Term. Date | 94 | 01 | 02 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
Army Service Ribbon//Driver and Mechanic Badge (Driver-T)//Expert Badge (Pistol)//Good Conduct Medal//Army Achievement Medal//NOTHING FOLLOWS.

**14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)**
None//NOTHING FOLLOWS.

| 15. MEMBER CONTRIBUTED TO POST VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 20 1/2 |
|---|---|---|

**18. REMARKS**
Dental care was not provided within 90 days prior to separation//Item 12e: Delayed entry program (DEP): 860103-860313//Disability severance pay $5,797.80//Retained in service 53 days for the convenience of the government, AR 635-200//NOTHING FOLLOWS

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 611 Westwood Avenue West Palm Beach, FL 33401 | SENT TO FL DIR. OF VET AFFAIRS. ☒ YES ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL |
|---|---|
| *Lorenzo a Troya* | M. G. KNOWLES, Chief, AG Transition Point |

MEMBER - 1





# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE UNITED STATES ARMY HAS AWARDED

## THE GOOD CONDUCT MEDAL

TO

SPECIALIST LORENZO A. TROYA

FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY

IN ACTIVE FEDERAL MILITARY SERVICE

FROM 14 MARCH 1986 TO 13 MARCH 1989

DANIEL H. LAYTON
LTC, AR
Commanding



# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL

SPECIALIST LORENZO A. TROYA, UNITED STATES ARMY

TO          CO A, 1ST BATTALION, 67TH ARMOR REGIMENT, 2ND ARMORED DIVISION

FOR    EXCEPTIONALLY MERITORIOUS SERVICE FROM 13 JULY 1986 TO 15 MAY 1989 WHILE
SERVING WITH COMPANY A, 1ST BATTALION, 67TH ARMOR REGIMENT AS BOTH AN M-1 TANK
DRIVER AND AN M998 HMMWV DRIVER.  SPECIALIST TROYA'S ABILITY TO PROVIDE A STABLE
FIRING PLATFORM WHILE DRIVING HIS M-1 TANK ALLOWED HIS CREWS TO QUALIFY
SUCCESSFULLY DURING THREE BATTALION LEVEL I TANK GUNNERIES.  HE HAS PARTICIPATED
IN NUMEROUS FIELD EXERCISES INCLUDING THE CANE IIB TEST, AND NTC ROTATION 88-14
WHILE ASSIGNED AS A HMMWV DRIVER.  SPECIALIST TROYA'S INITIATIVE, DEDICATION, AND
PERFORMANCE OF DUTY IS IN KEEPING WITH THE HIGHEST TRADITIONS OF MILITARY SERVICE
AND REFLECTS DISTINCT CREDIT UPON HIM, HIS UNIT, AND THE UNITED STATES ARMY.

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS          15TH    DAY OF    MAY          19    89

