**AFFIDAVIT OF MARIETTE MENDEZ**

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the /3₊ℋ day of April, 2016, personally appeared Mariette Mendez, who produced *Ḧø Ḋ₊ᵢᵥₑᵣₛₗᵢ₊ₐₙₛ*as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.  My name is Mariette Mendez. I am the sister of Daniel Troya.

2.  I moved to West Palm Beach at the age of eight or nine. I only have vague memories of Chicago. I remember living with my mother and my maternal grandmother in an apartment there. I only remember visiting Chicago later. In Texas, we lived in an apartment on or near the base at Fort Hood.

3.  In West Palm Beach, my paternal grandparents live in a two-bedroom house, and the whole family lived with them when we first moved to West Palm Beach from Texas. My parents then bought the house we have lived in ever since that time.

4.  At different times my uncles Juan, Poli, and Tito have lived with us. Although Tito didn't stay long, Juan did. Juan went to school in West Palm Beach. My Uncle Ipolito a/k/a Poli lived the longest with us. He and I didn't get along well. He was stubborn and hardheaded and we feuded.

5.  I used to have to defend my brother, Danny, when we both went to Palm Beach Public School. Daniel was skinny and small for his age. Other kids abused and tormented him. I remember various times where I fought people on Danny's behalf back then. At the time, the school had both elementary and middle school. They were located across the street from each other.

6.  I was in SLD classes from elementary to high school. Palm Beach Public School had grades K-8 when we attended. I was there through the 8th grade, so Danny and I were in the same school through his 5th grade.

7.  Once I looked across the street and saw that Danny's neck, head and arms were very red. I asked what happened, and Danny said that a kid named Tony had slammed him against the locker, then threw him on the floor and punched, kicked and stepped on him. I gave Tony the beating of his life and did to him

Page **1** of **5**

what he did to my brother. The fight ended with me standing with my foot on Tony's neck.

8. Another time, I had to beat up my best friend's cousin because he had picked on Danny. My friend pleaded with me not to do it, but I felt I had to.

9. The last time I remember fighting for Daniel was when he and a kid named Nicky were in a fight. Daniel was winning. A girl named Amy — who was also supposedly my friend — grabbed a huge wrench and smashed Danny's forehead with it. After that, Amy hid from me because she was so scared.

10. I believe I beat up people ten or more times on Daniel's behalf until he finally began to fend for himself.

11. My parents did not know that Danny was getting beaten up at Palm Beach Public, neither Danny or I ever said anything at home. I wanted to be his protector. I got a big reputation that if you messed with Mariette's brother, you better be ready for Mariette.

12. One day Daniel just said, "From now on I'm going to take care of myself." He fought because people were picking on people that he felt he needed to protect.

13. Other than all of these fights on Danny's behalf and the kids going after Danny, I don't remember much violence at Palm Beach Public School. Things were worse at Conniston than they were at Palm Beach Public, but elementary school was not a walk in the park for ~~either myself or~~ Danny.

14. The situation escalated at Conniston. Danny had only been there a matter of months when John Pierre Kamel was murdered. Fights were very common at Conniston. Blacks and Haitians would fight each other. Hispanics also fought Haitians. Danny would get involved; he wouldn't let anyone pick on or beat up his friends.

15. Once, a situation of this sort where Danny was defending a friend named Eric escalated and I loaded up three cars full of friends, with about 20 people in total, to defend ~~myself and~~ Danny. The situation calmed down and everyone went home. Danny and I walked home together. Suddenly some Haitians started to shoot at us. We were conveniently near a friend's home, Angel Ortiz, and ran into the Ortiz family house.

16. Even though Conniston was a middle school, high schoolers would hang out across the street, looking for trouble. The school police never did anything about them. Danny began to hang out with the high school guys — these guys were bad influences. Among these guys were Jose Navedo, Dennis, and Amir, Jean Pierre's cousin. I can't remember the rest of their names. These guys, who did drugs and stole cars, made Danny part of the group after Jean Pierre's murder. Other friends of Daniels were: Julio Perez, Karl Busch, Kevin Vetere.

17. The neighborhood where we lived was what I thought was normal at the time. Now I realize that was not the case. For instance, we had something like thirty Guatemalans that lived together in a nearby house and often drank a lot at night. There was an area where there was a crack house. In the compound of houses, there was another one that seemed to be a brothel; different women came and went frequently. I remember the prostitutes along the Dixie Highway, a few doors down from our house. At the time, I didn't seem to think it was such a big deal.

18. Danny saw more things on the street than I did, because our mother allowed him to go out of the house, while making me stay home even though I was older, simply because I was a girl. Danny hung out on the streets while I, when I went out at all, would go to friends' houses. Danny wouldn't follow the rules of the house. that.

19. I remember, after John Pierre's murder, often being up half the night with my mother, driving around and looking for Daniel on the street. My mother would wake me up to go out together quite a few times looking for him, although we never found him. We had no cell phones. We would go by places where I knew Daniel hung out, and to friends' homes in the area. My mom, Maria was plagued with worry.

20. At these times, my dad, Lorenzo, always stayed home. I do not remember ever having a conversation with my father about Danny going off the deep end, although I sensed he was frustrated at how he was turning out.

21. I remember the night that Lorenzo and Danny got into a fist fight. Poli was there and our Dad and Danny were arguing. I heard yelling and then Danny threw himself out of the window. I went into the room to see what the commotion was about after Danny jumped. Poli was in the street trying to calm Daniel down. Poli's friend Jimmy showed up and the three of them took off. I locked myself in my room after the incident.

22. When I was 16, I found out that Lorenzo was not my father. I was very angry and disappointed in my mother for not telling me before, but directed all my aggravation at Lorenzo, and argued with him a lot. I am under the impression that to this day Lorenzo does not know that I know he's not my father. As of today, Lorenzo and I get along well.

23. Both our Dad, at Home Depot, and Mom, at a Walgreen's type store called Phar-Mor, had schedules that changed frequently. Because of that, they could never predict at what hours they would have to work. This made their trying to control Danny more complicated.

24. My parents tried to control Danny, but when they did he would not obey. There would be big arguments about him coming and going as he pleased from the house. Danny would say, "I don't give a fuck." When our Dad would try to put his foot down, Danny would seem to step on it. Daniel was consistently disrespectful of our dad.

25. After Danny came out of prison each time, he had learned some new criminal activity, like how to weigh drugs, etc. I was shocked at what he knew coming out of prison.

26. Danny brought Danny Varela to our home a couple of times and I did not like him. I sensed he was evil and said so out loud. I told Danny not to bring him there, which made Danny mad.

27. One time when Varela came to our home, he was invited to eat with us, and he immediately sat down at the head of the table where my father would sit. I saw this as a sign of disrespect and told Danny not to bring him around our family. This made my brother really mad.

28. I was willing and available to testify on my brother, Danny Troya's, behalf and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

/ /

/ /

/ /

29. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April 2016.

_Mariette Mendez_

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Mariette Mendez was acknowledged before me 13th day of April, 2016 by _Mariette Mendez_ , who produced Fla Drivers License M532-540-80-840-0 as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

_Sharon L. Mercer_

NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016