**AFFIDAVIT OF CINDY RIVERA**

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the /3th day of April, 2016, personally appeared Cindy Rivera, who produced *a Drives License* as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1. My name is Cindy Rivera and my date of birth is May 20, 1975. I am a friend of Daniel Troya.

2. I live at 3785 Malelueca Lane, Lake Worth, Florida 33461.

3. I am from New Jersey and of Puerto Rican descent; I came to West Palm Beach when I was 16 years old in 1991.

4. In various sections of West Palm Beach, drugs were sold openly on the street — principally cocaine but also heroin, crack and marijuana.

5. At Forest Hill, where I went to high school, fights broke out all the time, every day. The fights tended to be territorial, between Latino and black groups. They were about who was tougher than who. They broke out in the cafeteria, on the staircases, in the hallways, in front of or behind the school. They might be one on one, a group against one, or a group against a group.

6. I was "jumped" at least three times on my way to school. In one incident, a girl wanted my seat on the bus. She was a black girl accompanied by her sisters and cousins. It turned into a free for all. Two or three people who saw what happened defended me.

7. In those days there were no fences around schools and kids came and went as they pleased.

8. I recall seeing prostitutes along the Dixie Highway and points out that in the northern part of the city, they are still there. They come out at night — basers, crackheads, you can tell what they are.

9. I was not a Conniston student, but I remember the shooting of John Pierre Kamel. Everyone was sad, but also scared, thinking "this could happen to

me." Parents cautioned their kids to be careful. Sometimes my own parents would take me to school, because they felt it was safer than if I walked alone.

10. I met Daniel Troya through my husband Dennis Rivera, who I have been with for 20 years. Danny was a good person.

11. I trusted Danny with my daughter, who was an infant, between one and four years old, when I knew him. I lived a block from Conniston on Southern. It never crossed my mind that Danny would do anything bad to my daughter.

12. Daniel was a character, always goofing. A good person inside and out.

13. I know that as a teenager he stole cars, rims, radios — just to get by. It was the way of life around here.

14. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _13th_ day of April 2016.

_Cindy Rivera_

Cindy Rivera

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Cindy Rivera was acknowledged before me this _13th_ day of April 2016 by _Cindy Rivera_ , who produced _Fla Drivers License V253-100-75-480-0_ as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

_Sharon Mercer_

NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016