**AFFIDAVIT OF ANELLE HERNANDEZ**

STATE OF FLORIDA

COUNTY OF PALM BEACH

BEFORE ME, on the _15th_ day of April, 2016, personally appeared Anelle Hernandez, who produced _Flа Drivers License_ as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.     My name is Anelle Hernandez. I am a friend of Daniel Troya.

2.     I am a medical assistant at ~~Software~~ _South Florida_ Vision Center.

3.     I grew up in the same neighborhood as Danny. I went to Belvedere Elementary, Conniston Middle School, and Forest Hill High. It was a bad neighborhood. In fact, it was out of control. By middle school, I was hanging out with a bad crowd. That's how we were raised.

4.     Danny raised himself with his brothers and sister. I don't remember Danny's parents as being there much. They were always outside of the house, maybe working. His mother would be there sometimes.

5.     People would get "jumped" in my elementary school all the time. If you had good clothes and shoes, you'd get jumped for them all the time. If you didn't have those things, you took them from other kids.

6.     Fights were seldom a one on one thing. There would be four or five people against one, and then they'd split up and walk away. Consequences were negligible. Someone might get detention within the school for an afternoon or suspension for two or three days.

7. Conniston changed us even worse. The Forest Hill high school kids would get out at 2:50 and go to Conniston, where kids were not let out until 3:30. That crowd would come out in their cars and listen to music. Parents would be at work, we'd all hang out together until our parents got home. Girls started to hang out with older kids and you'd get a sixth-grade girl pregnant by an older guy. We started skipping school seriously in middle school. If you got caught jumping a fence or in a mall or at the beach, you'd run. If the cops got you, your parents would pick you up.

8. I failed eighth grade twice. There were about thirty students who kept failing. Then I was switched to the Academy, where kids brought drugs and guns to school and there was constant fighting. Teachers didn't teach anything whatsoever. At the Academy, I got straight A's.

9. Before John Pierre's shooting there was a lot of gang fighting between Hispanics and blacks. The schools would get locked down all the time. Among the gangs were the Folk Nation, the Spanish Cobras and the Latin Kings. The fights happened all over school — hallways, staircases, the cafeteria. Usually they did not occur in the classroom. Kids would assault teachers frequently. If you didn't live between Belvedere Avenue and Forest Hill, Parker Avenue and the Dixie Highway, you were not allowed to enter that neighborhood without getting beat up.

10. Everyone smoked pot. The boys were selling and stealing.

11. I was outside school when the shooting occurred. Upon hearing the shots, I threw myself in the bushes. John Pierre owed Tronneal five dollars for a bag of weed. He didn't have it so Tronneal wanted John Pierre's watch. John Pierre said no because it was a watch his mother had given to him. That's how the struggle began. After he shot John Pierre, Tronneal hid the gun under the portable bathrooms and then went to class. The school went on lockdown. Cops were all over the place. Parents tried to come and get their children but the police wouldn't allow anyone to leave the building until they found Tronneal. It was chaos, hectic, a nightmare. A couple of hours

passed before they let anyone out. No one went to the school for the rest of the week.

12.   I went to one of the group therapy sessions at the school after the shooting. There would be five or six kids and a therapist; I went for one or two sessions. Within two or three weeks, the therapists had cleared out. The therapists were worthless. It seems like everyone is still traumatized to this day.

13.   The shooting affected us all. Conniston was a madhouse. The cops did not leave the school for months. They were there all the time. The parents didn't know what they were doing. At that point, the kids felt they had to be tough. Older siblings were dropping out, hanging out in the streets. They had their reputations to uphold. Danny was always in the streets with a bad crowd. McIsaac, the Conniston "rent-a-cop," was disrespected and bullied by the student body.

14.   Stabbings happened all the time at Forest Hill and Conniston. Kids had knives in the bodegas and carwashes.

15.   Green Terrace Apartment Complex was located behind the Publix supermarket near Conniston. I would see people exchanging bags of drugs for money. I also saw paraphernalia, such as needles, everywhere.

16.   Prostitutes on Dixie Highway would come to the neighborhood. The way they dressed and carried themselves you could tell they were crackheads. I heard gunshots often in my neighborhood.

17.   I have known Danny since elementary school. In the neighborhood, we played in the park and rode bikes together. As a little kid Danny was naïve and did not really fight. After a while, once he decided he would fight back, it became clear that he was going to become one of the toughest guys around.

18. After John Pierre's death, Danny was devastated. He was upset, he cried and then it turned to anger. We generally avoided talking about it — it was a sensitive subject.

19. I know he was affected, that he was hurt. It bothered him. It was probably the first time he'd lost someone close to him. We started to do bad things. We skipped more school, didn't do homework, and the boys started stealing. It happened gradually but finally my friends trusted me to go with them on burglaries and car thefts. The cars were stolen to acquire sound systems, amps and radios, which were sold. The point of these robberies was to get money to be cool, to fit in. This activity accelerated after the shooting. Soon, my friends and I began to be jailed.

20. I was locked up for eight months in Okeechobee. I was Level 8 — the worst that a juvenile can get — for burglarizing houses and stealing cars.

21. Karl Busch was arrested for 27 burglaries. My brother was jailed for four years for Grand Theft Auto and selling drugs. I went straight about six years ago.

22. When he was out of jail in 2006, I felt it was a bad idea for Danny to hang out with Danny Varela (DV). My cousin, Anna Hernandez, had a phone under her name, paid for by DV. After the arrest they pulled her out of the doctors' office for questioning.

23. Kevin Vetere was a snitch and a thief from way back. Everyone went to his house. He had connections. He knew where the best weed was; he had pounds and pounds of it. He set things up. He knew where to go.

24. Danny's Uncle Tito, while visiting West Palm Beach, sold and did drugs. He came on to me. He was a "chick magnet" and always went after young girls. I never went with him or Danny.

25. My memories aren't entirely clear about Danny's trial attorneys contacting me or not. I may have been contacted by Danny's investigator by phone. I

had a meeting with a male attorney in an office, but I don't remember which one.

26. I was willing and available to testify on Danny Troya's behalf and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

27. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of April 2016.

Anelle Hernandez

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing Affidavit of Anelle Hernandez was acknowledged before me 15th day of April, 2016 by Anelle Hernandez, who produced Fla. Driver License H655-013-84-862-0 as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016