**AFFIDAVIT OF MILDRED RUIZ**

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the *14th* day of April, 2016, personally appeared Mildred Ruiz, who produced *Fla Driver License*s identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.   My name is Mildred Ruiz. I am a friend of Daniel Troya.

2.   I am from Jersey City and moved to Fort Lauderdale when I was nine years old. Soon after, my family moved to West Palm Beach and I went to Meadow Park Elementary, Conniston Middle School, and Forest Hill High School.

3.   I attended Conniston a few months after John Kamel's murder. I heard he was shot over a wrist watch. The schools are more structured now. There were no fences then. Many of my friends were scared of the school, but you had no choice about which school to go to if you lived in that area.

4.   I never understood the Academy at Conniston. They used to wear red and black t-shirts. They were the bad kids. We were not allowed to talk to them. They were excluded.

5.   There were a lot of violent kids in the area. Kids would jump other kids for no reason, just to be cool. Many of my friends were threatened. As such, I tried to keep to myself and stay quiet.

6.   I saw fights. Girls I knew who never fought before were forced to fight.

7.   I heard gunshots in the neighborhood and knew people who had guns.

8.   There were prostitutes on Dixie Highway near Danny's home.

9.   Forest Hill High School was worse than my previous schools. It was horrible. I saw drugs exchange hands in the hallways. There were issues with gangs, drugs and fighting.

10. Danny was always nice to me. He went out of his way to stay in touch with me. We would work out together. I always trusted him. We were talking about dating in 2006, then all of this other stuff happened.

11. I was dating Erasmo Garcia in 2006 around the time Danny got out of jail.

12. Danny was stressed out. He seemed to have no options except to continue down the illegal path. He tried to find legitimate jobs, but had a record and he kept getting shut down. No one would hire him. He wanted to work.

13. I met Danny Varela and did not like him. I got a bad vibe from him. He hit on me at a club, Coco Bongo. Danny Troya showed up at the club that night and I told him that I wanted Varela to stay away from me. I told Troya he was a douchebag and a piece of crap. Varela thought he could get any girl because he was involved in drug dealing and threw around a lot of money.

14. I asked Danny why he wanted to hang out with someone like Varela and Danny told me that Varela was helping him and that he had no job and no alternatives with his criminal record.

15. One day, Danny pulled up at my brother-in-law's house in a new car with Danny Varela. I asked him if he was serious and why would he want to get in so deep with someone like that.

16. My friends thought Danny Varela was a sleazy piece of crap with connections to Mexican gangs or the Mexican Mafia.

17. Danny Varela would buy the VIP section at the clubs and get his friends to go there with him.

18. Danny Varela was a manipulator and manipulated Danny Troya. Troya said he needed the money, so he needed to go there with him.

19. I was willing and available to testify on Danny Troya's behalf and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

20. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
Mildred Ruiz

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Mildren Ruiz was acknowledged before me this _14th_ day of April 2016 by _Mildred Ruiz_, who produced _FL Driver License R200-600-85-714-0_ as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

_____
NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016