## DECLARATION OF MARIELLEN DAVIS

I, Mariellen Davis, pursuant to 28 U.S.C. § 1746, swear, affirm, and depose that the following is true and correct:

1.  My name is Mariellen Davis. I was a teacher at Palm Beach Public Elementary School for over thirty years.

2.  I am currently retired from Palm Beach County Schools, but I still tutor and substitute teach Monday through Friday.

3.  Daniel Troya was my student at Palm Beach Public Elementary School. He won a community poster competition when he was in my Art class.

4.  I know Daniel's parents, Lorenzo and Maria. I consider them to be very hard working people with big hearts who tried their best to handle their family.

5.  Lorenzo and Maria Troya were very supportive of their children.

6.  The Troya's lived near the railroad tracks, which was not a good area for children, but it was all they could afford.

7.  Daniel did not do well in his studies. However, he was big hearted and tried to look out for others while in elementary school. Danny tried to protect the smaller kids that were picked on.

8.  Daniel had to deal with others making fun of him. He didn't have the people skills to put others in their place. He would just swallow their cruel statements and walk away. As far as I know, Daniel didn't react violently towards the other students.

9.  When he was a teenager, I recall Danny working at the Chevron and filling my car with gas. I cannot recall exactly when or how long he worked there though.

//

//

10. I taught conflict resolution to his sister, Mariette. She was a tough little girl, probably because of her neighborhood. I tried to take her under my wing. She stayed out of trouble most of the time in high school. Mariette would tell me about the times she couldn't go outside of her home for fear of some guys driving by and sexually harassing her. Many times she would call me about and I would calm her down because she was so upset.

11. I recall when Mariette found out Lorenzo Troya was not her biological father. She had gone into a drawer and found a birth certificate. It did not have Lorenzo's name on it. I did not get into the details with her, but I know she loves Lorenzo very much.

12. I recall that Danny's uncle came to the Troya's for a while. Apparently, this guy was in and out of trouble.

13. There's love and loyalty in the Troya family.

14. I haven't seen the Troya's in a while, but whenever I do, it's always warm hellos when we run into each other.

15. I was interviewed and subpoenaed by Danny's defense team, and I was in the courtroom during his penalty phase. I was willing and available to testify on Danny Troya's behalf. I was never told why I was not called to testify.

16. I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

I hereby certify that the facts set forth above are true and correct to the best of my personal knowledge, information, and belief, subject to the penalty of perjury, pursuant to 28 U.S.C. § 1746.

Executed this ___30th___ day of April 2016.

_____
Mariellen Davis

Mariellen Davis