## AFFIDAVIT OF AMELIA OSTROSKY

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the _22nd_ day of April 2016, personally appeared Amelia Ostrosky, who produced _Fla.Drivers License_ as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.  My name is Amelia Ostrosky. I was the Principal at Conniston Middle School when John Pierre Kamel was murdered. I am currently retired.

2.  I worked at Conniston Middle School for four years. Conniston was challenging. You had to watch the student's body language all of the time to prevent eruptions.

3.  There was a lot of gang activity at the school. I would meet with gang leaders to try to convince them to keep the eruptions off the school premises.

4.  Most of the gangs were Hispanic — Cubans, Mexicans, Colombians, Guatemalans. They would get into fights all the time. Most fights in school occurred in the cafeteria, sometimes in the playground, and sometimes in the hallways leading to the cafeteria.

5.  The biggest challenge for me was crowd control. The kids became most disruptive in large areas. It didn't happen as much in classrooms as in hallways or the cafeteria.

6.  I did not live near Conniston, so I was unaware of the incidents that occurred off campus in the neighborhood.

7.  There were many cases of kids with drugs. The school district had a zero tolerance drug policy. A student would be suspended for two weeks and then sent back to regular school.

8.  The Academy (a program at Conniston) was not only Conniston students, but also students who'd had trouble at other middle schools in the district. The troubles weren't disciplinary; they were kids who'd lost interest in school and weren't engaged.

Page 1 of 3

9. At the Academy, they taught life skills, including how to connect with the community. There was a computer lab — kids took them apart and put them back together again. There was a veterinary unit. If they had good attendance during the week, they'd go on ten-mile bike rides on Friday's.

10. The Academy was a devised so students could be successful. Most kids did well. You needed teachers who would have been sensitive to their needs.

11. One day I saw John Kamel was fumbling with something and I asked him what he was doing. He said he had a wooden leg and I asked him to lift his pant leg and it turned out to be true.

12. John Kamel and Tronneal Mangnum were friends. They traded things with each other all the time. Tronneal had John's watch, given to him by his mother who lived in another country. Tronneal showed up to school without the watch and said he would bring it the next day. Tronneal didn't show up for a day or two when he got off the bus. The bus was a little early so there weren't teachers on duty outside. The Forest Hill High School gangs were in their cars driving around. Tronneal saw John. John was connected to the gangs and they were going to get Tronneal for not giving back the watch. As Tronneal was crossing the street to get to school, he shot John through the heart. Tronneal tossed the gun before going inside the school.

13. There was a lockdown all over the city. Tronneal was found sitting in a class as if nothing had happened.

14. Directly after the shooting, the kids were ordered to go to class.

15. After the shooting, there were numerous group meetings with the student body. Grief counselors came, but I do not recall how long they were there.

16. ASPIRA came and set up shop in the Conniston building and did activities after school and on weekends.

17. There were group meetings in which counselors talked to kids about drugs, and about reporting if they saw or heard things that made them uncomfortable. If they were distraught, they were sent to a grief counselor.

18. John Kamel's father and stepmother spoke with the kids in John's age group about violence.

19. There were workshops in conflict resolution because the kids were prone to violence rather than resolution. Meetings were scheduled with different groups. There were night sessions with parents, kids, and with police.

20. Some students referred to teachers and administrators at Conniston as "bitch". I became so used to rude behavior that when I transferred schools and kids were polite, I was taken aback.

21. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April 2016.

_____
Amelia Ostrosky

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Amelia Ostrosky was acknowledged before me this 22nd day of April 2016 by Amelia Ostrosky, who produced Fla Driver License O236-013-52-646-0 as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

_____
NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016