| REPLY TO REQUEST FOR ORGANIZATIONAL RECORDS (MEDICAL) | PATIENT'S NAME<br>DANIEL TROYA |
|---|---|

| SPONSOR'S NAME | SPONSOR'S SERVICE/SOCIAL SECURITY NUMBER | BRANCH OF SERVICE |
|---|---|---|
| | | |

☒ A search of our medical record holdings was made based on the information you provided. The results of our search are shown below. The following is key to the abbreviations used: C/R- Clinical (Inpatient) Records; O/P-Outpatient Treatment Records; M/H Mental Hygiene Consultation Files; and D/R-Dental Records.

| Type of Record | Treatment Facility | Dates | Results of Search |
|---|---|---|---|
| O/P | FT. HOOD | 1989 | Note 1 |
| N/A | | | N/A |
| N/A | | | N/A |
| N/A | | | N/A |

**Results of Search**

Note 1. The requested copies are enclosed. We regret that some of the copies may be of poor quality; however they are the best copies obtainable.

Note 2. A record for the patient named above was not on file. If you are able to obtain additional information from the treatment facility regarding the retirement of the record, please resubmit your request and we will make a further search. The following information is needed from the treatment facility; accession number, box number, and location number.

Note 3. These records have not yet been retired to this Center. We suggest you contact the treatment facility at the address shown below to obtain the requested record.

Note 4. The requested record has been lent to the Department of Veterans Affairs (VA). Please phone the VA at 1-800-827-1000 for help in obtaining this record, and provide your VA Claim Number: C-

Note 5. The requested record has been lent to the office shown below and may be obtained by writing directly to that facility at the address shown.

☐ Clinical records and mental hygiene consultation files are retired by the treatment facility and filed in this Center according to the facility, status of patient, and month/year of EACH hospitalization or consultation. Outpatient treatment records and dental records normally follow the patient when a change of station occurs; therefore, they are retired by the last LAST treatment facility and filed in this Center according to the facility, status of the patient and month/year of LAST treatment. Please complete the enclosed NA Form 13042, Request for Information Needed to Locate Medical Records, and resubmit it to this Center for further search.

☐ The Privacy Act of 1974 does not permit the release of a social security number or other personal information to the public without the authorization of the veteran concerned; therefore, we have deleted personal identifying data relating to other persons.

☐ The Department of Defense Privacy Program, 32 CFR310.a30(f), allows for the disclosure of medical records to the individual to whom they pertain. A portion of the requested medical records, however, contains information which can be interpreted and explained properly only by a physician. If you wish us to send copies to a designated physician, please provide us with the name and address of that physician. The request MUST INCLUDE the written consent (signature) of the person whose records are involved, authorizing the release of the records to the designated physician.

☐

KERRY SHEEHAN
250 AUSTRALIAN AVE S. STE 704
W. PALM BEACH, FL 33401

| 6-18-08 |
|---|
| Date |
| R.L. |
| Prepared by |

☐ Operations Branch      ☐ Records Retrieval Branch
☒ Reference Services Branch

NATIONAL PERSONNEL RECORDS CENTER

☒ Civilian Personnel Records    ☐ Military Personnel Records
   111 Winnebago Street           9700 Page Avenue
   St. Louis, MO 63118-4199      St. Louis, MO 63132-5100

NATIONAL PERSONNEL RECORDS ADMINISTRATION            NA FORM 13151 (REV. 02-02)

Troya013400

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | SAME DAY APPT PEDIATRICS D. A. C. H. 3yrs |
| | DATE: 2 6 OCT 1986 1345, WIKER |
| | WT: 40lbs |
| | PHONE: cough & stuffy prob |
| | [illegible] |
| ROUTINE APPOINTMENT PEDIATRICS D. A. C. H. | 3 y/o [illegible] |
| 10 DEC 1986 | 1030/0935 [illegible] |
| DATE: | PERKINS [illegible] |
| WT: 40lb 41 3/4" | [illegible] |
| PHONE: | [illegible] |
| | THOMAS A PERKINS [redacted] PEDS CL |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

