**AFFIDAVIT OF JULIO PEREZ**

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, on the 13th day of April, 2016, personally appeared Julio Perez, who produced Fla Driver License as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.   My name is Julio Perez. I am a friend of Daniel Troya.

2.   I grew up in the same neighborhood as Daniel Troya. I attended Conniston Middle School and Forest Hill High School.

3.   I met Daniel Troya in 7th or 8th grade. Danny was a clown, a comedian, who liked to make everyone laugh. We hung out almost every day.

4.   Danny and I would ride around on bikes and go to my mother's house. We would hang out at the gas station on Belvedere and Lake, across the street from the strip clubs. We would talk about cars and joke about the people going in and out of the gas station and strip clubs.

5.   Conniston was riddled with gangs. Drugs were not a part of my life. You would see prostitutes on Dixie Highway, but I didn't live right next to it where Danny did. Danny's problems must have occurred at night, since I was not allowed out at night or on overnights, and I was not with him when these things would happen.

6.   I was with John Pierre Kamel two weeks before he was shot when Tronneal Magnum shoved John after he asked for his watch back. I accompanied John to the principal's office to report the incident. Tronneal quit being friends with me after John went to the principal's office.

7.   I was late to school the day of the John Kamel shooting. There was a lot of commotion when I arrived. I roamed the hallways and then went into home room. My mother picked me up and took me home and I saw what happened on the news.

//

Page **1** of 3

8.  Danny told me he held John Kamel after he was shot.

9.  The full effect of John Kamel getting shot did not hit me until a day after the shooting, and then I became incredibly sad and filled with grief. John was a nice, friendly guy.

10. Conniston divided students into "A" and "B" groups. The divisions were arbitrary and had nothing to do with performance or behavior in class. Danny and I were not in the same group.

11. Danny protected me by not bringing me along with his other, mainly older, friends that he got into trouble with..

12. The first time Danny went to jail, we were hanging out and Danny was picked up by two kids. They went off and after that he was in court for something he didn't do. Danny was in a stolen car with the people who stole it, but he himself had nothing to do with the theft. However, he wouldn't snitch. Prison messes people up. That's what happens to most people in prison.

13. I was there when Carol Pawloski was hitting Danny. I testified about it at Danny's trial. Carl's Mom, Carol Pawloski, was drunk all that day, which was typical. When she drove up she almost ran into us. When she started yelling and slapping Danny, he pushed her and she stumbled and fell.

14. The real Danny is pure of mind. But when he hung with tough people, he adapted to them and their lifestyle.

15. Danny is the kind of guy that will step in if anyone threatened his friends. He was a caring protector who stood up for his friends.

16. I stayed in touch with Danny while he was in prison writing back and forth. He has told me about getting beaten by the officers while he was there.

17. Danny tried to get jobs after he got out of prison in 2003. He would be told no because of his record even though he truly wanted to work at a normal job.

18. I met with the investigator from Danny's trial team prior to his trial and answered all of her questions. She did not ask as many questions as Danny's

current investigator. If she had, I would have answered them to her. I was willing to testify then and am willing to testify again if necessary.

19. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of April 2016.

Julio Perez

**STATE OF FLORIDA**
**COUNTY OF PALM BEACH**

The foregoing Affidavit of Julio Perez was acknowledged before me this 13th day of April 2016 by Julio Perez , who produced Fla Driver License P620-432-83-017 as proof of identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

NOTARY PUBLIC

SHARON L. MERCER
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE208130
Expires 6/13/2016

Page **3** of **3**