## DECLARATION OF ISIDRO "TITO" TORRES

STATE OF ILLINOIS
COUNTY OF JOHNSON

BEFORE ME, on the 14th day of April, 2016, personally appeared Isidro "Tito" Torres, who produced a prison ID Number K79641 as identification, who after being duly sworn, acknowledges that the matters set forth in the foregoing are true and correct.

1.   My name is Isidro Torres, people call me Tito. I am the uncle of Danny Troya and the brother of Maria Mendez Troya.

2.   I first remember living at 4917 North Sawyer Street in Chicago. I lived there with my mother, five brothers, six sisters, and sometimes my cousin Elvis from Puerto Rico. I do not ever remember living with my father.

3.   I was a bad kid — hard-headed with a bad temper. My family has many photos of me as a child with my fists in the air, fighting with my sisters and brothers.

4.   The area surrounding my home was a gangland war zone. I remember at one time or another all my sisters had gangland boyfriends. It was my mother's logic to make my sisters take me with them when they went out; she thought to the store, but really it was to meet with their boyfriends, who were thieves and gang members. I don't remember the name of Maria's boyfriend, but Milly went out with a guy named Fred, who she left for a black gang member. Meche went out with Willie Rivera. Magda went out with a Colombian dealer named Juan, but cheated on him with a member of the Viceroys. Isabel went out with Salvador Valdez, known as Chocolate, who was later locked up for being serial rapist. I also saw my own brothers, Moises and Manuel — the supposedly straight ones — snort coke. This was my first exposure to the criminal world.

5.   I remember a race war that was going on in the neighborhood in my early childhood. I remember when I was in the first or second grade that a group called the Syrian Eagles was going to rumble with the neighborhood Puerto Ricans. This was after my cousin Elvis was injured after being hit by a car. My mother made me, my brothers and sisters go upstairs. My family moved out of the neighborhood right after that.

6. I was always angry and I don't know why. I got into my first fights at Hibbard Elementary School, against blacks and Syrians. I don't remember why I would get into fights. I was a very little kid. I remember that everyone would mispronounce me and my brother Ipolito's names. They called me "Isidore" instead of Isidro. It was a very divisive neighborhood, between blacks, Haitians, Latinos.

7. Things got worse at Lafayette, where I transferred after my mother, Lydia, moved the family from Sawyer Street to the corner of Chicago and California Streets in the Humboldt Park area. This was a time when there were the biggest gang explosions in the area where we had moved. There were fights in school every single day, between various rival Latino gangs, gangs of blacks, and a gang called the C-Notes, which was an acronym for the Chicago National Organization to Eliminate Spics. Because me and my brother Poli were light-skinned, we weren't automatically pegged as Latino, and as such often avoided getting beaten by the C-Notes.

8. School hadn't been so violent for my older brothers and sisters, who'd already, either graduated or didn't finish school. Most of my Mendez siblings finished high school, while most of the Torres siblings did not. Of the Torres siblings, only Irma, Poli — who graduated thanks to a Job Corps program — and Juanito, who, as the youngest, was spoiled, graduated high school. I feel that none of my brothers and sisters related to me and instead threw me to the wolves.

9. I passed all my classes without struggling. However, no one was around to encourage me to study rather than fight and do drugs. To this day, when I am allowed, I study in jail, to be a drug counselor. I am almost accredited as a peer educator in a twelve-step program.

10. Today, reflecting on my getting involved in drugs, violence and gangs instead of studying, I feel that I only had limited choices. Before I knew how to drive, I knew how to break into and steal a car. I had no clothes so I broke into houses to steal them. I had no money, so I would give what I stole from houses to other guys who would fence the stolen goods for me.

11. By the time I was in sixth grade, I joined the Imperial Gangsters, with a tattoo on my leg to prove it. The sixth grade is my last year of officially going to school, although I continued to go sometimes in the seventh and eighth. There were fights every single day.

12. I was called Little Mad Dog, or Little M Dog, after the founder of the Imperial Gangsters, who was called Mad Dog.

13. I didn't want to go to school because I didn't want to get into all those fights, and I didn't want to be with my siblings because I was afraid they would get caught up in gangs as I did. I believe my brother Ipolito might have turned out to be a gang member if he hadn't been sent to Florida to live while a teenager.

14. The summer when I was 12, a good friend of mine named Peter Cruz was murdered by members of a rival gang, the Maniac Latin Disciples, with whom the Imperial Gangsters were at war. Shortly before my 13th birthday, my best friend, Hector Ramos (known as "Flintstone") was also murdered. I remember that instead of having a good time on my birthday, I cried all day because of the murders.

