

# DEPARTMENT OF JUVENILE JUSTICE
# FACE SHEET
### CONFIDENTIAL DOCUMENT

## YOUTH INFORMATION

**DJJID:**     275341

**Last Name:**  TROYA         **First Name:**  DANIEL         **Middle:**

DOB:   04/22/1983    Age:   25     Sex:   Male      Race:   White

Height:  6ft00in     Weight:  180   Eye Color:  Brown   Hair Color:  Brown

| HOME ADDRESS | MAILING ADDRESS |
|---|---|
| Address:     413 UPLAND ROAD | SAME |

City/State/Zip: West Palm Beach, FL 33401-
Phone #:       (561) 833-9372
ALT#:

### Residence County:   Palm Beach            Circuit: 15

## CRITICAL ALERTS

| DESCRIPTION | # OPEN | # CLOSED |
|---|---|---|

| SPECIAL ALERTS | | | ALIAS | |
|---|---|---|---|---|
| DESCRIPTION | START DATE | COUNTY | ALIAS TYPE | ALIAS NAME |

## MEMBER INFORMATION

| LAST NAME | FIRST NAME | MI | RELATIONSHIP | LIVES W/ YOUTH | WORK # | |
|---|---|---|---|---|---|---|
| Troya | Lorenzo | | Father | X | | |
| Troya | Maria | | Mother | X | | |

## CHARGES AND VIOLATIONS

| OFFENSE DATE | REF. ID | DESCRIPTION (LEVEL/DEGREE) | COURT DOCKET# | UNIT, JPO | LEGAL STATUS | DISPO DATE | ADJ | DISPO |
|---|---|---|---|---|---|---|---|---|
| 05/31/2000 | 1455479 | BATTERY - FELONY BATTERY RESULTING FROM GREAT BODILY HARM OR (F3) | 00-7407CF A02 | C15 Unit 107 - Riley, Stephanie | Closed | (1)06/28/2000 (2)10/13/2000 | (1)N (2)Y | (1)Invol Trnsf Court (Del/Juc Adult Sanctiol |
| 05/27/2000 | 1422142 | BURGL- - STRUCTURE CONVEYANCE UNARMED WO PERSON INSIDE (F3) | 00-3847 | C15 Unit 107 - Riley, Stephanie | Closed | (1)06/28/2000 (2)10/13/2000 | (1)N (2)Y | (1)Invol Trnsf Court (Del/Juc Adult Sanctiol |
| 05/27/2000 | 1422142 | LARC- - OVER 20000 DOLLARS UNDER 100000 DOLLARS (F2) | 00-3847 | C15 Unit 107 - Riley, Stephanie | Closed | (1)06/28/2000 (2)10/13/2000 | (1)N (2)Y | (1)Invol Trnsf Court (Del/Juc Adult Sanctiol |
| 04/29/2000 | 1393470 | BURGL TOOLS-POSSESS- - With Intent To Use (F3) | 00-2655 | C15 Unit 107 - Riley, Stephanie | Closed | 05/02/2000 | N | Nolle Prosequ |
| 04/29/2000 | 1393470 | LARC- - DUPLICATE (F3) | 00-2655 | C15 Unit 107 - | Closed | 06/07/2000 | Y | Commitment t |

