Case 9:16-cv-80700-BB   Document 6-34   Entered on FLSD Docket 05/04/2016   Page 1 of 1



# Carol A. Pawlowski in the U.S., Social Security Death Index, 1935-2014

| | |
|---|---|
| Name: | Carol A. Pawlowski |
| Last Residence: | 32168 New Smyrna Beach, Volusia, Florida, USA |
| BORN: | 21 Aug 1956 |
| Died: | 28 Apr 2006 |
| State (Year) SSN issued: | Michigan (1972) |

## Source Citation

Issue State: *Michigan*; Issue Date: *1972*

## Source Information

Ancestry.com. *U.S., Social Security Death Index, 1935-2014* [database on-line]. Provo, UT, USA: Ancestry.com Operations Inc, 2011.

Original data: Social Security Administration. *Social Security Death Index, Master File*. Social Security Administration.

## Description

The Social Security Administration Death Master File contains information on millions of deceased individuals with United States social security numbers whose deaths were reported to the Social Security Administration. Birth years for the individuals listed range from 1875 to last year. Information in these records includes name, birth date, death date, and last known residence. Learn more...

© 2015, Ancestry.com