# CORE HEALTH PROFILE

1. HEALTH-RELATED COMMON REGISTRATION
   (INCLUDES CURRENT PHOTOGRAPH)

2. PROBLEM LIST

3. (ORIGINAL) AUTHORITY FOR EVALUATION AND TREATMENT

4. PRENTAL NOTIFICATION OF HEALTH-RELATED CARE
   (DOCUMENT ALL EFFORTS TO CONTACT)

5. SICK CALL INDEX

6. COMPREHENSIVE IMMUNIZATION RECORD

7. COMPREHENSIVE PHYSICAL ASSESSMENT

8. HEALTH-RELATED HISTORY

9. HEALTH EDUCAITON RECORD

FLORIDA DEPARTMENT OF JUVENILE JUSTICE

## AUTHORITY FOR EVALUATION AND TREATMENT

Juvenile's Name: Daniel Troya

DJJID: 275 341    Referral ID: 1416363    SSN:

I, _____, as the parent or guardian of _____,

("my child") do hereby appoint the Department of Juvenile Justice, or its authorized agent (collectively, the "Department"), as my representative for the purposes set out in this document. I authorize the Department to make the decisions concerning my child's routine physical and mental health treatment, as described in this document. This authority is limited by me as follows:

### Quality of Treatment

A)  My child will be examined and treated only by persons who are properly qualified to make such examinations and provide such treatment.

B)  Any treatment authorized by the Department must be recommended by a person licensed in Florida and permitted under Florida law to make such a recommendation.

C)  Any treatment authorized by the Department must be recommended in accordance with the medical or mental health standards in the community where the treatment will take place.

### What this Authority Covers

The Department may authorize the following on my behalf:

1.  Physical examinations of my child conducted in accordance with the usual medical standards of the community. These examinations may include,

    a)  Determining whether my child is currently suffering from any illness or disease or has any problems that require medical treatment while the Department has the youth in its physical custody.

    b)  Obtaining a complete medical and mental health history from my child, including information about past illnesses, hospitalizations, etc.

    c)  Testing for drug and/or alcohol abuse.

    d)  Blood, urine, tuberculosis and other laboratory tests that may be done as part of a complete physical examination;

    e)  Examining my child for any dental problems;

    f)  Testing my child's vision and hearing.

    g)  Gynecological examination.

2.  Give permissions to a licensed health care provider to give my child additional tests that he or she thinks are necessary as a result of a physical examination.

3.  Obtain necessary treatment for illness or disease that my child has now or develops while he/she is in a Department's facility.

4.  Obtain necessary evaluations and treatment for any mental illness or emotional disturbance that my child has now or develops while he/she is in a youth facility. This does NOT include hospitalization in a mental health facility. If hospitalization in a mental health facility is recommended, I will be notified in advance, and will have the opportunity to object if I wish to.

---

*Division of Detention and Commitment*                              *DJJ/HLTH Form 2 10/98*

# DEPARTMENT OF JUVENILE JUSTICE
# HEALTH-RELATED COMMON REGISTRATION

| DJJID ID#: | |
|---|---|
| Event Date: | 8/14/1998 |
| SSN: | |

## YOUTH INFORMATION

**YOUTH'S NAME:**

| First Name | Middle Name | Last Name | MI | Suffix |
|---|---|---|---|---|

**FIRST ALIAS:**

| AKA First Name | MI | AKA Last Name |
|---|---|---|

**YOUTH ADDRESS:**

| Youth's Street Address | City | State | Zip Code |
|---|---|---|---|

| Residence County | Youth's Telephone |
|---|---|

**PARENT/GUARDIAN**

| Guardian Name | Relationship |
|---|---|

| Parent/Guardian Street Address | City/State/ZIP |
|---|---|

| Home | Work |
|---|---|

**YOUTH DEMOGRAPHICS:**

| Sex | Race | Date of Birth | Age | Religion | Height | Weight |
|---|---|---|---|---|---|---|

| Eyes | Hair | Place of Birth | School Name | Grade |
|---|---|---|---|---|

| Employer Name | Youth's Driver's License |
|---|---|

**CASE CONTACTS:**

| Case Manager | Unit | Contacted | Telephone |
|---|---|---|---|

# HEALTH INFORMATION

## USUAL HEALTH CARE PROVIDER(S) (M.D., CLINIC, ETC.):

1.

| Name of Provider | Phone Number |
|---|---|

| Street Address | City/State/ZIP |
|---|---|

2.

| Name of Provider | Phone Number |
|---|---|

| Street Address | City/State/ZIP |
|---|---|

Date of Last Visit, (if known) prior to DJJ admission:

## USUAL DENTIST:

| Name of Provider | Phone Number |
|---|---|

| Street Address | City/State/ZIP |
|---|---|

Date of Last Visit, (if known) prior to DJJ admission:

## USUAL MENTAL CARE PROVIDER(S):

1.

| Name of Provider | Phone Number |
|---|---|

| Street Address | City/State/ZIP |
|---|---|

2.

| Name of Provider | Phone Number |
|---|---|

| Street Address | City/State/ZIP |
|---|---|

Date of Last Visit, (if known) prior to DJJ admission:

## THIRD PARTY PAYMENT INFORMATION:

1.

| Name of Provider | Contract Number | Phone Number |
|---|---|---|

| Street Address | City/State/ZIP |
|---|---|

2.

| Name of Provider | Contract Number | Phone Number |
|---|---|---|

| Street Address | City/State/ZIP |
|---|---|

3. Medicaid Number:

# PROBLEM LIST

NAME:_____   SS#:_____

DOB:_____   DJJ#:_____

Date of Most Recent Comprehensive Physical Assessment_____

ALLERGIES:_____

_____

_____

_____

Original Medical Classification:

Grade 1 ☐
Grade 2 ☐
Grade 3 ☐
Grade 4 ☐

Grade 5 ☐

Date original classification made_____

## PHYSICAL HEALTH

| NO | Date Identified | Active Problem | Healthcare Professional/Facility | Date Resolved |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## DENTAL HEALTH

| NO | Date Identified | Active Problem | Healthcare Professional/Facility | Date Resolved |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |

1 OF 2

APRIL 1998

D. **PROBLEM LIST (CONT**

NAME_____  SS#_____
DOB_____  DJJ#_____

Original Medical Classification:

Grade 1 ☐
Grade 2 ☐
Grade 3 ☐
Grade 4 ☐

ALLERGIES:_____
_____
_____

Grade 5 ☐
Date classification made_____

## MENTAL HEALTH.

| NO | Date Identified | Problem | Healthcare Professional/Facility | Date Resolved |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

2 OF 2

APRIL 1998

JJ Facility _PB RJDC_
istrict_____9_____

**DJJ**
**COMPREHENSIVE PHYSICAL ASSESSMENT**

Date _6 | 9 | 00_

istructions: This form is to be used only for the documentation of the *comprehensive physical assessment* by the MD, DO, PA or ARNP. It is not required for sick call encounters or other ssessments. This form is to be used in conjunction with the standardized form, *Health-Related istory.*

ame ___Troya_____ ___Daniel___ __A__   ___-___-___ __27534/__
         Last          First        Middle,    Social Security #  DJJ #

OB: _/ / _  Age: _19_  Gender: M _✓_ F ___  Race: _W_

**. Allergies:**
1. _____
2. _____
3. _____

**II. Tuberculosis Status**
Date of most recent PPD
_planted @ FA 6/9/00_
Results (mm) _0mm 6/11_

**III. Immunization Summary**
☐ All immunizations current.
☐ All immunizations not current.

**V. Hearing Screening**
1. Check if youth has a documented history of hearing impairment. ☐

2. Check if youth complains of hearing difficulties. ☐

**NOTE: Referral for audiological evaluation may be made based on the clinician's discretion.**

**/. Vision Screening**
. Does youth wear glasses and/or contact lenses? Are glasses/contact lenses with youth?
  Check if applicable:   ☐ Glasses        ☐ Glasses
                         ☐ Contact Lenses  ☐ Contact Lenses
. Date of last opthalmological exam (if known)
. Screening method (check one): ☐ Snellen   ☐ Titmus or other tester
. Results

|        |                 | Right   | Left    |
|--------|-----------------|---------|---------|
| Near   | Without Glasses | /       | /       |
|        | With Glasses    | /       | /       |
| Far    | Without Glasses | 20 130  | 20 130  |
|        | With Glasses    | /       | /       |

**Physical Assessment: Vital Signs and Basic Information**

_5'8"_  WT _203_   BMI _____

ical pulse _____ BP _____ Left arm  BP _135|32_ Right arm  Respirations _____

dditional Nursing Comments (if applicable):

