IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT,
IN AND FOR ___Palm Beach___ COUNTY, FLORIDA

STATE OF FLORIDA,
        Plaintiff,

VS.                                     Case No. _007407 CFA02_
                                                 _007020 CFA02_ ✓

___Troya, Daniel A.___,
        Defendant         /

## MOTION FOR POSTCONVICTION RELIEF

COMES NOW, the defendant, ___Troya, Daniel A.___ ,Pro Se and hearby requests this Honorable Court to grant the Defendant's Motion for Postconviction Relief, pursuant to Florida Rule of Criminal Procedure, Rule 3.850 and does offer the following grounds in support:

## STATEMENT OF FACTS

1. Name and location of the court that entered the judgement of conviction under attack: ___Howard C. Berman     Palm Beach county courthouse___

2 Date of judgement of conviction: ___10-13-00___

3. Length of sentence: ___3 yrs F.S.P. Followed by 3yrs probation___

4. Nature of offense(s) involved (all counts): ___Felony Battery, Burglary of a Structure or Conveyance, Grand Theft Auto over 20,000___

5-a. What was your plea? (check only one)
        (a) Not guilty___
        (b) Guilty ✓
        (c) Nolo contendere___
        (d) Not guilty by reasons of insanity___

5-b. If you entered one plea to one count, and a different plea to another count, give details:___N/A___

6. Kind of trial: (check only one)
        (a) Jury___
        (b) Judge only without jury___

7. Did you testify at the trial or at any pretrial hearing? NO

1

SENT TO JUDGE
6/5/02 BY mrc

Troya013573

Yes____     No ✓

If yes , list such occasion:____N/A_____
_____

8. If you appeal, answer the following:
    (a) Name of the court:_____ .
    (b) Results:_____ .
    (c) Date of result:_____/_____/_____ .
    (d) Citation (if known):_____ .

9. Other than a direct appeal from the judgement of conviction and sentence, have you previously filed any petitions, applications, motions, etc. with respect to this judgement in this court?

Yes _____     No ✓

10. If your answer to number 9 was "yes", give the following information (applies only to proceedings in this court):

(a) (1) Nature of the proceeding :___N/A_____
_____.

    (2) Grounds raised :____N/A_____
_____
_____
_____
_____

    (3) Did you receive an evidentiary hearing on your petition, application, motion, etc.?    Yes____     No ✓

    (4) Result :_____
    (5) Date of result :____/____/_____

(b) As to any second petition , application, motion, etc., give the same information:

(1) Nature of the proceeding :_____

(2) Grounds raised :__N/A_____
_____
_____

2

(3) Did you receive an evidentiary hearing on your petition, application, motion, etc.?

        Yes_____      No ✓

    (4) Result :_____

    (10) Date of result :_____/____/_____

11. Other than a direct appeal from the judgement of conviction and sentence, have you previously filed any petitions, applications, motions, etc. with respect to this judgement in any other court?

        Yes_____      No ✓

12. If any of the grounds listed above were not previously presented on your direct appeal, state briefly what grounds were not so presented and give your reasons they were not so presented:_____ **N/A**_____

13. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein.

(a) At preliminary hearing:____ **N/A**_____ .

(b) At arraignment and plea:__ *allen Gessey*_____ .

(c) At trial :____ no trial N/A_____ .

(d) At sentencing:__ *allen Gessey*_____ .

(e) On appeal:_____ **N/A**_____ .

(f) In any postconviction proceeding:__ **N/A**_____ .

14. State concisely every ground on which you claim that the judgement or sentence is unlawful. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and the facts supporting them.

Ground 1 : I Previously filed a 3.850, But was denied w/out Prejudice, and told to refile, I am now filing in complience with rule 3.850

Troya013575



my lawyer (allen Gessey) Told me IF I signed For a plea of 36 months F.S.P. Followed By 36 months state probation that the courts would take off 6 months for having a paid lawyer and would take off another 6 months for the 85% plus the 128 days Time served and promised me Bootcamp so If not going to Boot Camp I should have done only 19½ months in F.S.P.

Wherefore, movant requests that the court grant all relief to which the movant may be entitled in this proceeding, including but not limited to (here list the nature of the relief Sought)

1. An evidentiary hearing,
2. Withdrawal of guilty plea,
3. Vacate Judgement and sentence and / or
4. Such other and further relief as the court deems just and proper

4

Troya013576

*SUMMARY RECORD INDEX*

CIRCUIT COURT NO.:**00-7047CF A02, 00-7020CF A02**
DIVISION: **"U"**
**DANIEL A. TROYA**
JANUARY 31, 2002
PAGE ONE

| DATE | DESCRIPTION | PAGE |
|------|-------------|------|

## ***THERE WAS NO HEARING REGARDING THIS CAUSE***

012802    NOTICE OF APPEAL

042701    PRO SE MOTION FOR POST CONVICTION RELIEF

050101    WRITTEN ORDER (BERMAN) REQUIRING STATE'S RESPONSE
          TO DEFENDANT'S MOTION FOR POST CONVICTION

070901    LETTER TO JUDGE BERMAN FROM DEFENDANT RE: MOTION
          FOR POST CONVICTION RELIEF

092801    MOTION FOR EXTENSION OF TIME TO RESPOND TO
          DEFENDANT'S MOTION FOR POST CONVICTION RELIEF

100101    WRITTEN ORDER (BERMAN) GRANTING MOTION FOR
          EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S
          MOTION FOR POST CONVICTION RELIEF

100401    LETTER TO JUDGE BERMAN FROM DEFENDANT RE: MOTION
          FOR POST CONVICTION RELIEF

112601    RESPONSE TO MOTION FOR POST CONVICTION RELIEF

113001    WRITTEN ORDER (COOK)  POST CONVICTION RELIEF
          WITHOUT PREJUDICE

120801    PRO SE MOTION FOR POST CONVICTION RELIEF

010902    WRITTEN ORDER DENYING (COOK) MOTION FOR POST
          CONVICTION RELIEF

Troya013577



**FLORIDA**
**DEPARTMENT of**
**CORRECTIONS**

Governor
**CHARLIE CRIST**
Secretary
**WALTER A. McNEIL**

*An Equal Opportunity Employer*

2601 Blair Stone Road  Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

State Of Florida   )

County Of Leon   )

I, CHARLES O WILLIAMS, RECORDS ANALYST, Central Records Office, State of

Florida Department of Corrections, do hereby certify the documents contained within the

enclosed Compact Disc to be true and correct copies of documents in the file of **DANIEL**

**TROYA, DC No. W14211,** as the same appears in the Official Records in this Office.

Given under my hand and the official seal of the Florida Department of Corrections, this

1/13/2009

CHARLES O WILLIAMS
RECORDS ANALYST

**SEAL**

Troya013579



**FLORIDA**
**DEPARTMENT of**
**CORRECTIONS**

*An Equal Opportunity Employer*

Governor
**CHARLIE CRIST**
Secretary
**WALTER A. McNEIL**

2601 Blair Stone Road  Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

## OFFENDER INFORMATION REQUEST COVER PAGE

DATE:      1/13/2009

TO:

KERRY SHEEHAN

INVESTIGATIVE, SENTENCING AND MITIGATION
250 AUSTRALIAN AVENUE, SOUTH, SUITE 704
WEST PALM BEACH , FL 33401

RE:      **DANIEL TROYA, DC No. W14211**

| **INFORMATION PROVIDED:** |
| --- |
| Inmate File |

**COMMENTS**

Presentence Investigation(s) dated 9/18/00 deleted pursuant to Florida Statute
945.10(1)(b).Documents containing victim's information were excised pursuant to Florida Statute
119.07(3)(s)(1).This department does not maintain medical records.You can send your request
and consent forms to the Reception and Medical Center, address listed below.

Reception and Medical Center (RMC)
P.O. Box 628
Hwy 231
Lake Butler, FL  32054-0628
ATTN: Glenda Bloodsworth

Please direct all questions or comments to:

Central Records
Phone:(850) 488-1503 Fax:(850) 413-8302
Email: faq.inmaterecords@mail.dc.state.fl.us

Request Number: 73800

Troya013580

FLORIDA DEPARTMENT OF CORRECTIONS

DC14 0 W14211                                USER ID: DRECGFZ
NAME: TROYA, DANIEL A.           DOC NO: W14211      STATUS: INACTIVE


```
**------------------------------------------------------------------**
 IISO006          OVERALL INMATE RECORD AS OF 01/13/09     TIME: 13:50
 *-------------------------------------------------------------------*
```

THE FOLLOWING INFORMATION IS FROM THE RECORD OF THE INMATE NAMED ABOVE.
SOME DATA AS WELL  AS RELEASE DATE(S)  ARE SUBJECT TO CHANGE  WITH THE
AWARD OF AND/OR FORFEITURE OF GAIN TIME OR PROVISIONAL CREDITS OR WITH
A CHANGE IN SENTENCE STRUCTURE OR INMATE STATUS.


