# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSENT TO INPATIENT MENTAL HEALTH CARE

Institution _____ BC I _____   [ ] Crisis Stabilization Unit
[ ] Transitional Care Unit
[ ] Institution Infirmary

I, _Daniel Troya_ , DC #_W/14211_ , DOB _4-22-83_
have, this date, been informed that I need inpatient mental health care for the following reasons:

_____ Suicidal Gesture _____

_____

I understand that certain examinations, treatments, and medications may be necessary during my stay in order to improve my condition and adjustment in the correctional setting.

I also understand that no examinations, medications, or treatments will be given to me without my consent, so long as I do not pose an immediate and serious threat to my health and well-being or that of others. If it is determined that I am in immediate danger of causing serious bodily harm to myself or others, staff will take the minimum medical action necessary to ensure my safety and well-being, as well as that of others.

My length of stay in inpatient care will depend upon how quickly my condition improves, but is usually no longer than four (4) weeks in a crisis stabilization unit, three months in a transitional care unit, or four (4) days in a permanent institution infirmary.

I have read or had the above read to me and have been given the opportunity to ask questions. Therefore, I voluntarily consent to be admitted to inpatient mental health care.

X Patient Signature _Daniel Troya_   Date _9/11/02_

Staff Signature and Stamp _Linda Clark_   LINDA CLARK, RN
Sr. Reg. Nurse
Brevard C.  Date _9-11-02_   Time _8 30 P_

Witness Signature and Stamp _Linda Clarke_   LINDA CLARK, RN
Sr. Reg. Nurse
Date _9-11-02_   Time _8 30 P._

INMATE NAME _TROYA, Daniel_
DC#_W 1421_ /_RACE/SEX H/M_
DATE OF BIRTH _4-22-83_
INSTITUTION _BCI_

This form is not to be amended, revised or altered without approval of the Deputy Assistant Secretary for Health Services

CONSENT TO INPATIENT MENTAL HEALTH CARE
DC4-649 (6/99)

Distribution: Infirmary Record

Troya013603

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | |
|---|---|
| | HILLSBOROUGH CORRECTIONAL INSTITUTION<br>11150 Highway 672<br>Riverview, Florida 33569-8402 |
| 12/16/00 (2130) | I/N: Rec'd back from SBAEC diag: Intentional Ingestion of Medication / overdose, c D.O. Needs to be under suicide watch until Mon. Needs psychiatric eval at that time. No medication until evaluated on Monday SR → Dr. Fernandez → R.O. 1) Transfer to RMC to be placed in SOSI status c shroud, canvas cover & mattress. EAC notified - now awaiting callback reapproved ___/EBoyth ___ I/N ___/EBoyth 12/16/0 |
| 12/16/00 (2300) | I/N: Rec'd approval from Dr. Thomas for transfer. pending transport. |

Inmate Name _Troya, Daniel_
DC# _W14311_   Race/Sex _W/m_
Date of Birth _8/22/83_
Institution _Hil CI_
Allergies _NKDA_

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013604

FLORIDA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH EMERGENCY NURSING ASSESSMENT

**SUBJECTIVE**

Date/Time: 9-11-02 815  Problem: "I ate two Razor blades"

Current Medications: none

History of Suicide: ☐ No ☑ Yes Describe: swallowed 60-70 Pill - Hillsbrough

History of Self-injury: ☒ No ☐ Yes Describe:

**OBJECTIVE**

Vital Signs: T 98 P 80 R 18 B/P 120/80 Weight 176

Appearance: ☐ Well Groomed ☑ Somewhat Disheveled ☐ Comments:

Current Behavior
(all that apply):
☑ Quiet  ☐ Assaultive  ☐ Agitated
☐ Cursing  ☐ Threatening  ☐ Anxious
☑ Suicidal  ☐ Self Injuries  ☐ Pacing
☐ Homicidal (threatening to kill someone)  ☑ Withdrawn
☐ Other:

Orientation to
(all that apply):
☑ Person  ☑ Place  ☑ Time
☑ Situation  If no, indicate response

Memory: Immediate: Repeat the following words: cat, chair, window (document response) WNL

Recent: What did you eat at your latest meal? Rice, Cake, Sausage
Remote: What was your previous institution? Hillsbrough

Mood as reported
(all that apply):
☐ Cheerful  ☑ Hopeless  ☐ Fearful
☑ Depressed  ☐ Anxious  ☐ Tense
☐ Angry  ☐ Other:

Affect as observed
(all that apply):
☐ Broad  ☐ Labile (changing)  ☐ Restricted
☐ Blunted  ☐ Flat  ☐ Normal
☐ Hostile  ☐ Anxious  ☐ Tense
☐ Tearful  ☑ Depressed  ☐ Angry
☐ Cheerful  ☐ Sullen  ☐ Other:

Thought Process
(all that apply):
☑ Well organized  ☐ Coherent
☐ Poor concentration  ☐ Accelerated speech w/abrupt changes from topic to topic
☐ Additional information, if necessary:

Perception: Is inmate hearing voices or conversations which others cannot hear? ☐ Yes ☑ No
If yes, describe
Is inmate seeing visions of anything which others cannot see? ☐ Yes ☑ No
If yes, describe

Thought Content: Is inmate experiencing delusions (reflects false personal beliefs)? ☐ Yes ☑ No
If yes, describe

Self-Injury/Suicide:
Ideas? ☐ No ☑ Yes (describe): Swollow Razor blades
Threats? ☑ No ☐ Yes (describe):
Plan? ☐ No ☑ Yes (describe): Swollow Razor blades

Vegetative Functions:
Appetite (recent change): ☑ No ☐ Yes  ☐ Increase  ☐ Decrease
Difficulty Sleeping? ☑ No ☐ Yes  Hours of sleep at night 10T

If needed, place additional comments on back.

**ASSESSMENT**

☑ Assessment has determined that there may be risk of suicide attempt or potential for injury to inmate or others.
☐ Other SOS II Per DR almeyda

**PLAN**

☑ Inmate to be placed in SOS isolation cell/infirmary isolation management room to prevent self-injury and to provide protection and observation. Contact MD for orders.
☐ Other

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

ASSESSMENT

Signature/Stamp

LINDA CLARK, RN
Sr. Reg. Nurse
Brevard CI

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013605

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NKA | |
|---|---|---|
| DATE/TIME | THE INMATE IS: | |
| 9-11-02 8 15 p | ☐ ADMITTED TO THE INFIRMARY<br>☐ DISCHARGED FROM THE INFIRMARY<br>☐ SENT TO / FOR:<br>☐ RETURNED FROM:<br>☒ ADMITTED TO: Y Dorm SoS II | *Linda Clark*<br>LINDA CLARK, RN<br>Sr. Reg. Nurse<br>Brevard CI |
| 9/12/02 1115 | Inc Note<br>KUB completed | *H Hinchman*<br>H Hinchman SRN<br>Brevard C.I. |
| 9/13/02 1000 | Inc note<br>Conferce Dr Whitaker & Dr Almeyda<br>on X-ray results - poss foreign<br>body as opposed to shadow<br>from L2 - Order to D/C SOS<br>watch + place inmate in<br>for obs of Abd problems - Y Dorm<br>reed ↓on D/C SOS + Asked<br>for escort to medical. | *H Hinchman*<br>H Hinchman SRN<br>Brevard C.I. |

W. SCOTT WHITACRE, PSY.D
SENIOR PSYCHOLOGIST
BREVARD CORRECTIONAL INSTITUTION

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013606



NAME:    **TROYA, DANIEL**        DPJ #: *W14221*        DR: ~~LOPEZ~~ *A*

DOE:    **09-12-2002**        DOB:    **04-22-83**

FACILITY:    **BCI**

KUB:

Single view of the abdomen shows a foreign body located to the right of the spine at the level of the L2 transverse process.

IMPRESSION:  A foreign body is present as noted above.  Follow up is suggested to ensure evacuation.

Jonathan S. Dorn, M.D., D.A.B.R.

JSD / CyberTran.net

Troya013607

## PHYSICIAN'S ORDER SHEET
### USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Brevt | Indicate If Order Is STAT Date: | ☒ Inpatient ☐ Outpatient | Inmate Name: Troya, Daniel |
|---|---|---|---|
| | | | DC# W14211 |
| √ Initial Each Order as Transcribed | Use this Column to Indicate: Discharge/ Discontinue/ Changed Dosage | √ Check Orders To be Filled by Pharmacy | Time Written | List Allergies Here NKDA | Dorm E |
| | | | | | Diagnosis: suicide gesture Rio F/S injection |

HA
AH

Stop prev Fould/SOS now
Back to gen population
Repeat KUB next
week to confirm — area 9/1/02

| Time Noted: 1045 | Nurse's Signature: H Hinchcliff SBN  Doctor | Distribution: White Original—Pharmacy White Copy—Medical Record |

DC4-714B (Revised 10/01)

H.Hinchcliff
Brevard C.I.

---

## PHYSICIAN'S ORDER SHEET
### USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Brev CI | Indicate If Order Is STAT Date: 9/12/02 | ☒ Inpatient ☐ Outpatient | Inmate Name: Troya, Daniel |
|---|---|---|---|
| | | | DC# W14211 |
| √ Initial Each Order as Transcribed | Use this Column to Indicate: Discharge/ Discontinue/ Changed Dosage | √ Check Orders To be Filled by Pharmacy | Time Written | List Allergies Here NKDA | Dorm |
| | | | 1145 | | Diagnosis: suicidal gesture |

Cont SOS watch c 30 min
watch/checks

V.O per Dr Rigny
H Hinchcliff SBN

| Time Noted: 1230 | Nurse's Signature: H Hinchcliff  Doctor | Distribution: White Original—Pharmacy White Copy—Medical Record |

DC4-714B (Revised 10/01)

H.Hinchcliff
Brevard C.I.

---

## PHYSICIAN'S ORDER SHEET
### USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: BCI | Indicate If Order Is STAT Date: 9-11-02 | ☒ Inpatient ☐ Outpatient | Inmate Name: TROYA, DANIEL |
|---|---|---|---|
| | | | DC# W14211 |
| √ Initial Each Order as Transcribed | Use this Column to Indicate: Discharge/ Discontinue/ Changed Dosage | √ Check Orders To be Filled by Pharmacy | Time Written | List Allergies Here NKA | Dorm E |
| | | | | | Diagnosis: Suicidal gesture |

Admit to V Dorm SOS II
Bag meals, Blanket, Mattress, KUB
Shroud, Refer to MH. T.O. DR Almeyda
Linda Clark RN

| Time Noted: 2045 | Nurse's Signature: Linda Clark  Reg Nurse  Doctor | Distribution: White Original—Pharmacy White Copy—Medical Record |

DC4-714B (Revised 10/01)

Brevard CI

Troya013608

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
OBSERVATION CHECKLIST

**SECTION ONE** (To be completed by Medical/Mental Health staff)

Date 9-11-02   Institution BCI

Reason for observation/seclusion Suicidal Gesture

Time/date placed on observation/seclusion _____ by DR Almeyda

Time/date discontinued from observation/seclusion _____ by _____

Suicide Observation Status: ____ Not applicable  ____ SOS-1 (15-min. checks)  ✓ SOS-2 (30-min. checks)
____ Continuous

Nonsuicide Precaution Level: ____ Minimum (hourly observation)   ____ Medium (30-min. observation)
____ Maximum (15-min. observation)

Items Allowed (check yes or no for each item):    On Medications: ____ Yes  ____ No

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| | ✓ | Undergarments | ✓ | | Shroud |
| ✓ | | Suicidal blanket | | ✓ | Reading material |
| ✓ | | Mattress | | | |

**SECTION TWO** (To be completed by security or nursing staff)

Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION  TIME VISUAL CHECKS MADE ON INMATE

| Code | Explanation | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 16 BW | 0800 | 16 BW | 1600 | | |
| 2. | Yelling or screaming* | 0015 | | 0815 | | 1615 | | |
| 3. | Crying* | 0030 | 16 BW | 0830 | 16 RSC | 1630 | | |
| 4. | Cursing | 0045 | | 0845 | | 1645 | | |
| 5. | Laughing | 0100 | 16 BW | 0900 | 16 RSE | 1700 | | |
| 6. | Singing | 0115 | | 0915 | RSE | 1715 | | |
| 7. | Mumbling incoherently | 0130 | 16 BW | 0930 | 9 RSE | 1730 | | |
| 8. | Mute | 0145 | | 0945 | | 1745 | | |
| 9. | Talking to staff | 0200 | 16 BW | 1000 | 9 RSC | 1800 | | |
| 10. | Talking to peers | 0215 | | 1015 | | 1815 | | |
| 11. | Talking to self/wall | 0230 | 16 BW | 1030 | 16 RSE | 1830 | | |
| 12. | Standing still | 0245 | | 1045 | | 1845 | | |
| 13. | Walking | 0300 | 16 BW | 1100 | | 1900 | | |
| 14. | Lying or sitting | 0315 | | 1115 | | 1915 | | |
| 15. | Quiet | 0330 | 16 BW | 1130 | | 1930 | | |
| 16. | Sleeping | 0345 | | 1145 | | 1945 | | |
| 17. | Meals a) Taken b) Refused | 0400 | 16 BW | 1200 | | 2000 | | |
| 18. | Fluids a) Taken b) Refused | 0415 | | 1215 | | 2015 | | |
| 19. | Bath/shower: | 0430 | 16 BW | 1230 | | 2030 | | |
| | a) Taken b) Refused | 0445 | | 1245 | | 2045 | | |
| 20. | Toilet | 0500 | 16 BW | 1300 | | 2100 | | |
| 21. | Out of cell (indicate | 0515 | | 1315 | | 2115 | | |
| | inmate's location in | 0530 | 16 BW | 1330 | | 2130 | | |
| | appropriate time slots) | 0545 | | 1345 | | 2145 | | |
| 22. | Bathroom/bedpan/urinal: | 0600 | 14, 17A, 18A BW | 1400 | | 2200 | | |
| | a) Used b) Refused | 0615 | | 1415 | | 2215 | | |
| 23. | _____ | 0630 | 14 BW | 1430 | | 2230 | | |
| 24. | _____ | 0645 | | 1445 | | 2245 | | |
| | | 0700 | 16 BW | 1500 | | 2300 | | |
| MEDICAL ONLY: | | 0715 | | 1515 | | 2315 | | |
| | | 0730 | 16 BW | 1530 | | 2330 | | |
| | | 0745 | | 1545 | | 2345 | | |

Shroud/Blanket/Mattress Check   Night shift ☐   Day shift ☐   Evening shift ☐

CODE AND INITIALS ARE REQUIRED ON THE ABOVE TIME LINES PER PRECAUTION LEVEL

Staff signature and stamp    Initials
Barry Wysocki    BW

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form.

Inmate Name Troya Daniel

DC# W14211   Race/Sex W

Date of Birth 4-83

Institution Brevard

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration. A copy shall be forwarded to the chief correctional officer upon completion.

