NURSING PROGRESS NOTE

12-18-00 Psychiatry.

12:55   Patient was seen for the purpose of evaluation of behavior and alleged depression. States he doesn't remember how many pills he took but denies intent to commit suicide. States he just wanted some attention and be able to speak to somebody. He is alert and oriented x 3. Maintain good eye contact, speech coherent relevant, no delusional thinking, no psychotic behavior, patient affect seemed angry because "People won't listen".

He will need to cool off his behavior before returning to Hill CI. I will re-evaluate tomorrow.

Imp Dx: Antisocial Behavior probably mild depression

Plan: to continue same. Re-eval tomorrow.

OSBERTO B. FERNANDEZ MD
PSYCHIATRIST
ZEPHYRHILLS C.I.

12-18-00  Pt seen by Psychiatry cont on sos per order.
1400   no c/o voiced in no distress, cont to monitor as ordered

JOE B. DALY, SRN

12/18 1600   Pt at door of cell, quiet & uncomplaining
Y. Rabsey

12/18/00  1800   Pt ate 95% of evening meal.
12/18/00  2000   Asking for water. Given in cup.
2200   Pt denies suicidal ideation.

Y. RABSCHUTZ SRN
ZEPHYRHILLS C.I.

12-19-00   0005 DN: pt lying on mattress covered c canvas blanket sleeping N/c. NAD.

L. SUNDERLAND SRN
ZEPCI

INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE
DC4-684 (9/98)
Troya013678

Troya Davec William
W14211  4-22-83

Page 2 of 2

12/18/00
(1136 cont)
No abnormal motor activity observed. No disturbance of bodily functions.

He reports a life-long hx of fighting behavior. He reports these fights are planned retaliation for perceived wrongs by others, "I know what I'm doing." He expresses his current pill-taking behavior was planned to be non-lethal and for the purpose of getting away from confinement and making security staff listen to him.

A. This offender does not appear at risk for suicidal or self-injurious behavior due to mental/emotional problems. He has no hx of mental health problems or suicidal behavior. He has a long hx of inappropriate behavior, including fighting.
Axis I. Cannabis abuse by hx 304.20
     II. Antisocial Personality Dis. 301.7
     III. Reported back pain
     IV. Anger over confinement status
     V. GAF = 79 (Current)

P. Refer to Dr. Fernandez w/ recommendation to dc sos status and return to HLCI.

SANDRA HINKO, PSY.D.
SR. PSYCHOLOGIST
ZEPHYRHILLS C.I.

12/18/00
1830
IW lying ate 100% of noon meal no distress in no distress. resting quietly on bunk.

JOE B. DALY, SRN

INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE
DC4-684 (9/98)  Troya, Daniel
Troya013679     W/4211  W/M  4/22/83

Troya, Daniel W/M
W14211   4-22-83

Page 2 of 2

NURSING PROGRESS NOTE

12-18-00 / 0810 — IV lying in bed sleeping, in no distress, no c/o voiced _____ JOE B. DALY, SRN

12-15-00 / 1135 — I/M speaking to psychiatrist, in no distress, cont on SOS _____ JOE B. DALY, SRN

12-18-00
1136 — S. Seen in IMR by MH for initial evaluation. He reported he was "in the box" because of fighting and "I was mad about that. I tried to talk to the officer, but he just said I was playing games." So, he stated he took pills that were prescribed to him for acne and back pain and allergies. "I knew what I took wasn't going to kill me. I just took enough so if they checked my system it would be in there. I only took about 6 pills. I flushed the rest down the toilet. I didn't want to kill myself. I only got 2½ years to go." He stated that when he goes back, "they'll have to listen to me because now they'll think I'm crazy, and they always listen to the guys that act crazy." See transfer record summary dated 4/13/00 in MH section of Health Record for relevant social & MH hx. Additions to this info include I/M reported he had a long hx of fighting in school from 5th grade w/ school counseling provided. He reported he was court ordered to anger counseling group at 45th St. MHC, WPB, FL about 2 yrs ago due to fighting while at a juvenile detention center. Reports he was working in food service (p.m.) + in school (a.m.) prior to confinement.

O. MSE: Standing in IMR wearing suicide wrap. Alert, O x 4. Verbally expressive. Intact I/R/R memory based upon accurate recall of verifiable info. Speech clear, coherent and at normal rate + tone. Reports "hyper" mood b/c he hasn't had anyone w/ whom to talk for 3 days. Denies feeling depressed or sad. Affect full, congruent. Denies any suicidal thoughts, plan, intent. Denies homicidal ideation, but does report he intends to fight w/ "Brian" the I/M who got him locked up when he gets out of confinement because "I'm really mad about it." Denies AH hall. Expressed thoughts organized, achieved goal and free of delusional content. Concrete thinking expressed. Reports he is sleeping well, eating what he wants but doesn't like the food here. "It looks nasty." Continued next page — SH _____

INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE

Troya, Daniel w/m
W14211  04-22-83

Page 2 of 2

Troya013680

12-17-00 (0915) N: Admitted as ordered - SOSI maintained
Shroud & canvas blanket intact. Safe environment provided.
NAD obs. DC4-650 in progress. — JAN JACKO, SRN ZEPHYRHILLS C.I.

12-17-00 (1015) S: "I'm ok"
O: DC4-684
A: S/P alleged med. OD - Reportedly deliberate — JAN JACKO, SRN ZEPHYRHILLS C.I.
P: maintain SOSI

12-17-00 (1230) N: ate 100% of diet - milk & H₂O of adequate amt. No NAD
SOSI maintained — JAN JACKO, SRN ZEPHYRHILLS C.I.

12-17-00 (1430) N: Resting SOSI maintained - — JAN JACKO, SRN ZEPHYRHILLS C.I.

12-17-00 (1615) N: ate & retained 100% of meal "I'm fine - had enough
to eat" SOSI maintained no NAD — JAN JACKO, SRN ZEPHYRHILLS C.I.

12-17-00 (1830 / 1845) S: "I'm ok, didn't do anything really - they thought
I was crazy and I'm not." "I just wanted to leave there
but probably go back tomorrow and that's ok"
"The food's better there (@ Hills CI)"
O: DC4-684
A: S/P alleged OD — JAN JACKO, SRN ZEPHYRHILLS C.I.
P: CPM - Maintain SOSI

12-17-00 (2030) N: asleep - Resting well, no S/S distress SOSI maintained — JAN JACKO, SR ZEPHYRHILL

12-17-00 (2230) N: asleep - SOSI maintained — JAN JACKO, SR ZEPHYRHILL

12-17-00 (2330) N: asleep - SOSI maintained & provided — JAN JACKO ZEPHYRHIL

DEC 18 2000 (0010) N: Sleeping. No complaints — STEPHEN BRUNT C.N.A.C. ZEPCI

DEC 18 2000 (0200) N: Sleeping. No complaints — STEPHEN BRUNT C.N.A.C. ZEPCI

DEC 18 2000 (0400) N: Sleeping no complaints — STEPHEN BRUNT C.N.A.C. ZEPCI

12-18-00 (0600) S: no complaints.
O. VS: 97³-60-16; B/P: 112/72. ate 100% of breakfast
A+O x3. Pleasant, cooperative.
A. S/P Pill ingestion P. Continue to observe — STEPHEN BRUNT

INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE
DC4-684 (9/98)
Troya013681

Troya, Daniel w/m
@142/1  4-22-83

Page 2 of 2

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

Check one:   CSU ☐
             TCU ☐
             ☑ Infirmary Isolation Management Room

## SHIFT MENTAL HEALTH NURSING ASSESSMENT

Date/Time _12-19-00_                    Shift _8ᴬ-4ᴾ_

**SUBJECTIVE COMMENTS**
_"I was (mad when I said I wanted to hurt myself"_

**OBJECTIVE (Check All That Apply)**

**Appearance:**  ☐ Well Groomed   ☐ Somewhat Disheveled   ☐ Unkempt  _In Shroud_

**Current Behavior:**
☑ Quiet        ☐ Assauitive     ☐ Agitated     ☐ Nonverbal
☐ Cursing      ☐ Threatening    ☐ Anxious      ☐ Withdrawn
☐ Self-injurious ☐ Pacing       ☑ Cooperative
☐ Appears to be responding to voices, commands, etc.

**Orientation:**  ☑ Person   ☑ Place   ☑ Time   ☑ Situation

**Memory:**  ☑ Intact   ☐ Impaired (explain): _____

**Eye contact:**  ☑ Good   ☐ Fair   ☐ Poor   ☐ None

**Speech:**  ☑ Normal   ☐ Incoherent   ☐ Loud   ☐ Nonverbal*   ☐ Other*
                                        *Requires comment on back

**Mood:**
☑ Pleasant   ☐ Angry    ☐ Hostile   ☑ Depressed   ☐ Labile
☐ Tense      ☐ Fearful  ☐ Tearful   ☐ Irritable

**Affect:**
☐ Normal    ☐ Labile (changing)   ☐ Restricted   ☐ Broad
☐ Blunted   ☐ Flat                ☐ Nonverbal

**Thought Content:**  Is inmate hearing voices or conversations which others cannot hear?   ☐ Yes   ☑ No
If yes, describe: _____
Is inmate seeing visions of anything which others cannot see?   ☐ Yes   ☑ No
If yes, describe: _____

**Perception:**  Is inmate experiencing delusions (e.g., believes s/he is being poisoned, can read minds)?   ☐ Yes   ☑ No
If yes, describe: _____

**Self-Injury/Suicidal/**  Ideas?    ☑ No   ☐ Yes (describe): _____
**Homicidal:**             Threats?  ☑ No   ☐ Yes (describe): _not @ present time_
                           Plan?     ☑ No   ☐ Yes (describe): _____

**Hygiene:**  Shower   ☑ Self   ☐ Assist   ☐ Refused (requires comment on back)

**Appetite:**  % of food consumed  B _____   L _25%_   D _____   ☐ Refused (requires comment on back)

**Sleep:**  # of hours _off + on_ (reported by inmate during last 24 hours).

**Med side effects?**  ☑ No   ☐ Yes (requires description on back)   AIMS done?   ☐ No   ☐ Yes

**Alteration in skin integrity?:**  ☑ No   ☐ Yes  ALL ALTERATIONS IN SKIN INTEGRITY (INCLUDING BRUISES) REQUIRE DAILY DESCRIPTION ON BACK UNTIL RESOLVED.
Medical complaints?  ☑ No   ☐ Yes (explain on back)   ☐ Nonverbal
Dental complaints?   ☑ No   ☐ Yes (explain on back)   ☐ Nonverbal

Enter additional comments on back.

**ASSESSMENT (Address Problem by ISP Number When Appropriate)**
_Depressed - S/P Suicidal threat._

**PLAN**  _Continue SOS I_

**INMATE NAME** _TROYA, DANIEL_
**DC#** _W14211_   **RACE/SEX** _W/m_
**DATE OF BIRTH** _4-22-83_
**INSTITUTION** _ZEPCI_

Signature/Stamp _[signature]_

MARGARET PRESTON
SR. LPN
ZEPHYRHILLS CI

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services.

DC4-692 (8/99) Page 1 of 2

Troya013682

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

**SHIFT MENTAL HEALTH NURSING ASSESSMENT**

Check one:   CSU ☐
TCU ☐
☑ Infirmary Isolation Management Room

Date/Time _12-19-00   0645_   Shift _12A 8A_

**SUBJECTIVE COMMENTS**
_I was just mad and I didn't really want to hurt myself._

**OBJECTIVE (Check All That Apply)**

**Appearance:** ☐ Well Groomed  ☑ Somewhat Disheveled  ☐ Unkempt

**Current Behavior:**
☑ Quiet    ☐ Assaultive    ☐ Agitated    ☐ Nonverbal
☐ Cursing    ☐ Threatening    ☐ Anxious    ☐ Withdrawn
☐ Self-injurious    ☐ Pacing    ☑ Cooperative
☐ Appears to be responding to voices, commands, etc.

**Orientation:** ☑ Person   ☑ Place   ☑ Time   ☑ Situation

**Memory:** ☑ Intact   ☐ Impaired (explain): _____

**Eye contact:** ☑ Good   ☐ Fair   ☐ Poor   ☐ None

**Speech:** ☑ Normal   ☐ Incoherent   ☐ Loud   ☐ Nonverbal*  ☐ Other*
*Requires comment on back

**Mood:**
☑ Pleasant    ☐ Angry    ☐ Hostile    ☑ Depressed    ☐ Labile
☐ Tense    ☐ Fearful    ☐ Tearful    ☐ Irritable

**Affect:**
☐ Normal    ☐ Labile (changing)    ☐ Restricted    ☐ Broad
☐ Blunted    ☐ Flat    ☐ Nonverbal

**Thought Content:** Is inmate hearing voices or conversations which others cannot hear?   ☐ Yes  ☑ No
If yes, describe: _____
Is inmate seeing visions of anything which others cannot see?   ☐ Yes  ☑ No
If yes, describe: _____

**Perception:** Is inmate experiencing delusions (e.g., believes s/he is being poisoned, can read minds)?   ☐ Yes  ☑ No
If yes, describe: _____

**Self-Injury/Suicidal/** Ideas?   ☑ No   ☐ Yes (describe): _____
**Homicidal:** Threats?   ☑ No   ☐ Yes (describe): _not at this time._
Plan?   ☑ No   ☐ Yes (describe): _____

**Hygiene:** Shower _at this pt_  ☐ Self   ☐ Assist   ☐ Refused (requires comment on back)

**Appetite:** % of food consumed  B _100%_  L ___  D ___   ☐ Refused (requires comment on back)

**Sleep:** # of hours _None_ (reported by inmate during last 24 hours).

**Med side effects?** ☑ No ☐ Yes (requires description on back)   AIMS done?  ☐ No  ☐ Yes
**Alteration in skin integrity?:** ☑ No ☐ Yes ALL ALTERATIONS IN SKIN INTEGRITY (INCLUDING BRUISES) REQUIRE DAILY DESCRIPTION ON BACK UNTIL RESOLVED.
Medical complaints? ☑ No   ☐ Yes (explain on back)   ☐ Nonverbal
Dental complaints? ☑ No   ☐ Yes (explain on back)   ☐ Nonverbal

Enter additional comments on back.

**ASSESSMENT (Address Problem by ISP Number When Appropriate)**
_pleasant cooperative but depressed and seemingly abashed at himself_

**PLAN**
_Continue SOS status until removed._

**INMATE NAME** _Troya Odniel_
**DC#** _W14211_   **RACE/SEX** _W M_
**DATE OF BIRTH** _4-22-83_
**INSTITUTION** _ZEPCI_

Signature/Stamp   L.SUNDERLAND SRN   ZEPCI

DC4-692 (8/99) Page 1 of 2

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services

Troya013683

**FLORIDA DEPARTMENT OF CORRECTIONS**
## INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE
### ITEMS WITH AN ASTERISK (*) MUST BE CHARTED IN NOTES

Date: 12/18/06

| SKIN ASSESSMENT | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| WARM | | * | | * | | * ✓ |
| DRY | | * | | * | ✓ | * |
| INTACT | | * | | * | ✓ | * |
| DUSKY | * | | * | | * | ✓ |
| CYANOTIC | * | | * | | * | ✓ |
| BRUISES | * | | * | | * | ✓ |
| RASH | * | | * | | * | ✓ |
| INCISION | * | | * | | * | ✓ |
| CAST | * | | * | | * | ✓ |
| DECUBITI | * | | * | | * | ✓ |
| IV SITE | * | | * | | * | ✓ |

*OTHER_____

| NEUROLOGICAL | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| ALERT MENTALLY | | * | | * | ✓ | * |
| ORIENTED X 3 | | * | | * | ✓ | * |
| SPEECH CLEAR | | * | | * | ✓ | * |
| MOVES ARMS | | * | | * | ✓ | * |
| LEGS | | * | | * | ✓ | * |
| FOLLOWS COMMANDS | | * | | * | ✓ | * |
| COMATOSE | * | | * | | * | ✓ |
| LETHARGIC | * | | * | | * | ✓ |

Night:  Mood_____  Affect_____
Day:  Mood_____  Affect_____
Evening:  Mood _quiet_  Affect _cooperative_

*OTHER_____

| RESPIRATORY | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| EUPNEIC | | * | | * | ✓ | * |
| LUNGS CLEAR | | * | | * | ✓ | * |
| COUGH | * | | * | | * | ✓ |
| SOB | * | | * | | * | ✓ |
| TRACH | * | | * | | * | ✓ |
| TACHYPNEIC | * | | * | | * | ✓ |
| INC. SPIROMETER | * | | * | | * | ✓ |
| $O_2$ | * | | * | | * | ✓ |

*OTHER_____

| CARDIOVASCULAR | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| REGULAR | | * | | * | ✓ | * |
| PULSES PRESENT: | | | | | | |
| R RADIAL | | * | | * | ✓ | * |
| L RADIAL | | * | | * | ✓ | * |
| R PEDAL | | * | | * | ✓ | * |
| L PEDAL | | * | | * | ✓ | * |

*APICAL HEART RATE: _____

*Edema (location) 1+ 2+ 3+ 4+ _____  _____  _____

*OTHER_____

| GENITOURINARY | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| URINE: | | * | | * | ✓ | * |
| CLEAR | | | | | ✓ | |
| AMBER | | | | | | ✓ |
| STRAW | | | | | ✓ | |
| CONCENTRATED | | | | | ✓ | |
| SEDIMENT | | | | | | ✓ |
| CLOTS | * | | * | | * | ✓ |
| DYSURIA | * | | * | | * | ✓ |
| INCONTINENT | * | | * | | * | ✓ |
| FOLEY | * | | * | | * | ✓ |

*OTHER_____

| GASTROINTESTINAL | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| ABDOMEN: | | | | | ✓ | |
| SOFT | | * | | * | ✓ | * |
| B.S. PRESENT | | * | | * | ✓ | * |
| DISTENDED | * | | * | | * | ✓ |
| TENDER | * | | * | | * | ✓ |
| NAUSEA | * | | * | | * | ✓ |
| VOMITING | * | | * | | * | ✓ |
| DIARRHEA | * | | * | | * | ✓ |
| CONSTIPATION | * | | * | | * | ✓ |
| INCONTINENT | * | | * | | * | ✓ |

*OTHER_____

ALLERGIES:_____

INMATE NAME _Troya Daniel_
DC# _W14211_  R/S _M_
DATE OF BIRTH _____
INSTITUTION _Zephyr_

Signature/Stamp Nights _____

SignatureStamp Days _____

Signature/Stamp/Eve _Y Rebedrew_ _____ SCHUTZ SRN
ZEPHYRHILLS CI

INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE
DC4-684 (9/98)

Troya013684

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

Check one:  ☐ SU
☐ TCU
☒ Infirmary Isolation Management Room

# SHIFT MENTAL HEALTH NURSING ASSESSMENT

Date/Time 12-18-00  1300                      Shift  8-4pm

SUBJECTIVE COMMENTS: _She doing ok "I'm not suicidal"_

---

**OBJECTIVE (Check All That Apply)**

**Appearance:** ☐ Well Groomed  ☒ Somewhat Disheveled  ☐ Unkempt

**Current Behavior:**
☒ Quiet      ☐ Assaultive    ☐ Agitated    ☐ Nonverbal
☐ Cursing    ☐ Threatening   ☐ Anxious     ☐ Withdrawn
☐ Self-injurious  ☐ Pacing    ☒ Cooperative
☐ Appears to be responding to voices, commands, etc.

