# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

| Allergies: | NKDA |
|---|---|

**DATE/TIME**

**DEC 17 2000** — 0045 S. I/m arrived from Hills CI following transfer for mental health evaluation. He denies any suicidal thoughts. He states he just took a few pills earlier.
O. VS: 98² - 72 - 16; B/P. 112/66. A+O x 3. Pleasant, cooperative, coherent. Answers questions readily. Mood is upbeat and calm.
A. s/p pill ingestion
P. Plan on SOS-I per Dr. order of 12-16-00. All clothing removed. Provided c̄ a suicide blanket and shroud. — *STEPHEN BRUNT C.M.T.C. ZEPCI*

**DEC 17 2000** — 0130 I/w. c/o hunger. States he ate nothing all day. Given a couple of pieces of bread c̄ milk. — *STEPHEN BRUNT C.M.T.C. ZEPCI*

**DEC 17 2000** — 0200 I/w. Apparently sleeping. N/c — *STEPHEN BRUNT C.M.T.C. ZEPCI*

**DEC 17 2000** — 0400 I/w. Asleep. N/c — *STEPHEN BRUNT C.M.T.C. ZEPCI*

**DEC 17 2000** — 0600 S. θ complaints. Denies suicidal thoughts.
O. VS: 97⁵ - 64 - 16. B/P: 96/62. Ate 100% of breakfast tray. Continues pleasant and cooperative.
A. SOS I
P. Continue to observe. — *STEPHEN BRUNT C.M.T. ZEPCI*

12-17-00 (0815) I/P: Asleep, Resp. even & unlabored NAD obs. SOS-I maintained as ordered — Safe environment provided. — *JAN JACKO, SRN ZEPHYRHILLS C.*

12-17-00 (0915) I/P: See Infirmary Record — *JAN JACKO, SRN ZEPHYRHILLS C.*

| Inmate Name | TROYA, DANIEL | | S- Subjective Data |
|---|---|---|---|
| DC# | W 14211 Race/Sex w/M | | O- Objective Data |
| Date of Birth | 4-22-83 | | A- Assessment of S and O Data |
| Institution | Zep CI | | P- Plan |

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

Troya013753

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION ARRIVAL SUMMARY

INSTITUTION _ZEP CI_      DATE _12/17/00_

Transferring TO: _____

Received FROM: _Hills. CI_

**INMATE QUESTIONNAIRE** (circle the answers to the questions inside **THIS BOX ONLY**):

1. Are you taking mental health medications now?   YES  (**NO**)  I DON'T KNOW
2. Have you been in a CSU in the last 30 days?   YES  (**NO**)  I DON'T KNOW
3. Are you presently thinking of committing suicide?   YES  (**NO**)  I DON'T KNOW
4. Are you here for hospitalization, such as surgery, tests, etc.?   YES  (**NO**)  I DON'T KNOW
5. Do you have urgent medical needs?   YES  (**NO**)  I DON'T KNOW

    If yes, list your urgent medical needs:

    _____

6. Are you on medications?   YES  (**NO**)  I DON'T KNOW

    If yes, list your medications:

    _____

7. Do you have your medications with you?   YES  (**NO**)  I DON'T KNOW

_Daniel Troya_    _W14211_    _4/22/83_    _12/17 00_
Signature     DC Number     Date of Birth     Today's Date

**DO NOT WRITE BELOW THIS LINE.**

**STAFF USE ONLY**
**NURSING REVIEW:**
Referred to (check one): ☒ **Medical** ☐ **Mental Health** ☐ **Dental**
Plan: _Place on SOS I in medical per DR. order (see entry 12-16-00 @ 2120_

**Overdue/Pending Appointments or Labs:**
_NONE_

Any Transfer Holds: ☐ YES ☒ NO

Expiration Date: _—/—/—_
Next Physical Examination:

Date: _10/31/02_
Suicide Profile:

Special Passes/Therapeutic Diets:
_Ø_

**DC4-760 REVIEWED?** ☒ YES ☐ NO

For additional space, use reverse

Inmate Name _TROYA, DANIEL_
DC # _W14211_ Race/Sex _w/M_
Date of Birth _4-22-83_
Institution _Zep CI_

DC4-760A (2/00) (Page 1 of 2)

STEPHEN BRUNT
C.M.T.C. ZEPCI
**Examining Staff Stamp/Signature/Date**

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

Troya013754

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
HEALTH INFORMATION TRANSFER SUMMARY

| INSTITUTION | HILLSBOROUGH C.I. | DATE | 12/16/00 | TIME | 2200 |
|---|---|---|---|---|---|

Transferring TO: _Zep CI_

Transferring FROM: _Hil CI_

| Date of last physical | PPD date/results | | Allergies | Current treatments |
|---|---|---|---|---|
| 10/31/00 | 10/26/00 | 06mm | NKDA | SOSI |

| | P | U | L | H | E | S | D | X | T | I |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | |

Current medical problems (include explanation of profile if other than Medical Grade 1)

S/P alleged OD — medically cleared thru ER at SBH this PM

| T: | 98+ | P: | 64/reg | R: | 18 | BP: | 122/80 | WT: | 202 |
|---|---|---|---|---|---|---|---|---|---|

Current mental health problems _See record_

Current dental problems _See record_

Deformities, evidence of abuse or trauma/disabilities or other physical limitations
Facial acne scars

| Medication(s) (include psychotropics) | Dose | | Pending appointments | | Yes | No |
|---|---|---|---|---|---|---|
| None - see ER DO. | | | Dental | | | ✓ |
| | | | Mental Health | | | ✓ |
| | | | Chronic Illness Clinic: | | | |
| | | | Hypertension _____ | Diabetes _____ | | |
| | | | General Med _____ | Seizure _____ | | |
| | | | Pulmonary _____ | INH _____ | | |
| | | | Immunity _____ | | | ✓ |
| | | | Special Appointments: | | | ✓ |
| | | | Dx Studies: | | | ✓ |

Pending diagnostics (including labwork) Ø

Tested/treated for STD (type, date, treatment) RPR 10/26/00 NR

Therapeutic diet? ☑No   ☐Yes (if yes, describe):

Hospitalization within past year? ☑No   ☐Yes

☐Physical problem   ☐Mental problem
Explain (include dates):

Passes: NSP D/T Acne

Reissues: Ø

| Psychotropic medication within past year? | Self-injurious or suicidal behavior within past year? | Currently on suicide watch/ |
|---|---|---|
| ☑No   ☐Yes | ☐No   ☑Yes   Date: 12/16/00 as above | precautions? ☐No   ☑Yes |

Signature/Stamp
Clinician or Nurse Reviewing Chart _E. Boyt RN/ E. Boyt RN Hil CI_

Inmate Name Troya, Daniel

DC # W14211   R/S W/M

Date of Birth 8/22/83

Institution Hil CI

| DC4 - 730 PROBLEM LIST Updated? | |
|---|---|
| ☐ No | ☑ N/A |

For additional space, use reverse

HEALTH INFORMATION TRANSFER SUMMARY
DC4-760 (10/95)

Troya013755

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
RELEASE OF INFORMATION NOTICE

Inmate Name: __TROYA, DANIEL__ DC# __W14211__ Date: __09-21-07__

TO __KERRY SHEEHAN__                    FROM: __RECEPTION & MEDICAL CENTER__
    Agency/Person                            Institution
__250 AUSTRALIAN AVE. SOUTH__
__SUITE      704__                      __P. O. BOX 628__
    Address                                  Address
__WEST PALM BEACH, FL   33401__
__561-659-3706__                        __LAKE BUTLER, FL   32054__

    City, State                              City, State

This notice accompanies a disclosure of protected health information concerning the above referenced inmate. This information has been disclosed to you from privileged and confidential records that are protected by Federal (45 CFR Parts 160 and 164) and Florida confidentiality laws (§ 945.10, Fla. Stat.). Federal and Florida law prohibits you from making any further disclosure of this health care information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by Federal and Florida law. A general authorization for the release of protected health information is NOT sufficient for this purpose.

Please find enclosed [check applicable information] copies of:

_____ Problem List
_____ Medical History:              Date of Report: _____
_____ Physical Examination:         Date of Report: _____
_____ Consultation Report:          Date of Report: _____
_____ Infirmary Information:
            _____ Discharge Summary:     Date of Report: _____
            _____ Progress Notes:   From _____ To _____
            _____ Other: Indicate Report: _____
_____ Outpatient Chronological Notes: From _____ To _____
___X___ Other:   Indicate: _medical records_

__NOTE:__ Additional restrictions are placed on alcohol/drug abuse treatment, psychiatric, and psychological information. This type of information may only be released when it is clearly listed on the authorization. Records of this nature will not be disclosed in response to a request for "any and all information" or any other request unless the person to whom the request pertains has specifically authorized such disclosure by informed written consent.

I certify the attached copies to be true and correct.

_Glenda Bludsworth_                     _9-100_
Medical Record Specialist/Processor      Date

DHL GROUND 58135602744

Troya013756        DC4-744 (10/04)              White:  Receiving Agency/Person
                                                  Canary: Health Record

W-14211
1 2-2805
Dade

# KERRY SHEEHAN

**Investigative, Sentencing and Mitigation Services**
250 Australian Avenue, South, Suite 704
West Palm Beach, Florida 33401
561/659-3706  Fax: 561/659-2380

August 8, 2007

Reception and Medical Center
Attn: Inactive Records/Classifications and Medical
P.O. Box 628
Lake Butler, Fl 32054

Re:    Daniel Anthony Troya
       DOB: 04/22/83
       DC No. W-14211

Dear Sir/Madam,

The above-captioned individual was incarcerated in the Florida Department of
Corrections on two separate occasions. He was first released on 4/20/03. He was
recommitted in July of 2003.

We need to obtain all available records, including disciplinary and medical. Following is
a release authorization.

Thank you for your prompt attention. Please do not hesitate to contact me if you have any
questions or concerns.

Sincerely,

KERRY SHEEHAN

KS:so
Enclosure

XC: control record

Troya013757

## FLORIDA DEPARTMENT OF CORRECTIONS
## DENTAL HEALTH QUESTIONNAIRE

1. Are you in good health? ................................................................ Y ☑  N ☐
   Has there been any change in your general health within the past year? ............. Y ☐  N ☑
2. Are you under the care of a physician? ............................................. Y ☐  N ☑
   If yes, what is the condition being treated? _____
3. Have you had any serious illnesses or operations? ................................. Y ☐  N ☑
   If yes, what was the problem? _____
4. Do you or have you had any of the following diseases or problems?

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Rheumatic Fever | ☐ | ☑ | Fainting Spells/Seizures/Epilepsy | ☐ | ☑ |
| Heart Murmur | ☐ | ☑ | Diabetes | ☐ | ☑ |
| Heart Disease | ☐ | ☑ | Jaundice/Hepatitis | ☐ | ☑ |
| High Blood Pressure | ☐ | ☑ | Liver Disease | ☐ | ☑ |
| Low Blood Pressure | ☐ | ☑ | Inflammatory Rheumatism | ☐ | ☑ |
| Stroke | ☐ | ☑ | Stomach Ulcers | ☐ | ☑ |
| Chest Pain | ☐ | ☑ | Kidney Trouble | ☐ | ☑ |
| Shortness of Breath | ☐ | ☑ | Tuberculosis (INH Treatment) | ☐ | ☑ |
| Swollen Ankles | ☐ | ☑ | VD-Syphilis/Gonorrhea | ☐ | ☑ |
| Artificial Heart Valves | ☐ | ☑ | HIV+/AIDS | ☐ | ☑ |
| Prosthetic Joints | ☐ | ☑ | IV Drug Use | ☐ | ☑ |
| Seasonal Allergies | ☐ | ☑ | Sickle Cell Anemia | ☐ | ☑ |
| Asthma | ☐ | ☑ | Hemophilia | ☐ | ☑ |
| Hives/Skin Rash | ☐ | ☑ | Anemia | ☐ | ☑ |
| Thyroid Problems | ☐ | ☑ | Other (list): _____ | | |
| Cancer/Tumors/Cysts | ☐ | ☑ | | | |

5. Have you had abnormal bleeding associated with previous tooth extractions, dental surgery, or trauma? ... Y ☐  N ☑
6. Have you had any prior serious trouble with dental treatment? ...................... Y ☐  N ☑
7. Have you ever had treatment for cancer of your head or neck including surgery, radiation treatment, or chemotherapy? ... Y ☐  N ☑
8. Do you bruise easily? ............................................................. Y ☑  N ☐
9. Have you ever required a blood transfusion? ....................................... Y ☐  N ☑
   If yes, approximate date: _____ Explain the circumstances: _____
10. List all medications you are presently taking or have taken in the last two weeks (include any over-the-counter medications): _____

11. Are you allergic or have you ever reacted adversely to:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Local Anesthetics/Novocaine | ☐ | ☑ | Iodine/Seafood | ☐ | ☑ |
| Penicillin/Antibiotics | ☐ | ☑ | Nickel Metals | ☐ | ☑ |
| Sulfa Drugs | ☐ | ☑ | Latex | ☐ | ☑ |
| Aspirin, Tylenol or Motrin | ☐ | ☑ | Other (list): _____ | | |

12. Do you have any disease, condition or problem not listed above that you think I should know about? ... Y ☐  N ☑
    If yes, explain: _____

### WOMEN ONLY

13. Are you pregnant? ................................................................. Y ☐  N ☐
    If yes, how many months? _____
14. Do you have any problems associated with your menstrual period? ................... Y ☐  N ☐
    Comments: _____

---

Signature of Patient: *Daniel Troya*    Date: 4-23-02

Signature/Stamp of Dentist: P. KELEMEN, SENIOR DENTIST   APR 23 2002
BREVARD CORRECTIONAL INSTITUTION   Date

Health Update: _____

Signature/Stamp of Dentist _____   Date

Health Update: _____

Signature/Stamp of Dentist _____   Date

---

Inmate Name  Daniel Troya

DC#  W14211    Race/Sex  Hispanic/m

Date of Birth  4-22-83

Institution  Brevard Correctional Institution

DC4-734 (Revised 1/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

Troya013758

# FLORIDA DEPARTMENT OF CORRECTIONS
## DENTAL HEALTH QUESTIONNAIRE

1. Are you in good health? ............................................................................ Y ☑  N ☐
   Has there been any change in your general health within the past year? ............ Y ☐  N ☑
2. Are you under the care of a physician? ...................................................... Y ☐  N ☑
   If yes, what is the condition being treated? _____
3. Have you had any serious illnesses or operations? ...................................... Y ☐  N ☑
   If yes, what was the problem? _____
4. Do you or have you had any of the following diseases or problems?

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Rheumatic Fever | ☐ | ☑ | Fainting Spells/Seizures/Epilepsy | ☐ | ☑ |
| Heart Murmur | ☐ | ☑ | Diabetes | ☐ | ☑ |
| Heart Disease | ☐ | ☑ | Jaundice/Hepatitis | ☐ | ☑ |
| High Blood Pressure | ☐ | ☑ | Liver Disease | ☐ | ☑ |
| Low Blood Pressure | ☐ | ☑ | Inflammatory Rheumatism | ☐ | ☑ |
| Stroke | ☐ | ☑ | Stomach Ulcers | ☐ | ☑ |
| Chest Pain | ☐ | ☑ | Kidney Trouble | ☐ | ☑ |
| Shortness of Breath | ☐ | ☑ | Tuberculosis (INH Treatment) | ☐ | ☑ |
| Swollen Ankles | ☑ | ☐ | VD-Syphilis/Gonorrhea | ☐ | ☑ |
| Artificial Heart Valves | ☐ | ☑ | HIV+/AIDS | ☐ | ☑ |
| Prosthetic Joints | ☐ | ☑ | IV Drug Use | ☐ | ☑ |
| Seasonal Allergies | ☐ | ☑ | Sickle Cell Anemia | ☐ | ☑ |
| Asthma | ☐ | ☑ | Hemophilia | ☐ | ☑ |
| Hives/Skin Rash | ☐ | ☑ | Anemia | ☐ | ☑ |
| Thyroid Problems | ☐ | ☑ | Other (list): _____ | | |
| Cancer/Tumors/Cysts | ☐ | ☑ | | | |

5. Have you had abnormal bleeding associated with previous tooth extractions, dental surgery, or trauma? ...... Y ☐  N ☑
6. Have you had any prior serious trouble with dental treatment? ........................ Y ☐  N ☑
7. Have you ever had treatment for cancer of your head or neck including surgery, radiation treatment, or chemotherapy? ...... Y ☐  N ☑
8. Do you bruise easily? ................................................................................ Y ☑  N ☐
9. Have you ever required a blood transfusion? .............................................. Y ☐  N ☑
   If yes, approximate date: _____ Explain the circumstances: _____
10. List all medications you are presently taking or have taken in the last two weeks (include any over-the-counter medications): _____

11. Are you allergic or have you ever reacted adversely to:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Local Anesthetics/Novocaine | ☐ | ☑ | Iodine/Seafood | ☐ | ☑ |
| Penicillin/Antibiotics | ☐ | ☑ | Nickel Metals | ☐ | ☑ |
| Sulfa Drugs | ☐ | ☑ | Latex | ☐ | ☑ |
| Aspirin, Tylenol or Motrin | ☐ | ☑ | Other (list): _____ | | |

12. Do you have any disease, condition or problem not listed above that you think I should know about? ...... Y ☐  N ☑
    If yes, explain: _____

### WOMEN ONLY

13. Are you pregnant? ................................................................................ Y ☐  N ☐
    If yes, how many months? _____
14. Do you have any problems associated with your menstrual period? .................. Y ☐  N ☐
    Comments: _____

J.T. TURNER III, DMD
DENTIST
POLK CORRECTIONAL
INSTITUTION

_Daniel Troya_   01-22-01     _(signature)_   1-22-01
Signature of Patient   Date     Signature/Stamp of Dentist   Date

Health Update: _____
_____   Signature/Stamp of Dentist   Date

Health Update: _____
_____   Signature/Stamp of Dentist   Date

Inmate Name _Daniel Troya_
DC# _W1421_   Race/Sex _His/M_
Date of Birth _4-22-83_
Institution _HCI_
DC4-734 (Revised 1/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

Troya013759

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### DEN. L DIAGNOSIS AND TREATMENT I N

| | P.S.R. 5/15/02 | |
|---|---|---|
| 2 S¹ | 2 S² | 2 S³ |
| 2 S⁶ | 2 S⁵ | 2 S⁴ |

| Tooth # | Treatment Indicated | Date Completed |
|---|---|---|
| all | scale | 5/15/02 |
| | prophy | 5/15/02 |
| | fluoride | 5/15/02 |
| | OHI | 5/15/02 |
| | | |
| | Incomplete | 5/15/02 |
| | | |
| #9 | obs every 3 mnths | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Tooth # | Treatment Indicated | Date Completed |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Regional Head & Neck Exam | Normal | Abnormal | Comments |
|---|---|---|---|
| Lips | ✓ | | |
| Tongue | ✓ | | |
| Hard Palate | ✓ | | |
| Soft Palate | ✓ | | |
| Floor of Mouth | ✓ | | |
| Neck/Nodes | ✓ | | |
| Salivary Glands | ✓ | | |
| TMJ | ✓ | | |
| Pharynx | ✓ | | |

Comments 1,16,17,32, Supernumerary between 19+20 and 29+30 imp asymptomatic
#9 pulptest - wnc, percussn't - may require RCT; check in 3 mnths

Signature/Stamp of Dentist _____ P. KELEMEN, SENIOR DENTIST _____ Date 5/15/02
BREVARD CORRECTIONAL INSTITUTION

Inmate Name Troya, Daniel
DC# 101421    R/S w/m
Date of Birth 4-22-83
Institution Brev CI

Dental Diagnosis and Treatment Plan
DC4-764 (5/95)

Troya013760

```
                          State of Florida                       Printed
IADR070                Department of Corrections               10/27/2000
 (735)                 INITIAL DENTAL VISUAL EXAM
           Exam Date: 10/27/2000 Start Time: 08:17 End Time: 08:18
```

Dentist:    VA10  = VAN WINKLE, CHARLES              DENTIST
Technician: MA72  = MARTINEZ, ANA

**INMATE NAME: TROYA, DANIEL**          **DC#: 0-W14211**  Cls.Team: 07
Received: 10/26/2000   County: PALM BEACH   Rec.Ctr: S.FLA.RECEPTION CTR.
Race: WHITE     Sex: MALE     Date of Birth: 04/22/1983   Age: 17
Height: 5' 11"  Weight: 194 lbs.

