## DEPARTMENT OF CORRECTIONS

### INCIDENT REPORT

REPORTING INSTITUTION ___Brevard Work Camp___          REPORT NUMBER: _____

REPORTING OFFICER: ___J. Reed CO-Sgt___               DATE OF INCIDENT: _11-10-02_

PERSON(S) INVOLVED: ___TROYA, DANIEL A  #W14211___     TIME OF INCIDENT:____1520 Hrs____

_____          WITNESS(ES):_____

**DETAILS OF INCIDENT:** At approximately 1520 hours, on 11-10-02, while assigned as Work Camp A-Dorm. Inmate Troya, Daniel A. W14211, reported to the Lieutenant Office claiming a self declared inmate Medical Emergency. At which time the above inmate stated that Officiers on the ( 4-12 ) Third Shift assaulted him in the laundry room of WA-Dorm before Master Roster. The above inmated stated the Officers punched and kicked him several times in the laundry room. The above inmate also stated that the Officers on ( 12-8 ) First Shift refused to take him to medical, when he claiming a medical emergency. Let it be noted that the above inmate also stated that he has called his mother about the incident., which allegedly took placed on 11-09-02 at approximately 2100 hours.

Jeffrey L. Reed CO-Sgt                                    11-10-02
**REPORTING EMPLOYEE**                                    **DATE**

**SHIFT O.I.C**
**COMMENT:** Minus incident report filed. Duty warden Col. Robert Powers Notified. Inmate TROYA, DANIEL # W14211 was examined by medical staff and then placed in administrative confinement pending investigation of the allegations.

OFFICER IN CHARGE          11-10-02   **DATE**

**REVIEW**   NOTED

C. Inspector Colover
Inmate Records

CORRECTIONAL OFFICER CHIEF      11-11-02   **DATE**

**REVIEW**

WARDEN                                  DATE

DEFENDANT'S EXHIBIT

DC6-210 (Revised 6-99)          Page 1 of 2

Troya014771