## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL A. TROYA,**

    **Plaintiff,**

**v.**                               **Case No.:**     **9:16-CV-80700-DTKH**

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

### DEFENDANT TROYA'S MOTION TO FILE
### UNREDACTED 28 U.S.C. §2255 MOTION UNDER SEAL

The plaintiff Daniel A. Troya moves through counsel to file an unredacted 28 U.S.C. §2255 under seal, stating:

1.    Claim 1 raises a claim of juror misconduct in misrepresenting facts during voir dire. The claim contains embarrassing information related to jurors in the case that at this point should not be publicly revealed.

2.    The factual bases of the claim allege, among other things, an alternate juror's prior felony conviction, and drug and weapons convictions of relatives of additional jurors, none of which was accurately represented during jury selection.

3.    Defendant is filing the public copy with the claim redacted, and seeks to file the unredacted §2255 motion under seal with the Court.

4.    This claim is similar to the one addressed by this Court's Order Denying, Without Prejudice to Renewal, Defendant Daniel Troya's Ex Parte Sealed Motion to Interview Jurors. Doc. 1183.

1

5.      Pursuant to Local Rule of Civil Procedure 5.4(b)(1), Mr. Troya respectfully requests that this pleading remain sealed until one year following the Court's final judgment on Mr. Troya's § 2255 motion.

## MEMORANDUM OF LAW

Among other considerations, binding precedent in the context of sealing grand jury related documents also applies here, and that is "no legitimate governmental interests could be served by stigmatizing private citizens as criminals while not naming them as defendants." *In re Smith*, 656 F.2d 1101, 1102 (5th Cir.1981).

Wherefore, Daniel A. Troya, requests this Court grant this motion and permit him to file an unredacted copy of his §2255 motion under seal.

DATED this 4th day of May, 2016.

Respectfully Submitted,

/s/ *Steven H. Malone*
STEVEN H. MALONE
Steven H. Malone, P.A.
1217 South Flagler Drive, 2nd Floor
West Palm Beach, FL 33401
Tel: (561) 805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545


/s/ *D. Todd Doss*
D. TODD DOSS
Assistant Federal Defender
Federal Defender's Office
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Tel: (407) 648-6338
Email: todd_doss@fd.org
Florida Bar No. 0910384

*Counsel for Defendant Daniel A. Troya*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *D. Todd Doss*
D. TODD DOSS