## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**
     **Plaintiff,**

**v.**                                                                                          **Case No.**      **9:16-CF-80700-HURLEY**

**UNITED STATES OF AMERICA,**
     **Defendant.**
_____/

### NOTICE OF FILING INDEX TO APPENDICES

Plaintiff, Daniel A. Troya by and through his undersigned attorney, hereby files the

attached Index to Appendices (A through M) to his Corrected Motion to Vacate, Set Aside, or

Correct Sentence Pursuant to 28 U.S.C. § 2255.  Doc. 4.

DATED this 9th of May, 2016

Respectfully Submitted,

/s/ *D. Todd Doss*
D. TODD DOSS
Assistant Federal Defender
Federal Defender's Office
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Tel: (407) 648-6338
Email: todd_doss@fd.org
Florida Bar No. 0910384

*Counsel for Defendant Daniel Troya*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 9, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *D. Todd Doss*
D. TODD DOSS