INDEX TO APPENDICES re DOCKET ENTRY 4

A - Troya Appellate Initial Brief

B-1 - JUROR ALT 5 - DG - 1996 - Certified Records - NJ Superior Court (DG)
B-2 - JUROR ALT 5 - DG - 1994 2C30-2 Official misconduct
B-3 - JUROR ALT 5 - DG - Trial Transcript (extracted)
B-4 - JUROR ALT 5 - DG - 1994 2C43-6 Sentence of imprisonment for crime
B-5 - JUROR 6 - MS - 2008 - Docket - Miami-Dade (DS)
B-6 - JUROR 6 - MS - Jury Selection Transcript January 6, 2009 (extracted)
B-7 - JUROR 6 - MS - 1987 - Certified Records - Broward County (RS)
B-8 - JUROR 6 - MS - 1995 - Certified Records - Broward County (RL)
B-9 - JUROR 6 - MS - 1981 - Certified Records - Broward County (RL)
B-10 - JUROR 6 - MS - 1992 - Certified Records - Broward County (RL)
B-11 - JUROR 6 - MS - 1986 - Certified Records - Broward County (RL)
B-12 - JUROR 6 - MS - 1989 - Certified Records - Broward County (RL)
B-13 - JUROR 6 - MS - 1989 - Certified Records - Broward County 2 (RL)
B-14 - JUROR 9 - CT - Work History (TTF)
B-15 - JUROR 9 - CT - 1993 - Criminal Report (JTM)
B-16 - JUROR 9 - CT - 1999 - Docket - Palm Beach County (JBH, Sr.)
B-17 - JUROR 9 - CT - 2002 - Docket - Palm Beach County (WT)
B-18 - JUROR 9 - CT - 2003 - Certified Records - Palm Beach County (WT, Jr.)
B-19 - JUROR 9 - CT - 1994 - Criminal Report (JBH, Sr.)
B-20 - JUROR 9 - CT - 2002 - Docket - Palm Beach County (WT)
B-21 - JUROR ALT 3 - DB - Criminal Report (JG)
B-22 - JUROR ALT 3 - DB - 2005 - Docket - CCIS (Palm Beach) – JG
B-23 - JUROR ALT 3 - DB - 2007 - Certified Records - Palm Beach County (JPG)
B-24 - JUROR 1 - DL - 1993 - Certified Records - Brevard County (JG)
B-25 - JUROR 1 - DL - 2007 - Certified Records - Osceola County (JG)
B-26 - JUROR 1 - DL - 2002 - Certified Records - Seminole County (JG)
B-27 - JUROR 1 - DL - 2003 - Certified Records - Osceola County (JG)
B-28 - JUROR 1 - DL - 1998 - Certified Records - Seminole County (CAH)
B-29 - JUROR 1 - DL - 2007 - Certified Records - Osceola County (CH)
B-30 - JUROR 8 - DB - 1999 - Certified Records - Broward County (RR)
B-31 - JUROR 8 - DB - 2004 - Certified Records - Broward County (RR)
B-32 - JUROR 8 - DB - 2006 - Certified Records - Broward County (RR)

C - AO-12 Report 2-15-2008

D-1 - Expert Affidavit - Wetli, Charles
D-2 - NAS Forensic Report
D-3 - Expert Affidavit - Tobin, William

D-4 - NIST NCFS position on 'reasonable degree of [discipline] certainty'
D-5 - Expert Affidavit - Eldridge, Heidi
D-6 - Expert Declaration - Fischbach, Jeff
D-7a -TroyaMaps – Nguyen
D-7b -TroyaMaps – Nguyen

E - Glover Report

F-1 - PBC 2000-CF-7407-A-02 Certified

F-2 - PBPD 1995-002269 Police Info

G - Affidavit - Garcia, Erasmo Jr

H-1 - Affidavit - Rivera, Dennis
H-2 - Rule 3.850 Motion for Post Conviction Relief

I-1 - Affidavit - Vonlydick, Erik
I-2 - Affidavit - Nicolas, Pierrot

J - Risk Assesment - Warren Report

K-1 - Krop Sanction
K-2 - Dr Wu PET Scan Report
K-3 - Dr Wu Clinical Correlation
K-4 – Dr Ouaou Report
K-5 - Decs from Haynes case
K-6 - Ethics complaint filed against Ryan (9-18-08)
K-7 - Ryan Dec from Stitt case (9-18-08)

L-1 - Affidavit - Troya, Maria A
L-2 - Affidavit - Troya, Maria Mendez
L-3 - Affidavit - Troya, Lorenzo
L-4 - Declaration - Troya, Daniel
L-5 - Lydia Quinones Death Recd
L-6 - Lydia Quinones-Francisco Mendez Marriage Record
L-7 - Maria Mendez-Troya Birth Certificate
L-8 - Declaration - Mendez, Magdalena
L-9 - Declaration - Mendez, Manuel
L-10 - Declaration - Mendez, Melida
L-11 - Declaration - Fortineux, Mercedes
L-12 - Declaration - Mendez, Moises

L-13 - Declaration - Torres, Isabel

L-14 - Mariette Mendez birth certificate

L-15 - Lorenzo Troya Certificate of US Citizenship

L-16 - Lorenzo Troya High School Diploma

L-17 - Daniel Anthony Troya Birth Certificate

L-18 - Alexander L Troya Birth Certificate

L-19 - Lorenzo Troya Military Recds

L-20 - Lorenzo Troya-Maria Mendez Marriage Certificate

L-21 - Affidavit - Mendez, Mariette

L-22 - PBC School Rcds - Mendez, Mariette

L-23 - Affidavit - Rivera, Cindy

L-24 - Affidavit - Hernandez, Anelle

L-25 - Affidavit - Rivera, Dennis

L-26 - Affidavit - Ruiz, Mildred

L-27 - PBC School Rcds - Troya, Daniel A

L-28 - Declaration - Davis, Mariellen

L-29 - Affidavit - Ostrosky, Amelia

L-30 - Ft Hood Pediatric records

L-31 - Affidavit - Perez, Julio

L-32 - Declaration - Torres, Isidro – Tito

L-33 - DJJ Records

L-34 - Carol Pawlowski Death Recd

L-35 - DJJ Health Records

L-36 - DOC Records

L-37a - FL DOC Medical Records Part 1

L-37b - FL DOC Medical Records Part 2

L-37c - FL DOC Medical Records Part 3

L-38 - DEX 1

M - Tx re Carlos Rodriguez Rule 35 Hrg