UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80700-CV-HURLEY
(CASE NO. 06-80171-CR-HURLEY)

DANIEL A. TROYA,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER DIRECTING CLERK TO REASSIGN

**THIS CAUSE** is before the Court upon its own motion following the filing of a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. In accordance with the Court's Internal Operating Procedure 2.15.00(b), which governs regular § 2255 motions, the Clerk assigned this matter to the undersigned. Upon consideration, however, and having conferred with the Chief Judge of the Court, the undersigned concludes this matter is subject to Internal Operating Procedure 2.12.00, "Death Penalty/Habeas Corpus Cases." Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall reassign this matter in accordance with Internal Operating Procedure 2.12.00.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 9th day of May, 2016.

Daniel T. K. Hurley
Senior United States District Judge