**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-80700-CV-GAYLES/TURNOFF**

DANIEL TROYA,

      Plaintiff,

vs.

UNITED STATES OF AMERICA,

      Defendant.

_____/

**ORDER OF TRANSFER**

    THIS MATTER is before me *sua sponte*. A review of record in this case, and the record in Case No. 16-80693-CV-SCOLA reveals that the above-matter is related to a similar action pending before the Honorable Robert N. Scola, Jr. I find that good cause exists to transfer this matter pursuant to Local Rule 3.8 and IOP 2.15.00. Therefore, subject to Scola's consent, it is **ORDERED and ADJUDGED** that this case be transferred to Judge Scola's calendar for all further proceedings.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of May, 2016.

 

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

    After reviewing the file, the undersigned accepts the transfer of this case. It is, therefore, **ORDERED and ADJUDGED** that all pleadings filed shall bear the following case number, 16-80700-CV-SCOLA, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

    The foregoing transfer is accepted this 13th day of May 2016.

 

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE