United States District Court
for the
Southern District of Florida

Daniel A. Troya,                            )
                      Movant               )
                                            )
v.                                          )
                                            )   Civil Action No. 16-80700-Civ-Scola
                                            )
United States of America,                   )
                      Respondent           )

### Order to Show Cause

This matter is before the Court upon an independent review of the record. On May 3, 2016, the Movant filed a 28 U.S.C. §2255 motion to vacate, set aside, or correct his federal death sentence. ("the §2255 motion")(Mot., ECF No. 1).   Pursuant to Rule 2(b)(5) of the Rules Governing Section 2255 Proceedings in the United States District Courts, the motion must "be signed under penalty of perjury by the movant or by a person authorized to sign it for the movant."  The §2255 motion was not signed under penalty of perjury.

On May 4, 2016, the Movant filed what purported to be a "Motion to Amend." (Mot., ECF No. 4).  Upon review, the docket entry contains no motion. The document filed in the Court's docket is a new §2255 motion with 15 more pages than the §2255 motion filed the day before and an additional 1742 pages of appendixes attached. (Appx. ECF Nos. 4-6).  There is no indication on the pleading that it is an amended §2255 motion nor was it filed as an amended §2255 motion. Pursuant to Local Rule 15.1 and Section 3I(1) of the CM/ECF Administrative Procedures, an amended pleading must be attached to a motion to amend.

It is **ordered and adjudged** as follows:

1. The Movant shall **either** seek leave to amend his §2255 motion, in compliance with Local Rule 15.1 and Section 3I(1) of the CM/ECF Administrative Procedures, to include a verification that the motion is signed under penalty of perjury **or** file an amended §2255 motion with notice to the Court that the amended motion is being filed pursuant to Fed. R. Civ. P. 15(a)(1) which grants parties the right to file an amended pleading "once as a matter of course."

2.  Should the Movant not amend his §2255 motion (Mot., ECF No. 3), he shall file a memorandum of law and fact to show cause why the §2255 motion to vacate, set aside, or correct his federal death sentence filed on May 4, 2016 (Mot., ECF No. 4), should not be dismissed as untimely pursuant to 28 U.S.C. §2255(f)(1).

**Done and ordered**, at Miami, Florida, on May 20, 2016.

Robert N. Scola, Jr.
United States District Judge