United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Daniel A. Troya, | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-80700-Civ-Scola |
| | ) | |
| United States of America, | ) | |
| Respondent | ) | |

**<u>Order on Motion to File Unredacted 28 U.S.C. §2255 Motion Under Seal</u>**

This matter is before the Court upon the Movant's Motion to File Unredacted 28 U.S.C. §2255 Motion Under Seal. (Mot., ECF No. 7). The Court has carefully reviewed the entire record herein and is otherwise fully advised in the premises.

On May 3, 2016, the Movant filed a 28 U.S.C. §2255 motion to vacate, set aside, or correct his federal death sentence. ("the §2255 motion"). (Mot., ECF No. 1). At that time, the Movant filed his §2255 motion with nine pages redacted. The redactions were the factual allegations supporting Claim V: Juror Misconduct. The Movant alleges that certain members of the jury and certain alternate jurors engaged in misconduct that "deprived Mr. Troya of his right to a Fair and Impartial Jury under the Fifth, Sixth, and Eighth Amendments to the United States Constitution and 28 U.S.C.A. §1865." (Mot., ECF No. 7-1 at 60).

On May 4, 2016, the Movant filed a motion to seal. (Mot., ECF No. 7). In addition to the motion, the Movant filed an unredacted version of the §2255 motion which lists the names of the jurors alleged of misconduct and certain of their family members who had previously been accused or convicted of criminal charges. The Movant also filed the appendixes that support his claim under seal. (App., ECF Nos. 7-2 - 7-33). The appendixes appear to be public records obtained from law enforcement and investigative agencies. (*Id.*).

Proceedings in the United States District Court are public and Court filings are matters of public record. As the factual information that the Movant has filed under seal is information in the public domain, the Court does not find that the documents should be sealed from public view.

It is **ordered and adjudged** as follows:

1. The Movant, Daniel Troya's Motion for Leave to File Unredacted 28 U.S.C. §2255 Motion Under Seal. (Mot., ECF No. 7) is **DENIED**.

2. Pursuant to Local Rule 5.4(e), if the Court denies the motion to seal, the proposed sealed filing shall not be public and shall be deleted from the docket by the Clerk's Office.

3. The Movant is instructed to re-file the pleading unredacted and unsealed.

4. When the Movant files documents in support of his claim, including the appendixes referenced herein, he is to redact **all** personally identifiable information which can be used to distinguish or trace an individual's identity, including but not limited to, dates of birth, places of birth, private health information, and social security numbers.

**Done and ordered**, at Miami, Florida, on May 20, 2016.

Robert N. Scola, Jr.
United States District Judge