United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Daniel A. Troya, | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-80700-Civ-Scola |
| | ) | |
| United States of America, | ) | |
| Respondent | ) | |

## Order

The Movant, an inmate at the United States Penitentiary in Terre Haute, Indiana, has filed with this Court a 28 U.S.C. §2255 motion to vacate, set aside, or correct his federal death sentence. Pursuant to Rule 3(b), Rules Governing Section 2255 Proceedings in the United States District Courts, the Clerk is DIRECTED to serve the United States Attorney with this Order and a copy of the petition, if he has not already done so.

**Done and ordered**, at Miami, Florida, on May 23, 2016.

Robert N. Scola, Jr.
United States District Judge