N.J.S.A. 2C:30-2
NEW JERSEY STATUTES ANNOTATED
**TITLE 2C**. THE NEW JERSEY CODE OF CRIMINAL JUSTICE
SUBTITLE 2. **DEFINITION OF SPECIFIC OFFENSES**
PART 4. **OFFENSES AGAINST PUBLIC ADMINISTRATION**
CHAPTER 30. **MISCONDUCT IN OFFICE: ABUSE OF OFFICE**

2C:30-2. Official misconduct

A public servant is guilty of official misconduct when, with purpose to obtain a benefit for himself or another or to injure or to deprive another of a benefit:

a. He commits an act relating to his office but constituting an unauthorized exercise of his official functions, knowing that such act is unauthorized or he is committing such act in an unauthorized manner; or

b. He knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office.

Official misconduct is a crime of the second degree. If the benefit obtained or sought to be obtained, or of which another is deprived or sought to be deprived, is of a value of $200.00 or less, the offense of official misconduct is a crime of the third degree.

1982 Main Volume Credit(s)

L.1978, c. 95, § 2C:30-2, eff. Sept. 1, 1979. Amended by L.1979, c. 178, § 61, eff. Sept. 1, 1979.

HISTORICAL NOTES

HISTORICAL AND STATUTORY NOTES

1994 Pocket Part Historical and Statutory Notes

**Prior Laws:** N.J.S. 2A:135-1.

R.S. 2:160-1.

L.1898, c. 235, § 23, p. 800 [C.S. p. 1750, § 23].

1982 Main Volume Historical and Statutory Notes

**Source:** New.

**Prior Laws:** N.J.S. 2A:85-1.

R.S.2:103-1.

© 2016 Thomson Reuters. No claim to original U.S. Government Works.