Case 9:16-cv-80700-BB   Document 20-7   Entered on FLSD Docket 05/24/2016   Page 1 of 3



# Miami-Dade County Criminal Justice Online System

◀◀ Back to Search

🖨 Printer Friendly (CasePrinter.aspx?case=a3dS%2bemv2xyE0y2Eim2mLA%3d%3d)

## Search Criteria —

**Court Case No.:** M-08-074126

** This case is not eligible to be paid online. For more information, please contact the Clerk's Office at (305) 275-1155 **

## ☰ Case Information

| | | | | | |
|---|---|---|---|---|---|
| **State Case No.:** | 13-2008-MM-074126-0001-XX | **Name:** | SOLLENBERGER, DAVID ANDREW | **Date of Birth:** | 05/28/1986 |
| **Date Filed:** | 12/22/2008 | **Date Closed:** | 08/20/2009 | | |
| **Assessment Amount:** | $0.00 | **Balance Due:** | $0.00 | **Stay Due Date:** | |
| **Court Room:** | REGJB - JUSTICE BUILDING, ROOM No.: 5-1 | | | | |
| **Address:** | 1351 N.W. 12 ST | | | | |
| **Judge:** | ALTFIELD, WILLIAM | **Defense Attorney:** | | | ▲ |
| **File Section:** | M007 | **File Location:** | DESTROYED | **Box No:** | |

| | | | |
|---|---|---|---|
| **Defendant in Jail:** | N | **Defendant Release to:** | ROR CHGS ONE THRU TWELVE, |
| **Bond Amount:** | $0.00 | **Bond Status:** | DISCHARGED |
| **Bond Type:** | RELEASED OWN RECOGNIZANCE | **Bond Issue Date:** | 12/22/2008 |

## ☰ Charges

Total of Charges:12  —

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | CANNABIS/POSN/0-20 | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 2 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 3 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 4 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 5 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 6 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 7 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 8 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 9 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 10 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 11 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |
| 12 | DRUG PARAPHERNA/POSN | MISDEMEANOR | NOLLE PROS-COMP PTI |

## 🔊 Dockets

DISCLAIMER: Official Records of Criminal Cases prior to July, 2004 may not be available online.

Total of Dockets:16  —

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 29 | 08/20/2009 | | MEMO RE: DEFERRED PROSECUTION PROGRAM NOLLE PROSSED |
| 20 | 01/02/2009 | | INFORMATION FILED |
| 19 | 01/29/2009 | | MEMO RE: DEFERRED PROSECUTION PROGRAM ACCEPTANCE |
| 18 | 01/27/2009 | | PUBLIC DEFENDER DISCHARGED |
| 17 | 01/27/2009 | | PRETRIAL DIVERSION REFERRAL FORM DRUG COURSE;25 C/S HRS;$100 DENISE MOON FUND |
| 16 | 01/27/2009 | | ROR AMT/ 0 DISCHARGED 01/27/2009 POWER/ |
| 14 | 01/09/2009 | | ARRAIGNMENT HEARING SCHEDULED FOR 01/27/2009 AT 09:30 |
| 11 | 01/05/2009 | | INFORMATION FILED |

| 10 | 12/29/2008 | | ACKNOWLEDGEMENT OF APPOINTMENT OF PUBLIC DEFENDER |
| 9 | 12/26/2008 | | UNMERGED CASE. |
| 7 | 12/22/2008 | | ROR AMT/ 0 ISSUED 12/22/2008 POWER/ |
| 5 | 12/22/2008 | | AFFIDAVIT FOR INDIGENT STATUS - INDIGENT |
| 4 | 12/22/2008 | | CONSOLIDATED WITH TRAFFIC CASE # TRAFFIC CITATION # 1407GBU |
| 3 | 12/22/2008 | | FIRST APPEARANCE/JAIL ARRAIGNMENT - P.M. |
| 2 | 12/22/2008 | | REPORT RE: STATUS SET FOR 12/24/2008 AT 08:30 |
| 1 | 12/22/2008 | | FIRST APPEARANCE/JAIL ARRAIGNMENT - A.M. |

◀◀ Back to Search      ≡ Cases

🖨 Printer Friendly (CasePrinter.aspx?case=a3dS%2bemv2xyE0y2Eim2mLA%3d%3d)

Criminal Justice Home (default.aspx)
| Criminal Court Information (http://www.miami-dadeclerk.com/courts_criminal.asp)
| Email (http://feedback.miamidade.gov/Community/se.ashx?s=57F314587A23E37E)
| Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/cjis/CaseSearch.aspx)
Home (http://www.miami-dadeclerk.com/home.asp)
| Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp)   (http://www.miamidade.gov)
| Disclaimer (http://www.miamidade.gov/info/disclaimer.asp)
| Contact Us (http://www.miami-dadeclerk.com/contact.asp)
| About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

S0142976