IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

UNITED STATES OF AMERICA ) Docket No.
) 06-80171-CR-HURLEY
            Plaintiff, )
vs. ) West Palm Beach, Florida
) January 6, 2009
DANNY VARELA )
  a/k/a D.V. )
DANIEL TROYA )
  a/k/a Homer )
RICARDO SANCHEZ, JR. )
  a/k/a Rick )
and ) VOLUME 1
LIANA LOPEZ )
  a/k/a Negra )
  a/k/a Isabela Lopez )
)
         Defendants. )
_____ x

TRIAL BEFORE
JUDGE DANIEL T. K. HURLEY AND A JURY

APPEARANCES:

For the Government:        STEPHEN CARLTON, ESQ.
                           Assistant U.S. Attorney
For the Defendant Varela:  ROBERT S. GERSHMAN, ESQ.
For the Defendant Sanchez: MICHAEL B. COHEN, ESQ.
                           LARRY D. MURRELL, JR., ESQ.

For the Defendant Troya:   RUBEN M. GARCIA, ESQ.
                           JAMES L. EISENBERG, ESQ.
For the Defendant Lopez:   GREGG S. LERMAN, ESQ.
Court Reporter:            Pauline A. Stipes, C.S.R., C.M.

PAULINE A. STIPES
Official Reporter
U. S. District Court

questionnaire, and I know you filled one out, and you came this morning.

I want to tell you what we tried to do, and we experimented this morning, we tried to figure out what is the size of the group that would allow us to talk to everybody within a morning or afternoon session, without having people wait or come back.

We may be a little on the heavy side this afternoon with too many.  We are still trying to get a sense of it, but we will try to move forward.

Mr. Sollenberger, could I start with you and use this form and tell us how you would answer those questions?

MR. SOLLENBERGER:  This is loud enough?

THE COURT:  No, use the microphone, and boom into it.

MR. SOLLENBERGER:  Okay, fine.

The first question, yes.

Second question, yes.

Third question no.

Fourth question, yes.

Fifth question, no.

Sixth question, no.

THE COURT:  Hold on now.  Five no.  Six was no?

MR. SOLLENBERGER:  No.

THE COURT:  Okay.

MR. SOLLENBERGER:  Yes, seven.

Eight, no.

Nine, no.

Ten, yes.

And 11 no.

THE COURT:  Okay.  I wanted to ask you, if you had to describe to us your feelings on the death penalty, do you feel you have strong feelings one way or the other?

MR. SOLLENBERGER:  I think -- I tell you, I am a banker of 28 years and now I am sub teaching, so I always said you have to look at everything, the total picture.  You can't be given half the information and come back with an answer.  I think I could certainly follow what you have stated as the law, what we need to follow.

THE COURT:  You feel you could engage and would engage in the weighing process I talked about?

MR. SOLLENBERGER:  You have to weigh everything, yes.

THE COURT:  You remember I mentioned, if we got to it, there are some preliminary findings that have to be established beyond a reasonable doubt, and it has to be unanimous.  You could engage in that?

MR. SOLLENBERGER:  Yes, sir.

THE COURT:  Mr. Sollenberger, thank you so much.

Mr. Jeffrey Manning, the gentleman next to you. Good afternoon.

MR. MANNING:  Good afternoon.

The first question, yes.

Yes, the --

Maybe on three.

THE COURT:  Okay.

MR. MANNING:  I didn't review them before I came here.  I left that as an open.

THE COURT:  Do you have a copy of your questionnaire now?

MR. MANNING:  I don't have it with me.  I have it in the car.

THE COURT:  We will give you a copy of it.  Let me come back to you.  I want you to look at it, and in light of what has been said and what you know now, I want to give you an opportunity to review it to see if there is anything you wanted to correct or say a little bit more.

MR. MANNING:  Okay, all right.

The one on -- I am waiting for my HR to get back with me on whether they will pay during that time.