# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| ROBERT KENT SOLLENBERGER | I. POSSESSION OF COCAINE |
| | II. DELIVERY OF A CONTROLLED SUBSTANCE |
| | TO A MINOR |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

ROBERT KENT SOLLENBERGER

on the ___10th___ day of ___July___, A.D. 19__87__ in the County and State aforesaid.

did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cocaine, contrary to F.S. 893.03 (2)(a)4, and F.S. 893.13(1)(e),

## COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that ROBERT KENT SOLLENBERGER on the 10th day of July, A.D. 1987 in the County and State aforesaid, being over the age of eighteen (18) years, did unlawfully deliver a controlled substance, to-wit: Dextropropoxyphene, to a person under the age of eighteen (18) years, to-wit: Steven Scott Haas, contrary to F.S. 893.03(4)(n), and F.S. 893.13(1)(c)2,

BYS/js/8/6/87

#51

ORIGINAL

COUNTY OF BROWARD
STATE OF FLORIDA
    Personally appeared before me _____ EDWARD J. WALSH _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or/witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true, would constitute the offense herein charged, and that he has instituted this prosecution in good faith.

                                          Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this ___ day of _____, A.D. 19___

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
                 Deputy Clerk

To the within Information, Defendant pleaded _____

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
                 Deputy Clerk

ROBERT E. LOCKWOOD
Clerk of the Circuit Court
MICHAEL J. SATZ
State Attorney

Presented by State Attorney and Filed

August 7, 1987

Information for

THE STATE OF FLORIDA
vs.

IN THE
CIRCUIT COURT
Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

Case No. 87-11560CF10

1987 AUG -7 PM 3: 36
FILED FOR RECORD
OF THE CIRCUIT COURT
BROWARD COUNTY, FLORIDA

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| RICHARD ALLAN LIVERMORE | I. OBTAINING A CONTROLLED SUBSTANCE BY FRAUD II. POSSESION OF DIAZEPAM |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD ALLAN LIVERMORE

on the 20th day of October, A.D. 19 86, in the County and State aforesaid, did unlawfully acquire or obtain or attempt to acquire or obtain possession of a controlled substance, to-wit: Diazepam, by misrepresentation, fraud, forgery, deception or subterfuge, to-wit: taking delivery of a fraudulently telephoned prescription, contrary to F.S. 893.13(3)(a)(1) and F.S. 893.13(3)(b),

## COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that RICHARD ALLAN LIVERMORE on the 20th day of October A.D. 1986, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Diazepam, contrary to F.S. 893.03(4)(i) and F.S. 893.13(1)(e),

IJ/ac/11/7/86

#51

ORIGINAL

COUNTY OF BROWARD
STATE OF FLORIDA

Personally appeared before me _____, duly appointed as an Assistant
State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Cir-
cuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly
sworn says that testimony has been received under oath from the material witness or witnesses and that the
allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by
the material witness or witnesses and which, if true would constitute the offense therein charged, and that
he has instituted this prosecution in good faith.

MARK A. HORN

Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this ____ day of _____ A.D. 19__

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

To the within Information, Defendant pleaded NOLO CONTENDERE IN OPEN COURT

DEC 2 1986

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

---

Case No. 86-15716 C F

1986 NOV -7 PM 4:09

FILED FOR RECORD
CLERK CIRCUIT COURT
BROWARD COUNTY, FLORIDA

IN THE

# CIRCUIT COURT

Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA
vs.
RICHARD ALLAN LIVERMORE

Information for
I. OBTAIN CONTROLLED SUB BY FRAUD
II. POSS OF DIAZEPAM

Presented by State Attorney and Filed

11·7·86

ROBERT E. LOCKWOOD
Clerk of the Circuit Court

MICHAEL J. SATZ
State Attorney



87-11567CF
FL

PHOTO

NOT LEGIBLE FOR MICROFILMING

COURT COPY

| SHERIFF'S OFFICE | Print Clearance | | Name Search | | Teletype | | |
|---|---|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | | | | | |

| Arrest Number | Offense Report No. | BCCN | Booking Sheet Correct Date & Time |
|---|---|---|---|
| PB872571 | PB-747728 | | 07/11/87 01:32 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| SOLLENBERGER | ROBERT | KENT | | | |

| Alias Last Name | First | Middle | Driver's License | State |
|---|---|---|---|---|
| | | | Yes Y    No | FL |

| Street/Nick Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | | Ciz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOB | W | M | 508 | 160 | BRN | BRN | LGT | 032 | | | St./ Circ | US |

