CASE NUMBER __95-6692CF10__ JUDGE DIVISION ____ **FA**

WARRANT _____ SUMMONS _____ NIC CAPIAS _____

# CIRCUIT COURT - CRIMINAL

## COUNTY OF BROWARD/STATE OF FLORIDA

95006692CF10A                                                                                DIV FA

DEFT NAME: LIVERMORE, ROY S
   A/K/A:
     WHITE    MALE    DOB:
ADDRESS: 2110 NW 63 AV      SUNRISE     FL

INFORMATION FOR:
    001  POSSESS CONTROLLED SUBSTANCE    FXXD893131E
UNFILED 002  CONS ALCOH IN PUBLIC PROH    OMGD301 {NO ACTION TAKEN BY SAO}

**PRINT DATE 05/08/95**

FILING DATE _5-5-95_ NO INFO _____ PER ____

ARREST DATE _4-16-95_

ARREST NUMBER _SN 95-892_

BOND AMT _1,000._ _4-16-95_ AGENCY _B:S_ DISCHARGED _7/13/95_

BOND AMT _____ AGENCY _____ DISCHARGED _____

ARRAIGNMENT _6-6-95_ RESET ____ RESET ____ RESET ____

GUILTY _____ NOLO _____ STOOD MUTE/NOT GUILTY/BY CT ____

NOT GUILTY _____ WRITTEN PLEA _5-22-95_ WAIVER OF JURY ____

JUN 06 1995
TRIAL DATE _July 31, 1995 @9AM_ P/c _July 13, 1995 @9Am #5900_

7/13/95 / withdraw plea of not guilty
enter plea of guilty

JUN 25 1997 _PROBATION TERMINATED_

ACQUITTED BY JURY _____ ACQUITTED BY COURT _____

CONVICTED BY JURY _____ CONVICTED BY COURT _____

ADJUDICATED _7/13/95_ WITHHELD ADJUDICATION _____

____ SENTENCE & ADJ DEFERRED TO _____ PSI ____

7/13/95
SENTENCE _6 months comm Control followed by 2years
probation w/so 50.3 hrs comm service nodrugs, no alcohol,
run cc susp. is cos per month, NA/AA at least 5x/week
200tf, sove + scisst_

NOLLE PROS _____ PER ____ DISCHARGE _____ DISMISS _____ SPEEDY____

STATE PRISON COMMITMENT _____ BY _____ , D.C.

IT IS UNLAWFUL TO REMOVE THIS FILE OR ANY OF ITS CONTENTS FROM THE CLERK'S OFFICE WITHOUT LEAVE OF THE COURT (F.S 28.13)

LIVERMORE, Roy S.

95-6692CF10

CAPIAS _____ ALIAS _____ PLURIES _____.

BOND EST/AMT _____ AGENCY _____ VACATED _____.

BOND EST/AMT _____ AGENCY _____ VACATED _____.

4-15
4-16 72

| | | | |
|---|---|---|---|
| 5-22-95 | NOTICE OF APPEARANCE· | _____ | ST ANSWER TO DISCOVERY |
| 5-22-95 | WRITTEN PLEA/NOT GULITY | 6-19-95 nb | ST AMENDED ANSWER/DISC |
| 5-22-95 | DEF DEMAND FOR DISCOVERY | _____ | ST AMENDED ANSWER/DISC |
| 5-22-95 | DEF M/STMT OF PARTICULARS | _____ | ST AMENDED ANSWER/DISC |
| _____ | DEF M/ROR | _____ | ST AMENDED ANSWER/DISC |
| _____ | DEF M/REDUCE BOND | _____ | ST DEMAND/NOT OF ALIBI |
| _____ | DEF M/SET BOND | _____ | ST M/AMEND |
| _____ | DEF M/COMPEL | _____ | ST M/APPOINT EXPERT |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/CONTINUANCE | _____ | ST M/CONTINUANCE |
| _____ | DEF M/DISCHARGE | _____ | ST M/INCREASE BOND |
| _____ | DEF M/DISMISS | _____ | ST M/REVOKE BOND |
| _____ | DEF M/EXCLUDE | _____ | ST M/PRODUCE |
| _____ | DEF M/EXPUNGE RECORD | _____ | ST M/STRIKE |
| _____ | DEF M/LIMINE | _____ | ST M/BLOOD SAMPLES |
| _____ | DEF M/PRODUCE | _____ | ST M/HAIR SAMPLES |
| _____ | DEF M/SEAL RECORD | _____ | ST M/HANDWRITING SAMPLES |
| _____ | DEF M/SEVER | _____ | ST M/SALIVA SAMPLES |
| _____ | DEF M/SPEEDY TRIAL | _____ | ST M/SEMEN SAMPLES |
| _____ | DEF M/STRIKE | _____ | ST M/EXCLUDE EVIDENCE |
| _____ | DEF M/SUBST OF COUNSEL | _____ | ST M/PRESERVE EVIDENCE |
| _____ | DEF M/SUPPRESS EVIDENCE | _____ | ST M/EXCLUDE TESTIMONY |
| _____ | DEF M/SUPPRESS STATEMENTS | _____ | ST M/PRESERVE TESTIMONY |
| _____ | DEF M/WITHDRAW/ATTY/REC | _____ | ST M/EXTEND SPEEDY TRIAL |
| 7/13/95 | DEF M/ adopt m/consolidcase | _____ | ST M/FINGERPRINTS |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |
| _____ | DEF M/_____ | _____ | ST M/_____ |

F-1097

# CASE PROGRESS

ATTORNEY: Robert B. Halleran, Esq, # 274259 (305) 458-7700

ADDRESS: 1250 E. Hallandale Bch., Blvd. Suite 901 Hallandale, FL. 33009

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/PC/INDICTMENT TO ATTORNEY ON: JUN 0 6 1995   E/C

JUN 0 8 1995 _____ DEF. ALLOWED _____ 15 _____ DAYS TO FILE MOTIONS. _____

PROBABLE CAUSE FOUND

4-16-95. Mag Hrg Held.

6-9-95. Notice sent to deft + bondsman. cl.

JUN 0 8 1995 Arraignment HELD c/R S. Annually

7/13/95 change of plea held 9r m. meeker (dw)

✓ file + record felony judgment bk 23704 pg 736/737

✓ file order of comm control

✓ file order of probation

✓ file sentencing guideline scoresheet

JUN 25 1997 c/r michelle Eak Defense m/ Terminate

Probation held- granted

END OF REMARKS

## THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

**FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.**

DATE 6/25/97 CASE NO 95-6692 CF   ARREST NO SN95-392   ROR/IC/SURETY SUMMONS/CASH BOND _____ AGENCY _____

DEFENDANT Roy Livermore   AKA _____

### COURT STATUS

☐ MAGISTRATE  ☐ TRIAL  ☐ CHANGE OF PLEA
☐ ARRAIGNMENT  ☐ JURY  ☐ PLED GUILTY
☐ SENTENCING  ☐ COURT  ☐ PLED NOLO
☐ PSI  ☐ 1ST VO _____
☐ PDR  ☐ FINAL VO _____

☐ _____ TRUST FUND / HOURS COMM SERVICE
☐ ADJ GUILTY _____ VC _____ ASSESSMENT EACH COUNT
☐ WITHHELD _____ VC EACH COUNT
☐ NOLLE PROSEQUI  ☐ DISMISSED  ☐ ACQUITTED

