CASE NO. 81-3389 CF

SU_____DIRECT_____CR_____ JUDGE_____ MOE

BARTH/ALBURY
PL

# CIRCUIT COURT
# CRIMINAL
## COUNTY OF BROWARD
## STATE OF FLORIDA
### VS.

Roy Steven Livermore

3-31-81 SHERIFF'S NO. PL81-0369 / BS81-2216 / BS81-4821

INFORMATION FOR Possession of Methaqualone 893.13(1)e

JUN 25 1981 → GARY KOLLIN    JUL 27 1981 Calvin Taylor

ATTORNEY APR 23 1981 PD CARLOS RODRIGUEZ

WM 1-14-63
DEFENDANT'S ADDRESS 5261 NW 12 St Lauderhill, FL

SURR 4-1-81

FILED: APR 20 1981    BOND 1850    RETURN 4-9-81

CAPIAS APR 20 1981 RA.    ALIAS_____ PLURIES_____

APPEARANCE AND ARRAIGNMENT APR 23 1981

PLEA APR 26 1981    GUILTY ✓    NOT GUILTY_____ NOLO_____

WAIVER OF JURY _____

TRIAL DATE_____AT_____M.

ACQUITED BY JURY _____ ACQUITTED BY COURT _____

CONVICTED BY JURY _____ CONVICTED BY COURT _____

ADJUDICATED _____ WITHHELD ADJUDICATION APR 23 1981

SENTENCE & ADJUDICATION DEFERRED UNTIL _____

SENTENCE Probation EIGHTEEN (18) months Pay $70 Court Cost
PROBATION Revoked JUL 27 1981 NEW SENTENCE: 3½ years
Probation (Special Conditions) Complete Spectrum Program

BOND ESTREATURE _____ VACATED _____

NOLLE PROSEQUI _____ PER _____

NO INFORMATION _____ PER _____

ARRAIGNMENT RESET 4-23-81    RESET _____ RESET _____

_____ SET FOR DOCKET SOUNDING _____

ISSUE COMMITMENT STATE PRISON _____

# CASE PROGRESS

APR 23 1981

APR 23 1981

APR 23 1981

APR 23 1981

JUN 25 1981

JUN 25 1981 FIRST HRG VIOLATION OF PROB - DEF PLED NOT GUILTY

JUN 25 1981 FILE DEF'S OATH OF INDIGENCY & ORDER
APPOINTING P.D. OFFICE — PRESENT

JUN 25 1981 File & Record Hrg Proceeding Book 364 2/035

2/9/81 NOTICE OF T. D. MAILED TO

6/11/0 FILE AFFIDAVIT
ISSUE WARRANT
VIOLATION OF PROBATION

JUL 27 1981 File Hearing Held on Violation of Probation

JUL 27 1981 Final Hearing - Violation Probation CR N Williamson

JUL 27 1981 File + Record Order of Probation Bonded CFM3 365 Pg 298

JUL 27 1981 File + Record Order of Probation CFM3 PG

JUL 27 1981 File Dispo Slip

File + Record Hrg Proceeding BK 364 PG 2027

6/29/81 — FILE TRANSPORT ORDER

1/5/1982 FILE DYE PROBATION ORDER.

| COUNT NO. | OFFENSES CHARGED | C.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | WARRANT — Vio. of PROBATION | 81-3389CF |
| | | |
| | | |
| | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared _CALHOUN  JACK  GEORGE_ who being first duly
sworn deposes and says that on the _23_ day of _JUNE_ 19_81_ at _544 NW 19TH, LAUDERHILL_

the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

AFFIANT, A SWORN DEPUTY OF BROWARD COUNTY, PLACED
ABOVE DEFENDANT UNDER ARREST BY VIRTUE OF ABOVE
CAPIAS/WARRANT.

Sworn to and subscribed before me,
the undersigned authority, this
_____ day of _____ 19____

**TITLE**
DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASS'T. ST. ATTY.

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
FLORIDA

I swear the above statement is correct and true
to the best of my knowledge and belief.