DANIEL H. LAYTON
LTC, AR
Commanding

SECRETARY OF THE ARMY



# 1st Battalion 67th Armor

## Certificate of Tank Gunnery Qualification
### is awarded to

PRIVATE FIRST CLASS LORENZO A. TROYA

## For Qualification as a Tank Crew Member
## During the Period

3 DECEMBER 1987 TO 14 DECEMBER 1987

Lieutenant Colonel, Armor
Commanding

This **first** Day of **January** 19 **88**



# 1st Battalion 67th Armor

## Certificate of Tank Gunnery Qualification

### is awarded to

PRIVATE FIRST CLASS LORENZO A. TROYA, COMPANY A

## For Qualification as a Tank Crew Member During the Period

21 JULY 1987 THROUGH 1 AUGUST 1987

This ___1ST___ Day of ___SEPTEMBER___ 19___87___

Lieutenant Colonel, Armor
Commanding



# 1st Battalion 67th Armor

# 2nd Armored Division

## Certificate of Appreciation

is awarded to

PRIVATE LORENZO A. TROYA

PVT TROYA DISTINGUISHED HIMSELF BY EXCEPTIONALLY MERITORIOUS ACHIEVEMENT FROM 25 JULY 1986 TO 1 AUGUST 1986 THROUGH PARTICIPATION AS A MEMBER OF THE SECOND ARMORED DIVISION FUNERAL DETAIL. PVT TROYA DEMONSTRATED A KEEN SENSE OF PATRIOTIC SERVICE AND UNTIRING DEVOTION TO DUTY WHILE RENDERING A SOURCE OF INSPIRATION TO BEREAVED FAMILY AND FRIENDS. PVT TROYA'S PERFORMANCE OF DUTY IS IN KEEPING WITH THE FINEST TRADITIONS OF THE MILITARY SERVICE, AND REFLECTS DISTINCT CREDIT UPON HIMSELF, HIS UNIT, AND THE UNITED STATES ARMY.

presented this _____ 19TH _____ day of _____ AUGUST _____ 19 86 _____

at Fort Hood, Texas

Lieutenant Colonel, Armor

Commander

CAUTION: NOT TO BE USED FOR CERTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

**DD FORM 1 Jul 79 214**

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

**CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY**

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO |
|---|---|---|
| TROYA, LORENZO ANTONIO | ARMY/RA | [redacted] |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| SPC | E4 | 630302 | Miami, FL |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| Co A 1st Bn 67th Armor 2AD FORSCOM FC | Fort Hood, Texas |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| RA | AMOUNT $ 50 000   ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| 19K10, M1 Armor Crewman, 2 yrs & 10 mos// NOTHING FOLLOWS. | a. Date Entered AD This Period | 86 | 03 | 14 |
| | b. Separation Date This Period | 89 | 05 | 31 |
| | c. Net Active Service This Period | 03 | 01 | 17 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 88 | 05 | 14 |
| | i. Reserve Oblig. Term. Date | 94 | 01 | 02 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
Army Service Ribbon//Driver and Mechanic Badge (Driver-T)//Expert Badge (Pistol)//Good Conduct Medal//Army Achievement Medal//NOTHING FOLLOWS.

**14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)**
None//NOTHING FOLLOWS.

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 20 1/2 |
|---|---|---|

**18. REMARKS**
Dental care was not provided within 90 days prior to separation//Item 12c: Delayed entry program (DEP): 860103-860313//Disability severance pay $5,797.80//Retained in service 53 days for the convenience of the government, AR 635-200//NOTHING FOLLOWS

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE SENT TO FL DIR OF VET AFFAIRS ☒ YES ☐ NO |
|---|---|
| 611 Westwood Avenue West Palm Beach, FL 33401 | |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL |
|---|---|
| Lorenzo a Troya | M. G. KNOWLES, Chief, AG Transition Point |

MEMBER - 1

SPC TROYA Received his ARMY Lapel BUTTON IN Formation by the Company Commander on the 26 APR 1989 AT 1330 Formation.

First Sargeant
JOEL D RAY



**DEPARTMENT OF THE ARMY**
OFFICE OF THE CHIEF ARMY RESERVE
WASHINGTON D.C. 20310

REPLY TO
ATTENTION OF

SPC LORENZO ANTONIO TROTA
352 42 9311
611 Westwood Avenue
West Palm Beach, FL 33401

Dear Soldier:

As a member of the Individual Ready Reserve (IRR), you are an important soldier in today's Total Army and contribute to the Army's mission of preserving peace and protecting freedom.

The Army is placing increased emphasis on the mobilization readiness of the IRR. The Department of Defense shares this interest, and has determined that beginning October 1, 1986 each citizen soldier in the IRR of the Army, Air Force, Marine Corps and Navy will be obligated to attend at least one day of active duty for training (ADT) each year for the purpose of participating in mandatory personnel records screening. This ADT will be performed at a local Army recruiting station, usually during your birth month. It is expected that you and the career counselor will be able to arrive at a mutually agreeable date. The screening should take less than four hours, and you will be paid for performing that duty.

In order to answer your questions and to help you explain this required duty to your employer, you will be provided with additional information together with an Employer Notification Letter about 45 days prior to your screening month. Title 10, the United States Code provides the legal basis for this program.

Your participation in this mandatory screening each year is very important to our Nation's security as has been the previous service you performed for our country.