HOME ADDRESS 608 Wisconsin Apt B Killeen [illegible] 76541

HOME PHONE 634-7951

DUTY PHONE 287-2821

RECORDS MAINTAINED AT:

| PATIENT'S NAME *(Last, First, Middle initial)* | | SEX |
|---|---|---|
| TROYA DANIEL A. | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| Son | | E2 |
| SPONSOR'S NAME | | ORGANIZATION |
| LORENZO TROYA, A | | ACO 1/67 AR [illegible] |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |
| Army | | MAR 2[illegible] |

Troya013401

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

**REQUEST**

TO: *Orthopedic*

FROM: *(Requesting physician or activity)* *Redu*

DATE OF REQUEST: *10 Dec 86*

REASON FOR REQUEST *(Complaints and findings)*

3 y/o ♂ c̄ hypermobile feet & arches
Pt had arch supports prescribed by civ.
Podiatrist in Florida. Please eval

PROVISIONAL DIAGNOSIS

DOCTOR'S SIGNATURE: *Perkins*

APPROVED

| PLACE OF CONSULTATION | | ☒ ROUTINE | ☐ TODAY |
|---|---|---|---|
| ☐ BEDSIDE | ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

**CONSULTATION REPORT**

FEB 03 1987   ORTHOPEDIC CLINIC
DARNALL ARMY HOSPITAL
FORT HOOD, TEXAS

Hx – 3+10 ♂ here for eval of (B) flat feet. Seen by podiatrist in Florida – arch supports. Pt had no pain when he wears the arch supports. Father has flat feet.

PE – Pt walks c̄ pes planovalgus feet (B).
Forms good arch with tip-toe
Rest wnl

Dx – Physiologic Pes Planovalgus Feet

Plan – No need for orthoses
prn x 6 mo for recheck

*(Continued on reverse side)*

SIGNATURE AND TITLE

DATE: 3 Feb 87

REGISTER NO.

WARD NO.

PATIENT'S IDENTIFICATION · (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

CONSULTATION SHEET
STANDARD FORM 513 (Rev. 8-77)
Prescribed by GSA/ICMR
FPMR 101-11.806-8
513-107

02  35262 9513
TROYA, DANIEL
830422 M DEP AD ARMY
Pv2 TROYA 00 1411

Troya013402

558-162  (See Instructions on Back of this Sheet)  NSN 7540-01-075-3786

# EMERGENCY CARE AND TREATMENT
(Medical Record)

| TREATMENT FACILITY (Stamp) | LOG NUMBER |
|---|---|
| | 01 |

**ARRIVAL**

| DATE | | | TIME |
|---|---|---|---|
| DAY | MONTH | YR. | |
| 27 | 3 | 87 | 1804 |

**TRANSPORTATION TO HOSPITAL** (Attach care enroute sheet)
- [X] PRIVATE VEHICLE
- [ ] AMBULANCE
- [ ] OTHER (Specify)

**CURRENT MEDS.** (tetanus immunization and other data)  Ø

**HISTORY OBTAINED FROM**
- [ ] PATIENT  [ ] OTHER (Specify)
- ALLERGIES  Ø

PATIENT'S HOME ADDRESS OR DUTY STATION (City, State and ZIP Code)
6008 Winseost Wisconsin    Apt BKH

HOME TELE. NO. (Inc. area code)  1034-7981

CHIEF COMPLAINT(S) (Include symptom(s), duration)
Lac on Back (rusted pole)

SEX: M   AGE: 3

POSSIBLE THIRD PARTY PAYER?
- [ ] YES  [ ] NO

**VITAL SIGNS**

| TIME | |
|---|---|
| BP | |
| PULSE | |
| RESP. | |
| TEMP. | |
| WT. (Child) | |

DESCRIBE (1) Subjective data (Pertinent History); (2) Objective data (Examination - include results of tests and x-rays); (3) Assessment (Diagnosis); (4) Plan (Treatment/Procedures - include medication given and follow-up)

TIME SEEN BY PROVIDER  1810T / 1820

3 yo WO → sustained laceration to his Back 2° piece of metal — linear vertical laceration c̄ adequate hemostasis. tetanus UTD.