15. Soon after, another friend of mine named Baby was murdered after gang members threw him off the piers in Chicago. A girlfriend was also murdered — shot through the head — after a gang member grabbed her and used her as a shield in a shootout.

16. At that point, I went off the deep end. After seeing so many of my friends murdered, particularly Flintstone, I feel they made a "natural born killer" out of me. Even though less than 30 days after the killing of Flintstone, the Imperial Gangsters and the Maniac Latin Disciples declared a truce and stopped their war, I shot another Maniac Latin Disciple anyway. This was less than a month after my 13th birthday. I had a GI Joe in one pocket and a .25 semiautomatic in the other.

17. Shooting a Maniac Latin Disciple after the truce was considered a violation of the Imperial Gangsters. So I was violated out. The other gang members thought I would do everything I could to get back in, but I told them, "Okay, I'll be back." Meanwhile I hooked up with a member of the Ashland Vikings, and began to hang out with them. I was a one-man wrecking machine. I wanted to continue to seek revenge against the Maniac Latin Disciples. They had just killed my brothers, my friends who were more brothers than my brothers. My own brothers had their own lives to attend to, and my sisters were interested in the fathers of their babies. My own family threw me to the wolves.

18. My sister, Mercedes, known to everyone in the family as Meche, was the only one in the family that I could count on. But one day she disappeared, after escaping to Atlanta from her abusive husband Willie. Without her around to emotionally support me, I began to use drugs every day.

19. After the murders of Flintstone and my other friends, I began to use drugs to numb myself. I graduated directly from smoking marijuana to heroin. Cocaine and crack, which were easy to sell, were for business rather than consumption.

20. I don't even remember the first time I tried heroin, but it was especially dramatic for me to begin using it. In those days, the drug was prohibited among Latino gang members. It had devastated the gang community in the 1960s and 1970s, and so in the Latino gangs there were serious consequences if anyone used it.

21. I found it because I lived on the border of an area in Humboldt Park where blacks and whites — who were allowed to use heroin — had it.

22. By the time my mother realized what was going on with me, it was too late to stop me. She was also too busy, as she worked every day.

23. My siblings are divided — the Mendez siblings more or less stick together, as do the Torres siblings. But no one was keeping an eye on me or what was going on with me. I would sometimes be away from home for three or four weeks, staying in the homes of other gang members. I called their mothers "Mom" and felt that they were more brothers to me than my own brothers.

24. Because I was a "skinny little kid" in a Spiderman shirt — and as such no one was paying attention to me — the older guys in the gang taught me how to shoot and be an enforcer. I went around shooting guys in their 30s and 40s with houses and cars. These were grown-ass men who killed little-ass kids. The reason the adults killed the teenagers was that they belonged to rival gangs. I was sent to juvenile correctional institutions for shooting people. I have never been convicted of killing anyone.

25. Although the Maniac Latin Disciples and the Imperial Gangsters were at war, everyone was in opposition to the Latin Kings since before time. They would all gang up against the Latin Kings.

26. In one of the house robberies, which I committed with my sister Isabel's boyfriend, who was also an Imperial Gangster, I found a stash of guns and bullets. I stuck them all in a golf bag — there were rifles and shotguns hanging out of it — and walked 13 blocks home. No one stopped me or said anything. I fought a war with those guns. However, things began to heat up for me in Chicago. Prices were put on my head.

27. I began to hang out with Carlos Fortineaux Sr.'s brother, Pedro, who had a shop on the South Side of Chicago, where no one knew me. Pedro was good to me, he saw my struggles. However, one day, outside the shop, a Maniac Latin Disciple confused me with someone else, took out a gun and aimed it at me. But it jammed up. I produced my own gun and shot the other guy in the wrist and the face, without killing him. I was locked up, but then sentenced to five years of probation. It was considered self-defense since the other guy had pulled a gun first. My probation officer knew me from before and didn't like me. She knew I was a gang member. After violating parole, I was sent to the St. Charles Youth Center at 15 or 16 years of age. There was no mentoring, no counseling, no vigilance of the officers — it was a free-for-all of fighting and rape. Prisoners were there to the age of 21, and this is where I really learned how to fight.

28. During a fight, someone broke my nose and busted my head. The day that the prisoners played softball, I got a bat and got my revenge on the guy who had beaten me. For that I was sent to Illinois Youth Center in Harrisburg, which was where the worst juveniles were placed. I fought there every day, not only prisoners, but guards as well. My nose was split open. It is crooked to this day on the left side of my face.