| | | | | Riley, Stephanie | | | | JJP (Del/Jud) |
|---|---|---|---|---|---|---|---|---|
| 03/04/1999 | 1166381 | DISTURBING PEACE- - INTERFERE WITH SCHOOL ADMINISTRATION FUNCTIONS (M2) | 99-1607 | C15 Court Liaisons - Pagano, Robert | Closed | 08/04/1999 | Y | Probation - DJ |
| 03/04/1999 | 1166381 | RESIST OFFICER- - OBSTRUCT WO VIOLENCE (M1) | 99-1607 | C15 Court Liaisons - Pagano, Robert | Closed | 08/04/1999 | Y | Probation - DJ |
| 02/10/1999 | 1149365 | BURGL- - STRUCTURE CONVEYANCE UNARMED WO PERSON INSIDE (F3) | 99-1004 | C15 Court Liaisons - Pagano, Robert | Closed | (1)08/04/1999 (2)10/08/1999 | (1)Y (2)N | (1)Probation - Sup (2)Moneta (Del/Jud) |
| 02/10/1999 | 1149365 | VEH THEFT- - Grand Theft Auto - Grand Third Degree (F3) | 99-1004 | C15 Court Liaisons - Pagano, Robert | Closed | 08/04/1999 | Y | Probation - DJ |
| 11/08/1995 | 76195 | ASSAULT BATTERY- - ASSAULT AND /OR BATTERY -- NOT AGGRAVATED (OLD CIS ( ) | 95 6856 | | Closed | 12/04/1995 | N | JASP (Non Ju |

## COURT ORDERS

| OFFENSE DATE | REF. ID | DESCRIPTION | COURT DOCKET# | UNIT, JPO | LEGAL STATUS | DISPO DATE | ADJ | D |
|---|---|---|---|---|---|---|---|---|
| 06/07/2000 | 1416363 | Court Order - Detention Order | 00-2655 | C15 Unit 107 - Riley, Stephanie | Closed | 06/07/2000 | N | Other Dispo |

## PHYSICAL LOCATION

| REF. ID | PROGRAM NAME | PROGRAM TYPE | BEGIN DATE | ADMIT REASON | ADDRESS | PHO |
|---|---|---|---|---|---|---|

## LEGAL STATUS

| REF. ID | PROGRAM NAME | PROGRAM TYPE | BEGIN DATE | ADMIT REAS |
|---|---|---|---|---|
| 1422142 | End DJJ Custody | End DJJ Custody - Adult Sanctions | 04/03/2001 | Adult Sanctions |

## YOUTH PLACEMENT HISTORY

| REF. ID | STATUS | CUSTODY UNIT | ADMIT DATE | ADMIT REASON | RELEASE DATE | RELEASE I |
|---|---|---|---|---|---|---|
| 1422142 | End DJJ Custody-Adult Sanctions | End DJJ Custody | 04/03/2001 | Adult Sanctions | | |
| 1422142 | Intervention-County Jail | Adult Jail - 15th Circuit | 06/28/2000 | Direct File | 11/06/2000 | Court Order |
| 1416363 | Intervention-In-Transit | In-Transit - Detention - 15th Circuit | 06/07/2000 | Court order | 06/07/2000 | End of in-tr status |
| 1416363 | Intervention-Assessment Center | J A C - 15 Circuit - Palm Beach County | 06/07/2000 | Court Order | 06/07/2000 | Detained |
| 1416363 | Detention-Secure Detention | Palm Beach Regional Juvenile Detention Center | 06/07/2000 | Court Order | 06/28/2000 | Court order |
| 1393470 | Intervention-Intake | Intake - 15th Circuit | 05/20/2000 | New Charges | 06/07/2000 | Judicial han |
| 1393470 | Detention-Home Detention | Palm Beach Regional Juvenile Detention Center | 04/29/2000 | New Charges | 05/20/2000 | Detention P Expired |
| 1393470 | Intervention-Assessment Center | J A C - 15 Circuit - Palm Beach County | 04/29/2000 | New Charges | 04/29/2000 | Detained |
| 1149365 | End DJJ Custody-Terminated | End DJJ Custody | 03/22/2000 | Maximum sentence served - non-compliance | 04/29/2000 | New Charg |
| 1149365 | Intervention-Intake | Youth is at Home - 15th Circuit | 03/22/2000 | New Charges | 03/22/2000 | Commitmer |
| 1149365 | Intervention-Probation | Probation - 15 Circuit - D J J | 08/04/1999 | New Admission to Probation | 03/22/2000 | Commitmer |
| 1149365 | Intervention-Assessment Center | J A C - 15 Circuit - Palm Beach County | 02/10/1999 | New Charges | 02/10/1999 | Released |