_N/A neg_                                   Temperature _____

DIVISION OF DETENTION AND COMMITMENT SERVICES
APRIL 1998
1 OF 5

'outh's Name _____     Date of Assessment _____

| WNL | | Abnl | Significant History? | Referral or Follow up Needed? | Comments (ALL checked areas other than "WNL" require comment.) |
|---|---|---|---|---|---|
| ✓ | General Appearance | | ■ | | |
| ✓ | Mental Status/ Affect | | | ✓ | |

| WNL | | Abnl | Significant History? | Referral or Follow up Needed? | Comments (ALL checked areas other than "WNL" require comment.) |
|---|---|---|---|---|---|
| ✓ | Integument/ Dermatologic | | | | |
| ✓ | Nutritional Status | | | | |

| WNL | | Abnl | Significant History? | Referral or Follow up Needed? | Comments (ALL checked areas other than "WNL" require comment.) |
|---|---|---|---|---|---|
| ✓ | Head/Scalp | | | | |
| ✓ | Eyes | | | | *Eyes* *ENT Psen clsch Alte* *By d wm* |
| ✓ | Ears | | | | |
| ✓ | Nose | | | | |
| ✓ | Throat | | | | |
| | Mouth/Dentition | ✓ | | | *mut - Cons - Lo chy* *mmn Olm phyix u/o* *nyh, exuch* |

| WNL | | Abnl | Significant History? | Referral or Follow up Needed? | Comments (ALL checked areas other than "WNL" require comment.) |
|---|---|---|---|---|---|
| ✓ | Neck | | | | |
| ✓ | Lymph Nodes (C/A/I) | | | | |
| ✓ | Thyroid/Endocrine | | | | |

2 of 5

outh's Name _____                     Date of Assessment _____

| WNL | | Abnl | Significant History? | Referral or Follow up Needed? | Comments (ALL checked areas other than "WNL" require comment.) |
|---|---|---|---|---|---|
| ✓ | Thorax | | | | |
| ✓ | Breast/Axilla | | | | |
| ✓ | Lungs/Pulmonary | | | | |
| ✓ | Heart/ Cardiovascular | | | | |
| ✓ | Extremities/ Peripheral Pulses | | | | |

| WNL | | Abnl | Significant History? | Referral or Follow up Needed? | Comments (ALL checked areas other than "WNL" require comment.) |
|---|---|---|---|---|---|
| ✓ | Spine (? Scoliosis) | | | | |
| ✓ | Musculoskeletal | | | | |
| ✓ | Neurological/ Reflexes | | | | |

| WNL | | Abnl | Significant History? | Referral or follow up needed? | Comments (ALL checked areas other than "WNL" require comment.) |
|---|---|---|---|---|---|
| ✓ | Abdomen/Gastro Intestinal | | | | |
| ✓ | Urinary/Renal | | | | |
| | Male Genitalia | | | | |
| N/A | Female Genitalia | | | | |

3 of 5

Youth's Name ____________________ Date of Assessment __________

**VII. Diagnoses/Impressions/Conclusions** [illegible]

[illegible] NKA, [illegible]

[illegible]

[illegible]

[illegible] – dental [illegible]

[illegible]

[illegible] – Needs dental follow up

Needs follow up eval of opthamology / optom

Routine

RP [illegible]

**VIII. Medical Classification (Please see attached)**

- Medical Grade 1 ☑
- Medical Grade 2 ☐
- Medical Grade 3 ☐
- Medical Grade 4 ☐
- Medical Grade 5 ☐

Signature of MD, DO, PA, or ARNP completing Comprehensive Physical Assessment

Stamp or printed name and credentials of provider (MD, DO, PA or ARNP) above

If an employee of a DJJ facility, please indicate facility ____________________

If not a DJJ employee, please give business address and phone numbers:

# Medical Classification

**State of Florida**
**Department of Juvenile Justice**

| Medical Need | Medical Grade | Characteristics |
|---|---|---|
| Low | 1 | Youth has no identified health needs; |
| | | and |
| | | Youth has no known serious, infectious, communicable diseases; |
| | | and |
| | | Youth has no periodic monitoring requirements; |
| | | and |
| | | Youth is not currently prescribed medications. |
| Medium | 2 | Youth has one or more chronic conditions which are well-controlled (have required no medical interventions in the past 12 months excluding use of prescribed medications); |
| | | and |
| | | Youth has no known serious, infectious communicable diseases; |
| | | and |
| | | Youth requires routine periodic evaluation (by an MD, DO, PA, or ARNP) at intervals n more frequent than every six months; |
| | | Youth may or may not be prescribed oral medications. |
| High | 3 | Youth has one or more chronic conditions which have required at least one episode of medical assessment and/or intervention (excluding routine evaluations for prescription renewal) within the last 12 months; |
| | | and/or |
| | | Youth has been diagnosed with a serious, infectious communicable disease; |
| | | And/or |
| | | Youth's medical regimen requires either nursing/medical intervention (excluding routine administration of prescription medications) and/or periodic evaluation (by an MD, DO, PA or ARNP) at intervals more frequent than six months, but no more frequent than monthly; |
| | | Youth may or may not be prescribed oral medications. |
| High | 4 | Youth is physically disabled; |
| | | And/or |
| | | Youth is prescribed parental medications (medications which are administered by injection such as insulin); |
| | | And/or |
| | | Youth requires nursing/medical intervention and/or evaluation at a frequency greater than once monthly; |
| | | And/or |
| | | Youth is pregnant; |
| | | And/or |
| | | Youth is receiving anti-tuberculosis medications. |
| High | 5 | Youth is prescribed medication for psychotropic purposes, |
| | | and |
| | | The prescribed psychotropic medication has a high potential for serious physical side effects. |

Date This Form Completed: _6/8/02_

Signature and Printed Name:
_O. Krause ARN_ D. KRAUSE ARN

**State of Florida**
**Department of Juvenile Justice**
**Health Related History**

Facility where originally completed:
_PBC RJDC_

Date of Review or Revision
(see last page): _____

Instructions: This form is to be completed prior to the youth's first *comprehensive physical assessment*, or at the time of that assessment. Reviews or revisions of the history should be noted on the last page.

| | |
|---|---|
| Name _TROYA DANIEL_ | |
| Last First Middle | Social Security No. DJJ No. |
| DOB: _4/22/83_ Sex M ☒ F ☐ | Race: _C_ |
| Age at time this form completed? _17_ | |

## I. ALLERGIES

| A. Medications (Check all that apply.) | | B. Foods (Check all that apply.) | |
|---|---|---|---|
| Penicillin | ☐ | Eggs | ☐ |
| Sulfa | ☐ | Nuts (Peanuts or other) | ☐ |
| Aspirin | ☐ | Soy | ☐ |
| Tylenol | ☐ | Wheat | ☐ |
| Codeine | ☐ | Citrus | ☐ |
| Other Antibiotic (fill in) | ☐ | Fish/Shell Fish | ☐ |
| | | Milk | ☐ |
| Tetanus Antitoxin or Serum | ☐ | Other (fill in) _____ | ☐ |
| Any other medication (fill in) | ☐ | | |
| | | Please list any foods which you avoid because they cause you discomfort. | |
| No known drug allergies | ☒ | No known food allergies | ☒ |

| C. Insect Allergies (Check all that apply.) | | D. Other Allergies (Check all that apply.) | |
|---|---|---|---|
| Bees/Wasps | ☐ | Dust | ☐ |
| Ants | ☐ | Mold | ☐ |
| Other: | ☐ | Grass | ☐ |
| | | Pollen | ☐ |
| | | Cat/Dog | ☐ |
| | | Other: | ☐ |
| No known insect allergies | ☒ | No known plant/animal allergies | ☐ |

**1 OF 8**

## II. REVIEW OF SYMPTOMS/CONDITIONS

Please check if you have ever been diagnosed with any of the following illnesses or conditions, or if you have ever had, or presently have, any of these problems. (Please check all that apply.)