LOCATION:    -RELEASED              PROVISIONAL RELEASE DATE: NO CREDITS
OVERALL TERM:  5 YRS  9MOS  20DAYS  TENTATIVE RELEASE DATE:  11/04/2005
CUSTODY GR: CLOSE    SINCE: 01/05/04  LAST PROV.AWARD:  0 DAYS ON   / /
DATE OF BIRTH: 04/22/83  SEX: MALE   LAST GAIN TIME:   0 DAYS ON 11/30/05
BIRTHPLACE: ILLINOIS      HT: 5' 11"  RACE: WHITE        EYES: BROWN
SOC.SEC.NO.:                         FBI NO:            FDLE:
FILE IMAGING: COMPLETE RECORD IMAGED
********************************************************************************
   THE FOLLOWING DATES ARE SET BY THE PAROLE COMMISSION.  QUESTIONS ABOUT
   THESE DATES SHOULD BE DIRECTED TO THAT AGENCY AT  (850) 488-1655.
CONTROL RELEASE DATE:   / /         PRESUMPTIVE PAROLE DATE: 99/99/9999
********************************************************************************


```
**------------------------------------------------------------------**
                 INMATE SENTENCES AS OF 01/13/09     TIME: 13:50
 *-------------------------------------------------------------------*
```

THE PRIOR INMATE RECORD REFLECTS THE DATE THE OFFENDER WAS RELEASED.
EXTERNAL MOVEMENTS WILL REFLECT THE TYPE OF RELEASE.
THE CURRENT INMATE RECORD IS COMPRISED OF CONCURRENT AND/OR CONSECUTIVE
SENTENCES WHICH ARE COMBINED TO ESTABLISH THE OVERALL TERM.

--- PRIOR INCARCERATION ---

| IMPOSED | COUNTY | CASE NO. | OFFENSE | YRS | MO | DY | RELEASED |
|---------|--------|----------|---------|-----|----|----|----------|
| 10/13/00 | PALM BEACH | 50-0007020 | BURGUNOCCSTRUC/CV OR | 3 | 0 | 0 | 04/20/03 |

SPEC.PROV.: YOUTH.OFF.;PAROLE INEL
SENTENCING GUIDELINES OFFENSE LEVEL: 04
85% MINIMUM RELEASE DATE: 12/25/2002

| 10/13/00 | PALM BEACH | 50-0007020 | GRAND THEFT O/20,000 | 3 | 0 | 0 | 04/20/03 |

SPEC.PROV.: YOUTH.OFF.;PAROLE INEL
SENTENCING GUIDELINES OFFENSE LEVEL: 06
85% MINIMUM RELEASE DATE: 12/25/2002

| 10/13/00 | PALM BEACH | 50-0007407 | FELONY BATTERY | 3 | 0 | 0 | 04/20/03 |

SPEC.PROV.: YOUTH.OFF.;PAROLE INEL
SENTENCING GUIDELINES OFFENSE LEVEL: 06
85% MINIMUM RELEASE DATE: 12/25/2002


--- LATEST  INCARCERATION ---

| 12/03/03 | PALM BEACH | 50-0007020 | BURGUNOCCSTRUC/CV OR | 4 | 2 | 0 | 12/28/05 |

SPEC.PROV.: PAROLE INEL


PAGE:   1

CERTIFIED TO BE TRUE AND CORRECT COPY
OF DOCUMENT AS SAME APPEARS IN OFFICIAL
RECORDS OF DEPARTMENT OF CORRECTIONS.

Charles W Williams
NAME
Records Analyst                    1/13/09
TITLE                              DATE

Troya013581

```
   SENTENCING GUIDELINES OFFENSE LEVEL: 04
   85% MINIMUM RELEASE DATE: 04/09/2004
12/03/03   PALM BEACH    50-0007020  GRAND THEFT O/20,000   4  2  0   12/28/05
   SPEC.PROV.: PAROLE INEL
   SENTENCING GUIDELINES OFFENSE LEVEL: 06
   85% MINIMUM RELEASE DATE: 04/09/2004
12/03/03   PALM BEACH    50-0007407  FELONY BATTERY         4  2  0   12/28/05
   SPEC.PROV.: PAROLE INEL
   SENTENCING GUIDELINES OFFENSE LEVEL: 06
   85% MINIMUM RELEASE DATE: 04/09/2004
12/03/03   PALM BEACH    50-0307890  GRAND THEFT MOTOR VE   4  2  0   12/28/05
   SPEC.PROV.: PAROLE INEL
   SENTENCING GUIDELINES OFFENSE LEVEL: 04
   85% MINIMUM RELEASE DATE: 02/21/2004
06/29/04   BREVARD       05-0319063  ESCAPE                 1  7 20   12/28/05
   SPEC.PROV.: PAROLE INEL
   SENTENCING GUIDELINES OFFENSE LEVEL: 06   UNIFORM: 052003CF019063CXXXXX
   85% MINIMUM RELEASE DATE: 10/01/2005


  **------------------------------------------------------------------**
                INMATE DETAINERS AS OF 01/13/09      TIME: 13:50
  *------------------------------------------------------------------*


THE FOLLOWING REFLECTS DETAINERS AGAINST THIS RECORD, AND/OR REQUESTS TO
BE NOTIFIED PRIOR TO RELEASE OF THE INMATE.

                    ---   PRIOR INCARCERATION   ---
   FILED      TYPE      AUTHORITY              CHARGE(S)            REMOVED
  --------    ----    -----------------   ---------------------   --------
  10/13/00   NOTIFY   150 WPB P & P       2 YRS PROBATION TO FOLLOW  04/20/03

                    ---  LATEST  INCARCERATION ---
  02/24/04   DETAIN   BREVARD CO SO       03CF019063 ESCAPE          01/14/05


  **------------------------------------------------------------------**
        INMATE MOVEMENT/TRANSFER HISTORY AS OF 01/13/09     TIME: 13:50
  *------------------------------------------------------------------*


THE FOLLOWING ENTRIES REFLECT MOVEMENT BY THE INMATE BETWEEN DEPARTMENT
FACILITIES AS WELL AS RELEASES AND RETURNS FROM OUTSIDE AGENCIES.

                    ---  PRIOR INCARCERATION   ---
   DATE       MOVEMENT TYPE        DESTINATION/LOCATION       FROM
  --------   ----------------     --------------------    --------------------
  10/26/00   NEW COMMITMENT       S.F.R.C.                PALM BEACH
  11/08/00   TRANSFERRED TO       HILLSBOROUGH C.I.       S.F.R.C.
  12/17/00   TRANSFERRED TO       ZEPHYRHILLS C.I.        HILLSBOROUGH C.I.
  12/19/00   TRANSFERRED TO       HILLSBOROUGH C.I.       ZEPHYRHILLS C.I.
  11/02/01   TRANSFERRED TO       BREVARD C.I.            HILLSBOROUGH C.I.
  11/02/01   IN TRANSIT AT        CFRC-MAIN               HILLSBOROUGH C.I.
  11/09/01   TRANSFERRED TO       BREVARD C.I.            CFRC-MAIN
  10/23/02   TRANSFERRED TO       BREVARD WORK CAMP       BREVARD C.I.
```

PAGE:   2

Troya013582

```
11/10/02   TRANSFERRED TO          BREVARD C.I.          BREVARD WORK CAMP
02/07/03   TRANSFERRED TO          TAYLOR ANNEX          BREVARD C.I.
02/07/03   IN TRANSIT AT           CFRC-MAIN             BREVARD C.I.
02/12/03   TRANSFERRED TO          TAYLOR ANNEX          CFRC-MAIN
02/12/03   IN TRANSIT AT           R.M.C.- MAIN UNIT     CFRC-MAIN
02/17/03   TRANSFERRED TO          TAYLOR ANNEX          R.M.C.- MAIN UNIT
04/20/03   EOS TO PROB/CC          PALM BEACH            TAYLOR ANNEX


                   ---  LATEST  INCARCERATION ---
12/22/03   NEW COMMITMENT          S.F.R.C.              PALM BEACH
01/07/04   TRANSFERRED TO          DESOTO ANNEX          S.F.R.C.
06/07/04   OUT TO COURT            BREVARD               DESOTO ANNEX
07/18/04   RET.FM.CRT.NO N/S       DESOTO ANNEX          BREVARD
01/19/05   OUT TO COURT            BREVARD               DESOTO ANNEX
02/08/05   RET.FM.CRT.NO N/S       DESOTO ANNEX          BREVARD
06/15/05   TRANSFERRED TO          DADE C.I.             DESOTO ANNEX
06/15/05   IN TRANSIT AT           S.F.R.C.              DESOTO ANNEX
06/17/05   TRANSFERRED TO          DADE C.I.             S.F.R.C.
12/28/05   EXPIRATION              PALM BEACH            DADE C.I.


    **-----------------------------------------------------------------**
             INMATE DISCIPLINARY ACTIONS AS OF 01/13/09      TIME: 13:50
       *-------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

```
                   ---    PRIOR INCARCERATION  ---
  DATE      DAYS            VIOLATION                    LOCATION
---------  -----   -----------------------------    --------------------
01/23/01     12    DISORDERLY CONDUCT               HILLSBOROUGH C.I.
02/14/01      0    THEFT                            HILLSBOROUGH C.I.
03/14/01      0    DISRESP.TO OFFICIALS             HILLSBOROUGH C.I.
03/15/01      0    SPOKEN THREATS                   HILLSBOROUGH C.I.
06/13/01      6    BEING IN UNAUTH AREA             HILLSBOROUGH C.I.
07/03/01      0    POSS OF NEGOTIABLES              HILLSBOROUGH C.I.
09/04/01      0    REFUSING TO WORK                 HILLSBOROUGH C.I.
09/26/01      0    DISOBEYING ORDER                 HILLSBOROUGH C.I.
05/31/02     30    ATTEMPT TO CONSPIRE              BREVARD C.I.
09/09/02      0    BEING IN UNAUTH AREA             BREVARD C.I.