DC4-650 (Revised 2/01)

Troya013609

FLORIDA DEPARTMENT OF CORRECTION
INFIRMARY PROGRESS RECORD

Institution: BREVARD CORRECTIONAL INSTITUTION

| Date/Time | Discipline (use codes)* | Comments |
|---|---|---|
| | | Brevard CI |
| 09-12-02 | Y | S-INmate seen in Y dorm where he has been in approved |
| 1000 | | IMR since he was admitted to SOS 09-11-02 2015 due to information receivedc by security that he had swallowed two razor blades. He also voiced suicidal ideation upon being brought to clinic. |
| | | O-19 year old white male serving 3 years for grand theft. He is an S-I and has always been an S-I since he entered Florida DC in November 2000. Reception center ~~psychological screening dated 11-02-2000 shows BECK raw score of 0 indicating no feelings of self reported hopelessness, and BETA IQ of 89 which falls into the~~ dull normal range of intelelctual functioning. |
| | | He was sent to Hillsborough CI where he made a suicidal geture in December 2000, but was seen twice by psychological services there, admitted that he was without suicidal intention, and found to have no Axis I disorder. He had no contacts there with mental health for almost a year after that and was seen 10-25-01 for a confinement review at Hillsborough. He showed no signs of Axis I problems. No history of CSU admissions. He was sent here in Novbember 2001 and has not had any contacts here with mental health. |
| | | Mental status today finds inmate oriented X3, memory |

Inmate Name_____

DC#

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

*Codes:  M = MD/CA/ARNP
         P = Psychiatrist
         Y = Psychology
         N = Nursing
         D = Dental

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

INFIRMARY PROGRESS RECORD
DC4-714A (8/99) (Page 1 of 2)

Troya013610

FLORIDA DEPARTMENT OF CORRECTION
**INFIRMARY PROGRESS RECORD**

Institution: BREVARD CORRECTIONAL INSTITUTION

| Date/Time | Discipline (use codes)* | Comments |
|---|---|---|
| | | intact for recent and remote, angry, hostile, aggressive, mood is angry, affect congruent, denies suicidal ideation or any problems at first, (see below), future oriented in discussing release from prisn next May, no psychotic symptoms seen in eitehr cognition or perception, says he has no problems eating or sleeping. |
| | | I asked inmate why he was in the cell and he said, "these police are messing with me. I'm sick of getting DRs for things that could have been overlooked." (my emphasis). He went on to say that the "police" were harassing him, that he is going "to go buck and wild and kill some motherfuckers" and "I don't give a shit about anything." I asked him why then he allegedly swallowed two razor blades. he said "because I don't give a shit." I said, "so you weren't depressed or trying to hurt yourself?" He said, "hell no, I'm going to go buck ass wild and just say "fuck it". I'm gonna hurt somebody." |
| | | I asked him how big the razor blades were, and he held his thumb and forefinger about a quarter of an inch apart. |
| | | I asked him if he would like psychological services or regular counseling because we would like to help |

Inmate Name _____
DC: TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
Dat SEX : MALE
DOB : 04/22/83
Instl

*Codes:
M = MD/CA/ARNP
P = Psychiatrist
Y = Psychology
N = Nursing
D = Dental

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

INFIRMARY PROGRESS RECORD
DC4-714A (6/99) (Page 1 of 2)

Troya013611

FLORIDA DEPARTMENT OF CORRECTION
## INFIRMARY PROGRESS RECORD

**Institution:** BREVARD CORRECTIONAL INSTITUTION

| Date/Time | Discipline (use codes)* | Comments |
|---|---|---|
| 09-12-02 | Y | him and he said, "What good is that shit gonna do? I |
| 1000 | | don't need to talk to you people." |
| | | Interviewed terminated at that point. I explainedc |
| | | to him that we would get an X-ray and make a decision |
| | | then about what to do for him. |
| | | A-This inmate is highly antisocial, and shows signs |
| | | of autohority problems, aggression, external locus of |
| | | control, disavowal of repsonsibility, and acting out |
| | | potential. He shows no signs of any Axis I disorder, |
| | | is future oriented, not depressed, and shows no problems |
| | | in vegetative functioning. He is not cooeprative with |
| | | efforts to help him and he is not interested in treatment |
| | | and identifies no problems which would justify an S |
| | | grade increase. Pending X-ray results which indicate |
| | | a large foreign body in his stomach, I think he can |
| | | be returned to custody of security. |
| | | P-as above, pending CHO approval |
| | | |
| | | *W. SCOTT WHITACRE, PSY.D.* |
| | | SENIOR PSYCHOLOGIST |
| | | BREVARD CORRECTIONAL INSTITUTION |

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

*Codes:   M = MD/CA/ARNP
P = Psychiatrist
Y = Psychology
N = Nursing
D = Dental

Instt_____

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary for Health Services Administration

INFIRMARY PROGRESS RECORD
DC4-714A (6/99) (Page 1 of 2)

Troya013612

**FLORIDA DEPARTMENT OF CORRECTIONS**
**INFIRMARY PROGRESS RECORD Continued**

**Institution:** BREVARD CORRECTIONAL INSTITUTION

| Date/Time | Discipline (use codes)* | Comments |
|---|---|---|
| | | Brevard CI |
| SEP 13 2002 | Y | S-Inmate seen in clinic to follow up on yesterday's IMR discharge.  He was cleared psychologically from IMR and released from SOS status, but was still pending results from X-ray because he said he swallowed two razor blades.  He was placed back in IMR pending clarification of discharge status. |
| | | O-19 year old white male serving 3 years for grand theft.  History noted in my infirmary note of 09-12-02. |
| | | Inmate interviewed today at cell door of medical isolation room where he has been sleeping soundly and comfortably while nurses have observed whether or not he is complaining of abdominal pain.  Results of X-ray are inconclusive at this point and CHO Almeyda has ordered another X-ray to be done 09-16-02.  In the mean time, inmate has been under observation. |
| | | Mental status finds inmate oriented X3, memory intact for recent and remote, awoke from sound sleep for interview, mood is euthymic, affect congruent, voices no suicidal ideation, no psychotic symptoms in either perception or congition.  As mentioned previously, observation indicates he has been sleeping soundly and he ate as well. |

Inmate Name TROYA, DANIEL

DC# W14211   Race/Sex WM

Date of Birth 04·22·83

Institution BREVARD CI

*Codes:
M  =  MD/CA/ARNP
P  =  Psychiatrist
Y  =  Psychology
N  =  Nursing
D  =  Dental

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

INFIRMARY PROGRESS RECORD
DC4-714A (6/99) 'Page 2 of 2)

Troya013613

FLORIDA DEPARTMENT OF CORREC?..NS
**INFIRMARY PROGRESS RECORD Continued**

Institution: BREVARD CORRECTIONAL INSTITUTION

| Date/Time | Discipline (use codes)* | Comments |
|---|---|---|
| SEP 1 3 2002 | ∨ | Upon interview, inmates says he has no complaints and, when asked if he felt okay, shook his head yes. He established solid eye contact. He says he is in no distress. I asked him if he felt in control of himself and he replied. "I'm alway sin control of myself." |
| | | A-Inmate is in no psychological distress, more subdued than yesterday and not angry. He shows no signs of Axis I disorder and can be safely released pending medical decision regarding danger posed by posssible foreign objects he may have swallowed. We will follow up on him next week to check his mental status. |
| | | P-cleared for release at discretion of CHO Almeyda |
| | | W. SCOTT WHITACRE, PSY.D. SENIOR PSYCHOLOGIST BREVARD CORRECTIONAL INSTITUTION |

Inmate Name TROYA, DANIEL
DC# W14211    Race/Sex WM
Date of Birth 04-22-83
Institution BREVARD CI

*Codes:
M = MD/CA/ARNP
P = Psychiatrist
Y = Psychology
N = Nursing
D = Dental

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

INFIRMARY PROGRESS RECORD
DC4-714A (6/99) Page 2 of 2

Troya013614

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION TRANSFER SUMMARY

**Confidential and Privileged Information**
**For Professional Use Only**
(Please seal in an envelope and mark Confidential Information)

Date _____   Sending Facility _____
                     City / County   _____
                     Telephone       _____

Name _____   Facility Number _____

D.O.B. _____   Race/Sex _____

Transferring To: _____
                         (Agency)

Medical/Dental/Psychiatric Problems: _____

_____

Allergies: _____

Current Medication: _____ No ____ Yes   (If yes, complete the following:)
        (Drug/Dosage)                        (Reason)

_____     _____

_____     _____

Tested/Treated for STD_____ _____ _____
                        (Type)      (Date)       (Treatment)

Last Physical Exam:_____ Last PPD_____
                   (Date)                    (Date/Result)

                              Treatment_____
                                        (Date Started/Stopped)

Special Diet?_____ No_____ Yes (Describe)_____

Hospitalization within past year?      _____ No _____ Yes

Reason:       _____ Physical Problem   _____ Mental Problem

If yes, date of last hospitalization:  _____

Psychotropic Medication Within Past Year? ____ No _____ Yes
Self Injurious or Suicidal Behavior Within Past Year? _____ No

_____ Yes    If yes, dates _____
Currently on Suicide Watch/Precautions?  ____ No _____ Yes

This Form Completed By:_____
                              (Signature / Title)

DC4-871 (10/91)

Troya013615

FLCDA DEPARTMENT OF CORRECTNS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 12/15/00 1050 | Int Note DC4-X9 Pre confinement Health appraisal Completed. _____ Buck<br>**AGENCY NURSE**<br>HILLSBOROUGH C.I.G. BUCK, SRN |
| 12/16/00 (1613) | I/N: Rec'd R from confinement re I/M allegedly ingested "1/2 bottle of pills". I/M + pill bottles to be brought to medical.<br>C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1620) | I/N: Arrived & alleged CD - appears stable. See DC4-70R & 708 this date + time.<br>C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1630) | I/N: SR → Dr. Shanklin, on call, → T.O. 1) Call Poison Control + ask for recommendation.<br>STEPHEN D. SHANKLIN, D.O. ×3, PERRLA, pink, warm + dry, AP Reg, 10 PA.<br>MEDICAL EXECUTIVE DIRECTOR<br>ZEPHRHILLS C.I.<br>C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1635) | I/N: Per Poison Control: 1) Give activated Charcoal & run tox screen or 2) lacking immediate lab services send to ER for eval / tx.<br>C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1640) | I/N: Dr. Shanklin advises → T.O. 1) Transport to ER for eval/ tx.<br>C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1645) | I/N: EMS activated. I/M Con. 3 s/s distress C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1649) | I/N: Rec'd R EMS dispatched & info given. C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1700) | I/N: EMS arrives & I/M prepped for transport C.Boyt R / E. Boyt R HI/CI |
| 12/16/00 (1706) | I/N: EMS departs C.Boyt R / E. Boyt R HI/CI |

Inmate Name  Troya, Daniel
DC#  W 14211 / Race/Sex  W/M
Date of Birth  8/22/83
Institution  HILLSBOROUGH C.I.
Allergies  NKDA

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013616

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

**PRECONFINEMENT HEALTH APPRAISAL**

Institution: H ILCI        House: A        Date: 12/15/00        Time: 1045

Use of force? Y___ N✓        Current medical grade:
Is yes, also complete
E.R. form        /

| P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|
| I | I | I | ( | ι | ι | ( | I | |

Is inmate a grade S3 and/or demonstrating strange or bizarre behavior  Y✓  N___
If yes, explain:

Current medical complaints:  Y✓  N___   if yes, describe condition and treatment

_____
_____
_____
_____

Vital signs:
T: 97⁶  P: 76  R: 16  BP: 124/80  WT: 202        Allergies: (list) NKDA

Infirmities or impairment:  Y___  N✓   if yes, list findings

Inmate takes medication?  Y✓ N___        Inmate medications delivered to health care staff
(list below)                              Y___  N✓  If no, disposition:

Arrangements for medication administration:    self ✓    health care staff___    NA___

| Medication (include psychotropics) | Dose | Renewal Y | N | Pending Appointments (per inmate) If any are yes, follow-up with MUS | YES | NO |
|---|---|---|---|---|---|---|
| Claritin QD | 16 mg | | | Dental: | | ✓ |
| | | | | Mental Health: | | ✓ |
| | | | | Chronic clinic: INH_____  Diabetes_____ Asthma_____  Seizures_____ Hypertension_____ | | ✓ |
| Other pertinent information: | | | | Special Appointments: | | ✓ |
| | | | | Dx Studies: | | ✓ |

Are there any apparent medical reasons for the inmate not to be placed in confinement?
Y___  N✓   If yes, refer inmate to clinic.

I have explained the procedure for obtaining medical care while in confinement to this
inmate.  Staff member signature, title and name stamp: _Buck_        G. BUCK, SRN

Inmate Identifier:

| |
|---|
| Troya, Daniel 4/27/83 W1211    W/M |

©1988 InterQual, Incorporated
**AGENCY NURSE**
HILLSBOROUGH C.I.

DC4-769 (REV. 5/89)

Troya013617

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 12/5/00 | DOCTOR'S CLINIC:                    SCRC |
| BP 104/80  106/80 | T 96 P 84 R 18 WT 206    Back Pain |
| | *(handwritten clinical notes)* |

Inmate Name: Troya, Daniel
DC# W14211     Race/Sex W/M
Date of Birth 4-22-83
Institution HILCI
Allergies NKDA

DR. L. BONNET, MD
PHYSICIAN
HILLSBOROUGH C.I.

AGENCY NURSE HILLSBOROUGH C.I.

S - Subjective Data
O - Objective Data
A - Assessment of S and O Data
P - Plan

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013618

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 11/30/00 1875 (cont) | O/ Middle + upper back + neck reveal no redness, edema, ecchymosis, ↑ heat nor deformity. ROM is full s̄ crepitus, s̄ spasms. Lungs are clear in upper + lower lobes bilaterally. No foot drop.<br>A/ Back pain. ✓<br>P/ 1. Analgesic balm TID PRN.<br>2. Motrin 200 mg PO TID x 3 days.<br>3. Refer to MD for evaluation. ✓<br>E/ Advised in proper lifting techniques. —D Jugo<br><div align="right">D. JUGO, SR, RN<br>HILLSBOROUGH, C.I.</div> |
| 12/4/00 2300 | S/ EMID. Brought to clinic c/o H/A, sore throat, stuffy nose, pain c̄ non-productive cough, aching all over + generalized malaise of todays onset.<br>O/ T 97.8 – P 64 – R 16 – BP 118/76 Wt 205#<br>A+O x 4. Skin W/D. Color-good. In NAD. Ears reveal cerumen, TM intact on Ⓡ. Nasal mucosa reddened + edematous c̄ clear drainage. Throat is reddened c̄ mild edema, ∅ pus, ∅ nodes. Lungs are clear in upper + lower lobes bilaterally. Ambulates c̄ normal erect gait.<br>A/ Common cold.<br>P/ 1. Advised of nonurgency of complaint.<br>2. RTC PRN.<br>E/ Advised to ↑ fluids. — D Jugo RN |

In 0-W14211 TM 07 10/26/2000

D. TROYA, DANIEL

D:

In W/M DOB 04/22/1983 (17) EE

Allergies NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data    D. JUGO, SR, RN
0 - Objective Data     HILLSBOROUGH, C.I.
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013619

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 11/16/00 | *(handwritten clinical notes, largely illegible)* |

A: acute folliculitis

Plan: ① Doxycycline 100 mg po BID × 30 dy   Rx 1

② Clindamycin *(illegible)* 30 ml apply topical daily × 14 days

③ NSP issued till 3/30/01

Pt educated

G. BUCK, RN
HILLSBOROUGH C.I.

L. BONNET, M.D. PHYSICIAN
HILLSBOROUGH C.I.

L. BONNET, M.D. PHYSICIAN
HILLSBOROUGH C.I.

| 11/30/00 1825 | S/ Into clinic @ sc c/o middle back pain which burns & shoots up to neck. States he had to empty garbage cans of food for the pigs & was bent down & when he stood up he felt a throbbing, burning pain shoot up his back to his neck. States pain is in middle & left side of his back & shoots up to both sides of his neck.
O/ T 98⁸ - P 80 - R 18 - BP 118/68  Wt 205#. A+O x4. Skin w/D. Color-good. Rn NAD. Ambulates c̄ normal erect gait. Able to climb scale + exam table 5 difficulty. — Con't — D. Jugo RN |

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE

Allergies _____ NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

D. JUGO, SR, RN
HILLSBOROUGH, C.I.

S - Subjective Data
O - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013620

FLORIDA DEPARTMENT OF CORRECTIONS

## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 11/8/00   1300 | IM received, chart reviewed. ———— _illegible signature_    AGENCY NURSE   HILLSBOROUGH C.I. |
| 11/13/00  1705 | T/N: Into clinic @ sc - declined to be seen.  D. JUGO, SR, RN  HILLSBOROUGH, C.I. |
| 11/15/00  1730 | S/ Into clinic @ sc c/o acne + requesting NSP + refill on Doxycycline 100 mg ÷ PO BID from SFRC dated 10/31/00. States his acne is so bad that when he shaves it irritates his face, burns, + sometimes cuts of the top of lesions. O/ T 98⁴ - P 64 - R 16 - BP 120/80  Wt 199#. A+O x 4. Skin w/d. Color-good. In NAD. Facial + maxillofacial regions reveal numerous red, raised, closed, irritated lesions. No open lesions, no drainage nor s/s 2° cellulitis. A/ Acne. P 1 1. Refer to MD for evaluation - pass issued. 2/ Advised in facial hygiene. ———— D. JUGO, SR, RN  HILLSBOROUGH, C.I. |
| 11/16/00 | DOCTOR'S CLINIC:  S c/o acne  BP 12⁴/? T 97⁶ P 76 R 16 WT 202 |
| 1048 | MD evaluation  S/ P 17 y/o W/m. Pt. _illegible_ _illegible_ _illegible_ still on Doxycycline 100 mg since 10/00  O: _illegible_  _illegible inflammatory pustules lesion upper neck, cheeks, forehead_ |

Inmate Name   Troya, Daniel
DC#   ~~#7112~~ W14 211  Race/Sex   W/M
Date of Birth   4-22-83
Institution   H1LC1
Allergies   NONE

L. BONNET., M.D. PHYSICIAN
HILLSBOROUGH C.I.

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013621

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION ARRIVAL SUMMARY

INSTITUTION ___HILLSBOROUGH C.I.___                                     DATE _11_/_08_/_00_

Transferring TO: ___HILCI___

Received FROM: ~~CRFC~~ SFRC___

**INMATE QUESTIONNAIRE** (circle the answers to the questions inside **THIS BOX ONLY**):

1. Are you taking mental health medications now?        YES   (NO)   I DON'T KNOW
2. Have you been in a CSU in the last 30 days?          YES   (NO)   I DON'T KNOW
3. Are you presently thinking of committing suicide?    YES   (NO)   I DON'T KNOW
4. Are you here for hospitalization, such as surgery, tests, etc.?   YES   (NO)   I DON'T KNOW
5. Do you have urgent medical needs?                    YES   (NO)   I DON'T KNOW

   If yes, list your urgent medical needs:

   _____    _____
   _____    _____

6. Are you on medications?                             (YES)   NO    I DON'T KNOW

   If yes, list your medications:

   DOXYCYCLINE _____    _____

7. Do you have your medications with you?              (YES)   NO    I DON'T KNOW

   _X Daniel Troya_____   _W14211_     _4-22-83_        _11_/_08_/_00_
   Signature              DC Number    Date of Birth    Today's Date

DO NOT WRITE BELOW THIS LINE.