**Orientation:** ☒ Person    ☒ Place    ☒ Time    ☒ Situation

**Memory:** ☒ Intact    ☐ Impaired (explain): _____

**Eye contact:** ☒ Good    ☐ Fair    ☐ Poor    ☐ None

**Speech:** ☒ Normal    ☐ Incoherent    ☐ Loud    ☐ Nonverbal*  ☐ Other*
*Requires comment on back

**Mood:**
☐ Pleasant   ☐ Angry    ☐ Hostile    ☒ Depressed   ☐ Labile
☐ Tense      ☐ Fearful  ☐ Tearful    ☐ Irritable

**Affect:**
☒ Normal     ☐ Labile (changing)   ☐ Restricted   ☐ Broad
☐ Blunted    ☐ Flat                ☐ Nonverbal

**Thought Content:** Is inmate hearing voices or conversations which others cannot hear?   ☐ Yes  ☒ No
If yes, describe:_____
Is inmate seeing visions of anything which others cannot see?   ☐ Yes  ☒ No
If yes, describe:_____

**Perception:** Is inmate experiencing delusions (e.g., believes s/he is being poisoned, can read minds)?   ☐ Yes  ☒ No
If yes, describe:_____

**Self-Injury/Suicidal/ Homicidal:**
Ideas?    ☒ No   ☐ Yes (describe):_____
Threats?  ☒ No   ☐ Yes (describe):_____
Plan?     ☒ No   ☐ Yes (describe):_____

**Hygiene:** Shower   ☒ Self   ☐ Assist   ☐ Refused (requires comment on back)

**Appetite:** % of food consumed  B _____  L 100%  D _____   ☐ Refused (requires comment on back)

**Sleep:** # of hours  5 ettes shif (reported by inmate during last 24 hours).

**Med side effects?** ☒ No ☐ Yes (requires description on back)   AIMS done?  ☐ No  ☐ Yes

**Alteration in skin integrity?:** ☒ No ☐ Yes ALL ALTERATIONS IN SKIN INTEGRITY (INCLUDING BRUISES) REQUIRE DAILY DESCRIPTION ON BACK UNTIL RESOLVED.
Medical complaints? ☐ No   ☐ Yes (explain on back)   ☐ Nonverbal
Dental complaints? ☐ No    ☐ Yes (explain on back)   ☐ Nonverbal

Enter additional comments on back.

**ASSESSMENT (Address Problem by ISP Number When Appropriate)**
_Pt Stable in no distress no complaints eating &_
_drinking, condition ok_

**PLAN**
_Cont to monitor on SOS' as ordered_

**INMATE NAME** _Troya Dawick_
**DC#** 601421             **RACE/SEX** _W/m_
**DATE OF BIRTH** 4-22-83                                    JOE B. DALY, SRN
**INSTITUTION** _7.0.s.I_              Signature/Stamp

DC4-692 (8/99) Page 1 of 2

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services

Troya013685

## FLORIDA DEPARTMENT OF CORRECTIONS
## INFIRMARY PATIENT ASSESSMENT/NURSING PROGRESS NOTE
### ITEMS WITH AN ASTERISK (*) MUST BE CHARTED IN NOTES

Date: 12-17-00

| SKIN ASSESSMENT | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| WARM | | * | ✓ | * | | * |
| DRY | | * | ✓ | * | | * |
| INTACT | | * | ✓ | * | | * |
| DUSKY | * | | * | ✓ | * | |
| CYANOTIC | * | | * | ✓ | * | |
| BRUISES | * | | * | ✓ | * | |
| RASH | * | | * | ✓ | * | |
| INCISION | * | | * | ✓ | * | |
| CAST | * | | * | ✓ | * | |
| DECUBITI | * | | * | ✓ | * | |
| IV SITE | * | | * | ✓ | * | |

*OTHER _____

| NEUROLOGICAL | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| ALERT MENTALLY | | * | ✓ | * | | * |
| ORIENTED X 3 | | * | ✓ | * | | * |
| SPEECH CLEAR | | * | ✓ | * | | * |
| MOVES ARMS | | * | ✓ | * | | * |
| LEGS | | * | ✓ | * | | * |
| FOLLOWS COMMANDS | | * | ✓ | * | | * |
| COMATOSE | * | | * | ✓ | * | |
| LETHARGIC | * | | * | ✓ | * | |

Night:   Mood_____ Affect_____
Day:   Mood_____ Affect_____
Evening:   Mood_____ Affect_____

*OTHER _____

| RESPIRATORY | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| EUPNEIC | | * | ✓ | * | | * |
| LUNGS CLEAR | | * | ✓ | * | | * |
| COUGH | * | | * | ✓ | * | |
| SOB | * | | * | ✓ | * | |
| TRACH | * | | * | ✓ | * | |
| TACHYPNEIC | * | | * | ✓ | * | |
| INC. SPIROMETER | * | | * | ✓ | * | |
| $O_2$ | * | | * | ✓ | * | |

*OTHER _____

| CARDIOVASCULAR | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| REGULAR | | * | | * | | * |
| PULSES PRESENT: | | | | | | |
| R RADIAL | | * | | * | | * |
| L RADIAL | | * | | * | | * |
| R PEDAL | | * | | * | | * |
| L PEDAL | | * | | * | | * |

APICAL HEART RATE:  72

*Edema (location) 1+2+3+4+ _____ ⊖

*OTHER _____

| GENITOURINARY | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| URINE: | | * | ✓ | * | — | * |
| CLEAR | | | ✓ | | | |
| AMBER | | | | ✓ | | |
| STRAW | | | ✓ | | | |
| CONCENTRATED | | | | ✓ | | |
| SEDIMENT | | | | ✓ | | |
| CLOTS | * | | * | ✓ | * | |
| DYSURIA | * | | * | ✓ | * | |
| INCONTINENT | * | | * | ✓ | * | |
| FOLEY | * | | * | ✓ | * | |

*OTHER _____

| GASTROINTESTINAL | Night Y | Night N | Day Y | Day N | Evening Y | Evening N |
|---|---|---|---|---|---|---|
| ABDOMEN: | | | — | | — | |
| SOFT | | * | ✓ | * | | * |
| B.S. PRESENT | | * | ✓ | * | | * |
| DISTENDED | * | | * | ✓ | * | |
| TENDER | * | | * | ✓ | * | |
| NAUSEA | * | | * | ✓ | * | |
| VOMITING | * | | * | ✓ | * | |
| DIARRHEA | * | | * | ✓ | * | |
| CONSTIPATION | * | | * | ✓ | * | |
| INCONTINENT | * | | * | ✓ | * | |

*OTHER _____

ALLERGIES: NKDA

INMATE 0-W14211 TM 07 10/26/2000 ——
DC# _____
DATE TROYA, DANIEL _____
INSTI
INFIRM W/M DOB 04/22/1983 (17) EE OGRESS NOTE
Troya013686 (98)

Signature/Stamp Nights _____

SignatureStamp Days _____ [signature] _____ JAN JACKO, SRN ZEPHYRHILLS C.I.

Signature/Stamp/Eve _____ [signature] _____ JAN JACKO, SRN ZEPHYRHILLS C.I.

Page 1 of 2

## FLORIDA DEPARTMENT OF CORRECTIONS
## INPATIENT ADMISSION NURSING ASSESSMENT

Date  12-17-00          Time  7/00          Height  5'11
                                            Weight  202

CHRONIC ILLNESS (LIST)_____

| ALLERGIES: | MEDICATION (LIST DRUG AND REACTION): | FOOD AND TYPE REACTION: |
|---|---|---|
| (✓) NKDA | NONE KNOWN | NONE KNOWN |

Arrived via _____    Admitted from  Hills .C.I

**VITAL SIGNS**  **PERSONAL APPEARANCE**  **COMMUNICATION NEEDS**

T  976         ( ) Well groomed        (✓) Verbal _____ Primary language
P  88          (✓) Somewhat disheveled ( ) Nonverbal _____
R  16          ( ) Comments            ( ) Does not communicate _____
BP (R)  98/70  (L) _____          ( ) Speech impairment (type) _____
Other  w⁻ 202 Ht 5'11   DNR/AD DIR _____ yes _____ no _____ NA

| BATHES | YES | NO | BLADDER FUNCTION | YES | NO | FEEDING SELF | YES | NO | SKIN |
|---|---|---|---|---|---|---|---|---|---|
| Self | ✓ | | Continent | ✓ | | Needs help | | ✓ | (✓) Warm |
| Assistance | | ✓ | Ostomy/self-care | | | Special device | | | (✓) Dry |
| Equipment | | ✓ | Self-catheterization | | | Dentures | | | (✓) Moist |
| **DRESSES** | | | External device/cath. | | | **BOWEL FUNCTION** | | | (✓) Pink |
| Self | ✓ | | Bladder training | | | Pattern | | | ( ) Pale |
| Assistance | | | **SKIN CONDITIONS** | | | Continent | ✓ | | ( ) Dusky |
| Equipment | | | Abrasions/lacerations | | | Ostomy self-care | | | ( ) Cyanotic |
| **TOILETS** | | | Bruises | | | Date of last BM | | | ( ) Jaundiced |
| Self | ✓ | | Rash | | | | | | ( ) Flushed |
| Assistance | | | Decubitus | | | **AMBULATORY DEVICES** | | | |
| Equipment | | | | | | | | | |

**MUSCULOSKELETAL ASSESSMENT:**    **LIMB MOVEMENT:**    **SKELETAL:**

(✓) Moves all extremities        ( ) Contractures
( ) Limitation of motion - type  ( ) Arthritis
                                 ( ) Fractures
( ) Prostheses - type            ( ) Amputation
                                 ( ) Deformities

( ) SKIN BREAKDOWN POTENTIAL
(✓) SKIN INTACT

**ADDITIONAL FINDINGS**

_____
_____
_____
_____
_____
_____

INMA  0-W14211 TM 07 10/26/2000
DC#
DATE  TROYA, DANIEL
INST  W/M DOB 04/22/1983 (17) EE

INPATIENT ADMISSION NURSING ASSESSMENT                     Page One
DC4-732 (2/98)
Troya013687

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### GRAPHIC CHART

| DATE | 12-17-00 | | | | | | 12-18-00 | | | | | | 12-19 | | | | | | 12-20 | | | | | | 12-21 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | | AM | | | PM | | |
| HOUR | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 |

**TEMPERATURE**
- 104
- 103
- 102
- 101
- 100
- 99
- 98
- 97
- 96

**PULSE**
- 140
- 130
- 120
- 110
- 100
- 90
- 80
- 70
- 60

| RESPIRATION | 16 | 16 | | | | | | | | | | | 18 | 18 | | | | | | | | | | | | | | | | |

HT: 5'11"

WT: 202#

| | Blood Pressure | | Blood Pressure | | Blood Pressure | | Blood Pressure | | Blood Pressure | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12a | 12p | 12a | 12p | 12a | 12p | 12a | 12p | 12a | 12p |
| | 4a | 4p | 4a | 4p | 4a | 4p | 4a | 4p | 4a | 4p |
| | 8a | 8p | 8a | 8p | 8a | 8p | 8a | 8p | 8a | 8p |

**STOOLS**

| HOUR | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTAKE  P O | | | | | | | | | | | | | | | |
| IV-SC | | | | | | | | | | | | | | | |
| 24-HR. TOTAL | | | | | | | | | | | | | | | |

**URINE**

**OUTPUT OTHER**

**24-HR. TOTAL**

Inma
DC# 0-W14211 TM 07 10/26/2000 ——
Date
Insti TROYA, DANIEL
GRA
DC4 W/M DOB 04/22/1983(17)  EE

Troya013688

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
OBSERVATION CHECKLIST

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date _12-18-00_    Institution _ZEP CI_

Reason for observation/seclusion _SUICIDAL GESTURE : SWALLOWED EXCESSIVE # OF PILLS_

Time/date placed on observation/seclusion _12-17-00    0045_    by_____

Time/date discontinued from observation/seclusion _____    by_____

Suicide Observation Status:    ___ Not applicable    ✓ SOS-1 (15-min. checks)    ___ SOS-2 (30-min. checks)
                                ___ Continuous

Nonsuicide Precaution Level:    ___ Minimum (hourly observation)    ___ Medium (30-min. observation)
                                ___ Maximum (15-min. observation)

Items Allowed (check yes or no for each item):        On Medications:    ___ Yes    ___ No

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| | ✓ | Undergarments | ✓ | | Shroud |
| ✓ | | Suicidal blanket | | ✓ | Reading material |
| ✓ | | Mattress | | | |

**SECTION TWO (To be completed by security or nursing staff)**

Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION         TIME VISUAL CHECKS MADE ON INMATE

1. Beating on door/wall*
2. Yelling or screaming*
3. Crying*
4. Cursing
5. Laughing
6. Singing
7. Mumbling incoherently
8. Mute
9. Talking to staff
10. Talking to peers
11. Talking to self/wall
12. Standing still
13. Walking
14. Lying or sitting
15. Quiet
16. Sleeping
17. Meals a) Taken b) Refused
18. Fluids a) Taken b) Refused
19. Bath/shower:
    a) Taken b) Refused
20. Toilet
21. Out of cell (indicate inmate's location in appropriate time slots)
22. Bathroom/bedpan/urinal:
    a) Used b) Refused
23. _____
24. _____

MEDICAL ONLY:

| Time | | | Time | | | Time | | |
|---|---|---|---|---|---|---|---|---|
| 2400 | 16 | 8 | 0800 | 16 TBO | | 1600 | 13 | 44 |
| 0015 | 16 | 8 | 0815 | 16 TBO | | 1615 | 13 | 44 |
| 0030 | 16 | 8 | 0830 | 16 TBO | | 1630 | 13,15 | |
| 0045 | 16 | 8 | 0845 | 16 TBO | | 1645 | 13 15 | |
| 0100 | 16 | 8 | 0900 | 16 TBO | | 1700 | 13, 15 | |
| 0115 | 16 | 8 | 0915 | 16 TBO | | 1715 | 13, 15 | |
| 0130 | 16 | 8 | 0930 | 16 TBO | | 1730 | 13 | 15 |
| 0145 | 16 | 8 | 0945 | 16 TBO | | 1745 | 13 | 5 |
| 0200 | 16 | 8 | 1000 | 12,13 TBO | | 1800 | | |
| 0215 | 16 | 8 | 1015 | 12,15 TBO | | 1815 | | |
| 0230 | 16 | 8 | 1030 | 12,15 TBO | | 1830 | | |
| 0245 | 16 | 8 | 1045 | 12,15 TBO | | 1845 | | |
| 0300 | 16 | 8 | 1100 | 12,15 TBO | | 1900 | 14,15 | |
| 0315 | 16 | 8 | 1115 | 12,15 TBO | | 1915 | 14,15 | |
| 0330 | 16 | 8 | 1130 | 12,15 TBO | | 1930 | 14,15 | |
| 0345 | 16 | 8 | 1145 | 9,13 TBO | | 1945 | 14,15 | |
| 0400 | 16 | 8 | 1200 | 12,15 TBO | | 2000 | 14,15 | |
| 0415 | 16 | 8 | 1215 | 12,15 TBO | | 2015 | 14,15 | |
| 0430 | 16 | 8 | 1230 | 12,15 TBO | | 2030 | | |
| 0445 | 16 | 8 | 1245 | 12,15 TBO | | 2045 | | |
| 0500 | 16 | 8 | 1300 | 12,15 TBO | | 2100 | | |
| 0515 | 16 | 8 | 1315 | 12,15 TBO | | 2115 | | |
| 0530 | 16 | 8 | 1330 | 14,15 TBO | | 2130 | 14,15 | |
| 0545 | 16 | 8 | 1345 | 14,15 TBO | | 2145 | 14,15 | |
| 0600 | 16 | 8 | 1400 | 14,15 TBO | | 2200 | | |
| 0615 | 17a | 8 | 1415 | 14,15 TBO | | 2215 | 14,15 | |
| 0630 | 14,15 | 8 | 1430 | 14,15 TBO | | 2230 | | |
| 0645 | 12,15 | 8 | 1445 | 14,15 TBO | | 2245 | | |
| 0700 | 14,15 | 8 | 1500 | 14,15 TBO | | 2300 | | |
| 0715 | | | 1515 | 14,15 TBO | | 2315 | | |
| 0730 | | | 1530 | 14,15 TBO | | 2330 | 17,15 | |
| 0745 | | | 1545 | 14,15 TBO | | 2345 | | |

Shroud/Blanket/Mattress Check    Night shift ☑    Day shift ☑    Evening shift ☐

CODE AND INITIALS ARE REQUIRED ON THE ABOVE TIME LINES PER PRECAUTION LEVEL

Staff signature and stamp    STEPHEN BRUNT    Initials
                             CMTC ZEPCI
                             JOE B. DALY, SRN

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form.