**EXISTING CONDITIONS:**
    Teeth      01 __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ 16
       Missing: 32 __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ 17

    Restorations
       Present:  AMALGAM     - 02,04,05,13,14,15,18,20,28,29

Prostheses Present:  NONE                       NONE
Deposits: SLIGHT
Gingival Conditions: NORMAL          Masticating Efficiency: GOOD

**REGIONAL HEAD AND NECK EXAM:**
    Lips .............       NORMAL
    Tongue ..........       NORMAL
    Hard Palate ....        NORMAL
    Soft Palate ....        NORMAL
    Floor of Mouth          NORMAL
    Neck/Nodes .....        PERFORMED BY MEDICAL AT IPE
    Salivary Glands         PERFORMED BY MEDICAL AT IPE
    TMJ ............        PERFORMED BY MEDICAL AT IPE
    Pharynx ........        PERFORMED BY MEDICAL AT IPE

**ASSESSMENT:**
    Extractions  __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __
       Indicated: __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

    Restorations __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __
       Indicated: __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**Dental Grade: D1**

Refer to Oral Surgeon: No

Treatment Refusal Form Signed: No

                *** END OF REPORT ***

Troya013761

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## CONSENT FOR AND PRIOR TO ENDODONTIC TREATMENT

It is understood, and agreed, that in an effort to avoid extraction of tooth #9_____, endodontic (root canal) treatment has been recommended.

I understand that treatment may require several treatment appointments, and that results while anticipated to be satisfactory cannot be guaranteed in any way.

When satisfactory results are not obtainable, additional procedures including, but not limited to apicoectomy (surgical endodontic procedure) or extraction may be necessary. I understand that root canal therapy does not restore the tooth and that restoration after completion of the root canal procedures is advised, but not guaranteed by the Department of Corrections.

Signature/Stamp of Dentist_____ Date_____

Signature of Patient_____ Date 6/3/02

Signature/Stamp of Witness_____ Date 6·3·2

P. ACKERSON, D.A.
BREVARD C.I. DENTAL

Inmate Name Troya, Daniel
DC# W01421          R/S W/m
Date of Birth 4-77-83
Institution Brevci

CONSENT FOR AND PRIOR TO ENDODONTIC TREATMENT
DC4-763A  (02/92)

Troya013762

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

# REFUSAL OF HEALTH CARE SERVICES AFFIDAVIT

## STATEMENT OF REFUSAL

I, the undersigned, have had explained to me and understand the nature of my condition, the necessity for the following health care service _____ Incision & Drainage #9 _____, its advantages and possible complications, if any, as well as other possible alternative modes of treatment. I acknowledge that I have been informed of the risk involved in my not consenting for the above-named health care service and understand that should I refuse in this case, I relieve the attending physician (and psychologist, if applicable), this health care facility and its administration, and the Department of Corrections from any responsibility with regard to any and all subsequent disability and/or ill effects which may result from this health care service not being performed.

I hereby certify that I have read and fully understand the above refusal statement for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as other possible alternative modes of treatment, which were explained to me by:

_____

ACCORDINGLY, I DO NOT CONSENT TO THE HEALTH CARE SERVICE DESCRIBED ABOVE.

X _Daniel Troya_____          _6/17-02_    _07 15_
Signature of Patient/Inmate                                    Date/Time

## CERTIFICATION

If the inmate refuses to sign, indicate such by inserting inmate refused to sign on patient/inmate signature line. *Signature of witness required.

I hereby certify that I have personally explained the contemplated health care service as well as the risk in its not being performed to the above-signed patient.

_____        P. KELEMEN, SENIOR DENTIST        _JUN 17 2002_    _0 75_
Health Care Provider's Signature/Name Stamp    BREVARD CORRECTIONAL INSTITUTION    Date/Time

_M. Williams_    M. WILLIAMS, DA                                    _6/17/02_
*Signature of Witness/Name Stamp    BREVARD CI DENTAL                       Date

Reason given by inmate for refusal:_____ Dont like needles _____

List of possible health consequences discussed with inmate:_____ Delayed healing, Infection _____

List of alternative treatment if appropriate:_____ B _____

Reviewed By:_____        _____
            Signature of Physician/Name Stamp          Date

**Inmate Name**
DC#_        TROYA, DANIEL A.
            DOC : W14211
Date o      RACE: WHITE
Institu     SEX : MALE
            DOB : 04/22/83

DC4-71.

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

Troya013763

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| JUN 17 2002 0730 | HQR, EX: #9 — _infection localized above apex #9_ <br> _inmate states he feels much better_ <br> RecTr. I+D — _Refused — signed refl_ <br> TR: OHI <br> RTC 6-20-2 _check #9_ _[signature]_ P. KELEMEN, SENIOR DENTIST <br> BREVARD CORRECTIONAL INSTITUTION |
| JUN 20 2002 0805 | HQR, EX: #9 — _infection localized above apex #9 reduced when_ <br> _compared with 6-17-2._ <br> _Inmate claims no pain._ <br> TK: _this advised to RTC DSSC y pa for scaly+_ <br> _[signature]_ P. KELEMEN, SENIOR DENTIST <br> BREVARD CORRECTIONAL INSTITUTION <br> TR completed _[signature]_ |
| 2-6-03 1000 | TRANSFERRED FROM BREVARD CI TO: Taylor Annex _[signature]_ <br> P. ACKERSON, D.A. <br> BREVARD C.I. DENTAL |
| 1/15/03 1225 | Dental Record Received and Reviewed _Annex_ _[signature]_ Dr. Bennie Thompkins Senior Dentist _[...] Correctional Institution_ |
| 3/6/03 1200 | INMATE DENTAL REQUEST RECEIVED _L. Blickheiter Dental Assistant Taylor Correctional Institution_ |

Inm:
DC#
Dat
Ins

DEN'

Troya013764 (02/92)

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| JUN 1 1 2002 1125 | HQR, RO, NaClO₄ /H₂O rinse          3⟋ milligrams Lidocaine  X milligrams Marcaine  18 micrograms Epinephrine<br>#9- #60 file to 21 m, wr 21m 1PA<br>Flared to #50 file #90 Dens fl<br>obtured + seala,    1PA<br>#7 MI, lop - A2 - pry - L - pop      - POI<br><br>TX cplted       R—       P. KELEMEN, SENIOR DENTIST<br>                      BREVARD CORRECTIONAL INSTITUTION |
| JUN 1 3 2002 0740 | HQR, DSSC, cc painful tooth #7      (1PA)<br>EX: #7<br>INFLAMMATION slight, SWELLING slight diff, SUPPURATION X<br>TRISMUS X, PERCUSSION SENSITIVITY (+)<br>DX: #7 AAA<br>TX:      1 Rx VK500q   stat<br><br>~~IBUPROFEN 800 MG~~      PEN VK 500 MG<br>~~DISPENSE      (12)~~      DISPENSE      30<br>~~ONE TABLET EVERY 8 HRS~~      ~~ONE TABLET EVERY 6 HRS~~<br>~~FOR PAIN~~      TAKE UNTIL GONE<br><br>RTL    check #9    6-14-2      R— P. KELEMEN, SENIOR DENTIST<br>                      BREVARD CORRECTIONAL INSTITUTION |
| JUN 1 4 2002 0725 | HQR, EK:  Same clinical presentation as 6-13-2<br>      inmate states the area is less sore &<br>      he is recovery his Rx.<br><br>      RTC    6-17-2 —    po #9<br>                      P. KELEMEN, SENIOR DENTIST<br>            R—   BREVARD CORRECTIONAL INSTITUTION |

Inmate Name Troya, Daniel
DC# V014211         R/S W/m
Date of Birth 4-22-83
Institution Brevar J

DENTAL TREATMENT RECORD

Troya013765 (02/92)

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| JUN 0 3 2002 0800 | HQR, ANTISEPTIC RINSE |
| | DSSC,____/ PA X-RAYS |
| | CC: _painful tooth (#9)_ |
| | EX: _#9 under dx for IPo RP_ |
| | INFLAMMATION _(-)_ , SWELLING _slight_, SUPPURATION _(-)_ |
| | TRISMUS _(-)_ , PERCUSSION SENSITIVITY _+++_ |
| | DX: _pseudo AAA #9_ |
| | TX: _IC+S for RCT #9_ |
| | _(2) 200 y chyzofr dxymed 5 tal_ |
| | _1  50 y per vx dxymed stal_ |
| | _(10) 200 y chyzofr dxymed to ante_ |
| | PEN VK 500 mg |
| | DISPENSE __20__                      Rp 40 |
| | ONE TABLET EVERY 6 HRS |
| | TAKE UNTIL GONE |
| | __36__ milligrams   Lidocaine |
| | __X__ milligrams   Marcaine |
| | __18__ micrograms  Epinephrine |
| | _RD Prep, prof etch, #60 file at 20 m  IPA_ |
| | _sealloy + H2O rinse        , 4 pt/_ |
| | _RTC 6-4-2   check #9_        P. KELEMEN, SENIOR DENTIST |
| | BREVARD CORRECTIONAL INSTITUTION |
| JUN 0 4 2002 0725 | _HQR, RO #9  asymptotic_ |
| | _RTC neyt week RCT #9 pm_        P. KELEMEN, SENIOR DENTIST |
| | BREVARD CORRECTIONAL INSTITUTION |
| JUN 0 4 2002 1320 | _HQR, DSEn, CC: "pain beginy" (#9)_ |
| | _EX: Swelling (-), DX: inflammation associated with AAA #9_ |
| | _+ TX on 6-3-2 -_ |
| | _RecTR: EXT #9 or Deal with pain until AAA resolved: unle want to deal_ |
| | _with pain; (8) 325 y tylenol dxymed pt ante; Admsnld to RTC DSSC if_ |
| | _swelling begins or pain t   P Kee_        P. KELEMEN, SENIOR DENTIST |
| | BREVARD CORRECTIONAL INSTITUTION |

Inmate Name _Troya, Daniel_
DC# _W14211_____ R/S _w/m_
Date of Birth _4-22-83_
Institution _Brev CI_

DENTAL TREATMENT RECORD
DC4 704 (02/92)

Troya013766

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

| DATE AND TIME | DENTAL TREATMENT RECORD |
|---|---|
| 3-14-01 0920 | DSot, HQR, Peri des Rinse, PD #9, Asymptomic, Print of Gum Role + How to Request tx If he so Desires |
| | J.T. TURNER III, DMD DENTIST HILLSBOROUGH C.I. |
| 11-01-01 1130 | Inmate to transfer from Hillsborough CI to Brevard C.I. JACQUELINE BURNS DENTAL ASSISTANT HILLSBOROUGH C.I. |
| 11/13/01 0735 | RECEIVED AT BREVARD C.I. FROM: CFRC DENTAL ORIENTATION & O.H.I. GIVEN ON: 11/14/01 CHART REVIEWED ON: 11/13/01 BY: pw P. KELEMEN, SENIOR DENTIST BREVARD CORRECTIONAL INSTITUTION |
| | Incidental Note Date 4/15/02 Time 1047 Inmate Request Received 4/15/02 Answered FMX M. WILLIAMS, DA BREVARD CI DENTAL P. KELEMEN, SENIOR DENTIST BREVARD CORRECTIONAL INSTITUTION |
| APR 2 3 2002 1130 | FMX + HQR P. KELEMEN, SENIOR DENTIST BREVARD CORRECTIONAL INSTITUTION |
| MAY 1 5 2002 0755 | HQR, ANTISEPTIC RINSE EX, TX PLAN, RHN-WNL PSR, PFO, COPAY pulp test  #7 percusst. Dx: #9 - IP or RP? reachit a a 3 mth bms P. KELEMEN, SENIOR DENTIST BREVARD CORRECTIONAL INSTITUTION TKylttf |

| | # 8 | # 9 | # 10 |
|---|---|---|---|
| pulp test | 2 | 2 | 2 |

Inmate Name TROYA, DANIEL
DC# W14211    R/S W/M
Date of Birth 4-22-1983
Institution HIL. C.I.

DENTAL TREATMENT RECORD
Troya013767 (02/92)

IADR069
(724)

State of Florida
Department of Corrections
**INITIAL DENTAL VISUAL EXAM**

Printed
10/31/2000

**Inmate Name: TROYA, DANIEL**                                    **DC#: 0-W14211**
          Race: WHITE      Sex: MALE      Date of Birth: 04/22/1983
          Date Received: 10/26/2000   Reception Center: S.FLA.RECEPTION CTR.

| Date/Time | Encounter | Staff |
|---|---|---|
| 10/26/2000 07:45<br>09:30 | HEALTH EDUCATION<br><br>DENTAL ORIENTATION WITH (OHI). | MO87<br>MORGAN, JACKIE |
| 10/27/2000 08:17<br>08:18 | DENTAL INITIAL EXAM<br><br>INITIAL VISUAL DENTAL, HEAD & NECK EXAMINATION.<br>RECEPTION INTAKE EXAM | VA10<br>VAN WINKLE, CHARLES |
| 11-13-00<br>1103 | RECEIVED AT HILCI 11-10-00<br>DENTAL RECORD REVIEWED  _JBurns_ | JACQUELINE BURNS<br>DENTAL ASSISTANT<br>HILLSBOROUGH C.I. |
| 11-13-00<br>1300 | INMATE DENTAL ORIENTATION<br>AND ORAL HYGIENE INSTRUCTION  _JBurns_ | JACQUELINE BURNS<br>DENTAL ASSISTANT<br>HILLSBOROUGH C.I. |
| 1-22-01<br>1715 | DSEM, HQR,<br>S trauma to #9<br>O Pulp exposed Due to Fx -<br>A Class III Fx will most<br>likely need endo order<br>Ds tx - No Fx Bone noted<br>P Fuji temp I #9, Pt int<br>of 6mo Rule + How to Recieve<br>tx IF he desires and the<br>likely need for endo # 9<br>in the future, Return to Doss<br>As needed<br>Next Appt: Po 5min 2 weeks | |

J.T. TURNER III, DMD
DENTIST
POLK CORRECTIONAL
INSTITUTION

Troya013768

```
                          State of Florida                      Printed
IADR070                Department of Corrections              12/26/2003
  (735)               INITIAL DENTAL VISUAL EXAM
             Exam Date: 12/23/2003 Start Time: 06:50 End Time: 06:52


Dentist:     VA10  = VAN WINKLE, CHARLES          DENTIST
Technician: MA72  = MARTINEZ, ANA
```

**INMATE NAME: TROYA, DANIEL A**                    **DC#: A-W14211**  Cls.Team: 03
   Received: 12/22/2003   County: PALM BEACH       Rec.Ctr: S.FLA.RECEPTION CTR.
   Race: WHITE     Sex: MALE    Date of Birth: 04/22/1983   Age:  20
   Height: 5' 11"  Weight: 180 lbs.