Scars, Marks, Tattoos
NONE VISIBLE

| Permanent Address | | | Bldg | Apt. | City | St./City. | Yrs. | Mos. |
|---|---|---|---|---|---|---|---|---|
| 6551   NE 21 | | WY | | | FT LAUDERDALE | FL | 05 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 19 | 00 | YES | 19 | 00 | 305-491-5979 | NO |

| GOH | Other Medical |
|---|---|
| | TO BE SCREENED BY NURSE |

| Employer | Occupation |
|---|---|
| AMERICANA PREP SCHOOL | SCHOOL AIDE |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | | | | PB | 600 N. FEDERAL HWY POMPANO BCH FL. |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Grid | Shift |
|---|---|---|---|---|---|---|---|---|
| 07/10/87 | 14:39 | BADER | G   PB242 | NO | OCB | V26 | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | H.O. Number |
|---|---|---|---|---|---|
| 07/11/87 | 01:23 | PRICE | I BS4195 | | |

| Date | Charges | MagCode/comments | Copies/Warrant Number | Bond |
|---|---|---|---|---|
| 071187 | 601 POSS OF COCAINE | 3FY   D | | 1000.00 |
| 071187 | 602 DELIV DARVON/UND AGE 18YR 2FY   D | | 2500.00 |
| | | | | 33 |

BOOKING REMARKS
29/54 #3124
$.0 IN PROP.

Previous Arrest Number

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|

| Arrest No. | Last Name | First | Unattended Children? | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PB872571 | SOLLENBERGER | ROBERT | K | | | | | | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Assat | Rabbit | Suic | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/87 | 01:23 | M | W | | | | | | | | |

| Bin No. | P Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 763 | | | |

| Currency $ | Language req: |
|---|---|
| .00 | DETAINEE SPEAKS ENGLISH |

8SOD-61 REV. 11/85

## PETITION FOR & TERMINATION
## OF PROBATION

IN THE _____CIRCUIT_____ COURT

OF

_____BROWARD_____ COUNTY, FLORIDA

STATE OF FLORIDA

VS

Robert Sollenberger

Defendant

Case No. 87-011567

On _____11-23-88_____ the above named was placed on pro-

bation for a period of _____ years. He has complied with the rules and regulations

of probation and is no longer in need of probation supervision. It is accordingly re-

commended that he be discharged from probation.

Respectfully Submitted,

DATED THIS _____ DAY OF

_____ A.D., 19 _____

Probation Officer
Earnest Mathis

## ORDER OF COURT

Pursuant to the above recommendation, it is ordered that the defendant be dis-

charged from probation and that the proceedings in this case be terminated pursuant

to Florida Statutes.

IT IS FURTHER ORDERED, that the Clerk of this Court file this Order in his

office, and forthwith provide certified copies of same to the probation officer for his

use in compliance with the requirments of law.

DATED THIS _____28_____ DAY OF _____July_____, 19 _____

Judge
Robert B. Carney

A certified copy of this Order has been delivered to Probationer, who has been

instructed regarding same.

This _____ Day of _____, A.D. 19 _____

Probation Officer Earnest Mathis
17-1 Pompano Beach 782-7030

Original: Court
Copies: Probationer
File

DC 4-906
Rev. 7/78

FILED FOR RECORD
CLERK CIRCUIT COURT
BROWARD COUNTY FLORIDA
1989 AUG -4 PM 3 00

j._____you shall comply with the following special conditions of probation:

_____1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____days time served.

_____2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof.

_____3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the probation officer.

_____4. You will attend and successfully complete the following rehabilitation program, to be selected by your probation officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your probation officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

_____(a) an in-patient _____ alcohol, _____ drug, _____ psychological program _____

_____(b) an out-patient _____alcohol, _____ drug, _____ psychological program _____,

_____(c) _____ program _____.

_____(d) submit to evaluation for counseling or placement in a _____ alcohol, _____ drug, _____ psychological rehabilitation program to be selected by the probation officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute).