CHARGE(S) 1. Possess controll substance

**DUI USE ONLY**

COUNT _____

_____ PROBATION W/SPECIAL CONDITION
LICENSE SUSP _____ HOURS COMM SERVICE _____ WORK PERMIT
CASAP/DUI SCHOOL _____ CASAP EVALUATION _____

$ _____ COURT COST _____ 5% _____ VC _____ CJC _____ EMTF

JAIL TIME _____
OTHER _____

SENTENCE Defense motion to terminate probation is hereby granted

| COUNT(S) | | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | VC | CJC | |
| $ | FINE | COURT COST | 5% | VC | CJC | |
| $ | FINE | COURT COST | 5% | VC | CJC | |
| $ | FINE | COURT COST | 5% | VC | CJC | |
| PLUS $ | | DEFERRAL FEE TO | | | | |

/S/ _____ JUDGE _____   BY K. Detrick
DISP 3  1/87   (DEPUTY CLERK)

FILE COPY

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

**FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.**

DATE 7/13/95   CASE NO. 95006692CF10A   ARREST NO SN95000392   ROR/IC/SURETY SUMMONS/CASH BOND B & S   AGENCY SNSN

DEFENDANT ROY S LIVERMORE   AKA _____

## COURT STATUS

☐ MAGISTRATE   ☐ TRIAL   ☑ CHANGE OF PLEA
☐ ARRAIGNMENT   ☐ JURY   ☐ PLED GUILTY
☐ SENTENCING   ☐ COURT   ☐ PLED NOLO
☐ PSI   ☐ 1ST. V.O. _____
☐ PDR   ☐ FINAL V.O. _____

☐ ADJ. GUILTY _____ 200
☐ WITHHELD _____ 50 VC 5   TRUST FUND / HOURS COMM. SERVICE ASSESSMENT EACH COUNT
☐ NOLLE PROSEQUI   VC EACH COUNT
☐ DISMISSED   ☐ ACQUITTED

CHARGE(S) 001 POSSESS CONTROLLED SUBSTANCE

**DUI USE ONLY**

COUNT _____
PROBATION W/SPECIAL CONDITION
LICENSE SUSP _____ HOURS COMM SERVICE _____ WORK PERMIT
CASAP/DUI SCHOOL _____ CASAP EVALUATION _____
$ _____ COURT COST _____ 5% _____ VC _____ CJC _____ EMTF

JAIL TIME _____
OTHER _____

SENTENCE: Six (6) months Community Control followed by Two (2) years Probation w/sc - O 50.3 hrs comm service not to possess or use any drugs no alcohol 2 year d.l. suspension $15 COS per month NA/AA un. 5x/week

Ct will consider early term after successful completion one-half probation

| COUNT(S) | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | FINE | COURT COST | 5% | VC | CJC |
| $ | | COURT COST | 5% | VC | CJC |
| PLUS $ | | DEFERRAL FEE TO | | | |

/S/ _____ JUDGE   BY _____ (DEPUTY CLERK)
DISP 3 1/87

FILE COPY

## RULE 3.990(a) SENTENCING GUIDELINES SCORESHEET

| 1. DATE OF SENTENCE | 2. PREPARED BY ☐DC ☑SAO | 3. COUNTY  Bwd. | 4. SENTENCING JUDGE  Spencer |
|---|---|---|---|
| 0 7 | 1 5 | 9 4 | | | |
| MO DY YR | | | |

| 5 NAME (LAST, FIRST, M I.)  Livermore, Roy | 6 DOB  MO DY YR | 7. DC#  8 OBTS# | 9 RACE ☐B ☑W ☐OTH  HISP ☐YES ☐NO | 10 GENDER ☑M ☐F  11 ☑PLEA ☐TRIAL |
|---|---|---|---|---|

☐ Check here if this sentencing is for only a revocation of probation or community control

**I  PRIMARY OFFENSE:** If Qualifier, please check ___A ___S ___C  (A=Attempt, S=Solicitation, C=Conspiracy)                **POINTS**

| DOCKET#  95-6692 CF | FELONY DEGREE  3° | FS #  893.00 | OFFENSE LEVEL  1 | OFF. DATE  04 15 95  MO DY YR |
|---|---|---|---|---|

Description: Poss. of Dextropropoxyphene

(Level = Pts: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=42, 8=74, 9=91, 10=116)                I  4

**II  ADDITIONAL OFFENSE(S):** Supplemental page attached ☐

| DOCKET# | FEL/MM | FS # | OFFENSE LEVEL | QUALIFY A S C | CNTS | POINTS |
|---|---|---|---|---|---|---|
| ___ / | ___ / | ___ / | ___ | ☐☐☐ | ___ X ___ = ___ |  |

Description ___

| ___ / | ___ / | ___ / | ___ | ☐☐☐ | ___ X ___ = ___ |

Description ___

| ___ / | ___ / | ___ / | ___ | ☐☐☐ | ___ X ___ = ___ |

Description ___

(Level = Pts  M=0 2, 1=0 7, 2=1 2, 3=2 4, 4=3 6, 5=5 4, 6=7 2, 7=8 4, 8=9 6, 9=10 8, 10=12 0)  Supplemental page points ___

II. ___

**III  VICTIM INJURY:**

| | Number | Total | | | Number | Total |
|---|---|---|---|---|---|---|
| 2ND Degree Murder | 120 X ___ = ___ | | Slight | 4 X ___ = ___ |
| Death | 60 X ___ = ___ | | Sex Penetration | 40 X ___ = |
| Severe | 40 X ___ = ___ | | Sex Contact | 18 X ___ = |
| Moderate | 18 X ___ = ___ | | | |

III. ___

**IV  PRIOR RECORD:** Supplemental page attached ☐

| FEL/MM DEGREE | FS # | OFFENSE LEVEL | QUALIFY A S C | DESCRIPTION | NUM | POINTS |
|---|---|---|---|---|---|---|
| 3 | 893 | 3 | ☐☐☐ | Poss | 1 x 1.6 | 1.6 |
| 3 | 812 | 2 | ☐☐☐ | GT. | 1 x .8 | .8 |
| 3 | 784 | 1 | ☐☐☐ | Agg. Assault | 1 x 3.6 | 3.6 |
| | | | ☐☐☐ | | x | |
| | | | ☐☐☐ | | x | |

(Level = Pts  M=0 2, 1=0 5, 2=0 8, 3=1 6, 4=2 4, 5=3 6, 6=4 8, 7=5 6, 8=6 4, 9=7 2, 10=8 0)

Supplemental page points ___

IV. 6.0

Page Subtotal  10.0

Effective Date January 1, 1994

**DISTRIBUTION**
White (Original) / Clerk
Green / DC Data
Canary / State Attorney

Pink / Defense Attorney
Goldenrod / DC Offender File

1

Page 1 Subtotal  _10.0_

V.   Legal Status Violation = 4 Points                                                                V.  _____

VI.  Release Program Violation - 6 Points X Number of Violations (Max 18 Pts) =              VI.  _____

VII.  Firearm or Destructive Device = 18 Points                                                     VII.  _____

VIII.  Semi-Automatic Weapon or Machine Gun = 25 Points                                        VIII.  _____

Subtotal Sentence Points.  _10.0_

IX.  Enhancements (only one multiplier may be used)

| Law Enforcement Protection | Drug Trafficking |
|---|---|
| ☐ 1.5 Multiplier  ☐ 2.0 Multiplier | ☐ 1.5 Multiplier |

Enhanced Subtotal Sentence Points IX.  _____

TOTAL SENTENCE POINTS  _10.0_

## SENTENCE COMPUTATION

• If total sentence points are less than, or equal to 40, the sentencing court may not impose a state prison sentence. The sentencing court may increase total sentence points that are less than or equal to 40 by up to 15 percent and may impose a state prison sentence if the increased total exceeds 40 points.