OFFICER'S/AFFIANT'S SIGNATURE/CCN

FIRST APPEARANCE/ARREST FORM

| | | | |
|---|---|---|---|
| LIVERMORE | ROY | STEVEN | ROY |
| M | 130 | Haz | Lt.Bro Med | 18 | | 14 Jan 63 | Ft. Lauderdale, Fla. |

4241 N.W. 12th Street  Lauderhill, Fla.

| SCARS, MARKS, TT | | PLACE / EMPLOYMENT | LENGTH |
|---|---|---|---|
| N/A | | Livermore Tile & Stone | 9 years |

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY | CCN | READINGS | PLACE OF ARREST |
|---|---|---|---|---|
| 18 years | N/A | N/A | N/A | 5605 West Sunrise Blvd   Plantation |

| DATE ARRESTED | TIME ARREST | ARRESTING OFFICERS | CCN | OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT |
|---|---|---|---|---|---|---|---|---|
| 31 Mar 81 | 2231 | Barth/Albury | PL7412 PL7202 | Y☐ N☒ | / | Inv | / | 3-11 |

| UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER | CCN | PICK UP TIME | ARRIVAL TIME AT BSO |
|---|---|---|---|---|
| Albury/Barth | Albury/Barth | Same | | |

VEHICLE TOWED TO

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION) | ADDRESS | PHONE |
|---|---|---|
| State of Florida   7051 N.W.4th Street   Plantation Florida | | 475-2100 |

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | F.S.S.856.011 DISORDERLY INTOXICATION | |
| 1 | F.S.S.893.13 (2)(c) POSSESSION OF METHAQUALONE | |

NOT LEGIBLE FOR MICROFILMING

## PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared ALBURY   RICHARDSON   BASIL   JR. (LAST   FIRST   MIDDLE) who being first duly

sworn deposes and says that on the 31 day of March 19 81 at 5605 West Sunrise Blvd.   Plantation (CRIME LOCATION)

the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows: Defendant was observed staggering and bumping into patrons at the FAIRLANES BOWLING ALLEY, located at 5605 West Sunrise Blvd., and making a general nuisance of of himself. The above named officers arrested Subject Livermore and escorted same outside of bowling alley, where a search of subject was made with the above named officers finding (43) FORTY-THREE LEMMON 714 TABLETS, in both front pockets. Subject Livermore was also charged at scene with the possession of controlled substances and transported to the Plantation Police Department.

NOT LEGIBLE FOR MICROFILMING

Sworn to and subscribed before me, the undersigned authority, this 31 day of March 19 81

I swear the above statement is correct and true to the best of my knowledge and belief.

DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASS'T ST.ATTY.

OFFICER'S/AFFIANT'S SIGNATURE

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

FIRST APPEARANCE/ARREST FORM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| ROY STEVEN LIVERMORE | POSSESSION OF METHAQUALONE |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

ROY STEVEN LIVERMORE

on the 31st day of March A.D. 19 81, in the County and State aforesaid.

did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Methaqualone, contrary to F.S. 893.03 (2)(c)(5) and F.S. 893.13(1)(e),

GVN/km/4/20/81

ORDER WITHHOLDING ADJUDICATION OF GUILT AND PLACING DEFENDANT ON PROBATION

**STATE OF FLORIDA** in the ............................ Court

in and for THE SEVENTEENTH JUDICIAL CIRCUIT
_____ Plaintiff        in and for BROWARD _____ County, Florida

— vs. —

ROY S. LIVERMORE                                    Case No. 81-3389 CF
_____
Defendant

This cause coming on this day to be heard before me, and you, the defendant, _____

Roy S. Livermore _____ , being now present before me, and you

having:
- [X] ENTERED A PLEA OF GUILTY TO
- ~~ENTERED A PLEA OF NOLO CONTENDERE TO~~
- ~~BEEN FOUND GUILTY BY THE VERDICT OF A JURY OF~~   BOOK 362 PAGE 1233
- ~~BEEN FOUND GUILTY BY THE COURT TRYING THE CASE WITHOUT A JURY OF~~

the offense of ................ POSSESSION OF METHAQUALONE ................................

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should presently be adjudged guilty and suffer the penalty authorized by law;

Now, therefore, it is ordered and adjudged that the adjudication of guilt and imposition of sentence are hereby withheld, and that you are hereby placed on probation for a period of __eighteen (18) months__ , under the supervision of the Department of Corrections and its officers, such supervision to be subject to the provisions of the laws of this State.

It is further ordered that you shall comply with the following conditions of probation:

(1)  Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2)  You will pay to the State of Florida the amount of Ten Dollars ($10) per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.

(3)  You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4)  You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

(5)  You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6)  You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(7)  You will work diligently at a lawful occupation and support any dependents to the best of your ability as directed by your Probation Officer.