Sincerely,

William R. Berkman
Major General, USA
Chief, Army Reserve

## CONVERSATION RECORD

| TIME | DATE |
|---|---|
| 1100 | 26 APR 89 |

**TYPE**
☐ VISIT ☐ CONFERENCE ☑ TELEPHONE
☐ INCOMING
☑ OUTGOING

**ROUTING**
NAME/SYMBOL — INT

Location of Visit/Conference:

| NAME OF PERSON(S) CONTACTED OR IN CONTACT WITH YOU | ORGANIZATION (Office, dept. bureau, etc.) | TELEPHONE NO. |
|---|---|---|
| Mrs. Harris, TAPC-PDB | PERSCOM | 221-4581 |

**SUBJECT** ENL DSABL SEP, SPC LORENZO A. TROYA Co A, 1-67th AR

**SUMMARY**

PHONECON WITH MRS. HARRIS SPC TROYA SEPARATION DATE WILL BE Extended TO 31 MAY 1989 DUE TO FACT THAT SPC TROYA'S COMMAND FEELS HE WILL BE SUBJECT TO HARDSHIPS BECAUSE HIS DEPENDENTS ARE STILL IN SCHOOL. AUTHORIZED TO MAKE AMENDMENTS.

**ACTION REQUIRED** MESSAGE CHANGE DATE ON ORDER COLLECTED COPY TO ORDER INFORM SOLDIERS COMMAND + III CORP

| NAME OF PERSON DOCUMENTING CONVERSATION | SIGNATURE | DATE |
|---|---|---|
| SGT Galloway | Thomas R. Galloy | 26 APR 89 |

**ACTION TAKEN**

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONVERSATION RECORD

OPTIONAL FORM 271 (12-76) DEPARTMENT OF DEFENSE

AFVB-TGR (AFVB-TGR-1-67/19 APR 89)
SUBJECT:  Request for Retention

THRU:  Commander            FROM:  Commander           DATE: 24 April 1989 CMT 3
       2d Armored Division          1st (TIGER) Brigade
       ATTN:  AFVB-AG-SAB           2d Armored Division
       Fort Hood, Texas  76546      Fort Hood, Texas  76546


TO:    Commander
       PERSCOM
       ATTN:  TAPC-PDB
       Alexandria, VA  22331


1.  Strongly recommend approval.

                              TIGER TOUGH!


                              HOWARD F. BACHMAN
                              COL, AR
                              Commanding

AFVB-TGR-1-67   (AFVB-TGR-1-67-A/19 Apr 89)   (600-8)
SUBJECT: Retention on Spc Troya, Lorenzo A.,9513

THRU:   Commander            FROM:   Commander         DATE:20 Apr 89 CMT2
        1st (TIGER) Bde               1-67th Armor
        2d Armored Division          2d Armored Division
        Fort Hood  TX  76546         Fort Hood  TX  76546

TO:     Commander
        PERSCOM
        ATTN:  TAPC-PDB
        Alexandria,  VA  22331

1. I strongly recommend that Spc Troya, Lorenzo A. 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 be retained
on active duty until 31 May 1989.

2. Spc Troya would incur an undo hardship if released from active duty prior
to 31 May 89.  Release prior to 31 May 89 would cause his children to relocate
and drop their enrollment in their present school prior to completion of their
school year.

                                        DANIEL H. LAYTON
                                        LTC, AR
                                        Commanding

# PERSONNEL ACTION

For use of this form, see DA PAM 600-8 and AR 680-1; the proponent agency is MILPERCEN

## DATA REQUIRED BY THE PRIVACY ACT

Authority: Title 5, section 301; Title 10, USC, E.O. 9397 Principal Purpose: The by service member in accordance with DA Pamphlet 600-8 when requesting a personnel action on his/her own behalf. Disclosure: Routine Uses: To initiate the processing of a personnel action being requested by the service member. Disclosure: Voluntary; failure to provide Social Security Number may result in a delay or error in processing of the request for personnel action.