O: alert, O×3, N AD
Vertical linear 3cm laceration c̄ 5mm depth
no subcut violation noted
1% Xylocaine local anesth
irrigated Betadine/NS
continuous 3-0 ethelon suture used to close defect c̄ good closures & approximator sterile dressing applied.

**CATEGORY** (See reverse)
- [ ] EMERGENT
- [ ] URGENT
- [X] NON-URGENT

**ORDERS**

| ORDERS | INITS. | TIME |
|---|---|---|
| irrigate Betadine/NS | | |
| 1% Xylocaine 10cc syringe | | |
| long 25 gauge ned | | |
| #8 blades | | |
| 3-0 ethelon suture | | |
| facial set | | |

**ASSESSMENT/DIAGNOSIS**
Laceration Back — sutured

**DISPOSITION** (Check all that apply)
- [X] HOME  [ ] FULL DUTY

**QUARTERS**

| 24 Hrs. | 48 Hrs. | 72 Hrs. |
|---|---|---|

**MODIFIED DUTY UNTIL:**

| DAY | MONTH | YEAR |
|---|---|---|

REFERRED TO (Indicate clinic)
Gen Surgery

| [ ] EMERGENCY | [ ] TODAY |
|---|---|
| [ ] 72 HOURS | [X] ROUTINE |

ADMIT TO HOSP/UNIT/SERVICE

**CONDITION UPON RELEASE**
- [X] IMPROVED  [ ] UNCHANGED
- [ ] DETERIORATED

TIME OF RELEASE: 1900

PATIENT'S IDENTIFICATION (Mechanical imprint) FOR WRITTEN ENTRIES GIVE: Name - last, first, middle; SSN; DOB, service status, name and relation of sponsor or next of kin. (IMPORTANT: LIST FACILITY HOLDING TREATMENT RECORD).

02  352b2  9513
TROYA, DANIEL
830422 N DEP AD ARMY
PV2 TROYA 00  1411

Troya013403

SIGNATURE OF PROVIDER AND ID STAMP
[signature] CPT MC

INSTRUCTIONS TO PATIENT (Include medications ordered, any limitations and follow-up)
keep dry and clean — remove dressing in 2 day - return if any problems with infection: redness, pain, + swelling. Sutures out in 10 days.

(CONTINUE ON SF 507, IF NEEDED)

EMERGENCY CARE AND TREATMENT

STANDARD FORM 558 (REV. 6-82)
Prescribed by GSA and ICMR
FPMR (41 CFR) 101-11.806-8

NSN 7540-00-634-4178                                                                 600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

SURGICAL CLINIC
APR 06 1987
DARNALL ARMY HOSPITAL
Ft. Hood, Texas 76544

3y/o 𝒪̄𝒸 Laceration Back
Side of ⓛ back X 10 Days —
Sutures Not ready for
Removal RTC 10Apr87
for Suture Removal.
— Pfc Denise Mahoney
9LA10 - ⓥ

SURGICAL CLINIC
APR 10 1987
DARNALL ARMY HOSPITAL
Ft. Hood, Texas 76544

S/ 3/V/o⁰ returning for suture
removal in his back X 14d
o/ good heal
p/ remove sutures, steri strip,
RTC PRN —
— Teresa Mursford, PA

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

02   35262 9513
TROYA, DANIEL
830422 M DEP AD ARMY
PV2 TROYA OO 1411

| RECORDS MAINTAINED AT: ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle initial)* | | | SEX |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE.    STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

558-102     (See Instructions on Back of this Sheet)     NSN 7540-01-075-3786

## EMERGENCY CARE AND TREATMENT
(Medical Record)

**TREATMENT FACILITY (Stamp):** ER

**LOG NUMBER:** 37

| ARRIVAL | | TRANSPORTATION TO HOSPITAL (Attach care enroute sheet) | CURRENT MEDS. (tetanus immunization and other data) | HISTORY OBTAINED FROM |
|---|---|---|---|---|