29. At Harrisburg there was a practice called Tuesday Night Fights. If a 21-year-old prisoner didn't like a 12-year-old, all he had to do was say so to the guards, and a fight between the two prisoners would be obligatory. If the 12-year-old refused to fight, he would be beaten by the guards. After being beaten, if a prisoner sought health care or tried to tell anyone, he would be beaten even worse.

30. I don't have love in my heart any more. I wasn't in those places for more than nine months. But I never got right. I still have trust issues. The only ones I've loved in my heart are Danny, Meche and Poli. I am the alien in the house.

31. At a certain point as things were getting worse and worse. My mother, Lydia, sent me to Jacksonville to live with my sister Irma and Irma's husband. I stayed there for a short time and got a job in a Pick 'n' Save. I felt I had moved from the city to the country and everything went by in slow motion. Women were easy pickings — they were attracted to a guy from Chicago who wore Air Jordan's. I fell in with a bad crowd. Irma's husband, who was in the Navy at the time, had shipped out, and Irma would be at work. So I hung out with the bad crowd.

32. Guns that cost $300 or $400 on the streets of Chicago were available for $25 or $30 in Florida. I got a lot of them together, sent them by mail to friends in Chicago, and made about $2,000 in the process. It was the most money I'd ever had at the time.

33. One of the bad crowd I hung with took Irma's car for a spin and brought it back. I didn't even know that the guy had done it. But a neighbor saw and told Irma. After that, she and her husband threw me out. I was upset because Irma and George knew that he didn't know how to drive.

34. I went back to Chicago and before I even unpacked my bag, I was back in gang activity. I sold crack in an area called the Devil's Side. One day there was no traffic; it just seemed eerily and suspiciously quiet to me. On a good day I would make $900 or $1,000 selling crack, but this day no one was around. I walked down the block and saw police barricades around the corner and took off. Soon after, helicopters flew overhead. I had just missed getting busted in Operation Diamond, in which many members of Imperial Gangsters were sent to jail. But since I believed I was on the police radar, I packed a bag, went to the Greyhound station and got a ticket for West Palm Beach. Along the way I called Maria and Lorenzo and told them I was coming.

35. When I lived in Jacksonville with Irma and her husband, I had visited West Palm, and knew that Maria and Lorenzo had good hearts. They had been at work a lot, though, and mostly I hung out with Danny. I had him at the hip. At the time, Danny was only about 13. This time, when I came back to Florida I believe I was in my late teens and Danny was in his early teens.

36. I lived with Maria, Lorenzo, Danny, Alex, Mariette and Poli, who was also living with the Troya's. I wanted to find out what West Palm Beach was like, so Danny took me everywhere and showed me around. He took me to the Intercoastal Highway, where mangoes were falling off the trees. He took me

to the nearby store, where all the Cubans and Puerto Ricans hung out, near Conniston Middle School. I hung out with Danny every single day. I believe that at the time Danny was in the 7th or 8th grade.

37. I taught Danny by example rather than telling him anything, since we were together every day. Danny watched me pick up girls. I remember one girl whose father was a jeweler. She was so pretty. I would go to her house to have sex with her while Danny swam in the pool. I am pretty sure that she gave me a ring that belonged to her father, and later regretted it, but I didn't want to give it back to her. He had a lot of rings. Danny saw all that.

38. I showed Danny how to pick up girls. I told him, "A closed mouth doesn't go anywhere. Have balls and approach the female." He saw that I'm not the handsomest guy in the world and I sure wasn't rich and yet I was getting 10 out 10 of them. I had fancy Air Jordan's, I was from Chicago. Danny wanted to know how I got those girls without a job or a house or a car.

39. I remember walking with Danny and seeing a big argument between Latinos and blacks. Danny wanted to move away from the altercation, but to me it was nothing. I told Danny, "If this was the city, I would have come around and shot this group up. You see those guys whooping and hollering? The one that comes up on you unexpectedly in a crowd is not going to be one of the ones who are whooping and hollering."

40. I told Danny, If you decide to commit a crime, do it all out. Don't do half steps. Danny impressed me because he really listened; if I told him something once I didn't have to repeat it. Danny understood the first time. I didn't know how to drive, but I explained to Danny how to steal a car and he could explain it back to me. I taught Danny about how gangs operated, and showed him what gang graffiti looked like. Later, Danny showed me examples of the same graffiti in West Palm Beach, which is how we learned there were Imperial Gangsters locally.