Troya013424

| YOUTH'S CURRENT SCHOOL | YOUTH'S EMPLOYER |
|---|---|
| School: | Employer: Mc Donalds And Chevron Gas Station - Variou Duties At Two Employers |
| Address: | Mc Ds On Georgia Aven And Belvedere Chev ( Belvedere And Dixie Highway |
| City/State/Zip: | West Palm Beach, FL 33405 |
| Phone #: | No Phone # |
| Grade: | Contact: |
| Scheduled Hours: | 07:00AM - 09:00PM |

## YOUTH REQUIREMENTS INFORMATION

| REF. ID | TYPE | DESCRIPTION | COURT ORDERED | START DATE | END DATE | STATUS |
|---|---|---|---|---|---|---|
| 1166381 | Treatment Plan | | | 04/14/1999 | 08/14/1999 | Successfully Complet |
| 1166381 | Disposition Condition | | | 08/04/1999 | 08/05/1999 | Terminated |
| 1166381 | Counseling | | | 09/01/1999 | 01/28/2000 | Terminated |
| 1149365 | Restitution | 40.00 | | 08/16/1999 | 09/09/1999 | Pending |
| 1149365 | Disposition Condition | | | 08/04/1999 | 08/05/1999 | Terminated |
| 1149365 | Community Service | 100 | | 08/04/1999 | 06/21/2004 | In Progress |
| 1149365 | Disposition Condition | | | 08/04/1999 | 06/21/2004 | In Progress |

| RESTITUTION | | | | | COMMUNITY SERVICE | | | |
|---|---|---|---|---|---|---|---|---|
| REF ID | DATE UPDATED | AMOUNT | PAID | BAL | REF ID | DATE UPDATED | HRS | WORKED |

## COST OF CARE: REDUCTIONS & WAIVERS

| PROGRAM | REFERRAL ID | TYPE | AMOUNT | EFFECTIVE DATE |
|---|---|---|---|---|

## YOUTH NOTES
### Due to confidentiality requirements, all youth notes may not be displayed in this section.

| REF. ID | CATEGORY | TYPE | DESCRIPTION | LAST UPDATED BY(DATE) |
|---|---|---|---|---|

## CONTACT PERSONS

| JPO NAME | UNIT/CIRCUIT | ADDRESS | PHONE | EMAIL | JPO SUPERVISOR |
|---|---|---|---|---|---|

Top of Page

Troya013425



# FLORIDA DEPARTMENT OF JUVENILE JUSTICE

## EXPANDED FACE SHEET

Date: <u>April 3, 2001</u>

## YOUTH INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **DJJID** | <u>275341</u> | | | | |
| Last Name | TROYA | First Name | DANIEL | Middle Name | |
| DOB | 4/22/1983 | Age | 17 | Sex | Male |
| Race | White | Eye Color | Brown | Hair Color | Brown |
| Weight | 180 | Height | 6ft00in | CIS ID # | |
| Address | 413 UPLAND ROAD, | | | | |
| City/State/Zip | West Palm Beach, FL  33401 | | | | |
| Phone Number | (561) 833-9372 | | | | |
| Residence County | Palm Beach | Circuit | 15 | | |

## Aliases

| Type | Name |
|---|---|
| | |

## Special Alerts

| Description | Begin Date | County |
|---|---|---|
| | | |

## Member Information

| Member Name (Last, First, Middle) | Relationship |
|---|---|
| Troya, Lorenzo | Father |
| Troya, Maria | Mother |