| A. Mental Health | Past | Current | B. Skin | Past | Current |
|---|---|---|---|---|---|
| Depression which lasted for more than a few days | ☐ | ☐ | Acne | ☐ | ☐ |
| | | | Hives | ☐ | ☐ |
| | | | Eczema | ☐ | ☐ |
| Nervous Breakdown | ☐ | ☐ | Rashes | ☐ | ☐ |
| | | | Frequent boils | ☐ | ☐ |
| Anger you can't control | ☐ | ☐ | Impetigo | ☐ | ☐ |
| | | | Lice/scabies | ☐ | ☐ |
| Difficulty concentrating | ☐ | ☐ | Moles/warts | ☐ | ☐ |
| | | | Extreme itching of skin | ☐ | ☐ |
| Suicide attempt | ☐ | | Easy Bruising | ☐ | ☐ |
| Dates: / | | | | | |
| Hospitalization for mental health reasons.  Dates: / | | | | | |
| Medications you are currently prescribed for mental health reasons: 1. 2. 3. | | | Medications you are currently prescribed for skin conditions: 1. 2. 3 | | |
| WNL | ☒ | | WNL | ☒ | |

| C. Nutritional Status | No | Yes | D. Head/Scalp | Past | Current |
|---|---|---|---|---|---|
| Recent Weight Loss | ☐ | ☐ | Head injury | ☐ | ☐ |
| Recent Weight Gain | ☐ | ☐ | Describe: | | |
| | Past | Current | | | |
| Anorexia | ☐ | ☐ | | | |
| Bulimia | ☐ | ☐ | | | |
| | | | Date: | | |
| | | | If hospitalized, which hospital? | | |
| Special diet you are currently prescribed: | | | Freq. Severe headaches | ☐ | ☐ |
| | | | Migraine Headaches | ☐ | ☐ |
| | | | Frequency: | | |
| | | | (Also see Section O.) | | |
| | | | Medication you are currently prescribed for head/scalp conditions: 1. | | |
| | | | 2. | | |
| WNL | ☒ | | WNL | ☒ | |

DIVISION OF DETENTION AND COMMITMENT SERVICES APRIL 1998

| E. Eyes | Past | Current |
|---|---|---|
| Visual Problems | ☐ | ☐ |
| Freq. Sty or other eye infection | ☐ | ☐ |
| Conjunctivitis "Pink Eye" | ☐ | ☐ |
| "Lazy Eye" (Strabismus) | ☐ | ☐ |

Medications you are currently prescribed for eye problems:
1.
2.
3.
WNL  ☒

| F. Ears | Past | Current |
|---|---|---|
| Hearing problems | ☐ | ☐ |
| Frequent earaches | ☐ | ☐ |
| Discharge from ears | ☐ | ☐ |
| Ringing in ears | ☐ | ☐ |
| Excess wax in ears | ☐ | ☐ |
| Ear injury | ☐ | ☐ |
| Ear surgery | ☐ | ☐ |
| Mastoiditis | ☐ | ☐ |

Medications you are currently prescribed for ear problems:
1.
2.
WNL  ☒

| G. Nose | Past | Current |
|---|---|---|
| Freq. sinus problems | ☐ | ☐ |
| Nosebleeds | ☐ | ☐ |
| Hay Fever | ☐ | ☐ |
| Freq. nasal congestion | ☐ | ☐ |
| Broken nose or deviated septum | ☐ | ☐ |
| Nose Surgery | ☐ | ☐ |

Medications you are currently prescribed for nose/sinus problems:
1.
2.
3.
WNL  ☒

| H. Throat | Past | Current |
|---|---|---|
| Freq. sore throat | ☐ | ☐ |
| Tonsillitis | ☐ | ☐ |
| Strep Throat | ☐ | ☐ |
| Tonsillectomy | ☐ | ☐ |

Medications you are currently prescribed for throat conditions.
1.
2.
3.
WNL  ☒

| I. Mouth/Dentition | Past | Current |
|---|---|---|
| Freq. "cold sore" | ☐ | ☐ |
| Oral candida ("thrush") | ☐ | ☐ |
| Difficulty swallowing | ☐ | ☐ |
| Pain when chewing | ☐ | ☐ |
| Tooth pain | ☐ | ☐ |
| Cavities | ☐ | ☐ |

When was the last time you had your teeth cleaned?

*1-2 mos ago*

Are you currently seeing a dentist for dental care?  ☐ Yes  ☐ No
WNL  ☐

| J. Neck | Past | Current |
|---|---|---|
| Chronic neck pain | ☐ | ☐ |
| Swelling of lymph nodes | ☐ | ☐ |
| Neck injury | ☐ | ☐ |
| Thyroid Condition | | |
| Underactive | ☐ | ☐ |
| Overactive | ☐ | ☐ |
| Goiter | ☐ | ☐ |
| Thyroid Surgery | ☐ | ☐ |

Medications you are currently prescribed for thyroid conditions:
1.
2.
WNL  ☒

DIVISION OF DETENTION AND COMMITMENT SERVICES                    APRIL 1998

| K. Cardio-Pulmonary | Past | Current |
|---|---|---|
| Asthma | ☐ | ☐ |
| Shortness of breath | ☐ | ☐ |
| Bronchitis | ☐ | ☐ |
| Pneumonia | ☐ | ☑ |
| Chronic cough | ☐ | ☐ |
| Cystic Fibrosis | ☐ | ☐ |
| Coughing up blood | ☐ | ☐ |

Has anyone in your household been diagnosed with tuberculosis: No ☑ Yes ☐
Medications you are currently prescribed for lung or breathing problems:
1.
2.

| | Past | Current |
|---|---|---|
| High blood pressure | ☐ | ☐ |
| Heart disease | ☐ | ☐ |
| Heart murmur | ☐ | ☐ |
| Irregular heart beat | ☐ | ☐ |
| Rheumatic fever | ☐ | ☐ |
| Mitral Valve prolapse | ☐ | ☐ |
| Heart surgery | ☐ | ☐ |

Have you ever fainted while exercising?
No ☑ Yes ☐

Have you ever had severe shortness of breath while exercising?
No ☑ Yes ☐
Medications you are currently prescribed for heart conditions:
1.
2.
3.
WNL ☑

| L. Thorax/Breasts | Past | Current |
|---|---|---|
| Lumps/cysts in breast | ☐ | ☐ |
| Discharge from breast | ☐ | ☐ |

Do you perform breast self-exam?
☐ No   ☐ Yes
How often?   WNL ☐

| M. Spine | Past | Current |
|---|---|---|
| Scoliosis | ☐ | ☐ |
| Chronic low back pain | ☐ | ☐ |
| Arthritis | ☐ | ☐ |

Are you receiving any sort of physical therapy (brace, exercises, etc.) for spinal problems?   No ☐   Yes ☐

Medications you are currently prescribed for any spine condition:
1. _Chrondo flexee_
2.
3.
WNL ☑

| N. Musculoskeletal | Past | Current |
|---|---|---|
| Bone or joint pain | ☐ | ☐ |
| Knee problems | ☐ | ☐ |
| Difficulty walking | ☐ | ☐ |
| Fractures/broken bones | ☐ | ☐ |

Medications you are currently prescribed for musculoseletal conditions:
1.
2.
WNL ☑

| O. Neurological | Past | Current |
|---|---|---|
| Seizure disorder (convulsions) | ☐ | ☐ |
| Date of last seizure | | |
| Dizziness | ☐ | ☐ |
| Frequent fainting | ☐ | ☐ |
| Problems walking or w/your coordination: | ☐ | ☐ |
| Uncontrollable movements (jerking or twitches) | ☐ | ☐ |
| Weakness of one part of the body. Location: | | |
| Insomnia (difficulty sleeping) | ☐ | ☐ |

Medications you are currently prescribed for these conditions:
1.
2.
3.
WNL ☑

DIVISION OF DETENTION AND COMMITMENT SERVICES

APRIL 1998

| P. Abdomen/ Gastrointestinal | Past | Current | Q. Urinary/Renal | Past | Current |
|---|---|---|---|---|---|
| Hepatitis | ☐ | ☐ | Pain when urinating | ☐ | ☐ |
| Inflammatory Bowel Disease | ☐ | ☐ | Burning when urinating | ☐ | ☐ |
| Diarrhea | ☐ | ☐ | Blood in urine | ☐ | ☐ |
| Constipation | ☐ | ☐ | Pus in urine | ☐ | ☐ |
| Freq. stomach upset | ☐ | ☐ | Drainage or discharge | ☐ | ☐ |
| Freq. vomiting | ☐ | ☐ | Kidney disease | ☐ | ☐ |
| Appetite loss | ☐ | ☐ | Bed-wetting | ☐ | ☐ |
| Change in color of your bowel movements | ☐ | ☐ | Urinary tract infection | ☐ | ☐ |

Medications you are currently prescribed for these conditions:
1.
2.
3.
4.
WNL ☒

Medication you are currently prescribed for urinary/renal conditions:
1.
2.
3.
4.
WNL ☒

| R. Reproductive | No | Yes | R. Continued from bottom of page. |
|---|---|---|---|

Are you sexually active? ☐ ☒

If so, do you use condoms? ☐ ☒

If so, what percentage of time do you use them?
Always ☐
Most of the time ☒
About half ☐
Rarely ☐

Have you ever been diagnosed with a venereal disease? ☒ No   ☐ Yes

If so, what was it?
Chyamydia ☐
Gonorrhea ☐
Syphilis ☐
Herpes ☐
Don't know ☐

Are you having any of the following symptoms now?
Discharge from penis/ vagina ☐ ☐
Pain with urination ☐ ☐
Blood in urine ☐ ☐
Itching ☐ ☐
Pain in lower stomach ☐ ☐
WNL ☐

For males: WNL ☒
Do you perform testicular self-exam? (Check your scrotum for lumps.)
☒ Yes  ☐ No

For females: WNL ☐
Do you have any pelvic (lower abdominal) pain? ☐ Yes ☐ No
What contraception, if any, do you use?