                   --- LATEST  INCARCERATION ---
02/14/04      0    BEING IN UNAUTH AREA             DESOTO ANNEX
05/04/04     14    UNAUTH USE OF DRUGS              DESOTO ANNEX
12/07/04      0    LYING TO STAFF                   DESOTO ANNEX
06/17/05      0    DISOBEY REGULATIONS              S.F.R.C.
```

                              PAGE:   3

Troya013583

```
**--------------------------------------------------------------------------**
            INMATE CLASSIFICATION ACTIONS AS OF 01/13/09      TIME: 13:50
    *-----------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT CLASSIFICATION ACTIONS TAKEN REGARDING
THE INMATE.

```
                       ---   PRIOR INCARCERATION   ---
    DATE        TYPE      CUSTODY         LOCATION         LEVEL
  --------    --------    ----------    ----------------   -----
  11/06/00    INITIAL     MINIMUM       S.F.R.C.           01
  01/03/01    SCHEDULE    MEDIUM        HILLSBOROUGH C.I    01
  04/11/01    SCHEDULE    CLOSE         HILLSBOROUGH C.I    04
  09/26/01    SCHEDULE    MEDIUM        HILLSBOROUGH C.I    01
  10/12/01    SCHEDULE    CLOSE         HILLSBOROUGH C.I    02
  08/13/02    SCHEDULE    MEDIUM        BREVARD C.I.        02
  01/15/03    SCHEDULE    CLOSE         BREVARD C.I.        02

                     ---  LATEST  INCARCERATION ---
  01/05/04    INITIAL     CLOSE         S.F.R.C.           01
  02/11/05    INITIAL     CLOSE         DESOTO ANNEX       02
```

```
    **----------------------------------------------------------------------**
                CONTROL RELEASE ACTIONS AS OF 01/13/09      TIME: 13:50
    *-----------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT CONTROL RELEASE ACTIONS TAKEN BY THE
PAROLE COMMISSION FOR THIS INMATE INCLUDING ANY ADVANCEMENTS OF THE
INMATE'S CONTROL RELEASE DATE.

```
                       ---   PRIOR INCARCERATION   ---
    DATE              TYPE               DAYS       REASON
  --------    -----------------------------  ----  ----------------------
                    NO CONTROL RELEASE RECORDS
```

```
    **----------------------------------------------------------------------**
                    OFFENDER NAMES AS OF 01/13/09      TIME: 13:50
    *-----------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT ALL NAMES BY WHICH THE OFFENDER IS KNOWN.

```
    TYPE              NAME
  ----------        ------------------------
  TRUE              TROYA, DANIEL A.
  COMMIT.           TROYA, DANIEL
  FDLE NM           TROYA, DANIEL A.
```

PAGE:   4

Troya013584

```
**--------------------------------------------------------------------**
    GAIN TIME(GT)& PROVISIONAL CREDITS(PC) AS OF 01/13/09        TIME: 13:50
    *--------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT ONLY THAT GT AND PC WHICH HAS BEEN USED
TO COMPUTE THE INMATE'S OVERALL RELEASE DATE.  NOT SHOWN IS GT AND PC
PREVIOUSLY EARNED THAT DOES NOT AFFECT THE RELEASE DATES DUE TO MANDATORY
TERMS, OTHER SENTENCING PROVISIONS, REVOCATIONS, OR ESCAPE CONVICTIONS.

|  |  |  | --- PRIOR INCARCERATION --- |  |  |
| AWARDED | TYPE | DAYS | AWARDED | TYPE | DAYS |
| --- | --- | --- | --- | --- | --- |
| 10/31/00 | STP GT | 8 |  |  |  |
| 11/30/00 | STP GT | 4 |  |  |  |
| 04/02/01 | EDUC.GT | 6 |  |  |  |
| 01/31/02 | STP GT | 10 |  |  |  |
| 02/28/02 | STP GT | 10 |  |  |  |
| 03/31/02 | STP GT | 10 |  |  |  |
| 04/30/02 | STP GT | 10 |  |  |  |
| 11/30/02 | STP GT | 10 |  |  |  |
| 12/31/02 | STP GT | 4 |  |  |  |
| 01/31/03 | STP GT | 4 |  |  |  |
| 02/28/03 | STP GT | 10 |  |  |  |
| 03/31/03 | STP GT | 10 |  |  |  |

--- LATEST  INCARCERATION ---

| AWARDED | TYPE | DAYS |
| --- | --- | --- |
| 12/31/03 | STP GT | 8 |
| 01/31/04 | STP GT | 6 |
| 04/30/05 | STP GT | 10 |
| 05/31/05 | STP GT | 6 |
| 07/31/05 | STP GT | 10 |
| 08/31/05 | STP GT | 10 |
| 09/30/05 | STP GT | 10 |
| 10/31/05 | STP GT | 10 |

```
**--------------------------------------------------------------------**
                 INTERNAL MOVEMENTS AS OF 01/13/09        TIME: 13:50
    *--------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT THE OFFENDER'S INTERNAL MOVEMENTS AND JOB
ASSIGNMENTS DURING INCARCERATION

|  |  |  | --- PRIOR INCARCERATION --- |  |
| DATE | FACILITY | HOUSING | ASSIGNMENT AM | ASSIGNMENT PM |
| --- | --- | --- | --- | --- |
| 10/26/2000 | S.F.R.C. | B3202U | RECEPTION/ORIENT | RECEPTION/ORIENT |
| 11/08/2000 | HILLSBOROUGH C.I. | K1104U | RECEPTION/ORIENT | RECEPTION/ORIENT |
| 11/21/2000 | HILLSBOROUGH C.I. | C11031 | RECEPTION/ORIENT | RECEPTION/ORIENT |
| 11/22/2000 | HILLSBOROUGH C.I. | C11031 | ACADEMIC STUDENT | LABORER-FOOD SER |
| 12/08/2000 | HILLSBOROUGH C.I. | G31012 | ACADEMIC STUDENT | LABORER-FOOD SER |
| 12/15/2000 | HILLSBOROUGH C.I. | A1103L | CONFINEMENT-ADMI | CONFINEMENT-ADMI |
| 12/17/2000 | ZEPHYRHILLS C.I. | I1101S | UNASSIGNED-OPEN | UNASSIGNED-OPEN |
| 12/19/2000 | HILLSBOROUGH C.I. | A4103U | CONFINEMENT-ADMI | CONFINEMENT-ADMI |
| 12/27/2000 | HILLSBOROUGH C.I. | F31022 | UNASSIGNED | UNASSIGNED |
| 12/29/2000 | HILLSBOROUGH C.I. | F31022 | ACADEMIC STUDENT | LABORER-FOOD SER |
| 02/14/2001 | HILLSBOROUGH C.I. | A3104U | CONFINEMENT-ADMI | CONFINEMENT-ADMI |