---

**STAFF USE ONLY**
**NURSING REVIEW:**
Referred to (check one):  ☐ **Medical**  ☐ **Mental Health**  ☐ **Dental**

Plan:

_____
_____

**Overdue/Pending Appointments or Labs:**
N/A
_____
_____
_____
_____

**DC4-760 REVIEWED?**  ☐ YES    ☐ NO

Any Transfer Holds:  ☐ YES   ☒ NO

Expiration Date: _____/_____/_____

Next Physical Examination:

Date: _10_/_31_/_02_

Suicide Profile: N/A
_____

Special Passes/Therapeutic Diets:
N/A
_____

---

For additional space, use reverse

Inmate Name TROYA, DANIEL
DC # W14211      Race/Sex M / W
Date of Birth  4-22-83
Institution  HILCI

DC4-760A (2/00) (Page 1 of 2)

_Walden RN_  11-08-00
**Examining Staff Stamp/Signature/Date**

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

Troya013622

State of Florida
IADR088                    Department of Corrections              11/07/2000
(760)                 HEALTH INFORMATION TRANSFER SUMMARY        Page  1

INMATE NAME: TROYA, DANIEL                    DC#: 0-W14211   Cls.Team: 07
      Race: WHITE     Sex: MALE     Date of Birth: 04/22/1983  Age:  17
      Date Received: 10/26/2000  Group: EE    Rec.Ctr: S.FLA.RECEPTION CTR.


MEDICAL GRADE: P:1  U:1  L:1  H:1  E:1  S:1  D:1  X:1  T:   I:

TRANSFERRING TO: HILLSBOROUGH C.I       on:  11/08/2000

LAST PPD TEST
  Results: 00MM              Date: 10/26/2000

LAST RPR TEST
  Results: NR               Date: 10/26/2000

LAST PHYSICAL EXAM
  Date: 10/31/2000

ALLERGIES
  NKDA

CURRENT MEDICATIONS              DATE              DOSAGE        FREQ.
  NONE   Doxyciline            10/31/00           100mg P.o. BID
                                                             3xday

ACTIVE SPECIAL PASSES / THERAPEUTIC DIET
  NONE

PENDING LABS / PROCEDURES
  NUCLEAR MOLECULAR DIAGNOSTICS    Ordered: 10/26/2000

OVERDUE / PENDING APPOINTMENTS
  LAB TEST/PHYS              On: 10/16/2001   Encounter Type: LT
  PPD TEST
  LAB TEST/PHYS              On: 10/15/2002   Encounter Type: LT
  PHYSICAL EXAM
                            On: 10/25/2002   Encounter Type: DSAX
  DENTAL INITIAL EXAM
                            On: 10/29/2002   Encounter Type: PE
  INITIAL PHYSICAL EXM
OUTSTANDING TRANSFER HOLDS
  NONE


SUICIDE PROFILE
  NONE


                                                  RUTH WHITE
                                                  L.P.N./S.F.R.C.
Clinician or Nurse Reviewing Chart: _____
                               Signature/Stamp

Troya013623

```
IADR060                         State of Florida               Printed
  (701)                    Department of Corrections           11/07/2000
                           OUTPATIENT MEDICAL CARE
                             S.FLA.RECEPTION CTR.
```

INMATE NAME: TROYA, DANIEL                  DC#: 0-W14211   Cls.Team: 07
  Race: WHITE     Sex: MALE    Date of Birth: 04/22/1983   Age:  17

HEALTH SERVICES ENCOUNTER
  Type: RA    = RECEPTION ASSESSMENT   Date: 10/26/2000   Time: 13:38 to 13:39
  HS Staff: BM01  = BERMUDEZ, EVELYN
  Reviewed By: BM01  = BERMUDEZ, EVELYN
  Incidental Comments:
      NO COMMENTS


SUBJECTIVE DATA
      NO COMMENTS


OBJECTIVE DATA
  Temp: 098.4    Pulse:  76   Resp: 18    BP: 100/070   Weight: 191
  NO COMMENTS


ASSESSMENT
  Complaint  TRANIN   = NEW INMATE HLT REVIEW              Chronic: N
  NO COMMENTS


PLAN
  NO COMMENTS
  Lab Test Order




  Transfer Hold
      NONE
  Appointment Scheduled
      PPD TEST
      LAB TEST/PHYS                    on 10/16/2001  at 09:00
      PHYSICAL EXAM
      LAB TEST/PHYS                    on 10/15/2002  at 09:00
      DENTAL INITIAL EXAM
                                       on 10/25/2002  at 08:17
      INITIAL PHYSICAL EXM
                                       on 10/29/2002  at 09:00


  Grade: P:    U:    L:    H:    E:    S:    D:    X:    T:    I:

                    *** END OF REPORT ***
```

Troya013624

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL RECORD OF OUTPATIENT HEALTH CARE

| DATE/TIME | |
|---|---|
| 10/24/00 950/M | INCIDENTAL NOTE: DUE TO POSSIBLE T.B. EXPOSURE I/M INTERVIEWED FOR SIGNS AND/OR SYMPTOMS OF T.B. |

A. PERSISTENT COUGH LASTING OVER 2 WEEKS        YES   OR   (NO)

B. NIGHT SWEATS                                 YES   OR   (NO)

C. FEVER                                        YES   OR   (NO)

D. WEIGHT LOSS                                  YES   OR   (NO)

E. SHORTNESS OF BREATH                          YES   OR   (NO)

F. HEMOPTSIS (COUGHING UP BLOOD)                YES   OR   (NO)

REFER TO M.D. IF HE HAS TWO (2) OR MORE OF THE SIGNS/SYMPTOMS LISTED ABOVE.

YES   OR   (NO)

JACQUELINE MORGAN
LPN / S.F.R.C.

S IDENTIFICATION (Name - Last, First, Middle; Race/Sex; Number)

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE

S — Subjective data
O — Objective data
A — Assessment of S and O data
P — Plan

SFRC

Troya013625

```
                              State of Florida                  Printed
IADR060              Department of Corrections               11/07/2000
 (701)                 OUTPATIENT MEDICAL CARE
                         S.FLA.RECEPTION CTR.
```

**INMATE NAME: TROYA, DANIEL**                    **DC#: 0-W14211** Cls.Team: 07
   Race: WHITE       Sex: MALE     Date of Birth: 04/22/1983   Age:  17

**HEALTH SERVICES ENCOUNTER**
   Type: HE    = HEALTH EDUCATION      Date: 10/26/2000   Time: 07:45 to 09:30
   HS Staff: M087  = MORGAN, JACKIE                  T&R NURSE
   Reviewed By: M087  = MORGAN, JACKIE
   Incidental Comments:
      NO COMMENTS


**SUBJECTIVE DATA**
      NO COMMENTS


**OBJECTIVE DATA**
      NO COMMENTS


**ASSESSMENT**
   Complaint  ORIENT    = ORIENTATION TO HEALTH CARE        Chronic: N
   NO COMMENTS


**PLAN**
   NO COMMENTS

   Transfer Hold
      NONE
   Appointment Scheduled
      PPD TEST
      LAB TEST/PHYS               on 10/16/2001  at 09:00
      PHYSICAL EXAM
      LAB TEST/PHYS               on 10/15/2002  at 09:00
      DENTAL INITIAL EXAM
                                  on 10/25/2002  at 08:17
      INITIAL PHYSICAL EXM
                                  on 10/29/2002  at 09:00


   **Grade: P:    U:    L:    H:    E:    S:    D:1  X:    T:    I:**

                     *** END OF REPORT ***

Troya013626
```

FLORIDA DEPARTMENT OF CORRECTION

# EMERGENCY ROOM RECORD

Check one:
- ☐ Inmate/Post-Use-of-Force Exam
- ☐ Employee: ☐ Post-Use-of-Force Exam OR ☐ Injury OR ☑ Physical Altercation
- ☐ Visitor/Injury

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708 *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: __11-9-02__     Time of exam: __8 pm__

Description of occurrence:
Hit in mouth by a fist slight abrasion bruising noted L upper inner lip No bleeding. Punched in back No redness, bruising or edema. States this happened yesterday

Inmate showered without soap (if postuse of chemical agent)?   ☐ Yes   ☐ Refused   ☐ N/A

Vital Signs:   Temperature __99²__   Pulse __78__   Respiration __18__   Blood Pressure __110/70__

Arrived via:   ☑ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:_____

Condition on arrival (check all that apply): ☑ Alert   ☑ Oriented x 4 (person, place, time, situation) ☑ Responding to questions verbally
☐ Other (requires description in assessment summary)
☐ C/O pain? If checked, where?_____

Assessment summary:
no bleeding or bruising to area noted above.

Physician notified?   ☑ No   ☐ Yes   Name:_____   Time:_____

Treatment provided?   ☑ No   ☐ Yes   If yes, describe:_____

Response to Treatment:
N A

Disposition:   ☐ Population   ☑ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):_____

Discharge Instructions and Education:
sick call procedures

Health Care Provider's Signature and Stamp: _A Lybrook_ ARNETTA LYBROOK, LPN Date/Time: __11/10/02 4:25p__
SR. LPN
BREVARD C.I.

Reviewing Physician's Signature and Stamp: _____ Date/Time: __11/12/02__

Name __TROYA, DANIEL__
DC# __W14211__   Race/Sex __W/M__
Date of Birth __4-22-83__
Institution __BCI__

Inmate Distribution:
White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

Troya013627 (Revised 7-02)

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence __11/19/02__   Time of occurrence __8 PM__

☐ No injury identified

Description of injury __I M Stoker was hit in mouth by a fist.__

Staff Signature

ARNETTA LYBROOK, LPN
SR. LPN
BREVARD CI

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

DC4 708 (Revised 2/00)

Troya013628

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

PLEASE PRINT

# EMERGENCY ROOM RECORD

## AUTHORIZATION FOR HEALTH CARE SERVICES

The undersigned, a patient in this health care facility, has had explained to me and understand the nature of my condition. I hereby authorize the medical staff to administer such treatment as is necessary, and to perform evaluation and treatment and such additional health care services as are considered necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by _J Hanks LPN_ . I also certify that no guarantee of assurance has been made as to the results that may be obtained.

Signature of Patient ~ _Daniel Troya_    Date _10-25-01_    Time _1025_

Witness Signature/Stamp _J Hanks LPN Hill C.I._    **J. HANKS, SR LPN**    Date _10-25-01_    Time _1025_
Brief History:    **HILLSBOROUGH C.I.**

If accident, state where, when and how injured; if illness, describe:
" _I had a bowel movement and when I wiped and there was alot of_
_dark red blood on the paper and when I wiped again there was nothing._ " " _so_
_I don't think it was on the outside._ " " _then my stomach started hurting_ "

VS: T _96²_ °F   P _72_ /Min.   R _18_ /Min.   BP _114_/_76_    Wt. _187_ lbs.

_Onset "this morning"_

Condition on Admission (Circle):    Good    (Fair)    Poor    Shock    Bleeding    Comatose

Findings/Treatment: _Arrived to medical ambulatory from confinement ē escorting officer, c/o rectal_
_bleed. Onset this a.m., c/o constant burning to stomach, both sides. Last BM._
Labs Ordered: _this a.m., "regular, normal." No skin tags visible. No external trauma noted._

Therapy Ordered: _Ø_

Lab Reports: _Ø_

Inmate Response to Treatment: _Ø_

Diagnosis:
_R/o Rectal bleed, vs stomach ulcers_

Condition on Discharge: _Refer to MD for further eval._

Discharge Instructions and Education:

Disposition (Circle):    Population    (Confinement)    Infirmary    Hospital    Rescue    Other (explain):

**J. HANKS, SR LPN**

Health Care Provider's Signature and Stamp: _J Hanks LPN Hill C.I._ **HILLSBOROUGH C.I.**    Date/Time: _10-25-01 1040_

Reviewing Physician's Signature and Stamp: _____    ROBINSON, ____    Date/Time: _10/25/01 1053_
Staff Physician
_____ough, C.I.

Inmate Name _Troya, Daniel_
DC# _W14211_
Date of Birth _4-22-83_
Institution _Hillsborough C.I._
Emergency Room Record
DC4-701C (12/93)

Distribution:
White - Health Record
Canary - Emergency Room Record
Pink - Local Requirements

Troya013629

FL  )A DEPARTMENT OF CORREC    NS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence  _10-25-01_          Time of occurrence  _approx ("this pm.")_

☑ No injury identified

Description of injury _____

Staff Signature  _g. H___ ei/PN Hill CI._   **J. HANKS, SR LPN**
**HILLSBOROUGH C.I.**

Inmate Name _Troya, Daniel_
DC# _W14211_          Race/Sex _w/m_
Date of Birth _4-22-83_
Institution _Hillsborough C.I._

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

DC4-708 (Revised 2/00)

Troya013630

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

PLEASE PRINT

# EMERGENCY ROOM RECORD

## AUTHORIZATION FOR HEALTH CARE SERVICES

The undersigned, a patient in this health care facility, has had explained to me and understand the nature of my condition. I hereby authorize the medical staff to administer such treatment as is necessary, and to perform evaluation and treatment and such additional health care services as are considered necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by
_Judy Rolison LPN_. I also certify that no guarantee of assurance has been made as to the results that may be obtained.

Signature of Patient X _Darviel Troya_  Date _9-18-01_  Time _1825_

Witness Signature/Stamp _Judy Rolison LPN_  AGENCY NURSE  Date _9-18-01_  Time _1825_
                                            HILLSBOROUGH C.I.

Brief History: _I'm Released from Confinment Marching in Heat. States he got to Hot And vomited X1 Requesting No Exercise/Marching Pass_

If accident, state where, when and how injured; if illness, describe: _Heat Intolerance. Emisis X1_

VS:   T _98.6_ °F   P _76_ /Min.   R _18_ /Min.   BP _130/80_   Wt. _189_ lbs.

Condition on Admission (Circle):  (Good)  Fair  Poor  Shock  Bleeding  Comatose
Findings/Treatment: _Minor Heat Intolerance. Red face, Diaphoric. VS WNL_

Labs Ordered: _Ø_

Therapy Ordered: _Ø_

Lab Reports: _Ø_

Inmate Response to Treatment: _Good_

Diagnosis: _Heat Intolerance_

Condition on Discharge: _Stable_

Discharge Instructions and Education: _① Cool H2O to face   ② Cool K in A/C X 20 Mins.   ③ Pass Denied   ④ ↑ fluids   ⑤ RTC if IM experiances Visual Disturbances or Dehydration occurs._

Disposition (Circle):  (Population)  Confinement  Infirmary  Hospital  Rescue  Other (explain):

Health Care Provider's Signature and Stamp: _Judy Rolison LPN_  AGENCY NURSE  Date/Time _9-18-01  1840_
                                                                 HILLSBOROUGH C.I.