Inmate Name _TROYA, DANIEL_    This form is not to be amended, revised, or altered without approval
DC# _W14211_    Race/Sex _W/M_    of the Deputy Assistant Secretary for Health Services Administration.
Date of Birth _4-22-83_    A copy shall be forwarded to the chief correctional officer
Institution _ZEP CI_    upon completion.

Troya013689
...RVATION CHECKLIST/RESTRAINT OBSERVATION CHECKLIST

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### OBSERVATION CHECKLIST

**SECTION ONE (To be completed by Medical/Mental Health staff)**

Date __12-17-00__   Institution __ZEP CI__

Reason for observation/seclusion __SUICIDAL GESTURE — SWALLOWED EXCESSIVE # OF PILLS__

Time/date placed on observation/seclusion __12-17-00   0045__   by_____

Time/date discontinued from observation/seclusion _____   by_____

Suicide Observation Status: ___ Not applicable  _✓_ SOS-1 (15-min. checks) ___ SOS-2 (30-min. checks)
___ Continuous

Nonsuicide Precaution Level: ___ Minimum (hourly observation)   ___ Medium (30-min. observation)
___ Maximum (15-min. observation)

Items Allowed (check yes or no for each item):   On Medications: ___ Yes  _✓_ No

Yes  No
___ _✓_ Undergarments
_✓_ ___ Suicidal blanket
_✓_ ___ Mattress

Yes  No
___ ___ Shroud
___ _✓_ Reading material

**SECTION TWO (To be completed by security or nursing staff)**

Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION

1. Beating on door/wall*
2. Yelling or screaming*
3. Crying*
4. Cursing
5. Laughing
6. Singing
7. Mumbling Incoherently
8. Mute
9. Talking to staff
10. Talking to peers
11. Talking to self/wall
12. Standing still
13. Walking
14. Lying or sitting
15. Quiet
16. Sleeping
17. Meals a) Taken  b) Refused
18. Fluids a) Taken  b) Refused
19. Bath/shower:
    a) Taken  b) Refused
20. Toilet
21. Out of cell (indicate inmate's location in appropriate time slots)
22. Bathroom/bedpan/urinal:
    a) Used  b) Refused
23. _____
24. _____

MEDICAL ONLY:

**TIME VISUAL CHECKS MADE ON INMATE**

| Time | Check | Time | Check | Time | Check |
|---|---|---|---|---|---|
| 2400 | — | 0800 | 16 | 1600 | 14-15 |
| 0015 | — | 0815 | 16 | 1615 | BA-18A |
| 0030 | — | 0830 | 16 | 1630 | 14-15 |
| 0045 | 9 | 0845 | 16 | 1645 | 14-15 |
| 0100 | 17a | 0900 | 16 | 1700 | 14-15 |
| 0115 | 14,15 | 0915 | 16 | 1715 | 14-15 |
| 0130 | 14,15 | 0930 | 16 | 1730 | 14-15 |
| 0145 | 16 | 0945 | 15-9 | 1745 | 14-15 |
| 0200 | 16 | 1000 | 14-15 | 1800 | 14-15 |
| 0215 | 16 | 1015 | 14-15 | 1815 | 14-15 |
| 0230 | 16 | 1030 | 14-15 | 1830 | 14-15 |
| 0245 | 16 | 1045 | 14-15 | 1845 | 9-12 |
| 0300 | 16 | 1100 | 14-15 | 1900 | 14-15-18A |
| 0315 | 16 | 1115 | 17A 18A | 1915 | 14-15 |
| 0330 | 16 | 1130 | 14-15 | 1930 | 14-15 |
| 0345 | 16 | 1145 | 14-15 | 1945 | 14-15 |
| 0400 | 16 | 1200 | 16 | 2000 | 14-15 |
| 0415 | 16 | 1215 | 16 | 2015 | 16 |
| 0430 | 16 | 1230 | 16 | 2030 | 16 |
| 0445 | 16 | 1245 | 16 | 2045 | 16 |
| 0500 | 16 | 1300 | 16 | 2100 | 16 |
| 0515 | 16 | 1315 | 14-15 | 2115 | 16 |
| 0530 | 16 | 1330 | 14-15 | 2130 | 16 |
| 0545 | 16 | 1345 | 14-15 | 2145 | 16 |
| 0600 | 14 15 | 1400 | 14-15 | 2200 | 16 |
| 0615 | 17 | 1415 | 14-15 | 2215 | 16 |
| 0630 | 14,15 | 1430 | 14-15 | 2230 | 16 |
| 0645 | 14 | 1445 | 14-15 | 2245 | 16 |
| 0700 | 14,15 | 1500 | 12 | 2300 | 16 |
| 0715 | 14,15 | 1515 | 12 | 2315 | 16 |
| 0730 | 16 | 1530 | 13 | 2330 | 16 |
| 0745 | 16 | 1545 | 14-15 | 2345 | 16 |

Shroud/Blanket/Mattress Check   Night shift ☑   Day shift ☑   Evening shift ☑

CODE AND INITIALS ARE REQUIRED ON THE ABOVE TIME LINES PER PRECAUTION LEVEL

Staff signature and stamp   STEPHEN BRUNT   Initials
C.M.T.C. ZEPCI

JAN JACKO, SRN
ZEPHYRHILLS C.I.

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form.

Inmate Name __TROYA, DANIEL__   This form is not to be amended, revised, or altered without approval
DC# __W14211__   Race/Sex __W/M__   of the Deputy Assistant Secretary for Health Services Administration.
Date of Birth __4-22-83__   A copy shall be forwarded to the chief correctional officer
Institution __Zep CI__   upon completion.

OBSERVATION CHECKLIST/RESTRAINT OBSERVATION CHECKLIST

Troya013690

FL  .AIDA DEPARTMENT OF CORRECT  JNS
DISCHARGE SUMMARY

PATIENT: *Troya, Daniel*

NUMBER: *W14211*

DATE OF ADMISSION: *12-17-00*

DATE OF DISCHARGE:

Troya013691B

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
OBSERVATION CHECKLIST

**SECTION ONE** (To be completed by Medical/Mental Health staff)

Date 12-19-00     Institution Zepct

Reason for observation/seclusion Suicidal Gesture Swallowed pills.

Time/date placed on observation/seclusion 12-17-00 0045    by Fernandez

Time/date discontinued from observation/seclusion _____ by ___.

Suicide Observation Status: ____ Not applicable ✓ SOS-1 (15-min. checks) ____ SOS-2 (30-min. checks)
____ Continuous

Nonsuicide Precaution Level: ____ Minimum (hourly observation) ____ Medium (30-min. observation)
____ Maximum (15-min. observation)

Items Allowed (check yes or no for each item):    On Medications: ____ Yes ____ No

| Yes | No | | Yes | No | |
|---|---|---|---|---|---|
| | ✓ | Undergarments | ✓ | | Shroud |
| ✓ | | Suicidal blanket | | ✓ | Reading material |
| ✓ | | Mattress | | | |

**SECTION TWO** (To be completed by security or nursing staff)

Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

CODE EXPLANATION     TIME VISUAL CHECKS MADE ON INMATE

| CODE EXPLANATION | | | | | | |
|---|---|---|---|---|---|---|
| 1. Beating on door/wall* | 2400 | 16 | 0800 | 16 | 1600 | |
| 2. Yelling or screaming* | 0015 | 16 | 0815 | 16 | 1615 | |
| 3. Crying* | 0030 | 16 | 0830 | 16 | 1630 | |
| 4. Cursing | 0045 | 16 | 0845 | 16 | 1645 | |
| 5. Laughing | 0100 | 16 | 0900 | 16 | 1700 | |
| 6. Singing | 0115 | 16 | 0915 | 16 | 1715 | |
| 7. Mumbling Incoherently | 0130 | 16 | 0930 | 16 | 1730 | |
| 8. Mute | 0145 | 16 | 0945 | 16 | 1745 | |
| 9. Talking to staff | 0200 | 16 | 1000 | 16 | 1800 | |
| 10. Talking to peers | 0215 | 16 | 1015 | 16 | 1815 | |
| 11. Talking to self/wall | 0230 | 16 | 1030 | 16 | 1830 | |
| 12. Standing still | 0245 | 16 | 1045 | 2 15 | 1845 | |
| 13. Walking | 0300 | 16 | 1100 | 16 | 1900 | |
| 14. Lying or sitting | 0315 | 16 | 1115 | 16 | 1915 | |
| 15. Quiet | 0330 | 16 | 1130 | 16 | 1930 | |
| 16. Sleeping | 0345 | 16 | 1145 | 14, 15 | 1945 | |
| 17. Meals a) Taken b) Refused | 0400 | 16 | 1200 | 14, 15 | 2000 | |
| 18. Fluids a) Taken b) Refused | 0415 | 16 | 1215 | | 2015 | |
| 19. Bath/shower: | 0430 | 16 | 1230 | | 2030 | |
|    a) Taken b) Refused | 0445 | 16 | 1245 | | 2045 | |
| 20. Toilet | 0500 | 16 | 1300 | | 2100 | |
| 21. Out of cell (indicate inmate's location in appropriate time slots) | 0515 | 16 | 1315 | | 2115 | |
| | 0530 | 16 | 1330 | | 2130 | |
| | 0545 | 16 | 1345 | | 2145 | |
| 22. Bathroom/bedpan/urinal: a) Used b) Refused | 0600 | 17a, 10, | 1400 | | 2200 | |
| | 0615 | 14, 15 | 1415 | | 2215 | |
| 23. VS done b refused | 0630 | 23a, 9 | 1430 | | 2230 | |
| 24. _____ | 0645 | 14, 15 | 1445 | | 2245 | |
| | 0700 | 14, 15 | 1500 | | 2300 | |
| MEDICAL ONLY: | 0715 | | 1515 | | 2315 | |
| | 0730 | 14, 15 | 1530 | | 2330 | |
| | 0745 | 16 | 1545 | | 2345 | |

Shroud/Blanket/Mattress Check   Night shift ☑    Day shift ☐    Evening shift ☐

CODE AND INITIALS ARE REQUIRED ON THE ABOVE TIME LINES PER PRECAUTION LEVEL

Staff signature and stamp          Initials

_Sunderland_ R.     L.SUNDERLAND SRN    ZEPCI     JS

Note: Additional signatures, stamps, and corresponding initials are to be entered on back of form.

Inmate Name Troya, Daniel     This form is not to be amended, revised, or altered without approval
DC# W14211   Race/Sex W M     of the Deputy Assistant Secretary for Health Services Administration.
Date of Birth 4-22-83     A copy shall be forwarded to the chief correctional officer
Institution Zep CI     upon completion.

Troya013692

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE**

| DATE/TIME | Brevard CI |
|---|---|
| 2 7 DEC 2002 0800 | S-Inmate seen for 30 day confinement review. |
| | 019 year old white male serving 3 years for grand theft auto. He is currently an S-I. |
| | Mental status reveals inmate oriented x3, memory intact for recent and remote, mood euthymic, affect congruent, denies suicidal ideation, future oriented, no psychotic symptoms noted, says he is eating and sleeping well. |
| | Inmate says he is "fine" and "ain't worried" about possible escape charges to be filed against him. He says he has no need for psychological services at this time but is aware of how to access us if need be. |
| | A-Stable and future oriented, with no signs of Axis I disorder. Adjusting well to confinement. |
| | P-send letter to Warden |

Inmate Name   Troya, Daniel
DC#   W14211         R/S   WM
Date of Birth   4-28-83
Institution   BREVARD

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE
DC4-642 (3/96)

Troya013693

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE

| DATE/TIME | BREVARD CORRECTIONAL INSTITUTION |
|---|---|
| 10/14/01 1400 | INCIDENTAL NOTE: NEW ARRIVAL ORIENTATION MENTAL HEALTH RECORD REVIEW COMPLETED. S1 GRADE VERIFIED. PRE-SCREENING FOR MENTAL HEALTH EMERGENCIES CONDUCTED DURING ORIENTATION. INMATE ORIENTED TO ACCESSING PSYCHOLOGICAL SERVICES VERBALLY AND IN WRITING. THE RIGHT TO CONSENT FOR TREATMENT WAS READ AND EXPLAINED PRIOR TO COMPLETING DC4-663. |
| | FLETCHER B. MORGAN, M.A. PSYCHOLOGICAL SPECIALIST BREVARD C.I. |
| 10/30/02 0940 | INCIDENTAL ENTRY: INMATE REQUEST. RECEIVED 10/23/02 ANSWERED 10/23/02 |
| | JEAN SMITH CLERK/TYPIST SPECIALIST F/C BREVARD C.I. |

PATIENT'S IDENTIFICATION (Name: Last,

NAME/DC # _____

RACE/SEX/DOB: _____

4-642 (SP)
BREVARD CORRECTIONAL INSTITUTION

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

S - Subjective Data
O - Objective Data
A - Assessment of S and O Data
P - Plan

Troya013694

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE**

| DATE/TIME | |
|---|---|
| 10/25/01 0215 | *[handwritten clinical notes, largely illegible]* |

*[Signature stamp:]*
JOHN PISANI, M.A.
PSYCHOLOGICAL SPECIALIST
HILLSBOROUGH. CI

Inmate Name _Troya Daniel_
DC# _W14211_   R/S _W/M_
Date of Birth _9-22-83_
Institution _HCI_

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE
DC4-642 (3/96)

Troya013695

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE**

| DATE/TIME | |
|---|---|
| 12/12/00 0900 | *[handwritten clinical note, largely illegible cursive]* |

*(signature)* JOHN PISANI, MA
PSYCH SPEC. HCI

Inmate Name _Troya Daniel_
DC# _W14211_   R/S _W/M_
Date of Birth _4/24/83_
Institution _HCI_

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE
DC4-642 (3/96)

Troya013696

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE

| DATE/TIME | |
|---|---|
| 11/13/00<br>12:40 | 11/4: New S-I Transfer record screen:<br>Identification: 17-yr-old white male serving a 3-yr sentence for Battery (felony); Burglary of an Unoccupied structure or conveyance; Grand Theft. He has 2 yrs probat. to follow. Received by DC from Palm Beach Co. on 10/26/00; Transferred to HILCI in Initial Classification on 11/08/00, Current TRD= 06/02/03.<br>Adjustment: No disciplinary actions to date (2wks)<br>Medical: I/M appears in good health w/ grades P=1 > X=1.<br>Education: 8th grade education; not eligible for special Ed. Beta III IQ estimate = 89, low ave. range.<br>Work: Daily earnings at Chevron Gas station as Auto mechanic Assistant.<br>Serious Abuse: Cannabis used 1-2 x's/wk – Last used 14 – no prior tx. Routine TIER screening at HILCI will re-assess.<br>Suicide Hx: No pertinent incidents reported.<br>Family ΨHx: None reported.<br>I/M ΨHx: No pertinent Hx reported other than an anger mgmt program in West Palm Beach that G was prior to incarceration. No MH contacts other than reception screening since incarceration.<br>Findings/Action: The S-I grade remains applicable. No referrals appear indicated. Notify Classification of status. See I/M by request.<br><br>*Phillip L Bandt, PhD*<br>PHILLIP L. BANDT, PHD<br>SENIOR PSYCHOLOGIST<br>HILLSBOROUGH C.I. |

Inmate Name  Troya, Daniel
DC#  U14211   R/S  W/M
Date of Birth  04/24/83  (17)
Institution  HILCI

S - Subjective data
O - Objective data
A - Assessment of S and O data
P - Plan

CHRONOLOGICAL RECORD OF OUTPATIENT MENTAL HEALTH CARE
DC4-642 (3/96)

Troya013697

STATE OF FLORIDA — DEPARTMENT CORRECTIONS
DISCHARGE SUMMARY FOR INPATIENT MENTAL HEALTH CARE

Page ____ of ____

| GUIDELINES: Use as much space (per heading) on this form as needed. Additional forms can be used if needed. | DATE OF ADMISSION __091102__ DATE OF DISCHARGE __091202__ DATE OF REPORT __091202__ |
| --- | --- |
| | LEVEL OF CARE: TCU _____ CSU _____ INFIRMARY/IMR __X__ |
| | REFERRING INSTITUTION __Brevard CI__ TENTATIVE RELEASE DATE __May 2003__ |

**I   IDENTIFYING DATA** (Age, Sex, Ethnicity, Crime, Sentence, Date entered DC):

I.        19 year old white male serving 3 years for grand theft. Entered Florida DC in November 2000.

**II   REASON FOR ADMISSION** (Behavior Or Circumstances Which Precipitated Admission, Patient's Statements):

II.       Admitted to SOS 091102 2045 due to information received by security that he had swallowed two razor blades and he voiced suicidal ideation upon admission.