**EXISTING CONDITIONS:**
   Teeth        01 __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ 16
     Missing:   32 __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ 17

   Restorations
     Present:   AMALGAM    - 02,04,05,13,14,15,18,19,28,29

   Prostheses Present:  NONE                        NONE
   Deposits: SLIGHT
   Gingival Conditions: NORMAL          Masticating Efficiency: GOOD


**REGIONAL HEAD AND NECK EXAM:**
   Lips ...........        NORMAL
   Tongue .........       NORMAL
   Hard Palate ....       NORMAL
   Soft Palate ....       NORMAL
   Floor of Mouth         NORMAL
   Neck/Nodes .....       PERFORMED BY MEDICAL AT IPE
   Salivary Glands        PERFORMED BY MEDICAL AT IPE
   TMJ ............       PERFORMED BY MEDICAL AT IPE
   Pharynx ........       PERFORMED BY MEDICAL AT IPE


**ASSESSMENT:**
   Extractions
     Indicated:   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __
                  __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

   Restorations
     Indicated:   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __
                  __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __


**Dental Grade: D1**

Refer to Oral Surgeon: No

Treatment Refusal Form Signed: No

                        *** END OF REPORT ***
```

Troya013769

# FLC JA DEPARTMENT OF CORRECTIO.
## DENTAL HEALTH QUESTIONNAIRE

1. Are you in good health? ................................................ Y ☑  N ☐
   Has there been any change in your general health within the past year? ................................ Y ☐  N ☑
2. Are you under the care of a physician? ................................................ Y ☐  N ☑
   If yes, what is the condition being treated? _____
3. Have you had any serious illnesses or operations? ................................ Y ☐  N ☑
   If yes, what was the problem? _____
4. Do you or have you had any of the following diseases or problems?

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Rheumatic Fever | ☐ | ☑ | Fainting Spells/Seizures/Epilepsy | ☐ | ☑ |
| Heart Murmur | ☐ | ☑ | Diabetes | ☐ | ☑ |
| Heart Disease | ☐ | ☑ | Jaundice/Hepatitis | ☐ | ☑ |
| High Blood Pressure | ☐ | ☑ | Liver Disease | ☐ | ☑ |
| Low Blood Pressure | ☐ | ☑ | Inflammatory Rheumatism | ☐ | ☑ |
| Stroke | ☐ | ☑ | Stomach Ulcers | ☐ | ☑ |
| Chest Pain | ☐ | ☑ | Kidney Trouble | ☐ | ☑ |
| Shortness of Breath | ☐ | ☑ | Tuberculosis (INH Treatment) | ☐ | ☑ |
| Swollen Ankles | ☐ | ☑ | VD-Syphilis/Gonorrhea | ☐ | ☑ |
| Artificial Heart Valves | ☐ | ☑ | HIV+/AIDS | ☐ | ☑ |
| Prosthetic Joints | ☐ | ☑ | IV Drug Use | ☐ | ☑ |
| Seasonal Allergies | ☐ | ☑ | Sickle Cell Anemia | ☐ | ☑ |
| Asthma | ☐ | ☑ | Hemophilia | ☐ | ☑ |
| Hives/Skin Rash | ☐ | ☑ | Anemia | ☐ | ☑ |
| Thyroid Problems | ☐ | ☑ | Other (list): | | |
| Cancer/Tumors/Cysts | ☐ | ☑ | | | |

5. Have you had abnormal bleeding associated with previous tooth extractions, dental surgery, or trauma? ................ Y ☐  N ☑
6. Have you had any prior serious trouble with dental treatment? ................................ Y ☐  N ☑
7. Have you ever had treatment for cancer of your head or neck including surgery, radiation treatment, or chemotherapy? ................ Y ☐  N ☑
8. Do you bruise easily? ................................................ Y ☑  N ☐
9. Have you ever required a blood transfusion? ................................ Y ☐  N ☑
   If yes, approximate date: _____ Explain the circumstances: _____
10. List all medications you are presently taking or have taken in the last two weeks (include any over-the-counter medications): _IB profen_
    _Tylenol_ _____

11. Are you allergic or have you ever reacted adversely to:

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| Local Anesthetics/Novocaine | ☐ | ☑ | Iodine/Seafood | ☐ | ☑ |
| Penicillin/Antibiotics | ☐ | ☑ | Nickel Metals | ☐ | ☑ |
| Sulfa Drugs | ☐ | ☑ | Latex | ☐ | ☑ |
| Aspirin, Tylenol or Motrin | ☐ | ☑ | Other (list): | | |

12. Do you have any disease, condition or problem not listed above that you think I should know about? ................ Y ☐  N ☑
    If yes, explain: _____

### WOMEN ONLY

13. Are you pregnant? ................................................ Y ☐  N ☑
    If yes, how many months? _____
14. Do you have any problems associated with your menstrual period? ................ Y ☐  N ☑
Comments: _____

X _Daniel Troya_                          9-28-04                  R.M. KUBIK, D.D.S.
Signature of Patient                      Date          SENIOR DENTIST, DESOTO CI       9-28-4
Health Update: _____   Signature/Stamp of Dentist                    Date

_____                  _____
                                          Signature/Stamp of Dentist                    Date

Health Update: _____   _____
                                          Signature/Stamp of Dentist                    Date

Inmate Name _Troya, Daniel_
DC# _641421_          Race/Sex _W/M_        This form is not to be amended, revised, or altered without approval
Date of Birth _4-22-83_                     of the Deputy Director of Health Services Administration
Institution _DeSoto_
DC4-734 (Revised 1/00)

Troya013770

State of Florida
Department of Corrections
INITIAL DENTAL VISUAL EXAM

IADR069
(724)

Printed
12/26/2003

Inmate Name: TROYA, DANIEL A                    DC#: A-W14211
      Race: WHITE      Sex: MALE      Date of Birth: 04/22/1983
      Date Received: 12/22/2003   Reception Center: S.FLA.RECEPTION CTR.

| Date/Time | Encounter | Staff |
|---|---|---|
| 12/22/2003 07:45<br>09:30 | HEALTH EDUCATION<br>DENTAL ORIENTATION WITH (OHI). | MO87<br>MORGAN, JACKIE |
| 12/23/2003 06:50<br>06:52 | DENTAL INITIAL EXAM<br>INITIAL VISUAL DENTAL, HEAD & NECK EXAMINATION.<br>RECEPTION INTAKE EXAM | VA10<br>VAN WINKLE, CHARLES |

1-7-04
13:00

RECEIVED AT DESOTO C.I.
ON ___1/7___ AND DENTAL
RECORD REVIEWED

DESOTO C.I. DENTAL ORIENTATION
INCLUDES: METHOD OF OBTAINING DENTAL TREATMENT
ORAL HYGIENE INSTRUCTIONS AND RECORD REVIEW

6/20/05
15:52

Inmate Received at DCI.
Dental Record Reviewed.
Orientation with OHI.

D. NACIANCENO, R.D.H.
DADE/' C.I.

DESOTO CI

Troya013771

IADR052
(730)

State of Florida
Department of Corrections
HEALTH PROBLEM LIST

Printed
11/07/2000

**Inmate Name: TROYA, DANIEL**　　　　　　　**DC#: 0-W14211**
　　　Race: WHITE　　　Sex: MALE　　Date of Birth: 04/22/1983　　Age: 17
　　　Date Received: 10/26/2000　Reception Center: S.FLA.RECEPTION CTR.

**Allergies:** NKDA

| Nbr. | Onset | Staff | Problem Description | Resolved | Staff |
|------|-------|-------|---------------------|----------|-------|
| 1 | | LI34 | ACNE | | |
| 2 | | LI34 | CONTACT/EXPOSURE COMMUN DZ | | |
| 3 | | AL-17 | Rectal bleeding | | |
| 3 | 1/16/02 | AL-17 | Internal hemorrhoids by Flex Sigmadscopy | | |
| 4 | Chronic | AL 77 | Infected Neck follicultes | 5/23/02 | AL-17 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Troya013772

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

## RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES

**DC4-650B** *Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices* **must be completed when a preconfinement health appraisal is conducted in conjunction with DC4-769** *Pre-Special Housing Health Appraisal).*  DC4-650B will be reviewed at the time of all practitioner health care encounters.  If any changes in an inmate's medical condition are identified (e.g., new diagnosis) that would affect the use of chemical agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B.  The results of this assessment should not be interpreted as approval or disapproval of the intended use of such agents/devices but rather an assessment of any risk factors.

---

**Chemical Agents Assessment:**

[X]  At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate has no known medical conditions* that would be exacerbated by the use of chemical restraint agents.

[ ]  At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate **has** been identified as having a medical condition* that may be exacerbated by the use of chemical restraint agents.

*Condition that may be exacerbated by the use of chemical agents include, but are not limited to, the following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and **unstable** hypertension. (Inmate is considered stable if B/P has been < 160/110 at last CC visit.)

---

**Electronic Immobilization Device Assessment:**

[X]  At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate has no known medical condition* that may be exacerbated by the use of electronic immobilization devices.

[ ]  At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate **has** been identified as having a medical condition* that may be exacerbated by the use of electronic immobilization devices.

*Condition that may be exacerbated by the use of electronic immobilization devices include, but are not limited to, the following:  multiple sclerosis, muscular dystrophy, and pregnancy.

---

_____  SHARON SCHOTT
Staff Signature/Stamp      SR. REG. NURSE
                           BREVARD CI

_____11/26/02_____
Date

TROYA, DANIEL A. _____
DOC : W14211     'Sex_____
RACE: WHITE
SEX : MALE       _____
DOB : 04/22/83   _____

Distribution:   Original—medical record
                White copy—To be maintained with DC6-229
                        or DC6-229A in the housing unit
                This form is not to be amended, revised, or altered
                without approval of the Deputy Director of Health
                Services Administration

DC4-650B (~/02)

Troya013773

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## RISK ASSESSMENT FOR THE USE OF CHEMICAL RESTRAINT AGENTS AND ELECTRONIC IMMOBILIZATION DEVICES

**DC4-650B** *Risk Assessment for the Use of Chemical Restraint Agents and Electronic Immobilization Devices* **must be completed when a preconfinement health appraisal is conducted in conjunction with DC4-769** *Pre-Special Housing Health Appraisal).* DC4-650B will be reviewed at the time of all practitioner health care encounters. If any changes in an inmate's medical condition are identified (e.g., new diagnosis) that would affect the use of chemical agents or electronic immobilization devices, a new DC4-650B must be completed and provided to security staff, replacing the previous DC4-650B. The results of this assessment should not be interpreted as approval or disapproval of the intended use of such agents/devices but rather an assessment of any risk factors.

### Chemical Agents Assessment:

[✓] At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate has no known medical conditions* that would be exacerbated by the use of chemical restraint agents.

[ ] At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate **has** been identified as having a medical condition* that may be exacerbated by the use of chemical restraint agents.

*Condition that may be exacerbated by the use of chemical agents include, but are not limited to, the following: asthma, chronic obstructive pulmonary disease, emphysema, congestive heart failure, angina, pregnancy, and **unstable** hypertension. (Inmate is considered stable if B/P has been < 160/110 at last CC visit.)

### Electronic Immobilization Device Assessment:

[✓] At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate has no known medical condition* that may be exacerbated by the use of electronic immobilization devices.

[ ] At the time of this preconfinement health appraisal, based on a review of the medical record, this inmate **has** been identified as having a medical condition* that may be exacerbated by the use of electronic immobilization devices.

*Condition that may be exacerbated by the use of electronic immobilization devices include, but are not limited to, the following: multiple sclerosis, muscular dystrophy, and pregnancy.

_____  ARNETA LYBROOK LPN  10/10/02
Staff Signature/Stamp                        SR LPN              Date
                                             BREVARD CI

Inmate Name __TROYA, DANIEL__
DC# __W 14211__  Race/Sex __W/M__
Date of Birth __4-22-83__
Institution __B c I__

DC4-650B (-/02)

Distribution:   Original—medical record
                White copy—To be maintained with DC6-229
                   or DC6-229A in the housing unit
This form is not to be amended, revised, or altered
without approval of the Deputy Director of Health
Services Administration

Troya013774

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### COMMUNICABLE DISEASES RECORD

| HISTORY OF COM. DISEASE | DATE | NOTES | | |
|---|---|---|---|---|
| History of chickenpox at reception (record at reception) | OCT 2 6 2000 | (Yes) No Unknown | | |
| Chickenpox diagnosed on: | | | | |
| Shingles (Zoster) diagnosed on: | | | | |
| Other _____ | | | | |
| Other _____ | | | | |

STD (including syphilis, gonorrhea, chlamydia, others--see DOH list in HSB 15.09.02)

| Enter disease name and culture or test name) | Date of test | CI | Results | Date treatment started. See also MAR and DC4-701 | Notes (including report to DOH, prn.) |
|---|---|---|---|---|---|
| RPR | 10/26 | STRE | NR | | |
| RPR | 10/7/02 | BREV | NR | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| HIV Testing | | | |
|---|---|---|---|
| Date | CI | Result | Notes -- including report to DOH when first HIV + and when AIDS diagnosed. |
| 8/6/02 | BREV | NEG | |
| | | | |
| | | | |

**NOTE: File DOH case reports behind this form. If disease was reported by phone, note name of disease, date of report and county name of the county public health unit (CPHU) contacted on this form.**

| In: 0-W14211 TM 07 10/26/2000 | Reportable Disease | Date Reported | CPHU |
|---|---|---|---|
| DC TROYA, DANIEL | | | |
| Ra | | | |
| DC W/M DOB 04/22/1983 (17) EE | | | |

Write in or paste sticker here ↑

COMMUNICABLE DISEASES RECORD
DC4-750 (9/98)

Troya013775

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## IMMUNIZATION RECORD

| For all IMMUNIZATIONS: Chart other needed information on DC4-701 | | | | | |
|---|---|---|---|---|---|
| TYPE | DATE | GIVEN | REFUSED | CI NAME | NOTES (list primary series number here) |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |
| Tetanus/Diphtheria (Td) | | | | | |

| Influenza: Chart other needed information on DC4-701 | | | | | |
|---|---|---|---|---|---|
| Type | Date | CI | Given | Refused | Signature/Initials |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Other immunizations: Chart other needed information on DC4-701 | | | | | |
|---|---|---|---|---|---|
| Type | Date | CI | Given | Refused | Signature/Initials |
| 1. Pneumococcal | | | | | |
| 2. Hepatites B | 5-8-02 | Brevard | ✓ | | Alica White N |
| 3. | | | | | |
| 4. | | | | | |

| | PPD placed on | Placed by | At CI | PPD read on: | Read by | RESULTS (in mm.) | NOTES |
|---|---|---|---|---|---|---|---|
| 1. | OCT 2 6 2000 | JM | S.F.O.C | 10/29/00 | RW | 06 mm | |
| 2. | 10-22-01 | J. HNPN | Hil. CI | 10/24/01 | AM SCR | 00 mm | |
| 3. | 10-8-02 | TACS | Brev | 10/10/02 | SP15 | 00 mm | |
| 4. | | | | | | | |
| 5. | | | | | | | |

Chest X-Ray on: 10/31/00

If PPD is positive, INH therapy started on _____ . Due to stop on _____ . Completed on _____ .

If INH stopped before completion date, indicate reason: _____

Other information about TB, PPD testing and INH prophylaxis is charted on DC4-701.

O-W14211 TM 07 10/26/2000 —
TROYA, DANIEL
W/M DOB 04/22/1983 (17) EE —
DOB _____

Write in or paste sticker here ↑

| Nurse stamp here<br>JACQUELINE MORGAN<br>LPN / S.F.R.C. | Nurse stamp here<br>RAFAEL HESKEY<br>LPN / S.F.R.C.<br>RW | Nurse stamp here<br>SHARON HOLMES<br>L.P.N. / SFRC |
|---|---|---|
| Nurse stamp here<br>J. HANKS, SR LPN<br>HILLSBOROUGH C.I.<br>J.H. LPN | Nurse stamp here<br>ROBERT COLGAN, SLPN<br>RO₂   SCN | Nurse stamp here<br>ALICIA WHITE, RN<br>Sr. Reg. Nurse<br>Brevard CI |

TA JB
BARBIE TAYLOR, CMTC
BREVARD CI

IMMUNIZATION RECORD
DC4-710A (9/98)

Troya013776

**FLORIDA DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**

# CONSENT FOR HIV TESTING

| PRETEST COUNSELING | | POSTTEST COUNSELING | |
|---|---|---|---|
| ✓ | 1. Confidentiality | ✓ | 1. Confidentiality |
| ✓ | 2. Assessment of Risk | ✓ | 2. Test Results |
| ✓ | 3. Purpose of Test | ✓ | 3. Meaning of Results |
| ✓ | 4. Meaning of Results | ✓ | 4. Risk Reduction |
| ✓ | 5. Prevention Recommendations | ✓ | 5. Protective Health Habits |
| ✓ | 6. Partner Notification | ✓ | 6. DOH Notification |
| ✓ | 7. Domestic Violence Risk | ✓ | 7. Partner Elicitation |
| N/A | 8. Use of Antiretroviral Therapy in Pregnancy | ✓ | 8. Questions/Handouts |
| ✓ | 9. Plan of Action | ✓ | 9. Mental Health/Support Services |
| ✓ | 10. No Anonymous Testing | ✓ | 10. Follow-up |
| ✓ | 11. DOH Notification | | |
| ✓ | 12. Return for Results | | |
| ✓ | 13. Questions/Handouts | | |
| ✓ | 14. Consent | | |

ELISA Test Results:: _Negative_

WESTERN BLOT Results:_____

✓ Accepts Testing
_____ Rejects Testing

X _Daniel Troya_       3/11/03
Inmate Signature          Date

X _Daniel Troya_       3-21-03
Inmate Signature          Date

_Counselor Signature and Stamp_      3-11-03
Counselor Signature and Stamp         Date

Cynthie Smith, LPN
Staff Nurse
Taylor Correctional Ins
Counselor Signature and Stamp         3-21-03
Date

## CONSENT

The undersigned acknowledges that s/he consents to voluntary testing and understands that these results will be made part of the Department of Corrections health record. In addition, the results will be, as required by law, reported to the Department of Health. The DC health record and the DOH reporting forms are privileged and confidential by Florida law and/or Department of Corrections rule.

X _Daniel Troya_       3/11/03       _____
Inmate Signature          Date          EOS Date

## PARTNER NOTIFICATION

If I test positive for HIV, I authorize the confidential notification of my sexual and/or IV drug partners by the:
_____ Department of Corrections; or _____ Department of Health
My name will be disclosed to the Department of Health, but not to the identified partners.

X _Daniel Troya_       3/11/03
Inmate Signature          Date

Counselor Signature and Stamp

Inmate Name _Troya, Daniel_
DC# _W14211_       Race/Sex _____
Date of Birth _____
Institution _Taylor Annex_
EOS Date _____

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-783 (Revised 10/01)

Troya013777

FLO DA DEPARTMENT OF CORREC ONS
## CONSENT FOR HIV TESTING

### PRETEST COUNSELING

- ✓ 1. Confidentiality
- ✓ 2. Assessment of Risk
- ✓ 3. Purpose of Test
- ✓ 4. Meaning of Results
- ✓ 5. Prevention Recommendations
- ✓ 6. Partner Notification
- ✓ 7. Domestic Violence Risk
- _ 8. Use of Antiretroviral Therapy in Pregnancy
- ✓ 9. Plan of Action
- ✓ 10. No Anonymous Testing
- ✓ 11. DOH Notification
- ✓ 12. Return for Results
- ✓ 13. Questions/Handouts
- ✓ 14. Consent

- ✓ Accepts Testing
- _ Rejects Testing

### POSTTEST COUNSELING

- ✓ 1. Confidentiality
- ✓ 2. Test Results
- ✓ 3. Meaning of Results
- ✓ 4. Risk Reduction
- ✓ 5. Protective Health Habits
- ✓ 6. DOH Notification
- ✓ 7. Partner Elicitation
- ✓ 8. Questions/Handouts
- ✓ 9. Mental Health/Support Services
- ✓ 10. Follow-up

ELISA Test Results: _____

WESTERN BLOT Results: _____

| X Daniel Troya | 2/27/02 | Daniel Troya | 3-14-02 |
|---|---|---|---|
| Inmate Signature  SHARON SPIEGELGLAS RN  SENIOR REGISTERED NURSE | Date | Inmate Signature | Date |
| BREVARD CORRECTIONAL INST. | 2/27/02 | | 3.14.02 |
| Counselor Signature and Stamp | Date | Counselor Signature and Stamp  BREVARD C.I. | Date |

### CONSENT

The undersigned acknowledges that s/he consents to voluntary testing and understands that these results will be made part of the Department of Corrections health record. In addition, the results will be, as required by law, reported to the Department of Health. The DC health record and the DOH reporting forms are privileged and confidential by Florida law and/or Department of Corrections rule.

| X Daniel Troya | 2/27/02 | 5/25/03 |
|---|---|---|
| Inmate Signature | Date | EOS Date |

### PARTNER NOTIFICATION

Contact local Department of Health STD staff to initiate partner notification services. (See form letter.)