_____(e) the defendant is to be held in custody until released to a representative of _____ _____ or otherwise directed by the probation officer or the Court.

_____5. Submit to urinalysis, blood tests, physical searches by or on demand of probation officer.

_____6. Not use or possess alcoholic beverages for any purpose.

_____7. Not drive or operate a motor vehicle except _____

_____8. Make restitution to the victim _____ in the amount of $ _____, or in an amount to be determined by the Court in the event the probation officer and the parties are not able to reach agreement, all on a schedule to be determined by the probation officer.

_____9. Pay public defender's fee in the sum of $ _____ on a schedule to be determined by the probation officer.

_____10. Pay fine in the amount of $ _____ plus 5% surcharge on a schedule to be determined by the probation officer.

_____11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $ _____ to the following organization: _____ _____ in lieu of additional conditions of probation.

_____12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your probation officer, or as follows: _____.

_____13. You will not associate, communicate or have any contact with _____.

__X__14. Other: _Not to work in working capacity or with Children_ _____ _____ _____ _____

k. The Court reserves the right to rescind, modify or revoke probation to the extent provided by law.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _23_ day of _Nov_ _____,

19_88_, nunc pro tunc, _____11-23-88_____

_____
JUDGE CIRCUIT COURT

I have received a copy of the terms and conditions of my probation. I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit in Room 730 for further instructions.

_____                _____
Defendant                        Instructed by

CLERK'S COPY

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT    IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 87-11567CF
DIVISION: Carney
ARR.NO: _____ (ROR) IC  CASH  SURETY

STATE OF FLORIDA,                    )

PLAINTIFF,          )

VS.                                  )                    ORDER OF PROBATION

Robert Kent Sollenberger
, DEFENDANT.      )

THE DEFENDANT, having:          (Counts  Delivery of Cocaine Substance

a. ✓ entered a plea of guilty/nolo contendre to:[ _____

b. ____ been found guilty of:          [ _____

c. ____ prior probation is hereby revoked:   [ _____

THE COURT HEREBY:
c. ✓ adjudges you guilty of count(s) ___I___ ~~scribbled~~
d. ____ withholds adjudication of guilt for count(s) _____

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:
e. X you are hereby placed on probation for a period of ___ One (1) Year
   to be supervised by the Department of Corrections.
f. ____ (split sentence) you shall be confined in:
   1. the custody of the Sheriff of Broward County for a period of _____
   2. the custody of the Department of Corrections for a period of _____
   after which you shall be on probation for a period of _____
   to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL
CONDITIONS OF PROBATION:

g. ____ you must report, in person, immediately or on the next working day after release from confinement, to:
        PROBATION OFFICE, ROOM 730, BROWARD COUNTY COURTHOUSE, 201 S. E. 6TH STREET, FORT LAUDERDALE,
        FLORIDA.
h. ✓ you shall not do any of the following (without first obtaining the consent of your probation officer)
   1. change the place where you live or work;
   2. leave the County where you live;
   3. own, possess or carry on or about your person any firearm or other type of weapon;
   4. associate with any person engaged in any criminal activity;
   5. violate any law of any city, county, state or the United States (a conviction in a court of law is
      not necessary for you to be found in violation);
   6. use any controlled substance, unless permitted by law;
   7. use intoxicants to the extent that your normal faculties are impaired;
   8. visit places where controlled substances are unlawfully sold, dispensed or used.
i. ✓ you must do each of the following:
   1. work diligently at a lawful, gainful occupation;
   2. support yourself and your lawful dependents to the best of your ability;
   3. answer promptly and truthfully any and all questions put to you by either the Court or any probation
      officer;
   4. allow a duly authorized probation officer to visit you in your home, your place of employment or
      elsewhere;
   5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly
      authorized probation officer;
   6. file a full and truthful written report with your probation officer, no later than the fifth day of
      each and every month of your probation, upon a form to be furnished you.
   7. pay the sum of $30.00 per month, or any increased amounts authorized by law, for costs of
      supervision while on probation, unless modified as follows:
   8. pay the sum(s) of: _____
      a) $ _____ court costs.
      b) $ _____ victim costs on counts _____
      c) $ _____ "trust fund" or _____ 50.3 hours community service (F.S.27.3455).
      d) $ _____ assessment.
      e) $ _____
      on a schedule to be determined by your probation officer.
      f) $ _____ emergency medical fund.