_____  x 1.15 =  _Ans_____
Total Sentence Points                         Increased Sentence Points

• If total sentence points are greater than 40 and less than or equal to 52 the decision to incarcerate in a state prison is left to the discretion of the court. If total sentence points are greater than 52 the sentence must be a state prison sentence.
• A state prison sentence is calculated by deducting 28 from total or increased sentence points.

_____  minus 28 =  _____
Total Or Increased Sentence Pts.                     State Prison Months

• The sentencing court may increase or decrease state prison months by up to 25 percent except where the total sentence points were less than or equal to 40 but have been increased by up to 15 percent to exceed 40 points. Any state prison sentence must exceed 12 months.

_____                     x .75  _____
State Prison Months                                          Minimum State Prison Months

                                                                    x 1.25  _____
                                                                                Maximum State Prison Months

TOTAL SENTENCE IMPOSED

|  | Years | Months | Days |
|---|---|---|---|
| ☐ State Prison |  |  |  |
| ☐ County Jail |  |  |  |
| ☑ Community Control |  | 6 |  |
| ☑ Probation | 2 |  |  |

• Please designate the particular type of sentence where an enhanced or mandatory sentence imposed.

☐ Habitual Felony Offender                    ☐ Guidelines Aggravated Departure
☐ Habitual Violent Felony Offender         ☐ Guidelines Mitigated Departure
Mandatory pursuant to:   ☐ s.775.087    ☐ s.893.13    ☐ s.893.135

# RULE 3.990(b) SUPPLEMENTAL SENTENCING GUIDELINES SCORESHEET

| NAME (LAST, FIRST, M I) | DOCKET# | DATE OF SENTENCE |
|---|---|---|
| Livermore, Roy | 95-Cae2Cf | M O D Y Y R  07 13 95 |

## II   ADDITIONAL OFFENSE(S)

| CODES DC USE ONLY | DOCKET# | FEL/MM | FS # | LEVEL | QUALIFY A S C | CNTS | POINTS |
|---|---|---|---|---|---|---|---|
| ☐☐☐☐ | ___/___ | ___/___ | ___/___ | ☐☐☐ | ___ X ___ = ___ |
| | Description ___ |
| ☐☐☐☐ | ___/___ | ___/___ | ___/___ | ☐☐☐ | ___ X ___ = ___ |
| | Description. ___ |
| ☐☐☐☐ | ___/___ | ___/___ | ___/___ | ☐☐☐ | ___ X ___ = ___ |
| | Description ___ |
| ☐☐☐☐ | ___/___ | ___/___ | ___/___ | ☐☐☐ | ___ X ___ = ___ |
| | Description ___ |
| ☐☐☐☐ | ___/___ | ___/___ | ___/___ | ☐☐☐ | ___ X ___ = ___ |
| | Description ___ |

(Level = Pts  M=0 2, 1=0 7, 2=1 2, 3=2 4, 4=3 6, 5=5 4, 6=7 2, 7=8 4, 8=9 6, 9=10 8, 10=12 0)

II ___

## IV   PRIOR RECORD: Supplemental page attached

| CODES DC USE ONLY | FEL/MM DEGREE | FS # | LEVEL | QUALIFY A S C | DESCRIPTION | NUM | POINTS(s) |
|---|---|---|---|---|---|---|---|
| ☐☐☐ | ___ | ___/___ | ___ | ☐☐☐ | ___ | ___ X ___ = ___ |
| ☐☐☐ | ___ | ___/___ | ___ | ☐☐☐ | ___ | ___ X ___ = ___ |
| ☐☐☐ | ___ | ___/___ | ___ | ☐☐☐ | ___ | ___ X ___ = ___ |
| ☐☐☐ | ___ | ___/___ | ___ | ☐☐☐ | ___ | ___ X ___ = ___ |
| ☐☐☐ | ___ | ___/___ | ___ | ☐☐☐ | ___ | ___ X ___ = ___ |
| ☐☐☐ | ___ | ___/___ | ___ | ☐☐☐ | ___ | ___ X ___ = ___ |

(Level = Pts  M=0 2, 1=0 5, 2=0 8, 3=1 6, 4=2 4, 5=3 6, 6=4 8, 7=5 6, 8=6 4, 9=7 2, 10=8 0)

IV ___

REASONS FOR DEPARTURE ___

___

___

___

___

___

___

JUDGE'S SIGNATURE

Effective Date  January 1, 1994

DISTRIBUTION
White (Original) / Clerk          Pink / Defense Attorney
Green / DC Data                   Goldenrod / DC Offender File
Canary / State Attorney

3

**If reasons cited for de⬤ure are not listed below, please write r⬤ns on the reverse side, ⬤ the area specified "Reasons for Departure"**

**Reasons for Departure - Aggravating Circumstances**

☐ Legitimate, uncoerced, plea bargain.

☐ Offense was one of violence and was committed in a manner that was especially heinous, atrocious or cruel.

☐ Offenses arose from separate episodes. Primary offense is at level 4 or higher and the defendant has committed 5 or more offenses within a 180 day period that have resulted in convictions.

☐ Primary offense is scored at level 3 and the defendant has committed 8 or more offenses within a 180 day period that have resulted in convictions.

☐ Offense was committed within 6 months of defendant's discharge from a release program or state prison.

☐ Defendant occupied a leadership role in a criminal organization.

☐ Offense committed by a public official under color of office.

☐ Defendant knew victim to be a law enforcement officer at the time of the offense, the offense was a violent offense; and that status is not an element of the primary offense.

☐ Offense created substantial risk of death or great bodily harm to many persons or to one or more small children.

☐ Victim especially vulnerable due to age or physical or mental disability.

☐ Offense was motivated by prejudice based on race, color, ancestry, ethnicity, religion, sexual orientation or national origin of the victim.

☐ Victim suffered extraordinary physical or emotional trauma or permanent physical injury, or was treated with particular cruelty.

☐ Victim was physically attacked by the defendant in the presence of one or more members of the victim's family.

☐ Offense resulted in substantial economic hardship to a victim and consisted of an illegal act or acts committed by means of concealment, guile or fraud to obtain money or property, to avoid payment or loss of money or property or to obtain business or professional advantage when two or more of the following circumstances were present·

    ☐ Offense involved multiple victims or multiple incidents per victim.

    ☐ Offense involved a high degree of sophistication or planning or occurred over a lengthy period of time;

    ☐ The defendant used position or status to facilitate the commission of the offense, including positions of trust, confidence, or fiduciary relationship; or

    ☐ The defendant was in the past involved in other conduct similar to that involved in the current offense.

☐ Offense committed in order to prevent or avoid arrest, to impede or prevent prosecution for the conduct underlying the arrest, or to effect an escape from custody.

☐ Defendant is not amenable to rehabilitation or supervision, as evidenced by an escalating pattern of criminal conduct as described in s. 921.001(8).

☐ Defendant induced a minor to participate in any of the offenses pending before the court for disposition.

☐ Primary offense is scored at level 7 or higher and the defendant has been convicted of one or more offense that scored, or would have scored, at an offense level 8 or higher.

☐ Defendant has an extensive unscoreable juvenile record.

**Reasons for Departure - Mitigating Circumstances**

☐ Legitimate, uncoerced plea bargain.

☐ Defendant was an accomplice to the offense and was a relatively minor participant in the criminal conduct.