(8)  You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9)  Defendant must submit to an evaluation for placement in a drug rehabilitation program selected by probation officer and if deemed necessary complete said program successfully.

(10)  Defendant must submit to an evaluation for placement in a alcohol rehabilitation program selected by probation officer and if deemed necessary complete said program successfully.

STATE OF FLORIDA, BROWARD COUNTY
This instrument recorded in
MINUTES CIRCUIT COURT THIS
28 day April 19 81
NUNC PRO TUNC: 4-23-81
362 Page 1233
ROBERT E. LOCKWOOD, Jr.
By _____

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation, adjudge you guilty and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT, this the __23rd__ day of __April__ , 19 __81__ .

_____
Judge
Leroy H. Moe

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: 4-23-81

Instructed by: Teresa Bates                    Roy S. Livermore
                                              Probationer
Original Court
Clerks    Probation   T. Baker/T. Baker        Roy S. Livermore
PO    File            Arrest# BS81-2216
                      DOC# 639659 17-0          DC4-900B
                                                Rev. 7/76

BSO                                              81-393 F.
POLICE DEPARTMENT                    YOUR CASE NO.

The Broward County Sheriff's Department is in receipt this date of an Arrest
Warrant (Capias) charging the above mentioned with _____

Violation of Probation
CHARGES

The information provided by you in the Warrant Application Sheet does not
have sufficient identifiers of the individual named.

NO WANTED entry may be made into the Florida Crime Information Center (FCIC)
or the National Crime Information Center (NCIC) WITHOUT ALL of the following
identifiers of the defendant:

Please provide:          NAME Roy Steven Livermore

                         Date of Birth: _____ RACE White

NOT LEGIBLE FOR          SEX Male  HEIGHT 5'8  WEIGHT 135
MICROFILMING
                         COLOR OF HAIR brown      EYES hazel

It is necessary that the police officer who will eventually make the arrest
on this warrant be assured that the person arrest is the person named.
Please provide as many of the following identifiers as you can possibly
determine:

(a)  Photograph Identification: BSO Jacket or Arrest # BS81-291 lc

     Your Dept. Arrest # _____ (Attach Photo)

(b)  Alias: _____       (c) FBI # _____

(d)  Soc Sec # _____    (e) Drivers License # _____

(f)  Miscellaneous NO (Type) _____ (g) Fingerprint classifications _____

(h)  1.  Current Address and Phone # 5261 N.W. 12th Street
         Lauderhill, Fla

     2.  Last reported address and Phone # 5261 N.W. 12th Street
         Lauderhill, Fla

(i)  1.  Place of Employment, address and Phone # Livermore Tile & Stone
         5261 N.W. 12th Street   (j) Type of Occupation: _____
         Lauderhill
     2   Previous Employment, Address and Phone # _____
                                  (j) Type of Occupation: _____

(k)  Vehicle Identification: M _____ Type _____ Year _____

     Color _____ Tag # _____ Vin # _____

(l)  Other identifiers: _____

(m)  Victim Info: Name _____ Address _____
                                  Phone # _____

(n)  Comments: _____ NOT LEGIBLE
                     MICROFILMING

                                      EDWARD J. STACK, SHERIFF

Teresa A Baker                   By: _____
Signature - Filing Officer
                                 DATE: _____
DATE: 10-11-81

PHOTO

NOT LEGIBLE FOR
MICROFILMING



| COURT COPY | | BOOKING DESK |
|---|---|---|

**SHERIFF'S DEPARTMENT**
**BROWARD COUNTY, FLORIDA**

| Print Clearance | | Teletype |
|---|---|---|
| | | In    Out |

| Booking Number | Offense Report No. | CCN | Filing Agency | Booking Sheet Control Date & Time |
|---|---|---|---|---|
| BS81-4871 | BSLH-810614 | 11084484 | BS | 06-23-81  02:55  01  OF  01 |

| Last Name | First | Middle | SSN | Wanted | Probation |
|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN | | | YES |

| Alias Last Name | First | Middle | Drivers License Number | State |
|---|---|---|---|---|
| | | | | |

| Street/Nik Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St. Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ROY | W | M | 508 | 130 | HAZ | BRN | CD | 18 | | | FL |

| Permanent Address | | Bldg. | Apt. | City | St. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| 5261 NW  12TH  ST | | | | LAUDERHILL | FL | 17 | 0 |

| Local Address | | Bldg. | Apt. | City | St. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| 5261 NW  12TH  ST | | | | LAUDERHILL | FL | 17 | 0 |

| Ept. | Heart | Hemo. | Diab. | Algy. | Ulcer | TBP | VDP | Mental | Narc. | Narc/W | AL/W | AMP | GDH | Armed | Dang. | Resist | Rabbit | Suic. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | YES | | | | | | |