| THRU: *(Include ZIP Code)* | TO: *(Include Zip Code)* | FROM: *(Include ZIP Code)* |
|---|---|---|
| Commander<br>1st (TIGER) Bde<br>2d Armored Division<br>Fort Hood, TX  76546 | Commander<br>PERSCOM<br>ATTN: TAPC-PDB<br>Alexandria, VA  22331 | COMMANDER<br>A Co, 1-67th Armor<br>2d Armored Division<br>Fort Hood, TX  76546 |

## SECTION I - PERSONAL IDENTIFICATION

| NAME *(Last, First, MI)* | GRADE OR RANK /PMOS *(Enl only)* | SOCIAL SECURITY NUMBER |
|---|---|---|
| TROYA, Lorenzo A. | E4/SPC            19K10 | |

## SECTION II - DUTY STATUS CHANGE *(See  9-1, DA Pam 600-8)*

The above member's duty status is changed from _____

_____ to _____

_____ effective _____ hours _____ 19___

## SECTION III - REQUEST FOR PERSONNEL ACTION

I request the following action:

| TYPE OF ACTION | Procedure | | TYPE OF ACTION | Procedure |
|---|---|---|---|---|
| Service School *(Enl only)* | | | Reassignment Married Army Couples | |
| ROTC or Reserve Component Duty | | | Reclassification | |
| Volunteering For Oversea Service | | | Officer Candidate School | |
| Ranger Training | | | Accept of Pers with Exceptional Family Members | |
| Reasgmt Extreme Family Problems | | | Identification Card | |
| Exchange Reassignment *(Enl only)* | | | Identification Tags | |
| Airborne Training | | | Separate Rations | |
| Special Forces Training Assignment | | | Leave - Excess/Advance Outside CONUS | |
| On-the-Job Training *(Enl only)* | | | Change of Name/SSN/DOB | |
| Retesting in Army Personnel Tests | | X | Other *(Specify)* Retension | |

| SIGNATURE OF MEMBER *(when required)*  *Lorenzo A Troya* | DATE<br>14 APRIL 89 |
|---|---|

## SECTION IV - REMARKS *(Applies to Sections II, III, and V) (Continue on separate sheet)*

1.   Request exception to policy.

2.   Request soldier be retained on active duty until 31 May 89. Soldier was extended until 12 Sep 89 for the purpose of a medical board. Medical board found no disability resulting from a combat-related injury. Soldier will now be discharged NLT 5 May 89.

3.   Soldier is requesting retension on active duty until 31 May 89 for the purpose of letting his children complete their current school year. Soldier's dependent children will finish this school year on 31 May 89. A change of address at this time will cause great undo hardship to the soldier and his family. His dependent children will have to start a new school with only a few weeks remaining on this school year.

4.   Soldier's original ETS:  11 Mar 89.

## SECTION V - CERTIFICATION APPROVAL/DISAPPROVAL

I certify that the duty status change (Section II) or that the request for personnel action (Section III) contained hereon:

☐ HAS BEEN VERIFIED   ☐ IS APPROVED   ☒ RECOMMEND APPROVAL   ☐ IS DISAPPROVED   ☐ RECOMMEND DISAPPROVAL

| COMMANDER/AUTHORIZED REPRESENTATIVE<br>JEFFREY W. MUNS, CPT, AR<br>Commanding | SIGNATURE | DATE<br>16 APR 89 |
|---|---|---|

PREVIOUS EDITIONS OF THIS FORM WILL BE USED.

DEPARTMENT OF THE ARMY
HEADQUARTERS, 2D ARMORED DIVISION
Fort Hood, Texas  76546-5200

ORDERS     92-5                                                          16 MAY 89

TROYA, LORENZO S.  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  SPC  A Company  1st Battalion  67th Armor Regiment
2d Armored Division (WAD8AO) Fort Hood, Texas 76546-5215

You are reassigned to the US Army Transition Point for separation processing.
After processing, you are discharged from component shown.  If you are delayed
in reporting to the Transition Point, you still must report to the Transition
Point as soon as possible or as authorized to receive a new effective date
of discharge.