**DATE** — DAY 6 | MONTH JAN | YR. 88    **TIME** 1010

TRANSPORTATION: [✓] PRIVATE VEHICLE   [ ] AMBULANCE   [ ] OTHER (Specify)

CURRENT MEDS: ∅

HISTORY OBTAINED FROM: [ ] PATIENT [✓] OTHER (Specify) Mother

**ALLERGIES:** ∅

**PATIENT'S HOME ADDRESS OR DUTY STATION (City, State and ZIP Code):** 608 Wisconsin

**HOME TELE. NO. (Inc. area code):** 634-7951

**CHIEF COMPLAINT (S) (Include symptom(s), duration):** rash

**SEX:** M   **AGE:** 4

**POSSIBLE THIRD PARTY PAYER?** [ ] YES [✓] NO

### VITAL SIGNS

| | |
|---|---|
| TIME | 1257 |
| BP | |
| PULSE | 94 |
| RESP. | 18 |
| TEMP. | 99(P) |
| WT. (Child) | 40 lb ~20 kg |

**CATEGORY (See reverse):** [ ] EMERGENT [ ] URGENT [✓] NON-URGENT

| ORDERS | INITS. | TIME |
|---|---|---|
| epi 1:1000 0.15 cc | S6 | 1403 |

**ASSESSMENT/DIAGNOSIS:** Urticaria

**DISPOSITION (Check all that apply):** [✓] HOME [ ] FULL DUTY

QUARTERS: [ ] 24 Hrs. [ ] 48 Hrs. [ ] 72 Hrs.

MODIFIED DUTY UNTIL: DAY / MONTH / YEAR

**REFERRED TO (Indicate clinic):** PEDS
[ ] EMERGENCY [ ] TODAY
[ ] 72 HOURS [✓] ROUTINE
ADMIT. TO HOSP. UNIT/SERVICE

**CONDITION UPON RELEASE:** [✓] IMPROVED [ ] UNCHANGED [ ] DETERIORATED

**TIME OF RELEASE:** 1340

**PATIENT'S IDENTIFICATION** (Mechanical imprint) FOR WRITTEN ENTRIES GIVE: Name - last, first, middle; SSN, DOB, service status, name and relation of sponsor or next of kin. IMPORTANT: LIST FACILITY HOLDING TREATMENT RECORD).

02   35262 9513
TROYA, DANIEL
830422 H DEP AD ARMY
PV2 TROYA DD 1411

Troya013405

**DESCRIBE (1) Subjective data (Pertinent History); (2) Objective data (Examination - include results of tests and x-rays); (3) Assessment (Diagnosis); (4) Plan (Treatment/Procedures - include medication given and follow-up)**

**TIME SEEN BY PROVIDER:** 1330

Rash (late Urticaria) since yesterday, NO SOB
4 yo c̄ 16 h of ↑ pruritic — lotohs
warm, raised rash starting DSY
on trunk/back → upper
trunk → legs ∅ soles/palms
No known allergen exposure
bites/ingestion. ∅ SOB, stridor/wheeze

PMH
FSH
Med  } ∅
All

O. NAD, WDWM c̄ urticaria
over trunk, legs, arms — a little on
face. Lungs — clear CVRRS(?)/∅
∅ Stridor ∅ oral lesion — THs — benign
Abd — soft, NT

A - Urticaria — unknown Allergens

P. SQ epi, Benadryl 12.5 mg/5cc
7½ cc q 4h prn

(CONTINUE ON SF 507, IF NEEDED)

**SIGNATURE OF PROVIDER AND ID STAMP**

**INSTRUCTIONS TO PATIENT** (Include medications ordered, any limitations and follow-up plans)

Benadryl 1½ tsp every 4 hours
as needed
— PEDS FU persistent
Return Short of Breath/wheeze

EMERGENCY CARE AND TREATMENT     STANDARD FORM 558 (REV. 6-8) Prescribed by GSA and ICMR