41. I explained to Danny what loyalty and friendship meant among gangs. I told him about Flintstone, and showed him a tattoo I have on my back with Flintstone's name. I told him how important this loyalty was, and that if one of our guys died, easily 20 or 30 people could have died in retaliation. We were together, all the time.

42. Danny liked the way that I dressed. I had a limited-edition Roberto Clemente button-down Pittsburgh Pirate shirt. Danny admired it and I gave it to him, right off my back.

43. At the time, Danny had few friends. I can't remember any of them. Danny was very observant. Danny knew how to put two and two together. Danny never shared any of his problems with me. I think Danny was being discreet because I would have fucked someone up if he told me.

44. My story and Danny's story are alike. Our moms worked. Our older sisters and brothers didn't watch over us. We had no supervision.

45. I remember Danny getting in trouble for something while I was in West Palm Beach, but I can't recall the particulars. I remember his mother, Maria, yelling at him. She doesn't whup her kids so she must have been really mad.

46. I remember an incident at a girl's 15th-birthday party, such parties are very big in the Latino community and represent, more or less, a girl's coming of age despite her youth. The party was for a friend of Mariette. I was dancing with some girls, but I began to notice that I was getting dirty looks from another man. I told Lorenzo and Maria that we should leave. We walked outside and there were indeed men who came out to give me dirty looks.

47. Wherever I go, I meet the elements. One day outside of a restaurant near Danny's house, he and I saw a Hispanic guy fighting two black guys. Although the Hispanic was a total stranger, I stepped up and said, "Let's make this two and two." The black guys left.

48. The Hispanic guy's brother was the biggest drug dealer in the area and now they knew both me and Danny. Two days later, the guy we helped picked me up in the family car and brought me to his brother. He lived in a beautiful house in a beautiful neighborhood. "This is my area," the dealer said. "If you need anything, let me know." He gave me as a gift, a bag full of twenty-dollar bags of cocaine.

49. I sold the stuff. Danny saw all that. He was with me every day.

50. Before Danny's arrest in 2006, I received a letter from him saying that he was struggling and unemployed; nothing was working out for him. He asked for help, but I was unable to send him any money. I told Danny that whatever he

was thinking of doing, be it a legitimate job or criminal activity, he should go all in.

51. I'm so mad now about what's going down. I sometimes feel like I deserve to be in his shoes. I deserve to die for all the stupid shit I did my entire life. I don't know if I had the choice. I've been doing this since the sixth grade. If I'm wearing good clothes and good shoes, I'm a dressed-up garbage can. I'm a gangbanger and a drug addict. Did I push Danny into it? Did he see my life, and there was no going back for him?

52. I can't sleep since Meche told me about Danny. I could be in his shoes. By the grace of God, I'm not. I've been in a lot of fights. I've overdosed on purpose. I've never been convicted of murder.

53. He was more my brother than my own brothers. I have to take responsibility for this. Did I put all this in his head? I was a kid, I didn't know any better. I didn't think I would live to 17. I was Little Mad Dog. When I was 16 we did a Ouija board and I was found to be the most likely to die next. I thought I would die any day. I didn't care.

54. Lorenzo, Doña Maria, Paco and all the girlfriends that I had made all tried to convince me to stay and start over in West Palm Beach. But I was too wrapped up in Chicago and the Imperial Gangsters.

55. West Palm Beach was an episode for me. I was there without a job. Outside of those bags of coke, I didn't earn any money. I didn't need it. I ate and slept at Maria's house, and had sex with various women. I didn't take them out — they lived in big, beautiful houses, so it was better to hang out at their homes. I wasn't there to wine and dine them.

56. When I was locked up at the Western Illinois Correctional Center in Mount Sterling, I was visited by an investigator who claimed to be working on Danny's case, who began to ask me questions. The man didn't give me a business card or anything, and I asked who he was. He said he was a federal investigator and I asked if he was working on Danny's defense. He said no, so I refused to talk with him.

57. Later, I got a phone call from someone else who claimed to be on Danny's defense team. My memories are vague about this call. I remember having a brief conversation, and then I got suspicious so stopped talking to this person.

58. I remember members of Danny's team eventually visiting me and I answered all of their questions. I was willing and available to testify on Danny Troya's behalf then and I am still available to testify if needed. Everything I have said in this affidavit is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

59. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of April 2016.

_____
Isidro Torres