## Charges

| Offense Da | Description | Ref ID | Court Docket | Unit, JPO | Disp Date | Adj | Disposition |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Offense Da | Description | Ref ID | Court Docket | Unit, JPO | Disp Date | Adj | Disposition |
|---|---|---|---|---|---|---|---|
| 5/31/2000 | BATTERY - FELONY BATTERY RESULTING FROM GREAT BODILY HARM OR (Closed) | 1455479 | 00-7407CF A02 | Unit 9-64 - Riley, Stephanie | 6/28/2000 | No | Invol Trnsf Adult Court (Del/Jud) (1st) |
| | | | | | 10/13/2000 | Yes | Adult Sanctions (2nd) |
| 5/27/2000 | LARC- - OVER 20000 DOLLARS UNDER 100000 DOLLARS (Closed) | 1422142 | 00-3847 | Unit 9-64 - Riley, Stephanie | 6/28/2000 | No | Invol Trnsf Adult Court (Del/Jud) (1st) |
| | | | | | 10/13/2000 | Yes | Adult Sanctions (2nd) |
| 5/27/2000 | BURGL- - STRUCTURE CONVEYANCE UNARMED WO PERSON INSIDE (Closed) | 1422142 | 00-3847 | Unit 9-64 - Riley, Stephanie | 6/28/2000 | No | Invol Trnsf Adult Court (Del/Jud) (1st) |
| | | | | | 10/13/2000 | Yes | Adult Sanctions (2nd) |
| 4/29/2000 | LARC- - OVER 300 DOLLARS UNDER 20000 DOLLARS (Closed) | 1393470 | 00-2655 | Unit 9-64 - Riley, Stephanie | 6/7/2000 | Yes | Commitment to DJJ-JJP (Del/Jud) (1st) |
| 4/29/2000 | BURGL TOOLS-POSSESS- - (Closed) | 1393470 | 00-2655 | Unit 9-64 - Riley, Stephanie | 5/2/2000 | No | Nolle Prosequi (Del/Jud) (1st) |
| 3/4/1999 | DISTURBING PEACE- - INTERFERE WITH SCHOOL ADMINISTRATION FUNCTIONS (Closed) | 1166381 | 99-1607 | Unit 9- 65 Court Liaisons - Pagano, Robert | 8/4/1999 | Yes | Probation DJJ Sup (Del/Jud) (1st) |
| 3/4/1999 | RESIST OFFICER- - OBSTRUCT WO VIOLENCE (Closed) | 1166381 | 99-1607 | Unit 9- 65 Court Liaisons - Pagano, Robert | 8/4/1999 | Yes | Probation DJJ Sup (Del/Jud) (1st) |
| 2/10/1999 | VEH THEFT- - Grand Theft Auto - Grand Third Degree (Closed) | 1149365 | 99-1004 | Unit 9- 65 Court Liaisons - Pagano, Robert | 8/4/1999 | Yes | Probation DJJ Sup (Del/Jud) (1st) |
| 2/10/1999 | BURGL- - STRUCTURE CONVEYANCE UNARMED WO PERSON INSIDE (Closed) | 1149365 | 99-1004 | Unit 9- 65 Court Liaisons - Pagano, Robert | 8/4/1999 | Yes | Probation DJJ Sup (Del/Jud) (1st) |
| | | | | | 10/8/1999 | No | Monetary Rest (Del/Jud) (2nd) |
| 11/8/1995 | ASSAULT BATTERY- - ASSAULT AND /OR BATTERY -- NOT AGGRAVATED (OLD CIS (Closed) | 76195 | 95 6856 | Dist: 09 Net: 2 Unit: 064 Wkr: F | 12/4/1995 | No | JASP (Del/Non Jud) (1st) |

## Pick-Up Orders and Court Order

| Offense Da | Description | Ref ID | Court Docket | Unit, JPO | Disp Date | Adj | Disposition |
|---|---|---|---|---|---|---|---|
| 6/7/2000 | Court Order - Detention Order (Closed) | 1416363 | 00-2655 | Unit 9-64 - Riley, Stephanie | 6/7/2000 | No | Other Jud Dispo (Del/Jud) (1st) |

## Current Location

| Program Name | Program Type | Location Begin Date | Admit Reason |
|---|---|---|---|
| End DJJ Custody | End DJJ Custody - Adult Prison | 4/3/01 | Adult Sanctions |