What age did you start your period?

Date your last period began:
Approximately how often do you have a period? (For example, every 28 days, every 30 days, etc.)
Do you have pain or bleeding between your periods? ☐ Yes ☐ No
How long do your periods last?
Do you have pain or severe discomfort with your periods? ☐ Yes ☐ No
Have you ever been pregnant? ☐Y ☐N
If so, how many times?
Number of live births:
Number of miscarriages:
Number of abortions:

DIVISION OF DETENTION AND COMMITMENT SERVICES                     APRIL 1998

| R.  Continued | S.  Childhood Illnesses |
|---|---|

**R. Continued**

When was your last pelvic examination?

When was your last PAP smear?

For males and females:
  Medications you are currently taking for
  any of these conditions (include birth
  control pills):
  1.
  2.
  3.
  4.

**S. Childhood Illnesses**

Please check all the illnesses you had:

|  | Had | Don't Know |
|---|---|---|
| Measles | ☐ | ☐ |
| Mumps | ☐ | ☐ |
| Chickenpox | ☒ | ☐ |
| German Measles (Rubella) | ☐ | ☐ |
| Rheumatic Fever | ☐ | ☐ |

WNL    ☐

| T.  Hospitalizations | U.  Family History |
|---|---|

**T. Hospitalizations**

Have you ever been hospitalized for any
reason?        ☐ Yes   ☒ No

If yes, please state:
1. Reason
date
place
2. Reason
date
place

**U. Family History**

Does any family member currently have
or have had a history of any of the
following conditions (check all that apply)

| ☐ Heart Disease | ☐ Sickle Cell |
| ☐ High Bl Pressure |    Anemia |
| ☐ Stroke | ☐ Kidney Disease |
| ☐ Seizure | ☐ Mental Health |
| ☒ Diabetes moms side |    Problems |
| ☐ Asthma | |
| ☒ Cancer | |

| V.  General Health Concerns | W.  Substance History |
|---|---|

**V. General Health Concerns**

Tell me about any health concerns you
have.  These can be about symptoms
you are having, or just things you would
like more information on.

**W. Substance History**

Do you have a history of alcohol or drug
abuse?  (Have you used any of these
substances in the past or do you use
them now?)

|  | No | Yes |
|---|---|---|
| Alcohol | ☐ | ☒ |
| Marijuana | ☐ | ☒ |
| Cocaine | ☐ | ☐ |
| Amphetamines | ☐ | ☐ |
| Heroin | ☐ | ☐ |
| LSD | ☐ | ☐ |
| Other | ☐ | ☐ |
| Other | ☐ | ☐ |

Have you ever in the past or do you now
use IV drugs or have you ever in the past
or now inject drugs into any part of
your body?        ☐        ☐

DIVISION OF DETENTION AND COMMITMENT SERVICES                    APRIL 1998



## X.  Tobacco History

Do you currently or in the past
use any of these products,
either on a daily, weekly or occasional
basis?

| | Past Use | Presently Use |
|---|---|---|
| Cigarettes | ☐ | ☐ |
| Cigar | ☐ | ☐ |
| Cigarello | ☐ | ☐ |
| Little Cigar | ☐ | ☐ |
| Chewing tobacco/ snuff | ☐ | ☐ |

## III.  NURSING ASSESSMENT NOTES/COMMENTS (IF APPLICABLE)

DIVISION OF DETENTION AND COMMITMENT SERVICES                    APRIL 1998

## IV: REVISIONS TO HEALTH RELATED HISTORY

A. Since the Health-Related History was originally completed, the following health-related events have occurred:

| 1. Additional Allergies Identified | Date | 4. Major Mental Health Events | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| 2. Major Illness or Injuries | Date | 5. Onset of Minor Illnesses | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| 3. Hospitalizations | Date | 6. Immunizations Received | App. Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

B. Signature

1. _____ Signature  
_____ Printed Name  
_____ Facility  
_____ Date  

3. _____ Signature  
_____ Printed Name  
_____ Facility  
_____ Date  

2. _____ Signature  
_____ Printed Name  
_____ Facility  
_____ Date  

4. _____ Signature  
_____ Printed Name  
_____ Facility  
_____ Date  

**8 OF 8**

DIVISION OF DETENTION AND COMMITMENT SERVICES

APRIL 1998

NAME _____   ID# _____

ꞰOB _____   GENDER   M _____   F _____

## DJJ COMPREHENSIVE IMMUNIZATION TRACKING RECORD

ALLERGIES:                                       2. _____

1. _____                       3. _____

### A. IMMUNIZATION HISTORY OF ALL IMMUNIZATIONS PREVIOUSLY RECEIVED

| | | Previous Immunization Date | Verification Source (School Record, etc.) | Reviewed by: First Int., Last Name Position, Facility |
|---|---|---|---|---|
| 2 months | DPT #1 | | | |
| 4 months | DPT #2 | | | |
| 6 months | DPT #3 | | | |
| 12-15 mos. | DPT/DTaP #4 | | | |
| 4-6 years | DPT/DTaP #5 | | | |
| 11-16 yrs. | TD | | | |
| 12 months | MMR #1 | | | |
| 11-12 years | MMR #2 | | | |
| 2 months | OPV #1 | | | |
| months | OPV #2 | | | |
| 6-18 months | OPV #3 | | | |
| 4-6 years | OPV #4 | | | |
| | Supplemental doses OPV or IPV #1 | | | |
| | VARICELLA | | | |
| | HBV #1 | | | |
| | HBV #2 | | | |
| | HBV #3 | | | |

### B. RECORD OF IMMUNIZATIONS ADMINISTERED WHILE IN DJJ CUSTODY

| | Date Received | Off-Site Provider (If applicable) | DJJ Facility |
|---|---|---|---|
| TD | | | |
| TD | | | |
| VARICELLA | | | |
| OPV | | | |
| MMR #1 | | | |
| MMR #2 | | | |
| V #1 | | | |
| HBV #2 | | | |
| HBV #3 | | | |

DIVISION OF DETENTION AND COMMITMENT SERVICES                         APRIL 1998



# FLORIDA DEPARTMENT OF JUVENILE JUSTICE

## AUTHORITY FOR EVALUATION AND TREATMENT

Juvenile's Name _____

DJJ No. _____ S.S. No. _____

I, _____ , as the parent or guardian of

_____ ("my child") do hereby appoint the Department of Juvenile Justice, or its authorized agent (collectively, the "Department"), as my representative for the purposes set out in this document. I authorize the Department to make the decisions concerning my child's routine physical and mental health treatment, as described in this document. This authority is limited by me as follows:

### Quality of Treatment

A) My child will be examined and treated only by persons who are properly qualified to make such examinations and provide such treatment.

B) Any treatment authorized by the Department must be recommended by a person licensed in Florida and permitted under Florida law to make such a recommendation.

C) Any treatment authorized by the Department must be recommended in accordance with the medical or mental health standards in the community where the treatment will take place.

### What this Authority Covers

The Department may authorize the following on my behalf:

1. Physical examinations of my child conducted in accordance with the usual medical standards of the community. These examinations may include,

   a) Determining whether my child is currently suffering from any illness or disease or has any problems that require medical treatment while the Department has the youth in its physical custody.

   b) Obtaining a complete medical and mental health history from my child, including information about past illnesses, hospitalizations, etc.

   c) Testing for drug and/or alcohol abuse.

   d) Blood, urine, tuberculosis and other laboratory tests that may be done as part of a complete physical examination;

   e) Examining my child for any dental problems;

   f) Testing my child's vision and hearing.

   g) Gynecological examination.

2. Give permission to a licensed health care provider to give my child additional tests that he or she thinks are necessary as a result of a physical examination.

3. Obtain necessary treatment for illness or disease that my child has now or develops while he/she is in a Department's facility.

4. Obtain necessary evaluations and treatment for any mental illness or emotional disturbance that my child has now or develops while he/she is in a youth facility. This does NOT include hospitalization in a mental health facility. If hospitalization in a mental health facility is recommended, I will be notified in advance, and will have the opportunity to object if I wish to.

5. Consent to the standard vaccinations, if my child has not had them or they are out of date, such as for tetanus, measles, polio, and Hepatitis B. Authorize flu shots when recommended by a licensed health care provider.

YOUTH'S NAME _____   , DATE _____

SS# _____

# PARENTAL NOTIFICATION OF HEALTH-RELATED CARE

PARENTS' NAME AND ADDRESS: _____

_____

DJJ FACILITY (NAME AND ADDRESS): _____

_____

Dear_____:

Our records indicate that you are the parent(s) or guardian who has authority over health care for the above named youth.  The purpose of this form is to notify you of the following changes in the health status of this youth.