PAGE:   5

Troya013585

```
02/19/2001   HILLSBOROUGH C.I.        A2104U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
02/21/2001   HILLSBOROUGH C.I.        A2104U   CONFINEMENT-DISC   CONFINEMENT-DISC
02/28/2001   HILLSBOROUGH C.I.        K1128S   UNASSIGNED         UNASSIGNED
03/02/2001   HILLSBOROUGH C.I.        K1128S   LABORER-FOOD SER   ACADEMIC STUDENT
03/13/2001   HILLSBOROUGH C.I.        D41012   LABORER-FOOD SER   ACADEMIC STUDENT
03/15/2001   HILLSBOROUGH C.I.        A3104L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
03/22/2001   HILLSBOROUGH C.I.        K1102U   UNASSIGNED         UNASSIGNED
03/23/2001   HILLSBOROUGH C.I.        H11012   UNASSIGNED         UNASSIGNED
03/23/2001   HILLSBOROUGH C.I.        K1102U   UNASSIGNED         UNASSIGNED
03/26/2001   HILLSBOROUGH C.I.        K1116S   UNASSIGNED         UNASSIGNED
03/28/2001   HILLSBOROUGH C.I.        K1116S   LABORER-FOOD SER   ACADEMIC STUDENT
04/04/2001   HILLSBOROUGH C.I.        K1116S   LABORER-FOOD SER   ACADEMIC STUDENT
04/12/2001   HILLSBOROUGH C.I.        B41022   LABORER-FOOD SER   ACADEMIC STUDENT
07/09/2001   HILLSBOROUGH C.I.        A2101L   CONFINEMENT-DISC   CONFINEMENT-DISC
07/11/2001   HILLSBOROUGH C.I.        A2101L   CONFINEMENT-DISC   CONFINEMENT-DISC
07/17/2001   HILLSBOROUGH C.I.        K1131S   UNASSIGNED         UNASSIGNED
07/20/2001   HILLSBOROUGH C.I.        K1131S   LABORER-FOOD SER   ACADEMIC STUDENT
07/30/2001   HILLSBOROUGH C.I.        B21031   LABORER-FOOD SER   ACADEMIC STUDENT
08/03/2001   HILLSBOROUGH C.I.        B21031   LABORER-FOOD SER   ACADEMIC STUDENT
08/07/2001   HILLSBOROUGH C.I.        B41022   LABORER-FOOD SER   ACADEMIC STUDENT
09/04/2001   HILLSBOROUGH C.I.        A3104L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
09/05/2001   HILLSBOROUGH C.I.        K1101L   UNASSIGNED         UNASSIGNED
09/05/2001   HILLSBOROUGH C.I.        A2104L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
09/10/2001   HILLSBOROUGH C.I.        A2104L   CONFINEMENT-DISC   CONFINEMENT-DISC
09/15/2001   HILLSBOROUGH C.I.        A3101U   CONFINEMENT-DISC   CONFINEMENT-DISC
09/17/2001   HILLSBOROUGH C.I.        K1138S   UNASSIGNED         UNASSIGNED
09/19/2001   HILLSBOROUGH C.I.        K1138S   LABORER-FOOD SER   INSIDE GROUNDS
09/26/2001   HILLSBOROUGH C.I.        A1102U   CONFINEMENT-ADMI   CONFINEMENT-ADMI
10/03/2001   HILLSBOROUGH C.I.        A2103L   CONFINEMENT-DISC   CONFINEMENT-DISC
11/02/2001   CFRC-MAIN                H1204U   IN-TRANSIT         IN-TRANSIT
11/09/2001   BREVARD C.I.             A3202U   RECEPTION/ORIENT   RECEPTION/ORIENT
11/16/2001   BREVARD C.I.             A3202U   HOUSEMAN           ACADEMIC STUDENT
12/18/2001   BREVARD C.I.             L1117L   HOUSEMAN           ACADEMIC STUDENT
12/21/2001   BREVARD C.I.             L1117L   WELDING            WELDING
12/28/2001   BREVARD C.I.             E3205L   WELDING            WELDING
01/15/2002   BREVARD C.I.             I3101L   CONFINEMENT-DISC   CONFINEMENT-DISC
01/16/2002   BREVARD C.I.             E3205L   WELDING            WELDING
08/05/2002   BREVARD C.I.             L1140L   WELDING            WELDING
08/19/2002   BREVARD C.I.             L1140L   ORDERLY-WELLNESS   ORDERLY-WELLNESS
08/26/2002   BREVARD C.I.             E3205L   ORDERLY-WELLNESS   ORDERLY-WELLNESS
09/11/2002   BREVARD C.I.             Y2101L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
09/12/2002   BREVARD C.I.             H4205U   ORDERLY-WELLNESS   ORDERLY-WELLNESS
09/13/2002   BREVARD C.I.             Y2102L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
09/13/2002   BREVARD C.I.             I3102L   H26-XXXXXXXXXXXX   H26-XXXXXXXXXXXX
09/13/2002   BREVARD C.I.             H2102L   ORDERLY-WELLNESS   ORDERLY-WELLNESS
09/16/2002   BREVARD C.I.             H2102L   DISCIPLINARY SQU   DISCIPLINARY SQU
09/20/2002   BREVARD C.I.             H2102L   ORDERLY-WELLNESS   ORDERLY-WELLNESS
10/23/2002   BREVARD WORK CAMP        A2137S   RECEPTION/ORIENT   RECEPTION/ORIENT
10/23/2002   BREVARD WORK CAMP        A2137S   LABORER-FOOD SER   LABORER-FOOD SER
11/10/2002   BREVARD C.I.             K3201L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
11/15/2002   BREVARD C.I.             K3201L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
11/15/2002   BREVARD C.I.             D1202L   HOUSEMAN           HOUSEMAN
11/26/2002   BREVARD C.I.             K2202L   CONFINEMENT-ADMI   CONFINEMENT-ADMI
02/07/2003   CFRC-MAIN                H3120L   IN-TRANSIT         IN-TRANSIT
```

PAGE:    6

Troya013586

```
02/12/2003   R.M.C.- MAIN UNIT        I1115S   IN-TRANSIT        IN-TRANSIT
02/17/2003   TAYLOR ANNEX             J2116U   EXTENDED DAY      EXTENDED DAY
02/28/2003   TAYLOR ANNEX             K1213U   EXTENDED DAY      EXTENDED DAY
03/05/2003   TAYLOR ANNEX             K1213U   TRANSITION PROGR  INSIDE GROUNDS

                     ---  LATEST   INCARCERATION ---
12/22/2003   S.F.R.C.                 K2110L   RECEPTION/ORIENT  RECEPTION/ORIENT
01/05/2004   S.F.R.C.                 K2209U   RECEPTION/ORIENT  RECEPTION/ORIENT
01/07/2004   DESOTO ANNEX             A1112L   RECEPTION/ORIENT  RECEPTION/ORIENT
01/12/2004   DESOTO ANNEX             A2124U   RECEPTION/ORIENT  RECEPTION/ORIENT
01/23/2004   DESOTO ANNEX             A2124U   INSIDE GROUNDS    INSIDE GROUNDS
02/14/2004   DESOTO ANNEX             F3108U   CONFINEMENT-ADMI  CONFINEMENT-ADMI
02/19/2004   DESOTO ANNEX             G2215L   INSIDE GROUNDS    INSIDE GROUNDS
05/04/2004   DESOTO ANNEX             F3206L   CONFINEMENT-ADMI  CONFINEMENT-ADMI
05/14/2004   DESOTO ANNEX             F1112L   CONFINEMENT-DISC  CONFINEMENT-DISC
06/01/2004   DESOTO ANNEX             F1108U   CONFINEMENT-DISC  CONFINEMENT-DISC
07/17/2004   DESOTO ANNEX             F1214U   CONFINEMENT-DISC  CONFINEMENT-DISC
08/19/2004   DESOTO ANNEX             H3120U   INSIDE GROUNDS    INSIDE GROUNDS
12/07/2004   DESOTO ANNEX             F3103U   CONFINEMENT-ADMI  CONFINEMENT-ADMI
12/14/2004   DESOTO ANNEX             F2220U   CONFINEMENT-DISC  CONFINEMENT-DISC
01/11/2005   DESOTO ANNEX             G3108U   INSIDE GROUNDS    INSIDE GROUNDS
01/11/2005   DESOTO ANNEX             G3116L   INSIDE GROUNDS    INSIDE GROUNDS
02/08/2005   DESOTO ANNEX             F3110L   CONFINEMENT-ADMI  CONFINEMENT-ADMI
02/09/2005   DESOTO ANNEX             G2205U   INSIDE GROUNDS    INSIDE GROUNDS
06/15/2005   S.F.R.C.                 G3205U   IN-TRANSIT        IN-TRANSIT
06/17/2005   DADE C.I.                A1121U   RECEPTION/ORIENT  RECEPTION/ORIENT
06/23/2005   DADE C.I.                H2220U   RECEPTION/ORIENT  RECEPTION/ORIENT
06/23/2005   DADE C.I.                H2220U   INSIDE GROUNDS    INSIDE GROUNDS
08/04/2005   DADE C.I.                H2220U   INSIDE GROUNDS    INSIDE GROUNDS
08/31/2005   DADE C.I.                H2220U   INSIDE GROUNDS    INSIDE GROUNDS
12/23/2005   DADE C.I.                F3104U   CONFINEMENT-ADMI  CONFINEMENT-ADMI
12/23/2005   DADE C.I.                F3106U   CONFINEMENT-ADMI  CONFINEMENT-ADMI

                    PAGE:   7
```

Troya013587



**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**CHARLIE CRIST**
Secretary
**WALTER A. McNEIL**

*An Equal Opportunity Employer*

2601 Blair Stone Road  Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

State Of Florida   )