Reviewing Physician's Signature and Stamp: _____  Date/Time: _9/20/01  0715_

Inmate Name _TROYA, DAVID_          GEORGE ROBINSON, M.D.          Distribution:
DC# _W 14211_                        Staff Physician                White - Health Record
Date of Birth _2-23-83_              Hillsborough, C.I.             Canary - Emergency Room Record
Institution _Hil CI_                                               Pink - Local Requirements

Emergency Room Record
DC4-701C (12/93)

Troya013631

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence _9-18-01_     Time of occurrence _1825_

☐ No injury identified

Description of injury _No Visual Injury. Heat Intolance. Red face_
_and Dysphonic._

___Jolnson LPN___     **AGENCY NURSE**
**HILLSBOROUGH C.I.**
Staff Signature

**Inmate Name** _Troya David_
**DC#** _W14211_     **Race/Sex** _W/M_
**Date of Birth** _2-23-83_
**Institution** _H.I.C.I._

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

DC4-708 (Revised 2/00)
Troya013632

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

PLEASE PRINT                      **EMERGENCY ROOM RECORD**

### AUTHORIZATION FOR HEALTH CARE SERVICES

The undersigned, a patient in this health care facility, has had explained to me and understand the nature of my condition. I hereby authorize the medical staff to administer such treatment as is necessary, and to perform evaluation and treatment and such additional health care services as are considered necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by

_J. Hanks LPN_ . I also certify that no guarantee of assurance has been made as to the results that may be obtained.

Signature of Patient _Daniel Troya_                Date _4-27-01_  Time _1250_

Witness Signature/Stamp _J. Hanks HillC I_   J. HANKS, SR LPN   Date _4-27-01_  Time _1250_
HILLSBOROUGH C.I.

Brief History:

_Post assault (alleged)_

If accident, state where, when and how injured; if illness, describe:
" _My right shoulder, my neck, the middle of my back, left side of my face and ear, both sides ribs hurt._ " " _I was kicked and punched by several inmates._ "
_Occurred approx. 11⁴⁵ AM_

VS:  T _97⁸_ °F   P _84_ /Min.   R _16_ /Min.   BP _120_ / _80_       Wt. _198_ lbs.

Condition on Admission (Circle):    Good   (Fair)   Poor   Shock   Bleeding   Comatose

Findings/Treatment:
_Arrived to Medical ambulatory escorted by officer ī c/o assault. A0x3. PF R L A._
_Hand, eye coordination good. Swelling present posterior hands. Scant amt. of dried blood_

Labs Ordered: _visible posterior ↑ (L) ear. Sm. scratch noted. Some bruising visible to ♈_
_(R) back. Skin intact. No L.O.C. "I was kicked in the head." c/o blurry vision (L)_

Therapy Ordered: _eye. Eye acuity. (R) 20/30 (L) 20/25. Gait steady._

Lab Reports:

Inmate Response to Treatment:

Diagnosis:
_Bruising / Swelling hands / (L) ear 2nd degree to alleged assault._

Condition on Discharge:
_Good_

Discharge Instructions and Education: _Keep scratch area clean/dry. Monitor for s/s of infection,_
_RTC prn._

Disposition (Circle):    Population   (Confinement)   Infirmary   Hospital   Rescue   Other (explain):
                                                              J. HANKS, SR LPN

Health Care Provider's Signature and Stamp: _J. Hanks Hill CI._ HILLSBOROUGH C.I.   Date/Time: _4-27-01  1505_

Reviewing Physician's Signature and Stamp:                                   Date/Time: _5/3/01  0740_

Inmate Name _Troya, Daniel_
DC# _W14211_
Date of Birth _4-22-83_
Institution _Hillsborough CI._

Distribution:
White - Health Record
Canary - Emergency Room Record
Pink - Local Requirements

Emergency Room Record
DC4-701C (12/93)

Troya013633

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence _04-27-01_    Time of occurrence _approx 11⁴⁵ Am_

☐ No injury identified

Description of injury _Multiple bruising c̄ swelling both posterior hands._

_____

_____

_____

Staff Signature          **J. HANKS, SR LPN**
                          **HILLSBOROUGH C.I.**

**Inmate Name** _Troya  Daniel_
**DC#** _W14211_          **Race/Sex** _w/m_
**Date of Birth** _04/22/83_
**Institution** _HIL C I_

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-708 (Revised 2/00)

Troya013634

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

PLEASE PRINT                 EMERGENCY ROOM RECORD

## AUTHORIZATION FOR HEALTH CARE SERVICES

The undersigned, a patient in this health care facility, has had explained to me and understand the nature of my condition. I hereby authorize the medical staff to administer such treatment as is necessary, and to perform evaluation and treatment and such additional health care services as are considered necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by J. HANKS LPN , I also certify that no guarantee of assurance has been made as to the results that may be obtained.

Signature of Patient  Daniel Troya                     Date 4-9-01   Time 1045

Witness Signature/Stamp  J. Hanks LPN Hills C.I.   J. HANKS, SR LPN   Date 4-9-01   Time 1045
Brief History:                                         HILLSBOROUGH C.I.

If accident, state where, when and how injured; if illness, describe:
" Swill bucket fell on my left hand and cut my middle finger" Occurred approx "1035"

VS:   T 97³ °F   P. 80 /Min.   R 20 /Min.   BP 118 / 74   Wt. 195 lbs.

Condition on Admission (Circle):   Good   (Fair)   Poor   Shock   Bleeding   Comatose
Findings/Treatment: Sm. superficial Lac. to 3rd distal digit (L) hand states received lac. upon working c swill bucket in Kitchen. c/o mild pain. Scant amt of bleeding
Labs Ordered: visible. Full R.O.M. (L) hand/fingers. Mild edema present to affected finger. Ø bruising. Cap. refills WNL. Wound care given c H₂O₂ betadine
Therapy Ordered: wash. T.A.O. applied, covered c bandaid. Tolerated the procedure well.
Allergies: NKDA. Current meds: Doxycycline 100mg BID.

Lab Reports:

Inmate Response to Treatment:

Diagnosis: Superficial Lac 3rd digit (L) hand.

Condition on Discharge: Good

Discharge Instructions and Education: Keep wound clean/dry. Monitor for s/s of infection. T.A.O. x 4 pkts given c bandaids. Apply as directed. Return to medical as needed.

Disposition (Circle):  (Population)   Confinement   Infirmary   Hospital   Rescue   Other (explain):
                                                                  J. HANKS, SR LPN
Health Care Provider's Signature and Stamp:  J. Hanks LPN Hills C.I.  HILLSBOROUGH C.I.   Date/Time: 4-9-01 11⁴⁵am
Reviewing Physician's Signature and Stamp:                                              Date/Time: 4/9/01 0700

Inmate Name  Troya, Daniel          Distribution:
DC#  W14211                          White - Health Record
Date of Birth  4-22-83              Canary - Emergency Room Record
Institution  Hillsborough C.I.      Pink - Local Requirements
Emergency Room Record
DC4-701C (12/93)

Troya013635

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence __4-9-01__        Time of occurrence __approx. "1035"__

☐ No injury identified

Description of injury __Small Superfical Lac. 3rd digit (L) hand, distal region.__

_____

_____

_____

_____

Staff Signature _~~~~~~~Hill C.I.~~~~~~_   **J. HANKS, SR LPN**
**HILLSBOROUGH C.I.**

Inmate Name __Troya, Daniel__
DC# __W 14 211__         Race/Sex __W/m__
Date of Birth __4-22-83__
Institution __HILLSBOROUGH C.I.__

_signature_ 4/9/01

GEORGE ROBINSON
Staff Physician
Hillsborough C.I.

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

DC4-708 (Revised 2/00)
Troya013636

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**PLEASE PRINT**

# EMERGENCY ROOM RECORD

## AUTHORIZATION FOR HEALTH CARE SERVICES

The undersigned, a patient in this health care facility, has had explained to me and understand the nature of my condition. I hereby authorize the medical staff to administer such treatment as is necessary, and to perform evaluation and treatment and such additional health care services as are considered necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by
_J. Hanks LPN_ . I also certify that no guarantee of assurance has been made as to the results that may be obtained.

Signature of Patient _Daniel Troya_ Date _1-22-01_ Time _1000_

Witness Signature/Stamp _J Hanks LPN Hills C.I._    J. HANKS, SR LPN Date _1-22-01_ Time _1000_
Brief History:                                      HILLSBOROUGH C.I.

If accident, state where, when and how injured; If illness, describe:
" I slipped and fell forward. I hit my mouth and chipped my front tooth"
pain "burns to eat and talk." Onset "yesterday".

VS:   T _96°_ °F   P _74_ /Min.   R _20_ /Min.   BP _114/72_   Wt. _205_ lbs.

Condition on Admission (Circle):   Good   (Fair)   Poor   Shock   Bleeding   Comatose

Findings/Treatment:
(R) incisor chipped c̄ no active bleeding noted. Remaining teeth intact unable to move. Gums intact. Red, dry wounds visible to ↑ & ↓ lips. c/o numbness to (R) incisor.

Labs Ordered: Seen in medical p̄ occurrence treated/released to dorm.
1010 Polk C.I. contacted Dental department. Ms. Vicki given inmate status report states will

Therapy Ordered: talk c̄ Dr. Turner DMD and return call.
1120 Polk C.I. dental dept. contacted briefly spoke c̄ Dr. Turner on inmate status. states "will

Lab Reports: have to call you back."
Info received from J Burns dental assistant that Dr. Turner will be coming from Polk C.I.

Inmate Response to Treatment: to see inmate. Inmate released to compound c̄ instruction to return to medical when call out. Agreed.

Diagnosis:
chipped (R) incisor

Condition on Discharge:
Fair

Discharge Instructions and Education: Return to medical when called out to see Dentist.

Disposition (Circle):   (Population)   Confinement   Infirmary   Hospital   Rescue   Other (explain):
                                                                          J. HANKS, SR LPN
Health Care Provider's Signature and Stamp: _J Hanks LPN Hills C.I._  HILLSBOROUGH C.I.  Date/Time: _1-22-01 1130_

Reviewing Physician's Signature and Stamp:                           Date/Time:

Inmate Name _Troya, Daniel_
DC# _W14211_
Date of Birth _4-22-83_
Institution _Hillsborough C.I._
Emergency Room Record
DC4-701C (12/93)

J.T. TURNER III, DMD
DENTIST
POLK CORRECTIONAL
INSTITUTION

Distribution:
White – Health Record
Canary – Emergency Room Record
Pink – Local Requirements

Troya013637

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___1-21-01___     Time of occurrence ___Approx 1600___

☐ No injury identified

Description of injury ___Chipped (L) incisior___

___C. BONNER, M.D. PHYSICIAN___
___HILLSBOROUGH C.I.___
___crtd 1/23/01___
___1300___

___J. Hanks (signature) C.I.___
**Staff Signature**

**J. HANKS, SR LPN**
**HILLSBOROUGH C.I.**

Ir 0-W14211 TM 07 10/26/2000
D TROYA, DANIEL
D
Ir W/M DOB 04/22/1983 (17) EE

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

Troya013638
08 (Revised 2/00)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

PLEASE PRINT                    EMERGENCY ROOM RECORD

## AUTHORIZATION FOR HEALTH CARE SERVICES

The undersigned, a patient in this health care facility, has had explained to me and understand the nature of my condition. I hereby authorize the medical staff to administer such treatment as is necessary, and to perform evaluation and treatment and such additional health care services as are considered necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the facility in accordance with accustomed practice. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by _____ also certify that no guarantee of assurance has been made as to the results that may be obtained.

Signature of Patient X _David Troya_ Date _12/16/00_ Time _1620_

Witness Signature/Stamp _E. Boyt RN #1/ CI_ Date _12/16/00_ Time _1620_

Brief History: _"I got mad at the officer & took the pills. [per S/M 5 Sm. white & round - Claritin 10mg, 6 lg. white ovals. - Abc 600mg ; 9-10 Sm. rd. orange - Doxycycline 100mg, 2 Tylenol 325mg (& Tube of Toothpaste - paste only)]."_

If accident, state where, when and how injured; if illness, describe: _____

VS:  T _98'_ °F  P _A 64_ /Min.  R _16_ /Min.  BP _120/80_  Wt. _203_ lbs.  PETRLA
Reg                    LCTA

Condition on Admission (Circle):  (Good)   Fair   Poor   Shock   Bleeding   Comatose

Findings/Treatment: _A+0x3, Pink, W+D, Abd soft & non-tender, BS ⊕x4 & slightly hypoactive. Amb ē upright, steady gait. SR → Dr. Shanklin, on call → transport ER for eval._

Labs Ordered: _N/A_

Therapy Ordered: _N/A_

Lab Reports: _N/A_

Inmate Response to Treatment: _Good_

Diagnosis: _Alleged OD as above_

Condition on Discharge: _Cont. A+0x3, Pink, W+D, AP reg, LCTA, Amb ē upright, steady gait to ambulance._

Discharge Instructions and Education: _Will defer till return from ER_

Disposition (Circle):   Population   Confinement   Infirmary   Hospital   (Rescue)   Other (explain) _____

Health Care Provider's Signature and Stamp: _E. Boyt RN #1/ CI_ Date/Time: _12/16/00_ (1700)

Reviewing Physician's Signature and Stamp: _____ Date/Time: _____

Inmate Name _Troya, Daniel_
DC# _614211_
Date of Birth _8/22/83_
Institution _Hel CI_

Emergency Room Record
DC4-701C (12/93)

Distribution:
White - Health Record
Canary - Emergency Room Record
Pink - Local Requirements

Troya013639

## FLO   DA DEPARTMENT OF CORREC'T   NS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence ___12/16/00___     Time of occurrence ___1613___

☑ No injury identified

Description of injury _____

_____

_____

_____

_____

_Cloyt RN/ E. Boyt R Hill LT_
Staff Signature

Inmate Name _Troya, Daniel_
DC# _W14211_          Race/Sex _W/m_
Date of Birth ___8/22/83___
Institution ___Av CI___

GEORGE ROBINSON, M.D.
Staff Physician
Hillsborough, C.I.

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

DC4-708 (Revised 2/00)

Troya013640

## PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Brevard | Indicate If Order Is STAT | | | Inpatient / Outpatient | | Inmate DC#_ Dorm_ Diagnc | TROYA, DANIEL A. DOC : W14211 RACE: WHITE SEX : MALE DOB : 04/22/83 |
|---|---|---|---|---|---|---|---|
| | | Date: | | List Allergies Here | | | |
| √ Initial Each Order as Transcribed | Use this Column to Indicate: Discharge/ Discontinue/ Changed Dosage | √ Check Orders To be Filled by Pharmacy | Time Written | None | | 69 AAA | |

IBUPROFEN 800 MG        PEN VK 500 MG

DISPENSE _____      DISPENSE _____

ONE TABLET EVERY 8 HRS    ONE TABLET EVERY 6 HRS

FOR PAIN             TAKE UNTIL GONE

| Time Noted:_____ | Nurse's Signature _____ | Doctor _____ | Distribution: White Original—Pharmacy White Copy—Medical Record |
|---|---|---|---|

DC4-714B (Revised 10/01)

---

## PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE T

| Institution: Brevard | Indicate If Order Is STAT | | | Inpatient / Outpatient ☑ | | Inmate Nai DC#_ Dorm_ Diagnosis:_ | TROYA, DANIEL A. DOC : W14211 RACE: WHITE SEX : MALE DOB : 04/22/83 |
|---|---|---|---|---|---|---|---|
| | | Date: | | List Allergies Here | | | |
| √ Initial Each Order as Transcribed | Use this Column to Indicate: Discharge/ Discontinue/ Changed Dosage | √ Check Orders To be Filled by Pharmacy | Time Written | None | | 69 AAA | |

PEN VK 500 MG

DISPENSE _____30_____

ONE TABLET EVERY 6 HRS

TAKE UNTIL GONE

| Time Noted:_____ | Nurse's Signature _____ | Doctor _____ P. KELEMEN, SENIOR DENTIST | Distribution: White Original—Pharmacy White Copy—Medical Record |
|---|---|---|---|

DC4-714B (Revised 10/01)       BREVARD CORRECTIONAL INSTITUTION

---

## PHYSICIAN'S ORDER SHEET
USE BALL POINT PEN ONLY-PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: Brevard | Indicate If Order Is STAT | | | Inpatient / Outpatient | | Inmate Name Troya Daniel DC# W14211 Dorm _____ Diagnosis: infected testiculus |
|---|---|---|---|---|---|---|
| | | Date: | | List Allergies Here | | |
| √ Initial Each Order as Transcribed | Use this Column to Indicate: Discharge/ Discontinue/ Changed Dosage | √ Check Orders To be Filled by Pharmacy | Time Written | NKDA | | |

Hydrocortisone Cream 1% E Aloe qd

@ Hydrocortisone qd X 10 days — KOP

| Time Noted: 1015 | Nurse's Signature _____ Doctor | ALICIA WHITE, RN Sr. Reg. Nurse Brevard CI | Distribution: White Original—Pharmacy White Copy—Medical Record |
|---|---|---|---|

DC4-714B (Revised 10/01)

Troya013641

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

**NOTE**
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                                    DORM

NAME:                          DC#:                    DATE:

PROBLEM / ILLNESS:                        ALLERGIES:

SIGNATURE / STAMP

*J. R. Almeyda-Gomez, M.D*
*CHO-BREVARD C.I.*

DC4-712 (Rev. 10/91)         WHITE: PHARMACY COPY         CANARY: PATIENT RECORD

---

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

**NOTE**
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                                    DORM

NAME:                          DC#:                    DATE:

PROBLEM / ILLNESS:                        ALLERGIES:

*M. Pollock*
*Registered Nurse*

SIGNATURE / STAMP

*J. R. Almeyda-Gomez, M.D*
*CHO-BREVARD C.I.*

DC4-712 (Rev. 10/91)         WHITE: PHARMACY COPY         CANARY: PATIENT RECORD

---

*J. HANKS, SR LPN*
*HILLSBOROUGH C.I.*

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

HILLSBOROUGH C.I.