**III   RELEVANT MEDICAL AND MENTAL HEALTH HISTORY** (Salient Medical and Mental Health Treatment Before and Since Arrival Into DC)

III.      Has always been an S-1 in Florida DC with no history of IMR or CSU admissions.

**IV   ADMISSION MENTAL STATUS EXAMINATION AND PROVISIONAL ADMISSION DIAGNOSIS:**

IV.       Voiced suicidal ideation upon admission.

**V   SUMMARY OF PHYSICAL EXAM AND LAB TEST RESULTS:**

V.        N/A

**VI   CHRONOLOGY OF TREATMENT AND PATIENT'S PROGRESS** (Specific Problems that were the Focus of Treatment, Interventions Used, Patient's Response to Treatment):

VI.       Rested comfortably in IMR since last evening.

VII.      No depression, future oriented, no signs of any Axis I disorder.

**VII   CURRENT MENTAL STATUS EXAM:**

VIII.     Axis I      v71.09 no diagnosis on Axis I
          Axis II      301.7   Antisocial Personality
                          Disorder
          Axis III     none
          Axis IV      problems with authority
          Axis V       current GAF 75

**VIII   DISCHARGE DIAGNOSIS** (Axis I—V):

IX.       none

X.        follow in normal confinement rounds. He does not meet criteria for S grade increase; no disorder.

**IX   CURRENT MEDICATIONS:**

XI.

**X   RECOMMENDED AFTERCARE** (Problems/Needs Requiring Continued Treatment and at What Level of Care, Action to be Taken to Facilitate Continuity of Care Upon Discharge):

**XI   PARTICIPANTS AND SIGNATURES** (Sr. Psychologist, Psychiatrist):

W. SCOTT WHITACRE, PSY.D.
SENIOR PSYCHOLOGIST
BREVARD CORRECTIONAL INSTITUTION

---

Inmate Name ___Troya, Daniel___
DC# __W14217__        Race/Sex __WM__
Date of Birth _____
Institution ___Brevard CI___

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-657 (Revised 3/00)

Troya013698

```
                              State of Florida                    Printed
IADR071                  Department of Corrections              11/02/2000
  (644)               INTAKE PSYCHOLOGICAL SCREENING               10:42
                   Exam Date: 11/02/2000   Time: 10:31
```

Provider: M228  = MELERO, MIRIAM                    PSYCHOLOGIST

**INMATE NAME: TROYA, DANIEL**                 **DC#: 0-W14211**  Cls.Team: 07
  Received: 10/26/2000   County: PALM BEACH    Rec.Ctr: S.FLA.RECEPTION CTR.
  Race: WHITE     Sex: MALE    Date of Birth: 04/22/1983   Age:  17

  Height: 5' 11"   Weight: 194 lbs  Marital Status:
  Crime: BURGUNOCCSTRUC/CV OR ATT. ; GRAND THEFT O/20,000 L/$100,00 ;
        CURRENT TERM:   3 YR  0 MO  0 DA
  Highest Grade Level Claimed: 08   Special Ed History: No
  Consent for M/H Evaluation & Treatment Form Signed: 10/26/2000

**SUBSTANCE ABUSE HISTORY**  Dt: 10/26/2000   Tm: 13:37  Staff: PILOTO,ROLANDO
                            Primary       Secondary
  Drug of Choice          MARIJUANA
  Route of Adminis.       SMOKING
  Frequency of Use        1-2 TIMES/WK.
  Age at First Use        14 YEARS OLD
  Prior Treatment/Education
      Type of Program       NO PRIOR TREATMENT
      Duration (in days)
      Staff ID: BM01

**TESTS ADMINISTERED:**
    Date: 10/31/2000 Staff: SOTO, JOHANA J
                     Beck Hopelessness Scale Score:    0
                     MMPI-2 Scores: ?=   0  L=   0  F=   0  K=   0  Valid: No
                     Subscale T Scores:
                         HS=   0  DE=   0  HY=   0  PD=   0  MF=   0
                         PA=   0  PT=   0  SC=   0  MA=   0  SI=   0
                     IQ Score:  89   Test Type: BETA II-R

  Comments:

      THE INMATE SCORED WITHIN THE LOW AVERAGE RANGE OF
      INTELLECTUAL FUNCTIONING ON THE BETA III.

      THE BHS WAS NOT ADMINISTERED TO THIS INMATE DUE TO HIS AGE
      (17), AND THE LEVEL OF HOPELESSNESS WILL BE DETERMINED BY
      THE CLINICAL INTERVIEW.

**MENTAL HEALTH HISTORY (Self Reported):**
    Family History .............. No

Troya013699

```
                              State of Florida                    Printed
IADR071              Department of Corrections               11/02/2000
  (644)          INTAKE PSYCHOLOGICAL SCREENING                  10:42
                  Exam Date: 11/02/2000   Time: 10:31
```

Provider: M228  = MELERO, MIRIAM                    PSYCHOLOGIST

**INMATE NAME: TROYA, DANIEL**                    **DC#: 0-W14211**  Cls.Team: 07
   Received: 10/26/2000   County: PALM BEACH     Rec.Ctr: S.FLA.RECEPTION CTR.
   Race: WHITE     Sex: MALE     Date of Birth: 04/22/1983   Age:  17

   Psychiatric Hospitalization     No
   Outpatient History ..........   Yes

       INMATE REPORTED THAT ABOUT FIVE MONTHS AGO HE WAS INVOLVED
       IN AN ANGER MANAGEMENT PROGRAM. AT WEST PALM BEACH.
   Self-Injury/Attempted Suicide   No
   Psychotropic Medications ....   NONE


**EMPLOYMENT HISTORY   (Last 36 months)**
   Total Months Employed:   7    Total Months Unemployed:   29   Number of Jobs: 1
   Type of Jobs: SKILLED LABORER


**CURRENT MENTAL STATUS**
   Appearance ..............     WNL
   Behavior (Appropriate)       WNL
   Behavior (Motor Retard)      WNL
   Behavior (Motor Agita.)      WNL
   Flight of Ideas ........     WNL
   Speech (Hyperkinetic) ..     WNL
   Speech (Hypokinetic) ...     WNL
   Hostility/irritability       WNL
   Depressed ..............     WNL
   Restricted Range Affect      WNL
   Inappropriate Affect ...     WNL
   Anxiety ................     WNL
   Hallucinations .........     WNL
   Type of Hallucinations .     WNL
   Orientation (Time)......     WNL
   Orientation (Place) ....     WNL
   Orientation (Person) ...     WNL
   Circumstantial .........     WNL
   Distractibility ........     WNL
   Delusions ..............     WNL
   Type Delusions .........     WNL
   Current Suicide Risk ...     WNL

   Comments
      NONE

Troya013700

```
                              State of Florida               Printed
IADR071            Department of Corrections               11/02/2000
(644)            INTAKE PSYCHOLOGICAL SCREENING              10:42
               Exam Date: 11/02/2000   Time: 10:31
```

Provider: M228   = MELERO, MIRIAM                    PSYCHOLOGIST

**INMATE NAME: TROYA, DANIEL**              **DC#: 0-W14211**  Cls.Team: 07
  Received: 10/26/2000   County: PALM BEACH     Rec.Ctr: S.FLA.RECEPTION CTR.
  Race: WHITE     Sex: MALE     Date of Birth: 04/22/1983   Age:  17


**SUMMARY/RECOMMENDATIONS**
  **Psyc Grade: S:1**  Reason (if > 1):              Current GAF: 60
  History of Mental Health Disorder: No
  Adaptive Behavior witin Normal Limits:   Yes
  History of Self-Injurious Behavior within past 12 months:   No
  Mental Retarded: No       Impairment Grade: I:
  Mildly Impaired Adaptive Functioning: No
  Needs TCU Services due to Retardation and Moderate Impairment: No
  Needs Pyschiatric Evaluation: NO
  Needs Further Psychological Assessment: No
  Needs Follow-up Case Management: No
  Special Ed Potential: No    Reason:
  Other Comments:

     INMATE IS A 17 YR. OLD W/M. INMATE REPORTED A THREE YEAR
     SENTENCE FOR GRAND THEFT AND BURG./UNOCC./STRUCTURE.

     INMATE ADVISED OF MENTAL HEALTH SERVICES AND
     ACCESS VERBALLY AND IN WRITING. INMATE WAS ALSO ADVISED TO
     THE $4.00 CO-PAYMENT CHARGES.

     INMATE REPORTED TO HAVE COMPLETED THE 8TH GRADE. HE WAS
     EMPLOYED FOR SEVEN MONTHS BEFORE HIS ARREST AT A CHEVRON
     GAS STATION AS AN AUTO MECHANIC ASSISTANT.

     INMATE DENIES ANY MEDICAL AILMENTS OR PHYSICAL PROBLEMS.

     INMATE IS ALERT AND ORIENTED TO TIME, PLACE, SITUATION AND
     PERSON. HIS GROOMING AND HYGIENE ARE APPORPRIATE. HIS MANNER
     UNTROUBLED AS EVIDENCE BY HIS RELAXED POSTURE. INMATE'S
     SPEECH IS TERSE, HE DOES NOT ELABORATE IN HIS ANSWERS BUT
     SAME IS CLEAR AND COHERENT. NO ABNORMALITIES OF THOUGHT,
     AFFECT OR BEHAVIOR, NO GROSS ABNORMALITIES, NO COGNITIVE
     SLIPPAGE. I DID NOT FIND ANY UNUSUAL KINDS OF LOGIC OR
     STRANGE ASSOCIATION. HIS MOOD IS EUTHYMIC WITH A CONGRUENT
     AFFECT. HIS REMOTE, RECENT AND IMMEDIATE MEMORIES APPEAR
     INTACT. NO PSYCHOMOTOR AGITATION OR RETARDATION PRESENT.

     INMATE DENIES ANY DEPRESSION, ANXIETY, FEELING OF
     HOPELESSNESS, ANGER, SLEEP DISTURBANCES, DIMINISHED
     APPETITE, V/A HALLUCINATIONS AND/OR S/H IDEATIONS.
     CURRENT MENTAL STATUS IS WITHIN NORMAL LIMITS ON
     THIS DATE AND TIME. INMATE APPEARS TO BE IN NO
     ACUTE MENTAL HEALTH DISTRESS AND REPORTS NO NEED

Troya013701

```
                               State of Florida                        Printed
IADR071                  Department of Corrections                  11/02/2000
 (644)              INTAKE PSYCHOLOGICAL SCREENING                   10:42
                    Exam Date: 11/02/2000    Time: 10:31


Provider: M228  = MELERO, MIRIAM                      PSYCHOLOGIST
```

**INMATE NAME: TROYA, DANIEL**                    **DC#: 0-W14211**  Cls.Team: 07
  Received: 10/26/2000   County: PALM BEACH     Rec.Ctr: S.FLA.RECEPTION CTR.
  Race: WHITE       Sex: MALE     Date of Birth: 04/22/1983    Age:  17

  FOR PSYCHIATRIC TREATMENT ON THIS DATE.

Programs Recommended                      By
  ACADEMIC     ADULT BASIC ED.             BANKS, DONNA M.


               *** END OF REPORT ***

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## MENTAL STATUS OF CONFINEMENT INMATES

TO: _____Tom Potter_____, Classification Supervisor for Institutional Classification Team

_____Brevard_____ Correctional Institution

FROM: Mental Health Services

DATE: **2 7 DEC 2002**

SUBJECT: Inmate Name __TROYA, DANIEL__ DC# __W14211__

(Check) ☑ AC ☐ DC ☐ PM ☐ CM

The above-referenced inmate has been in confinement, protective management, or close management continuously since __11-26-02__ (date). Mental health staff interviewed the inmate on __2 7 DEC 2002__ (date) and wish to advise (check appropriately):

☑ The inmate shows no signs of significant mental or emotional impairment.

☐ The inmate shows signs of mild to moderate mental or emotional impairment which can be managed on an outpatient basis. Mental health staff will provide necessary outpatient mental health care.

☐ The inmate shows symptomatology that requires inpatient mental health care, and s/he has been referred for admission to the infirmary transitional care unit or crisis stabilization unit.

☐ Recommendations(s): _____

_____

W. SCOTT WHITACRE, PSY.D.
CLINICAL PSYCHOLOGIST
BREVARD CORRECTIONAL INSTITUTION

Staff Signature and Stamp

Distribution: Original—Institutional Classification Team
via Classification Supervisor
Canary—Health Record (Other MH Related
Correspondence)

Inmate Name __TROYA, DANIEL__
DC# __W14211__ _____Race/Sex_____
Date of Birth _____
Institution __BREVARD C.I.__

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-528 (7/02)

Troya013703

DEPARTMENT OF CORRECTIONS
VARD CORRECTIONAL INSTITUTION

PSYCHOLOGICAL SERVICES

REFERRAL FORM

Date: 9-11-02

INMATE NAME: TROYA DANIEL         DC#: W14211

REQUESTED BY: Dr. Almeyda       DEPARTMENT: med

Please describe inmate behavior problem(s) which have caused or are causing concern:

State he swalled II razor blades having family problems

_Linda Clark_

Reply to the above request:

INMATE SEEN 09-12-02 1000.

W. SCOTT WHITACRE, PSY.D.
SENIOR PSYCHOLOGIST
BREVARD CORRECTIONAL INSTITUTION

Received by: _____   Date: _____   Time: _____

Signature and Stamp of responding Mental Health staff:

_W Whitacre Psy.D_                    09-12-02   1100

cc:  Health Record (O.M.H.R.C.)
     Referral Source
     Mental Health Log File

Troya013704

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

HILLSBOROUGH CORRECTIONAL INSTITUTION

MEMO TO:    HILLSBOROUGH CI ICT

FROM:    Mental Health Services

DATE:    10/25/01

SUBJECT:    Results of Psychological Screening Assessment

---

Inmate _Troya, Daniel_ , DC# W14211 was given a psychological screening assessment by a mental health professional on _10/25/01_ .
The following results were obtained:

☑    The inmate shows no signs of significant mental or emotional impairment.

____    The inmate shows signs of mild to moderate mental or emotional impairment which can be managed on an outpatient basis. Mental health staff will provide necessary mental health care.

____    The inmate shows symptomatology that requires inpatient mental health care, and he/she has been referred for admission to an infirmary isolation room, transitional care unit, or crisis stabilization unit.

____    Recommendations: _____

_____

JOHN PISANI, M.A.
Staff Signature/Stamp    PSYCHOLOGICAL SPECIALIST
HILLSBOROUGH, CI

Cc:  Health Record (Other Mental Health Related Correspondence)

Troya013705

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HILLSBOROUGH CORRECTIONAL INSTITUTION
PSYCHOLOGY DEPARTMENT

MEMO TO:   *Erich Hummel*
           ~~Wayne Pass~~
           Classification Supervisor

FROM:      Phillip L. Bandt, Ph.D.

DATE:      *11/13/00*

RE:        **INITIAL MENTAL HEALTH SCREENING:**

           Inmate:   *Troya, Daniel   W/M*
                     *DC# W14211*
                     *DOB 04/22/83*

The above referenced inmate was reviewed on this date per Health Services Bulletin 15.05.18. Please note the following marked "X" mental health recommendations:

___✓___   There are no current mental health recommendations regarding assignment restrictions.

_____   Due to inmate's current limited cognitive ability, he may require impaired inmate services. He may not function well in as assignment requiring a normal ability to read, write, remember, think abstractly, or perform a series of complex tasks.

_____   The above mentioned inmate is referred to the Education Department, for additional educational evaluation.

_____   The above mentioned inmate is referred to the TIER Program for valuation and treatment if appropriate.

_____   Other recommendations.

PB/no

pc:   Health Record

Troya013706

# BREVARD CORRECTIONAL INSTITUTION

## INFIRMARY ADMISSION # _1_

DATE OF ADMISSION: _9-11-02_

DATE OF DISCHARGE: _9-13-02_

INMATE NAME: _Troya, Daniel_       DC#: _W14211_

RACE/SEX: _W/m_       DOB: _4-22-83_

C:\MEDRECD\INFADM.SHT

Troya013707

**.LORIDA DEPARTMENT OF CORRECTIONS**
## COVER SHEET FOR INPATIENT RECORD

| NAME | | | | DOC. NO. | ROOM NO. | HOSPITAL NO. | SERVICE |
|---|---|---|---|---|---|---|---|
| LAST *Troya* | FIRST *Daniel* | MIDDLE *A* | | *W14211* | *Xdorm* | | |

| RECEIVED FROM | | SSAN | HOW ADMITTED *Amb* | | DATE PREV. AD. *12/15/2000* | DATE ADMITTED *9-11-02* | TIME ADMITTED *8²⁰* |
|---|---|---|---|---|---|---|---|

| DOB *4-22-83* | AGE *19* | R/S *H/M* | *Chicago Ill.* | | RELIGION *Christian* | MARITAL STATUS *S* | VETERAN |
|---|---|---|---|---|---|---|---|

| IN CASE OF EMERGENCY NOTIFY: | | RELATIONSHIP | | TELEPHONE NUMBER |
|---|---|---|---|---|
| NAME *Maria Troya* | | *mother* | | *561 8339082* |

| ADDRESS | STREET | | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| *413 Upland Rd* | | | *W Palm Beach* | *FL* | *33401* |

| ADMITTING DIAGNOSIS *Suicidal Gesture* | PHYSICIAN SIGNATURE |
|---|---|

MEDICAL GRADE

I wish to be admitted to _____ *SoS* _____ Hospital and authorize said Hospital and physician assigned to furnish medical and/or surgical treatment, laboratory tests, X-rays, and examinations, as my be deemed advisable during my stay in this hospital.