```
I     TROYA, DANIEL A.
      DOC : W14211
      RACE: WHITE
I     SEX : MALE
      DOB : 04/22/83
I
```

Institution _BREVARD  CI_

EOS Date _5/25/03_

CONSENT FOR HIV TESTING
DC4-783 (10/97)

Troya013778

# Florida Department of Corrections Health Appraisal

## I. FAMILY, SOCIAL AND MEDICAL HISTORY

CURRENT MEDICAL PROBLEMS: none

CURRENT MEDICATIONS: none

ALLERGIES: none

HAS ANY BLOOD RELATIVE HAD:

| YES | NO | If yes, please indicate relationship (i.e., mother, father, etc), indicate living or dead (indicate cause of death) | YES | NO | If yes, please indicate relationship (i.e., mother, father, etc), indicate living or dead (indicate cause of death) |
|---|---|---|---|---|---|
| | ✓ | CANCER | | ✓ | NERVOUS PROBLEM |
| | ✓ | TUBERCULOSIS | ✓ | | ASTHMA/HAY FEVER |
| ✓ | | DIABETES | | ✓ | ARTHRITIS |
| | ✓ | HEART TROUBLE | | ✓ | BLOOD CLOTTING PROBLEM |
| | ✓ | STROKE | | ✓ | KIDNEY DISEASE |
| | ✓ | EPILEPSY | | ✓ | ULCER |
| | ✓ | HYPERTENSION | | ✓ | OTHER (specify): |

HAVE YOU EVER (PLEASE CHECK EACH ITEM)

| YES | NO | |
|---|---|---|
| | ✓ | LIVED WITH ANYONE WHO HAD TUBERCULOSIS |
| | ✓ | COUGHED UP BLOOD |
| | ✓ | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION |
| ✓ | | ATTEMPTED SUICIDE |
| ✓ | | BEEN A SLEEP WALKER |

DO YOU (PLEASE CHECK EACH ITEM)

| YES | NO | |
|---|---|---|
| | ✓ | WEAR GLASSES OR CONTACT LENSES |
| | ✓ | HAVE BLINDNESS IN ONE OR BOTH EYES |
| | ✓ | WEAR A HEARING AID |
| | ✓ | STUTTER OR STAMMER HABITUALLY |
| | ✓ | WEAR A BRACE OR BACK SUPPORT |

HAVE YOU EVER HAD OR HAVE YOU NOW (PLEASE CHECK AT THE LEFT OF EACH ITEM)

| YES | NO | DON'T KNOW | | YES | NO | DON'T KNOW | |
|---|---|---|---|---|---|---|---|
| | ✓ | | CHILDHOOD DISEASES | | ✓ | | EAR, NOSE OR THROAT TROUBLE |
| | ✓ | | BED-WETTING AFTER AGE 12 | | ✓ | | SEVERE TOOTH OR GUM TROUBLE |
| | ✓ | | TUBERCULOSIS | | ✓ | | SKIN DISEASE |
| | ✓ | | JAUNDICE OR HEPATITIS | | ✓ | | THYROID TROUBLE |
| | ✓ | | VD - SYPHILIS, GONORRHEA, ETC. | | ✓ | | HEART TROUBLE |
| | ✓ | | ASTHMA | | ✓ | | STOMACH TROUBLE |
| | ✓ | | HIGH BLOOD PRESSURE | | | ✓ | GALLBLADDER TROUBLE OR GALLSTONES |
| | ✓ | | DIABETES | | ✓ | | TUMOR, GROWTH, CYST, OR CANCER |
| | ✓ | | PARALYSIS (INCLUDE INFANTILE) | | ✓ | | KIDNEY STONE OR BLOOD IN URINE |
| | ✓ | | HEAD INJURY | | ✓ | | ADVERSE REACTION TO SERUM, DRUG, OR MEDICINE |
| | ✓ | | BROKEN BONES | | ✓ | | ALLERGIES |
| | ✓ | | ARTIFICIAL LIMBS | | ✓ | | RHEUMATIC FEVER |
| | ✓ | | LOSS OF FINGER OR TOE | | ✓ | | HAY FEVER |
| | ✓ | | BACK INJURY | | ✓ | | PILES OR RECTAL DISEASE |
| | ✓ | | RUPTURE/HERNIA | | ✓ | | CHRONIC OR FREQUENT COLDS |
| ✓ | | | SWOLLEN OR PAINFUL JOINTS | | ✓ | | PAIN OR PRESSURE IN CHEST |
| ✓ | | | CRAMPS IN YOUR LEGS | | ✓ | | CHRONIC COUGH |
| | ✓ | | BONE, JOINT OR OTHER DEFORMITY | | ✓ | | FREQUENT OR PAINFUL URINATION |
| ✓ | | | FOOT TROUBLE | ✓ | | | RECENT GAIN OR LOSS OR WEIGHT |
| | ✓ | | FREQUENT OR SEVERE HEADACHES | | ✓ | | ALCOHOL USE |
| | ✓ | | DIZZINESS OR FAINTING SPELLS | | | | AMOUNT:                    LAST USED: |
| | ✓ | | EPILEPSY OR FITS | ✓ | | | TOBACCO USE  yes |
| | ✓ | | DEPRESSION OR EXCESSIVE WORRY | | | | AMOUNT: 5 cigs a day PACKS/YR. unknown |
| | ✓ | | NERVOUS TROUBLE OF ANY SORT | | ✓ | | DRUG USE               WHAT: |
| | ✓ | | EYE TROUBLE | | | | AMOUNT:                    LAST USED: |

HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, OR HOSPITALS WITHIN THE PAST FIVE YEARS?
IF YES, GIVE COMPLETE ADDRESS OF DOCTOR, HOSPITAL, CLINIC, AND DETAILS.

no

FOR ADDITIONAL SPACE USE DC4-701

| I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE. | I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION GIVEN BY THE EXAMINEE. |
|---|---|
| | |
| INMATE'S SIGNATURE                    DATE | EXAMINER SIGNATURE/STAMP          10/22/02   DATE |

Inmate Name Daniel Anthony Troya

DC# W14211          R/S His / M

Date of Birth 4-22-93

Institution BCI

HEALTH APPRAISAL

Troya0137799/95)

```
IADR053                          State of Florida                    Printed
                            Department of Corrections              10/31/2000
  (707)                     INITIAL PHYSICAL EXAM                     13:55
                   Exam Date: 10/31/2000 Start Time: 09:00 End Time: 09:15

     Provider: LI34  = LIZARDI, JOSE
```

**INMATE NAME: TROYA, DANIEL**                         **DC#: 0-W14211**  Cls.Team: 07
Received: 10/26/2000   County: PALM BEACH      Rec.Ctr: S.FLA.RECEPTION CTR.
Race: WHITE      Sex: MALE      Date of Birth: 04/22/1983   Age:  17
Birthplace: City: CHIGAGO                State: IL   Country: UNITED STATES
Occupation:                          Religion: CHRISTIAN
Education Grade Level: 08    Marital Status:


**MEASUREMENTS AND OTHER FINDINGS:**
Height: 5' 11"   Hair: BROWN      Eyes: BROWN
Build: MEDIUM        Glasses: No      Contact Lens: No
Vision: Right: 20/ 25   Corr.to: 20/ 0   Left: 20/ 25   Corr.to: 20/  0
Temp: 98.4      Pulse: 76    Resp: 18    BP: 100/60.    Weight: 191 lbs.

**MEDICAL HISTORY (Subjective):**
Old Medical Record Review  . . . . . . . . . :
   NO OLD MEDICAL RECORD AVAILABLE FOR REVIEW
General (History of Present Illness) . . . . :
   GENERAL HEALTH:C/O FACIAL ACNE/PPD=06 MM
   VS  T=98.4 P=76 R=18 BP=100/60 WT=191LBS
   CBC:WNL

   UA:WNL

   SICKLE CELL:N/A

   HIV STATUS:UNKNOWN

   CHEST X-RAY:10/31/00

   EKG:N/A

   RPR:NR

   PPD:06 MM(NO TX NEEDED PER INFECTION CONTROL GUIDELINES)
   INMATE DENIES ANY MEDICAL PROBLEMS
   HX OF CKPOX:NO
Past Major Medical/Surgery HX  . . . . . . . :
   PMH:CURRENT +PPD=06 MM
   PSH:NEGATIVE
Psychological HX . . . . . . . . . . . . . . :
   NO SIGNIFICANT PSYCHOLOGICAL HISTORY
Family HX: . . . . . . . . . . . . . . . . . :
   NEGATIVE
Social HX (Tobacco, Drugs, Sexual, PPD, STD) :
   LOCATION: PBCJ
   DATE:    6-11-00

Troya013780

```
                              State of Florida                      Printed
IADR053                 Department of Corrections               10/31/2000
 (707)                   INITIAL PHYSICAL EXAM                     13:55
            Exam Date: 10/31/2000 Start Time: 09:00 End Time: 09:15


Provider: LI34  = LIZARDI, JOSE
```

**INMATE NAME: TROYA, DANIEL**                      **DC#: 0-W14211**  Cls.Team: 07
    Received: 10/26/2000   County: PALM BEACH      Rec.Ctr: S.FLA.RECEPTION CTR.
    Race: WHITE       Sex: MALE      Date of Birth: 04/22/1983   Age:  17

    Social HX (Tobacco, Drugs, Sexual, PPD, STD) :
        RESULTS: 00MM
        TREATMENT:NONE
        LOCATION:SFRC
        DATE:10/31/00
        RESULTS:06 MM
        NO TREATMENT NEEDED PER INFECTION CONTROL GUIDELINES
        DENIES SMOKING;ETOH OR DRUG ABUSE
        SEXUAL HX:NEGATIVE
    Review of Systems . . . . . . . . . . . . . . . :
        SEE DC4-707 FORM SIGNED BY THE PATIENT AND MYSELF
    Allergies . . . . . . . . . . . . . . . . . . . :
        NKDA


**PHYSICAL EVALUATION (Objective):**
    Head, Face, Neck, and Scalp . . . . . . . .
        MILD CASE OF FACIAL ACNE
    Nose . . . . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Sinuses . . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Mouth and Throat . . . . . . . . . . . . . . . . . .
        NO INFECTIONS
    Ears - General (Int. and canals) . . . . NORMAL
    Hearing . . . . . . . . . . . . . . . . . . . . . . . NORMAL
    Drums (Perforation) . . . . . . . . . . . . . . . NORMAL
    Eyes (General) . . . . . . . . . . . . . . . . . . .
        VA OD=20/25 OS=20/25
    Opthalmoloscopic . . . . . . . . . . . . . . . . . .
        BENIGN
    Pupils (Equality and Reaction) . . . . . . NORMAL
    Ocular Motillity, Parallel Movements  NORMAL
    Lungs and Chest (Include Breasts) . . .
        WHEEZES NOTED-NO
        RHONCHI NOTED- NO
        CRACKLES NOTED-   NO
    Heart (Thrust, Size, Rhythm, Sounds)  NORMAL
    Vascular System (Varicosities,etc) .. NORMAL
    Abdomen and Viscera (include Hernia)
        NORMAL BS;SOFT;NON TENDER;NO MASSES
    Anus & Rectum (Hemmorrhoids,Fistula)  NORMAL
    Endocrine System . . . . . . . . . . . . . . . . . . NORMAL
    Upper Extremeties (Strength, ROM) . . . NORMAL
    Lower Extremeties (Strength, ROM) . . . NORMAL
    G.U.System . . . . . . . . . . . . . . . . . . . . . . .
        NO HERNIAS OR TESTICULAR ABNORMALITY
    Spine, Other Musculoskeletal . . . . . . . . NORMAL

Troya013781

```
                              State of Florida               Printed
IADR053                Department of Corrections           10/31/2000
(707)                  INITIAL PHYSICAL EXAM                 13:55
           Exam Date: 10/31/2000 Start Time: 09:00 End Time: 09:15
```

Provider: LI34  = LIZARDI, JOSE

**INMATE NAME: TROYA, DANIEL**                    **DC#: 0-W14211**  Cls.Team: 07
Received: 10/26/2000   County: PALM BEACH     Rec.Ctr: S.FLA.RECEPTION CTR.
Race: WHITE      Sex: MALE      Date of Birth: 04/22/1983   Age:  17
Skin, Lymphatics ................... NORMAL
Neurologic ......................... NORMAL
Psychiatric (Personality Deviation) . NORMAL
Pelvic (Method:           ) .......... NA


Marks and Scars: NONE

Other Physical Findings/Abnormalities:
    NO COMMENTS


**ASSESSMENT:**

    Problem 002:
    Diagnosis: 706.1    = ACNE                        Chronic: Yes
    Diagnosis: V01      = CONTACT/EXPOSURE COMMUN DZ   Chronic: Yes
             1.MILD CASE OF FACIAL ACNE WITHOUT SCARS OR CELLULITIS
             2.CURRENT +PPD=06 MM(NO TX REQUIRED PER GUIDELINES)

**PLAN:**
    1.CXR RESULTS PENDING
    2.DOXYCYCLINE 100MG PO BID X30DAYS
    3.FOLLOW UP AS NEEDED

    Problem 002:
    Appointment Scheduled
        LAB TEST/PHYS                    on 10/16/2001  at 09:00
        PPD TEST
        LAB TEST/PHYS                    on 10/15/2002  at 09:00
        PHYSICAL EXAM
                                         on 10/25/2002  at 08:17
        DENTAL INITIAL EXAM
                                         on 10/29/2002  at 09:00
        INITIAL PHYSICAL EXM

**INMATE HEALTH EDUCATION:**
    Health Education:               Yes
        YES
    Discussed lab results:          Yes
        YES
    Discussed follow-up care:       Yes
        YES

Troya013782

```
                              State of Florida                    Printed
IADR053                  Department of Corrections              10/31/2000
  (707)                    INITIAL PHYSICAL EXAM                   13:55
              Exam Date: 10/31/2000 Start Time: 09:00 End Time: 09:15