CLERK'S COPY

87497441

☐ PROBATION VIOLATOR
(Check if Applicable)

STATE OF FLORIDA
—vs—

*Robert Kent Sollenberger*
Defendant

IN THE CIRCUIT COURT, SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA

DIVISION __FL__
CASE NUMBER __87-11567CF__
ST. ATTY. __William McCue__
CT. RPTR. __K. Schmidt__

## JUDGMENT

The Defendant, _Robert K. Sollenberger_, being personally before this
Court represented by _Robert Fagan, Esquire_, his attorney of record, and having
(Check Applicable Provision)
☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|---|---|---|---|---|
| II | Delivery of Controlled Substance to a Minor | 893.131A | 2F | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is
hereby ADJUDICATED GUILTY of the above crime(s)

The Defendant is hereby ordered to pay the sum of twenty dollars ($20.00)
pursuant to F.S.960.20 (Crimes Compensation Trust Fund. The Defendant is
further ordered to pay the sum of five dollars ($5.00) as a court cost pursuant
to F.S.943.25(4).

☐ The Defendant is ordered to pay an additional sum of two dollars ($2.00) pursuant to F.S.943.25(8).
(This provision is optional; not applicable unless checked).

(Check if Applicable) ☐ The Defendant is further ordered to pay a fine in the sum of $ _____
pursuant to F.S. 775.0835.
(This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not
applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S.
775.083 are to be recorded on the Sentence page(s)).

☐ The Court hereby imposes additional court costs in the sum of $ _____

Imposition of Sentence ☒ The Court hereby stays and withholds the imposition of sentence as to count(s) __II__
Stayed and Withheld and places the Defendant on probation for a period of __Two Years__
(Check if Applicable) under the supervision of the Department of Corrections (conditions of probation set forth in separate
order.)

Sentence Deferred ☐ The Court hereby defers imposition of sentence until _____
Until Later Date ☐ Pay $200.00 Trust Fund Pursuant to F.S.27.3455 _____ (date)
(Check if Applicable) ☒ Serve 50.3 hours Community Service Pursuant to F.S.27.3455

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk
of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The De-
fendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of
indigence.

SOLLENBERGER, Robt. K.

FINGERPRINTS OF DEFENDANT                    JUDGE

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by:

TOSCA, R. — Court Deputy
Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this __23__ day of __November__
A.D. 19 __87__, I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant,
_Robert K. Sollenberger_ and that they were placed thereon by said Defendant in
my presence in Open Court this date.

JUDGE

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
L. A. HESTER
COUNTY ADMINISTRATOR

CCL-8

BK 14992PG0868

f) $_____ emergency medical fund

10) remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your community control officer.

11) submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances.

12) maintain an hourly accounting of all of your activities on a daily log which you will submit to your community control officer upon request.

13) participate in self improvement programs as determined by the court or your community control officer.

j. ✓ you shall comply with the following special conditions of community control:

_____ 1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____ days time served.

_____ 2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof.

_____ 3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer.

_____ 4. You will attend and successfully complete the following rehabilitation program, to be selected by your community control officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your community control officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

_____(a) an in-patient ____ alcohol, ____ drug, ____ psychological program _____
_____

_____(b) an out-patient ____ alcohol, ____ drug, ____ psychological program _____
_____

_____(c) _____ program _____

_____(d) submit to evaluation for counseling or placement in a ____ alcohol, _____ drug, _____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute).