☐ The capacity of the defendant to appreciate the criminal nature of the conduct or to conform that conduct to the requirements of law was substantially impaired.

☐ Defendant requires specialized treatment for addiction, mental disorder, or physical disability and the defendant is amenable to treatment.

☐ The need for payment of restitution to the victim outweighs the need for a prison sentence.

☐ The victim was an initiator, willing participant, aggressor, or provoker of the incident.

☐ The defendant acted under extreme duress or under the domination of another person.

☐ Before the identity of the defendant was determined, the victim was substantially compensated

☐ Defendant cooperated with the State to resolve the current offense or any other offense

☐ The offense was committed in an unsophisticated manner and was an isolated incident for which the defendant has shown remorse

☐ At the time of the offense the defendant was too young to appreciate the consequences of the offense.

☐ Defendant to be sentenced as a youthful offender

| 17th Judicial Circuit in and for Broward County | | CLOCK IN |
|---|---|---|

**DIVISION:**
**CRIMINAL**

**JUDGEMENT** DIV: FA

95-311248  T#002
07-21-95  01:05PM

THE STATE OF FLORIDA VS: Roy S. Livermore

**CASE NUMBER**
9566692CF

PLAINTIFF                    DEFENDANT

[ ] PROBATION VIOLATOR          STATE ATTORNEY Robert Hedrick
( Check if Applicable )          COURT REPORTER M. Meeker

The Defendant, Roy S. Livermore _____ being personally before this Court represented
by: Robert Hallman _____ , his attorney of record, and having:
(Check Applicable Provision)   [ ]  Been tried and found guilty of the following crime(s).
                               [✓] Entered a plea of guilty to the following crime(s).
                               [ ]  Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Poss. Controlled Substance | 893.13(1)e | 3F | |

and no cause having been  shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50 00)pursuant to F S  960.20 (Crimes Comp  Trust Fund)  The defendant is further ordered to pay the sum of Five Dollars ($5 00) as court costs pursuant to F S  943 25(4)

(Check if Applicable)   [ ] The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F S  775.0835  .
                        (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed  Fines imposed as part of a sentence pursuant to F.S  775.083 are to be recorded on the Sentence page(s)

Restitution to State   [ ] The defendant shall make payment of any debt due and owing to the State under section 960 17, 948 03 (1)(9) and 775 089, Florida Statutes  The amount of such debt shall not exceed $10,000 and has already been determined to be $ _____ or if not yet determined shall be determined by the Court at a later date upon final payment by the Crimes Compensation Trust Fund on behalf of the victim(s)

                        [ ]  The Court hereby imposed additional court costs in the sum of $ _____

Imposition of Sentence   [✓] The Court hereby stays and withholds the imposition of sentence as to count(s) _____ I _____ and places the Defendant
Stayed and Withheld          on  probation for a period of  Two (2) years consecutive to 6 months Comm  Control
                        under the supervision of the Department of Corrections (condition of probation set forth  in separate order )

Sentence Deferred       [ ] The Court hereby defers imposition of sentence until _____
Until Later Date                                                                          (Date)
(Check if Applicable)
                        [✓] Pay $200 00 Trust Fund pursuant to F.S 27 3455          BK23704PG0736

Thr Defendant in Open Court was advised of his right to appeal from this Judgment by filling notice of appeal  with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication  The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence

COUNT(S) _____ _____ DAYS BROWARD COUNTY JAIL W/CREDIT FOR _____ DAYS TIMES SERVED

FORM 180P074  REVISED 10/94                        PAGE 1 OF 2

Roy Livermore

| DIVISION CRIMINAL | [X] ADJUDICATION WITHHELD [X] ADJUDICATED GUILTY | CASE NUMBER 95-66920F |
|---|---|---|

## FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
| | | | | |

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
COUNTY ADMINISTRATOR

BK23704PG0737

Fingerprints taken by:

_____ Court Deputy

Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this 13 day of July A.D., 19 95 . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant Roy Livermore , and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____ JUDGE

FORM 160P080
REVISED 9/94                    PAGE 2 OF 2

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, STATE OF FLORIDA

**THE STATE OF FLORIDA**                          **INFORMATION FOR**

    **vs.**

**ROY S. LIVERMORE**                              **POSSESSION OF**
                                                  **DEXTROPROPOXYPHENE**


IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **ROY S. LIVERMORE on the 15th day of April, A.D. 1995**, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit:  Dextropropoxyphene, contrary to F.S. 893.03(4)(o) and F.S. 893.13(6)(a),(L1),

CMK/jlg/5/5/95

STATE OF FLORIDA vs.    ROY S. LIVERMORE                    INFORMATION, Page 2
                        IDENTIFYING DATA
                        W/M,

COUNTY OF BROWARD
STATE OF FLORIDA

                                                    CLERK A. HORN

    Personally appeared before me _____, duly
appointed as an Assistant State Attorney of the 17th Judicial Circuit of
Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting
Attorney for the State of Florida in the County of Broward, who being first
duly sworn, certifies and says that testimony has been received under oath
from the material witness or witnesses for the offense(s), and the
allegations as set forth in the foregoing Information would constitute the
offense(s) charged, and that this prosecution is instituted in good faith.

                        _____
                        Assistant State Attorney, 17th Judicial Circuit of Florida

        SWORN TO AND SUBSCRIBED before me this __5__ day of __May__, A.D. 19__95__.

                        ROBERT E. LOCKWOOD

                        Clerk of the Circuit Court, 17th Judicial Circuit,
                        Broward County, Florida

        - SEAL'               By _____
                                    Deputy Clerk

    To the within Information, Defendant pleaded _____.

                        ROBERT E. LOCKWOOD

                        Clerk of the Circuit Court, 17th Judicial Circuit,
                        Broward County, Florida

                        By _____
                                    Deputy Clerk

ARREST NO _____ SN# 341-2                                                          OBTS NO 001587761.

| FILING AGENT | OFFENSE REPORT | LOCAL I.D. NO | FDLE | FBI | SS NO |
|---|---|---|---|---|---|
| SUNRISE P.D. | 95-25183 | CA# 20924 | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN | | | |

| RC | SEX | HGT | EYES | HAIR | WGT | COMP | AGE | DOB | BIRTHPLACE | SCARS, MARKS, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'8" | BRO | BRO | 150 | MED | 32 | | BROWARD, FL | NONE |

PERMANENT ADDRESS  2110 NW 63 AVENUE   SUNRISE, FL 33313

LOCAL ADDRESS  SAME

| RESIDENCE TYPE | (1) CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE |
|---|---|---|---|---|

PLACE OF EMPLOYMENT  OLYMPIC POOL  1843 NW 29 ST  OAKLAND PK   LENGTH 3

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY/CCN | READING | PLACE OF ARREST | DATE/TIME ARRESTED | ARRESTING OFFICER(S) CCN |
|---|---|---|---|---|---|
| LIFE | | | 6691 SUNSET STRIP SUNRISE, FL 3333 | 04 15 95 1930 | L TUNNOLE 3453 |

| OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME- | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|
| Y ☐  N ☒ | N31 | 2 | | | | | TIME ARRIVED AT BSO | |

| TYPE | | ACTIVITY | ACTIVITY | | INDICATION OF | Y N UK |
|---|---|---|---|---|---|---|
| N N/A  A AMPHETAMINE | B-BARBITURATE  C-COCAINE  E HEROIN | H-HALLUCINOGEN  M MARIJUANA  O-OPIUM | P-PARAPHERNALIA/ EQUIPMENT  S-SYNTHETIC | U UNKNOWN  Z-OTHER | N N/A  P POSSESS | S-SELL  B-BUY  T TRAFFIC | A SMUGGLE  D-DELIVER  E USE | M-MANUFACTURE/ PRODUCE/ CULTIVATE | K DISPENSE/ DISTRIBUTE | Z-OTHER | ALCOHOL INFLUENCE  DRUG INFLUENCE | ☒ ☐ ☐  ☒ ☐ ☐ |