Scars, Marks, Tattoos
NONE VIS

| Employer | Occupation |
|---|---|
| UNEMPLOYED | LABORER |

| Prints | Blood Alcohol | Vehicle Towed | Rights | Phone Call | Pers. Prop. Bin No. | Place of Arrest (Address) |
|---|---|---|---|---|---|---|
| YES | | | YES | | 776 | 5446 NW 19TH ST |

| Arrest Date | Arrest Time | Arresting Officer | CCN | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 06-23-81 | 02:00 | CALHOUN  J | BS2684 | NO | 621 | 4 | 1 | A |

| Unit No. | Transporting Officer | Pick Up Time | Arrival Time | U.S. Vet | Discharge |
|---|---|---|---|---|---|
| | | | | | |

| Booking Date | Booking Time | Booking Officer | CCN | Add Charge Date | Officer | CCN |
|---|---|---|---|---|---|---|
| H 06-23-81 | 02:38 | NOCHOMSON  L | BS2419 | — | | |

| Date | Offense/s | Florida Statute Number | Caplas/Warrant Number | Bond |
|---|---|---|---|---|
| 06-23-81 | 1 VIOL OF PROBATION | DIV.FE | 81-3389CF | N/B |

NOT LEGIBLE FOR
MICROFILMING

SUBJECT PASSED OUT BOOKED BY P.C.

Personal Medical Insurance

PL81-369

| Release Reason | Released By | Released | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Booking Number | Last Name | First Int. | Booking Number | Last Name | First |
|---|---|---|---|---|---|
| BS81-4871 | LIVERMORE | ROY | BS81-4871 | LIVERMORE | ROY |

| Date | Time | Sex | Race | Date of Birth | Bin Number | Date | Time | Sex | Race | Date of Birth |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-23-81 | 02:38 | M | W | | 776 | 06-23-81 | 02:38 | M | W | |

| Currency | Watch | Keys | Pen | Comb | Glasses | Credit Card | Ring | Booking Officer | Ept. | Heart | Hemo. | Diab. | Algy. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.00 | | 02 | | | 01 | | | NOCHOMSON  L BS2419 | | | | | |

| Pipe | Belt | Lighter | Purse | Wallet | Miscellaneous | Ulcer | TBP | VDP | Mental | Narc. | Narc/W | AL/W | AMP | GDH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 01 | | | 0104  N PROPERTY BR | | | | | | | | | YES |

| | | Other | |
|---|---|---|---|
| G/MATCHES | | | |

| | Vehicle Towed By | VIOL OF PROBATION | N/B |
|---|---|---|---|

| Arresting Officer | Prisoner's Signature | |
|---|---|---|
| | | |

DEPARTMENT OF CORRECTIONS

# AFFIDAVIT
## VIOLATION OF PROBATION

AT LARGE

Before me this day personally appeared _____ TERESA A. BAKER _____

_____ who, being first duly sworn

says that _____ Roy S. Livermore _____ hereinafter referred to as the probationer,

was on the 23rd day of _____ April _____ A. D. 19 81 placed on probation for the

offense of _____ Possession of Methaqualone _____

eighteen

in the _____ Circuit _____ Court of _____ Broward _____ County, for a term of (18) months

in accordance with the provision of Chapter 948, Florida Statutes.

Affiant further states that the probationer has not properly conducted h_im_self, but has violated the

conditions of h_is_ probation in a material respect by

Violation of Condition (5) Order of Probation, by failing to remain
at liberty without violating any law, in that, on 5-23-81, in Broward
County, Florida, he did then and there unlawfully commit an act which
constituted a breach of peace or affected the peace and quiet of
persons who witnessed it, to wit:  disorderly conduct;

AND, on 5-23-81, in Broward County, Florida, he did unlawfully have
in his actual or constructive possession a controlled substance,
to wit:  marijuana;

AND, on 5-23-81, in Broward County, Florida, he did unlawfully resist,
obstruct or oppose Officer Michael Illes, a duly qualified and legally
authorized law enforcement officer of the Broward Sheriff's Office,
Broward County, Florida, by resisting with violence while he was
engaged in lawful execution of a legal duty, to wit: the arrest and
detention of the probationer for the offenses of disorderly conduct
and possession of marijuana.