Assigned to:  US Army Transition Point (WNVCIA) Fort Hood, Texas  76544-5056
Reporting date:  31 May 1989
Component:  RA
Date of discharge unless changed or rescinded:  31 May 1989
Additional instructions:  You are authorized to ship your household goods to
   your home of record or place of entry on active duty.  You must apply for
   shipment of your household goods within 180 days of your separation from
   the Service, or your shipping entitlement will be lost.  AUTH SEVP IN GR
   SPC.  DSABL RATING 10 PER CENTUM AFS  3yrs 2mos 17days
FOR ARMY USE:

Auth:  AR 635-40
HOR:  West Palm Beach, FL
P1 EAD or OAD:  Miami, FL
MDC:  7BE9
PEBD:  3 January 1986
Format:  501

FOR THE COMMANDER:



DISTRIBUTION:                                     MICHAEL J. JIMENEZ
1 -  AFVB-PO                                       LTC, GS
1 -  AFVB-AG-ASB                                   ACofS, G1/AG
1 -  AFVB-AG-SAB (File)
1 -  AFVB-AG-SAB (MPRJ)
1 -  Cdr, A Co, 1-67th AR
1 -  SPC TROYA, A Co, 1/67th AR

PERMANENT MAILING ADDRESS, TERMINAL LEAVE, AND OPTION
AND VEAP PARTICIPATION

PRIVACY ACT STATEMENT:  Authority Title 5, U.S.C., Section 301.
PRINCIPAL PURPOSE:  Routine use - To determine permanent mailing address, terminal leave information, separation preference, and VEAP participation.
DISCLOSURE:  Disclosure is voluntary; however, without information, Transition Point cannot ensure correct information for the preparation of separation documents

1. MY PERMANENT MAILING ADDRESS FOLLOWING TRANSITION WILL BE: (Please Print)

STREET: 611 WESTWOOD RD

CITY: WEST Palm Bch   COUNTY: Palm Bch   STATE: Florida   ZIP: 33401

I am aware that this address will be used by RCPAC and the Veterans Administration for mailing purposes of all official correspondence, determining the regional VA office for the mailing of disability compensation claims, and for the computation of travel pay.

2. I ( ) WILL   (✓) WILL NOT   TAKE TERMINAL LEAVE IN CONJUCTION WITH MY TRANSITION.

I understand that in taking terminal leave the only monies I am eligible to receive prior to my departure is advance travel pay. Monies accrued during my leave will be paid in accordance with my latest pay option election, with exception of monies accrued during month of ETS, will be paid by check to terminal leave address.

3. Under the provisions of paragraph 4-2d, AR 635-200, soldiers whose normal ETS falls on a Saturday, Sunday, or Legal Holiday have the option of having their ETS adjusted to the preceding workday.  It should be emphasized that soldiers serving on two year enlistments who elect not to serve their full 24 month commitment will lose their VEAP and VA benefits.  Those who elect to have their ETS remain firm on a Saturday, Sunday or Holiday will be processed for transition on the last work day prior, but will have to remain at Fort Hood to sign for their separation documents from the CQ in Building 121.

MY NORMAL ETS FALLS ON A SATURDAY, SUNDAY, OR LEGAL HOLIDAY _____ .
(Date)

(   ) I ELECT TO HAVE MY ETS REMAIN AS CURRENTLY ESTABLISHED.

(   ) I ELECT TO HAVE MY ETS ADJUSTED TO THE PRECEDING WORKDAY _____ .
(Date)

4. DURING THE PERIOD OF MY ENLISTMENT MY PARTICIPATION IN THE VEAP WAS (Check one)

(✓) DID NOT PARTICIPATE   ( ) PAID IN FULL   ( ) CURRENTLY ENROLLED   ( ) WITHDRAWN

X TROYA, LORENZO A.
(Printed Name/Last, First, MI)

29 APRIL 89
(Date)

B/CO 1/67 AR
(Unit)

Lorenzo A Troya
(Signature)