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |

ORTHOPEDIC CLINIC    AUG 4 1987    1015/ Wilkerson
DARNALL ARMY HOSPITAL
FORT HOOD, TEXAS    *[handwritten clinical notes]*

ORTHOPEDIC CLINIC    MAR 25 1988    1300/ Wilkerson
DARNALL ARMY HOSPITAL
FORT HOOD, TEXAS    *[handwritten clinical notes]*

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

PATIENT'S NAME *(Last, First, Middle initial)*    SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.    DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (Rev 5-84)

Troya013406

EMERGENCY CARE & TREATMENT -                                    LOG NUMBER: 123

ARRIVAL DATE: 03 SEP 1988 TIME: 20:37 | MEDICATIONS:      | ALLERGIES: NKA
TRANS TO HOSPITAL VIA: PRIV VEHIC        |   Tylenol       |
HISTORY OBTAINED FROM: MOTHER            |                 | TETANUS:

ADDR: 608 WISCONSIN APT B, KILLEEN, TX 76541              | PHONE: 817-634-7951
CHIEF COMPLAINT: FEVER/HEADACHE/ACHE ALL OVER            | SEX: M    AGE: 5

| VITALS | | BACTI | | 3RD PARTY PAYER: N |
|--------|--|-------|--|-----------------|
| TIME: 2053 | | X-RAY | | TIME SEEN: 2100 |
| BP ST: | | EKG | | |
| BP DI: 93 | | ORTHO EQUIP LOAD | | ... EMERGENT |
| PULSE: 93 | | ON FLIGHT STATUS | | ... URGENT |
| RESP: | | ASSAULT | | ... NON-URG |
| TEMP: 101.1 | | HEAT INJURY | | |
| WT (CHILD): 20.7Kg | | | | |

ORDERS          INITS    TIME

ASSESSMENT/DIAGNOSIS

======DISPOSITION======
✓ HOME      ... FULL DUTY
... QUARTERS
... 24H    ... 48H    ... 72H

... MODIFIED DUTY UNTIL:
DAY:___ MON:___ YR:___

✓ REFERRED TO: CAPS
... EMERGENCY   ... TODAY
... 72 HOURS    ✓ ROUTINE

... ADMITTED TO:

... OTHERS: ___

CONDITION UPON RELEASE:
... IMPROVED   ... UNCHANGED
... DETERIORATED
TIME OF RELEASE: ___

PATIENT IDENTIFICATION
TROYA, DANIEL
CAT: DEP/ADA
FMP/SSN: 02/352629513
DOB: 22 APR 1983
NOK: TROYA, DANIEL
PMTF:

SIGNATURE/PROVIDER/STAMP
D/SP4

INSTRUCTIONS TO PATIENT

Troya013407

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|--------------------------------------------------------------------------|

*Darnall Army Community Hospital Ft. Hood, Tx*
*Pediatric Clinic*
Date *SEP 03 1988*
Time
Age
Wt 45½

Dr. K. 1530

5 y/o _fever/headaches_ _weekly_
stomachach

_c/s ENT normal_
_neck supple_
_lungs clear_
_Abd soft nontender_

(1) Gastro
(2) rest, fluids, Tylenol
_prn_

☆ U.S. Government Printing Office: 1985—491-003/43152

Troya013408




Partnership Program / Medical Release Form

**Patient/Sponsor Information (Items 1 through 18 to be completed by the beneficiary/patient or sponsor).**

| 1. PATIENT'S NAME (Last name, First name, Middle initial) | 2. PATIENT'S DATE OF BIRTH | | | 7. SPONSOR'S NAME (Last name, First name, Middle initial) | |
|---|---|---|---|---|---|
| Troya Daniel A | MONTH 4 | DAY 22 | YEAR 83 | Troya Lorenzo A | |