## Youth Placement

| Ref ID | Status | Custody Unit | Admit Date | Admit Reason | Release Dat | Release Reason | Released To |
|---|---|---|---|---|---|---|---|
| 1422142 | End DJJ Custody - Adult Prison | End DJJ Custody | 04/03/2001 | Adult Sanctions | | | |
| 1422142 | Intervention - County Jail | Adult Jail - Fifteenth Circuit | 06/28/2000 | Direct File | 11/06/2000 | Court Order | |
| 1416363 | Intervention - In-Transit | In-Transit - Detention - Fifteenth Circuit | 06/07/2000 | Court order | 06/07/2000 | Admitted to Facility/Program | |
| 1416363 | Detention - Secure Detention | Palm Beach Detention | 06/07/2000 | Court Order | 06/28/2000 | Court order | |
| 1416363 | Intervention - Assessment Center | Palm Beach JAC | 06/07/2000 | Court Order | 06/07/2000 | Detained | |
| 1393470 | Intervention - Intake | Intake - Fifteenth Circuit | 05/20/2000 | New Charges | 06/07/2000 | Judicial handling | |
| 1393470 | Detention - Home Detention | Palm Beach Detention | 04/29/2000 | New Charges | 05/20/2000 | Detention Period Expired | |
| 1393470 | Intervention - Assessment Center | Palm Beach JAC | 04/29/2000 | New Charges | 04/29/2000 | Detained | |
| 1149365 | End DJJ Custody - Terminated | End DJJ Custody | 03/22/2000 | Maximum sentence served - non-compliance | 04/29/2000 | New Charges | |
| 1149365 | Intervention - Intake | Youth is at Home - Fifteenth Circuit | 03/22/2000 | New Charges | 03/22/2000 | Commitment Placement | |
| 1149365 | Intervention - Probation | Probation - Fifteenth Circuit | 08/04/1999 | New Admission to Probation | 03/22/2000 | Commitment | |
| 1149365 | Intervention - Assessment Center | Palm Beach JAC | 02/10/1999 | New Charges | 02/10/1999 | Released | |

## Law Enforcement Information

| ArrestDate | ReferralID | Circuit | Agency Name | Officer's Name | Badge # |
|---|---|---|---|---|---|
| 06/07/2000 | 1416363 | 15 | Fifteenth Circuit - Juvenil | Munnings | |
| 04/29/2000 | 1393470 | 15 | Palm Beach County Sheri | Wood | 4132 |
| 02/10/1999 | 1149365 | 15 | Palm Beach County Sheri | John Kulau | 428 |
| 11/08/1995 | 76195 | 8 | Old CIS (Do not Remove) | OLD CIS UNKNOWN | |
| | 1422142 | 15 | Palm Beach County Sheri | James T Murphy | 3143 |
| | 1455479 | 15 | West Palm Beach Police D | Kerry J Roaf | #806 |

## Youth's Current School Information

School Name

Street

City/State/Zip

School Phone

Grade Level                                Last Grade Completed

Last Date Attended

Scheduled Hours                       to

## Youth's Current Education Status

| IQ | | GPA | 1.75 |
|---|---|---|---|
| Education Status | Does Not Achieve | | |
| School Attendance | Suspended | | |
| School Behavior | Disruptive | | |
| School Placement | Regular | | |
| Reading Level | At Grade Level | | |
| Training School Eligible | No | | |
| Date Expelled | | | |
| Date Suspended | | | |
| Date Dropout | | | |

# Youth's Current Employer

| | |
|---|---|
| Occupation | Various Duties At Two Employers |
| Employer Name | Mc Donalds And Chevron Gas Station |
| Street | Mc Ds On Georgia Aven And Belvedere Chev On Belvedere And Dixie Highway |
| City/State/Zip | West Palm Beach, FL 33405- |
| Phone | |
| Contact Person | |
| Scheduled Hours | 07:00AM    to    09:00PM |