The following medication/treatment has been ordered/begun or the following healthcare event has occurred:

If you have any concerns about the above information or do not want your child to receive this medication/treatment, notify the DJJ facility at the phone number indicated.

Phone no._____

Person to Contact _____

### SECURITY NOTE
Delete date/time and/or location of
future appointments if divulgence
represents a security risk.

**DJJ STAFF:  XEROX THIS FORM PRIOR TO MAILING.  FILE THE COPY IN THE "CORE HEALTH PROFILE" OF THE  *INDIVIDUAL HEALTHCARE RECORD,* DIRECTLY BEHIND THE *Authority for Evaluation and Treatment.*  A CARBON COPY OF THIS FORM IS ACCEPTABLE FOR FILING IN THE RECORD.**

Name of individual filling out form _____

DIVISION OF DETENTION AND COMMITMENT SERVICES
**APRIL 1998**

NAME_____
DOB_____
DJJ#_____
SS#_____

State of Florida
Department of Juvenile Justice
Health Education Record

Purpose:   The purpose of this form is the listing of health education provided
to youth.

| Topic | Date(s) | I-Individual G-Group | Facility Where Provided | Comments |
|---|---|---|---|---|
| Prevention of Accidents | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |
| Alcohol and Substance Abuse (General Information) | 1. | I | PBRJDC | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |
| Sexually Transmitted Disease Prevention | 1. | I | PBRJDC | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |
| Smoking Cessation | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |
| Prevention of Communicable Diseases | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |
| Cardiovascular Health/Physical Fitness | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| | 4. | | | |

| Topic | Dat | I-Individual G-Group | Facility | Comments |
|---|---|---|---|---|
| Nutrition Basics | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| Dental Hygiene | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| Personal Hygiene | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| Breast Self Exam | 1. | I | PBRJDC | |
| | 2. | | | |
| | 3. | | | |
| Testicular Self Exam | 1. | I | PBRJDC | |
| | 2. | | | |
| | 3. | | | |
| Family Planning | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| Parenting Skills | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| Anxiety Reduction | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| Coping With Depression | 1. | | | |
| | 2. | | | |
| | 3. | | | |
| Coping With Anger | 1. | | | |
| | 2. | | | |
| | 3. | | | |

| Topic | Date(s) | I-Individual G-Group | Facility | Comments |
|---|---|---|---|---|
| AIDS (General Information) | 1. | I | PBRJDC | |
| | 2. | | | |
| | 3. | | | |
| HIV Pre-Test Counseling (INDIVIDUAL) | 1. | INDIVIDUAL | | |
| | 2. | INDIVIDUAL | | |
| | 3. | INDIVIDUAL | | |
| HIV Post-Test Counseling (INDIVIDUAL) | 1. | INDIVIDUAL | | |
| | 2. | INDIVIDUAL | | |
| | 3. | INDIVIDUAL | | |
| Medication Instruction (INDIVIDUAL) | 1. | INDIVIDUAL | | |
| | 2. | INDIVIDUAL | | |
| | 3. | INDIVIDUAL | | |
| Chronic Disease (INDIVIDUAL) (Asthma, Seizure Disorder, Diabetes, etc.) | 1. | INDIVIDUAL | | |
| | 2. | INDIVIDUAL | | |
| | 3. | INDIVIDUAL | | |
| | 4. | INDIVIDUAL | | |
| | 5. | INDIVIDUAL | | |
| | 6. | INDIVIDUAL | | |
| Transitional Health Planning | 1. | INDIVIDUAL | | |
| | 2. | INDIVIDUAL | | |
| | 3. | INDIVIDUAL | | |
| | 4. | INDIVIDUAL | | |
| Other (fill in) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

3 OF 3

# INDIVIDUAL MEDICAL
# (HEALTH-CARE)  RECORD

1. CHRONOLOGICAL PROGRESS NOTES (TO INCLUDE SICK-CALL VISITS)

2. ON-SITE PHYSICIAN ORDERS (DOCTOR'S ORDERS)

3. SUMMARY OF OFF-SITE CARE

4. MEDICATION AND TREATMENT RECORDS (MARS)

5. PRIOR MEDICAL / PHYSICAL ASSESSMENTS AND OLD HISTORIES

DJJ
## SUMMARY OF OFF-SITE CARE

Youth's Name: _Troyn, Daniel_

DOB: _4/22/83_     SSN

Note to Healthcare Provider:  You are requested to complete this summary in order to facilitate con documentation of care delivered to youth in the custody of the Department of Juvenile Justice. This su will be taken back to the DJJ facility and filed in the youth's permanent DJJ *Individual Healthcare Recor* may make a copy of this document to file in the records maintained at your office/facility. If you wish t additional documentation, it will be filed with this summary.

Because this youth may reside at several facilities and/or programs and may receive healthcare in the futur diverse providers, please be as specific as possible in your orders for treatments, prescriptions, referr recommendations for date of next evaluation. In particular, if there are specific precautions relating to pres medications, please note these. PLEASE BE AWARE THAT THIS YOUTH MAY RESIDE AT A FACILITY V HAS NO LICENSED HEALTHCARE STAFF ON-DUTY. PLEASE BE AS SPECIFIC AS POSSIBLE IN YOUR OR FOR TREATMENTS, REFERRALS, DATE OF NEXT EVALUATION, AND PRESCRIPTIONS. IN PARTICUL THERE ARE SPECIFIC PRECAUTIONS RELATED TO PRESCRIPTION MEDICATIONS, PLEASE NOTE THE SECTION F. IF YOU NEED TO SEE THE YOUTH FOR MONITORING RELATED TO MEDICATIONS, PL INDICATE THE DATE. IF LABORATORY TESTS MUST BE COMPLETED PRIOR TO YOUTH'S NEXT VISIT YOU, PLEASE SEND THE LABORATORY REQUEST BACK WITH THIS FORM.

THANK YOU FOR YOUR ASSISTANCE.

### A. SUMMARY OF YOUTH'S COMPLAINT/REASON FOR REFERRAL

c/o (L) Shoulder pain. Portable xray

### B. FINDINGS/ASSESSMENT/DIAGNOSIS

Sprain (L) Shoulder. Xray negative.
(no evidence of A-C separation)

### F. OFFSITE TREATMENT GIVEN IF APPLICABLE
(BRIEF SUMMARY OF MEDICATIONS ADMINISTERED, OR ACTUAL TREATMENTS) Instructed in strengthening exercise
(L) Shoulder.

## ORDERS: PRESCRIPTIONS (Please attach prescription)

| Prescriptions | Precautions | Laboratory Monitoring, if required, and date you will need to see youth for monitoring. |
|---|---|---|
| 1. N/A | | |
| 2. | | |
| 3. | | |

## ORDERS: IMMUNIZATIONS

| | Check here if administered during this visit | If applicable, date for next scheduled dose: |
|---|---|---|
| 1. | ☐ | |
| 2. | ☐ | |
| 3. | ☐ | |
| 4. | ☐ | |

## FACILITY INSTRUCTIONS

1. DO YOU NEED TO SEE YOUTH AGAIN?    NO ☒    YES ☐

2. IF SO, STATE DATE YOU NEED TO SEE YOUTH _If pain persists, I should see Mr. Zoya in 4 weeks_

3. PLEASE STATE ANY ADDITIONAL INSTRUCTIONS FOR FACILITY STAFF: _Please allow Mr. Zoya to do the shoulder exercises 3 times a day_

4. DOES THIS YOUTH REQUIRE SPECIAL OBSERVATION FOLLOWING THIS VISIT?  IF SO, PLEASE STATE DURATION OF THE OBSERVATION.
NO ☒    YES ☐

_Bruce Waxman, MD_
Signature/Credentials of Healthcare
Professional Performing Off-Site Care

ame of Healthcare Facility _Palm Beach Orthopaedic Institute_

dress of Healthcare Facility _3401 PGA Blvd #500 PBG, FL 33410_

# PROGRESS NOTES

Name:

ID# Troya, Daniel

| DATE | PROBLEM NO. | NOTES (worker should sign each entry with name and title) |
|------|-------------|----------------------------------------------------------|
| 6/21/00 | | Scheduled appt c̄ orthopedist, Dr Waxman on 6/26 @ 3pm per Dr Lambrechts instructions. D Elkront |
| 00/00/00 | | Received |

DH 3056, 9/96 (Replaces HRS-H Form 3056 which may be used)
(Stock Number: 5744-000-3056-9)

# PROGRESS NOTES

Name:

ID#

Troya, Daniel

| DATE | PROBLEM NO. | NOTES (worker should sign each entry with name and title) |
|------|-------------|-----------------------------------------------------------|
| 6/19/0 | | (Hx/npt)<br>Pt report he was in take down by staff = 7-8 d y-<br>He sy' he (L) shold, / upper back still hurt<br>He also cught.<br><br>(S- N4)<br>Mucle spsm to (LW) no swell ⊘ point tend ⊘del pulm<br>⊘ spiny flex, exten, with<br>bck upper (R) — ⊘ swell ⊘ bruis ⊘ pt ⊘ spsm<br>duernbl with proximty ⊘ann ⊂ palpshn by<br>ma<br>(L) shlder — ⊘ swell ⊘ point tendn pt can move<br>arm completely in all directns — no ↓Rom<br>Den - vl<br>youbelt ⊕ del pulm ⊘ sensch wth<br>⊕ vl nay on (L) shlder<br><br>Ip - musculr sketal pn<br>P - x-ray (L) shlde<br>adtih a blatd<br>RR big not irprey 1-2th ery no cughh on exam |
| 6/19/0 | | X ray (L) shulde ordered from (Portable) Med<br>Diagnostic Inc. |

# PROGRESS NOTES

Name: Mejia, Daniel
ID#
4/22/83

| DATE | PROBLEM NO. | NOTES (worker should sign each entry with name and title) |
|------|-------------|-----------------------------------------------------------|
| 6/9/00 | | S: Yo head cough. Rales occ. productive mostly yellow but saw some blood. O: lungs clear A→P ā adenopathy pharynx injected — asked to cough up & yellow & blood noted. A: URI P: Tylenol, pseudofed & ↑ fluids. ___ RN, ARNP |
| 6/10/00 | | S: States cough still head — some green & yellow sputum. O: lungs ē some rhonchi ® base & wheezing ® base. A: Bronchitis. P: erythromycin 500 mgm ? PO BID X 10 d symptomatic relief. ___ RN ARNP |
| 6/12/00 | | Seen this am. Denies cough, SOB, congestion, nasal d/c. Lungs clear, pharynx non-injected. Will continue to monitor. Instructed to ↑ fluids. ___ |
| 6/13/00 | | Erythromycine ordered was not received was not seen by MD as requested on 6/12 ———— ___ RN ARNP |
| 6-18-00 | | Youth requested to be seen by physician for recurrent pain lasting one week, in ® side of neck & shoulder from "take down". Youth has full ROM but c/o pain. To be referred to clinic on Monday. ___ |

DH 3056, 9/96 (Replaces HRS-H Form 3056 which may be used)
(Stock Number: 5744-000-3056-9)

### PORTABLE MEDICAL DIAGNOSTICS, INC.
2677 Forest Hill Blvd., Suite 106
West Palm Beach, Fl. 33406
561-964-3311

Dennis F. Roxebrough, R.T.
Director-President

DATE:               6-20-00
PATIENT NAME:       TROYA, DANIEL.
FACILITY:           PBJDC
I.D. NUMBER:
DOCTOR'S NAME:      DR. LAMBRECHT
ROOM NUMBER:

### RADIOLOGICAL CONSULTATION

INTERPRETATION ONLY

LEFT SHOULDER:

There is questionable separation of the acromioclavicular joint. In so far as visualized, no evidence of a fracture is seen.

IMPRESSION:     QUESTIONABLE ACROMIOCLAVICULAR SEPARATION.

These films were obtained with the portable equipment.

Thank you for referring this patient.

Signed:
Kirby B. DeLozier, M.D.
Radiologist
Electronically signed

KBD/dm

# Portable Medical Diagnostics, Inc.

PHONE (561) 964-7984
FAX   (561) 964-5745

## PRELIMINARY REPORT

PATIENT NAME _Troup, Daniel_    DATE OF EXAM _6/20/00_

FACILITY _P. B. Juvenile Detention_    PHONE _881-5020_
                                       FAX _848-3889_

ROOM # _B-4_

ORDERING PHYSICIAN _Lambrecht_    PHONE _____
                                  FAX _____

TECHNICIAN _RD_

FAXED _____    TIME _____ DATE _6/21/00_
CALLED IN TO _____    TIME _____ DATE _6/21/00_

Name of Person

## EXAMS

| | | |
|---|---|---|
| ⊐ ABDOMEN (KUB) | ⊐ FOOT | ⊐ PELVIS |
| ⊐ ANKLE | ⊐ FOREARM (RADIUS/ULNA) | ⊐ RIBS |
| ⊐ CERVICAL SPINE | ⊐ HAND | ⊐ SACRUM |
| ⊐ CHEST | ⊐ HIP | (⊐ SHOULDER) Lt |
| ⊐ CLAVICLE | ⊐ KNEE | ⊐ SKULL |
| ⊐ ELBOW | ⊐ LEG | ⊐ T-SPINE |
| ⊐ FACIAL BONES | ⊐ LUMBAR SPINE | ⊐ WRIST |
| ⊐ FEMUR | ⊐ PARANASAL SINUS | ⊐ OTHER ___ |

⊐ NEGATIVE REPORT
    COMMENTS _____
⊐ NO EVIDENCE OF ACUTE DISEASE    ☒ NO EVIDENCE OF ACUTE FRACTURE

⊐ POSITIVE REPORT  _? AC separation_
_____
_____

PORTABLE MEDICAL DIAGNOSTICS, INC
26?? Forest Hill Blvd  Suite 106
West Palm Beach, FL 33406

# MENTAL HEALTH CARE
## AND
# DENTAL HEALTH CARE

1. MENTAL / BEHAVIORAL HEALTHCARE

2. DENTAL CARE

# SUICIDE RISK SCREENING INSTRUMENT

**Identifying Data**   DJJID: **275341**   Referral ID: **1416363**

**TROYA**                     **DANIEL**                          MI
Last Name                   First Name                          **17**
                            **04/22/1983**
                            Date of Birth                       Age
AKA

**Maria  Troya**
Parent/Guardian
**413 UPLAND ROAD**
Address

**West Palm Beach, FL  33401**         **(561) 833-9082**
City/State/Zip                          Telephone

**COMMITTED AT COURT**
Offense (s)

                        **06/07/2000**        **10:42 AM**
                        Date Detained        Time

## Interview of Arresting/Transporting Officer
(To be completed by Juvenile Probation Officer before the officer leaves)

Officer's Name:  **Munnings**         Badge/ID # _____
Agency:  **District 9 - Juvenile Justice**

If Yes, place youth on sight and sound supervision. Refer youth for immediate Suicide Risk Assessment

Do you have any reason to think this youth will try to kill himself?   YES ☐   NO ☐

Explain:
Other Comments:    **SEE ATTACHED**

## Juvenile Probation Officer Interview Of Child
(Juvenile Probation Officer shall ask the youth the following questions)

If Yes in this shaded area, place youth on sight and sound supervision. Refer youth for immediate Suicide Risk Assessment

|  | YES | NO |
|---|---|---|
| 1.  Have you tried to kill yourself in the past six months?  When? _____ How? _____ | ☐ | ☒ |
| 2.  Are you thinking about killing yourself now?  Explain? _____ | ☐ | ☒ |

If Yes in this shaded area, place youth on close watch. Refer youth for Suicide Risk Assessment within 24 hours

| | YES | NO |
|---|---|---|
| 3.  Have you ever tried to kill yourself?  When? _____ How? _____ | ☐ | ☒ |

Other Comments: _____

**Child's Current DJJ or C & F Involvement:** (Check all that apply)

☐ Delinquency Intake          ☐ Reentry                        ☐ Foster Care
☐ Community Control           ☐ Child Protective Investigation ☐ Adoptions
☒ Delinquency Commitment      ☐ PS                             ☐ None
☐ Furlough                    Counselor(s):  **LUCY SERRANO 064**

**Juvenile Probation Officer Interview of Parent/Guardian or Relative and Assigned Counselor:**
To be completed by Juvenile Probation Officer during the intake process. Interview the assigned counselor. If unavailable, proceed with screening and contact the next day per district operating procedures.)
Parent/Guardian or Relative Name:    **Maria  Troya**

Relationship   **Mother**              Contacted Date/Time ___ / ___
Assigned Counselor _____             Contacted Date/Time ___ / ___

|  | Parent/ Guardian or Relative | | Assigned Counselor | |
|---|---|---|---|---|
|  | YES | NO | YES | NO |

*If Yes in this shaded area, place youth on sight and sound supervision. Refer youth for immediate Suicide Risk Assessment*

| 1.  Has the child tried to kill himself in the past six months?  When? _____ How? _____ | ☐ | ☐ | ☐ | ☐ |