County Of Leon   )

I, CHARLES O WILLIAMS, RECORDS ANALYST, Central Records Office, State of

Florida Department of Corrections, do hereby certify the documents contained within the

enclosed Compact Disc to be true and correct copies of documents in the file of **DANIEL**

**TROYA, DC No. W14211**, as the same appears in the Official Records in this Office.

Given under my hand and the official seal of the Florida Department of Corrections, this

1/13/2009

CHARLES O WILLIAMS
RECORDS ANALYST

**SEAL**

Troya013588



**FLORIDA**
**DEPARTMENT of**
**CORRECTIONS**

Governor
**CHARLIE CRIST**
Secretary
**WALTER A. McNEIL**

*An Equal Opportunity Employer*

2601 Blair Stone Road  Tallahassee, FL 32399-2500                                    http://www.dc.state.fl.us

## OFFENDER INFORMATION REQUEST COVER PAGE

DATE:          1/13/2009

TO:

        KERRY SHEEHAN

        INVESTIGATIVE, SENTENCING AND MITIGATION
        250 AUSTRALIAN AVENUE, SOUTH, SUITE 704
        WEST PALM BEACH , FL 33401

RE:          **DANIEL TROYA, DC No. W14211**

| **INFORMATION PROVIDED:** |
| --- |
| Inmate File |

**COMMENTS**

Presentence Investigation(s) dated 9/18/00 deleted pursuant to Florida Statute
945.10(1)(b).Documents containing victim's information were excised pursuant to Florida Statute
119.07(3)(s)(1).This department does not maintain medical records.You can send your request
and consent forms to the Reception and Medical Center, address listed below.

Reception and Medical Center (RMC)
P.O. Box 628
Hwy 231
Lake Butler, FL  32054-0628
ATTN: Glenda Bloodsworth

Please direct all questions or comments to:

| Central Records |
| --- |
| Phone:(850) 488-1503 Fax:(850) 413-8302 |
| Email: faq.inmaterecords@mail.dc.state.fl.us |

Request Number: 73800

Troya013589

FLORIDA DEPARTMENT OF CORRECTIONS

```
DC14 0 W14211                              USER ID: DRECGFZ
NAME: TROYA, DANIEL A.            DOC NO: W14211      STATUS: INACTIVE


  **-----------------------------------------------------------------**
  IISO006            OVERALL INMATE RECORD AS OF 01/13/09      TIME: 13:50
  *-------------------------------------------------------------------*


  THE FOLLOWING INFORMATION IS FROM THE RECORD OF THE INMATE NAMED ABOVE.
  SOME DATA AS WELL  AS RELEASE DATE(S)  ARE SUBJECT TO CHANGE  WITH THE
  AWARD OF AND/OR FORFEITURE OF GAIN TIME OR PROVISIONAL CREDITS OR WITH
  A CHANGE IN SENTENCE STRUCTURE OR INMATE STATUS.


LOCATION:    -RELEASED               PROVISIONAL RELEASE DATE: NO CREDITS
OVERALL TERM:   5 YRS  9MOS  20DAYS   TENTATIVE RELEASE DATE:   11/04/2005
CUSTODY GR: CLOSE    SINCE: 01/05/04  LAST PROV.AWARD:  0 DAYS ON   / /
DATE OF BIRTH: 04/22/83  SEX: MALE    LAST GAIN TIME:   0 DAYS ON 11/30/05
BIRTHPLACE: ILLINOIS      HT: 5' 11"  RACE: WHITE           EYES: BROWN
SOC.SEC.NO.:                          FBI NO:               FDLE:
FILE IMAGING: COMPLETE RECORD IMAGED
*******************************************************************************
  THE FOLLOWING DATES ARE SET BY THE PAROLE COMMISSION.  QUESTIONS ABOUT
  THESE DATES SHOULD BE DIRECTED TO THAT AGENCY AT  (850) 488-1655.
CONTROL RELEASE DATE:   / /             PRESUMPTIVE PAROLE DATE: 99/99/9999
*******************************************************************************


  **-----------------------------------------------------------------**
                      INMATE SENTENCES AS OF 01/13/09      TIME: 13:50
  *-------------------------------------------------------------------*


THE PRIOR INMATE RECORD REFLECTS THE DATE THE OFFENDER WAS RELEASED.
EXTERNAL MOVEMENTS WILL REFLECT THE TYPE OF RELEASE.
THE CURRENT INMATE RECORD IS COMPRISED OF CONCURRENT AND/OR CONSECUTIVE
SENTENCES WHICH ARE COMBINED TO ESTABLISH THE OVERALL TERM.
                    ---  PRIOR INCARCERATION  ---
IMPOSED        COUNTY       CASE NO.        OFFENSE       YRS MO DY    RELEASED
--------   ------------   --------   ------------------   ---------    --------
10/13/00   PALM BEACH     50-0007020  BURGUNOCCSTRUC/CV OR  3  0  0    04/20/03
    SPEC.PROV.: YOUTH.OFF.;PAROLE INEL
    SENTENCING GUIDELINES OFFENSE LEVEL: 04
    85% MINIMUM RELEASE DATE: 12/25/2002
10/13/00   PALM BEACH     50-0007020  GRAND THEFT O/20,000  3  0  0    04/20/03
    SPEC.PROV.: YOUTH.OFF.;PAROLE INEL
    SENTENCING GUIDELINES OFFENSE LEVEL: 06
    85% MINIMUM RELEASE DATE: 12/25/2002
10/13/00   PALM BEACH     50-0007407  FELONY BATTERY        3  0  0    04/20/03
    SPEC.PROV.: YOUTH.OFF.;PAROLE INEL
    SENTENCING GUIDELINES OFFENSE LEVEL: 06
    85% MINIMUM RELEASE DATE: 12/25/2002


                  ---  LATEST  INCARCERATION ---
12/03/03   PALM BEACH     50-0007020  BURGUNOCCSTRUC/CV OR  4  2  0    12/28/05
    SPEC.PROV.: PAROLE INEL
```

PAGE:  1

CERTIFIED TO BE TRUE AND CORRECT COPY
OF DOCUMENT AS SAME APPEARS IN OFFICIAL
RECORDS OF DEPARTMENT OF CORRECTIONS.

_Charles W Williams_
NAME
_Records Analyst_                    1/13/09
TITLE                                   DATE

Troya013590

```
                SENTENCING GUIDELINES OFFENSE LEVEL: 04
                85% MINIMUM RELEASE DATE: 04/09/2004
12/03/03    PALM BEACH     50-0007020   GRAND THEFT O/20,000   4  2  0   12/28/05
                SPEC.PROV.: PAROLE INEL
                SENTENCING GUIDELINES OFFENSE LEVEL: 06
                85% MINIMUM RELEASE DATE: 04/09/2004
12/03/03    PALM BEACH     50-0007407   FELONY BATTERY         4  2  0   12/28/05
                SPEC.PROV.: PAROLE INEL
                SENTENCING GUIDELINES OFFENSE LEVEL: 06
                85% MINIMUM RELEASE DATE: 04/09/2004
12/03/03    PALM BEACH     50-0307890   GRAND THEFT MOTOR VE   4  2  0   12/28/05
                SPEC.PROV.: PAROLE INEL
                SENTENCING GUIDELINES OFFENSE LEVEL: 04
                85% MINIMUM RELEASE DATE: 02/21/2004
06/29/04    BREVARD        05-0319063   ESCAPE                 1  7 20   12/28/05
                SPEC.PROV.: PAROLE INEL
                SENTENCING GUIDELINES OFFENSE LEVEL: 06   UNIFORM: 052003CF019063CXXXXX
                85% MINIMUM RELEASE DATE: 10/01/2005


     **-------------------------------------------------------------------------**
                       INMATE DETAINERS AS OF 01/13/09       TIME: 13:50
     *-------------------------------------------------------------------------*
```

THE FOLLOWING REFLECTS DETAINERS AGAINST THIS RECORD, AND/OR REQUESTS TO
BE NOTIFIED PRIOR TO RELEASE OF THE INMATE.

```
                     ---   PRIOR INCARCERATION   ---
   FILED       TYPE          AUTHORITY              CHARGE(S)            REMOVED
 --------      ----    --------------------   --------------------------  --------
10/13/00   NOTIFY   150 WPB P & P       2 YRS PROBATION TO FOLLOW   04/20/03

                     ---  LATEST  INCARCERATION ---
02/24/04   DETAIN   BREVARD CO SO          03CF019063 ESCAPE          01/14/05


     **-------------------------------------------------------------------------**
           INMATE MOVEMENT/TRANSFER HISTORY AS OF 01/13/09       TIME: 13:50
     *-------------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT MOVEMENT BY THE INMATE BETWEEN DEPARTMENT
FACILITIES AS WELL AS RELEASES AND RETURNS FROM OUTSIDE AGENCIES.