**NOTE**
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                                    DORM

NAME:                          DC#:                    DATE:

PROBLEM / ILLNESS:                        ALLERGIES:

SIGNATURE / STAMP
If Physician
borough, C.I.

DC4-712 (Rev. 10/91)         WHITE: PHARMACY COPY         CANARY: PATIENT RECORD

Troya013642

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                     DORM

NAME: _____  DC#: _W14311_  DATE: _____

PROBLEM / ILLNESS: _____  ALLERGIES: _NKDA_

SIGNATURE / STAMP
GEORGE ROBINSON, M.D.

DC4-712 (Rev. 10/91)     WHITE: PHARMACY COPY     CANARY: PATIENT RECORD

---

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**
**HILLSBOROUGH C.I.**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                     DORM

NAME: _____  DC#: _____  DATE: _____

PROBLEM / ILLNESS: _____  ALLERGIES: _____

SIGNATURE / STAMP

DC4-712 (Rev. 10/91)     WHITE: PHARMACY COPY     CANARY: PATIENT RECORD

---

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

# NOTE
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION                     DORM

NAME: _____  DC#: _W14311_  DATE: _____

PROBLEM / ILLNESS: _____  ALLERGIES: _NKDA_

J.T. TURNER III, DMD
DENTIST
POLK CORRECTIONAL
INSTITUTION

D. JUGO, SR, RN
HILLSBOROUGH, C.I.                SIGNATURE / STAMP

Troya013643
WHITE: PHARMACY COPY     CANARY: PATIENT RECORD

*[handwritten notes at top: noted 12/5/00 1105 ... G. Buck RN]*

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**AGENCY NURSE PRESCRIPTION AND OTC MEDICATION ORDER**
HILLSBOROUGH C.I.

**NOTE**
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

HILLSBOROUGH C.I.

INSTITUTION _____ DORM _____

NAME: Troya, Daniel    DC#: W14211    DATE: 12/5/00

PROBLEM / ILLNESS: Back Pain / Pharenitis    ALLERGIES: NKDA

(1) Motrin 600mg po BID x 7 days

(2) Claritin 10mg po qd x 14 days

DR. L. BONNET, MD
PHYSICIAN
HILLSBOROUGH C.I.

SIGNATURE / STAMP

DC4-712 (Rev. 10/91)    WHITE: PHARMACY COPY    CANARY: PATIENT RECORD

---

*[handwritten: noted 11/16/00 1445 ... Buck]*

**G. BUCK, RN**
HILLSBOROUGH C.I.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**
HILLSBOROUGH C.I.

**NOTE**
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION _____ DORM _____

NAME: Troya, Daniel    DC#: W14211    DATE: 11/16/00

PROBLEM / ILLNESS: Acne / lacerato    ALLERGIES: NKDA

(1) Doxycycline 100mg po BID x 30 days    x 1

(2) Clotrin t Sol    t 30 ml

(3) apply topically PM x 14 days

L. BONNET, M.D. PHYSICIAN
HILLSBOROUGH C.I.

SIGNATURE / STAMP

DC4-712 (Rev. 10/91)    WHITE: PHARMACY COPY    CANARY: PATIENT RECORD

---

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
**PRESCRIPTION AND OTC MEDICATION ORDER**

**NOTE**
1. BEGIN USING FROM BOTTOM UP
2. PRACTITIONER'S SIGNATURE AFTER LAST ORDER
3. PRACTITIONER'S NAME STAMP ON BOTH COPIES

INSTITUTION _____ DORM _____

NAME: Troya, Daniel    DC#: W14211    DATE: 04/27/03

PROBLEM / ILLNESS: Severe facial acne    ALLERGIES: NKDA

Doxycycline 100 mg po bid x30 days

JOSE L. LIZARDI, P.A.
S.F.R.C.

NIRVA DERIZIER, M.D.
STAFF PHYSICIAN / S.F.R.C.

SIGNATURE / STAMP

DC4-712 (Rev. 10/91)    WHITE: PHARMACY COPY    CANARY: PATIENT RECORD

Troya013644

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 6/08

List Drug Allergies: NKDA

Codes:  0 = Not Administered*
X = Not to be Given
R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ibuprofen 800 ī TID #12  Start 6/3/08 Stop 6/17/08  Transcriber Init. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lasix V12 500 po QID #30  Start 6/3/08 Stop 6/20/08  Transcriber Init. | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start ___ Stop ___  Transcriber Init. ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start ___ Stop ___  Transcriber Init. ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | Linda Clarke | LC | | |
| | | | | | |
| | | | | | |
| | | | | | |

MEDICATION AND TREATMENT RECORD
Troya013645 (1/99)

*Requires Comment on Back

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 6/08

List Drug Allergies: NKDA

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pen VK 500mg QID X 30 Days Start 6/3/08 Stop 6/10/08 Transcriber Init. | 0800 1200 1700 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____ Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____ Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____ Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Inmate Name Troya, Daniel
DC# W4211 R/S W/M
Date of Birth 4/14/83
Institution Dade CI

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

MEDICATION AND TREATMENT RECORD
DC4-701A (1/99)

*Requires Comment on Back
Page _____ of _____

Troya013646

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 5 - 2007

List Drug Allergies: NKA

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Keflex 500mg Po q id x 7 days  Start 5/9/02 Stop 5/16/02  Transcriber Init. | 0800 | | | | | | | | | | — | | | | | | | | | | | | | | | | | | | | | |
| | 1300 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____  Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____  Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____  Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Linda Clarke | LC | | | | |
| | | | | | |

MEDICATION AND TREATMENT RECORD

11A (1/99)

*Requires Comment on Back
Page _____ of _____

# STATE OF FLORIDA
## DEPARTMENT CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: _May 2001_

List Drug Allergies: _NKDA_

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxycycline 100mg po Bid  Start 4/5/01 Stop 5/5/01  Transcriber Init. _RAe_ | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1200 | | | | | | | | | | completed | | | | | | | | | | | | | | | | | | | | | |
| PASS GIVEN c̄ instructions + Rationale For Q0. single dose  Start _____ Stop _____  Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____  Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____  Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| g.Hansen | g.H. | | | | |
| Y.Roberson  Kelp | gb | | | | |

Inmate Name _Troya, Daniel_
DC# _W14211_ R/S _w/m_
Date of Birth _4/22/83_
Institution _H.I.C.I._

HILLSBOROUGH C.I.

MEDICATION AND TREATMENT RECORD
DC4-701A (1/99)

*Requires Comment on Back
Page _____ of _____

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: Feb 2001

List Drug Allergies: NKDA

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxycycline 100mg BID x 30 days  Start 2-9-01 Stop 3-11-01  Transcriber Init. JH·LPN | 9 am |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Start _____ Stop _____ Transcriber Init. _____ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Start _____ Stop _____ Transcriber Init. _____ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Start _____ Stop _____ Transcriber Init. _____ |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE

HILLSBOROUGH C.I.

MEDICATION AND TREATMENT RECORD

Troya013649 (1/99)

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| J. Ha- LPN  X harrington | JH-  RN |  |  | D. Joseph  Dr. Len | DJ  JH |

X Single dose until released from confinement

*Requires Comment on Back

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: 4/01

List Drug Allergies: NKDA

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doxycycline 100 mg po Bid   Start 4/5/01 Stop 5/5/01 Transcriber Init. B | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2200 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pass given instructions ✓ rationale for D.O. single dose   Start ___ Stop ___ Transcriber Init. ___ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

(Medication TX: X 30 days)

Inmate Name: Troya, Daniel
DC# W14311   R/S W/m
Date of Birth 4/22/83
Institution Hil CI

HILLSBOROUGH C.I.

MEDICATION AND TREATMENT RECORD

Troya013650 (1/99)

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| Boyd K | B | | | | |
| J. Hacipr | JH | | | | |
| | JP | | | | |

*Requires Comment on Back

Page ___ of ___

## STATE OF ORIDA
## DEPARTMENT OF CORRECTIONS
## MEDICATION AND TREATMENT RECORD (MAR)

Month/Year: Jan 2001

List Drug Allergies: NKDA

Codes: 0 = Not Administered*
X = Not to be Given
R = Refusal

S U M A

| Medication/TX | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ibuprofen 200mg Disp 32 tabs Take 2 to 4 tab TID PRN Pain Start 1-22-01 Stop 1/31/01 Transcriber Init. DJ | | | | | | | | | | | | | | | | | | | | | | → | DJ | | | DJ | | | | | | |
| Start _____ Stop _____ Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____ Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start _____ Stop _____ Transcriber Init. _____ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE

HILLSBOROUGH C.I.

| Signature | Initials | Signature | Initials | Signature | Initials |
|---|---|---|---|---|---|
| | | | | DJ Jags RN | DJ |
| | | | | | |
| | | | | | |

MEDICATION AND TREATMENT RECORD

Troya013651A (1/99)

*Requires Comment on Back

Page ___ of ___

**FLORIDA DEPARTMENT OF CORRECTIONS
HEALTH SLIP/PASS**

**The below-named inmate is authorized for:**

☐ **Bed rest lay-in**      From_____ To_____

☐ **Low/bottom bunk**   From_____ To_____

☒ **No shave**            From 3/13/03 To 6/13/03

☐ **Restricted activity**  From_____ To_____

**Restrictions:** _No more than 1/4 inch_
_Long, no sculpture_

☐ **Other:**            From_____ To_____

Inmate _Troya Daniel_

DC# _W14211_       R/S _wm_     Authorized by: _____

Date of Birth _4-22-83_              (Initial & Name Stamp)

Institution _TCI annex_     Date: _3/13/03_

Eulogio Vizcarra M.D.
**Health Slip/Pass**   Staff Physician
**DC4-701D (2/96)**   Taylor Correctional Institution
White/Medical  Yellow/Security  Pink:/Inmate

Troya013652

NAME:     DANIEL  TROYA (01421)

DATE:     JANUARY 16, 2002

PROCEDURE PERFORMED:          FLEXIBLE SIGMOIDOSCOPY TO 50 CM

PHYSICIAN:                    ROBERT A. SHULTZ, DO

SEDATION:

INDICATIONS:   Hematochezia.

POSTOPERATIVE FINDINGS:

Internal hemorrhoids.

RECOMMENDATIONS:

Hydrocortisone 25 mg rectal suppositories 1 per rectum b.i.d. PRN
for bleeding or other symptoms of hemorrhoids.

PROCEDURE: After informed consent was obtained, the patient had
undergone cathartic preparation and was in the left lateral
recumbent position, visual inspection of the perianal area is
unremarkable. Digital rectal examination notes normal anal
sphincter tone and no palpable lesions. The Olympus video
sigmoidoscope is negotiated under direct visualization to     50
cm and slowly withdrawn with excellent visualization of the
distal 50 cm of the colon and rectum. The mucosa was unremarkable
and normal in its appearance throughout. There was no
diverticula, polyp, tumor, unusual vasculature or friability.
Internal hemorrhoids were noted on direct and

D:  01/16/2002          **FLEXIBLE SIGMOIDOSCOPY**          TROYA,DANIEL
T:                                                          ACCT# 10048002
                                                            ROOM# ASEN 02
P:  01/21/2002                                              MPI # 2689577

**Florida Hospital East Orlando**
Delivered via the Kinetra Network

Troya013653

retroflexed view of the tum. No other pathology was encountered. The patient tolerated the procedure well and was discharged from the endoscopy area in good condition.

———————————————————————————————
ROBERT A. SHULTZ, DO

06 6763
:mmj

cc: CENTRAL FLA RECEPTION

COPY TO: J. ALMEYDA-GOMEZ, MD
BREVARD CORRECTIONAL INSTITUTION

PRINT CODE: PG
PRINT CODES: WH~PG~AZ

D: 01/16/2002     **FLEXIBLE SIGMOIDOSCOPY**     TROYA, DANIEL
T:     ACCT# 10048002
    ROOM# ASEN 02
P: 01/21/2002     MPI # 2689577

**Florida Hospital East Orlando**
Delivered via the Kinetra Network

Troya013654

DR. ALMEYRE; GONZALEZ ... CC

COLON    STOMACH    LUNGS

## PRE-PROCEDURE

☐ Reviewed History and Physical in
Medical Record (if within 30 days)
☐ History and Physical Dictated
(complete below if H & P not available)

History (social / family / cultural)
Indication for Procedure: _____ Hemotologica _____

Allergies: _NKA_.

| Physical Exam | Normal (V) | Additional Comments |
|---|---|---|
| HEENT | ✓ | |
| Cardiovascular | ✓ | |
| Respiratory | ✓ | |
| Gastrointestinal | ✓ | |
| Other | | |

**Pre-Sedation Physical Status (Check One)**

| | | |
|---|---|---|
| Healthy patient, no significant organic disease | 1 | ✓ |
| Systemic disease, no functional limitations | 2 | ☐ |
| Significant systemic disease, definite functional limitations | 3 | ☐ |
| Severe systemic disease that is a threat to life | 4 | ☐ |

No Prior difficulty with sedation/anesthesia. If yes, describe:

Appropriate candidate for procedural sedation/anesthesia, if not explain:
Risks/options/complications discussed for procedure/sedation. Patient understands and agrees to proceed.
Patient reassessed/vital signs reviewed prior to sedation/anesthesia with no change in status.