LINDA CLARK, RN
Sr. Reg. Nurse
*Linda Clark RN*   Brevard *M-02*

| WITNESS | DATE | SIGNATURE OF PATIENT *Daniel Troya* | DATE *9/11/02* |
|---|---|---|---|

| DISCHARGE DIAGNOSIS: | CODE NO |
|---|---|
| *Axis I  no dx.* | *V71.09* |
| *Axis II ASP Disorder* | *301.7* |

SURGICAL PROCEDURE AND DATES:

COMPLICATIONS (INCLUDING INFECTIONS)     UNITS OF BLOOD

DISCHARGE DATE _____ *9/13/02*

NO. OF DAYS _____ *2*

☐ RECOVERED     ☐ NOT TREATED
☐ IMPROVED      ☐ DIED
☐ UNIMPROVED

ATTENDING PHYSICIAN (SIGNATURE)

Troya013708

STATE OF FLORIDA—DEPARTMENT OF CORRECTIONS
DISCHARGE SUMMARY FOR INPATIENT MENTAL HEALTH CARE                    Page ____ of ____

| GUIDELINES:<br>Use as much space (per heading) on this form as needed. Additional forms can be used if needed. | |
|---|---|
| | DATE OF ADMISSION ___091102___ DATE OF DISCHARGE ___091202___ DATE OF REPORT ___091202___<br><br>LEVEL OF CARE: TCU _____ CSU _____ INFIRMARY/IMR ___X___<br><br>REFERRING INSTITUTION ___Brevard CI___ TENTATIVE RELEASE DATE ___May 2003___ |
| I    IDENTIFYING DATA (Age, Sex, Ethnicity, Crime, Sentence, Date entered DC): | I.    19 year old white male serving 3 years for grand theft. Entered Florida DC in November 2000. |
| II    REASON FOR ADMISSION (Behavior Or Circumstances Which Precipitated Admission, Patient's Statements): | II.    Admitted to SOS 091102 2045 due to information received by security that he had swallowed two razor blades and he voiced suicidal ideation upon admission. |
| III    RELEVANT MEDICAL AND MENTAL HEALTH HISTORY (Salient Medical and Mental Health Treatment Before and Since Arrival into DC) | III.    Has always been an S-I in Florida DC with no history of IMR or CSU admissions. |
| IV    ADMISSION MENTAL STATUS EXAMINATION AND PROVISIONAL ADMISSION DIAGNOSIS: | IV.    Voiced suicidal ideation upon admission.<br><br>V.    N/A |
| V    SUMMARY OF PHYSICAL EXAM AND LAB TEST RESULTS: | VI.    Rested comfortably in IMR since last evening.<br><br>VII.    No depression, future oriented, no signs of any Axis I disorder. |
| VI    CHRONOLOGY OF TREATMENT AND PATIENT'S PROGRESS (Specific Problems that were the Focus of Treatment, Interventions Used, Patient's Response to Treatment): | VIII.    Axis I        v71.09 no diagnosis on Axis I<br>        Axis II        301.7    Antisocial Personality<br>                    Disorder<br>        Axis III    none<br>        Axis IV    problems with authority<br>        Axis V    current GAF 75 |
| VII    CURRENT MENTAL STATUS EXAM: | IX.    none<br><br>X.    follow in normal confinement rounds. He odes does not meet criteria for S grade increase; no disorder. |
| VIII    DISCHARGE DIAGNOSIS (Axis I—V): | XI. |
| IX    CURRENT MEDICATIONS: | |
| X    RECOMMENDED AFTERCARE (Problems/Needs Requiring Continued Treatment and at What Level of Care, Action to be Taken to Facilitate Continuity of Care Upon Discharge): | *(signature)*<br><br>W. SCOTT WHITACRE, PSY.D.<br>SENIOR PSYCHOLOGIST<br>BREVARD CORRECTIONAL INSTITUTION |
| XI    PARTICIPANTS AND SIGNATURES (Sr. Psychologist, Psychiatrist): | |

Inmate Name ___Troya, Daniel___
DC# ___W14211___    Race/Sex ___WM___
Date of Birth _____
Institution ___Brevard CI___

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-657 (Revised 3/00)

Troya013709

FLORIDA DEPARTMENT OF CORRECTIONS
DISCHARGE SUMMARY

PATIENT: Troya, Daniel

NUMBER: W14211

DATE OF ADMISSION: 9/11/02

DATE OF DISCHARGE: 9/17/02

See DC4 657 for M.H. D/C Summary

R. Almonte-Gomez, M.D.
CHO-BREVARD C.I.

1946 W/M 41/0 admitted to TCU/SOS on 9/11/02 after allegedly ingesting 2 razor blades. The I/M was evaluated by M.H. on 9/12/02 who recommended D/C to security pending Surg eval. for F.B. ingestion. KUB on 9/12/02 revealed persistent F.B. to RUQ w. process of L2. The I/M has remained asymptomatic w/o c/o Abd. pain, N/V, diarrhea, nor blood in stools. Due to the above I/M is being D/C to security/open population & the next week & repeated KUB to compare with the one on 9/12/02

R. Almonte-Gomez, M.D.
CHO-BREVARD C.I.

DC4-713B
Troya013710

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## ACNE ASSESSMENT

### SUBJECTIVE

Date/Time 8/19/02  1015  Age 19  Allergies: N/LA

Onset and duration: 1 _a_ ago, off & on

Description/complaint: _Red bumps_

Medications (list): None

### OBJECTIVE

B/P 110/74  Temp 96  Pulse 70  Resp 16  Weight 176

Area affected: _____

**Check all that apply.  Place additional comments on back.**

Skin:  ☐ Dry  ☑ Oily  ☐ Normal

Presence of:  ☐ Whiteheads  ☐ Blackheads  ☐ Pustules  ☑ Pimples  ☐ Cysts
              ☐ Nodules  ☐ Scars

S/S of infection: ☐ Red, draining pustules or pimples

### ASSESSMENT

Altered skin integrity.

### PLAN

☐ No treatment required.

☐ _____ (medication) applied.

☑ Return if no improvement.  5 days

☐ Skin cleaned with _____

☑ Inmate given _Hydrocort_ (medication).

☐ F/U on _____

### EDUCATION

☑ Wash skin 2X daily with warm soapy water.
☐ F/U instructions provided.

☑ Apply medication as instructed (instructions provided).
☐ S/S of infection discussed.

Other: _____

_____

_____

Place additional comments on back.

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

SEX_____

Signature/Stamp  _A Lybroiker, DCI_
This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

Troya013711

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

| Allergies: NKDA | |
|---|---|
| DATE/TIME | |
| 7-15-02<br>0930 | ——SICK CALL - DOCTOR'S CLINIC——<br>T 97⁴ P 72 R 16 B/P 122/76 WT 182<br>S: I/m c/o cont pain from sunburn also c/o itching —<br>O: I/m has cont redness + pain to sunburn area — several small blisters to area of shoulders — no infection noted —<br>A: cont problem + sunburn<br>P: ① Bed Rest + 2d —<br>② cont meds (SS) —<br>E: ③ (SS) + discul I/m with ed. dist |
| 7:17:02<br>10:20 | E m i > NOT EMERGENCY   BARRE TAYLOR, CMTC<br>T-98.   P 72   R 16   B/P 98/76   WT 178   BREVARD C.I<br>I/m was told that this was not an emergency, areas of peeling on both shoulders offered obtucain/antiitch cream/calamine. he stated "I've got both of them I need something else" was told I had nothing else he began demanding to see another nurse he was escorted out of medical by security.<br>J. Beck Scrncy<br>JAMES BECK |

TROYA, DANIEL A.<br>DOC : W14211<br>RACE: WHITE<br>SEX : MALE<br>DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013712

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**BURN ASSESSMENT**

**SUBJECTIVE**

Date/Time 7/12/02   0940   Age 19   Allergies: NKDA

Onset and duration 7/11/02 —

Description of event causing injury: worked in sun split 1000 - 1600 7/11/a

Pain on a scale of 1-10: 8

Medications (list) None (at present)

**OBJECTIVE**

B/P 98/70   Temp 983   Pulse 68   Resp 14   Weight 182

Body area affected Under arm / chest / face / head

Check all that apply. Place additional comments on back.

☐ Blisters   ☒ Redness to surrounding tissues   Last tetanus toxoid: NA

☐ Drainage (describe):_____

☐ Other (describe):_____

**ASSESSMENT**

Altered skin integrity R/T burn. Sunburn

**PLAN**

☐ Area cleaned with:_____   ☐ _____ (medication) applied.

☐ Dressing applied

☒ Diladican ant #1 - Benadcream #1 (medication) given to inmate.

☐ F/U required.

☐ Clinician referral/notification _____ (name).

☐ Other RTC prn if s/s persist / worse

Report pain today.

**EDUCATION**

☐ Instructed to keep area clean.   ☒ Medication instructions provided.

☒ Instructed in S/S of infection.   ☐ F/U instructions provided.

☐ Other _____

Place additional comments on back.

_____
Signature/Stamp

INMAT

DC#__

DATE

INSTI

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

Troya013713

This form is not to be amended, revised, or altered without approval

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| | |
|---|---|
| Allergies: | NKAO |

| DATE/TIME | |
|---|---|
| JUN 13 2002 0240 | unable note: AAA #9 - after RcT |
| | IBUPROFEN 800 MG DISPENSE (12) ONE TABLET EVERY 8 HRS FOR PAIN |
| | PEN VK 500 MG DISPENSE 30 ONE TABLET EVERY 6 HRS TAKE UNTIL GONE |

1 Pen VK 500g depend stel from medical

P. KELEMEN, SENIOR DENTIST
BREVARD CORRECTIONAL INSTITUTION

Inmate
DC#___
Date of
Instituti

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013714

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 5-23-02 | SICK CALL (DOCTOR'S CLINIC) |
| | T 99° P 72 R 16 B/P 110/70 WT 185 |
| 09:20 | S— _[handwritten, illegible]_ affected follicles to apply q week. Fur _[illegible]_ at _[illegible]_ within two days y fr c ATB being started. |
| | O— Alert & NAD |
| | _[handwritten, illegible]_ |
| | A— Resolved infected follicles to nape q week |
| | P— Advised _[illegible]_ |
| | PR PRN |
| | Noted |
| | C. Mustoe |
| | 5-23-02 |
| | C. Mustoe, SLPN |
| | Brevard C.I. |
| JUN 03 2002 | _[handwritten, illegible]_ : A9 AAA |
| 0730 | (1) Pen VK 500y _[illegible]_ stat |
| | (2) 200y _[illegible]_ stat |
| | (10) 200y _[illegible]_ to _[illegible]_ |
| | PEN VK 500 MG |
| | DISPENSE ___30___ → _[handwritten]_ |
| | ONE TABLET EVERY 6 HRS |
| | TAKE UNTIL GONE |
| | ~~~ P. KELEMEN, SENIOR DENTIST |
| | BREVARD CORRECTIONAL INSTITUTION |

Inmate Name: TROYA, DANIEL A.
DC#_____ DOC : W14211
Date of Birth RACE: WHITE
Institution_ SEX : MALE
DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013715

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 5-9-02 | ——— SICK CALL ( DOCTOR'S CLINIC ) ——— |
| | T 97² P 72 R 16   BP 119/80 WT 183 |
| 10:30 | S — I'm here for *illegible* |
| | *illegible* |
| | *illegible* |
| | O — Alert + NAD |
| | *illegible* |
| | *illegible* |
| | *illegible* |
| | A — *illegible* folliculitis |
| | P — *illegible* |
| | *illegible* |
| | *illegible* x 10 days |
| | *illegible* |
| | *illegible* |

LINDA CLARK, RN
Sr. Reg. Nurse
Brevard C.I.

| | |
|---|---|
| Inmate Na | |
| DC# ___ | TROYA, DANIEL A. |
| Date of Bir | DOC : W14211 |
| Institution | RACE: WHITE |
| | SEX : MALE |
| | DOB : 04/22/83 |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

Troya013716

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**RASH ASSESSMENT**

**SUBJECTIVE**

Date/Time 5-8-02 1015 Age 19

Date rash first noticed: 1 yr ago

Medication allergies ⊘ Food allergies ⊘

Hx of allergic reactions? ☑ No ☐ Yes (describe)

Possible exposure/contact with: ☐ Plants/bushes ☑ Chemicals ☑ Lice/scabies/insects

History of: ☐ Pain ☑ Itching

Current medications (list) Calamine lotion

Recently discontinued or completed medications? ☑ No ☐ Yes (name)

**OBJECTIVE**

B/P 100/79 Temp 97.6 Pulse 64 Resp 14 Weight 187

Location(s) of rash: nape of neck + scalp.

Symptoms of respiratory distress? ☑ No ☐ Yes (**requires immediate physician notification**).

**Check all that apply. Place additional comments on back.**

Description of rash: ☑ Red ☑ Raised ☑ Flat ☐ Scaly Follicular

☑ Dry ☑ Bleeding ☑ Swelling (describe) origin —

☐ Weeping (describe drainage):

scant purulent mtl in some lesions

**ASSESSMENT**

Alteration in skin integrity R/T rash

☑ S/S of infection ☐ No evidence of infection

**PLAN (CHECK ALL THAT APPLY)**

☑ Area cleaned with: H₂0₂

☑ OTC/Rx given (name): HC 1% crm ☐ F/U in: to control itching

☑ Clinician referral appt 5-9-02

**EDUCATION**

☑ Instructed on skin care, s/s of infection, medication compliance, F/U.

☐ Return in _____ days if no improvement.

☑ Other (requires comment). Awaiting MD evaluation

**Place additional comments on back.**

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

X_____

_____
Signature/Stamp

Tom Wells,
Brevard C.

INSTITUTION BRC1

Troya013717

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: *NKDA*

| DATE/TIME | |
|---|---|
| 3.14.02 0930 | HIV post test counseling done — CHRISTINE MULATE BREVARD C.I. LPN |
| | **INCIDENTAL NOTE:** |
| | DATE: 5-2-02   TIME: 1030 |
| | INMATE REQUEST RECEIVED: 5-2-02 error 4-29-02 |
| | ANSWERED: 5-2-02 |
| | Mary Reuers LPN (Signature Stamp) |

```
Inmate Name_
DC#_____
Date of Birth_____
Institution Brevard C.I.
```

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013718

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
RASH ASSESSMENT

**SUBJECTIVE**

Date/Time 3/13/02 1100  Age 18

Date rash first noticed: 10/2000

Medication allergies NKA  Food allergies NKA

Hx of allergic reactions?  ☑ No  ☐ Yes (describe)

Possible exposure/contact with:  ☐ Plants/bushes  ☐ Chemicals  ☐ Lice/scabies/insects

History of:  ☐ Pain  ☐ Itching

Current medications (list) Ø

Recently discontinued or completed medications?  ☑ No  ☐ Yes (name)

**OBJECTIVE**

B/P 104/64  Temp 98%0  Pulse 68  Resp 16  Weight 187

Location(s) of rash: Back of neck in hairline & under chin on neck. (Looks like acne)

Symptoms of respiratory distress?  ☑ No  ☐ Yes (requires immediate physician notification).

Check all that apply. Place additional comments on back.

Description of rash:  ☑ Red  ☐ Raised  ☐ Flat  ☑ Scaly

☑ Dry  ☐ Bleeding  ☐ Swelling (describe)

☐ Weeping (describe drainage):

**ASSESSMENT**

Alteration in skin integrity R/T rash

☐ S/S of infection  ☑ No evidence of infection

**PLAN (CHECK ALL THAT APPLY)**

☐ Area cleaned with:

☑ OTC/Rx given (name): Calamine Lotion  ☐ F/U in: PRN  X 4oz.

☐ Clinician referral

Issue new razor daily

**EDUCATION**

☑ Instructed on skin care, s/s of infection, medication compliance, F/U.

☑ Return in 30 days if no improvement.

☐ Other (requires comment).

Place additional comments on back.

JERALDINE HINSON, RN
Sr. Registered Nurse
Brevard CI

_____
Signature/Stamp

TROYA, DANIEL A.
DOC : W14211   EX
RACE: WHITE
SEX : MALE
DOB : 04/22/83

Troya013719

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| | INCIDENTAL NOTE: |
| | DATE 2-25-02 TIME: 1000 |
| | INMATE _____ 2-25-02 appt 2-27-02 |
| | ANSWER: 2-25-02 |
| | Mary Powers RN |
| | (Signature Stamp) |
| 2/27/02 | |
| 1000 | Ore note: HIV pretest counseling done this date. |
| | HIV screen scheduled for 3/6/02. HIV post |
| | test counseling scheduled for 3/14/02. _____ |
| | SHARON SPIEGELGLAS RN |
| | SENIOR REGISTERED NURSE |
| | BREVARD CORRECTIONAL INST. |
| 3-6-02 | Blood for HIV — Sierra Blake, LPN, CMTC |
| 03R | BREVARD C.I. |
| 3/07/02 | Note |
| 14:20 | HIV test N.R. |
| 3/7/02 | P Schedule CC ↑ #2 |
| received | |
| 1450 | |
| | H Hinchman SRN |
| | Brevard C.I. |

Inmate Name _____
DC# _____
Date of Birth _____
Institution _Brevard C.I._

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013720

DEPARTMENT OF CORRECTIONS

OFFICE OF HEALTH SERVICES

## RESPIRATORY ASSESSMENT

**SUBJECTIVE**

Date/Time 2-20-02   10:30  Description/Complaint S.O.B.

Time of onset 3 days ago   Activity at onset Walking

Precipitating factors (i.e., resp. infection, allergy)_____ When?_____

**Check all that apply.  Place additional comments on back.**

Cough:  ☐ None  ☐ Nonproductive  ☑ Productive  Describe: yellow sputum

Cough present more than 2 weeks?  ☑ No  ☐ Yes*  ☐ Night sweats*  How long?_____

*Presence of cough for > 2 weeks and night sweats require immediate referral to M.D./CA for TB screening.