  Provider: LI34  = LIZARDI, JOSE
```

**INMATE NAME: TROYA, DANIEL**                    **DC#: 0-W14211**  Cls.Team: 07
   Received: 10/26/2000   County: PALM BEACH      Rec.Ctr: S.FLA.RECEPTION CTR.
   Race: WHITE       Sex: MALE     Date of Birth: 04/22/1983   Age:  17


**HEALTH SERVICES PROFILE:**
   **Grade: P:1   U:1   L:1   H:1   E:1   S:     D:1   X:1   T:     I:**

   On-site Medical Care Required until:   11/30/2000
   Work Release Approval: CLEARED
   Special Ed Potential: No
   Medical Restrictions:        JOSE L. LIZARDI, P.A.
      NONE                             S.F.R.C.

                    *** END OF REPORT ***

Troya013783

# Florida Department of Corrections Health Appraisal

## I. FAMILY, SOCIAL AND MEDICAL HISTORY

CURRENT MEDICAL PROBLEMS: _____ none _____

CURRENT MEDICATIONS: _____ none _____
ALLERGIES: _____ none _____

HAS ANY BLOOD RELATIVE HAD:

| YES | NO | If yes, please indicate relationship (i.e., mother, father, etc), indicate living or dead (indicate cause of death) | YES | NO | If yes, please indicate relationship (i.e., mother, father, etc), indicate living or dead (indicate cause of death) |
|---|---|---|---|---|---|
| | ✓ | CANCER | | ✓ | NERVOUS PROBLEM |
| | ✓ | TUBERCULOSIS | | ✓ | ASTHMA/HAY FEVER |
| | ✓ | DIABETES | | ✓ | ARTHRITIS |
| | ✓ | HEART TROUBLE | | ✓ | BLOOD CLOTTING PROBLEM |
| | ✓ | STROKE | | ✓ | KIDNEY DISEASE |
| | ✓ | EPILEPSY | | ✓ | ULCER |
| | ✓ | HYPERTENSION | | ✓ | OTHER (specify): |

HAVE YOU EVER (PLEASE CHECK EACH ITEM)

| YES | NO | |
|---|---|---|
| | ✓ | LIVED WITH ANYONE WHO HAD TUBERCULOSIS |
| | ✓ | COUGHED UP BLOOD |
| | ✓ | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION |
| | ✓ | ATTEMPTED SUICIDE |
| ✓ | | BEEN A SLEEP WALKER |

DO YOU (PLEASE CHECK EACH ITEM)

| YES | NO | |
|---|---|---|
| | ✓ | WEAR GLASSES OR CONTACT LENSES |
| ✓ | | HAVE BLINDNESS IN ONE OR BOTH EYES |
| ✓ | | WEAR A HEARING AID |
| ✓ | | STUTTER OR STAMMER HABITUALLY |
| ✓ | | WEAR A BRACE OR BACK SUPPORT |

HAVE YOU EVER HAD OR HAVE YOU NOW (PLEASE CHECK AT THE LEFT OF EACH ITEM)

| YES | NO | DON'T KNOW | | YES | NO | DON'T KNOW | |
|---|---|---|---|---|---|---|---|
| | ✓ | | CHILDHOOD DISEASES | | ✓ | | EAR, NOSE OR THROAT TROUBLE |
| | ✓ | | BED-WETTING AFTER AGE 12 | ✓ | | | SEVERE TOOTH OR GUM TROUBLE |
| ✓ | | | TUBERCULOSIS | | ✓ | | SKIN DISEASE |
| ✓ | | | JAUNDICE OR HEPATITIS | | ✓ | | THYROID TROUBLE |
| ✓ | | | VD - SYPHILIS, GONORRHEA, ETC. | | ✓ | | HEART TROUBLE |
| ✓ | | | ASTHMA | | ✓ | | STOMACH TROUBLE |
| | ✓ | | HIGH BLOOD PRESSURE | | ✓ | | GALLBLADDER TROUBLE OR GALLSTONES |
| | ✓ | | DIABETES | | ✓ | | TUMOR, GROWTH, CYST, OR CANCER |
| ✓ | | | PARALYSIS (INCLUDE INFANTILE) | | ✓ | | KIDNEY STONE OR BLOOD IN URINE |
| | ✓ | | HEAD INJURY | | ✓ | | ADVERSE REACTION TO SERUM, DRUG, OR MEDICINE |
| | ✓ | | BROKEN BONES | | ✓ | | ALLERGIES |
| | ✓ | | ARTIFICIAL LIMBS | | ✓ | | RHEUMATIC FEVER |
| | ✓ | | LOSS OF FINGER OR TOE | | ✓ | | HAY FEVER |
| | ✓ | | BACK INJURY | | ✓ | | PILES OR RECTAL DISEASE |
| | ✓ | | RUPTURE/HERNIA | | ✓ | | CHRONIC OR FREQUENT COLDS |
| | ✓ | | SWOLLEN OR PAINFUL JOINTS | | ✓ | | PAIN OR PRESSURE IN CHEST |
| | ✓ | | CRAMPS IN YOUR LEGS | | ✓ | | CHRONIC COUGH |
| | ✓ | | BONE, JOINT OR OTHER DEFORMITY | ✓ | | | FREQUENT OR PAINFUL URINATION |
| | ✓ | | FOOT TROUBLE | ✓ | | | RECENT GAIN OR LOSS OR WEIGHT |
| | ✓ | | FREQUENT OR SEVERE HEADACHES | | ✓ | | ALCOHOL USE |
| | ✓ | | DIZZINESS OR FAINTING SPELLS | | | | AMOUNT:  LAST USED: |
| | ✓ | | EPILEPSY OR FITS | ✓ | | | TOBACCO USE |
| | ✓ | | DEPRESSION OR EXCESSIVE WORRY | | | | AMOUNT:  PACKS/YR. |
| | ✓ | | NERVOUS TROUBLE OF ANY SORT | | ✓ | | DRUG USE  WHAT: |
| | ✓ | | EYE TROUBLE | | | | AMOUNT:  LAST USED: |

HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, OR HOSPITALS WITHIN THE PAST FIVE YEARS?
IF YES, GIVE COMPLETE ADDRESS OF DOCTOR, HOSPITAL, CLINIC, AND DETAILS.

FOR ADDITIONAL SPACE USE DC4-701

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE.

_Daniel Troya_

0-W14211 TM 07 10/26/2000 _____ DATE

I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION GIVEN BY THE EXAMINEE.

JOSE L. LIZARDT, P.A.
S.F.R.C.

EXAMINER SIGNATURE/STAMP _____ 10/31/00 DATE

TROYA, DANIEL

DOB 04/22/1983 (17) EE

39

Troya013784

```
IADR051
```
State of Florida
Department of Corrections                          10/26/2000
**INITIAL INTAKE SCREENING SUMM.**                    **15:43**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\* PRIVILEGED AND CONFIDENTIAL \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Inmate Name: TROYA, DANIEL**              **DC#: 0-W14211**  Cls.Team: 07
Received: 10/26/2000  County: PALM BEACH     Rec.Ctr: S.FLA.RECEPTION CTR.
Race: WHITE      Sex: MALE    Date of Birth: 04/22/1983    Age:  17
Birthplace: City: CHIGAGO             State: IL  Country: UNITED STATES
Occupation:                      Religion: CHRISTIAN
Education Grade Level:      Marital Status:

**PHYSICAL CHARACTERISTICS:** Date:  10/26/2000
   Height: 5' 11"   Weight: 194 lbs  Hair: BROWN     Eyes: BROWN
   Build: MEDIUM       Glasses: No   Contact Lens: No
   Complexion: LIGHT         Shoe Size: 11.5   Preg: No
   Vision: Right: 20/ 25   Corr.to: 20/ 0   Left: 20/ 25   Corr.to: 20/ 0
   Marks and Scars:

**SUBSTANCE ABUSE HISTORY:** Date: 10/26/2000  Time: 13:37
   Drug Use: Yes               Route        Freq         Age    Last Year
   Primary Drug: MARIJUANA     SMOKING     1-2 TIMES/WK   14     2000
   Prior Treatment/Education:
     Program: NO PRIOR TREATMENT                     Duration:    days

**INITIAL HEALTH SCREENING:** Date: 10/26/2000  Time: 13:38  Staff: BERMUDEZ, EVEL
   Medical Transfer Form Received: COUNTY VERSION        Date: 10/26/2000
   Consent Forms Signed: Medical: YES        Mental Health: NO
   Referred for Immediate Treatment to:  NOT APPLICABLE
   Current Problem: INMATE DENIES ANY MEDICAL PROBLEMS
                    HX OF CKPOX
   Current Meds:      NONE
   Known Allergies:  NONE
   Phy.Impairments:  NONE
   Surgery/Hospit.:  NONE
   Family History:   NONE
   STD History:      NONE
   Last PPD Test:    LOCATION: PBCJ
                     DATE:    6-11-00
                     RESULTS: 00MM
                     TREATMENT:
   Last Tetanus;     NONE
   Spec.ED - Poten:  NONE

**INITIAL DENTAL VISUAL EXAM:**
   NONE

**SPECIAL PASSES/DIETS:**
   NONE

**PRIOR PULHESDXTI GRADE:**
   Date:          * Last Grade: P:   U:   L:   H:   E:   S:   D:   X:   I:

Troya013785