_____(e) the defendant is to be held in custody until released to a representative of _____ _____ or otherwise directed by the community control officer or the Court.

_____ 5. Submit to urinalysis, blood tests, physical searches by or on demand of community control officer.

_____ 6. Not use or possess alcoholic beverages for any purpose.

_____ 7. Not drive or operate a motor vehicle except _____

_____ 8. Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer.

_____ 9. Pay public defender's fee in the sum of $_____ on a schedule to be determined by the community control officer.

_____ 10. Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the community control officer.

_____ 11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization: _____
_____ in lieu of additional conditions of community control.

_____ 12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows: _____

_____ 13. You will not associate, communicate or have any contact with _____

✓ 14. Other: Not to work in a teaching capacity or with children

_____

_____

k. The Court reserves the right to rescind, modify or revoke community control to the extent provided by law.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 24 day of November, 1987, nunc pro tunc, 11-23-87.

JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my community control. I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit in Room 730 for further instructions.

Defendant

Patricia Kreb
Instructed by

CLERK'S COPY

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT    IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 87-11567
DIVISION: CARNEY
ARR.NO: PO87-2571 ROR   IC   CASH   SURETY

STATE OF FLORIDA,          )

        PLAINTIFF,          )

VS.                        )          ORDER OF COMMUNITY CONTROL

                           )

        DEFENDANT.          )

Robert Kent Sollenberger

THE DEFENDANT, having:          [Counts II. Delivery of Controlled Substance

a. ✓ entered a plea of guilty/nolo contendre to: [_____

b. ___ been found guilty of:     [_____

c. ___ prior probation is hereby revoked:   [_____

THE COURT HEREBY:

c. ✓ adjudges you guilty of count(s) II _____

d. ___ withholds adjudication of guilt for count(s) _____

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:

e. ✓ you are hereby placed on community control for a period of Two (2) years
   to be supervised by the Department of Corrections.

f. ___ (split sentence) you shall be confined in:
   1. the custody of the Sheriff of Broward County for a period of _____
   2. the custody of the Department of Corrections for a period of _____

after which you shall be on community control for a period of _____,
to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL
CONDITIONS OF COMMUNITY CONTROL:

g. ✓ you must report, in person, immediately or on the next working day after release from confinement, to:
   COMMUNITY CONTROL OFFICE, ROOM 730, BROWARD COUNTY COURTHOUSE, 201 S. e. 6TH STREET, FORT LAUDERDALE,
   FLORIDA;

h. ✓ you shall not do any of the following (without first obtaining the consent of your community control
   officer)
   1. change the place where you live or work;
   2. own, possess or carry on or about your person any firearm or other type of weapon;
   3. associate with any person engaged in any criminal activity;
   4. violate any law of any city, county, state or the United States (a conviction in a court of law is
      not necessary for you to be found in violation);
   5. use any controlled substance, unless permitted by law;
   6. use intoxicants;
   7. visit places where controlled substances are unlawfully sold, dispensed or used.

i. ✓ you must do each and every of the following:
   1. work diligently at a lawful, gainful occupation;
   2. support yourself and your lawful dependents to the best of your ability;
   3. answer promptly and truthfully any and all questions put to you by either the Court or any community
      control officer;
   4. allow a duly authorized community control officer to visit you in your home, your place of employment
      or elsewhere;
   5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly
      authorized community control officer;
   6. report to your community control officer at least four times a week, or if unemployed full time,
      daily.
   7. file a full and truthful written report with your community control officer, no later than the fifth
      day of each and every month of your community control, upon a form to be furnished to you.
   8. pay the sum of $30.00 per month, or any increased amounts authorized by law, for costs of
      supervision while on community control, unless modified as follows:
      _____
   9. pay the sum(s) of:
      a) $_____ court costs.
      b) $ 20.00 victim costs on counts II
      c) $_____ "trust fund" or  X  50.3 hours community service (F.S.27.3455)
      d) $ 500 assessment. II
      e) $_____
      on a schedule to be determined by your community control officer.