DEFENDANT'S VEHICLE-MAKE  N/A   TYPE ___ YEAR ___ COLOR ___ VIN NO ___

ATTACH DEFENDANT'S PHOTO

VEHICLE TOWED TO ___  TAG NO. ___  OTHER IDENTIFIERS OR REMARKS ___

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLORIDA. | | |

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | FS # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | POSSESSION OF A CONTROLLED SUBSTANCE (GENERIC DARVOCET) | | 893-13 |
| 2 | DRINKING IN PUBLIC | ORDINANCE VIOLATION | 3-2 |
| | | | |
| | | | |

PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared ROBERT J. TUNMORE who being first duly sworn deposes and says that on 15 day APRIL , 19 95 at 6691 SUNSET STRIP, SUNRISE (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

THE DEFENDANT WAS OBSERVED DRINKING A CAN OF BUDWIEZER BEER IN PUBLIC IN VIOLATION OF A CITY ORDINANCE, INCIDENT TO LAWFUL ARREST TWO TABLETS WERE FOUND IN HIS RIGHT POCKET. THE TABLETS WERE FOUND TO BE A GENERIC FORM OF THE PAIN PILL DARVOCET, THE DEFENDANT STATED HE HAD GOT THE TABLETS FROM AN UN-NAMED FRIEND. SINCE THE TABLETS ARE A CONTROLLED

I swear the above statement is correct and true to the best of my knowledge and belief

| Robert J Tunmore | Robert J. Tunmore 3453 | S.O.U./N31. |
|---|---|---|
| OFFICER/AFFIANT'S SIGNATURE | OFFICER'S NAME/CCN | OFFICER'S DIVISION |

STATE OF ___  COUNTY OF ___

95 APR 15 PM 11:15

The foregoing instrument was acknowledged before me this 15 day of April , 19 95 who is personally known to me or who has produced (ID Type) LEO as identification and who DID take an oath (DID OR DID NOT)

(SEAL OR STAMP)

| Jerry Eddy | CR 3438 |
|---|---|
| DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY | TITLE OR RANK/CCN |

SEVENTEENTH JUDICIAL CIRCUIT  BROWARD COUNTY  STATE OF FLORIDA  BSODR #2 (Rev. 2/91)

FIRST APPEARANCE / ARREST FORM

SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION

COURT COPY

| Orig | - Court |
|---|---|
| 2nd | - State Atty |
| 3rd | - Filing Agency |
| 4th | - Arresting Agency |

ARREST NO _____ SNff 5'72.        PROBABLE CAUSE AFFIDAVIT CONTINUATIO       BTS NO 007 551 161 -

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | HGT | WGT | RC | SEX | DOB | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | Roy | STEVEN | - | 5'8" | 150 | W | M | | 95-25183 | R. TUNMORE 3453 |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE of FLORIDA | | |

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F S # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared __Robert J. TUNMORE__ who being first duly sworn deposes and says that on __15__ day __APRIL__, 19_95_ at __6691 SUNSET STRIP, SUNRISE__ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

SUBSTANCE AND CAN ONLY BE OBTAINED BY DOCTORS PRESCRIPTION, THE DEFENDANT WAS CHARGED WITH THEIR POSSESSION. THE TABLETS IDENTITY AND NARCOTIC MAKEUP WAS CONFIRMED BY A LOCAL HOSPITAL (FLORIDA MEDICAL CENTER HOSPITAL) WHO WERE PROVIDED WITH A DESCRIPTION OF THE TABLETS AND PROVIDED US WITH A PRINTOUT OF SAME.

I swear the above statement is correct and true to the best of my knowledge and belief

__Robert J. Tunmore__          __Robert J. TUNMORE 3453__          __S.O.U.__  __N31.__
OFFICER/AFFIANT'S SIGNATURE          OFFICER'S NAME/CCN          OFFICER'S DIVISION

STATE OF _____  COUNTY OF

The foregoing instrument was acknowledged before me this __15__ day of __APRIL__, 19_95_, who is personally known to me or who has produced (ID Type) __LEO__ as identification and who __DID__ take an oath
(DID OR DID NOT)

__OC 3438__
TITLE OR RANK/CCN          (SEAL OR STAMP)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY
FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSO0R 2A (REV 9/91)          COURT COPY

Orig - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

SN950392

**SHERIFF'S OFFICE**
**BROWARD CO., FL**

**COURT COPY**

| OBTS Number | Print Clearance | Name Search | Teletype |
|---|---|---|---|
| 009758,761 | | | 00/00/00 |

| Arrest Number | Offense Report Number | BCCN Number | Booking Sheet Control Date & Time |
|---|---|---|---|
| SN950392 | SN 9525183 | | 04/16/95 00 53 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN | | | |

| Alias Last Name | First | Middle | Driver's License Yes No | State |
|---|---|---|---|---|
| | | | | |

| Street/Nik Name | Race | Sex | Hgt | Wgt | Eyes | Hair | Comp | Age | Date of Birth | Place of Birth | St/Ctry | Ctz |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 508 | 150 | BRN | BRN | MED | 032 | | | | US |

Scars, Marks, Tattoos
NONE VISIBLE

| Permanent Address | Bldg | Apt | City | St/Ctry | Yrs | Mths |
|---|---|---|---|---|---|---|
| 2110 NW 64 AV | | | SUNRISE | FL | 00 | 00 |

| Resident of Broward County? | Yrs | Mths | Resident of Florida? | Yrs | Mths | Phone Number | U S Vet |
|---|---|---|---|---|---|---|---|
| YES | 32 | 00 | YES | 32 | 00 | | UN |

| GDH | Other Medical |
|---|---|
| | TO BE SEEN BY NURSE |

| Employer | Occupation |
|---|---|
| OLYMPIC POOL | |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | 00% | | | SN | 6691 SUNSET STRIP |

| Arrest Date | Arrest Time | Arresting Officer | I D Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 04/15/95 | 19 30 | HUMMURT | R 3453 | NO | | | | |

| Booking Date | Booking Time | Booking Officer | I D Number | Add Charge Officer | ID Number |
|---|---|---|---|---|---|
| 04/16/95 | 00 49 | SWANEY | F 857701 | | |

| Date | Charges | MagCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|
| 041695 | 001 POSS CONTROLLED SUBSTANCE 3FY | D | | 1000.00 |
| 041695 | 002 DRINKING IN PUBLIC 3MY | D | | NL |

DC

**NOT LEGIBLE FOR SCANNING**

BOOKING RMKS. 2954/7537 WC/7617

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No | Last Name | First | | Unattended Children? |
|---|---|---|---|---|
| SN950392 | LIVERMORE | ROY | N | |

| Date | Time | Sex | Race | Date of Birth |
|---|---|---|---|---|
| 04/16/95 | 00 49 | M | W | |

| Armed | Dang | Resist | Rabbit | Suic | Hmc | Other |
|---|---|---|---|---|---|---|
| | | | | | | |

| Bin No | P-Box No | Bulk No | Vehicle Towed To |
|---|---|---|---|
| 683 | | | |

| Currency $ | Language msg |
|---|---|
| 34.89 | DETAINEE SPEAKS ENGLISH |

BSOD-81 REV 3/90

COMPLAINT/AFFIDAVIT   ARREST FORM

BROWARD COUNTY ARREST NO. SN# 392   SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY   OBTS NO 001587761.