_Teresa A Baker_

Probation Officer
TERESA A. BAKER

Sworn to and subscribed before me this ___ day of _____ June _____ A. D. 19 81

(1)     Judge of the _____ Court

in and for _____ County

OR

(2)     Notary Public

State of Florida at Large for _____ County

NOTARY PUBLIC STATE OF FLORIDA AT LARGE
MY COMMISSION EXPIRES MAY 8 198_
BONDED THRU GENERAL INS. UNDERWRITERS

STATE OF FLORIDA
VS
ROY S. LIVERMORE
                          Defendant

in the          CIRCUIT          Court
in and for  THE SEVENTEENTH JUDICIAL CIRCUIT
in and for _____ BROWARD _____ County, Florida

No. _____ 81-3389 CF _____

BOOK 365 PAGE 298

## Order of Revocation of Probation

THIS CAUSE coming on to be heard, and being heard in the Spring, 1981 term of this Court
before the Honorable _____ Leroy H. Moe _____ , Judge, and it appearing
that _____ ROY S. LIVERMORE _____ , hereinafter referred to as the aforesaid, on
the 23rd day of April , A.D. 19 81 , entered a plea of Guilty
to the offense of POSSESSION OF METHAQUALONE

in the Circuit Court of Broward County, which Court withheld adjudication
of guilt, suspended the imposition of sentence and placed the aforesaid on probation for a term of
eighteen (18) months , in accordance with the provisions of Chapter 948,
Florida Statutes, and

It further appearing that the aforesaid has not properly conducted himself, but has violated the
conditions of his probation in a material respect by

Violation of Condition (5) Order of Probation, by failing to remain at liberty
without violating any law, in that, on 5-23-81, in Broward County, Florida, he
did then and there unlawfully commit an act which constituted a breach of peace
of affected the peace and quiet of persons who witnessed it, to-wit: disorderly
conduct.

AND, on 5-23-81, in Broward County, Florida, he did unlawfully have in his actual
or constructive possession a controlled substance, to-wit: Marijuana.

STATE OF FLORIDA, BROWARD COUNTY.
This instrument recorded in
MINUTES CIRCUIT COURT THIS
_____ day aug 19 81
NUNC PRO TUNC: 7-27-81
365 Page 298 Record Verified.
ROBERT E. LOCKWOOD, Clerk
By _____ D.C.

IT, THEREFORE, IS ORDERED AND ADJUDGED that the probation of the aforesaid

DONE AND ORDERED IN OPEN COURT

IN THE CIRCUIT COURT IN AND FOR
BROWARD COUNTY, FLORIDA

JUDGE ___LEROY H. MOE___

CASE NO. ___81-3289CF10___

STATE OF FLORIDA )

VS. )

ROY STEVEN LIVERMORE )

_____ )

_____ )

_____ )

CHARGE(S) ___POSSESSION OF METHAQUAL___

(Violation of probation Hearing)

DATE ___JULY 27,1981___

BOOK _364_ PAGE _2039_

## HEARING PROCEEDING

This case being called for a hearing on State/Defense Motion(s)

___FOR VIOLATION OF PROBATION   (FINAL HEARING)___,

the Defendant was/was not present in open Court with/without counsel.

___CAROLE TAYLOR___ Esq.  The Prosecution was

represented by ___ALAN BELL___, Esq.  Court

Reporter, _____, was present to record proceeding.

The following witnesses were duly sworn and testified in this cause:

PROSECUTION                    DEFENDANT

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

After due consideration, and being fully advised in the premises, the

Court

_____ /s/ REVOKED PRESENT PROBATION, NEW SENTENCING PLACING
DEFENDANT ON 3½ YEARS PROBATION. WITH THE SPECIAL CONDITIONS.
TO COMPLETE SPECTRUM PROGRAM AS ORDERED BY COURT.

DENIED the Motion /s/ _____

_____

DEFERRED RULING on _____

STATE OF FLORIDA, BROWARD COUNTY
This instrument filed for record
on __7-29-81__, and
Recorded in CIRCUIT COURT MINUTES
BOOK _364_ PAGE _2037_. Record
Verified.
ROBERT E. LOCKWOOD, Clerk

BY: _____, D.C.