FHT. APR 87  635-X2 (THIS REPLACES FH FORM 1755)



```
                    ************** **************
ROUTINE            * U N C L A S S I F I E D *
                    *****************************
                    PT 00010    226/0001Z                         PAGE 01

ACTION: _____  _____  _____  _____//TCC USE - AC-----RCO----------//
INFO:--SGS    --CPE    --CP IL    --G3    --PAO    --BSMP   --LAC    --902MI
      --C-AVN --MSE    --DRM      --G4    --IJA    --ATB    --MEDDAC --DRMO
      --AG    --DCC    --ERC      --G5    --ICAV   --SC4FI  --LAC    --ASIMS
      --C-CHEM --DEH   --DSEC     --HQ CMD --SAO   --3D FG  --TEXCOM --TSCO
      --C-ENGR --DOIM  --11ADA    --IG    --3 SIG  --AFLC   --64ENGR --47ORD
      --C-SIG --OOL    --G1       --MACALCE--6CAV  --CID    --546PSC --RGAAF
      --C-SURG --DPCA  --G2       --PMO    --13SUF  --CENTAC --602TAIR--HAAF
-------------------------------------------------------------------------------
ACTLPCFN RUCLEJ85A1E 22NGG1Z-UUUU--RUCLEFA.
ZNR UUUUU
R 101632Z AUG 88
FM CDR TNGSPTCEN FT EUSTIS VA //ATIC-ITF   //
TO CDR 2D ARMD DIV FT HOOD TX //AFVB-GC-TSO 222//
BT
UNCLAS
SUBJ: INDIVIDUAL SOLDIER'S REPORT

                    PERSONAL IN NATURE

            *** INDIVIDUAL SOLDIER'S REPORT ***

    COMMANDER                 TSO: 222        TESTED:  25 JUL 88
    CO A 1ST BN 67TH AR TANK                  SCORED:  10 AUG 88
    FT HOOD            TX   76546-0000         SGT: 19V11880I

REPORT ON: EN TROYA    LOREN    UIC: WADBAD        SCORE:  80
           SSN:  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
           PMOSC:  19K1  M1 ARMOR CREWMAN

                    ****

THE S C T INDICATES POTENTIAL TRAINING WEAKNESS ON TASK(S):

    071-192-1000    INST/REM M21 AT MINE
    071-315-0030    PLACE AN/PVS-5 IN OP
    113-573-6001    REC ECM AND IMP ECCM
    171-126-1002    DRIVE AN M1 TANK
    113-622-2011    OP AN/VIC1 TRK VEH
    171-122-1011    INS/REM M240 COAX MG
    171-122-1011    ZERO M240 COAX MG
    171-126-1001    START/STOP M1 TNK ENG
    171-126-1025    OP MAINT 105MM ASSY

THE SOLDIER ALSO MISSED QUESTIONS ON TASK(S):

    113-573-4006    USE KTC 1400-E
    171-126-1004    FUEL TRANSF M1 TANK
    071-313-3473    CLEAR .50 M2 HB MG
    113-571-1003    EST/ENTER/LVE RANET
    111-123-1023    MAINT OF EO REC FLDR
    171-126-1016    TBLSHT GAS PART FILT
    171-126-1010    STOW AMMO ON M1 TNK
BT


                    ****************************
ROUTINE            * U N C L A S S I F I E D *
                    ****************************
```

# DISPOSITION FORM

For use of this form, see AR 340-15, the proponent agency is TAGO.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| AFVB-AG-SAB | Verification of Unit Assignment |

| TO   CDR | FROM   C, SAB | DATE 890424 |
|---|---|---|

TROY A. LORENZO A.        SPC          9513     you are further
(NAME)                   (RANK)      (LAST FOUR)

assigned to __A Co, 1-67 AR__   from __B Co, 1-69 AR__
              (UNIT)                      (UNIT)

as of __890424__.
     (TODAY'S DATE)

TIMOTHY N. RYAN
CPT, AG
C, SAB



**DEPARTMENT OF THE ARMY**
HEADQUARTERS III CORPS AND FORT HOOD
FORT HOOD, TEXAS  76544-5056

ORDERS 126-3

16 July 1988

You are reassigned as indicated below.  No travel involved.