3. PATIENT'S ADDRESS (Street, city, state, ZIP code)
608 Wisconsin Apt B
Killeen Texas 76541

PHONE NO. (include area code) 817-634-7951

| 4. PATIENT'S SEX ☒ MALE ☐ FEMALE | 8. SPONSOR'S SOCIAL SECURITY NO. OR VA FILE NO. | 9. VA STATION NO. |
|---|---|---|

5. MILITARY/VA IDENTIFICATION CARD

CARD NO. N504,038 A

| 6. PATIENT'S RELATIONSHIP TO SPONSOR | 10. SPONSOR'S DUTY STATION OR ADDRESS FOR RETIREES |
|---|---|
| ☐ SELF ☐ SPOUSE ☒ NATURAL or ADOPTED CHILD ☐ STEPCHILD OTHER (Specify): | A CO. 1/67 AR 2AD |

| ISSUE DATE | | | EFFECTIVE DATE | | | EXPIRATION DATE | | |
|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | MONTH | DAY | YEAR | MONTH | DAY | YEAR |
| 10 | 25 | 86 | | 1-15-89 | | 3 | 15 | 89 |

14. DO YOU HAVE OTHER HEALTH INSURANCE? ☐ YES ☒ NO
IF YES, ENTER NAME OF OTHER PLAN OR PROGRAM:

JUL 09 86

| 15. IS CONDITION WORK RELATED? ☐ YES ☒ NO | PHONE NO. (include area code) 817-287-2821 | |
|---|---|---|
| MILITARY SERVICE RELATED? ☐ YES ☒ NO | 11. SPONSOR'S BRANCH OF SERVICE ☒ USA ☐ USAF ☐ USMC ☐ USN ☐ USCG ☐ USPHS ☐ NOAA ☐ VA | 12. SPONSOR'S GRADE/RANK E-4 |
| AUTOMOBILE ACCIDENT RELATED? ☐ YES ☒ NO | 13. SPONSOR'S STATUS ☒ ACTIVE DUTY ☐ RETIRED ☐ DECEASED | |

ADDRESS

CITY                    STATE            ZIP

14a. TYPE OF COVERAGE:
☐ EMPLOYMENT (GROUP)   ☐ MEDICAID   ☐ STUDENT PLAN
☐ PRIVATE (NON-GROUP)  ☐ MEDICARE   ☐ OTHER:

14b. OTHER IDENTIFICATION NUMBER     14c. EFFECTIVE DATE
                                     MONTH   DAY   YEAR

14d. OTHER PROGRAM THROUGH EMPLOYMENT?
EMPLOYER NAME:

I request that payment of authorized benefits be made on my behalf to ___the___ Partnership Plan Provider , for any services furnished me by that physician. I authorize any holder of medical information about me to release to OCHAMPUS and its agents any information needed to determine these benefits or the benefits payable for related services.

_Maria Troya_                                    9-3-88
Patient's Signature                              Date

Expiration Date: _____

_____ OK

Witness

FH MDA Form 855 (Revised)
1 Mar 88

Troya013409

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**2 1 OCT 1988**

1100/Wilkerson

ORTHOPEDIC CLINIC
DARNALL ARMY COMMUNITY HOSPITAL
FORT HOOD, TEXAS  76544-5063

*[handwritten clinical notes, illegible]*

PATIENT'S IDENTIFICATION

| | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Troya013410

NSN 7540-00-634-4176                                                                    600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|

FEB 0 1 1000
0950

PRIMUS HEALTH CARE CENTER
KILLEEN

VS: wt. HT     T 98⁸                    NKDA

S: 5 y.o. presents c̄ vomiting + diarrhea since
yesterday. Ø fever @ home. s/s ↓ today

O: Hemt: ∅ nasal congstn  ms: -clea mnot -or

LUNGS /√

Heart /

BA ⊕BS  soft ∅ ↑ BS

A: Acute Gastroenteritis improving

P: Phenergan 25mg q 6-8  # 8

F/U p~

Clear Fluids

E/Spencer

Edward Spencer, M.D.
PRIMUS - Killeen

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: ▶ | | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle initial) | | SEX |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| 02-35262 9513          04/22/83 TROYA, DANIEL A.    (817)634-7951 A/1/67AR/2AD         A50 608 WISCONSIN  APT B    A50/ KILLEEN            TX 76541 | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

Troya013411

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-6
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505