## Key Participants Information

| Title | Name | Phone | Address |
|---|---|---|---|
| State Attorney | Visconi, Lisa | | 401 Dixie Highway Second Floor West Palm Beach FL 33401 |
| Co-Defendant | Corona, Martin | | Charles Street  West Palm Beach FL 33401 |
| Judge | Baker, Moses | | 205 Dixie Highway Courtroom 3- A West Palm Beach FL 33401 |
| Attorney | Mitchell, Glenn | | West Palm Beach FL 33401 |

## Key Dates Information

| Ref ID | Type | Result/Action | Projected Date | Actual Date | Remaining/Elapsed Days | Notified |
|---|---|---|---|---|---|---|
| 76195 | Disposition Hearing | Dropped | | 12/04/1995 | | No |
| 76195 | Recommendation To State Attorney | No Petition | | 11/16/1995 | | No |
| 76195 | Date Of Arrest | | | 11/08/1995 | | No |

---

Expanded Face Sheet Information for DJJID 275341

Report Date: April 3, 2001  4:05:27 PM

DJJ/PP Form 41

Troya013430

## Youth Requirements Informa... 1

| Ref ID | Type | Description | Start Date | End Date | Status |
|--------|------|-------------|------------|----------|--------|
| 1166381 | Counseling | ANGER MGT COUNSELING W/CHOICES AT PC CNTR | 09/01/1999 | 01/28/2000 | Terminated |
| 1149365 | Restitution | JOINT & SEVERAL, YOUTH PAID $20.00 | 08/16/1999 | 09/09/1999 | Pending |
| 1149365 | Community Service | TOTAL=100 HOURS | 08/04/1999 | | In Progress |
| 1149365 | Disposition Condition | LOA & NAW VICTIM, SAMUEL LOMBARDO | 08/04/1999 | 08/05/1999 | Terminated |
| 1166381 | Disposition Condition | LOA/ NAW VICTIM, SCHL LEO @ GOLD COAST SCHL | 08/04/1999 | 08/05/1999 | Terminated |
| 1149365 | Disposition Condition | NO ASSN W/CO-DEFT: MARTIN CORONA | 08/04/1999 | | In Progress |
| 1166381 | Treatment Plan | JET EVAL WITH NO TREATMENT RECOMMENDED | 04/14/1999 | 08/14/1999 | Successfully Completed |

## Restitution

| Ref ID | Description | Date | Amount | Balance | Status |
|--------|-------------|------|--------|---------|--------|
| | | | | | |

## Community Service

| Ref ID | Description | Date | Quantity | Balance | Status |
|--------|-------------|------|----------|---------|--------|
| | | | | | |

## Youth Notes Information

| Ref ID | Note Category | Note Type | Note Description | Date/Time | Note Entered By |
|--------|---------------|-----------|------------------|-----------|-----------------|
| | | | | | |



**State of Florida**
**Department of Children and Families**

**Charlie Crist**
*Governor*

**Robert A. Butterworth**
*Secretary*

**Perry Borman**
*Circuit Administrator*

June 17, 2008

Kerry Sheehan
Investigative, Sentencing and Mitigation Services
250 Australian Avenue, Suite 704
West Palm Beach, FL 33401

RE:  Daniel Troya
       DOB: 4/22/1983
       SSN:  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

Dear Kerry Sheehan:

Pursuant to your request for abuse reports / incident reports concerning Daniel Troya.  A thorough search has been made of the Department of Children and Families' Florida Safe Families Network, unfortunately there were no records/reports found with the information provided by your office.

Should you have any questions, please do not hesitate to call our office.

Sincerely,

*Donna J. Rude, CP*

Donna J. Rude, CP
Certified Paralegal
Circuit Fifteen Legal Counsel

111 South Sapodilla Avenue, West Palm Beach, Florida 33401
*561 837-5420    Fax 561 837-5846*

Mission: Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and
Advance Personal and Family Recovery and Resiliency

Troya013432