*If one or more Yes in this shaded area, place youth on close watch and refer youth for Suicide Risk Assessment within 24 hours.*

| 2.  Has the child threatened to kill himself in the past six months?  Explain: | ☐ | ☐ | ☐ | ☐ |
| 3.  Has the child ever tried to kill himself?  When? _____ How? _____ | ☐ | ☐ | ☐ | ☐ |
| 4.  Have you noticed the child having any of the following behaviors: Giving away his favorite things, dropping close friends, drastic changes in eating or sleeping habits, saying that things are hopeless? | ☐ | ☐ | ☐ | ☐ |
| 5.  Other than being arrested and detained, has the child had a major change or loss in the past six months, such as a death, divorce of parents, breaking up with (girlfriend, boyfriend, etc.?)  Explain: | ☐ | ☐ | ☐ | ☐ |
| 6.  Does the child have any serious mental health problems (e.g. depression, withdrawn, hears voices, etc.)?  Explain: | ☐ | ☐ | ☐ | ☐ |
| 7.  Has someone this child knows well committed suicide?  Who? _____ When? _____  How? _____ | ☐ | ☐ | ☐ | ☐ |
| 8.  Is there any other information that will help us in caring for this child?  Explain? _____ | ☐ | ☐ | ☐ | ☐ |

Other Comments: _____

DJJ/PP Form 12 2/98

## Juvenile Probation Officer & Detention Worker Observations

(These are not interview questions.  **DO NOT ASK THE YOUTH THESE QUESTIONS**  but observe the youth during the intake process and record the observations.)

**Have you observed any of the following:**

| | | Intake Counselor | | Detention Care Worker | |
|---|---|---|---|---|---|
| | If one or more Yes in this shaded area, place youth on sight and sound supervision. Refer youth for immediate Suicide Risk Assessment. | YES | NO | YES | NO |
| 1. | Threatening to kill self/preoccupied with suicide. | ☐ | ☒ | ☐ | ☒ |
| 2. | Fresh wounds/injuries that appear to be self-inflicted. Describe: _____ | ☐ | ☒ | ☐ | ☒ |
| 3. | Do you have any other reason to think that youth will try to kill himself? Explain: _____ | ☐ | ☒ | ☐ | ☒ |

If one or more Yes in this shaded area, place youth on close watch & refer youth for Suicide Risk Assessment within 24 hours.

| | | | | | |
|---|---|---|---|---|---|
| 4. | Symptoms of alcohol/drug withdrawal (depression, anxiety, jittery). | ☐ | ☒ | ☐ | ☒ |
| 5. | Dramatic mood changes (e.g., from crying to laughing in a short period of time). Describe: _____ | ☐ | ☒ | ☐ | ☒ |
| 6. | Indications of self-mutilating behavior (e.g., marks/scars or cigarette burns observed) Describe: _____ | ☐ | ☒ | ☐ | ☒ |

Other Comments: _____

Juvenile Probation Officer Name:  **JUGAL K. ARORA**

Observation Complete:  Time _____  Date  **6/7/2000**

Detention Worker Name:  _Judith J Eudovigue_

Observation Complete:  Time _1.50 pm_  Date _6/7/00_

Shift _H_

## Nursing Screening

Is to be filled out by Nurse. The questions should be alternated with usual health questions.

If one or more Yes in this shaded area, place youth on sight and sound supervision. & refer youth for immediate Suicide Risk Assessment. If youth already assessed, place youth on sight and sound supervision. Consult with assessor immediately.

| | | YES | NO |
|---|---|---|---|
| 1. | Have you tried to kill yourself in the past six months? When? _____ How? _____ | ☐ | ☒ |
| 2. | Are you thinking about hurting or killing yourself now? Explain? _____ | ☐ | ☒ |

If one or more Yes in this shaded area, place youth on close watch & refer youth for Suicide Risk Assessment within 24 hours. If youth already assessed, place youth on close watch & consult with assessor within 24 hours.

| | | | |
|---|---|---|---|
| 3. | Do you feel that there is no future, that life is not worth living? | ☐ | ☐ |
| 4. | Have you recently put yourself in a situation where you could have been seriously hurt or killed? (e.g., reckless driving while drunk or high, etc.) Explain? _____ | ☐ | ☒ |
| 5. | Have your sleeping or eating habits changed recently? | ☐ | ☒ |
| 6. | Other than being arrested and detained, have you had a major change or loss in the past six months, such as a death, divorce of parents, breaking up with a boy or girl friend, etc.? Explain? _____ | ☐ | ☒ |
| 7. | Have you ever tried to kill yourself? When? _____ How? _____ | ☐ | ☒ |
| 8. | Has anyone in your family or any close friend ever killed himself or tried to kill himself? | ☐ | ☒ |

Who? _____ When? _____
How? _____
Other Comments: _____

Nurse's Name: _T. Henderson, LMHC_

Observation Complete:  Time _____  Date _6-8-00_

Shift _A_

DJJ/PP Form 12 2/98

## Juvenile Probation Officer Screening Results

☒ No referral necessary based on available information.

**Juvenile Probation Officer Signature**

☐ Telephone consultation with assessor:
☐ Assessor will see child immediately
☐ Assessor will see child within 24 hours
☐ Assessor will not need to see the child

Referred to: _____
Referred by: _____
Time: _____ Date: _____

Intake Counselor's Signature

### Suicide Risk Assessment Results

Assessed By: _____
Time          Date

R___s:   ☐ High risk     ☐ Low risk

Assessor's Signature

**Recommended:**

Supervision:
☐ Sight and Sound Supervision
☐ Close Watch
☐ Standard Supervision
☐ Other (specify):

Intervention:
Describe:

## Detention Care Screening Results

☑ No referral necessary based on available information.

**Detention Care Supervisor's Signature**

☐ Telephone consultation with assessor:
☐ Assessor will see child immediately
☐ Assessor will see child within 24 hours
☐ Assessor will not need to see the child

R___ed to: _____
R___ed by: _____
Time: _____ Date: _____

Detention Care Supervisor's Signature

### Suicide Risk Assessment Results

Assessed By: _____
Time          Date

Results:   ☐ High risk     ☐ Low risk

Assessor's Signature

**Recommended:**

Supervision:
☐ Sight and Sound Supervision
☐ Close Watch
☐ Standard Supervision
☐ Other (specify):

Intervention:
Describe:

## Nursing Screening Results

☐ No referral necessary based on available information.

**Nurse's Signature**

☐ Telephone consultation with assessor:
☐ Assessor will see child immediately
☐ Assessor will see child within 24 hours
☐ Assessor will not need to see the child

Referred to: _____
Referred by: _____
Time: _____ Date: _____

Nurse's Signature

### Suicide Risk Assessment Results

Assessed By: T. Henderson   Unit C   6-8-00
Time          Date

Results:   ☐ High risk     ☑ Low risk

Assessor's Signature

**Recommended:**

Supervision:
☐ Sight and Sound Supervision
☐ Close Watch
☐ Standard Supervision
☐ Other (specify):

Intervention:
Describe:

**Comments:**

Copies to: Case File, Nurse, Detention File, Mental Health Assessor

DJJ/PP Form 12 2/98



STATE OF FLORIDA
## DEPARTMENT OF JUVENILE JUSTICE

Date: _____

Dear Parent/Guardian:

Your child, _DANIEL TROYA_ was examined by our physician today, and has _poor vision & CAVITIES_ Dr. J. Lambrecht, our facility physician recommends that your child be seen by an _eye doctor_ for follow-up. _dentist_

If you have any questions, you may contact me Monday through Friday at (561) 881-5020.

Sincerely,

Yvonne Cooper, RN

Cc:   Facility File

Accessories

# SCREENING / LAB TESTS

1. (ORIGINAL FORM) FACILITY ENTRY PHYSICAL HEALTH SCREENING

2. LABORATORY TESTS

3. RADIOLOGICAL TESTS



**DEPARTMENT OF JUVENILE JUSTICE**
**SUBSTANCE ABUSE AND MENTAL HEALTH**
**PRELIMINARY SCREENING**

SAMH-1

Client's Name: **DANIEL TROYA**       SSN: _____  DJJID#: **275341**

Date of Birth: **04/22/1983**  Age: **17**  Race: **White**     Sex: **Male**  Referral #: **1416363**

| | |
|---|---|
| Client's Address: **413 UPLAND ROAD** | Street |
| **West Palm Beach**　City　**FL**　State　**33401**　Zip　**(561) 833-9082** | Phone |
| Parent/Guardian: Maria Troya　Relationship to Client　**Mother** | |
| Parent/Guardian's Address; **413 UPLAND ROAD** | Street |
| West Palm Beach, FL  33401 | (561) 833-9082 |
| City\State\Zip | Home Phone　Work Phone |

District of Residence: **District 9**　Court Docket #: **00-2655**

Current Charge(s): **COMMITTED AT COURT**

If Suicide Risk, Screening Instrument Administered　Date: _____

If currently in SA or MH Treatment _____
　　　　　　　　　　　　　　　　Provider's Name　　　　Type of Treatment

---

Date of Screening: **6/7/2000**　Time: **10:35 AM**  (a.m./p.m.)  Location: **PB JAC**

Screening Completed by:  **JUGAL K. ARORA**　　**682-0000**　　**067**
　　　　　　　　　　DJJ Worker　　　　　　Phone　　　Unit

Case Assigned to:  **LUCY SERRANO**　　　**682-0000**　　**064**
　　　　　　　　　DJJ Worker　　　　　Phone　　　Unit

Respondent:  **SELF**
　　　　　　Name　　　　　　　　Relationship to Client

Referred to:

☒ a) for assessment　　　　　　In Detention?  Yes ☒  No ☐

☐ b) for referral to crisis intervention/treatment　　Date Assessment Recommendation due to DJJ Worker ___  __

☐ c) no referral necessary based upon available information

---

Place a check next to each item which describes behaviors or incidents which have occurred within the past six months. Any item checked will result in referral for further assessments.