```
                     ---   PRIOR INCARCERATION   ---
   DATE        MOVEMENT TYPE        DESTINATION/LOCATION         FROM
 --------   ----------------------  --------------------   --------------------
10/26/00    NEW COMMITMENT          S.F.R.C.               PALM BEACH
11/08/00    TRANSFERRED TO          HILLSBOROUGH C.I.      S.F.R.C.
12/17/00    TRANSFERRED TO          ZEPHYRHILLS C.I.       HILLSBOROUGH C.I.
12/19/00    TRANSFERRED TO          HILLSBOROUGH C.I.      ZEPHYRHILLS C.I.
11/02/01    TRANSFERRED TO          BREVARD C.I.           HILLSBOROUGH C.I.
11/02/01    IN TRANSIT AT           CFRC-MAIN              HILLSBOROUGH C.I.
11/09/01    TRANSFERRED TO          BREVARD C.I.           CFRC-MAIN
10/23/02    TRANSFERRED TO          BREVARD WORK CAMP      BREVARD C.I.
```

PAGE:   2

Troya013591

```
11/10/02   TRANSFERRED TO        BREVARD C.I.          BREVARD WORK CAMP
02/07/03   TRANSFERRED TO        TAYLOR ANNEX          BREVARD C.I.
02/07/03   IN TRANSIT AT         CFRC-MAIN             BREVARD C.I.
02/12/03   TRANSFERRED TO        TAYLOR ANNEX          CFRC-MAIN
02/12/03   IN TRANSIT AT         R.M.C.- MAIN UNIT     CFRC-MAIN
02/17/03   TRANSFERRED TO        TAYLOR ANNEX          R.M.C.- MAIN UNIT
04/20/03   EOS TO PROB/CC        PALM BEACH            TAYLOR ANNEX
.
                    ---  LATEST  INCARCERATION ---
12/22/03   NEW COMMITMENT        S.F.R.C.              PALM BEACH
01/07/04   TRANSFERRED TO        DESOTO ANNEX          S.F.R.C.
06/07/04   OUT TO COURT          BREVARD               DESOTO ANNEX
07/18/04   RET.FM.CRT.NO N/S     DESOTO ANNEX          BREVARD
01/19/05   OUT TO COURT          BREVARD               DESOTO ANNEX
02/08/05   RET.FM.CRT.NO N/S     DESOTO ANNEX          BREVARD
06/15/05   TRANSFERRED TO        DADE C.I.             DESOTO ANNEX
06/15/05   IN TRANSIT AT         S.F.R.C.              DESOTO ANNEX
06/17/05   TRANSFERRED TO        DADE C.I.             S.F.R.C.
12/28/05   EXPIRATION            PALM BEACH            DADE C.I.

  **-------------------------------------------------------------------**
            INMATE DISCIPLINARY ACTIONS AS OF 01/13/09       TIME: 13:50
      *---------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

```
                    ---   PRIOR INCARCERATION  ---
   DATE      DAYS          VIOLATION                  LOCATION
--------    ----   ----------------------------    --------------------
01/23/01     12    DISORDERLY CONDUCT              HILLSBOROUGH C.I.
02/14/01      0    THEFT                           HILLSBOROUGH C.I.
03/14/01      0    DISRESP.TO OFFICIALS            HILLSBOROUGH C.I.
03/15/01      0    SPOKEN THREATS                  HILLSBOROUGH C.I.
06/13/01      6    BEING IN UNAUTH AREA            HILLSBOROUGH C.I.
07/03/01      0    POSS OF NEGOTIABLES             HILLSBOROUGH C.I.
09/04/01      0    REFUSING TO WORK                HILLSBOROUGH C.I.
09/26/01      0    DISOBEYING ORDER                HILLSBOROUGH C.I.
05/31/02     30    ATTEMPT TO CONSPIRE             BREVARD C.I.
09/09/02      0    BEING IN UNAUTH AREA            BREVARD C.I.
.
                    ---  LATEST  INCARCERATION ---
02/14/04      0    BEING IN UNAUTH AREA            DESOTO ANNEX
05/04/04     14    UNAUTH USE OF DRUGS             DESOTO ANNEX
12/07/04      0    LYING TO STAFF                  DESOTO ANNEX
06/17/05      0    DISOBEY REGULATIONS             S.F.R.C.


                        PAGE:   3
```

Troya013592

```
**------------------------------------------------------------------------**
            INMATE CLASSIFICATION ACTIONS AS OF 01/13/09       TIME: 13:50
    *----------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT CLASSIFICATION ACTIONS TAKEN REGARDING
THE INMATE.

### --- PRIOR INCARCERATION ---

| DATE | TYPE | CUSTODY | LOCATION | LEVEL |
|------|------|---------|----------|-------|
| 11/06/00 | INITIAL | MINIMUM | S.F.R.C. | 01 |
| 01/03/01 | SCHEDULE | MEDIUM | HILLSBOROUGH C.I | 01 |
| 04/11/01 | SCHEDULE | CLOSE | HILLSBOROUGH C.I | 04 |
| 09/26/01 | SCHEDULE | MEDIUM | HILLSBOROUGH C.I | 01 |
| 10/12/01 | SCHEDULE | CLOSE | HILLSBOROUGH C.I | 02 |
| 08/13/02 | SCHEDULE | MEDIUM | BREVARD C.I. | 02 |
| 01/15/03 | SCHEDULE | CLOSE | BREVARD C.I. | 02 |

### --- LATEST INCARCERATION ---

| DATE | TYPE | CUSTODY | LOCATION | LEVEL |
|------|------|---------|----------|-------|
| 01/05/04 | INITIAL | CLOSE | S.F.R.C. | 01 |
| 02/11/05 | INITIAL | CLOSE | DESOTO ANNEX | 02 |

```
    **------------------------------------------------------------------------**
              CONTROL RELEASE ACTIONS AS OF 01/13/09       TIME: 13:50
    *----------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT CONTROL RELEASE ACTIONS TAKEN BY THE
PAROLE COMMISSION FOR THIS INMATE INCLUDING ANY ADVANCEMENTS OF THE
INMATE'S CONTROL RELEASE DATE.

### --- PRIOR INCARCERATION ---

| DATE | TYPE | DAYS | REASON |
|------|------|------|--------|
| | NO CONTROL RELEASE RECORDS | | |

```
    **------------------------------------------------------------------------**
              OFFENDER NAMES AS OF 01/13/09       TIME: 13:50
    *----------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT ALL NAMES BY WHICH THE OFFENDER IS KNOWN.

| TYPE | NAME |
|------|------|
| TRUE | TROYA, DANIEL A. |
| COMMIT. | TROYA, DANIEL |
| FDLE NM | TROYA, DANIEL A. |

PAGE:   4

Troya013593

```
**------------------------------------------------------------------------**
    GAIN TIME(GT)& PROVISIONAL CREDITS(PC) AS OF 01/13/09        TIME: 13:50
    *---------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT ONLY THAT GT AND PC WHICH HAS BEEN USED
TO COMPUTE THE INMATE'S OVERALL RELEASE DATE.  NOT SHOWN IS GT AND PC
PREVIOUSLY EARNED THAT DOES NOT AFFECT THE RELEASE DATES DUE TO MANDATORY
TERMS, OTHER SENTENCING PROVISIONS, REVOCATIONS, OR ESCAPE CONVICTIONS.

```
                            ---  PRIOR INCARCERATION  ---
AWARDED        TYPE        DAYS      AWARDED        TYPE        DAYS
--------    ----------     ----      --------     ----------    ----
10/31/00    STP GT           8
11/30/00    STP GT           4
04/02/01    EDUC.GT          6
01/31/02    STP GT          10
02/28/02    STP GT          10
03/31/02    STP GT          10
04/30/02    STP GT          10
11/30/02    STP GT          10
12/31/02    STP GT           4
01/31/03    STP GT           4
02/28/03    STP GT          10
03/31/03    STP GT          10
.
---  LATEST  INCARCERATION  ---
12/31/03    STP GT           8
01/31/04    STP GT           6
04/30/05    STP GT          10
05/31/05    STP GT           6
07/31/05    STP GT          10
08/31/05    STP GT          10
09/30/05    STP GT          10
10/31/05    STP GT          10
```

```
    **------------------------------------------------------------------**
                    INTERNAL MOVEMENTS AS OF 01/13/09        TIME: 13:50
    *---------------------------------------------------------------------*
```

THE FOLLOWING ENTRIES REFLECT THE OFFENDER'S INTERNAL MOVEMENTS AND JOB
ASSIGNMENTS DURING INCARCERATION

```
                        ---  PRIOR INCARCERATION  ---
    DATE           FACILITY           HOUSING   ASSIGNMENT AM      ASSIGNMENT PM
----------    ------------------      -------   -----------------  -----------------
10/26/2000    S.F.R.C.                B3202U    RECEPTION/ORIENT   RECEPTION/ORIENT
11/08/2000    HILLSBOROUGH C.I.       K1104U    RECEPTION/ORIENT   RECEPTION/ORIENT
11/21/2000    HILLSBOROUGH C.I.       C11031    RECEPTION/ORIENT   RECEPTION/ORIENT
11/22/2000    HILLSBOROUGH C.I.       C11031    ACADEMIC STUDENT   LABORER-FOOD SER
12/08/2000    HILLSBOROUGH C.I.       G31012    ACADEMIC STUDENT   LABORER-FOOD SER
12/15/2000    HILLSBOROUGH C.I.       A1103L    CONFINEMENT-ADMI   CONFINEMENT-ADMI
12/17/2000    ZEPHYRHILLS C.I.        I1101S    UNASSIGNED-OPEN    UNASSIGNED-OPEN
12/19/2000    HILLSBOROUGH C.I.       A4103U    CONFINEMENT-ADMI   CONFINEMENT-ADMI
12/27/2000    HILLSBOROUGH C.I.       F31022    UNASSIGNED         UNASSIGNED
12/29/2000    HILLSBOROUGH C.I.       F31022    ACADEMIC STUDENT   LABORER-FOOD SER
02/14/2001    HILLSBOROUGH C.I.       A3104U    CONFINEMENT-ADMI   CONFINEMENT-ADMI
```

PAGE:   5

Troya013594

```
02/19/2001   HILLSBOROUGH C.I.      A2104U   CONFINEMENT-ADMI    CONFINEMENT-ADMI
02/21/2001   HILLSBOROUGH C.I.      A2104U   CONFINEMENT-DISC    CONFINEMENT-DISC
02/28/2001   HILLSBOROUGH C.I.      K1128S   UNASSIGNED          UNASSIGNED
03/02/2001   HILLSBOROUGH C.I.      K1128S   LABORER-FOOD SER    ACADEMIC STUDENT
03/13/2001   HILLSBOROUGH C.I.      D41012   LABORER-FOOD SER    ACADEMIC STUDENT
03/15/2001   HILLSBOROUGH C.I.      A3104L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
03/22/2001   HILLSBOROUGH C.I.      K1102U   UNASSIGNED          UNASSIGNED
03/23/2001   HILLSBOROUGH C.I.      H11012   UNASSIGNED          UNASSIGNED
03/23/2001   HILLSBOROUGH C.I.      K1102U   UNASSIGNED          UNASSIGNED
03/26/2001   HILLSBOROUGH C.I.      K1116S   UNASSIGNED          UNASSIGNED
03/28/2001   HILLSBOROUGH C.I.      K1116S   LABORER-FOOD SER    ACADEMIC STUDENT
04/04/2001   HILLSBOROUGH C.I.      K1116S   LABORER-FOOD SER    ACADEMIC STUDENT
04/12/2001   HILLSBOROUGH C.I.      B41022   LABORER-FOOD SER    ACADEMIC STUDENT
07/09/2001   HILLSBOROUGH C.I.      A2101L   CONFINEMENT-DISC    CONFINEMENT-DISC
07/11/2001   HILLSBOROUGH C.I.      A2101L   CONFINEMENT-DISC    CONFINEMENT-DISC
07/17/2001   HILLSBOROUGH C.I.      K1131S   UNASSIGNED          UNASSIGNED
07/20/2001   HILLSBOROUGH C.I.      K1131S   LABORER-FOOD SER    ACADEMIC STUDENT
07/30/2001   HILLSBOROUGH C.I.      B21031   LABORER-FOOD SER    ACADEMIC STUDENT
08/03/2001   HILLSBOROUGH C.I.      B21031   LABORER-FOOD SER    ACADEMIC STUDENT
08/07/2001   HILLSBOROUGH C.I.      B41022   LABORER-FOOD SER    ACADEMIC STUDENT
09/04/2001   HILLSBOROUGH C.I.      A3104L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
09/05/2001   HILLSBOROUGH C.I.      K1101L   UNASSIGNED          UNASSIGNED
09/05/2001   HILLSBOROUGH C.I.      A2104L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
09/10/2001   HILLSBOROUGH C.I.      A2104L   CONFINEMENT-DISC    CONFINEMENT-DISC
09/15/2001   HILLSBOROUGH C.I.      A3101U   CONFINEMENT-DISC    CONFINEMENT-DISC
09/17/2001   HILLSBOROUGH C.I.      K1138S   UNASSIGNED          UNASSIGNED
09/19/2001   HILLSBOROUGH C.I.      K1138S   LABORER-FOOD SER    INSIDE GROUNDS
09/26/2001   HILLSBOROUGH C.I.      A1102U   CONFINEMENT-ADMI    CONFINEMENT-ADMI
10/03/2001   HILLSBOROUGH C.I.      A2103L   CONFINEMENT-DISC    CONFINEMENT-DISC
11/02/2001   CFRC-MAIN              H1204U   IN-TRANSIT          IN-TRANSIT
11/09/2001   BREVARD C.I.           A3202U   RECEPTION/ORIENT    RECEPTION/ORIENT
11/16/2001   BREVARD C.I.           A3202U   HOUSEMAN            ACADEMIC STUDENT
12/18/2001   BREVARD C.I.           L1117L   HOUSEMAN            ACADEMIC STUDENT
12/21/2001   BREVARD C.I.           L1117L   WELDING             WELDING
12/28/2001   BREVARD C.I.           E3205L   WELDING             WELDING
01/15/2002   BREVARD C.I.           I3101L   CONFINEMENT-DISC    CONFINEMENT-DISC
01/16/2002   BREVARD C.I.           E3205L   WELDING             WELDING
08/05/2002   BREVARD C.I.           L1140L   WELDING             WELDING
08/19/2002   BREVARD C.I.           L1140L   ORDERLY-WELLNESS    ORDERLY-WELLNESS
08/26/2002   BREVARD C.I.           E3205L   ORDERLY-WELLNESS    ORDERLY-WELLNESS
09/11/2002   BREVARD C.I.           Y2101L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
09/12/2002   BREVARD C.I.           H4205U   ORDERLY-WELLNESS    ORDERLY-WELLNESS
09/13/2002   BREVARD C.I.           Y2102L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
09/13/2002   BREVARD C.I.           I3102L   H26-XXXXXXXXXXXX    H26-XXXXXXXXXXXX
09/13/2002   BREVARD C.I.           H2102L   ORDERLY-WELLNESS    ORDERLY-WELLNESS
09/16/2002   BREVARD C.I.           H2102L   DISCIPLINARY SQU    DISCIPLINARY SQU
09/20/2002   BREVARD C.I.           H2102L   ORDERLY-WELLNESS    ORDERLY-WELLNESS
10/23/2002   BREVARD WORK CAMP      A2137S   RECEPTION/ORIENT    RECEPTION/ORIENT
10/23/2002   BREVARD WORK CAMP      A2137S   LABORER-FOOD SER    LABORER-FOOD SER
11/10/2002   BREVARD C.I.           K3201L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
11/15/2002   BREVARD C.I.           K3201L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
11/15/2002   BREVARD C.I.           D1202L   HOUSEMAN            HOUSEMAN
11/26/2002   BREVARD C.I.           K2202L   CONFINEMENT-ADMI    CONFINEMENT-ADMI
02/07/2003   CFRC-MAIN              H3120L   IN-TRANSIT          IN-TRANSIT
```

PAGE:   6

Troya013595

```
02/12/2003  R.M.C.- MAIN UNIT      I1115S    IN-TRANSIT        IN-TRANSIT
02/17/2003  TAYLOR ANNEX           J2116U    EXTENDED DAY      EXTENDED DAY
02/28/2003  TAYLOR ANNEX           K1213U    EXTENDED DAY      EXTENDED DAY
03/05/2003  TAYLOR ANNEX           K1213U    TRANSITION PROGR  INSIDE GROUNDS
.
                    ---  LATEST   INCARCERATION  ---
12/22/2003  S.F.R.C.               K2110L    RECEPTION/ORIENT  RECEPTION/ORIENT
01/05/2004  S.F.R.C.               K2209U    RECEPTION/ORIENT  RECEPTION/ORIENT
01/07/2004  DESOTO ANNEX           A1112L    RECEPTION/ORIENT  RECEPTION/ORIENT
01/12/2004  DESOTO ANNEX           A2124U    RECEPTION/ORIENT  RECEPTION/ORIENT
01/23/2004  DESOTO ANNEX           A2124U    INSIDE GROUNDS    INSIDE GROUNDS
02/14/2004  DESOTO ANNEX           F3108U    CONFINEMENT-ADMI  CONFINEMENT-ADMI
02/19/2004  DESOTO ANNEX           G2215L    INSIDE GROUNDS    INSIDE GROUNDS
05/04/2004  DESOTO ANNEX           F3206L    CONFINEMENT-ADMI  CONFINEMENT-ADMI
05/14/2004  DESOTO ANNEX           F1112L    CONFINEMENT-DISC  CONFINEMENT-DISC
06/01/2004  DESOTO ANNEX           F1108U    CONFINEMENT-DISC  CONFINEMENT-DISC
07/17/2004  DESOTO ANNEX           F1214U    CONFINEMENT-DISC  CONFINEMENT-DISC
08/19/2004  DESOTO ANNEX           H3120U    INSIDE GROUNDS    INSIDE GROUNDS
12/07/2004  DESOTO ANNEX           F3103U    CONFINEMENT-ADMI  CONFINEMENT-ADMI
12/14/2004  DESOTO ANNEX           F2220U    CONFINEMENT-DISC  CONFINEMENT-DISC
01/11/2005  DESOTO ANNEX           G3108U    INSIDE GROUNDS    INSIDE GROUNDS
01/11/2005  DESOTO ANNEX           G3116L    INSIDE GROUNDS    INSIDE GROUNDS
02/08/2005  DESOTO ANNEX           F3110L    CONFINEMENT-ADMI  CONFINEMENT-ADMI
02/09/2005  DESOTO ANNEX           G2205U    INSIDE GROUNDS    INSIDE GROUNDS
06/15/2005  S.F.R.C.               G3205U    IN-TRANSIT        IN-TRANSIT
06/17/2005  DADE C.I.              A1121U    RECEPTION/ORIENT  RECEPTION/ORIENT
06/23/2005  DADE C.I.              H2220U    RECEPTION/ORIENT  RECEPTION/ORIENT
06/23/2005  DADE C.I.              H2220U    INSIDE GROUNDS    INSIDE GROUNDS
08/04/2005  DADE C.I.              H2220U    INSIDE GROUNDS    INSIDE GROUNDS
08/31/2005  DADE C.I.              H2220U    INSIDE GROUNDS    INSIDE GROUNDS
12/23/2005  DADE C.I.              F3104U    CONFINEMENT-ADMI  CONFINEMENT-ADMI
12/23/2005  DADE C.I.              F3106U    CONFINEMENT-ADMI  CONFINEMENT-ADMI
```

PAGE:   7

Troya013596

4 Incident Rep. on CD
(1 pertained to card finger an job.)

Troya013597

FLORIDA DEPARTMENT OF CORRECTIONS

INCIDENT REPORT

REPORTING INSTITUTION _Brevard CI   310_   REPORT NUMBER _62-05-0158_

REPORTING OFFICER: _Ernestine Greene_   DATE OF INCIDENT· _5-24-02_

PERSON(S) INVOLVED: _Ernestine Greene_   TIME OF INCIDENT: _2:50pm_

WITNESS(ES)

DETAILS OF INCIDENT: On 5·24·02 at 2:50pm while opening and reading I/m mail, I observed a card being sent to I/m Troya, Daniel DC#W14211 that appeared to be suspicious. On closer inspection, the front of the card had been glued shut and (2) $10.00 bills were concealed inside. The money and card were turned over to Inspector Glover.

_Ernestine Greene_ —5-24-02
REPORTING EMPLOYEE          DATE

SHIFT O.I.C.
COMMENT:

REVIEW· _NOTED — (GOOD JOB)_   OFFICER IN CHARGE SIGNATURE          DATE

C. Inspector Glover
inmate records
Ms Greene

_5·27·02_
CORRECTIONAL OFFICER CHIEF          DATE

REVIEW:

DC3-301 ( Rev  3/91 )                    SUPERINTENDENT                    DATE

Troya013598

● DEPARTMENT OF CORRECTIO●   MINS: 64097
02-11-0087
thru ~~0088~~ 0090

INCIDENT REPORT

REPORTING INSTITUTION: _Brevard_   REPORT NUMBER: 02-11-0087

REPORTING OFFICER: _SGT RICHARD SCHOENFUBE_   DATE OF INCIDENT: 11-26-02

_SGT JAMES DEVLIN_

PERSON(S) INVOLVED: _SGT PETE GRILLANGEN_   TIME OF INCIDENT: 3:05am

_I/m VONLYDICK, ERIC S'10111_

_I/m BURLESON, JEFFERY w/5066_   WITNESS(ES): _CO LARRY HENDERSON_

_I/m TROYA, DANIEL w/17311_

DETAILS OF INCIDENT: ON 11-26-02 AT APPROXIMATELY 0305 HRS, WHILE ASSIGNED TO INSIDE SECURITY, I WAS ADVISED BY RADIO FROM OFFICER HENDERSON THAT THERE WERE THREE INMATES OUTSIDE WING FOUR OF J DORM. UPON MY ARRIVAL TO WING FOUR OF J DORM, I DISCOVERED I/m VONLYDICK, ERICK S'10111, I/m BURLESON, JEFFERY w/5066, I/m TROYA, DANIEL w/17311 STANDING BY A WINDOW OUTSIDE WING FOUR OF J DORM. I ORDERED ALL THREE INMATES TO TURN AROUND AND FACE THE WALL WITH THERE HANDS UPWARD. I REQUESTED ASSISTANCE. I HANDCUFFED I/m VONLYDICK, ERICK S'10111, WHO WAS WEARING A STRIPED LINEN FROM HIS JACKET, MOVE INTO A RH'IT AND PLACED HIM AGAINST THE FENCE BY K DORM NEXT TO J DORM, SGT DEVLIN

_SGT R.S._   11/26/02

REPORTING EMPLOYEE   DATE

SHIFT O.I.C:
COMMENT: ALL THREE INMATES WERE ESCORTED TO MEDICAL AND EXAMINED BY THE MEDICAL STAFF ON DUTY. INMATES BURLESON, TROYA, AND VONLYDICK WERE PLACED IN ADMINISTRATIVE CONFINMENT PENDING AN INVESTIGATION OF THE CHARGE 4-1; ESCAPE OR ATTEMPTED ESCAPE. DUTY WARDEN MR. CRAWFORD, COLONEL POWERS, WARDEN HOLMES, AND EAC DUTY OFFICER MS. HALL WERE NOTIFIED.

LIEUTENANT ANDREW KENYON   11/26/02
OFFICER IN CHARGE   DATE

REVIEW: Great Job By Security Officers

C. Inspector Colover
LT Kenyon
Inmate records

CORRECTIONAL OFFICER CHIEF   11-26-02   DATE

REVIEW:

WARDEN   DATE

DC6-210 (Revised 6-99)   Page 1 of 2

**DETAILS OF INCIDENT (cont.):**

Arrived and handcuffed Im Barlesos, Jeffery W13066 who was wearing a dark gray linen from his Jacket made into a shirt. Sgt. Ballinger arrived and handcuffed Im. Troya Darius W14811. All three inmates were escorted to Complex. Upon conducting a Pat-Down Search of all three inmates, I discovered all three inmates with addresses and family photos in their possessions.

**SHIFT O.I.C. COMMENT (cont.):**

**REVIEW (cont.):**

**REVIEW (cont.):**

Supporting Documents Attached_____

DC6-210 (Revised 6-99)                Page 2 of 2

Troya013600



## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

**REPORTING INSTITUTION** Brevard Work Camp       **REPORT NUMBER:**

**REPORTING OFFICER:** J. Reed CO-Sgt       **DATE OF INCIDENT:** 11-10-02

**PERSON(S) INVOLVED:** TROYA, DANIEL A  #W14211       **TIME OF INCIDENT:** 1520 Hrs

**WITNESS(ES):**

**DETAILS OF INCIDENT:** At approximately 1520 hours, on 11-10-02, while assigned as Work Camp A-Dorm. Inmate Troya, Daniel A. W14211, reported to the Lieutenant Office claiming a self declared inmate Medical Emergency. At which time the above inmate stated that Officers on the ( 4-12 ) Third Shift assaulted him in the laundry room of WA-Dorm before Master Roster. The above inmated stated the Officers punched and kicked him several times in the laundry room. The above inmate also stated that the Officers on ( 12-8 ) First Shift refused to take him to medical, when he claiming a medical emergency. Let it be noted that the above inmate also stated that he has called his mother about the incident., which allegedly took placed on 11-09-02 at approximately 2100 hours.

Jeffrey L. Reed CO-Sgt       11-10-02
**REPORTING EMPLOYEE**      **DATE**

**SHIFT O.I.C COMMENT:** Mins incident report filed Duty warden Col. Roger Powers notified. Inmate TROYA, Daniel # W14311 was examined by medical staff and then placed in administrative confinement pending investigation of the allegations.

     11-10-02
**OFFICER IN CHARGE**      **DATE**

**REVIEW** NOTED

C. Inspector Colover
Inmate Records

     11-11-02
**CORRECTIONAL OFFICER CHIEF**      **DATE**

**REVIEW**

**WARDEN**      **DATE**

DC6-210 (Revised 6-99)      Page 1 of 2

Troya013601