**Post Procedure Reassessment**

Patient reassessed and vital signs reviewed. Patient tolerated exam without complication. If not explain:

Procedure: _Flex Sigmoidoscopy to 50 cm_

Findings/Diagnosis: _Internal hemorrhoids_

Plan: _Hydrocortisone 25 mg rect sup_
_c̄ p. rectum 300 pm_

Special instructions/appointment: _____

Physician's Signature    Date  1·16·02

FLORIDA HOSPITAL ENDOSCOPY
PHYSICIAN'S PROGRESS NOTES

J. R. Almeyrie-Gomez, M.D.
CHO-BREVARD C.I.

01/16/02  10048002
TROYA, DANIEL
018Y  M  04/22/83N
SHULTZ, ROBERT A.  DO
O MRI    2689577-1

Troya013655 (MPC #58349)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
CONSULTATION REQUEST/CONSULTANT'S REPORT

| TO Institution: *FWC / 6I* | FROM Institution: *Bee CI* | DATE OF REQUEST: *12/03/01* |
|---|---|---|

**Reason(s) for consultation:**
Evaluate and recommend diagnostic plan _____
Evaluate and recommend treatment plan _____
Other (specify): _____
_____ *Sigmoidoscopy*

| Type of consultation: | DATE APPOINTMENT MADE: *1-7-02* |
|---|---|
| Emergency _____ | Staff Signature *Pamela Carroll* |
| Urgent ✓ | |
| Routine _____ | **APPOINTMENT DATE:** *1-16-02* |

**Condition is (check one):** ☐ Acute Trauma    ☐ Acute Illness    ☐ Chronic

**History of present illness (include onset, presentation, progress, therapy):**
*18 y/o W/m onto c hematochezia of 3 month entities*

**Physical findings:**

**Diagnostic findings (explain laboratory, x-ray, or other test findings):**

**Other pertinent information:**

**Provisional diagnosis:** *R/O GC, IBS, Int hemorrhoids, polyps*

**Health Care Provider Signature/Stamp:** _____ R. Almeyda-Gomez, M.D. CHO-Bee Creek C.I.

**CHO/Designee Approval Signature/Stamp:** _____

## AUTHORIZATION FOR SPECIALITY EVALUATION

I, the undersigned, have had explained to me and understand that I require _____ *Sigmoidoscopy*
which cannot be accomplished at _____ *Bee CI* .
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to a reception and medical center, or such other health care facility as may be appropriate for the reason(s) stated, and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient: X *Daniel Troya*                     Date: *12/5/01*

Signature of Witness: *Kelly Tottle*                        Date: *12/5/01*

## IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF ANY INFORMATION PENDING ANY APPOINTMENT THE INSTITUTION

Inmate Nam _____
DC# _____
Date of Birt _____
Institution _____ *Bee CI*

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-702 (Revised 3/00) Page 1 of 2

Troya013656

*R. Almeyda-Gomez M.D*
*CHO-BREVARD C.I.*

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSULTATION REQUEST

| TO | G.I. Gastroenterologist | FROM | HILCI BREVARD | DATE OF REQUEST: |
|---|---|---|---|---|
| Institution: | CFRC | Institution: | CI | 10/25/01 |

| Reason(s) for consultation: | Type of consultation: | DATE APPOINTMENT MADE: |
|---|---|---|
| Evaluate and recommend diagnostic plan ✓ | Emergency _____ | |
| Evaluate and recommend treatment plan ✓ | Urgent _____ | Staff Signature: N. Cottle |
| Other (specify): _____ | Routine ✓ | |
| _____ | | APPOINTMENT DATE: 12-3-01 |

Condition is (check one): ☐ Acute Trauma  ☐ Acute Illness  ☑ Chronic

History of present illness (include onset, presentation, progress, therapy):

18 y/o HM c/o dark clotted rectal bleed c̄ BM, Ø constipation

Physical findings:

Diagnostic findings (explain laboratory, x-ray or other test findings):

Other pertinent information:

| Provisional diagnosis: | rectal bleed |
|---|---|
| Health Care Provider Signature/Stamp | GM |
| CHO/Designee Approval Signature/Stamp | GEORGE ROBINSON, Staff Physician |

### AUTHORIZATION FOR SPECIALTY EVALUATION

I, the undersigned, have had explained to me and understand that I require:
GI evaluation
which cannot be accomplished at HI&CI .
I also understand that should hospitalization and/or surgery be necessary, a separate consent form will be signed prior to such hospitalization and/or surgery. I therefore consent to be referred to the Reception & Medical Center, or such other health care facility as may be appropriate, for the reason(s) stated and consent to undergo health care services as may be necessary to evaluate my health status.

Signature of Patient X Daniel Troya          Date: 10/25/01
Signature of Witness _____ GEORGE ROBINSON, L.          Date: 10/25/01

**IT IS ABSOLUTELY NECESSARY THAT INMATES ARE NOT MADE AWARE OF THE DATE OR TIME OF ANY APPOINTMENT OUTSIDE THE INSTITUTION**

Inmate Name Troya, Daniel
DC # W14211          R/S WM
Date of Birth 4/22/83
Institution HILCI BREVARD CF

Reference: HSB 15.01.04

Troya013657

CONSULTATION REQUEST

**South Bay Hospital**
**4016 State Road 674, Sun City Center, FL   33573   (813)634-0137**
**Aftercare Instructions**

for DANIEL TROYA, Saturday, December 16, 2000, 8:28 pm

IMPORTANT: We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. It is impossible to recognize and treat all injuries or illnesses in a single Emergency Department visit. If you had special tests such as EKG's and X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After leaving, you should FOLLOW THE INSTRUCTIONS BELOW.

You were treated today by Dr. JAMES DAVISON.

NEEDS TO BE UNDER SUICIDE WATCH UNTIL MONDAY.NEEDS PSYCHIATRIC EVALUATION AT THAT TIME.TODAY YOUR DIAGNOSIS IS: INTENTIONAL INGESTION OF MEDICATIONS.OVERDOSE

You can do the following to help yourself feel better: NO MEDICATIONS UNTIL EVALUATED ON MONDAY******************************************************-
*****

THESE ARE YOUR FOLLOW-UP INSTRUCTIONS!
*****************************************************************-
Call as soon as possible to make an appointment to see your doctor in 24 hours. Call your doctor in 6 hours if not much better. Call sooner if worsening. You can reach your doctor by calling their clinic phone number.
*****************************************************************

If you have any new or severe symptoms. CALL YOUR DOCTOR RIGHT AWAY.

You have been referred to the above physician for follow up care. Before you contact this physician for an appointment, it is your responsibility to check with your insurance carrier (or health maintenance organization) to determine if this physician is a participating provider in your plan. Failure to do so, may result iin your being personally responsible for the bill.
Physician billing is separate from the hospital.

AS ALWAYS, YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY. Please follow the instructions above carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have

not discussed. CALL OR VISIT YOUR DOCTOR RIGHT AWAY. If you are unable to make an appointment with the follow up doctor, notify the Emergency Department right away. You can reach the Emergency Department by calling 634-0145.

"I understand the instructions above, and discussed in the Emergency Department."

_____
Patient, Parent, or Responsible Person

_____
Physician or Nurse

SEATBELTS.
There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people without seatbelts are more severely hurt. We always buckle-up! Please do the same!

Troya013658

☐ Brandon Regional Hospital          ☐ South Bay Hospital

**CONSENT TO HOSPITAL CARE** - I am presenting myself for hospital care, which may include Inpatient Care, Emergency Care, and Outpatient Testing or Treatment. I hereby voluntarily authorize and consent to such care, including any tests, examinations, diagnostic procedures, surgical and medical treatment, or other hospital care which my doctor, the hospital and its agents and employees, or other persons caring for me may judge as necessary and beneficial to me. I am aware that the practice of medicine and surgery is not an exact science and I acknowledge that no guarantees have been made to me about the outcome of this care. This consent shall also apply to the admission and hospital care of a newborn infant delivered to me during this hospitalization.

**AUTHORIZATION TO RELEASE MEDICAL INFORMATION:** I authorize the hospital and any attending physician to disclose all or any part of my patient record to such insurance companies, organizations, or agencies as may be concerned with the payment of the hospitalization cost and/or my continued medical care. These records may contain information regarding psychiatric conditions, alcohol or drug abuse, Human Immunodeficiency Virus Infection, Acquired Immunodeficiency Syndrome (AIDS), or test ordered for Identification of the Human Immunodeficiency Virus.

I understand that I have the right to refuse consent to the release of information stated above; however, I also understand that non-release of information may result in non-payment of charges by third party payers and that I therefore assume any financial responsibility.

**ASSIGNMENT OF BENEFITS AND GUARANTEE OF PAYMENT FOR SERVICES** - I request payment of authorized insurance benefits (health, casualty or otherwise) due for any services furnished by or in the hospital, or through one of its affiliated corporations, including physician and contracted services, be made to the provider(s) of the service(s). This is not a specific designation of how payments must be applied. I hereby authorize the hospital to apply any payments made by me and/or on my behalf by a third party payer first toward the account referenced, if satisfied, then to any other existing indebtedness to the hospital. I understand I am responsible for, and agree to pay, upon presentation or demand, any charges that are my responsibility not covered or paid by any applicable insurance, including reasonable attorney fees if legal action is filed to collect. If more than one person signs this agreement, the liability shall be joint and several.

**INDEPENDENT STATUS OF PHYSICIANS** - I recognize that any or all physicians, residents or medical students (under the supervision of physicians and/or residents), who furnish services to me during this admission are independent contractors and are NOT AGENTS OR EMPLOYEES OF THE HOSPITAL. I understand and agree that each of the above referenced practitioners (such as emergency room physicians and/or radiologists, pathologists, anesthesiologists, etc.) who render professional services to me bill and collect independently for these services. I understand that their bills will be separate and apart from the hospital's billing and collections and that the hospital may bill on the physician's behalf, but subject to the authorizations granted by me in accordance with this agreement.

_____ **ASSIGNMENT OF MEDICARE BENEFITS** - I certify that the information given by me in applying for payment under Title 18 of the Social Security Act is
initials correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its Intermediaries or Carriers any information needed for this or a related Medicare claim, except as otherwise provided by applicable State or Federal laws. I request that payment of authorized benefits be made on my behalf, I assign the benefits payable for physicians' services to the physician or organization furnishing the services or authorize such physicians or organizations to submit a claim to Medicare for payment to me.

**MANAGED CARE PLAN OBLIGATIONS** - I understand that I am obligated to obtain any pre-authorization and meet managed care/payer requirements, that the hospital provides pre-authorization screening as a courtesy service only, and that in so doing the hospital has made no guarantee nor has it accepted responsibility or liability for obtaining such pre-authorization nor has its efforts created a waiver of patient responsibility. The hospital does not refuse emergency treatment based on managed care decisions. In the event that any services or portion of services are denied or otherwise disallowed or not paid, whether by reason or lack of such pre-authorization in eligibility, an exclusion of the service for coverage under the insurance plan or for any other reason; the undersigned specifically agrees that they shall be financially obligated to pay any balance due notwithstanding any contractual prohibitions or stipulations to the contrary to the extent such waiver is permissible under current law.

**PRIVATE ROOM REQUEST** - I understand that when I am in a private room at my request, I am responsible for the room charge difference above the semi-private room rate, which is payable in advance.

_____ **MEDICARE PATIENTS** - I acknowledge that I have been provided a copy of the notice entitled "An Important Message from Medicare" detailing my rights as a
Initials Medicare patient and procedures for requesting a review by the Peer Review Organization in this area. I have been asked for information regarding the "Medicare Secondary Payer Screening" which is applicable to my hospital services or hospitalization covered by my Medicare health care insurance.

_____ **MEDIGAP BENEFITS** - I request that payment of authorized Medigap benefits be made on my behalf to the hospital for any services furnished me by the
initials hospital. I authorize any medical information about me to be released by any holder to HMC and information needed to determine these benefits payable for related services. I understand that I do not need to provide my supplemental insurer with information concerning this Medicare claim, because my signing of this authorization will cause Medicare payment information to cross over automatical

_____ **CHAMPUS BENEFITS** - I acknowledge that I have been provided a copy of the notice entitled "An Important Message from CHAMPUS" detailing my rights as a
initials CHAMPUS patient and procedures for requesting a review by the CHAMPUS Regional Review Center.

**VALUABLES RELEASE** - I hereby release this hospital and any of its employees from any responsibility for valuables, money, personal or other possessions which are not deposited with the hospital at the time of admission. The hospital assumes no responsibility for safety of dentures, eyeglasses, contact lenses, or hearing aids. The hospital reserves the right to dispose of checks or personal effects placed in the safe if they are not claimed by the owner within 30 days of patient discharge.

**ADVANCED DIRECTIVE ACKNOWLEDGMENT**

I acknowledge that I have been given information regarding this state's law on living wills and advance directives. Advance directives are documents such as living wills, durable powers of attorney, or health care surrogate appointment. Please initial the following applicable statements:

- I have executed an Advance Directive and have been requested to supply a copy to the Hospital. I understand that I can prepare a new one at any time.

  _____

- I have not executed an Advance Directive , but have been informed of my right to formulate Advance directives, i.e. Living Will. _____

- I would like more information regarding Advance Directives, _____

**CONFIDENTIAL PATIENT STATUS** (Hospital Employees and Staff Physicians) A confidential classification will be assigned for all Columbia/HCA employees and physicians when they are patients. Confidential patients will not receive phone calls, delivery of flowers, unexpected visitors,etc.   **I request not to be made a confidential patient.** _____ initials

I/we certify that the signatures below represent consent and acknowledgement . I/we fully understand and agree to all terms stated herein.

X_____     _____     _____
   (Patient)                                                                  (Date)                                     (Witness)

X_____     _____     _____
   (Guardian or Legal Representative))                     (Date)                                     (Witness)
IF PATIENT IS UNABLE TO SIGN - The patient is unable to consent because:

                                                              ┌─────────────────────────────────────
                                                              │ PATIENT IDENTIFICATION
                                                              │
Witness _____ Date _____  │

**LabCorp®**

| | | | | |
|---|---|---|---|---|
| Specimen Number | | | | RR   C   1466 |
| 071-701-0764-0 | BMDW | | Pg  1 | |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| N/A | | | S / Final | C |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 03/11/03 | 00:00 | 03/12/03 | 03/13/03 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| W14211 | | |

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| TROYA, DANIEL | | M | 04/20/83 |

Patient Address

**Account**

09702472
TAYLOR CORRECTIONAL INST
PHS
ROUTE 1 BOX 1086
PERRY, FL 32347
850-838-4074

Phy Name: COLON

Comments

Patient Age: 019/10

Tests Requested     PANEL 083024

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| VIRAL MARKERS | | | | | |
| HIV-1 ABS, QUAL | | | | | TA |
| Result:  NEGATIVE by EIA screen. | | | | | |
| No antibodies to HIV-1 detected. | | | | | |

Lab: TA LABCORP TAMPA              Director: JOSEPH MIGLIOZZI, MD
     5610 W LASALLE STREET TAMPA, FL 33607-0000

For inquiries, the physician may contact: Branch: 800-685-2807 Lab: 800-877-522
Last Page of Report

**REPORT**

©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

Troya013660

Report Date: 03-13-03   Report Time: 09:44

LabCorp

| Specimen | | | | | | | |
|---|---|---|---|---|---|---|---|
| 071-781-0764-0 | | BMD0970E | 2 | Pg 1 | | RPTSEG 1466 | |

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| N/A | | | S / Final | C |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 03/11/03 | 00:00 | 03/12/03 | 03/13/03 |

| Patient ID Number | Patient Phone Number | Patient SSN | Account |
|---|---|---|---|
| W14211 | | | 09702472 |

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| TROYA, DANIEL | | M | 04/22/83 |

Account:
09702472
TAYLOR CORRECTIONAL INST
PHS
ROUTE 1 BOX 1086
PERRY, FL 32347
850-838-4074

Phy Name: COLON

Patient Address

Comments

Patient Age: 019/10

Tests Requested    PANEL 093824

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| VIRAL MARKERS | | | | | |
| HIV-1 ABS, QUAL | | | | | TA |

Result:   NEGATIVE by EIA screen.
No antibodies to HIV-1 detected.

Lab: TA LABCORP TAMPA                    Director: JOSEPH MIGLIOZZI, MD
5610 W LASALLE STREET TAMPA, FL 33607-0000

For inquiries, the physician may contact: Branch: 800-685-2807 Lab: 800-977-522
Last Page of Report

☑ OK TO FILE
M.D. INITIAL _____ DATE 3/13/03

MAR 1 3 2003
MEDICAL RECORDS
TAYLOR C.I.

☐ PULL CHART
FOLLOW UP

☐ NO FURTHER ACTION
M.D. INITIAL _____ DATE _____

REPORT                    ©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

Troya013661

**LabCorp®**

280-711-0404-0 10/08/02 05:46

| | | | | |
|---|---|---|---|---|
| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
| YES | | | S / FINAL | C, U, P |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 10/07/02 | 03:15 | 10/07/02 | 10/08/02 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| W14211 | --- --- | --- --- |

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| TROYA, DANIEL | | M | 04/22/83 |

Patient Address ---

Comments
PATIENT AGE: 019/05

Account
09068992
BREVARD CORRECTIONAL INSTITUTE
                                    53
855 CAMP RD                         53
COCOA                    , FL 32927-3709

321-634-6092         FAX OCT 8 2002

                    PHY NAME: ALMEYDA

Tests Requested: CBC WITH DIFFERENTIAL/PLATELET; COMP. METABOLIC PANEL (14);
URINALYSIS, ROUTINE; RPR

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CHEMISTRIES** | | | | | |
| Glucose, Serum | 86 | | mg/dL | 65 - 109 | TA |
| BUN | 13 | | mg/dL | 5 - 26 | TA |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 - 1.5 | TA |
| BUN/Creatinine Ratio | 11 | | | | |
| Sodium, Serum | 142 | | mmol/L | 135 - 148 | TA |
| Potassium, Serum | 4.5 | | mmol/L | 3.5 - 5.5 | TA |
| Chloride, Serum | 100 | | mmol/L | 96 - 109 | TA |
| Carbon Dioxide, Total | 26 | | mmol/L | 20 - 32 | TA |
| Calcium, Serum | 9.7 | | mg/dL | 8.5 - 10.6 | TA |
| Protein, Total, Serum | 7.8 | | g/dL | 6.0 - 8.5 | TA |
| Albumin, Serum | 4.3 | | g/dL | 3.5 - 5.5 | TA |
| Globulin, Total | 3.5 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.6 | | mg/dL | 0.1 - 1.2 | TA |
| Alkaline Phosphatase, Serum | 114 | | IU/L | 60 - 400 | TA |
| AST (SGOT) | 25 | | IU/L | 0 - 40 | TA |
| ALT (SGPT) | 23 | | IU/L | 0 - 40 | TA |
| **HEMATOLOGY** | | | | | |
| White Blood Cell (WBC) Count | 9.9 | | X 10-3/uL | 4.0 - 10.5 | TA |
| Red Blood Cell (RBC) Count | 5.08 | | X 10-6/uL | 4.10 - 5.60 | TA |
| Hemoglobin | 15.5 | | g/dL | 12.5 - 17.0 | TA |
| Hematocrit | 45.6 | | % | 36.0 - 50.0 | TA |
| MCV | 90 | | fL | 80 - 98 | TA |
| MCH | 30.5 | | pg | 27.0 - 34.0 | TA |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | TA |
| Polys | 59 | | % | 40 - 74 | TA |
| Lymphs | 32 | | % | 14 - 46 | TA |
| Monocytes | 5 | | % | 4 - 13 | TA |
| Eos | 4 | | % | 0 - 7 | TA |
| Basos | 0 | | % | 0 - 3 | TA |
| Polys (Absolute) | 5.8 | | X 10-3/uL | 1.8 - 7.8 | TA |
| Lymphs (Absolute) | 3.2 | | X 10-3/uL | 0.7 - 4.5 | TA |
| Monocytes(Absolute) | 0.5 | | X 10-3/uL | 0.1 - 1.0 | TA |
| Eos (Absolute Value) | 0.4 | | X 10-3/uL | 0.0 - 0.4 | TA |
| Baso(Absolute) | 0.0 | | X 10-3/uL | 0.0 - 0.2 | TA |
| Platelets | 289 | | X 10-3/uL | 140 - 415 | TA |
| RDW | 12.3 | | % | 11.7 - 15.0 | TA |
| **URINALYSIS** | | | | | |
| Urine-Color | YELLOW | | | Yellow | TA |

*(signed) R. Almeyda-Gomez, M.D. CMO-BREVARD C.I. 10/09/02*

**REPORT**

©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

TROYA, DANIEL        PATID: W14211        SPEC DATE: 10/07/2002

Troya013662

**LabCorp®**

10/08/02   05:45

| Fasting | Micro Source | Total Urine Volume | Report Status | Clinical Information |
|---|---|---|---|---|
| YES | | | S / FINAL | C, U, P |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 10/07/02 | 03:15 | 10/07/02 | 10/08/02 |

Account
09068992
BREVARD CORRECTIONAL INSTITUTE          53
855 CAMP RD                             53
COCOA          , FL   32927-3709

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| W14211 | -- -- | -- -- |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| TROYA, DANIEL | M | 04/22/83 |

Patient Address

321-634-6092      FAO

Comments
PATIENT AGE: 019/05

PHY NAME: ALMEYDA

Tests Requested    CBC WITH DIFFERENTIAL/PLATELET; COMP. METABOLIC PANEL (14);
URINALYSIS, ROUTINE; RPR

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Appearance | Clear | | | Clear | TA |
| Specific Gravity | 1.025 | | | 1.005 - 1.030 | TA |
| pH | 5.0 | | | 5.0 - 7.5 | TA |
| Protein | Trace | | | Negative/Trace | TA |
| Glucose | NEGATIVE | | | Negative | TA |
| Ketones | NEGATIVE | | | Negative | TA |
| Bilirubin | NEGATIVE | | | Negative | TA |
| Occult Blood | NEGATIVE | | | Negative | TA |
| Epithelial Cells | 3-5 | | | 0 -10 | TA |
| WBC/HPF | 0-3 | | | 0 - 5 | TA |
| RBC/HPF | None seen. | | | 0 - 3 | TA |
| Urobilinogen,Semi-Qn | 0.0 | | mg/dL | 0.0 - 1.9 | TA |
| Nitrite, Urine | NEGATIVE | | | Negative | TA |
| WBC Esterase | NEGATIVE | | | Negative | TA |
| DS | | | | | |
| RPR | Non-Reactive | | | Non-Reactive | TA |
| Miscellaneous Testing | | | | | |
| Microscopic Examination | | | | | TA |
| Casts/LPF | None seen. | | | | TA |
| Crystals | None seen. | | | | TA |
| Mucus Threads | None seen. | | | None seen. | TA |
| Bacteria | None seen. | | | None Seen/Few | TA |
| Yeast | None seen. | | | None seen. | TA |

LAB: TA LABCORP TAMPA               DIRECTOR: JOSEPH MIGLIOZZI, MD
     5610 W LASALLE STREET TAMPA, FL 33607-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 800-877-3818 LAB: 800-877-5227
                    LAST PAGE OF REPORT

**REPORT**

©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

TROYA  DANIEL          PATID: W14211      SPEC DATE: 10/07/2002

Troya013663

**LabCorp**®

| Specimen # | Control Number | | PG 1 | | | | |
|---|---|---|---|---|---|---|---|
| 065-717-2042-0 | CH50 5689 | | | 00 02 RP 309 | 59 | | TA |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| YES | | | S / FINAL |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 03/06/02 | 09:15 | 03/06/02 | 03/07/02 |

Clinical Information: 03/07/02  09:14

VERIFY DOCTOR NAME
C

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| W14211 | | |

Account

09068992
BREVARD CORRECTIONAL INSTITUTE                53
855 CAMP RD                                   53
COCOA          , FL   32927-3709

321-634-6092        FAD

| Patient Name | Sex | Date of Birth |
|---|---|---|
| TROYA, DANIEL | M | 04/22/83 |

Patient Address

Comments

PATIENT AGE: 018/10

Tests Requested:   PANEL 083824

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| VIRAL MARKERS | | | | | |
| HIV-1 ABS, QUAL | | | | | TA |

        Result: NEGATIVE by EIA screen.
        No antibodies to HIV-1 detected.

                                                                          TA

    NOTE: Submission of serum
    separator tube recommended
    for this test. Thank you
    for your cooperation if you
    are already doing so.

                                                                          TA

LAB: TA LABCORP TAMPA                    DIRECTOR: JOSEPH MIGLIOZZI, MD
     5610 W LASALLE STREET TAMPA, FL 33607-0000

FOR INQUIRIES THE PHYSICIAN MAY CONTACT: BRANCH: 800-877-3818 LAB: ............
                           LAST PAGE OF REPORT

J. R. Almeyda-Gomez, M.D
CHO-BREVARD CI

MAR 7 2002

REPORT

©2001 Laboratory Corporation of America® Holdings
All Rights Reserved

Troya013664EL               W14211                    03/06/02

**LabCorp®**

| | | | |
|---|---|---|---|
| 303-4 Specimen # | Control/Bag N er | | 10/31/01   05:11 |
| Fasting YES | Micro Source | Total Urine Volume | Report Status S / FINAL |
| | | | Clinical Information |
| | | | BL   P |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 10/30/01 | 00:00 | 10/30/01 | 10/31/01 |

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| W14211 | — — | — — |

Account
09603702
HILLSBOROUGH CORR INST

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| TROYA, DANIEL | | M | 04/22/83 |

FF
11150 HWY 672                                        FF
RIVERVIEW          , FL   33569-

Patient Address
—

813-671-5022        FLD

Comments
PATIENT AGE: 018/06

PHY NAME: ROBINSON

Tests Requested   CBC WITH DIFFERENTIAL/PLATELET; PT AND PTT

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **HEMATOLOGY** | | | | | |
| White Blood Cell (WBC) Count | 7.7 | | X 10-3/uL | 4.0 - 10.5 | TA |
| Red Blood Cell (RBC) Count | 5.56 | | X 10-6/uL | 4.10 - 5.60 | TA |
| Hemoglobin | 16.5 | | g/dL | 12.5 - 17.0 | TA |
| Hematocrit | 48.7 | | % | 36.0 - 50.0 | TA |
| MCV | 88 | | fL | 80 - 98 | TA |
| MCH | 29.8 | | pg | 27.0 - 34.0 | TA |
| MCHC | 34.0 | | g/dL | 32.0 - 36.0 | TA |
| Polys | 57 | | % | 40 - 74 | TA |
| Lymphs | 30 | | % | 14 - 46 | TA |
| Monocytes | 7 | | % | 4 - 13 | TA |
| Eos | 5 | | % | 0 - 7 | TA |
| Basos | 1 | | % | 0 - 3 | TA |
| Polys (Absolute) | 4.4 | | X 10-3/uL | 1.8 - 7.8 | TA |
| Lymphs (Absolute) | 2.3 | | X 10-3/uL | 0.7 - 4.5 | TA |
| Monocytes(Absolute) | 0.5 | | X 10-3/uL | 0.1 - 1.0 | TA |
| Eos (Absolute Value) | 0.4 | | X 10-3/uL | 0.0 - 0.4 | TA |
| Baso(Absolute) | 0.1 | | X 10-3/uL | 0.0 - 0.2 | TA |
| Platelets | 287 | | X 10-3/uL | 140 - 415 | TA |
| RDW | 12.8 | | % | 11.7 - 15.0 | TA |
| **COAGULATION STUDIES** | | | | | |
| Prothrombin Time | 15.7 | H | Seconds | 9.0 - 12.7 | TA |

(Above Prothrombin Time reference interval is for nonmedicated patients.)

| | | | | | |
|---|---|---|---|---|---|
| INR | 1.5 | L | | 2.0 - 3.5 | TA |

NOTE: 2.5-3.5 is the recommended oral anticoagulant therapeutic range for patients with mechanical prost-hetic heart valves or recurrent systemic embolism.  For all other conditions, the recommended range is 2.0 - 3.0.

| | | | | | |
|---|---|---|---|---|---|
| APTT | 26 | | Seconds | 24 - 40 | TA |

APTT results for heparinized patients on specimens older than one hour may not be accurate unless WELL SEPARATED plasma from a FULL 4.5 mL VACUTAINER DRAW is immediately FROZEN and sent to the laboratory in this condition.

GEORGE ROBINSON,
Staff Physician
Hillsborough

*Logged in Computer / Lab book
10-31-01 J.HANKS*

J. HANKS, SR LPN
HILLSBOROUGH C.I.

©1999 Laboratory Corporation of America® Holdings
All Rights Reserved

REPORT

TROYA, DANIEL          PATID: W14211        SPEC DATE: 10/30/2001

Troya013665

**LabCorp®**

| Specimen # | | Account/Reg Number | | PG 1 | 00 3 RPT SEQ 325 | | |
|---|---|---|---|---|---|---|---|
| 300-768-0910-0 | | 0GE096217 | | | | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| N/A | | | S / FINAL |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 0/26/00 | 00:00 | 10/26/00 | 10/27/00 |

Clinical Information

10/27/00  06:18

#39EE
P

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 114211 | -- -- | -- -- |

| Patient Name | | Sex | Date of Birth |
|---|---|---|---|
| TROYA, DANIEL | | M | |

Patient Address
--

Comments

Account

09621432
SO. FL. RECEPTION CENTER
PHS                                          00
14000 N.W. 41 ST STREET              00
MIAMI                , FL  33178-

305-592-9567        FLZ

PHY NAME: DIAZ

Tests Requested    CBC WITH DIFFERENTIAL/PLATELET

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC WITH DIFFERENTIAL/PLATELET | | | | | |
| White Blood Cell (WBC) Count | 8.2 | | X 10~3/uL | 4.0 - 10.5 | TA |
| Red Blood Cell (RBC) Count | 5.32 | | X 10-6/uL | 4.10 - 5.60 | TA |
| Hemoglobin | 15.7 | | g/dL | 12.5 - 17.0 | TA |
| Hematocrit | 45.9 | | % | 36.0 - 50.0 | TA |
| MCV | 86 | | fL | 80 - 98 | TA |
| MCH | 29.6 | | pg | 27.0 - 34.0 | TA |
| MCHC | 34.3 | | g/dL | 32.0 - 36.0 | TA |
| RDW | 12.5 | | % | 11.7 - 15.0 | TA |
| Platelets | 305 | | X 10~3/uL | 140 - 415 | TA |
| Polys | 70 | | % | 40 - 74 | TA |
| Lymphs | 22 | | % | 14 - 46 | TA |
| Monocytes | 7 | | % | 4 - 13 | TA |
| Eos | 1 | | % | 0 - 7 | TA |
| Basos | 0 | | % | 0 - 3 | TA |
| Polys (Absolute) | 5.7 | | X 10~3/uL | 1.8 - 7.8 | TA |
| Lymphs (Absolute) | 1.8 | | X 10~3/uL | 0.7 - 4.5 | TA |
| Monocytes(Absolute) | 0.6 | | X 10~3/uL | 0.1 - 1.0 | TA |
| Eos (Absolute Value) | 0.1 | | X 10~3/uL | 0.0 - 0.4 | TA |
| Baso(Absolute) | 0.0 | | X 10~3/uL | 0.0 - 0.2 | TA |
| | | | | | TA |

LAB: TA LABCORP TAMPA                         DIRECTOR: JOSEPH    MIGLIOZZI    MD
     5610 W LASALLE STREET TAMPA, FL 33607

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 305-436-9232 LAB: ............

JOSE L. LIZARDI P.A.
S.F.R.C.                DATE  10/31/00

©2000 Laboratory Corporation of America® Holdings
All Rights Reserved

Troya013666

## FLORIDA DEPARTMENT OF CORRECTIONS
## INTAKE PHYSICAL LABORATORY REPORTS

LEUKOCYTES _Neg_

NITRITE _Neg_

BLOOD _Neg_

### URINALYSIS

PH _____5_____ COLOR _Yellow_ CHARACTER _Clear_

ALBUMIN _Neg_ SUGAR _Neg_ ACETONE _Neg_

### BLOOD

HEMATOCRIT _____ SICKLE CELL PREP _____

SEROLOGY R.P.R. TEST
RESULTS _NR_
DATE _10/26/00_ BY _Lly_

ATTACHMENTS



OCT 2000
RECEIVED
Medical

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE

NAME _____ RACE _____

DATE _10/26/00_ 39

NOE MUNOZ, MT
SFRC

DC4-704 A

Troya013667



**Diagnostic Portable Imaging**
In Home X-Ray & EKG Service
Established 1985

NAME:   **TROYA, DANIEL**          DPJ#   **W14211**      DOB:   **04-22-83**

DOE:    **September 16, 2002**     FACILITY:    **BCI**

                                   Dr.   **GOMEZ**

KUB:

Single view of the abdomen shows no bowel gas abnormality and no foreign body.

IMPRESSION:  The visualized abdomen is normal.

SEP 30 2002

Jonathan S. Dorn, M.D., D.A.B.R.
JSD / CyberTran.net

**Diagnostic Portable Imaging**  - 5201 South Babcock Street, Ste. 2 - Palm Bay, Florida 32905 - Phone (321) 984-8001

Florida Department of Corrections
X-Ray Request/Report
Department of Radiology

# X-RAY

## PLEASE WRITE LEGIBLY

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

Flu ingestion of foreign Body

List allergies:

NKDA

☐ Ambulatory  ☐ Diabetic  ☐ J Code  ☐ Portable  ☐ Stretcher  ☐ Wheelchair

Physician Name (Print) and Name Stamp:

Date of Request: 9/13/02   9/16/02

### X-RAY REQUEST

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ankle R [ ] L [ ] | | Cystogram | | Hand R [ ] L [ ] | Myelogram [     ] | Shoulder R [ ] L [ ] | |
| Arthrogram [     ] | | Elbow R [ ] L [ ] | | Hips R[ ] L [ ] | Nasal Bones | Sinuses | |
| Barium Enema | | Esophagram | | Humerus R [ ] L [ ] | Orbits | Skull | |
| Cervical Spine | | Facial Bones | | I.V. Pyelogram | Os Calcis R [ ] L [ ] | Sternum | |
| C. Spine, complete | | Femur R [ ] L [ ] | | Knee R [ ] L [ ] | Pelvimetry | T.M. Joints R [ ] L [ ] | |
| Chest | | Fingers R [ ] L [ ] | | KUB | Pelvis | Thoracic Spine | |
| Chest, PA and LAT | | Foot R [ ] L [ ] | | KUB and UPT | Post Reduction | T. Spine, complete | |
| Chest PPD | | Forearm R [ ] L [ ] | | Lumbar Spine | Ribs R [ ] L [ ] | Tibia & Fibula R [ ] L [ ] | |
| Clavicle R [ ] L [ ] | | Gallbladder Series | | L. Spine, complete | Sacrum | Venogram R [ ] L [ ] | |
| Coccyx | | G.I. Series | | Mandible | Scoliosis Series | Wrist R [ ] L [ ] | |
| Comparison View | | G.I. and Small Bowel | | Date Performed: | Technologist Initials: | Time exam performed (military): | |
| Exams not checked above: | | | | | | | |

BCI-3
MPC 9.50
DONE 9.16.02

## PLEASE WRITE LEGIBLY

Inmate Name Troya, Daniel

DC# W14211   Race/Sex W/M

Date of Birth 4/22/83

Institution Brev CI

Is permanent camp a private institution? No ☑ Yes ☐

Clinic/hospital room number _____

Radiologist Signature _____   Date Read _____   Date Typed _____

Distribution:

White — Medical Records

Canary — X-Ray Jacket

Pink — Data Entry

Goldenrod — Local Requirements

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705A (Revised 10/99)
Troya013669

09/12/2002 16:00 3216395602 DDRN & ASSOC, MT PA PAGE 19



# Diagnostic Portable Imaging
## 321-984-8001

X-ray Preliminary Report:  Date **9·12·02**

Nursing Home **BCI**  Wing _____

Pt. Name **TROYA, DANIEL**  DOB **4·22·83**

Exam **KUB**  Pt# _____

History **SWALLOWED RAZOR**  Phy. **LOPEZ**

Preliminary results: *Foreign body RUQ @ R-mass — verse process L-2*

Dr. _____

Fax to: 1-321-728-0523 AND _____

Diagnostic Portable Imaging - 5201 South Babcock Street, Ste. 2 - Palm Bay, Florida 32905 - Phone (321) 984-8001

Troya013670

Florida Department of Corrections
X-Ray Request/Report
Department of Radiology

# X-RAY

**PLEASE WRITE LEGIBLY**

S † A †

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

R/o ingestion of foreign body

List allergies:

NKA

☐ Ambulatory   ☐ Diabetic   ☐ J Code   ☒ Portable   ☐ Stretcher   ☐ Wheelchair

Physician Name (Print) and Name Stamp:

Date of Request: 9-11-02

## X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| Ankle R [ ] L [ ] | Cystogram | Hand R [ ] L [ ] | Myelogram [ ] | Shoulder R [ ] L [ ] |
| Arthrogram [ ] | Elbow R [ ] L [ ] | Hips R[ ] L [ ] | Nasal Bones | Sinuses |
| Barium Enema | Esophagram | Humerus R [ ] L [ ] | Orbits | Skull |
| Cervical Spine | Facial Bones | I.V. Pyelogram | Os Calcis R [ ] L [ ] | Sternum |
| C. Spine, complete | Femur R [ ] L [ ] | Knee R [ ] L [ ] | Pelvimetry | T.M. Joints R [ ] L [ ] |
| Chest | Fingers R [ ] L [ ] | X KUB | Pelvis | Thoracic Spine |
| Chest, PA and LAT | Foot R [ ] L [ ] | KUB and UPT | Post Reduction | T. Spine, complete |
| Chest PPD | Forearm R [ ] L [ ] | Lumbar Spine | Ribs R [ ] L [ ] | Tibia & Fibula R [ ] L [ ] |
| Clavicle R [ ] L [ ] | Gallbladder Series | L. Spine, complete | Sacrum | Venogram R [ ] L [ ] |
| Coccyx | G.I. Series | Mandible | Scoliosis Series | Wrist R [ ] L [ ] |
| Comparison View | G.I. and Small Bowel | Date Performed: | Technologist Initials: | Time exam performed (military): |
| Exams not checked above: | | | | |

**PLEASE WRITE LEGIBLY**

Inmate Name  TROYA, Daniel

DC# W11211   Race/Sex H/M

Date of Birth 4-22-83

Institution  BCI

Is permanent camp a private institution?  No ☐  Yes ☐

Clinic/hospital room number_____

Radiologist Signature

Distribution:

White — Medical Records

Canary — X-Ray Jacket

Pink — Data Entry

Goldenrod — Local Requirements

Date Read       Date Typed

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705A (Revised 10/99)

Troya013671

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### X-Ray Report

| NAME-LAST      FIRST | AGE | DATE | DC NUMBER |
|---|---|---|---|
| Troya, Daniel | 17 | 10/31/00 | W14211 |

| SEX | RACE | BIRTHDAY | ADMIT DATE | INSTITUTION |
|---|---|---|---|---|
| M | W | 4/22/83 | | SFRC |

| DRS. NAME | ROOM NO. | REQUEST WRITTEN BY: |
|---|---|---|
| Diaz | | SHolmes LPN / SHolmes |

IN THE BEST INTEREST OF THE PATIENT AND REFERRING PHYSICIAN, THIS EXAMINATION WILL NOT BE DONE IF PERTINENT CLINICAL INFORMATION, AND TENTATIVE CLINICAL DIAGNOSIS ARE NOT PROVIDED BELOW:

HISTORY:

PPD 06mm

## X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| | COMPARISON VIEW | HAND R[] L[] | MANDIBLE R[] L[] | SACRUM |
| | CYSTOGRAM | HIP PINNING | MYELOGRAM,CERVICAL | SHOULDER R[] L[] |
| ANKLE R[] L[] | ELBOW R[] L[] | HIPS,BILATERAL | MYELOGRAM,THORACIC | SINUSES |
| ARTERIOGRAM CODE# BELOW | ESOPHOGRAM | HIPS R[] L[] | NASAL BONES | SKULL |
| ARTHROGRAM,KNEE R[] L[] | FACIAL BONES | HUMERUS R[] L[] | ORBITS | SONOGRAM |
| BARIUM ENEMA | FEMUR R[] L[] | I.V. PYELOGRAM | O.R. CHOLANGIOGRAM | STERNUM |
| CERVICAL SPINE | FINGERS R[] L[] | KNEE R[] L[] | OS CALCIS R[] L[] | T.M. JOINTS R[] L[] |
| C. SPINE,COMPLETE | FOOT R[] L[] | KUB | PELVIMETRY | THORACIC SPINE |
| X CHEST | FOREARM R[] L[] | KUB & UPT | PELVIS | TIBIA & FIBULA R[] L[] |
| CHEST,PA & LAT. | GALLBLADDER SERIES | LATERAL DECUBITUS | POST REDUCTION | VENOGRAM R[] L[] |
| CLAVICLE R[] L[] | G.I. SERIES | L.S. SPINE | RIBS,BOTH SIDES | VENOGRAM,BILATERAL |
| COCCYX | G.I. & SMALL BOWEL | L.S. SPINE COMPLETE | RIBS, R[] L[] | WRIST R[] L[] |

X-RAYS NOT CHECKED ABOVE

CHEST:

PA chest demonstrates no acute infiltrate.  The cardiac silhouette is not enlarged.  There are no congestive changes. There is no evidence of active pulmonary tuberculosis.

IMPRESSION:

NO ACUTE INFILTRATE.

ANGEL DIAZ, M.D.   11/8/00
C.H.O. / S.F.R.C.

NOV 8 2000
RECEIVED
MEDICAL
RECORDS
SFRC

RADIOLOGIST SIGNATURE

DATE REPORT TYPED

WHITE - MEDICAL RECORDS
CANARY - X-RAY JACKET
PINK - LOCAL REQUIREMENTS

C4 705A  (10/87)

Troya013672

**FLORIDA DEPARTMENT OF CORRECTIONS**
**COVER SHEET FOR INPATIENT RECORD**

| NAME | | | | DOC NO. | ROOM NO. | HOSPITAL NO. | SERVICE |
|---|---|---|---|---|---|---|---|
| LAST *Troya* | FIRST *Daniel* | MIDDLE | | *W14211* | *#1* | *Zepc* | *Medic* |

| RECEIVED FROM | SSAN | HOW ADMITTED | | DATE PREV. AD. | DATE ADMITTED | TIME ADMITTED |
|---|---|---|---|---|---|---|
| *Hill. C I* | | *Hills CI Security* | | | *12-17-00* | *0915* |

| DOB | AGE | R/S | PLACE OF BIRTH | RELIGION | MARITAL STATUS | VETERAN |
|---|---|---|---|---|---|---|
| *4-22-83* | *17* | *W/m* | *Chicago* | *Christian* | *Single* | *No* |

| IN CASE OF EMERGENCY NOTIFY: | RELATIONSHIP | TELEPHONE NUMBER |
|---|---|---|
| NAME | | |

| ADDRESS | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|
| | | *See Classifica—* | | |

| ADMITTING DIAGNOSIS | PHYSICIAN SIGNATURE |
|---|---|
| | |

MEDICAL GRADE

I wish to be admitted to X *Zepc Medical Insure* Hospital and authorize said Hospital and
physician assigned to furnish medical and/or surgical treatment, laboratory tests, X-rays, and examinations,
as my be deemed advisable during my stay in this hospital.

| WITNESS | DATE | SIGNATURE OF PATIENT | DATE |
|---|---|---|---|

| DISCHARGE DIAGNOSIS: | CODE NO |
|---|---|

SURGICAL PROCEDURE AND DATES:

| COMPLICATIONS (INCLUDING INFECTIONS) | UNITS OF BLOOD |
|---|---|

DISCHARGE DATE _____

NO. OF DAYS _____

☐ RECOVERED     ☐ NOT TREATED

☐ IMPROVED      ☐ DIED

☐ UNIMPROVED

ATTENDING PHYSICIAN (SIGNATURE)

Troya013673

## FLORIDA DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S ORDER SHEET
### USE BALL POINT PEN ONLY—PRESS FIRMLY

| | USE THIS COLUMN TO INDICATE DISCHARGE DISCONTINUE CHANGED DOSAGE | CHECK ORDERS TO BE FILLED BY PHARM. | INDICATE IF ORDER IS STAT _____ | LIST ALLERGIES HERE | IDENTIFICATION |
|---|---|---|---|---|---|
| CHECK OFF EACH ORDER AS TRANSCRIBED | | | DATE 12-19-00  TIME WRITTEN 12:37 | NKDA | Troya, Daniel w/m W14211 |

① D/C SOS I.
② Discharge to Security

MARGARET PRESTON
SR. LPN
ZEPHYRHILLS CI

OSBERTO B. FERNANDEZ MD
PSYCHIATRIST
ZEPHYRHILL CI

TIME NOTED _____    NURSES SIGNATURE _____    DOCTOR _____

| | USE THIS COLUMN TO INDICATE DISCHARGE DISCONTINUE CHANGED DOSAGE | CHECK ORDERS TO BE FILLED BY PHARM | INDICATE IF ORDER IS STAT _____ | LIST ALLERGIES HERE | IDENTIFICATION |
|---|---|---|---|---|---|
| CHECK OFF EACH ORDER AS TRANSCRIBED | | | DATE 12-18-00  TIME WRITTEN 13:24 | NKDA | Troya, Daniel w/m W14211 |

① Renew SOS I

OSBERTO B. FERNANDEZ MD
PSYCHIATRIST
ZEPHYRHILL CI

TIME NOTED 1410    NURSES SIGNATURE _____    JOE B. DALY, SRN    DOCTOR _____

| | USE THIS COLUMN TO INDICATE DISCHARGE DISCONTINUE CHANGED DOSAGE | CHECK ORDERS TO BE FILLED BY PHARM | INDICATE IF ORDER IS STAT _____ | LIST ALLERGIES HERE | IDENTIFICATION |
|---|---|---|---|---|---|
| CHECK OFF EACH ORDER AS TRANSCRIBED | | | DATE 12-17-00  TIME WRITTEN 1100 | NKDA | Troya, Daniel w/m W14211 |

Re-new SOS I orders

T.O. DR. FERNANDEZ

IAN JACKO, SRN
ZEPHYRHILLS CI

OSBERTO B. FERNANDEZ
PSYCHIATRIST
ZEPHYRHILL CI

TIME NOTED 1100    NURSES SIGNATURE _____    IAN JACKO, SRN    ZEPHYRHILLS C.I.    DOCTOR _____

SEND DUPLICATE
TO PHARMACY
IMMEDIATELY

## PHYSICIAN'S ORDER SHEET
### USE BALL POINT PEN ONLY—PRESS FIRMLY

Troya013674

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
INPATIENT HISTORY - PHYSICAL
SHORT TERM ( 24 - 48 HOURS )

PATIENT _Troya, Daniel_ NUMBER _W14211_

## HISTORY

Chief Complaint : _Ø_

History of Present Illness : _S/P allegedly injested "½ bottle of pills"_

Past Medical History : _Ø recent wt ox Bock pain_
_ROS Ø overdose (Chx Weakness._

## PHYSICAL EXAMINATION

HEAD AND NECK : _normal gcac_

EENT : _norm_

CHEST AND BREAST : _norm_

HEART : _R SRM'S @ RC. S1, S2 norm_

LUNGS : _CTA_

RECTAL : _D-D'd_

ABDOMEN : _Soft T norm_

GENITALIA : _D-D'd_

BONES AND JOINTS : _grossly norm_

EXTREMITIES : _Ø edema_

NEURO : _CN/S 13-12. Weak — Suppl. Abd, artical._

IMPRESSION DIAGNOSIS : _① for MDOX ② S/P drug overdose_

DATE : _12/18/0?_ PHYSICIAN _STEPHEN D. SHANKLIN, D.O._
MEDICAL EXECUTIVE DIRECTOR
ZEPHYRHILLS C.I.

DC4-713C ( REVISED 11-82 )

Troya013675

## NURSING PROGRESS NOTE

12/19/00 (0800) IN: Received at change of shift sleeping, continue SOS I.

           _MARGARET PRESTON_
                    SR. LPN
                    ZEPHYRHILLS CI

12/19/00 (1000) S: "I wish I could go back I wasn't going to hurt myself."

O: T 98' P88 R18 BP 102/74 A+O x 3, skin wd, color pink.

A: S/P Suicide gesture.

P: Continue SOS I — MARGARET PRESTON
                                   SR. LPN
                                ZEPHYRHILLS CI

12/19/00 (1200) IN: Awake, lying on bunk. No c/o. Continue SOS I
                            MARGARET PRESTON
                                SR. LPN
                                ZEPHYRHILLS CI

12-19-00 Psychiatry.
12:37 Patient was examined. He is cordial, cooperative, polite and respectful. He denies complaints. Seemed to be in good spirits, affect is appropriate. Denies S/H ideas. Sleeps well, good appetite. Thinking is very clear, non psychotic. Recommend ① D/C SOS I ② Discharge to Security

                           OSBERTO B. FERNANDEZ M.
                             PSYCHIATRIST
                             ZEPHYRHILLS CI

12/19/00 IN: Released to security
                                     MARGARET PRESTON
                                     SR. LPN
                                     ZEPHYRHILLS CI

INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE
DC4-684 (9/98)
Troya013676

Troya Daniel Wm
W14211 dob 4-22-83

Page 2 of 2

**NURSING PROGRESS NOTE**

12-19-00  0200  Sleeping N/c. NAD. remains on q15' watches see DC4-650  *L.SUNDERLAND SRN ZEPCI*

12-19-00  0400  Sleeping N/c, NAD. on q.15' watches see DC4-650  *L.SUNDERLAND SRN ZEPCI*

12-19-00  0600  awaked for AM meal. N/c, NAD,  *L.SUNDERLAND SRN ZEPCI*

12-19-00  0645  S: "No I didn't really want to hurt myself I was B-5'ing."
O: VSS as on graphic, pt ate 100% AM meal, skin W+D color pink. No evidence self injury now.
A: S/P Suicide gesture.
P: continue SOS / DC4-650 until D/c'd.

12/19/00  S. Seen in IMF for daily followup. He reported he feels fine
0745  and calm. He stated he can talk out his problems if they arise in future, but states he will fight w/ "Buen" (officer at HCI who got him sent to confinement) when he gets out of confinement.
O. Standing at cell front, dressed in privacy wrap. Calm, verbally expressive behavior. Alert, O×4. Intact I/R/R memory based upon accurate recall of verifiable info. Speech clear, coherent. Expressed thoughts organized, achieved goal and free of delusional content. Reports "neutral" mood, full + congruent affect. Denies SI, HI + AV hall. Reports good appetite (ate french toast, oatmeal + meat patty for breakfast) and sound sleep. No abnormal motor activity observed or reported. Denies disturbance of bodily functions.
A. Axis I  304.20 Cannabis Abuse by hx
        II  301.7 ASPD
        III Reported back pain
        IV  Anger re: confinement status
        V  GAF = 80 (current)
Offender does not appear to pose a risk for self harm due to MH problems at present time.
P. Refer to Dr. Fennely w/ rec. to return offender to HCI -  *SANDRA [illegible] PSY.D. SR. PSYCHOLOGIST ZEPHYRHILLS C.I.*