History of:  ☐ COPD  ☐ Asthma  Last episode_____

☐ Positive PPD  When?_____  Last chest x-ray _____

Pulmonary Clinic?  ☑ No ☐ Yes  When?_____

Symptoms:  ☐ Chest Tightness  ☐ Chest pain  ☐ Dyspnea  ☑ Smoker #per day  7

Inhaler Use:  ☑ No  ☐ Yes  Types_____  How often _____  Last time used:_____

Medication:  NKDA

Allergies:  Food ⊖  Medication ⊖  Environmental

**OBJECTIVE**

Temp 97⁸  Pulse 94  Resp 20  B/P 120/84  Weight 186

Skin:  Color Normal  ☑ Warm  ☐ Cool  ☐ Hot  ☐ Diaphoretic

Nail bed color Normal  Cap. Refill:  ☑ Rapid  ☐ Slow

Level of consciousness:  ☑ A and 0 X 4  Other:_____

Breath sounds:  ☐ Clear  ☐ Diminished  ☑ Wheezing  ☐ Crackles  ☐ Upon inspiration  ☐ Upon expiration

If abnormal, which lobes? bilateral  ☐ Use of accessory muscles for breathing

Level of distress:  ☐ NAD  ☑ Mild  ☐ Moderate  ☐ Severe  O₂ Sat, if available_____

If in pulmonary clinic, obtain peak flow readings from last visit (%)_____

Theophylline level (most recent)_____  ☐ N/A

**ASSESSMENT**

Altered respiratory status.

**PLAN**

Obtain 2 PF readings 15 min. apart prior to notifying M.D. (unless in acute distress) (%) ① 170 ② 250

(%)_____

All complaints of altered respiratory status require immediate notification of physician.

☐ No tx required.

☐ O₂ - 2L/min by nasal cannula (NC).

☐ O₂____ - L/min by NC (as ordered by physician).

If tx ordered: Nebulizer tx albuterol/Dorzol ½cc muco sol

Obtain 2 PF readings after last treatment, prior to

discharge  ① 450 % ② 470 %

NOTIFY PHYSICIAN PRIOR TO RELEASE WITH ABOVE RESULTS

UNLESS ORDERS PROVIDE PARAMETERES FOR DISCHARGE.

Other: Onset facts #9 ☓4-lehrs - pharmacin Tab 4-lehrs layin 2-20-02 - 2-22-02 - 640z fluid

**EDUCATION** sheet given & discussed

As instructed by physician:_____

TROYA, DANIEL A. :X_____
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

Signature/Stamp  ANITA LEWIS BOOKHART
Health Support Technician

This form is not to be amended, revised, or altered without approval BCI

DC4-683D (2/00) Page 1 of 2

of the Deputy Director of Health Services Administration

Troya013721

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: N KDA

| DATE/TIME | |
|---|---|
| 1-17-02 | —— SICK CALL — DOCTOR'S CLINIC —— |
| | T 99.5 P 74 R 16 B/P 106/76 WT. 182 |
| 09:35 | S - I'm here for flu SIP flu *(illegible)* there is no *(illegible)* of the flu. |
| | O - Alert & NAD PE per *(illegible)* |
| | A - *(illegible)* |
| | P - Advised *(illegible)* a need to use Hydrocortisone *(illegible)* bid PRN RTC PRN or if Sx recur/worsen despite Tx. |

*signatures: (illegible) GLAS RN, SENIOR (illegible) ED NURSE, BREVARD CORRECTIONAL INST.*

*J. R. Almeguez M.D, CHO - BREVARD C.I.*

| Inma | TROYA, DANIEL A. | —— | S- Subjective Data |
|---|---|---|---|
| DC# | DOC : W14211 | —— | O- Objective Data |
| Date | RACE: WHITE | —— | A- Assessment of S and O Data |
| Instit | SEX : MALE | —— | P- Plan |
| | DOB : 04/22/83 | | |

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013722

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | |
|---|---|
| 1-15-01 2100 | fm. nate; H/m did not drink liquid dinner. Bisacody tabs ÷ given Per order. No complaints of discomfort or pain voiced. Linda Clarke RN Linda Clarke RN BCI |
| 1-16-02 2400 | ✓ine NS/r: Inmte aslep Siena Blake, LPN PMN ~ d/ytren BREVARD C.I. Siena Blake, LPN _MT BREVARD C.I. |
| 1-16-02 0200 | ✓ine Note' clutr aslep Siena Blake, LPN _MT BREVARD C.I. |
| 1-16-02 0400 | ✓ine Note: aslep Siena Blake, LPN _MT BREVARD C.I. |
| 1-16-02 0600 | ✓ine NS/r aslep Siena Blake, LPN _MT BREVARD C.I. |
| 1-16-02 0815 | Inc. Note Inmate released to security to be transported to FHE for flex sig. H Hinchman SRN Brevard C.I. |
| 1/16/02 1430 | Inc. Note Inmate returned from FHE released to security to return to dorm H Hinchman SRN Brevard C.I. |
| 1/16/02 15:35 | Note Flex sigmoidscopy fully sleered into rectal. proumalod. Recommended. Hydrocortzone 25 rect supp. 1 per rectum bid PRN. D/C Flex Inzmia @ Fdl Recov D.O. J.R. Amaris-Gomez, M.D. CHC BREVARD C.I. |

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

M. Pollock
Registered Nurse

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

Troya013723

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | |
|---|---|
| 1/15/02 0930 | Incidental Note<br>Inmate placed in infirmary to do prep for flex sig on 1/16/02 to have clear liquids for today at 3pm 1 bottle mag citrate + at 9pm 2 Biscodyl tabs. Inmate has been instructed on prep + voices understanding<br>*H Hinchman SRN Brevard C.I.* |
| 1/15/02 1130 | Incidental Note<br>Inmate lying in bed Appears to be sleeping - clear liquid diet ordered<br>*H Hinchman SRN Brevard C.I.* |
| 1/15/02 1330 | Incidental Note<br>Inmate given clear liquid diet. - ate 100% - resting in bed in NAD at this time<br>*H Hinchman SRN Brevard C.I.* |

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013724

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies NKDA

| DATE/TIME | |
|---|---|
| 12-5-01 1110 | Inc. note Consult faxed to UM for urgent GI appt. approval Brenda Carruthers Brenda Carmel BCI |
| 12-6-01 1520 | Inc. note Consult approval received from UM. Brenda Carruthers Brenda Carmel BCI |
| 1-7-02 1015 | Inc. note Flex Sigmoidoscopy appt scheduled at FHE Brenda Carruthers Brenda Carmel BCI |
| 1-10-02 1520. | S - I was welding I had my mask on, a slag flew up hit me in my (L) eye lid upper and lower C/O blurred vision O. T- 98.7  P 80  R 18  BP. 116/80 A. L eye c upper + lower lids c burns (small) eye is red, vision 50/20 Both eyes P Confer c Dr Lopez - Examined by Dr Lopez Tetracaine gtts applied Bacitracin ointment to upper + lower lids to return if any problems arise. Linda Clark Linda Clark RN BCI |

**Inmate Name**

DC#_____

Date of Birth_____

Institution_____

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83
B.C.T

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

Troya013725

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _NKA_

| DATE/TIME | |
|---|---|
| 11/21/01 0950 | Inc. Note: Gastroenterology Consult appt. made at CFRC. _D. Cottle_ HIS |
| | DEBORAH COTTLE HEALTH INFORMATION SPECIALIST BREVARD C.I. |
| 11-29-01 1040 | Inc. note Chart prepared for CFRC appt. Brenda Carr III CTS _Brenda Carr_ BCI |
| 12-3-01 | SEEN AT C.F.R.C. SPECIALTY CLINIC. REFER TO DC4-702 _Hasten_ _S. Sim_ SHEREEN SIMMONS, L.P.N. |
| 12/03/01 15:10 | Note Seen by GI due to Rectal bleeding. Imp: Hematochezia R/O GG, IBS, internal hemorrhoid, polyps. Recommended: Sigmoidoscopy. Plan: Submit request for sigmoidoscopy. To R/O the above, to U.M. _J. R. Almeyda Gomez_ M.D CHO-BREVARD C.I. |

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

Inmate Name
DC#
Date of Birth _BREV._
Institution _BREV._

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013726

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 11-13-01 0910 | MEDICAL RECORDS RECEIVED ON _11-9-01_ MEDICAL ✓ DENTAL ✓ MENTAL HEALTH ✓ Mary _____ HIS |
| 11/13/01 13:20 | Note New arrival per CFRC c pending O.I. consult _____ due to rectal bleeding w/o constipation. Plan - Put on Medical hold Submit request to UM for Gastroenterology consult, at NCHL. _____ J. R. Almeyda-Gomez, M.D. CHO-BREVARD C.I. |
| 11/14/01 1400 | M. H. RECORD REVIEW COMPLETED FLETCHER B. MORGAN, M.A. PSYCHOLOGICAL SPECIALIST BREVARD C.I. |
| 11/15/01 1100 | Anc. Note: Gastroenterologist Consult faxed to U.M. 11/14 & again 11/15 for approval. W. Cottle HIS DEBORAH COTTLE HEALTH INFORMATION SPECIALIST— BREVARD C.I. |

Inmate Name _Troya, Daniel_
DC# _W14211_   Race/Sex _W/M_
Date of Birth _4-22-83_
Institution _Brevard C.I._

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013727

STATE O  'LORIDA—DEPARTMENT OF C(  RECTIONS
## HEALTH INFORMATION ARRIVAL SUMMARY

INSTITUTION:___BREVARD CORRECTIONAL INSTITUTION___ DATE _11/9/01_ TIME _1315_

Received FROM: _Central Florida Recepction center_

Transferring TO:___BREVARD CORRECTIONAL INSTITUTION___

### TO BE COMPLETED BY INMATE

INMATE QUESTIONNAIRE (circle the answers to the questions inside THIS BOX ONLY):

1. Have you received a *Health Services Inmate Orientation*
   *Handbook?*                                                    (YES)   NO    I DON'T KNOW

2. Do you have urgent health care needs?*                         YES    (NO)   I DON'T KNOW
   If yes, list your urgent medical, mental health, or dental needs:

   _____    _____
   _____    _____
   _____    _____

3. Are you currently receiving medications for
   medical, mental health, or dental reasons?                     (YES)   NO    I DON'T KNOW
   If yes, list your medications:

   _____    _____
   _____    _____
   _____    _____

4. Do you have your medications with you?                         (YES)   NO    I DON'T KNOW

5. Are you currently receiving treatment for (circle):   MEDICAL    MENTAL HEALTH    DENTAL
   Reasons:_____

6. Have you ever received mental health treatment?               (YES)   NO    I DON'T KNOW
   If yes, what type? _Counsiling / Anger management_

7. Have you been in an inpatient mental health
   unit in the last 30 days?*                                     YES    (NO)   I DON'T KNOW

8. Have you been on suicide precautions in the last 30 days?*     YES    (NO)   I DON'T KNOW

9. Have you ever attempted suicide?                               YES    (NO)   I DON'T KNOW

10. Are you presently thinking of committing suicide?**           YES    (NO)   I DON'T KNOW

11. Have you ever been treated for drug or alcohol use?           YES    (NO)   I DON'T KNOW

12. Are you here for hospitalization, such as surgery, tests, etc.?  YES  (NO)  I DON'T KNOW

_Daniel Troya_          _W14211_        _4-22-83_         _11/9/01_
Signature               DC Number       Date of Birth    Today's Date

**DO NOT WRITE BELOW THIS LINE.**

*Note to staff: Yes response requires **immediate** referral to appropriate discipline.
**Note to staff: Yes response requires **immediate** mental health referral and **immediate** implementation of suicide precautions.

Inmate Name _Daniel Troya_
DC# _W14211_    Race/Sex _His/M_
Date of Birth _4-22-83_
Institution _Brevard C. I._

This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

DC4-760A (Revised 7/01) (Page 1 of 2)

Troya013728

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION ARRIVAL SUMMARY

INSTITUTION _CFIC_                                      DATE _11_/_2_/_01_

Transferring TO: _Briward CI_

Received FROM: _Hillshen CI_

**INMATE QUESTIONNAIRE** (circle the answers to the questions inside **THIS BOX ONLY**):

1. Are you taking mental health medications now?    YES    NO    I DON'T KNOW
2. Have you been in a CSU in the last 30 days?    YES    NO    I DON'T KNOW
3. Are you presently thinking of committing suicide?    YES    NO    I DON'T KNOW
4. Are you here for hospitalization, such as surgery, tests, etc.?    YES    NO    I DON'T KNOW
5. Do you have urgent medical needs?    YES    NO    I DON'T KNOW

   If yes, list your urgent medical needs:

   _____    _____

6. Are you on medications?    YES    NO    I DON'T KNOW

   If yes, list your medications:

   _____    _____

7. Do you have your medications with you?    YES    NO    I DON'T KNOW

_Daniel Troya_          _W14211_          _4-22-83_          _11/02/01_
Signature              DC Number          Date of Birth      Today's Date

**DO NOT WRITE BELOW THIS LINE.**

| STAFF USE ONLY | Any Transfer Holds:    YES    ☑ NO |
|---|---|
| **NURSING REVIEW:** | |
| Referred to (check one):  ☐ Medical  ☐ Mental Health  ☐ Dental | Expiration Date: ___/___/___ |
| Plan: _No action needed_ | Next Physical Examination: |
| | Date: ___/___/___ |
| | Suicide Profile: |
| **Overdue/Pending Appointments or Labs:** | _____ |
| | _____ |
| | _____ |
| | Special Passes/Therapeutic Diets: |
| | _____ |
| DC4-760 REVIEWED?  ☑ YES    ☐ NO | _____ |

For additional space, use reverse

Inmate Name _Daniel Troya_                _Yuloin LPN_          _11/2/01_
DC# _W14211_    Race/Sex _His/M_          Examining Staff Stamp/Signature/Date
Date of Birth _4-22-83_
Institution _____  C.F.R.C_

DC4-760A (2/00) (Page 1 of 2)

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

Troya013729

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION TRANSFER SUMMARY
(Intradepartmental Use Only)

Transferring FROM HILLSBOROUGH C.I.   DATE 11-01-01

TIME 2100

Transferring TO: Broward

| Date of last physical | PPD date/results | Allergies | Current treatments |
|---|---|---|---|
| 10-31-00 | 10-22-01 00MM | NKDA | GI TT |

| | P | U | L | H | E | S | D | X | T | I | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | / | / | / | / | / | / | / | | | |

Current medical problems (include explanation of profile if other than Medical Grade I)
Rectal Bleed.

Current mental health problems   Rectal Bleed

Current dental problems   None

Deformities, evidence of abuse or trauma/disabilities or other physical limitations
None

| Medication(s) (include psychotropics) | Dose | Pending appointments None | | Date |
|---|---|---|---|---|
| Zantac 150mg BID X60 days | | Dental ☑ No ☐ Yes | | |
| Hemorrhoid HC Supp 1 Bid x 7 days | | Mental Health ☑ No ☐ Yes | | |
| Maylox 30cc q4° PRN | | Chronic Illness Clinic: | | |
| | | Hypertension / | Diabetes / | |
| | | General Med / | Seizure / | |
| | | Pulmonary / | INH / | |
| | | Immunity / | | |
| | | Special Appointments: | | |
| | | Dx Studies: | | |

Medication accompanying inmate? ☐ No ☐ Yes ☐ 7 days ☐ 20 days

Pending diagnostics (including lab work) or consultations

Tested/treated for STD (type, date, treatment) RPR 10/26/ : SFRL NR

Therapeutic diet? ☐ No ☐ Yes   If yes, describe:

Hospitalization within past year? ☐ No ☐ Yes
☐ Physical problem   ☐ Mental problem
Explain (include dates):
☐ No medical or mental health holds

Passes: None

Reissues:

| Psychotropic medication within past year? | Self-injurious or suicidal behavior within past year? | Currently on suicide watch/ |
|---|---|---|
| ☑ No   ☐ Yes | ☑ No   ☐ Yes   Date: | precautions? ☑ No   ☐ Yes |

Signature/Stamp
Clinician or Nurse Reviewing Chart   Judy Rolison LPN

J ROLISON LPN/
AGENCY NURSE
HILLSBOROUGH C.I.

DC4-730 Problem List updated?
☐ No   ☐ N/A

Inmate Name Troya, Daniel
DC # W14211   Race/Sex W/M
Date of Birth 04/22/83
Institution HILLSBOROUGH C.I.

For additional space, use reverse side
This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

DC4-760 (Revised 1/01) (Page 1 of 2)

Troya013730

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | Hillsborough C.I. |
|---|---|
| 10-30-01 0510 | [illegible] Poston lab drawn for CBC diff, PT + PTT + sent to lab — [signature] Robert Colgan, SLPN LW CI |
| 10-30-01 1335 | Inm: Received Teltex from UM with approval to schedule appointment. Jacqueline Mesa, DEO DATA ENTRY OPERATOR HILLSBOROUGH C.I. |
| 10-31-01 1445 | Inm: Received signed consult form Dr. Shanklin to schedule appointment. Jacqueline Mesa DEO DATA ENTRY OPERATOR HILLSBOROUGH C.I. |
| 10-31-01 1100 | I/N: CBC, PT, PTT lab test results received, placed for MD review. [signature] J. HANKS, SR LPN HILLSBOROUGH C.I. |
| 11/1/01 1445 | P/N pt removed from hold due to security concerns. He will have 'GI consult [illegible]' Brevard CI. [signature] ROBINSON Physician [Hillsb]orough, C.I. |

Inmate Name __Troya, Daniel__

DC# __W14211__   Race/Sex __W/M__

Date of Birth __04/22/83__

Institution __HILCI__

Allergies __NKDA__

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013731

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH CORRECTIONAL INSTITUTION |
|---|---|
| 10/25/01 | ← cont |
| 1058 | 0 - rectal - several 1mm abrasions in perianal area, good tone, Ø masses, stool brn ⊽ØB Ø |
| | Abd - soft, flat, Øguard, øebound, ⊕BS tender in ORLQ's Ømass, ødull ØHSm |
| | A - rectal bleeding |
| | P - GI consult 702 dy |
| | med hold to 1/25/02   done J.H RN |
| | Zantac |
| | Klenormodul Spp |
| | Maalox |
| | CBC   PT/PTT   10-30-01 J.H RN |
| | C - pt almost abn |

Noted 10/25/01 J.H RN

J. HANKS, SR.LPN
HILLSBOROUGH C.I.

E. ROBINSON, L.
Physician
...rough, C.I.

| 10/25/01 | DW: Fox consults to Dr. Shanklin for |
|---|---|
| 1443 | signatures. — Jacquelyne....EO |
| | DATA ENTRY OPERATOR |
| | HILLSBOROUGH C.I. |
| 10/25/01 | DW: Fox consults to UM for approval |
| 1456 | to schedule appointment. — Ja...EO |
| | DATA ENTRY OPERATOR |
| | HILLSBOROUGH C.I. |

Inmate Name Troya, Daniel
DC# W14241   Race/Sex W/M
Date of Birth 04/22/83
Institution HILL C.I.
Allergies NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary for Health Services Administration

Troya013732

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 10-22-01 0900 | **INCIDENTAL NOTE:** PPD 0.1ml planted into the (L) anterior arm. Lot# C0832AA, exp. 11-27-03. Tolerated the procedure well. Instructed to return to medical in 2 days for ppd read. Agree. —— ~~J. Hanks~~ *J. HANKS, SR LPN* *HILLSBOROUGH C.I.* |
| 16-24-01 0510 | pt note PPD read 00mm @ this time & date —— *ROBERT COLGAN, SLPN* |
| 10/25/01 0715 | seen in confinement *JOHN PISANI, M.A. PSYCHOLOGICAL SPECIALIST HILLSBOROUGH, CI* |
| 10-25-01 1025 | I/N: EmiD, Rectal bleed as complained by inmate. See DC4-701C, DC4-708 this date/time. —— *J. HANKS, SR LPN* *HILLSBOROUGH C.I.* |
| 10/25/01 1055 | I/N S- 18yo HM c/o rectal bleed since this AM. No prior episodes. Pt denies constipation, Ø N/V. Pt had a burning sensation in stomach earlier which has now resolved. He gets occasional light headedness prn. He noted dark clotted blood in toilet + on T.P. He denies any direct trauma. Abd pain is now resolved. Pt not on any NSAIDs or ASA at present. Prelim O- Abd soft, flat, active BS, Ø distend, Ø guarding, ~~speek~~ rectal superficial 1mm abrasion in perianal area error |

**Inmate Name** Troya, Daniel
**DC#** W14211   **Race/Sex** B/M W/M
**Date of Birth** 4-22-83
**Institution** Hills CI
**Allergies** NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013733

STATE OF FLORIDA

## DEPARTMENT OF CORRECTIONS
## PRE-SPECIAL HOUSING HEALTH APPRAISAL

| Institution: HILLSBOROUGH C.I. | Housing: K | | | | Date: 9-26-01 | | | Time: 0930 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Use of force? Y ___ N ✓ | **P** | **U** | **L** | **H** | **E** | **S** | **D** | **X** | **I** | |
| If yes, also complete E.R. form ( ) | ) | ) | | ( | i | \ | 1 | / | | |

Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior?   N ✓  Y ___
If yes, describe:

Current Medical Complaint?  N ✓ Y ___   If yes, describe condition and treatment:

_None Voiced_

Vital Signs:
T:96  P:80  R:16  BP:120/86  Wt:191#

Allergies (list):
NKDA

Infirmities or impairment?  N ___  Y ✓  If yes, list findings:

H/o Acne

Medications?  N ✓ Y ___

| List Current Medications (include psychotropics): | Dose | Frequency | Renewal Y | Renewal N | Pending Appointments (per inmate) If any are yes, follow up with MUS | | |
|---|---|---|---|---|---|---|---|
| | | | | | Dental: | Date: | N/A ✓ |
| Ø | | | | | Mental Health: _____ | | ✓ |
| | | | | | Chronic Clinic: | | |
| | | | | | INH _____ | | ✓ |
| | | | | | Asthma _____ | | ✓ |
| | | | | | Hypertension _____ | | ✓ |
| | | | | | Diabetes _____ | | ✓ |
| Arrangements for Medication Administration: Self ____ Health Care Staff _____ NA ✓ | | | | | Seizures _____ | | ✓ |
| | | | | | Special Appointments: Ø | | |
| Inmate medication delivered to health care staff?  Y ___ N ✓  If no, disposition:  N/A | | | | | Dx Studies: Ø | | |

Are there any apparent medical reasons for the inmate **not** to be placed in special housing?
N ✓ Y ___   If yes, explain on back, refer inmate to clinic.

Place any other pertinent information on back.

I have reviewed the records and explained the procedure for obtaining medical care while in special housing to this inmate. Mental Health notifications have been completed, if applicable.

Staff member signature, title and name stamp: _J. Hanks Miller_   **J. HANKS, SR LPN HILLSBOROUGH C.I.**

Inmate Name _Troya, Daniel_
DC# _W14211_   Race/Sex _W/M_
Date of Birth   _2-23-83_
Institution   _HILLSBOROUGH C.I._

9/27/01
GEORGE ROBINSON, M.D.
Staff Physician
Hillsborough, C.I.

Troya013734

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care
HILLSBOROUGH C.I.

| DATE/TIME | |
|---|---|
| 9-12-01<br>M.50<br>LH 191<br>T98 P80<br>R 20 B/P 120/78 | Sick Care<br>S ^ have a rash on the back of my neck and acne on my face. The only thing that works for me is Doxycycline.<br>O No note in chart of Benzy Peroxide use. Raised red eruption at back of neck and on chin.<br>A. Skin eruption<br>P. Benzyl Peroxide<br>E- Clean skin apply once a day for 2 days if no irritation apply 1-2 times a day. Return if problem unresolved.<br>E- transfer my<br>E- transfer in<br><br>AGENCY NURSE<br>HILLSBOROUGH C.I. |
| 9-18-01<br>1825 | EMID<br>S.) IM to Clinic States he was marching and got to hot. Emisis x1, Clear foamy. Requesting No March pass<br>O.) VS- B/P 130/80  P76  R18  T 98.6  WT. 189<br>IM A&O X3 Denies Dizziness and Visual Disturbances. Denies Hx of CA. Noted face flush- Red in face. Disphoric.<br>A) Heat Intolerance<br>P) 1) Cool Water to face 2) allow to Cool off in AC X 25 minutes  3) Pass Denied.  4) P fluids<br>5.) RTC if Visual Disturbances or Dehydration issues.  Judy Robison LPN<br>See DC form 701-C<br><br>AGENCY NURSE<br>HILLSBOROUGH C.I. |

GEOFF ROBINSON, M.D.<br>Staff Physician<br>Hillsborough, C.I.

Inmate Name Troya, Daniel

DC# W11211   Race/Sex W/M

Date of Birth 4-23-83

Institution Hill. C.I.

Allergies NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
O - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013735

## STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS
### PRE-SPECIAL HOUSING HEALTH APPRAISAL

| Institution: HILLSBOROUGH C.I. | Housing: B4 | | | | Date: 9-4-01 | | | Time: 0930 | |
|---|---|---|---|---|---|---|---|---|---|

| Use of force? Y___ N✓ | P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|---|
| If yes, also complete E.R. form ( ) | ( | / | ) | ) | / | ) | ) | / | |

**Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior?   N ✓  Y ___**
If yes, describe:

**Current Medical Complaint? N ✓ Y ___   If yes, describe condition and treatment:**

_None Voiced_

**Vital Signs:**
T:96  P: 76 R: 20  BP:130/84   Wt:195#

**Allergies (list):** NKDA

**Infirmities or impairment? N ___ Y ✓ If yes, list findings:**

H/o Acne,

**Medications? N ✓ Y ___**

| List Current Medications (include psychotropics): | Dose | Frequency | Renewal | | Pending Appointments (per inmate) If any are yes, follow up with MUS | | |
|---|---|---|---|---|---|---|---|
| | | | Y | N | | | |
| | | | | | Dental: | Date: | N/A ✓ |
| Ø | | | | | Mental Health: _____ | | ✓ |
| | | | | | Chronic Clinic: | | ✓ |
| | | | | | INH  _____ | | |
| | | | | | Asthma  _____ | | ✓ |
| | | | | | Hypertension  _____ | | ✓ |
| | | | | | Diabetes  _____ | | ✓ |
| **Arrangements for Medication Administration:** | | | | | Seizures | | ✓ |
| Self ____ Health Care Staff _____ NA ✓ | | | | | Special Appointments: Ø | | |
| **Inmate medication delivered to health care staff?** Y ___ N ✓ If no, disposition: N/A | | | | | Dx Studies: Ø | | |

**Are there any apparent medical reasons for the inmate not to be placed in special housing?**
N ✓ Y ____   If yes, explain on back, refer inmate to clinic.

**Place any other pertinent information on back.**

I have reviewed the records and explained the procedure for obtaining medical care while in special housing to this inmate. Mental Health notifications have been completed, if applicable.

Staff member signature, title and name stamp: _J. Hanec LPN Hills C.I._   J. HANKS, SR LPN HILLSBOROUGH C.I.

Inmate Name _Troya, Daniel_
DC# _L01421_   Race/Sex _W/m_
Date of Birth _2-23-83_
Institution _Hillsborough C.I._

GEORGE ROBINSON, M.D.
Staff physician
Hillsborough, C.I.

Troya013736

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 7-26-01 | DOCTOR'S CLINIC: SERC |
| wt 0900 | BP ___ T ___ P ___ R ___  Penile rash |
|  | In: Appoint c̄ MD Rescheduled — R Butler #15 |
|  | ROSEMARY BUTLER |
|  | Health Information Specialist |
|  | Hillsborough C.I. |
| 8-2-01 | DOCTOR'S CLINIC: SERC |
| wt 192# 1130 | BP 120/80  T 97³  P 62  R 20  Penile rash |
|  | S - pt c/o rash on penis x 1½ yrs. Pt noted in episode of burning x 2 days while pt was in confinement. ? hematuria ? pyuria, no Δ in odor. Rash does not hurt, itch, bleed, or discharge. The rash has not red on bled since it was noted: 1½ yrs ago |
|  | O - GU - uncircumcised male, multiple punctate white lesions around edge of glans as it connects to shaft of penis |
|  | A - normal uncirc male |
|  | P - reassurance |
|  | J. HANKS SR LPN HILLSBOROUGH C.I. |
|  | GEORGE ROBINSON, M.D. Staff Physician Hillsborough C.I. |

Inmate Name **Troya, Daniel**
DC# **W14211**   Race/Sex **W/M**
Date of Birth **8/22/83**
Institution **HCI**
Allergies **NKDA**

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013737

FLC DA DEPARTMENT OF CORRECT NS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 7/18/01 (1800)<br>Sick Call<br>978-12-18<br>108/74<br>190# | S: "I've got these bumps on my penis. They've been there since before I came to prison. They don't really bother me & I don't look at anyone else so I don't know if it's normal, but a couple of days ago I went to the bathroom & just at the start it burned a little bit, not the whole time … only the 1X … I just wanted to see the dr. to see if it's anything contagious."<br><br>O: Non-circumcised male. Fine, milial-type rash immediately adjacent to glans around shaft. Also noted min. flecks of white particulates Ø penile drainage. Urine dipstick Sp G 1.020 pH 5 all other values neg. Urine is pale → med. yellow & clear. Denies itching. Hx of Doxycycline 100mg PO bid 4-5 weeks out of past 8 months.<br><br>R: Rash - ques 2° hygiene Ð/Ŧ intact foreskin vs long-term use of antibiotics.<br><br>P: 1) Refer MD for eval. for F/u.<br>E: Instructed re thorough daily cleansing, 2) ↑ fld.<br><br>Boyth/E. Boyth H/ CI |
| 7/19/01 | Schedule Appt<br><br>GEORGE ROBINSON, M.D.<br>Staff Physician |
| 7/19/01 (2:03) | Boyth /E. Boyth Hillsborough C.I. /CN H/ CI |

| | |
|---|---|
| Inmate Name Troya, Daniel | S - Subjective Data |
| DC# W14311 Race/Sex W/m | O - Objective Data |
| Date of Birth 2/23/83 | A - Assessment of S and O Data |
| Institution Hky CI | P - Plan |
| Allergies NKDA | |

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary for Health Services Administration

Troya013738

# DEPARTMENT OF CORRECTIONS
## PRE-SPECIAL HOUSING HEALTH APPRAISAL

| Institution: HILLSBOROUGH C.I. | Housing: B4 | Date: 7-9-01 | Time: 0910 |
|---|---|---|---|

| Use of force? Y___ N ✓ | P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|---|
| If yes, also complete E.R. form ( ) | / | / | / | / | / | / | / | / | |

**Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior?** N ✓ Y ___
If yes, describe:

**Current Medical Complaint?** N ✓ Y ___ If yes, describe condition and treatment:

None Voiced

**Vital Signs:**
T: 97⁴ P: 80 R: 20 BP: 116/78 Wt: 191#

**Allergies (list):** NKDA

**Infirmities or impairment?** N ___ Y ✓ If yes, list findings:

H/o Acne

**Medications?** N ✓ Y ___

| List Current Medications (include psychotropics): | Dose | Frequency | Renewal Y | Renewal N | Pending Appointments (per inmate) If any are yes, follow up with MUS | | |
|---|---|---|---|---|---|---|---|
| | | | | | Dental: | Date: | N/A ✓ |
| Ø | | | | | Mental Health: ____ | | ✓ |
| | | | | | Chronic Clinic: INH | | ✓ |
| | | | | | Asthma | | ✓ |
| | | | | | Hypertension | | ✓ |
| | | | | | Diabetes | | ✓ |
| Arrangements for Medication Administration: Self ___ Health Care Staff ___ NA ✓ | | | | | Seizures | | ✓ |
| | | | | | Special Appointments: Ø | | |
| Inmate medication delivered to health care staff? Y ___ N ✓ If no, disposition: N/A | | | | | Dx Studies: Ø | | |

**Are there any apparent medical reasons for the inmate not to be placed in special housing?**
N ✓ Y ___ If yes, explain on back, refer inmate to clinic.

Place any other pertinent information on back.

I have reviewed the records and explained the procedure for obtaining medical care while in special housing to this inmate. Mental Health notifications have been completed, if applicable.

Staff member signature, title and name stamp: _____ LPN Hill C.I.

**J. HANKS, SR LPN**
**HILLSBOROUGH C.I.**

Inmate Name Troya, Daniel
DC# W14711    Race/Sex W/M
Date of Birth 2-23-83
Institution HILLSBOROUGH C.I.

Troya013739

FLC  DA DEPARTMENT OF CORRECT  NS

## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 6/28/01 0640 | pt was on schedule to be seen today for re eval for NSP but pt was seen on 5/17/01 & NSP denied. No consult Apt.  GEORGE ROBINSON, M.D. Staff Physician Hillsborough, C.I. |
| 6/30/01 (0650) | (Rsay/S/ & Bap-R 4/1 C̄  BAID |
| 7-3-01 w197 2355 BP 107/76 R18 P72 T.97.4 | S/O states while he was horse playing he was accidently kicked in groin area c/o ○ testicle being sensitive to touch incident happened about an 1/2 hr ago R̄ a voided a clear yellow urine no swelling noted to testicle. pt to void c̄ no blood in urine  A sore testicle ○ due to being kicked stbl  P/E md c̄ Motrin 200mg ↑ PO R.T.d avoid exercise x sport R̄C̄ if problem worsens ———— ROBERT COLGAN, SLPN LH, ec |

---

Inmate Name  Troya, Daniel

DC#  W14211  /  Race/Sex  W/m

Date of Birth  2-23-83

Institution  Hillsborough C.I

Allergies  NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data

0 - Objective Data

A - Assessment of S and O Data

P - Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary for Health Services Administration

Troya013740

FLC    DA DEPARTMENT OF CORRECT    NS
## Chronological Record of Health Care

| DATE/TIME | S C                    HILLSBOROUGH C.I. |
|---|---|
| 5-14-01<br>1729 | S∅ need my shaving pass renewed + my medicine has run out<br><br>O 196 lb  97.6  80  20  118/78  I'm requesting shaving pass + RX renew<br><br>A pass + refill<br><br>P referral to MD for pass + refill renewal.<br>E Immediately as to SC procedure.     T. ADAMS, SR. RN.<br>HILLSBOROUGH, CI |
| 5-17-01<br>Wt: 198#<br>1220 | DOCTOR'S CLINIC:<br>BP $\frac{120}{80}$  T 97³  P 68  R 20        SCRL: NSP / Med<br><br>S - Pt reports NSP for Acne. He also went refill ∮ Abx (doxycycline) for acne which he was on X 60 days. + Stopped n 1 week ago<br><br>O - skin - old healed acne. (no inflammation)<br>A - Acne - healed<br>P - NSP denied<br>Doxycycline refill denied<br>pt instructed to return to S/C if Acne recurs<br><br>Noted<br>5-17-01<br>J.H. LPN<br><br>J. HANKS, SR LPN<br>HILLSBOROUGH C.I.<br><br>GEORGE ROBINSON, M.D.<br>Staff Physician<br>Hillsborough, C.I. |

Inmate Name T R O Y A    D A N I E L
DC# W 1424        Race/Sex W / M
Date of Birth 2-23-83
Institution    HILS    CI
Allergies    N KDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013741

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 4-27-01 1250 | **INCIDENTAL NOTE:** EM post assault, alleged. See DC4-708, DC4-701C for info/assessment. DC4-769 Pre-special housing void J.H. LPN ~~appraisal to~~ health appraisal, completed. — *Helen Hill J.* <br> **J. HANKS, SR LPN** <br> **HILLSBOROUGH C.I.** |
| 4-27-01 2150 | I/N IM reluctant to redress c/o HA pupils PERL grip equal gait even visual acuity same as earlier. IM agreeable & afford to return PRN *Minsky* <br> **T. ADAMS, SR. RN.** <br> **HILLSBOROUGH, CI** |
| | 4/30/01 *M.K. Hammerhead SRNS* _____ SPAR 1015 <br> **HILLSBOROUGH CI** |
| 5-3-01 EMID 2345 T.96.7 P 82 R.20 BP 118/80 | S. I have a sore throat + have been spitting up mucus <br> O. I/m resting quietly, resp normal c/o sore throat + very stuffy nose less spit up some mucus earlier this evening skin w/p sensation clear USS. Throat slightly reddened no pus pockets noted very nasal + unlabored but appears to have some sinus congestion + nose slightly reddened from blowing it. <br> A. early cold or flu symptoms stable. NO PE. <br> P/E med c Chad forte 3 p.o. tid give one now + one q 4-6° hr prn also Throat lozenges give 3 packets unadministered post ASL to drink extra fluid gargle c H. *Consult L. Colgan Esk.* SLPN c S/E if problem worsens — *Robert Colgan ___ HILL CI* **ROBERT COLGAN, SLPN** |

| Inmate Name _Troya Daniel_ | S - Subjective Data |
|---|---|
| DC# _W14211_  Race/Sex _W/m_ | 0 - Objective Data |
| Date of Birth _4/23/83_ | A - Assessment of S and O Data |
| Institution _Hill CE_ | P - Plan |
| Allergies _NKDA_ | |

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

STATE OF FLORIDA

DEPARTMENT OF CORRECTIONS
## PRE-SPECIAL HOUSING HEALTH APPRAISAL

| Institution: HILCI | Housing: B4-1022 | Date: 4-27-01 | Time: 1306 |
|---|---|---|---|

| Use of force? Y___ N ✓ | P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|---|
| If yes, also complete E.R. form ( ) | \| | \| | \| | \| | \| | \| | \| | \| | |

**Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior?  N ✓ Y___**
If yes, describe:

**Current Medical Complaint? N .___ Y ✓** If yes, describe condition and treatment:

c/o being assaulted, c/o pain (R) shoulder, neck pain, back pain
side of face, rib pain

**Vital Signs:**
T: 77⁶  P: 84  R: 16  BP: 120/80  Wt: 198#

**Allergies (list):**
NKDA

**Infirmities or impairment? N___ Y ✓** If yes, list findings:
as listed above.

**Medications? N___ Y ____**

| List Current Medications (include psychotropics): | Dose | Frequency | Renewal Y | Renewal N | Pending Appointments (per inmate) If any are yes, follow up with MUS | | |
|---|---|---|---|---|---|---|---|
| | | | | | Dental: | Date: | N/A ✓ |
| Doxycycline 100mg BID | T | BID | single dose | | Mental Health: _____ | | ✓ |
| | | | | | Chronic Clinic: | | |
| | | | | | INH _____ | | ✓ |
| | | | | | Asthma _____ | | ✓ |
| | | | | | Hypertension _____ | | ✓ |
| | | | | | Diabetes _____ | | ✓ |
| **Arrangements for Medication Administration:** Self ____  Health Care Staff _____  NA ✓ | | | | | Seizures _____ | | ✓ |
| | | | | | Special Appointments: Ø | | |
| **Inmate medication delivered to health care staff? Y___ N ✓** If no, disposition: N/A | | | | | Dx Studies: Ø | | |

**Are there any apparent medical reasons for the inmate not to be placed in special housing?**
N ✓ Y ____   If yes, explain on back, refer inmate to clinic.

Place any other pertinent information on back.

I have reviewed the records and explained the procedure for obtaining medical care while in special housing to this inmate. Mental Health notifications have been completed, if applicable.

Staff member signature, title and name stamp: ___J. Hale LPN Hill C.I.___

J. HANKS, SR LPN
HILLSBOROUGH C.I.

Inmate Name _Troya, Daniel_
DC# _W14211_       Race/Sex _W/m_
Date of Birth _4-22-83_
Institution _Hillsborough C.I._

Troya013743

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH CORRECTIONAL INSTITUTION |
|---|---|
| 4/2/01 (1800) Sick Call 98-80-18 130/78 200/2# | S: " I need my doxycycline renewed for my acne." O: me reveals acne (per prob list Has several red, raised bumps ® ① lip out onto cheek. ⊘ drainage me review also reveals injection Cleotin/doxycycline on 12/16/01 A: beg. Re renewal. P: ↑ MR → MD to eval a) for Rx b) SD. E: Instructed re hygiene / gld. (Sgy/S/ E. Boyth R/Hil ᶜᴵ |
| 4/5/01 0745 | D/N acne note renewed Doxycycline renewed _____ GEORGE ROBINSON, M.D. Staff Physician Hillsborough, C.I. |
| 4/5/01 (2155) | (Sgy/R/ /E Boyth Hil ᶜᴵ |
| 4-9-01 1045 | **INCIDENTAL NOTE:** Em ID, Superficial Lac. 3ʳᵈ digit ⓛ hand. Wound care given. See DC4-701C, DC4-708 completed, info. J. Hanks LPN Hill C.I. J. HANKS, SR LPN HILLSBOROUGH C.I. |

0-W14211 TM 07 10/26/2000

In
D TROYA, DANIEL

D W/M DOB 04/22/1983 (17)  EE
Institution _____ Hill CI
Allergies _____ NKDA

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary for Health Services Administration

Troya013744

**STATE OF FLORIDA**
DEPARTMENT OF CORRECTIONS

PRECONFINEMENT HEALTH APPRAISAL

| Institution: HILLSBOROUGH C.I. | House: D4 | | Date: 3-15-01 | | | | | Time: 1250 | | |
|---|---|---|---|---|---|---|---|---|---|---|

Use of force? Y___ N ✓   Current medical grade:
Is yes, also complete
E.R. form                    /

| P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|
| l | l | l | / | l | / | / | / | |

Is inmate a grade S3 and/or demonstrating strange or bizarre behavior  Y___  N ✓
If yes, explain:

Current medical complaints:  Y___ N ✓ if yes, describe condition and treatment

*None Voiced*

Vital signs:
T: 98⁷  P: 80  R: 20  BP: 130/80  WT: 202#   Allergies: (list)   *NKDA*

Infirmities or impairment:  Y ✓  N___   if yes, list findings
*Acne*

Inmate takes medication?  Y__  N ✓      Inmate medications delivered to health care staff
(list below)                              Y___  N ✓  If no, disposition:

Arrangements for medication administration:    self___    health care staff___    NA ✓

| Medication (include psychotropics) | Dose | Renewal Y | N | Pending Appointments (per inmate) If any are yes, follow-up with MUS | YES | NO |
|---|---|---|---|---|---|---|
| | | | | Dental: | | ✓ |
| *Doxycycline DC'd* | | | | Mental Health: | | ✓ |
| | | | | Chronic clinic: INH____    Diabetes____ Asthma____    Seizures____ | | |
| | | | | Hypertension____ | | ✓ |
| Other pertinent information: *Shave pass exp. 6/30/01* | | | | Special Appointments: | | ✓ |
| | | | | Dx Studies: | | ✓ |

Are there any apparent medical reasons for the inmate not to be placed in confinement?
Y___  N ✓  If yes, refer inmate to clinic.

I have explained the procedure for obtaining medical care while in confinement to this
inmate.  Staff member signature, title and name stamp: *J. Hanks*

Inmate Identifier:                              ©1988 InterQual, Incorporated

0-W14211 TM 07 10/26/2000                      J. HANKS, SR LPN
                                               HILLSBOROUG   I
TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE
DC4-769 (REV. 5/89)

Troya013745

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 2-14-01 1315 | INCIDENTAL NOTE: DC4-769 Preconf. health appraisal completed. Instructed on medical conf. sick call, call out procedures. No questions/complaints voiced. I/m presently taking doxycycline 100mg BID, for acne. Will single dose med until release from confinement. — J. Hanks, SR LPN HILLSBOROUGH C.I. |
| 3/9/01 2215 | S/ Onto clinic declaring ME for buccal pain of this am's onset. States this am he had a red spot on ® upper buccal cavity & now it's a painful lump. C/O stinging sensation ® cheek - states he was unable to sleep 2° pain. O/ T 95.8 - P 68 - R 16 - BP 118/82 Wt 200#. A+O x4. Skin W/D. Color-good. I/m NAD. Appears to be in pain. ® upper buccal cavity reveals an approx 5mm area of protruding pink skin c̄ a tiny opening on top. No redness or signs of infection. A/ Mouth pain. P/ 1. Advised of non urgency of complaint. 2. Motrin 200mg ī PO TID x 3days. 3. Warm salt water gargles TID x 3days. 4. RTC PRN. E/ Advised in good oral hygiene. — D. Jugg, SR, RN HILLSBOROUGH, C.I. |
| 3/10/01 1100 | M.K. Hawkshead M.K. HAWKSHEAD, SRNS HILLSBOROUGH CI |

0-W14211 TM 07 10/26/2000

TROYA, DANIEL            x_____
W/M DOB 04/22/1983 (17)  EE_____
**Allergies** NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013746

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

PRECONFINEMENT HEALTH APPRAISAL

Institution: HILLSBOROUGH C.I.   House: F3   Date: 2-14-01   Time: 1315

| Use of force? Y___ N✔ | Current medical grade: | P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|---|---|
| Is yes, also complete E.R. form | / | / | / | / | / | ( | ( | ) | ( | |

Is inmate a grade S3 and/or demonstrating strange or bizarre behavior   Y___   N✔
If yes, explain:

Current medical complaints:   Y___ N✔   if yes, describe condition and treatment

_None Voiced_

Vital signs:
T:96⁵  P:88  R:20  BP:130/90  WT:200#   | Allergies: (list)  NKDA

Infirmities or impairment:   Y___   N✔   if yes, list findings

Inmate takes medication? Y✔ N__   | Inmate medications delivered to health care staff
(list below)                       | Y___   N✔   If no, disposition:

Arrangements for medication administration:   self___   health care staff___   NA___

| Medication (include psychotropics) | Dose | Renewal Y | N | Pending Appointments (per inmate) If any are yes, follow-up with MUS | YES | NO |
|---|---|---|---|---|---|---|
| Doxycycline 100mg BID X 30 days | | | | Dental: | | ✔ |
| | | | | Mental Health: | | ✔ |
| | | | | Chronic clinic: INH_____  Diabetes_____ Asthma_____  Seizures_____ Hypertension_____ | | ✔ |
| Other pertinent information: Shave pass exp. 6/30/01 | | | | Special Appointments: | | ✔ |
| | | | | Dx Studies: | | ✔ |

Are there any apparent medical reasons for the inmate **not** to be placed in confinement?
Y___  N✔  If yes, refer inmate to clinic.

I have explained the procedure for obtaining medical care while in confinement to this
inmate.  Staff member signature, title and name stamp: _____

©1988 InterQual, Incorporated
J. HANKS, SR LPN
HILLSBOROUGH C.I.

Inmate Identifier:

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983(17) EE

DC4-769 (REV. 5/89)

Troya013747

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | I/N     HILLSBOROUGH C.I. |
|---|---|
| 2/8/07 | Above nurses note reviewed |
| 1340 | A - acne |
|  | P - refill doxycline x 30 days |
| Noted by | |
| J. HANKS, SR LPN | |
| HILLSBOROUGH C.I. | |

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE

Allergies      NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary for Health Services Administration

Troya013748

FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 1/31/01 1700 | S/ Into clinic @ SC c/o L earache of 3-4 days onset. Denies getting water into ear. O/ T 97⁹ - P 80 - R 76 - BP 118/78  Wt 205# A+O x 4. Skin W/D. Color-good. Pt in NAD. L ear reveals no redness nor drainage, unable to visualize TM. No signs of trauma. R ear is unremarkable. A/ c/o earache. P/ 1. Motrin 200mg ÷ TID x 3days. 2. Cotton balls. 3. RTC if S/S persist or worsen. E/ Advised to use cotton balls while showering. ——— D. Jugo RN ——— D. JUGO, SR, RN HILLSBOROUGH, C.I. |
| 2/6/01 1725 | S/ Into clinic @ SC requesting refill of Doxycycline for acne. States has almost out. O/ T 97¹ - P 64 - R 16 - BP 120/74  Wt 207# A+O x 4. Skin W/D. Color-good. Pt in NAD. Facial region reveals several red raised irritated acne lesions. No open lesions nor S/S 2° cellulitis. A/ Acne. P/ 1. Chart to MD for review + possible orders. E/ Advised in facial hygiene. ——— D. Jugo RN D. JUGO, SR, RN HILLSBOROUGH, C.I. |

0-W14211 TM 07 10/26/2000

Inmate
DC#  TROYA, DANIEL
Date o
Institu. W/M DOB 04/2?, 1983(17) EE
Allergies  NKDA

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99)

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013749

FLC DA DEPARTMENT OF CORRECT NS
## Chronological Record of Health Care

| DATE/TIME | HILLSBOROUGH C.I. |
|---|---|
| 1-21-01<br>1615 | S I fell on the shower and hit my lip and chipped my tooth<br>O 118/78 82 18 98.2 I/M lower lip in contact on R lower side and first tooth to ⊙ of center in chipped I/M instructed to keep chip.<br>A chipped tooth<br>P 1 refer to dental SC<br>2 ice<br>3 ibuprophen 200 a (1)<br>4 I/M educated as to dental care.<br>I/M encourage to f/u on medical if any problem<br>_T ADAMS SR_<br>HILLSBOUGH C.I |
| 1-22-01<br>1000 | Em.D. chipped Ⓛ incisior c/o hurting tooth. DC4-701e DC4-708, completed. Polk C.I. dental dept. contacted. Inmate status report given to ms. Vicki. Waiting for call return for possible further orders. ⸻<br>_J. HANKS, SR LPN_<br>HILLSBOROUGH C.I. |
| 1-22-01<br>1700 | Incidental note Dental: Class III Fx #9 2° to trauma — temp Placed<br>Rx +Ed IBuprofen 200mg<br>Disp 32 tab<br>Sig take 2 to 4 tab tid prn pain Sum/A<br>_J.T. TURNER III, DMD_<br>DENTIST<br>POLK CORRECTIONAL<br>INSTITUTION |

Noted
D. JUGO, SR, RN
HILLSBOROUGH, C.I.

Inr
DC 0-W14211 TM 07 10/26/2000 ⸻

Dat TROYA, DANIEL

Ins

All W/M DOB 04/22/1983(17) EE

S - Subjective Data
0 - Objective Data
A - Assessment of S and O Data
P - Plan

CHRONOLOGICAL RECORD OF HEALTH CARE
DC4-701 (5/99) HILLS POURGH CI

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

Troya013750

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 12/19/00 2030 | I/p: Received in transfer from ZEPCI as X-1, 5-1. Released to confinement ⊕ security. ———— D. JUGO, SR, RN HILLSBOROUGH, C.I. |
| 12/21/00 0900 | seen in confinement JOHN PISANI, MD PSYCH- SPEC HILCI |
| 1-10-01 635 | Inc note. I/m to medical for a copy of NSP - states he lost it along with his ID badge and needs replacement. (Hair was reviewed on 11-16-00 and a pass was issued at that time by Dr. Bonnet until 3-30-01. A one day pass for no shaving was issued today for further review by Dr. Bonnet tomorrow. ———— AGENCY NURSE HILLSBOROUGH C.I. |
| 1/11/01 608 | MD note: NSP renewal till 6/30/01 Day-701D fill out see note above noted HANKS, SR PN HILLSBORO... L. BONNET, M.D. PHYSICIAN HILLSBOROUGH C.I. |
| 1-11-00 1100 | S. Pt into clinic @ SC c/o pain to hand (L) from 1st burn + to pick pass up O. ⊖ redness or edema noted. Skin intact painful to touch A. burn to hand (L) P. A + D ointment to hand (L) ———— AGENCY NURSE HILLSBOROUGH C.I. |

Inma 0-W14211 TM 07 10/26/2000 ————
DC#_
Date TROYA, DANIEL
Instit
W/M DOB 04/22/1983(17) EE

NKDA

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013751

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION ARRIVAL SUMMARY

**INSTITUTION** HILLSBOROUGH C.I.  **DATE** 12/19/00

**Transferring TO:** HILCI

**Received FROM:** ZEP CI

**INMATE QUESTIONNAIRE** (circle the answers to the questions inside **THIS BOX ONLY**):

1. Are you taking mental health medications now?   YES   **(NO)**   I DON'T KNOW
2. Have you been in a CSU in the last 30 days?   YES   **(NO)**   I DON'T KNOW
3. Are you presently thinking of committing suicide?   YES   **(NO)**   I DON'T KNOW
4. Are you here for hospitalization, such as surgery, tests, etc.?   YES   **(NO)**   I DON'T KNOW
5. Do you have urgent medical needs?   YES   **(NO)**   I DON'T KNOW

If yes, list your urgent medical needs:

_____

6. Are you on medications?   **(YES)**   NO   I DON'T KNOW

If yes, list your medications:
Claritin 10mg - expires today

7. Do you have your medications with you?   YES   **(NO)**   I DON'T KNOW

Daniel Troya       W14211       4/22/83       12/19/00
**Signature**         **DC Number**      **Date of Birth**    **Today's Date**

**DO NOT WRITE BELOW THIS LINE.**

**STAFF USE ONLY**
**NURSING REVIEW:**
Referred to (check one):   ☐ Medical   ☑ Mental Health   ☐ Dental
Plan:

_____

**Overdue/Pending Appointments or Labs:**
None

_____

**DC4-760 REVIEWED?** ☑ YES   ☐ NO
DC4-760A

Any Transfer Holds:   ☐ YES   ☑ NO

Expiration Date: ____/____/____

Next Physical Examination:

Date: 10/15/02

Suicide Profile:
Ø

Special Passes/Therapeutic Diets:
Ø

0-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983(17) EE

**DC4-760A (2/00) (Page 1 of 2)**

D. JUGO, SR, RN
HILLSBOROUGH, C.I.
Examining Staff Stamp/Signature/Date

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

Troya013752