```
IADR051                    State of Florida                  10/26/2000
                      Department of Corrections                 15:43
                   INITIAL INTAKE SCREENING SUMM.
                   *********************************
                   ** PRIVILEGED AND CONFIDENTIAL **
                   *********************************
```

Inmate Name: TROYA, DANIEL                DC#: 0-W14211  Cls.Team: 07
  Received: 10/26/2000   County: PALM BEACH      Rec.Ctr: S.FLA.RECEPTION CTR.
  Race: WHITE      Sex: MALE     Date of Birth: 04/22/1983    Age:  17


**LAB TEST RESULTS:**
  Date: 10/26/2000 Lab/Procedure: U.A.,NON-AUTMATED     Results: SEE PI
  Date: 10/26/2000 Lab/Procedure: CBC                   Results: SEE PI
  Date: 10/26/2000 Lab/Procedure: PPD TB SENSITIVITY    Results: PENDING
  Date: 10/26/2000 Lab/Procedure: RPR                   Results: DONE

**VITAL SIGNS:**
  Date: 10/26/2000   Time: 13:38   Staff ID: BERMUDEZ, EVELYN
                     Temp: 098.4   Pulse: 76   Resp: 18   BP: 100/070   Wt: 191



                      *** END OF REPORT ***

                         JOSE L. LIZARDI, P.A.
      Reviewed by: _____S.F.R.C.__Lizardi__  Date: 10/31/00


Troya013786

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
OBSERVATION CHECKLIST

**SECTION ONE** (To be completed by Medical/Mental Health staff)

Date 9-13    Institution D C J

Reason for observation/seclusion _Suicide saw_

Time/date placed on observation/seclusion 9/13/82 AT 145 /AM  by MEDICAL

Time/date discontinued from observation/seclusion _____ by _____

**Suicide Observation Status:** ____ Not applicable  ____ SOS-1 (15-min. checks)  X SOS-2 (30-min. checks)
____ Continuous

**Nonsuicide Precaution Level:** ____ Minimum (hourly observation)  ____ Medium (30-min. observation)
____ Maximum (15-min. observation)

**Items Allowed** (check yes or no for each item):    **On Medications:** ____ Yes ____ No

Yes  No
 ✓  Undergarments       Yes ✓ No   Shroud
____  Suicidal blanket              ____ ✓  Reading material
____  Mattress

**SECTION TWO** (To be completed by security or nursing staff)

Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

**CODE EXPLANATION**          **TIME VISUAL CHECKS MADE ON INMATE**

| # | Code | | | |
|---|---|---|---|---|
| 1. | Beating on door/wall* | 2400 | 0800  16  BW | 1600 |
| 2. | Yelling or screaming* | 0015 | 0815 | 1615 |
| 3. | Crying* | 0030 | 0830 | 1630 |
| 4. | Cursing | 0045 | 0845 | 1645 |
| 5. | Laughing | 0100 | 0900 | 1700 |
| 6. | Singing | 0115 | 0915 | 1715 |
| 7. | Mumbling incoherently | 0130 | 0930 | 1730 |
| 8. | Mute | 0145  13,21  BW | 0945 | 1745 |
| 9. | Talking to staff | 0200  (HOLDING CELL) | 1000 | 1800 |
| 10. | Talking to peers | 0215  14  BW | 1015 | 1815 |
| 11. | Talking to self/wall | 0230 | 1030 | 1830 |
| 12. | Standing still | 0245  10,14  BW | 1045 | 1845 |
| 13. | Walking | 0300 | 1100 | 1900 |
| 14. | Lying or sitting | 0315  10,14  BW | 1115 | 1915 |
| 15. | Quiet | 0330 | 1130 | 1930 |
| 16. | Sleeping | 0345  10,14  BW | 1145 | 1945 |
| 17. | Meals a) Taken b) Refused | 0400 | 1200 | 2000 |
| 18. | Fluids a) Taken b) Refused | 0415  16  BW | 1215 | 2015 |
| 19. | Bath/shower: | 0430 | 1230 | 2030 |
| | a) Taken b) Refused | 0445  16  BW | 1245 | 2045 |
| 20. | Toilet | 0500 | 1300 | 2100 |
| 21. | Out of cell (indicate | 0515  16  BW | 1315 | 2115 |
| | inmate's location in | 0530 | 1330 | 2130 |
| | appropriate time slots) | 0545  14,17A,18A  BW | 1345 | 2145 |
| 22. | Bathroom/bedpan/urinal: | 0600 | 1400 | 2200 |
| | a) Used b) Refused | 0615  14  BW | 1415 | 2215 |
| 23. | _____ | 0630 | 1430 | 2230 |
| 24. | _____ | 0645  16  BW | 1445 | 2245 |
| | | 0700 | 1500 | 2300 |
| **MEDICAL ONLY:** | | 0715  16  BW | 1515 | 2315 |
| | | 0730 | 1530 | 2330 |
| | | 0745  16  BW | 1545 | 2345 |

Shroud/Blanket/Mattress Check    Night shift ☐    Day shift ☐    Evening shift ☐

**CODE AND INITIALS ARE REQUIRED ON THE ABOVE TIME LINES PER PRECAUTION LEVEL**

Staff signature and stamp  _Barry Wysocki_   Initials  BW

_Ross Ball_   RSC

Note: Additional _____    corresponding initials are to be entered on back of form.

TROYA, DANIEL A.    ____ This form is not to be amended, revised, or altered without approval
DOC : W14211        of the Deputy Assistant Secretary for Health Services Administration.
RACE: WHITE         ____ A copy shall be forwarded to the chief correctional officer
SEX : MALE          upon completion.
DOB : 04/22/83

DC4-650 (Revised 2/01)

Troya013787

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
INFORMED CONSENT FOR VACCINE
(UPON COMPLETION, PLEASE FILE IN INMATE MEDICAL RECORD)

I have read and understand the information given to me about this vaccine. A vaccine information statement (VIS) was provided.

I have had the opportunity to ask questions about this vaccine.

I understand that the decision to receive the vaccination is my choice.

I believe I understand the risks of the disease, and the benefits and risks of the vaccination.

I request that the vaccine be given to me.

Inmate Signature: _____ Date: _____

DC Number: _____

Witness: _____ Date: _____

*See attached consent form "Flu Day" All*

KNOWN ALLERGIES: _____

Is there evidence of current active infection? YES _____ NO _____
(fever, rash, other: _____)

Type vaccine given: _Influenza Vaccine Type A & B_
Manufacturer: _Aventis Pasteur_ Lot number: _LL0690AA_

Dose: _0,5 ML_ Route of administration: _Intramuscular_

Location given: _Dorms_ Date given: _11/5/01_

Institution Name and Address:
_CFRC_
_7000 H.C. Kelley Rd_
_Orlando, FL 32831_

Health Care Provider Name (stamp and signature)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-710B (2-01)

Troya013788

FLO. JA DEPARTMENT OF CORRECTI NS

## AUTHORIZATION FOR HEALTH CARE SERVICES
## STATEMENT OF CONSENT

I, the undersigned, a patient in this health care facility, have had explained to me and understand the nature of my condition. I hereby authorize _____ c/ AC _____
(and whomever he/she may designate as his/her assistants) to administer such treatment as necessary and to perform the following health care service _____ /lu Shot _____
and such additional health care services as are considered therapeutically necessary on the basis of findings during the course of said health care service. Any tissue or parts surgically removed may be disposed of by the health care facility in accordance with accustomed practice. Each health care unit is considered a doctor's office regulated pursuant to the rules of the Board of Medicine as set forth in Rule Chapter 64B8, FAC. I hereby certify that I have read and fully understand the above authorization for health care services, the reasons why the above-named health care service is considered necessary, its advantages and possible complications, if any, as well as possible alternative modes of treatment, which were explained to me by _____ M. Di'nzow CNA/H S7 _____

I also certify that no guarantee or assurance has been made as to the results that may be obtained. For the purpose of advancing health knowledge, I consent to the admittance of students and other observers, in accordance with ordinary practices of this health care facility, the use of closed-circuit television, taking of photographs (including motion pictures), and the preparation of drawings and similar illustrative graphic material. I also consent to the use of such photographs and other material for scientific purposes.

(CROSS OUT ANY WORDS OR PARTS WHICH ARE NOT APPROPRIATE)

## CERTIFICATION

I hereby certify that I have personally explained the contemplated health care service as well as the risk involved to the undersigned patient:

Signature/Stamp of Physician _____ L. BONNET, MD PHYSICIAN RECEPTION CENTER _____ Date_ 11 - 5 - P1 _____

### SIGNATURES

Signature of Patient _Daniel Troya_____ Date_ 11/5/01 _____

Signed for Patient by _____

Relationship_____ Date_____ Time_____ A.M. P.M.

Witness_ Debra L Slelo,_____ Date 11/5/01 _____ Time 900 (A.M.) P.M.

Reason Patient Cannot Sign:_____

Inmate Name_ Troya, Daniel_____
DC#_ W14211 _ Race/Sex_ W/M
Date of Birth_ 4-22-83
Institution_ C/RC _____

Check if Interpreter Used ☐

_____
Signature of Interpreter

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-711 (Revised 1//01)

Troya013789

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

AUTHORIZATION FOR HEALTH EVALUATION AND TREATMENT

I realize fully that examinations and tests are necessary for classification of my health status and for the purpose of my assignment to appropriate institution and work category.

In addition, I realize that during my stay in the Department of Corrections it may be advisable for me to undergo examinations, tests, procedures and courses of medical and dental treatment as may be necessary for my health and physical well-being.

I therefore consent to these examinations, tests, procedures, x-rays, and medical and dental treatments, understanding that should hospitalization and/or surgery be necessary a separate consent will be signed prior to hospitalization and/or surgery.

10/26/00
DATE

X Daniel Troya
SIGNATURE OF PATIENT

WITNESS

EVELYN BERMUDEZ
LPN / S. F. R. C.

PATIENT'S NAME

O-W14211 TM 07 10/26/2000

TROYA, DANIEL

W/M DOB 04/22/1983 (17) EE

11C (4-81)

Troya013790

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contacts which you have with mental health staff within the Florida Department of Corrections are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence and are not shared with others unless you give written permission. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limitations to confidentiality of which you need to be aware. Other mental health, health services staff, the Parole Commission and other Department of Corrections staff with a right to know may have access to notes which are kept regarding all mental health contacts. If you decide to receive counseling or other mental health treatment, the staff may discuss your situation and progress with other mental and medical personnel. This is sometimes necessary in order to plan how best to help you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the institution, mental health staff must advise other institutional staff of such danger in order to protect your well-being and that of others. If you reveal information about another inmate or an employee of the department which relates to possible harm, or threatens the security of the facility, mental health staff must inform institutional authorities. Use of illegal drugs and violations of institutional rules are examples of threats to institutional security. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff must notify the Department of Health and Rehabilitative Services Abuse Hot Line.

Finally, if you enroll in special education or other school programs, mental health staff may share certain information with school personnel in order to help them plan how best to teach you.

Your signature below indicates that you have read this statement or it was read to you, that you understand the limits of confidentiality within the Department of Corrections, and that you agree to receive the following mental health services. You may withdraw your consent to treatment, in writing, at any time. Your consent will be considered active for one year from the date you sign this form.

---

### MENTAL HEALTH EVALUATION AND TREATMENT AS NEEDED
### FOR ONE YEAR - UNLESS I WITHDRAW MY CONSENT IN WRITING

A copy of this form will be given to you after you have signed it.

| Daniel Troya | STEVE SUTTEN PSYCH SPEC. TCI | 2/15/03 |
|---|---|---|
| Inmate Signature | | Date |
| | | 2-18-03 |
| Staff Signature and Stamp | | Date |

Inmate Name Daniel Troya
DC# _____ R/S H,S/M
Date of Birth _____
Institution Taylor C.I. Annex

CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT   Distribution: original under mental health authorizations/consents subdivider;
DC4 663 (11/96)   canary copy to inmate
Troya013791

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contacts which you have with mental health staff within the Florida Department of Corrections are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence and are not shared with others unless you give written permission. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limitations to confidentiality of which you need to be aware. Other mental health, health services staff, the Parole Commission and other Department of Corrections staff with a right to know may have access to notes which are kept regarding all mental health contacts. If you decide to receive counseling or other mental health treatment, the staff may discuss your situation and progress with other mental and medical personnel. This is sometimes necessary in order to plan how best to help you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the institution, mental health staff must advise other institutional staff of such danger in order to protect your well-being and that of others. If you reveal information about another inmate or an employee of the department which relates to possible harm, or threatens the security of the facility, mental health staff must inform institutional authorities. Use of illegal drugs and violations of institutional rules are examples of threats to institutional security. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff must notify the Department of Health and Rehabilitative Services Abuse Hot Line.

Finally, if you enroll in special education or other school programs, mental health staff may share certain information with school personnel in order to help them plan how best to teach you.

Your signature below indicates that you have read this statement or it was read to you, that you understand the limits of confidentiality within the Department of Corrections, and that you agree to receive the following mental health services. You may withdraw your consent to treatment, in writing, at any time. Your consent will be considered active for one year from the date you sign this form.

---

## MENTAL HEALTH EVALUATION AND TREATMENT AS NEEDED
## FOR ONE YEAR - UNLESS I WITHDRAW MY CONSENT IN WRITING

A copy of this form will be given to you after you have signed it.

| | |
|---|---|
| _Daniel Troya_ | _11/19/01_ |
| Inmate Signature | Date |
| _[signature]_  FLETCHER B. MORGAN, M.A. PSYCHOLOGICAL SPECIALIST BREVARD C.I. | _11/19/01_ |
| Staff Signature and Stamp | Date |

Inmate Name _Daniel Troya_
DC# _031421_ R/S _M_ / _His_
Date of Birth _4_ / _22_ / _83_
Institution _Br.I._

CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT    Distribution: original under mental health authorizations/consents subdivider;
DC4-663 (11/96)                                                                          canary copy to inmate

Troya013792

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contacts which you have with mental health staff within the Florida Department of Corrections are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence and are not shared with others unless you give written permission. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limitations to confidentiality of which you need to be aware. Other mental health, health services staff, the Parole Commission and other Department of Corrections staff with a right to know may have access to notes which are kept regarding all mental health contacts. If you decide to receive counseling or other mental health treatment, the staff may discuss your situation and progress with other mental and medical personnel. This is sometimes necessary in order to plan how best to help you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the institution, mental health staff must advise other institutional staff of such danger in order to protect your well-being and that of others. If you reveal information about another inmate or an employee of the department which relates to possible harm, or threatens the security of the facility, mental health staff must inform institutional authorities. Use of illegal drugs and violations of institutional rules are examples of threats to institutional security. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff must notify the Department of Health and Rehabilitative Services Abuse Hot Line.

Finally, if you enroll in special education or other school programs, mental health staff may share certain information with school personnel in order to help them plan how best to teach you.

Your signature below indicates that you have read this statement or it was read to you, that you understand the limits of confidentiality within the Department of Corrections, and that you agree to receive the following mental health services. You may withdraw your consent to treatment, in writing, at any time. Your consent will be considered active for one year from the date you sign this form.

---

### MENTAL HEALTH EVALUATION AND TREATMENT AS NEEDED
### FOR ONE YEAR - UNLESS I WITHDRAW MY CONSENT IN WRITING

A copy of this form will be given to you after you have signed it.

_Daniel Troya_          _10-30-00_
Inmate Signature          Date

_Bryan_          _10-30-00_
Staff Signature and Stamp          Date

Inmate N 0-W14211 TM 07 10/26/2000
DC#___
Date of I TROYA/ (DANIEL
Institutio W/M DOB 04/22/1983 (17) EE

CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT    Distribution: original under mental health authorizations/consents subdivider;
DC4-663 (11/96)          canary copy to inmate

Troya013793

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: ⊘

| DATE/TIME | |
|---|---|

M.D. Clinic

Date 4-15 03 Time 0905

WT 181 B/P 10/18 P 68 R 18 T 97.6

Complaint EOS PE

Gwendolyn Blackburn
C.N.A.
Taylor Correctional Institution
S. Blackburn

---

1050

EOS PE

R.O.S.: unremarkable

HEENT: unremarkable

HEART: RRR s̄ (w)

LUNGS: clear to B/A

ABDOMEN: Benign

EXTREMITIES: No e, c, c

SKIN: no lesions

LYMPH SYSTEM: no lymphadeno pathy

NEUROLOGY: no focal S/S

MENTAL: AOX3

LABS. PPD & mw 10/00; 10/01; 10/03
RPR NR 10-8-02
HIV NR 3-21-00

Charles Hartsfield
LPN
Taylor Correctional Institution

Noted 4/15/03
Date

Dr. Hau Huynh
Chief Health Officer
Taylor Correctional Institution

Inmate Name Troya Daniel
DC# W14311  Race/Sex W m
Date of Birth 4-22-63
Institution TCI Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013794

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies:

| DATE/TIME | |
|---|---|
| 3-11-03 @ 0800 | inmate: HIV precaution completed. see DC4-783 HIV _____ in RAC x _____ way to Shower _____ tiger top _____ |
| 3-13-03 0850 | MC note - Scru, eval for Shave pass w/ 178 BP 110/84 P 84 R 20 T 98.4 _____ S. Description from _____ — Cynthia Smith, LPN / Staff Nurse / Taylor Correctional Ins O Mask on Clean & Recent A S nursing Indication P Leg shave pass. 3/13/07 - 6/13/07 — Eulogio Vizcarra M.D. / Staff Physician / Taylor Correctional Institution Note 04.30.03 3/31/03 — Cynthia Smith, LPN / Staff Nurse / Taylor Correctional Ins |
| 3-21-03 0900 | Inc note - post counsel to HIV Results completed see DC4783 — Cynthia Smith, LPN / Staff Nurse / Taylor Correctional Ins |

| Inm | TROYA, DANIEL A. |
|---|---|
| DC | DOC : W14211 |
| Dat | RACE: WHITE |
| Inst | SEX : MALE |
| | DOB : 04/22/83 |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013795

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**RASH ASSESSMENT**

Sick call

## SUBJECTIVE

Date/Time 2.21-03  1000          Age  19
Date rash first noticed:  < Years
Medication allergies  NKDA          Food allergies          NKA
Hx of allergic reactions?    ☑ No   ☐ Yes (describe)
Possible exposure/contact with: none  ☐ Plants/bushes   ☐ Chemicals   ☐ Lice/scabies/insects
History of:          ☑ Pain  ☑ Itching
Current medications (list)  none
Recently discontinued or completed medications?  ☐ No  ☐ Yes (name)

## OBJECTIVE

B/P 126/70   Temp 98   Pulse 64   Resp 18   Weight 170
Location(s) of rash: arm
Symptoms of respiratory distress?   ☑ No  ☐ Yes (**requires immediate physician notification**).
**Check all that apply.  Place additional comments on back.**
Description of rash:   ☑ Red      ☑ Raised   ☐ Flat   ☐ Scaly
                      ☐ Dry      ☐ Bleeding   ☐ Swelling (describe)
                      ☐ Weeping (describe drainage):

## ASSESSMENT

Alteration in skin integrity R/T rash
☐ S/S of infection   ☑ No evidence of infection

## PLAN (CHECK ALL THAT APPLY)

☐ Area cleaned with:
☐ OTC/Rx given (name):                    ☐ F/U in:
☑ Clinician referral  2/25  for  shave pass eval

## EDUCATION

☑ Instructed on skin care, s/s of infection, medication compliance, F/U.
☑ Return in  2/25  days if no improvement.
☐ Other (requires comment).

**Place additional comments on back.**

Signature/Stamp                LPN
C. Hartsfield
Licensed Practical Nurse
Taylor Correctional Institu

TROYA, DANIEL A.  EX
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

Troya013796  83W (1/02) Page 1 of 2

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _NKDA_

| DATE/TIME | |
|---|---|
| 7/18/03 0945 | 7 Near G+W: Cepal review: No meds _[signature] M.D._ _Chief ... Institution_ |
| 2-19-03 | MH assessment. _[signature]_ STEVE SUTTON Psych Spec Taylor CI |
| 02-21-03 0800 | inmate: DC4-683W Rash assessment _[signatures]_ _Taylor Correctional Institution_ |

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013797

## STATE OF FLORIDA—DEPARTMENT OF CORRECTIONS
### HEALTH INFORMATION ARRIVAL SUMMARY

INSTITUTION: Taylor Annex    DATE 2/17    TIME 11(a)

Received FROM: Brevard CI

Transferring TO: Taylor Annex

**TO BE COMPLETED BY INMATE**

INMATE QUESTIONNAIRE (circle the answers to the questions inside THIS BOX ONLY):

1. Have you received a *Health Services Inmate Orientation Handbook*?    (YES)   NO    I DON'T KNOW

2. Do you have urgent health care needs?*    YES   (NO)   I DON'T KNOW
   If yes, list your urgent medical, mental health, or dental needs:
   _____
   _____
   _____

3. Are you currently receiving medications for medical, mental health, or dental reasons?    YES   (NO)   I DON'T KNOW
   If yes, list your medications:
   _____
   _____

4. Do you have your medications with you?   N/A    YES   NO    I DON'T KNOW

5. Are you currently receiving treatment for (circle):    MEDICAL    MENTAL HEALTH    DENTAL
   Reasons: _____ NO _____

6. Have you ever received mental health treatment?    YES   (NO)   I DON'T KNOW
   If yes, what type? _____

7. Have you been in an inpatient mental health unit in the last 30 days?*    YES   (NO)   I DON'T KNOW

8. Have you been on suicide precautions in the last 30 days?*    YES   (NO)   I DON'T KNOW

9. Have you ever attempted suicide?    YES   (NO)   I DON'T KNOW

10. Are you presently thinking of committing suicide?**    YES   (NO)   I DON'T KNOW

11. Have you ever been treated for drug or alcohol use?    YES   (NO)   I DON'T KNOW

12. Are you here for hospitalization, such as surgery, tests, etc.?    YES   (NO)   I DON'T KNOW

Signature: Daniel Troya    DC Number: W14211    Date of Birth: 4-22-83    Today's Date: 2/17/03

**DO NOT WRITE BELOW THIS LINE.**

*Note to staff: Yes response requires **immediate** referral to appropriate discipline.

**Note to staff: Yes response requires **immediate** mental health referral and **immediate** implementation of suicide precautions.

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

Troya013798  (Revised 7/01) (Page 1 of 2)

**FLORIDA DEPARTMENT OF CORRECTIONS**
## Chronological Record of Health Care

Allergies: ∅

| DATE/TIME | |
|---|---|
| 2-17-03 11:00 | |

RECORDS RECEIVED AT TAYLOR ANNEX   carp ✓

| MEDICAL | DENTAL | MENTAL | INACTIVE | |
|---|---|---|---|---|
| Voll 2-1703 | / | / | ∅ | RE ✓ |
| DATE | | Kuisval | MEDICAL RECORDS SPEC | |

Kim Veal
Medical Records Clerk
Taylor Correctional Institution

Inmate Name Troya, Daniel
DC# W14211   Race/Sex WM
Date of Birth 4·22·83
Institution Saylor Annex

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013799

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**HEALTH INFORMATION/TRANSFER SUMMARY**

Transferring FROM: BREVARD CORRECTIONAL INSTITUTION          DATE: 2/6/03

TIME: 2100

Transferring TO: Taylor Annex

| Date of last physical | PPD date/results | Allergies | Current treatments |
|---|---|---|---|
| 10/22/02 | 10/8/02 Ømm | NKDA | Ø |

| P | U | L | H | E | S | D | X | T | I |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |

Current medical problems (include explanation of profile if other than Medical Grade I)
- ACNE
- Hemorrhoids

Current mental health problems   S-1 → see

Current dental problems   D-1   chart

Deformities, evidence of abuse or trauma/disabilities or other physical limitations   Ø

| Medication(s) (include psychotropics) | Dose | Pending appointments/consults | | Date |
|---|---|---|---|---|
|   |   | Medical        No ☑   Yes ☐ |   |   |
|   |   | Dental         No ☑   Yes ☐ |   |   |
|   |   | Mental Health  No ☐   Yes ☑ |   | 3/21/03 |
|   |   | Chronic Illness Clinic: |   |   |
|   |   | Hypertension ____   Diabetes ____ |   |   |
|   |   | General Med ____    Seizure ____ |   |   |
|   |   | Pulmonary ____      INH ____ |   |   |
|   |   | Immunity ____ |   |   |
|   |   | Dx Studies: |   |   |

Medication accompanying inmate?   ☑ No   ☐ Yes   ☐ 7 days   ☐ 20 days

Pending diagnostics (including lab work)   Ø

Tested/treated for STD (type, date, treatment)   RPR   10/7/02   NR

Therapeutic diet?   ☑ No   ☐ Yes   If yes, describe:

Hospitalization within past year?   ☑ No   ☐ Yes          Passes:   Ø
☐ Physical problem   ☐ Mental problem
Explain (include dates):                            Reissues:
☑ No medical or mental health holds

| Psychotropic medication within past year? | Self-injurious or suicidal behavior within past year? | Currently on suicide watch/ |
|---|---|---|
| ☑ No   ☐ Yes | ☑ No   ☐ Yes   Date: | precautions?   ☑ No   ☐ Yes |

Signature/Stamp
Clinician or Nurse Reviewing Chart   _H Hinchman_          H Hinchman SRN
                                                         Brevard C.I.

DC4-730 *Problem List* updated?   ☐ No   ☐ Yes   ☑ N/A

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE          For additional space, use reverse side
SEX : MALE
DOB : 04/22/83       This form is not to be amended, revised, or altered without approval
                     of the Deputy Director of Health Services Administration

HEALTH INFORMATION/TRANSFER SUMMARY
DC4-760 (Revised 4/02) (Page 1 of 2)

Troya013800

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: NKA

DATE/TIME

2 7 DEC 2002
0800

Seen By Mental Health

W. SCOTT WHITACRE, PSY.D.
SENIOR PSYCHOLOGIST
BREVARD CORRECTIONAL INSTITUTION

INCIDENTAL NOTE:
DATE: 2/3/03     TIME: 1135
INMATE REQUEST RECEIVED: 2/3/03
ANSWERED: 2/3/03

_____ (Signature Stamp) _____

DEBORAH COTTLE
HEALTH INFORMATION SPECIALIST
BREVARD C.I.

Inmate Name TROYA
DC# W14211     Race/Sex W/M
Date of Birth 4-22-83
Institution BREVARD

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013801

STATE OF FLORIDA

## DEPARTMENT OF CORRECTIONS
## PRE-SPECIAL HOUSING HEALTH APPRAISAL

| Institution: BCI | Housing: D1 | | Date: 11/26/02 | | | | Time: 0420 | | |
|---|---|---|---|---|---|---|---|---|---|

| Use of force?  Y ___  N ✗ | P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|---|
| If yes, also complete E.R. form ( ) | / | / | / | / | / | ( | / | / | |

Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior?   N ___  Y ___
If yes, describe:

Current Medical Complaint?  N ✗  Y ___  If yes, describe condition and treatment:

Vital Signs:
T: 100.0  P: 170  R: 20  BP: 146/96  Wt: 173     Allergies (list):  NKDA

Infirmities or impairment?  N ✗  Y ___  If yes, list findings:

Medications?  N ___  Y ___

| List Current Medications (include psychotropics): | Dose | Frequency | Renewal Y | Renewal N | Pending Appointments (per inmate) If any are yes, follow up with MUS |
|---|---|---|---|---|---|
| | | | | | Dental:  Date:  N/A |
| | | | | | Mental Health:  none  N/A |
| | | | | | Chronic Clinic: INH Asthma Hypertension Diabetes Seizures |
| | | | | | |

Arrangements for Medication Administration:
Self ____  Health Care Staff ____  NA ✗

Special Appointments:

Inmate medication delivered to health care staff?  Y ___  N ___  If no, disposition:

Dx Studies:

Are there any apparent medical reasons for the inmate not to be placed in special housing?
N ✗  Y ____  If yes, explain on back, refer inmate to clinic.

Place any other pertinent information on back.

I have reviewed the records and explained the procedure for obtaining medical care while in special housing to this inmate. Mental Health notifications have been completed, if applicable.

Staff member signature, title and name stamp: _____
SHARON SCHOTT, RN
SR. REG. NURSE
BREVARD CI

J.R. Almeyda-Gomez, M.D.
CHO-BREVARD CI

TROYA, DANIEL A. ——
DOC : W14211 ——
RACE: WHITE ——
SEX : MALE ——
DOB : 04/22/83 ——

DC4-769 (Revised 3/00)                    Page 1 of 2

Troya013802

## STATE OF FLORIDA

## DEPARTMENT OF CORRECTIONS
## PRE-SPECIAL HOUSING HEALTH APPRAISAL

| Institution: B CI | Housing: W/C -A | Date: 11/10/02 | Time: 4/25P |
|---|---|---|---|

| Use of force? Y___ N ✓ | P | U | L | H | E | S | D | X | I |
|---|---|---|---|---|---|---|---|---|---|
| If yes, also complete E.R. form ( ) | / | / | / | / | / | / | / | / | |

Is inmate demonstrating strange/bizarre or threatening/engaging in self-harmful behavior?   N ✓  Y ___
If yes, describe:

Current Medical Complaint?  N ✓ Y ___   If yes, describe condition and treatment:

Vital Signs:
T: 99 P: 80 R: 18 BP: 110/70 Wt: 179    Allergies (list): NKA

Infirmities or impairment?  N ✓ Y ___   If yes, list findings:

Medications?  N ✓ Y ___

| List Current Medications (include psychotropics): | Dose | Frequency | Renewal Y | N | Pending Appointments (per inmate) If any are yes, follow up with MUS | | |
|---|---|---|---|---|---|---|---|
| | | | | | Dental: | Date: | N/A |
| NONE | | | | | Mental Health: ____ | | |
| | | | | | Chronic Clinic: INH ____ Asthma ____ Hypertension ____ Diabetes ____ Seizures ____ | | |
| Arrangements for Medication Administration: Self ____ Health Care Staff ____ NA ✓ | | | | | Special Appointments: | | |
| Inmate medication delivered to health care staff?  Y ___ N ✓ If no, disposition: | | | | | Dx Studies: | | |

Are there any apparent medical reasons for the inmate not to be placed in special housing?
N ✓ Y ___   If yes, explain on back, refer inmate to clinic.

Place any other pertinent information on back.

I have reviewed the records and explained the procedure for obtaining medical care while in special housing to this inmate. Mental Health notifications have been completed, if applicable.

Staff member signature, title and name stamp: _A. Lybrook_   ARNETTA LYBROOK, LPN
SR. LPN
BREVARD CI

Inmate:

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

J. R. Aurelio Gomez M.D
CHO-BREVARD C.I.

DC4-769 (Revised 3/00)                    Page 1 of 2

Troya013803

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 10/24/02 1000 | Note: P.E. done today. Lab. reports notified and discussed _____ _____ LOPEZ, M.D. STAFF PHYSICIAN BREVARD C.I. |

Inmate Name_ 
DC#_____ 
Date of Birth_ 
Institution___ 

TROYA, DANIEL A. 
DOC : W14211 
RACE: WHITE 
SEX : MALE 
DOB : 04/22/83 

S- Subjective Data 
O- Objective Data 
A- Assessment of S and O Data 
P- Plan 

B·C·I * This form is not to be amended, revised, or altered without approval 
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013804

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: _NKA_

| DATE/TIME | |
|---|---|
| 10/01/02 08:00 | Note  Labs done on 9/16/02 - will  will PCDB  _(illegible)_ PCN  DONNA L. GATTIKER, SLPN  BREVARD C.I.  J.R. Almeyda-Gomez, M.D.  CHO-BREVARD CI |
| 10-7-02 | Blood and urine for PG + RPR  _(illegible)_ BREVARD CI |
| 10/09/02 10:25 | Note  _(illegible)_ labs will except for those  _(illegible)_ on U/A  _(illegible)_ MD on _(illegible)_  DONNA L. GATTIKER, SLPN  BREVARD C.I.  J.R. Almeyda-Gomez, M.D.  CHO-BREVARD CI |
| 10/21/02 2245 | Medical record reviewed. Cleared for transfer to Brevard Work Camp  JERMAINE HINTON, RN  Sr. Registered Nurse  Brevard CI |

| | | | |
|---|---|---|---|
| Inmate N | TROYA, DANIEL A. | | S- Subjective Data |
| DC#___ | DOC : W14211 | | O- Objective Data |
| Date of Birth___ | RACE: WHITE | | A- Assessment of S and O Data |
| Institution___ | SEX : MALE  DOB : 04/22/83 | | P- Plan |

DC4-701 (Revised 3/00)

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

Troya013805

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
**RASH ASSESSMENT**

**SUBJECTIVE**

Date/Time _9/30/02_   Age _19_

Date rash first noticed: _5 24 25_

Medication allergies _NKA_   Food allergies _NKA_

Hx of allergic reactions?   ☒ No   ☐ Yes (describe)_____

Possible exposure/contact with:   ☐ Plants/bushes   ☐ Chemicals   ☐ Lice/scabies/insects

History of:   ☐ Pain   ☒ Itching

Current medications (list) _Kayer E_

Recently discontinued or completed medications?   ☐ No ☐ Yes (name)_____

**OBJECTIVE**

B/P _106/64_   Temp _98.3_   Pulse _62_   Resp _16_   Weight _177_

Location(s) of rash: _FACIAL JAW CHIN NECK_

Symptoms of respiratory distress?   ☒ No ☐ Yes **(requires immediate physician notification).**

**Check all that apply.  Place additional comments on back.**

Description of rash: ☒ Red   ☒ Raised   ☐ Flat   ☐ Scaly

☒ Dry   ☐ Bleeding   ☐ Swelling (describe)_____

☐ Weeping (describe drainage):_____

**ASSESSMENT**

Alteration in skin integrity R/T rash

☐ S/S of infection   ☒ No evidence of infection

**PLAN (CHECK ALL THAT APPLY)**

☐ Area cleaned with:_____

☒ OTC/Rx given (name): _CALAMINE LOTION_   ☐ F/U in:_____

☐ Clinician referral

**EDUCATION**

☒ Instructed on skin care, s/s of infection, medication compliance, F/U.

☒ Return in _7_ days if no improvement.

☐ Other (requires comment).

**Place additional comments on back.**

Signature/Stamp _William Bartley_
_MX STAFF NG_

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

SEX_____

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

FLORIDA DEPARTMENT OF
GENERIC NURSING ASSESSMENT
(FOR_____)

## SUBJECTIVE

Date: 4/20/13   Time: 920   Age: 19   Allergies: NKA

☑ Sick Call  ☐ EMID  Complaint: LUMP GROIN FOR 2½ WKS STATES
SOMETIMES IT BURNS WHEN HE URINATES.

How long has the problem been present? 2½ WEEKS

Current medications: NON

Complaint related to medication? ☑ No  ☐ Yes  If yes, describe:_____

## OBJECTIVE

Vital Signs:   T 98³   P 65   R 16   B/P 100/64   Weight 177

Observation summary: NODULE ALMOND SIZE (R) GROIN NO ERUPTION
SEEN NO REDNESS NO PUSTULE.

(continue observation summary on back as necessary)

## ASSESSMENT

Summary of assessment: ALMOND SIZE NODULE (R) GROIN NO
REDNESS OR PUSTULE

(continue assessment on back as necessary)

## PLAN

☐ No treatment required.   ☑ OTC medication provided. IBUPROFEN (name).

☐ Physician referral.   ☐ Emergency transfer.

☑ Other: WARM COMPRESS TO (R) GROIN 4 TIMES A
DAY TAKE IBUPROFEN 1 TAB EVERY 4 AS NEEDED
FOR DISCOMFORT

## EDUCATION

☑ Medication information provided including SE  ☑ Keep area clean and dry  ☐ No smoking   ☐ No sports

☐ Limit exercise   ☑ Increase fluid intake  ☑ S/S of infection   ☑ Return to clinic if no improvement

☑ Other:_____

TROYA, DANIEL A.
DOC : W14211      ace/Sex_____
RACE: WHITE
SEX : MALE
DOB : 04/22/83

Signature/Stamp

Troya013807

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 9/13/02 1630 | THE INMATE IS: |
| | ☐ ADMITTED TO THE INFIRMARY |
| | ☑ DISCHARGED FROM THE INFIRMARY   per Dr Almeyda |
| | ☐ SENT TO / FOR: ___   inmate Asymptomatic |
| | ☐ RETURNED FROM: ___   Neg Abd Assessment |
| | ☐ ADMITTED TO: ___   inmate c̄ no c/o at this time to return if Sx worsen released to security |

H Hinchman SRN
Brevard C.I.

| 9/16/02 1105 | One Node. CXR done this date __ |

DONNA L. GATTIKER, SLPN
BREVARD C. I.

| 9/26/05 9:30 | S \ c/o lump (L) groin since last Sunday hurts sporadically sometimes when voiding |
| | O 4/97 98³ 62 16 10%/64 (L) groin man'd size nodule able to grasp no redness noted |
| | A. |

Inmate Name Troya Daniel
DC# W14211   Race/Sex W/M
Date of Birth 4/22/83
Institution Brev CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013808

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

## ABDOMINAL PAIN ASSESSMENT

**SUBJECTIVE**

Date/Time 9/13/02 1515  Age 19     Allergies NKDA

Onset and duration '—      Location —

Description/Complaint S/p foreign body ingestion - on 9/11/02
recheck - "I'm okay."

Medications (list) NONE

**Check all that apply. Place additional comments on back.**

History of abdominal problems/surgery?   ☑No    ☐ Yes    Describe

☐ Nausea    ☐ Vomiting ☐ Diarrhea    ☐Constipation Denied  LMP N/A    Last BM 9/11/02

Color of stool brown    ☐Change in weight ☐ Increase    ☐ Decrease  # pounds denies

☐ Change in appetite:    ☐ Increase    ☐ Decrease ☐Change in bowel habits denied

Pain after eating?    ☐ Yes    ☑No    Describe:

Describe pain:   ☐ Mild   ☐ Moderate   ☐ Severe   ☐ Crampy   ☐ Ache   ☐ Sharp   ☐ Constant  denies

**OBJECTIVE**

B/P 100/70    Temp 98.2    Pulse 68    Resp 16    Weight 174

Skin:   ☑Normal color   ☐ Pale   ☐ Flushed   ☐ Sweating   ☐ Cool   ☐ Warm

Lung sounds:   ☑Clear   ☐ Crackles   ☐ Wheezing   ☐ Diminished

Bowel sounds:   ☐ Absent   ☑Present   ☐ Hyper   ☐ Hypo

Abdomen:   ☐ Rigid   ☐ Firm   ☑Soft   ☐ Distended

☑Nondistended   ☐ Rebound tenderness

Pain produced by gentle palpation?   ☑No   ☐ Yes   Where?

Heart sounds:   ☑Regular   ☐ Irregular   Describe if irregular

**ASSESSMENT**

Abdominal pain.   Stool guiaco   ☐ Positive   ☐ Negative  A positive guiaco requires physician notification

**PLAN**

☐ 1. Antacid 30cc QID x 2 days.    Type

☐ 2. Simethicone tabs 80mg QID pc + HS x 2 days.

☐ 3. Refer to M.D.

Other KUB X-ray to be repeated on 9/16/02

**EDUCATION**

☐ Healthy eating habits.    ☐ Information related to symptoms of viral infection.

☑Return if symptoms persist.    ☐ Information related to benefits of moderate exercise.

Other

H Hinchman SRN
Brevard C.I.

Signature/Stamp

INMATE NAME Troya Daniel
DC# 104211    Race/Sex W/M
DATE OF BIRTH 4/20/83
INSTITUTION Brev CI

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

DC4-683C (Revised 2/00) Page 1 of 2

Troya013809

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKDA

| DATE/TIME | |
|---|---|
| 9/13/02 1000 | THE INMATE IS:<br>☐ ADMITTED TO THE INFIRMARY<br>☑ DISCHARGED FROM THE INFIRMARY — from SOS watch — per Dr Whitaker + Dr Almeyda — to be placed in inf for obs & Abd problems<br>☐ SENT TO / FOR:<br>☐ RETURNED FROM:<br>☐ ADMITTED TO:<br>W. SCOTT WHITACRE, PSY.D.<br>SENIOR PSYCHOLOGIST<br>BREVARD CORRECTIONAL INSTITUTION<br>H Hinchman SRN Brevard C.I. |
| 9/13/02 1015 | THE INMATE IS:<br>☑ ADMITTED TO THE INFIRMARY — for obs for Abd problem & s/p foreign body ingestion — per Dr Almeyda<br>☐ DISCHARGED FROM THE INFIRMARY<br>☐ SENT TO / FOR:<br>☐ RETURNED FROM:<br>☐ ADMITTED TO:<br>H Hinchman SRN Brevard C.I. |
| 9/13/02 1515 | Inc NOTe<br>See DC4 683C<br>H Hinchman SRN Brevard C.I. |

Inmate Name: Troya, Daniel
DC# L01421  Race/Sex: W/M
Date of Birth: 4/22/83
Institution: Brev CI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-701 (Revised 3/00)

Troya013810

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
INPATIENT HISTORY - PHYSICAL
SHORT TERM ( 24 - 48 HOURS )

PATIENT _Thoya, Samuel_ NUMBER _W14211_

### HISTORY

Chief Complaint : _"I ate 2 razor blades"_

History of Present Illness : _Admitted to ICS w/c after being brought by security due to above statement_

Past Medical History : _No previous hx of Fraud/CSU admission at FDC S-I_

### PHYSICAL EXAMINATION

HEAD AND NECK : _Alert & NAD Normocephalic / supple_

EENT : _PERL EOM_

CHEST AND BREAST : _Symmetric / no masses_

HEART : _CSRS w_

LUNGS : _CTA_

RECTAL : _Deferred_

ABDOMEN : _Soft ⊖ masses ⊖ tenderness good bowel sounds._

GENITALIA : _Deferred_

BONES AND JOINTS : _No deformity / FROM_

EXTREMITIES : _Symmetric c good pulse_

NEURO : _no deficit_

IMPRESSION DIAGNOSIS : _Surgical exam ASP DS R/O FB ingestion_

DATE : _9/13/07_ PHYSICIAN : _____

DC4-713C ( REVISED   4-91 )

Troya013811

**FLORIDA DEPARTMENT OF CORRECTIONS**
**INFIRMARY PROGRESS RECORD**

Institution: BREVARD CORRECTIONAL INSTITUTION

| Date/Time | Discipline (use codes)* | Comments |
|---|---|---|
| 9/13/02 15:15 | M | S— Inm offers no complaints of abd pain. A/c well today Denies N/V nor diarrhea. Denies blood or [illegible]. |
| | | O— Alert & NAD Abd — soft non tender no pain non [illegible] [illegible] 9/12/02 — guiac [illegible] for F.B. [illegible] & Romero vs. process of L2 |
| | | A— 19 y/o WM admitted to Infirm cell after he swallowed razor blade (per Inm claim) on 9/13/02. Inm has remained asymptomatic & KUB guiac [illegible] F.B. has been cleared by [illegible] for Infirm / SOS discontinuation. |
| | | P— D/C from Infirm Return to open population TD have repeated KUB next week & compare [illegible] 9/12/02 X-ray. |

Inmate Name _Troya Daniel_
DC# _W14211_   Race/Sex _W/M_
Date of Birth _04-22-83_
Institution _Brevard CI_

*Codes:    M = MD/CA/ARNP
          P = Psychiatrist
          Y = Psychology
          N = Nursing
          D = Dental

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary for Health Services Administration

INFIRMARY PROGRESS RECORD
DC4-714A (6/99) (Page 1 of 2)

Troya013812

## FLORIDA DEPARTMENT OF CORRECTIONS
## INPATIENT ADMISSION NURSING ASSESSMENT

Date __9-11-02__   Time __815__   Height __5'11"__   Weight __176__

CHRONIC ILLNESS (LIST)__none__

ALLERGIES:
( ✓ ) NKDA   MEDICATION (LIST DRUG AND REACTION): __none__   FOOD AND TYPE REACTION: __none__

Arrived via _____   Admitted from __E Dorm__

| VITAL SIGNS | PERSONAL APPEARANCE | COMMUNICATION NEEDS |
|---|---|---|
| T __98__ | ( ) Well groomed | (✓) Verbal _English_ Primary language |
| P __80__ | (✓) Somewhat disheveled | ( ) Nonverbal |
| R __18__ | ( ) Comments | ( ) Does not communicate _____ |
| BP (R) __120/80__ | (L)_____ | ( ) Speech impairment (type)_____ |
| Other_____ | DNR/AD DIR ___yes ___no _✓_NA | |

| BATHES | YES | NO | BLADDER FUNCTION | YES | NO | FEEDING SELF | YES | NO | SKIN |
|---|---|---|---|---|---|---|---|---|---|
| Self | ✓ | | Continent | ✓ | | Needs help | | ✓ | (✓) Warm |
| Assistance | | ✓ | Ostomy/self-care | | ✓ | Special device | | ✓ | (✓) Dry |
| Equipment | | ✓ | Self-catheterization | | ✓ | Dentures | | ✓ | ( ) Moist |
| DRESSES | | | External device/cath. | | ✓ | BOWEL FUNCTION | | | ( ) Pink |
| Self | ✓ | | Bladder training | | ✓ | Pattern | | ✓ | (✓) Pale |
| Assistance | | ✓ | SKIN CONDITIONS | | | Continent | | ✓ | ( ) Dusky |
| Equipment | | ✓ | Abrasions/lacerations | | ✓ | Ostomy self-care | | ✓ | ( ) Cyanotic |
| TOILETS | | | Bruises | | ✓ | Date of last BM | 9-11 | | ( ) Jaundiced |
| Self | ✓ | | Rash | | ✓ | | | | ( ) Flushed |
| Assistance | | ✓ | Decubitus | | ✓ | AMBULATORY DEVICES | | | |
| Equipment | | ✓ | | | | | | | |

MUSCULOSKELETAL ASSESSMENT:   LIMB MOVEMENT:   SKELETAL:

LIMB MOVEMENT:
(✓) Moves all extremities
( ) Limitation of motion - type _____
( ) Prostheses - type _____

SKELETAL:
( ) Contractures
( ) Arthritis
( ) Fractures
( ) Amputation
( ) Deformities

( ) SKIN BREAKDOWN POTENTIAL
(✓) SKIN INTACT

ADDITIONAL FINDINGS
_____
_____
_____
_____
_____
_____
_____

TROYA, DANIEL A.
DOC : W14211
RACE: WHITE
SEX : MALE
DOB : 04/22/83

INPATIENT ADMISSION NURSING ASSESSMENT
DC4-732 (2/98)

Troya013813

Page One

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES

Check one: ☐ SSO ☐ TCU

## SHIFT MENTAL HEALTH NURSING ASSESSMENT

☑ Infirmary Isolation Management Room

Date/Time _9-13-02_ _0130_ Shift _11-7_

### SUBJECTIVE COMMENTS

### OBJECTIVE (Check All That Apply)

**Appearance:** ☐ Well Groomed ☑ Somewhat Disheveled ☐ Unkempt

**Current Behavior:**
☑ Quiet ☐ Assaultive ☐ Agitated ☐ Nonverbal
☐ Cursing ☐ Threatening ☐ Anxious ☐ Withdrawn
☐ Self-injurious ☐ Pacing ☐ Cooperative
☐ Appears to be responding to voices, commands, etc.

**Orientation:** ☑ Person ☐ Place ☑ Time ☐ Situation

**Memory:** ☑ Intact ☐ Impaired (explain): _____

**Eye contact:** ☑ Good ☐ Fair ☐ Poor ☐ None

**Speech:** ☑ Normal ☐ Incoherent ☐ Loud ☐ Nonverbal* ☐ Other*
*Requires comment on back

**Mood:**
☑ Pleasant ☐ Angry ☐ Hostile ☐ Depressed ☐ Labile
☐ Tense ☐ Fearful ☐ Tearful ☐ Irritable

**Affect:**
☑ Normal ☐ Labile (changing) ☐ Restricted ☐ Broad
☐ Blunted ☐ Flat ☐ Nonverbal

**Thought Content:** Is inmate hearing voices or conversations which others cannot hear? ☐ Yes ☑ No
If yes, describe:_____
Is inmate seeing visions of anything which others cannot see? ☐ Yes ☑ No
If yes, describe:_____

**Perception:** Is inmate experiencing delusions (e.g., believes s/he is being poisoned, can read minds)? ☐ Yes ☐ No
If yes, describe:_____

**Self-Injury/Suicidal/ Homicidal:**
Ideas? ☑ No ☐ Yes (describe):_____
Threats? ☑ No ☐ Yes (describe):_____
Plan? ☑ No ☐ Yes (describe):_____

**Hygiene:** Shower ☑ Self ☐ Assist ☐ Refused (requires comment on back)

**Appetite:** % of food consumed B_____ L_____ D_____ not obtained ☑ Refused (requires comment on back)

**Sleep:** # of hours _6_ (reported by inmate during last 24 hours).

**Med side effects?** ☑ No ☐ Yes (requires description on back) AIMS done? ☑ No ☐ Yes

**Alteration in skin integrity?:** ☑ No ☐ Yes ALL ALTERATIONS IN SKIN INTEGRITY (INCLUDING BRUISES) REQUIRE DAILY DESCRIPTION ON BACK UNTIL RESOLVED.
Medical complaints? ☑ No ☐ Yes (explain on back) ☐ Nonverbal
Dental complaints? ☑ No ☐ Yes (explain on back) ☐ Nonverbal

Enter additional comments on back.

### ASSESSMENT (Address Problem by ISP Number When Appropriate)

Same person

### PLAN

303 4

INMATE NAME _Troya, Daniel_
DC# _W14211_ RACE/SEX _W/m_
DATE OF BIRTH _4-22-83_
INSTITUTION _8/C_

Signature/Stamp _____ Blake, LPN _____

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services

DC4-692 (8/99) Page 1 of 2

Troya013814

DEPARTMENT
OFFICE OF HEALTH SERVICES

**SHIFT MENTAL HEALTH NURSING ASSESSMENT** ☐ Infirmary ☐ Isolation ☐ Management Room ☐ CU ☑ Infirmary Isolation Management Room

Date/Time ___9-12-02___ ___2100___ Shift ___3-11___

**SUBJECTIVE COMMENTS**

None

**OBJECTIVE (Check All That Apply)**

**Appearance:** ☐ Well Groomed ☑ Somewhat Disheveled ☐ Unkempt

**Current Behavior:** ☑ Quiet ☐ Assaultive ☐ Agitated ☐ Nonverbal
☐ Cursing ☐ Threatening ☐ Anxious ☐ Withdrawn
☐ Self-injurious ☐ Pacing ☑ Cooperative
☐ Appears to be responding to voices, commands, etc.

**Orientation:** ☑ Person ☑ Place ☑ Time ☑ Situation

**Memory:** ☑ Intact ☐ Impaired (explain): _____

**Eye contact:** ☑ Good ☐ Fair ☐ Poor ☐ None

**Speech:** ☑ Normal ☐ Incoherent ☐ Loud ☐ Nonverbal* ☐ Other*
*Requires comment on back

**Mood:** ☑ Pleasant ☐ Angry ☐ Hostile ☐ Depressed ☐ Labile
☐ Tense ☐ Fearful ☐ Tearful ☐ Irritable

**Affect:** ☑ Normal ☐ Labile (changing) ☐ Restricted ☐ Broad
☐ Blunted ☐ Flat ☐ Nonverbal

**Thought Content:** Is inmate hearing voices or conversations which others cannot hear? ☐ Yes ☑ No
If yes, describe:_____
Is inmate seeing visions of anything which others cannot see? ☐ Yes ☑ No
If yes, describe:_____

**Perception:** Is inmate experiencing delusions (e.g., believes s/he is being poisoned, can read minds)? ☐ Yes ☑ No
If yes, describe:_____

**Self-Injury/Suicidal/ Homicidal:** Ideas? ☑ No ☐ Yes (describe):_____
Threats? ☑ No ☐ Yes (describe):_____
Plan? ☑ No ☐ Yes (describe):_____

**Hygiene:** Shower ☐ Self ☐ Assist ☐ Refused (requires comment on back)

**Appetite:** % of food consumed B _____ L _____ D _100%_ ☐ Refused (requires comment on back)

**Sleep:** # of hours ___8+___ (reported by inmate during last 24 hours).

**Med side effects?** ☑ No ☐ Yes (requires description on back) AIMS done? ☐ No ☐ Yes

**Alteration in skin integrity?:** ☑ No ☐ Yes ALL ALTERATIONS IN SKIN INTEGRITY (INCLUDING BRUISES) REQUIRE DAILY DESCRIPTION ON BACK UNTIL RESOLVED.
Medical complaints? ☑ No ☐ Yes (explain on back) ☐ Nonverbal
Dental complaints? ☑ No ☐ Yes (explain on back) ☐ Nonverbal

Enter additional comments on back.

**ASSESSMENT (Address Problem by ISP Number When Appropriate)**

_____

**PLAN** Continue S.O.S watch, report any changes to MD

INMATE NAME _Troya, Daniel_
DC# _W14511_ RACE/SEX _W/M_
DATE OF BIRTH _4-22-83_
INSTITUTION _BCI_

Signature/Stamp _Linda Clark_

LINDA CLARK, RN
Sr. Reg. Nurse
Brevard CI

DC4-692 (8/99) Page 1 of 2

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services

Troya013815

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**OBSERVATION CHECKLIST**

## SECTION ONE (To be completed by Medical/Mental Health staff)

Date __9-11-02__   Institution __BCI__

Reason for observation/seclusion __Suicidal Gesture__

Time/date placed on observation/seclusion __9-11-02__  __8:15__  by __Dr Admeyda__

Time/date discontinued from observation/seclusion _____ by _____

**Suicide Observation Status:** ____ Not applicable   ____ SOS-1 (15-min. checks)   ✓ SOS-2 (30-min. checks)
____ Continuous

**Nonsuicide Precaution Level:** ____ Minimum (hourly observation)   ____ Medium (30-min. observation)
____ Maximum (15-min. observation)

**Items Allowed** (check yes or no for each item):   **On Medications:** ____ Yes   ✓ No

| Yes | No |  | Yes | No |  |
|---|---|---|---|---|---|
| | ✓ | Undergarments | ✓ | | Shroud |
| ✓ | | Suicidal blanket | | ✓ | Reading material |
| ✓ | | Mattress | | | |

## SECTION TWO (To be completed by security or nursing staff)

Security staff shall immediately notify health care staff if behaviors in codes 1*, 2*, and/or 3* are observed.

**CODE EXPLANATION**   **TIME VISUAL CHECKS MADE ON INMATE**

1. Beating on door/wall*
2. Yelling or screaming*
3. Crying*
4. Cursing
5. Laughing
6. Singing
7. Mumbling incoherently
8. Mute
9. Talking to staff
10. Talking to peers
11. Talking to self/wall
12. Standing still
13. Walking
14. Lying or sitting
15. Quiet
16. Sleeping
17. Meals a) Taken  b) Refused
18. Fluids a) Taken  b) Refused
19. Bath/shower:
    a) Taken  b) Refused
20. Toilet
21. Out of cell (indicate inmate's location in appropriate time slots)
22. Bathroom/bedpan/urinal:
    a) Used  b) Refused
23. _____
24. _____

**MEDICAL ONLY:**

| Time | | Time | | Time | Code | Init |
|---|---|---|---|---|---|---|
| 2400 | | 0800 | | 1600 | | |
| 0015 | | 0815 | | 1615 | | |
| 0030 | | 0830 | | 1630 | | |
| 0045 | | 0845 | | 1645 | | |
| 0100 | | 0900 | | 1700 | | |
| 0115 | | 0915 | | 1715 | | |
| 0130 | | 0930 | | 1730 | | |
| 0145 | | 0945 | | 1745 | | |
| 0200 | | 1000 | | 1800 | | |
| 0215 | | 1015 | | 1815 | | |
| 0230 | | 1030 | | 1830 | | |
| 0245 | | 1045 | | 1845 | | |
| 0300 | | 1100 | | 1900 | | |
| 0315 | | 1115 | | 1915 | | |
| 0330 | | 1130 | | 1930 | | |
| 0345 | | 1145 | | 1945 | | |
| 0400 | | 1200 | | 2000 | | |
| 0415 | | 1215 | | 2015 | | |
| 0430 | | 1230 | | 2030 | | |
| 0445 | | 1245 | | 2045 | 15 | JV |
| 0500 | | 1300 | | 2100 | 14 | JV |
| 0515 | | 1315 | | 2115 | 14 | JV |
| 0530 | | 1330 | | 2130 | 14 | Jc |
| 0545 | | 1345 | | 2145 | | |
| 0600 | | 1400 | | 2200 | 14 | JV |
| 0615 | | 1415 | | 2215 | | |
| 0630 | | 1430 | | 2230 | 14 | JL |
| 0645 | | 1445 | | 2245 | | |
| 0700 | | 1500 | | 2300 | 14 | JV |
| 0715 | | 1515 | | 2315 | | |
| 0730 | | 1530 | | 2330 | 14 | JV |
| 0745 | | 1545 | | 2345 | | |

Shroud/Blanket/Mattress Check   Night shift ☐   Day shift ☐   Evening shift ☐

**CODE AND INITIALS ARE REQUIRED ON THE ABOVE TIME LINES PER PRECAUTION LEVEL**

Staff signature and stamp                                             Initials

_____                           _____

_____                           _____

_____                           _____

TROYA, DANIEL A.   corresponding initials are to be entered on back of form.
DOC : W14211   ____   This form is not to be amended, revised, or altered without approval
RACE: WHITE   ____   of the Deputy Assistant Secretary for Health Services Administration.
SEX : MALE   ____   A copy shall be forwarded to the chief correctional officer
DOB : 04/22/83   ____   upon completion.

DC4-650 (Revised 2/01)

Troya013816

DEPARTMENT  CORRECTIONS
OFFICE OF HEALTH SERVICES

**SHIFT MENTAL HEALTH NURSING ASSESSMENT**

Check one:  ☐ SU
☐ CU
☑ Infirmary Isolation Management Room

Date/Time _9/12/02_ _1030_   Shift _7-3_

**SUBJECTIVE COMMENTS**

"I'm okay."

**OBJECTIVE (Check All That Apply)**

**Appearance:** ☐ Well Groomed  ☑ Somewhat Disheveled  ☐ Unkempt

**Current Behavior:**
☑ Quiet  ☐ Assaultive  ☐ Agitated  ☐ Nonverbal
☐ Cursing  ☐ Threatening  ☐ Anxious  ☐ Withdrawn
☐ Self-injurious  ☐ Pacing  ☑ Cooperative
☐ Appears to be responding to voices, commands, etc.

**Orientation:** ☑ Person  ☑ Place  ☑ Time  ☐ Situation

**Memory:** ☑ Intact  ☐ Impaired (explain): _____

**Eye contact:** ☑ Good  ☐ Fair  ☐ Poor  ☐ None

**Speech:** ☑ Normal  ☐ Incoherent  ☐ Loud  ☐ Nonverbal*  ☐ Other*
*Requires comment on back

**Mood:**
☑ Pleasant  ☐ Angry  ☐ Hostile  ☐ Depressed  ☐ Labile
☐ Tense  ☐ Fearful  ☐ Tearful  ☐ Irritable

**Affect:**
☑ Normal  ☐ Labile (changing)  ☐ Restricted  ☐ Broad
☐ Blunted  ☐ Flat  ☐ Nonverbal

**Thought Content:** Is inmate hearing voices or conversations which others cannot hear?  ☐ Yes  ☑ No
If yes, describe: _____
Is inmate seeing visions of anything which others cannot see?  ☐ Yes  ☑ No
If yes, describe: _____

**Perception:** Is inmate experiencing delusions (e.g., believes s/he is being poisoned, can read minds)?  ☐ Yes  ☑ No
If yes, describe: _____

**Self-Injury/Suicidal/ Homicidal:**
Ideas?  ☑ No  ☐ Yes (describe): _____
Threats?  ☑ No  ☐ Yes (describe): _____
Plan?  ☑ No  ☐ Yes (describe): _____

**Hygiene:** Shower  ☑ Self  ☐ Assist  ☐ Refused (requires comment on back)

**Appetite:** % of food consumed B _100%_ L _____ D _____  ☐ Refused (requires comment on back)

**Sleep:** # of hours _8_ (reported by inmate during last 24 hours).

**Med side effects?** ☑ No ☐ Yes (requires description on back)  **AIMS done?** ☐ No ☐ Yes

**Alteration in skin integrity?:** ☑ No ☐ Yes ALL ALTERATIONS IN SKIN INTEGRITY (INCLUDING BRUISES) REQUIRE DAILY DESCRIPTION ON BACK UNTIL RESOLVED.
Medical complaints? ☑ No  ☐ Yes (explain on back)  ☐ Nonverbal
Dental complaints? ☑ No  ☐ Yes (explain on back)  ☐ Nonverbal

Enter additional comments on back.

**ASSESSMENT (Address Problem by ISP Number When Appropriate)**

Alt in Thought process R/T suicidal gesture

**PLAN**

Cont SOS c̄ 30 min watch/check as ordered

INMATE NAME _Troya, Daniel_
DC# _W14211_   RACE/SEX _W/M_
DATE OF BIRTH _7/22/83_
INSTITUTION _B.C.I. FL_

Signature/Stamp _HALI HINCHMAN, RN_
SR. REG. NURSE
BREVARD CI

This form is not to be amended, revised or altered without approval of the Deputy Director of Health Services

DC4-692 (8/99) Page 1 of 2

Troya013817

DEPARTM￼   OF CORRECTIONS
OFFICE OF ￼EALTH SERVICES

Check one:   ☐ CSU
             ☐ TCU
             ☐ Infirmary Isolation Management Room

# SHIFT MENTAL HEALTH NURSING ASSESSMENT

Date/Time  9-12-02    0130       Shift  11-7

## SUBJECTIVE COMMENTS

## OBJECTIVE (Check All That Apply)

**Appearance:** ☐ Well Groomed   ☐ Somewhat Disheveled   ☐ Unkempt

**Current Behavior:**
☑ Quiet   ☐ Assaultive   ☐ Agitated   ☐ Nonverbal
☐ Cursing   ☐ Threatening   ☐ Anxious   ☐ Withdrawn
☐ Self-injurious   ☐ Pacing   ☐ Cooperative
☐ Appears to be responding to voices, commands, etc.

**Orientation:** ☑ Person   ☐ Place   ☐ Time   ☐ Situation

**Memory:** ☑ Intact   ☐ Impaired (explain): _____

**Eye contact:** ☐ Good   ☑ Fair   ☐ Poor   ☐ None

**Speech:** ☑ Normal   ☐ Incoherent   ☐ Loud   ☐ Nonverbal*   ☐ Other*
*Requires comment on back

**Mood:**
☐ Pleasant   ☐ Angry   ☐ Hostile   ☐ Depressed   ☐ Labile
☐ Tense   ☐ Fearful   ☐ Tearful   ☑ Irritable

**Affect:**
☑ Normal   ☐ Labile (changing)   ☐ Restricted   ☐ Broad
☐ Blunted   ☐ Flat   ☐ Nonverbal

**Thought Content:** Is inmate hearing voices or conversations which others cannot hear?   ☐ Yes   ☑ No
If yes, describe: _____
Is inmate seeing visions of anything which others cannot see?   ☐ Yes   ☑ No
If yes, describe: _____

**Perception:** Is inmate experiencing delusions (e.g., believes s/he is being poisoned, can read minds)?   ☐ Yes   ☑ No
If yes, describe: _____

**Self-Injury/Suicidal/Homicidal:**
Ideas?   ☑ No   ☐ Yes (describe): _____
Threats?   ☑ No   ☐ Yes (describe): _____
Plan?   ☑ No   ☐ Yes (describe): _____

**Hygiene:** Shower   ☑ Self   ☐ Assist   ☐ Refused (requires comment on back)

**Appetite:** % of food consumed  B _____  L _____  D _____   ☐ Refused (requires comment on back)

**Sleep:** # of hours  4   (reported by inmate during last 24 hours).

**Med side effects?**   ☑ No   ☐ Yes (requires description on back)   AIMS done?   ☑ No   ☐ Yes

**Alteration in skin integrity?:**   ☑ No   ☐ Yes ALL ALTERATIONS IN SKIN INTEGRITY (INCLUDING BRUISES) REQUIRE DAILY DESCRIPTION ON BACK UNTIL RESOLVED.
Medical complaints?   ☑ No   ☐ Yes (explain on back)   ☐ Nonverbal
Dental complaints?   ☑ No   ☐ Yes (explain on back)   ☐ Nonverbal

Enter additional comments on back.

## ASSESSMENT (Address Problem by ISP Number When Appropriate)

## PLAN

INMATE NAME  Troya, Daniel
DC#  W1421        RACE/SEX  w/m
DATE OF BIRTH  4-22-83
INSTITUTION  BC

Signature/Stamp

This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services

DC4-692 (8/99) Page 1 of 2

Troya013818