CLERK'S COPY

## THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

ROBERT B CARNEY   FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 11-23-87   CASE NO. 87011567CF10A   ARREST NO. PB 87002571   ROR/IC/SURETY SUMMONS/CASH BOND # 1085069 # 1085070   AGENCY _____

DEFENDANT ___ ROBERT KENT SOLLENBERGER ___   AKA ___

**COURT STATUS**   50.3   TRUST FUND / HOURS COMM. SERVICE

| | | | | |
|---|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☒ CHANGE OF PLEA | ☒ ADJ. GUILTY $20 VC 5.00 | ASSESSMENT EACH COUNT |
| ☐ ARRAIGNMENT | ☐ JURY | ☒ PLED GUILTY II | ☐ WITHHELD ____ VC EACH COUNT | |
| ☐ SENTENCING | ☐ COURT | ☐ PLED NOLO | ☒ NOLLE PROSEQUI I | ☐ DISMISSED   ☐ ACQUITTED |
| ☐ PSI | ☐ 1ST. V.O. ____ | | | |
| ☐ PDR | ☐ FINAL V.O. ____ | | | |

CHARGE(S)   001 POSSESSION OF COCAINE
002 DELIVERY CONTROLLED SUBST

**DUI USE ONLY**

COUNT _____

PROBATION W/SPECIAL CONDITION _____ HOURS
LICENSE SUSP. _____ COMM SERVICE _____ WORK PERMIT

CASAP/DUI SCHOOL _____   CASAP EVALUATION _____

$ _____ COURT COST _____ 5% _____ V.C. _____ CJC _____ EMTF

JAIL TIME _____
OTHER _____

SENTENCE- II Two Years Community Control
S/C not to work in a teaching capacity or with children

| COUNT(S) | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| PLUS $ | | DEFERRAL FEE TO: | | | |

BY ___ M.Scott ___ (DEPUTY CLERK)

/S/ ___   JUDGE
DISP 3  1/87

FILE COPY

IN THE CIRCUIT COURT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO. 87-11567CF-10

STATE OF FLORIDA,

    Plaintiff,

VS.

ROBERT K. SOLLENBERGER,

    Defendant.

JUDGE CARNEY

Fla. Bar No. 25538

**PRAECIPE OF APPEARANCE, WAIVER OF ARRAIGNMENT,
PLEA OF NOT GUILTY, AND DEMAND FOR JURY TRIAL**

The Clerk and all parties to this action will please note the appearance of the undersigned attorney as counsel for the Defendant in the above-captioned cause.

The Defendant hereby waives arraignment, enters a plea of not guilty, and demands trial by jury.

I do certify that a copy hereof has been furnished to the State Attorney's Office, Broward County Courthouse, Fort Lauderdale, Florida 33301, by hand this 14th day of July, 1987.

ROBERT J. FOGAN
Attorney for Defendant
2170 S.E. 17th Street, Suite 204
Fort Lauderdale, Florida 33316-1787
Telephone: (305) 523-5455

BROWARD COUNTY,   □ **COMPLAINT AFFIDAVIT**   ☒ **ARREST FORM**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT **NOT** IN CUSTODY

PB87-2571

| FILING AGENCY Pompano Beach | OFFENSE REPORT 747728 | LOCAL I.D. NO. | FOLE | FBI | SS NO. |
|---|---|---|---|---|---|

| DEFENDANT'S LAST NAME SOLLENBERGER, | FIRST Robert | MIDDLE Kent | SUF | ALIAS/STREET NAME ROB | | |
|---|---|---|---|---|---|---|

| RACE W | SEX M | HGT 508 | WGT 160 | EYES Brn | HAIR Brn | COMP Med | AGE 32 | FOB | BIRTH PLACE |
|---|---|---|---|---|---|---|---|---|---|

| PERMANENT ADDRESS 6550 NE 21 Way  Ft. Lauderdale, Fla. | LOCAL ADDRESS XX |
|---|---|

| SCARS, MARKS, TT None | PLACE OF EMPLOYMENT Americana Prep School | LENGTH 7 yrs |
|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY 20 yrs | BREATHALYZER BY | CCN X | READING X | PLACE OF ARREST 600 N. Federal Hwy  Pompano Beach, Fla. | | | |
|---|---|---|---|---|---|---|---|

| DATE ARRESTED 7/10/87 | TIME ARREST 1430 | ARRESTING OFFICERS Det. G. Bader | CCN 242 | OFFICER INJURED Y ☐ N ☒ | UNIT OCB | ZONE V36 | BEAT x | SHIFT x |
|---|---|---|---|---|---|---|---|---|

| UNIT TRANSPORTING PRISONER H-158 | TRANSPORTING OFFICER | CCN 4024 | PICK UP TIME 0800 | ARRIVAL TIME AT BSO |
|---|---|---|---|---|

| DEFENDANT'S VEHICLE MAKE _____ TYPE _____ YEAR _____ COLOR _____ |
|---|

ATTACH DEFENDANT'S PHOTO

TAG NO. _____ VIN NO. _____ VEHICLE TOWED TO _____

OTHER IDENTIFIERS: _____

OR REMARKS: _____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION) State of Fla. | ADDRESS | PHONE |
|---|---|---|

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | Possession of Cocaine    F3 | FSS 893.13 |
| 2 | Delivery of Controlled Substance Dextropropoxyphene (Darvon) to a person under the age of 18 yrs.    F2 | FSS 893.13 |
| | | |
| | | |

## PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared ___ Bader ___ Gary ___ William ___ who being first duly
sworn deposes and says that on the 10 day of July 19 87 at 600 N. Federal Hwy  Pompano Beach, Fla.,
the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:
Since October 1985 the Organized Crime Bureau of the Pompano Beach Police Dept. has been
conducting an on-going investigation into illegal narcotics activity at the Americana Prep
School located at 600 N. Federal Hwy. Pompano Beach Broward County Fla. Allegations and informat-
ion has been recieved of illegal sales of narcotics inside the school in presence of instructors
the use of narcotics in the school and at times in the presence/ along with instructors.
Information also indicated that instructors were accepting cocaine from students for higher
grades and for extra credit. Much of this information was directed towards the above Defendant.
On 7/9/87 under controlled circumstances a meeting was arranged with the above Defendant and a
confidential informant (C.I.). During this meeting arrangements were made between the C.I. and
the Defendant where the Defendant would in exchange for cocaine insure that the C.I. would obtain
higher grades and credits. The exchange of the cocaine would occur the next day following
graduation. On 7/10/87 during a convesation with the Defendant the CI was insured that the grades
were taken care of and that he should make delivery of the previous discussed cocaine. At approx
1430 Hrs 7/10/87 the C.I. met with the Defendant who indicated that the grades had been taken care
of that in fact he had threatened one instructor to change his grade. During this time the Def.
did give to the C.I. a juvenile (16 yrs) (3) 500 mg Darvon capsules instructing him to take them
with beer. The C.I. then as previously arranged did give to the Defendant 2 gms of cocaine.
The Defendant was then taken into custody and booked on the above charges.

| Sworn to and subscribed before me, the undersigned authority, this 10 day of July 19 87 | I swear the above statement is correct and true to the best of my knowledge and belief. |
|---|---|
| Sgt. Biah TITLE Certified Police Ofc. DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASST. ST. ATTY. | Det. G. Bader 242  Guy W Bad OFFICER'S/AFFIANT'S SIGNATURE/CCN |

SEVENTEENTH JUDICIAL CIRCUIT   OFFICER'S NAME _____   DIV. _____
BROWARD COUNTY
STATE OF FLORIDA
BSOD-82 REV. 6/86

FIRST APPEARANCE/ARREST FORM

Orig. - Court
2nd - State Atty.
3rd. - Filing Agency
4th - Arresting Agency

COURT COPY