| FILING AGENT | OFFENSE REPORT | LOCAL I D NO | FDLE | FBI | SS NO |
|---|---|---|---|---|---|
| SUNRISE P.D. | 95-25183 | CA# 20924 | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN. | | | |

| RC | SEX | HGT | EYES | HAIR | WGT | COMP | AGE | D O B | BIRTHPLACE | SCARS, MARKS, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'8" | BRO | BRO | 150 | MED | 32 | | BROWARD, FL | NONE |

PERMANENT ADDRESS: 2110 NW 63 AVENUE SUNRISE, FL 33313

LOCAL ADDRESS: SAME

PLACE OF EMPLOYMENT: OLYMPIC POOL 1843 NW 29 ST. OAKLAND PK.   LENGTH 3

RESIDENCE TYPE: (1) CITY   (2) COUNTY   (3) FLORIDA   (4) OUT-OF-STATE

HOW LONG DEFENDANT IN BROWARD COUNTY: LIFE

| BREATHALYZER BY/CCN | READING | PLACE OF ARREST | DATE/TIME ARRESTED | ARRESTING OFFICER(S) CCN |
|---|---|---|---|---|
| | | 6691 SUNSET STRIP SUNRISE, FL 3333 | 04 15 95 1930 | R TUNMORE 3453 |

| OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME- | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|
| Y ☐  N ☒ | N31 | 2 | | | | | TIME ARRIVED AT BSO | |

TYPE: N N/A   A AMPHETAMINE   B BARBITURATE   C COCAINE   E HEROIN   H HALLUCINOGEN   M MARIJUANA   O OPIUM   P PARAPHERNALIA/EQUIPMENT   S SYNTHETIC   U UNKNOWN   Z OTHER

ACTIVITY: N N/A   S SELL   B BUY   P POSSESS   A STRUGGLE   D-DELIVER   E USE   M MANUFACTURE/PRODUCE/CULTIVATE   K DISPENSE/DISTRIBUTE   Z OTHER   T TRAFFIC

INDICATION OF ALCOHOL INFLUENCE   Y ☒  N ☐  UK ☐
DRUG INFLUENCE   Y ☒  N ☐  UK ☐

ATTACH DEFENDANT'S PHOTO

DEFENDANT'S VEHICLE-MAKE N/A.   TYPE ___ YEAR ___ COLOR ___ VIN NO ___

VEHICLE TOWED TO ___ TAG NO ___ OTHER IDENTIFIERS OR REMARKS ___

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP ) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLORIDA. | | |

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | FS # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | POSSESSION OF A CONTROLLED SUBSTANCE (GENERIC DARVOCET) | | 893-13 |
| 2 | DRINKING IN PUBLIC | ORDINANCE VIOLATION 3-2 | |

PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared ROBERT J. TUNMORE who being first duly sworn deposes and says that on 15 day APRIL, 19 95 at 6691 SUNSET STRIP, SUNRISE (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

THE DEFENDANT WAS OBSERVED DRINKING A CAN OF BUDWIEZER BEER IN PUBLIC IN VIOLATION OF A CITY ORDINANCE, INCIDENT TO LAWFUL ARREST TWO TABLETS WERE FOUND IN HIS RIGHT POCKET. THE TABLETS WERE FOUND TO BE A GENERIC FORM OF THE PAIN PILL DARVOCET. THE DEFENDANT STATED HE HAD GOT THE TABLETS FROM AN UN-NAMED FRIEND. SINCE THE TABLETS ARE A CONTROLLED

I swear the above statement is correct and true to the best of my knowledge and belief

OFFICER/AFFIANT'S SIGNATURE: Robert J Tunmore
OFFICER'S NAME/CCN: ROBERT J. TUNMORE 3453
OFFICER'S DIVISION: S.O.U. / N31.

STATE OF ___ COUNTY OF ___

95 APR 15 PM 11:15

The foregoing instrument was acknowledged before me this 15 day of APRIL, 19 95, who is personally known to me or who has produced (ID Type) LEO as identification and who DID (DID OR DID NOT) take an oath   (SEAL OR STAMP)

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY
TITLE OR RANK/CCN: CR 3438

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSODB #2 (Rev 9/91)

FIRST APPEARANCE / ARREST FORM

SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION

COURT COPY

Orig - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

BROWARD COUNTY
ARREST NO. ___SN# 892.___    COMPLAINT AFFIDAVIT    PROBABLE CAUSE AFFIDAVIT CONTINUATION    OBTS NO ___007581761___-    ARREST FORM

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | HGT | WGT | RC | SEX | D O B | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | Roy | STEVEN | — | 5'8" | 150 | W | M | | 95-25183 | R. TUNMORE 3453 |

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP)    ADDRESS    PHONE #
STATE OF FLORIDA

| COUNT NO | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F S # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | · |
| | | | |
| | | | |

Before me this date personally appeared ___ROBERT J. TUNMORE___ who being first duly sworn
deposes and says that on ___15___ day ___APRIL___, 19 95 at ___6691 SUNSET STRIP, SUNRISE___ (crime location) the
above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows

SUBSTANCE AND CAN ONLY BE OBTAINED BY DOCTORS PRESCRIPTION. THE
DEFENDANT WAS CHARGED WITH THEIR POSSESSION. THE TABLETS IDENTITY
AND NARCOTIC MAKEUP WAS CONFIRMED BY A LOCAL HOSPITAL (FLORIDA
MEDICAL CENTER HOSPITAL) WHO WERE PROVIDED WITH A DESCRIPTION OF
THE TABLETS AND PROVIDED US WITH A PRINTOUT OF SAME.

I swear the above statement is correct and true to the best of my knowledge and belief

___Robert J. Tunmore___          ___ROBERT J TUNMORE 3453___          ___S.O.U. N31.___
OFFICER/AFFIANT'S SIGNATURE          OFFICER'S NAME/CCN          OFFICER'S DIVISION

STATE OF ___          COUNTY OF ___

The foregoing instrument was acknowledged before me this ___15___ day of ___APRIL___ 19 ___95___, who is personally
known to me or who has produced (ID Type) ___LEO___ as identification and who ___DID___ take an oath
(DID OR DID NOT)

___          ___OC 3438___
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY          TITLE OR RANK/CCN          (SEAL OR STAMP)

FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSODB 2A (REV 9/91)          COURT COPY

Orig - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO 95-6692CF10A
DIVISION RA-Speiser
ARR NO _____ ROR _____ IC _____ CASH _____ SURETY

STATE OF FLORIDA,

PLAINTIFF,

vs  Livermore

DEFENDANT,

FILED 19, 1995

**ORDER OF PROBATION**

THE DEFENDANT, having

{Counts  I.  Possess Controlled Substance

a  ✓  entered a plea of guilty/nolo contendere to
[ _____

b  _____  been found guilty of
[ _____

c  _____  prior probation is hereby revoked
[ _____

THE COURT HEREBY·

d  ✓  adjudges you guilty of count(s)  I
e  _____  withholds adjudication of guilt for count(s) _____

IT IS ORDERED AND ADJUDGED THAT, subject to the laws of this State  Two (2) years consecutive to six (6)
f  ✓  you are hereby placed on probation for a period of _____  months community control
to be supervised by the Department of Corrections

g  _____  (split sentence) you shall be confined in
1 the custody of the Sheriff of Broward County for a period of _____
2 the custody of the Department of Corrections for a period of _____
after which you shall be on probation for a period of _____ , to commence upon release

h  _____  (Administrative Probation) you may, upon satisfactory completion of half the term of imposed probation and effective upon entry of an appropriate order, be transferred to Administrative Probation as defined in Chapter 948001(1) FS  After payment of a $5000 processing fee, all previously imposed conditions, except (k ) (5 ), will be deleted

i  _____  (Drug Offender Probation) you are hereby placed on drug offender probation as defined in Chapter 948001 (3) FS  for a period of
_____

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND

SPECIAL  CONDITIONS  OF  PROBATION:

j  _____  you must report, in person, immediately or on the next working day after release from confinement, to  PROBATION OFFICE, 10 West Las Olas Boulevard, FORT LAUDERDALE, FLORIDA

k  ✓  you shall not do any of the following (without first obtaining the consent of your probation officer)
1 change the place where you live or work,
2 leave the County where you live,
3 you will not possess, carry or own any firearm  You will not possess, carry or own any other weapons without first procuring the consent of your officer,
4 associate with any person engaged in any criminal activity,
5 violate any law of any city, county, state or the United States (a conviction in a court of law is not necessary for you to be found in violation),
6 use any controlled substance, unless permitted by law,
7 use any intoxicants,
8 visit places where controlled substances are unlawfully sold, dispensed or used

l  ✓  you must do each of the following
1 you will work diligently at a lawful occupation, advise your employer of your supervision status and support your dependents to the best of your ability, as directed by your officer,
2 answer promptly and truthfully any and all questions put to you by either the Court or any probation officer,
3 allow a duly authorized probation officer to visit you in your home, your place of employment or elsewhere,
4 follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized probation officer,
5 file a full and truthful written report with your probation officer, no later than the fifth day of each and every month of your probation, upon a form to be furnished you,
6 pay the sum of $5000 per month, or any increased amounts authorized by law, for costs of supervision while on probation, unless modified as follows  15.00

7 pay the sum(s) of
a) $ _____ court costs
b) $ 30.00 victim costs on counts  I
c) $ 200.00 trust fund or _____ 50 3 hours community service (FS  273455)
d) $ 5 00 assessment
e) $ _____
on a schedule to be determined by your probation officer
f) $ _____ emergency medical fund

CLERK'S COPY

95 66692CFOA

m. _____ you shall comply with the following special conditions of probation

_____ 1 Spend _____ in custody of Broward County Sheriff and comply with all rules of the institution in which you were placed with credit for _____ days time served

_____ 2 Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof

_____ 3 Spend _____ weekends, 8 00 a m to 5 00 p m., participating in any special work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the probation officer

_____ 4 You will attend and successfully complete the following rehabilitation program to be selected by your probation officer or such other entity that may be determined by the Court and you will continue that program until no longer deemed necessary by your probation officer or the Court Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff

_____ (a) an in-patient _____ alcohol, _____ drug, _____ psychological program

_____ (b) an out-patient _____ alcohol, _____ drug, _____ psycological program

_____ (c) _____ program

_____ (d) submit to evaluation for counseling or placement in a _____ alcohol, _____ drug, _____ psychological rehabilitation program to be selected by the probation officer based upon such evaluation (Upon request the Court will grant a hearing in the event of dispute)

_____ (e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the probation officer or the Court

_____ 5 You will submit to urinalysis, breathalyzer or blood tests at any time requested by your Officer or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances You shall be required to pay for such tests unless otherwise waived by your Officer

_✓_ 6 Not use or possess alcoholic beverages for any purpose or drugs

_____ 7. Not drive or operate a motor vehicle except _____

_____ 8. Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the probation officer and the parties are not able to reach agreement, all on a schedule to be determined by the probation officer

_____ 9 Pay public defender's fee in the sum of $_____ on a schedule to be determined by the probation officer.

_____ 10 Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the probation officer.

_✓_ 11 Perform 50.3 hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization _____ in lieu of additional conditions of probation.

_____ 12 You will obtain a G.E D., or equivalent, or participate in a special educational or training program to be determined by your probation officer, or as follows

_____ 13. You will not associate, communicate of have any contact with

_✓_ 14 Other 2 yr. Drivers Lic. suspension, NA/AA min 3 x/week, Ct. will consider early term after successful completion of one-half probation

n The Court reserves the right to rescind, modify or revoke probation to the extent provided by law

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _13th_ day of _July_, 19_95_ nunc pro tunc, _____

_____
JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my probation I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit, 10 West Las Olas Boulevard, for further instructions. Also, I hereby consent to the disclosure of my alcohol & drug abuse patient records, the confidentiality of which is federally regulated under 42CFR, part II, for the duration of my supervision

_____
Defendant

_____
Instructed by

CLERK'S COPY

IN THE CIRCUIT COURT OF ⬤ 17TH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO 95-6692CF10A
DIVISION FA-30015CC
ARR NO _____ RORO IC CASH SURETY

STATE OF FLORIDA,

PLAINTIFF,

VS  Livermore Douglas Walt

DEFENDANT,

**ORDER OF COMMUNITY CONTROL**

THE DEFENDANT, having

[Counts _I_ Possess Controlled Substance

a __✓__ entered a plea of guilty/nolo contendere to

[ _____

b _____ been found guilty of

[ _____

c _____ prior probation is hereby revoked

[ _____

THE COURT HEREBY.

d __✓__ adjudges you guilty of count(s) __I__ _____

e _____ withholds adjudication of guilt for count(s) _____

IT IS ORDERED AND ADJUDGED THAT, subject to the laws of this State,

f __✓__ you are hereby placed on community control for a period of _Six (6) months followed by two (2) years probation_
to be supervised by the Department of Corrections

g _____ (split sentence) you shall be confined in
   1 the custody of the Sheriff of Broward County for a period of _____
   2 the custody of the Department of Corrections for a period of _____
   after which you shall be on community control for a period of _____, to commence upon release
_____ to commence upon release

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL CONDITIONS OF COMMUNITY CONTROL:

h _____ you must report, in person, immediately or on the next working day after release from confinement, to COMMUNITY CONTROL OFFICE, 10 West Las Olas Boulevard, FORT LAUDERDALE, FLORIDA

i __✓__ you shall not do any of the following (without first obtaining the consent of your community control officer)
   1 change the place where you live or work,
   2 you will not possess, carry or own any firearm You will not possess, carry or own any other weapons without first procuring the consent of your officer,
   3 associate with any person engaged in any criminal activity,
   4 violate any law of any city, county, state or the United States (a conviction in a court of law is not necessary for you to be found in violation),
   5 use any controlled substance, unless permitted by law,
   6 use any intoxicants,
   7 visit places where controlled substances are unlawfully sold, dispensed or used

J __✓__ you must do each of the following
   1 you will work diligently at a lawful occupation, advise your employer of your supervision status and support your dependents to the best of your ability, as directed by your officer,
   2 answer promptly and truthfully any and all questions put to you by either the Court or any community control officer,
   3 allow a duly authorized community control officer to visit you in your home, your place of employment or elsewhere,
   4 follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized community control officer,
   5 you shall report in person to your community control officer at least one (1) time a week, or, if unemployed, report as directed
   6 file a full and truthful written report with your community control officer, no later than the fifth day of each and every month of your community control, upon a form to be furnished you,
   7 pay the sum of $50 00 per month, or any increased amounts authorized by law, for costs of supervision while on community control, unless modified as follows _15.00_

8 pay the sum(s) of
   a) $ _____ court costs
   b) $ _50.00_ victim costs on counts _I_ _____
   c) $ _200.00_ ("trust fund") or _____ 50 3 hours community service (F S 27 3455)
   d) $ _5.00_ assessment
   e) $ _____ _____
      on a schedule to be determined by your community control officer

95-26092CF10A

f) $ _____ emergency medical fund

9 remain confined to your approved residence except for one half hour before and after your approved employment, public service work or any other special activities approved by your community control officer

10 submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances

11 maintain an hourly accounting of all your activities on a daily log which you will submit to your community control officer upon request

12 participate in self improvement programs as determined by the court or your community control officer

k __ you shall comply with the following special conditions of community control

_____ 1 Spend _____ in custody of Broward County Sheriff and comply with all rules of the institution in which you were placed with credit for _____ days time served

_____ 2 Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof

_____ 3 Spend _____ weekends, 8 00 a m. to 5 00 p m , participating in any special work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer

_____ 4 You will attend and successfully complete the following rehabilitation program to be selected by your community control officer or such other entity that may be determined by the Court and you will continue that program until no longer deemed necessary by your community control officer or the Court Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff

_____ (a) an in-patient _____ alcohol, _____ drug, _____ psychological program

_____ (b) an out-patient _____ alcohol, _____ drug, _____ psychological program

_____ (c) _____ program _____

_____ (d) submit to evaluation for counseling or placement in a _____ alcohol, _____ drug, _____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation (Upon request the Court will grant a hearing in the event of a dispute)

_____ (e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the community control officer or the Court

_____ 5 You will submit to urinalysis, breathalyzer or blood tests at any time requested by your officer or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances You shall be required to pay for such tests unless otherwise waived by your officer

_✓_ 6 Not use or possess alcoholic beverages for any purpose or drugs

_____ 7 Not drive or operate a motor vehicle except _____

_____ 8 Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer

_____ 9 Pay public defender's fee in the sum of $_____ on a schedule to be determined by the community control officer

_____ 10 Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the community control officer

_✓_ 11 Perform 50.3 hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization _____ in lieu of additional conditions of community control

_____ 12 You will obtain a G E D , or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows _____

_____ 13 You will not associate, communicate or have any contact with _____

_____ 14 You will submit to electronic monitoring of your whereabouts as required by the Florida Department of Corrections and will reimburse the State of Florida Electronic Monitoring Trust Fund as provided by 945 30(1), F S , at a rate of $30 per month

_✓_ 15 Other 2 yr. Drivers Lic. Suspension; NA/AA min. 5x/week

I The Court reserves the right to rescind, modify or revoke community control to the extent provided by law

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 13th day of July , 19 95

nunc pro tunc, _____

_____
JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my community control I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit, 10 West Las Olas Boulevard, for further instructions Also, I hereby consent to the disclosure of my alcohol & drug abuse patient records, the confidentiality of which is federally regulated under 42CFR, part II, for the duration of my supervision

_____                                    Brenda Cooley
Defendant                                      Instructed by

CLERK'S COPY

**THE CIRCUIT COURT FOR
BROWARD COUNTY, FLORIDA**

CASE NO.: *95-6692 CF10*

JUDGE:   SPEISER

**STATE OF FLORIDA**    :

   **VS.**    :

*Roy S. Livermore*    :

**ORDER SETTING CASE FOR TRIAL
AND STATUS CONFERENCE**

UPON THE COURT'S MOTION, IT IS ORDERED AS FOLLOWS

1. THE TRIAL OF THIS CASE IS SET FOR _9:00 A_ M, THE _31st_ DAY OF _July_, 199 _5_, IN COURTROOM _5900_ OF THE BROWARD COUNTY COURTHOUSE

2. A CONFERENCE CONCERNING THE STATUS OF THIS CASE WILL BE HELD AT _9:00 A_ M, THE _13th_ DAY OF _July_, 199 _5_ IN _COURTROOM 5900_

THE MATTERS AND QUESTIONS TO BE DISCUSSED, ANSWERED AND RESOLVED AT THE STATUS CONFERENCE ARE

HAS ALL DISCOVERY BEEN COMPLETED?

ARE ANY PRE-TRIAL MOTIONS UNRESOLVED?

CAN THE CASE BE RESOLVED OTHER THAN BY TRIAL?

ARE BOTH SIDES READY FOR TRIAL?

THE ANTICIPATED LENGTH OF TRIAL, NUMBER OF WITNESSES
   AND UNUSUAL QUESTIONS OF LAW OR LOGISTICS.

ANY AND ALL OTHER MATTERS RELEVANT TO THE DISPOSITION OF THE CASE

3. THE DEFENDANT, THE DEFENDANT'S ATTORNEY AND THE ASSISTANT STATE ATTORNEY IN CHARGE OF THE CASE SHALL BE PRESENT AT THE STATUS CONFERENCE

THE SPECIFIC PURPOSE AND INTENT OF HOLDING THE STATUS CONFERENCE IS TO DETERMINE WHETHER OR NOT THIS CASE WILL BE TRIED OR RESOLVED WITHOUT A TRIAL ALL PARTIES WILL COOPERATE TO ACCOMPLISH THIS PURPOSE THE STATUS CONFERENCE MAY BE CANCELLED ONLY IF THE CASE IS SETTLED AND BOTH SIDES AGREE TO THE CANCELLATION IF EITHER SIDE REQUESTS A CONTINUANCE OF THE TRIAL, A MOTION MUST BE FILED IN WRITING AT OR BEFORE THE STATUS CONFERENCE STATING THE SPECIFIC REASONS FOR THE REQUESTED CONTINUANCE (SEE FRCRP 3.190 (G))

DONE AND ORDERED ON _____ 199 _5_

X_____

_____
CIRCUIT JUDGE

## COPIES FURNISHED

IN OPEN COURT          BY MAIL

_____ Defendant        X

_____ Def Atty         X

X State Atty

_____ Bondsman

White = CLERK, Yellow = DEFENDANT, Green = DEFENDANT'S ATTORNEY, Pink = STATE ATTORNEY, Goldenrod = BONDSMAN

BC 108 (Rev 12/89)

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NUMBER: 95-6692CF10A

STATE OF FLORIDA
        Plaintiff
vs

ROY S. LIVERMORE,
        Defendant.
_____/

## WRITTEN PLEA OF NOT GUILTY

COMES NOW the Defendant, Roy S. Livermore, by and through his undersigned attorney, pursuant to Florida Rules of Procedure and informs the Court that:

1.   That the Defendant hereby enters a plea of Not Guilty in the above styled cause, and demands trial by Jury.

2.   That the Defendant further requests that the Clerk of the Court notify, in writing, the undersigned counsel of the time and date of the next Court appearance of the accused, and before which Judicial Officer.

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted to the Clerk of the Court, Broward County Courthouse 201 Southeast 6th Street, Fort Lauderdale, Florida 33301; The State Attorney's Office, 201 Southeast 6th Street, Room 640, Fort Lauderdale, Florida 33301, this /8 day of May, 1995.

THE LAW OFFICE OF ROBERT B. HALLERAN and ASSOCIATES, P.A.
1250 E. Hallandale Beach Blvd.
Suite 901
HALLANDALE, FLORIDA 33009
1-305-458-7700

Robert B. Halleran, Esq.
Florida Bar Number: 274259