BY: _____
JAN AUSTIN
Deputy Clerk

STATE OF FLORIDA,
Plaintiff

- vs -

ROY S. LIVERMORE
Defendant

In the _____ CIRCUIT _____ Court
in and for the _____ JUDICIAL CIRCUIT
in and for _____ BROWARD _____ County, Florida

Case No. _____ 81-3389 CF _____

This cause coming on this day to be heard before me, and you, the defendant, _____
Roy S. Livermore _____, being now present before me, and you

ENTERED A PLEA OF GUILTY TO
~~ENTERED A PLEA OF NOLO CONTENDERE TO~~
~~BEEN FOUND GUILTY BY THE VERDICT OF A JURY OF~~
~~BEEN FOUND GUILTY BY THE COURT TRYING THE CASE WITHOUT A JURY OF~~

the offense of _____ POSSESSION OF METHAQUALONE _____

BOOK **365** PAGE **974**

the court hereby adjudges you to be guilty of said offense; and

It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should suffer the penalty authorized by law;

Now, therefore, it is ordered and adjudged that the imposition of sentence is hereby withheld, and that you are hereby placed on probation for a period of **three and one-half (3 1/2) years** under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

It is further ordered that you shall comply with the following conditions of probation:

(1) Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2) You will pay the State of Florida the amount of Ten Dollars ($10) per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4) You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

(5) You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(7) You will work diligently at a lawful occupation and support any dependents to the best of your ability, as directed by your Probation Officer.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9) Attend and participate in the Spectrum House Residential Drug Program, until successfully completed or no longer deemed necessary by probation officer.

STATE OF FLORIDA, BROWARD COUNTY
This instrument recorded in
MINUTES CIRCUIT COURT THIS
20 day Aug 19 81
NUNC PRO TUNC: 7-27-81
365 Page 974 Record Verified.
ROBERT E. LOCKWOOD, Clerk
By S. Tucker D.C.

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation, you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT, this the ____27th____ day of ____July____, 19 81.

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

DATE: 7-27-81

Roy S. Livermore

NOT LEGIBLE FOR MICROFILMING

COURT COPY    BOOKING CLERK

## SHERIFF'S DEPARTMENT
### BROWARD COUNTY, FLORIDA

| Booking Number | Offense Report No. | CCN | Filing Agency | Booking Sheet Control Date & Time |
|---|---|---|---|---|

Print Clearance    Telephone

| Last Name | First | Middle | SSN | Wanted | Probation |
|---|---|---|---|---|---|
| LIVERMORE | ROY | STEVEN | | | |

| Alias Last Name | First | Middle | Drivers License Number | State |
|---|---|---|---|---|

| Arrest/Nik Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Place of Birth | St. Cit. |
|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | | | | BRN | | 18 | | |

| Permanent Address | Bldg. | Apt. | | St. | Yrs. | Mths. |
|---|---|---|---|---|---|---|

| Local Address | Bldg. | Apt. | City | St. | Yrs. | Mths. |
|---|---|---|---|---|---|---|

| Epi. | Heart | Hemo. | Diab. | Algy. | Ulcer | TBP | VDP | Mental | Narc. | NarcW | AL/W | AMP | GDH | Armed | Dang. | Resist | Rabbit | Suic. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos
NONE VISIBLE

| Employer | Occupation |
|---|---|
| LIVERMORE TILE AND STONE | LABORER |

| Prints | Blood Alcohol | Vehicle Towed | Rights | Phone Call | Pers. Prop. Bin No. | Place of Arrest (Address) |
|---|---|---|---|---|---|---|
| | | | YES | | | FOURTH BEAR |

| Arrest Date | Arrest Time | Arresting Officer | CCN | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| | | BRADSHAW | | | | | | |

| Unit No. | Transporting Officer | Pick Up Time | Arrival Time | U.S. Vet | Discharge |
|---|---|---|---|---|---|

| Booking Date | Booking Time | Booking Officer | CCN | Add Charge Date | Officer | CCN |
|---|---|---|---|---|---|---|

| Date | Offense/s | Florida Statute Number | Copias/Warrant Number | Bond |
|---|---|---|---|---|
| | POSS METHAQUALONE | | | |

NOT LEGIBLE FOR MICROFILMING

#PC81-369

Personal Medical Insurance

| Release | Date Released | Time Released |
|---|---|---|

| ID Number | Last Name | First |
|---|---|---|
| | LIVERMORE | ROY |