Relieved from:  502d Adjutant General Replacement Detachment 2d Armored Division (WA2QA2) Fort Hood, Texas 76546-5256
Reporting date:  29 July 1988
Movement designator code:  NGES
Additional Instructions:  Not applicable

| Name | SSN | Grade of rank | Assigned to |
|------|-----|---------------|-------------|
| TRUTH, EDWARD A | 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 | PV1 19K100000 | Co B 1/67th Arm Bn (WADRBO) |
| MCKAY, GEOFFREY | 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 | PV1 13B100000 | Btry B 3/3d FA Bn (WA2RBO) |
| SAYRE, JAY N | 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 | PFC 31M100000 | Co B 142d Sig Bn (WARDBO) |
| TUBILOWSKI, DOUGLAS M | 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 | PV1 11M100000 | Co C 2/41st Inf Bn (WAD1CO) |
| CAULIN, DOUGLAS L | 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 | PFC 91A100000 | HHC 3/67th Arm Bn (WB4CTO) |
| BAFFONI, BYRON L | 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 | PV1 91A100000 | Co C 1st Bde Spt Bn (WUB4CO) |
| PEREZ-ESPARZA, DOMINGO M | 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 | SSG 72E300000 | Co A 142d Sig Bn (WARDAO) |
| LAUGANCE, HARRY D | 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 | PV2 31M100000 | Co B 142d Sig Bn (WARDBO) |
| STOTTS-CRUMPTON, T M | 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 | SFC 75240000 | 502d FSC (WDY6AA) dy/w PAS |
| MARTINEZ, PAUL R | 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 | SPC 91340000 | Co C 2d Bde Spt Bn (WUVBCO) |
| MARTIN, TIMOTHY D | 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 | PFC 71M100000 | HHC 1/64th Arm Bn (WANSTO) |
| ROGERS, JON T | 393-28-867A | PV1 93P100000 | SSC CAS (WHPKAA) |
| BYRD, YOLANDA T | 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 | PV1 31M100000 | Co B 142d Sig Bn (WARDBO) |
| BERTHERO, DAMON B | 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 | PV1 31M100000 | Co A 142d Sig Bn (WARDAO) |
| RIVARD, MAX T | 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 | PFC 67B100000 | HHC CAS (WHPKAA) |
| CISNEROS, RAFAEL A | 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 | PV1 31M100000 | Co A 142d Sig Bn (WARDAO) |
| HUGHES, ALLEN W JR | 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 | PFC 91A100000 | HHC 2/41st Inf Bn (WADITO) |

Format:  421

FOR THE COMMANDER:



DISTRIBUTION:
AG Orders Section (4)
Post Locator (1)
Mail Room 502d AG Repl Det (1)
Cdr, 502d AG Repl Det (2)
2d Armd Div Mgt Bldg 121 (Indiv eye level) (190)
Mod Spt Bldg 121 (1)
Cdr, Co B 1/67th Arm Bn (2)
Cdr, Btry B 3/3d FA Bn (1)
Cdr, Co B 142d Sig Bn (2)
Cdr, Co C 2/41st Inf Bn (2)
Cdr, HHC 3/67th Arm Bn (1)
Cdr, Co C 1st Bde Spt Bn 2d Armd Div (2)
Cdr, Co A 142d Sig Bn (2)
Cdr, 502d FSC (2)
Cdr, Co C 2d Bde Spt Bn 2d Armd Div (1)
Cdr, HHC 1/64th Arm Bn (2)
Cdr, HHC CAS 2d Armd Div (2)
Cdr, HHC 2/41st Inf Bn (2)

R. N. PHELPS
LTC, AG
Adjutant General

FOR IMMEDIATE DELIVERY TO:

DEPARTMENT OF THE ARMY
HEADQUARTERS US ARMY ARMOR CENTER AND FORT KNOX
Fort Knox, Kentucky 40121

ORDERS 105-177

2 June 1986

| NAME | SSN | GRADE | PERS CON NO |
|------|-----|-------|-------------|
| BROWN LAWRENCE JA | 056 58 2309 | PV1 | ZAT1802 |
| GRAY CHARLES WAYN | 595 34 9478 | PV1 | ZAT2737 |
| HARRIS BOBBY EDWA | 253 61 2417 | PV1 | ZAT2046 |
| LANDON LAWRENCE E | 214 02 0587 | PV1 | ZAT2910 |
| MUNOZCONTERAS ALO | 551 69 6256 | PV1 | ZAT2620 |
| MURRAY DAVID ERIC | 520 85 0356 | PV1 | ZAT2540 |
| RAILSBACK THEODOR | 512 70 8963 | PV1 | ZAT2530 |
| REES RICHARD LEWI | 539 84 8751 | PV1 | ZAT2595 |
| RESSINGER MARLIN I | 430 55 9501 | PV1 | ZAT2372 |
| STOLLINGS DARRIN | 235 08 9170 | PV1 | ZAT1985 |
| TROIA LORENZO ANT | 352 62 9513 | PV1 | ZAT2223 |
| WALLACE FREDERICK | 251 55 2777 | PV1 | ZAT2040 |

You will proceed on permanent change of station as shown.

Released from:  Company B 2d Battalion 1st Armor Training Brigade (W1L41E) Fort
Knox KY 40121
Assigned to:  21st Adjutant General Replacement Detachment (WHD201) Fort Hood
TX 76544
Reporting date:  15 July 1986
Additional Instructions:   (a)  You are not authorized movement of your
dependents at Government expense.
(b)  You are authorized 1500 pounds of Household Goods/Hold Baggage at
Government expense.
(c)  You are required to report to the Family Housing/Housing Referral Office
serving your new duty station before you make housing arrangements for
renting, leasing or purchasing any off-post housing.
(d)  If you ship personal property at Government expense, contact the
Transportation Office of your duty station immediately after arrival to
arrange for delivery.

FOR ARMY USE
Auth:  NA
MDC:  1ZB6
Rel/REENLB indfc:  NA
PPD:  NA
PMOS/SSI:  19K100000
Proj specialty:  NA
Format:  410

Pers con no:  See SNL
PEBD:  NA
Asgd to mgt dsg:  19K100000
Con specialty:  NA
Pers acty code:  NA

ORDERS 105-177   HQ USAARMC 2 Jun 86

FOR THE COMMANDER:



DISTRIBUTION:
Each Indiv Indic (20)
FAO Tng Pay Sec (72)
SIDPERS (1)
TPB OSUT (14)
Co B 2d Bn 1st ATB (3)
2d Bn 1st ATB PAC (2)
Cdr 21st AG Repl Det (WHD201)
  Ft Hood TX 76544 (3)

TRAVEL VOUCHER                                    BUREAU VOU NO        P O VOUCHER NO
                                                                        036064
            PAYMENT FOR
ADVANCE OF TRAVEL ALLOWANCES PCS                 PAID BY
                                                 W. E. CRUTCHFIELD
                                                 III CORPS FSU
                                                 31/05/89
                                                 5493

                              PAYMENT

PAYEE (LAST NAME, FIRST, MI)      RANK OR GRADE        SOCIAL SECURITY NUMBER
LORENZO A. TROYA                      KO4                 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

ORGANIZATION AND STATION
TRANSFER POINT

TRAVEL ORDER
77-26 89 FT HOOD TX          26/04/89

CHECK NUMBER  CHECK DATE     AMOUNT PAID    DATE PAID    RECEIVED IN CASH
 81961002                      $432.00      31/05/89

                              REMARKS

SETTLE THIS ADVANCE WITHIN 15 DAYS AFTER YOUR ARRIVAL AT ULTIMATE
STATION OR END OF TEMPORARY DUTY. IF NOT MADE WITHIN 20 DAYS AT
END OF TRAVEL OR TDY, THE ADVANCE AND A $15.00 ADMINISTRATIVE FEE
WILL BE DEDUCTED FROM YOUR NEXT REGULAR PAY.   SUBMIT A TRAVEL
VOUCHER EVEN IF EXPENSES EQUAL OR EXCEED YOUR ADVANCE.

8915113035SKMZK

                    ACCOUNTING CLASSIFICATION(S)

2192010.0066 01    0491 P147200 21SF 099929    16J200 0010 II    $253.00
2192010.0066 01    0402 P147200 21SF 099929    16KV00 001AKV     $179.00


                                         AMOUNT PAID       $432.00

DD-1351