☐ 1) Suicide thoughts/attempts　☐ 6) Perpetrates sexual abuse　☐ 11) Parent/Peer substance abuse

☐ 2) Parental incarceration　☐ 7) Reports or documented evidence of sexual and/or physical abuse　☐ 12) Criminal behavior while under the influence of drugs/alcohol

☐ 3) Attempted Homicide　☐ 8) Hallucinations (voices, visual & tactile)　☒ 13) Suspended/expulsion or poor school performance/attendance

☐ 4) Set fires　☐ 9) Enrolled in special education　☐ 14) Other (specify in comments)

☐ 5) Intentionally hurts animals　☒ 10) Suspected use or abuse of drugs or alcohol　☐ No items marked based on available information

For items checked, provide item # and specific comments on next page

　　　　　　　　　　　　DJJ/PP Form 35 2/98



SSN _____
DJJID # _2n534/_
Referral ID # _____
Court Case # _____
Facility _____
District _____

## DEPARTMENT OF JUVENILE JUSTICE
## FACILITY ENTRY PHYSICAL HEALTH
## SCREENING

Youth's Name: _Daniel Troya_   Date of Birth: _9-22-83_   Age: _17_

Race: _white_   Sex: _m_   Eyes: _Brown_   Hair: _Brown_

Parent/Guardian: _Maria Troya_   _561- 833- 9082_
                                    (Home Phone)        (Work Phone)

_413 Upland Rd_   _west Palm Beach_   _Fl._   _33401_
        (Street)              (City)              (State)       (Zip Code)

Date Screened: _6/7/00_   Time Screened: _1:10 pm_

Screening completed by: _Judith Eutezo_  _Det. Officer_   _____
                                (Name)                     (Position)              (Telephone Number)

## TUBERCULOSIS SYMPTOM SCREENING:  (Tier I)
### (Interview with youth)

|   |   | No | Yes |
|---|---|:--:|:---:|
| 1. | Are you coughing up blood? | ☒ | ☐ |

Screener Instructions:  A "Yes" response to question #1 requires an immediate referral tot he designated health authority for assessment and/or emergency transfer to the hospital.

|   |   | No | Yes |
|---|---|:--:|:---:|
| 2. | Do you have a cough which has lasted longer than 2 weeks and in which you cough up anything (green, yellow, red mucous, phlegm, etc.)? | ☑ | ☐ |

3. Are you now or have you recently had any of the following:

|   | No | Yes |
|---|:--:|:---:|
| ☐  a fever (greater than 101) | ☑ | ☐ |
| ☐  weight loss (without dieting) | ☑ | ☐ |
| ☐  fatigue (easy tiring) | ☑ | ☐ |
| ☐  night sweats | ☑ | ☐ |

Screener Instructions:  A "Yes" response to question #2 plus any three of the symptoms listed in question #3 requires you to hold the youth, per facility procedure, until medically evaluated.  Do not place youth in general populated until established procedures have been followed per designated health authority. (You may continue with the rest of the screening.)

|   |   | No | Yes |
|---|---|:--:|:---:|
| 4. | Are you now or have you been in the past, an IV drug user or skin injector of any sort? | ☑ | ☐ |

## MEDICATION

| | No | Yes |
|---|---|---|
| | ☑ | ☐ |

13. Are you taking <u>any</u> medication for mental conditions (behavior/emotions) or for physical health?
If Yes, list (include over the counter medication)

---

14. Specifically, do you take any of the following?

| | Yes | No | Date/Time of Last Dosage | |
|---|---|---|---|---|
| Insulin | ☐ | ☑ | | |
| Seizure Medication | ☐ | ☑ | | |
| Asthma Medication | ☐ | ☑ | | |
| Heart Medication | ☐ | ☑ | | |
| Tuberculosis Medication | ☐ | ☑ | | |

| | No | Yes |
|---|---|---|
| | ☑ | ☐ |

15. Are you allergic to any medication, foods or other substances?
If Yes, please list?

---

## YOUTH INTERVIEW:
## PHYSICAL HEALTH DISPOSITION:

☐ Emergency health treatment needed; institute per emergency procedure

☐ Youth appears intoxicated or under the influence of other non-medical substances (cocaine, crack, LSD, etc.). Institute procedures for detoxification and/or acute substance abuse treatment.

☐ Institute procedures for evaluation of possible active tuberculosis.

☐ Schedule sick call appointment for follow-up of minor compliant

☐ Schedule for nurse to follow-up with youth.

☑ No complaints or evidence of illness; schedule for *comprehensive physical assessment, if needed.*

☐ Unsure as to action. Contact designated health care professional or shift supervisor to determine action.

*Bureau of Commitment Services*          *DJJ/HLTH Form 4  3/99*

5.  Has anyone with whom you have been living with, been recently diagnosed with tuberculosis ☑ ☐

**Screener Instructions:** A "Yes" response to either question #4 or #5 requires you to place the youth on "medical alert" an to notify the designated health authority or the designated administrator that youth must be medically evaluated fc tuberculosis within 24 hours.

## GENERAL PHYSICAL HEALTH SCREENING:
### SCREENER'S OBSERVATIONS:

|   |   | No | Yes |
|---|---|---|---|
| 1. | Youth has obvious injury (Please indicate on body diagram – SEE LAST PAGE) If yes, describe | ☑ | ☐ |
| 2. | Youth appears ill If yes, describe | ☑ | ☐ |
| 3. | Youth has difficulty moving and/or has a physical handicap If yes, describe | ☑ | ☐ |
| 4. | Youth appears to have a vision impairment, hearing impairment, or speech impairment If yes, describe | ☑ | ☐ |
| 5. | Youth has visible scars, tattoos, other skin markings If yes, describe | ☑ | ☐ |
| 6. | Youth appears intoxicated or under the influence of drugs If yes, describe | ☑ | ☐ |
| 7. | Youth has evidence of lice, scabies, etc. | ☑ | ☐ |

## YOUTH INTERVIEW:
### CURRENT STATUS

|   |   | No | Yes |
|---|---|---|---|
| 8. | Do you have any health complaints such as injuries, sickness or pain at the present time? If yes, describe | ☑ | ☐ |
| 9. | Have you had a recent injury? If yes, describe | ☑ | ☐ |
| 10. | Specifically, have you had a recent head injury? If yes, describe | ☑ | ☐ |
| 11. | (For females) Are you pregnant or suspect that you might be pregnant? | ☐ | ☑ |

12. Do you have (or have you ever had) any of the following health problems?

|   | Past No | Past Yes | Present No | Present Yes |
|---|---|---|---|---|
| Diabetes | ☑ | ☐ | ☑ | ☐ |
| Asthma | ☑ | ☐ | ☑ | ☐ |
| Seizures | ☑ | ☐ | ☑ | ☐ |
| Heart Problems | ☑ | ☐ | ☑ | ☐ |
| Frequent Headache | ☑ | ☐ | ☑ | ☐ |
| Stomach Problem | ☑ | ☐ | ☑ | ☐ |
| Venereal disease | ☑ | ☐ | ☑ | ☐ |
| Sickle Cell Disease | ☑ | ☐ | ☑ | ☐ |
| Cancer | ☑ | ☐ | ☑ | ☐ |
| Tuberculosis | ☑ | ☐ | ☑ | ☐ |
| Alcohol or Drug Abuse | ☐ | ☑ | ☐ | ☑ |

Are you currently under the influence of alcohol or other drugs?     _NO_

**BODY CHART**

DJJID#: 275341
Referral ID #: 1416365

*M. Bailey.*
Intake Staff Member

*Maria Bailey Jr*
Signature

67-00
Date

1.90
Time

| Identifying Marks | Position | Location | FRONT VIEW |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Identifying Marks | Position | Location | REAR VIEW |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |