CASE NUMBER _92-18837CF10_ JUDGE DIVISION _____ **FB**

WARRANT _____ SUMMONS _____ NIC CAPIAS _____

# CIRCUIT COURT - CRIMINAL
## COUNTY OF BROWARD/STATE OF FLORIDA
## VS.

_Richard Livermore_

A/K/A _____ RACE ____ SEX ____ DOB ____

ADDRESS _____

INFORMATION FOR _Poss Cocaine NI_

FILING DATE _____ NO INFO _OCT 15 1992_ PER _MEN_

ARREST DATE _____

ARREST NUMBER _____

BOND AMT _____ AGENCY _B+S  10-8-92_ DISCHARGED _OCT 15 1992_

BOND AMT _____ AGENCY _____ DISCHARGED _____

ARRAIGNMENT _____ RESET _____ RESET _____ RESET _____

GUILTY _____ NOLO _____ STOOD MUTE/NOT GUILTY/BY CT _____

NOT GUILTY _____ WRITTEN PLEA _____ WAIVER OF JURY _____

TRIAL DATE _____

ACQUITTED BY JURY _____ ACQUITTED BY COURT _____

CONVICTED BY JURY _____ CONVICTED BY COURT _____

ADJUDICATED _____ WITHHELD ADJUDICATION _____

_____ SENTENCE & ADJ DEFERRED TO _____ PSI ____

SENTENCE _____

NOLLE PROS _____ PER _____ DISCHARGE _____ DISMISS _____ SPEEDY____

STATE PRISON COMMITMENT _____ BY _____ , D.C.

IT IS UNLAWFUL TO REMOVE THIS FILE OR ANY OF ITS CONTENTS FROM THE CLERK'S OFFICE WITHOUT LEAVE OF THE COURT (F.S 28.13)

Livermore, Richard

92018837

*92018837CF10*





# CASE PROGRESS

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/PC/INDICTMENT TO ATTORNEY ON: _____

_____ DEF. ALLOWED _____ DAYS TO FILE MOTIONS. _____

10-7-92 MAGISTRATE HEARING HELD
           PROBABLE CAUSE FOUND

IN THE COUNTY/CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

ARREST DATE: _10-8-92_____ #LH (2-1437____
AGENCY: ___N_BSO____ OFFICER: ___J._PICO___
O.R. # _____LH_(2-101059_____

STATE OF FLORIDA,

           Plaintiff,

vs.    RICHARD LIVERMORE

           Defendant.

**ANNOUNCEMENT OF NO INFORMATION**

*92 - 18837/FB*

## TO THE CLERK OF THE ABOVE-STYLED COURT:

The above Defendant was arrested on the charges listed in Paragraphs "A" and/or "B".

[ ] A. **NO INFORMATION** The State hereby announces a No Information on the following charge(s): _____

------------POSS-OF-COCAINE-(F)------------------------------------------------

[ ] B. **INTENTION TO FILE** The State is in the process of filing an Information on the following charge(s): _____

_____

_____

[ ] C. The State will file **NO CHARGE(S)** in this matter.

The State requests that the above-named Defendant be immediately discharged from custody on all charges appearing in Paragraph "A" above.

DATED this ____15__ day of_____OCTOBER_____, A.D. 19 _92_____.

MICHAEL J. SATZ
State Attorney

By: _____
          MARK HORN/db
Assistant State Attorney    FL Bar #_____

[ ] _____ Broward County Courthouse
    201 Southeast Sixth Street

[ ] Courthouse Square Building, Suite 600
    200 Southeast Sixth Street
Fort Lauderdale, Florida 33301
Telephone: (305) _____

_____ Satellite Courthouse

_____,Florida
Telephone: (305) _____

Rev 9/91           **ORIGINAL-CLERK**           #089

**SHERIFF'S OFFICE**
**BROWARD CO., FL**

NOT LEGIBLE FOR MICROFILMING

LH921437

COURT COPY

| OBTS Number | Print Clearance | | Name Search | | Teletype | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 09/06/00 | | | |

| Arrest Number | Offense Report Number | | BCCN Number | | | Booking Sheet Control Date & Time | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LH921437 | LH-92101 050 | | | | | 10/08/92 01:48 | | | | |

| Last Name | First | | Middle | SSN | | | Probation | Parole | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | | | | | | | | |

| Alias Last Name | First | | Middle | Driver's License | | State | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes   No | | | | | | |

| Street/Nickname | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./Cnty. | Cit. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 5'04 | | | | | | | | | |

Scars, Marks, Tattoos

TAT RIGHT ARM

| Permanent Address | | Bldg. | Apt. | City | St./Cnty. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| | | | | LAUDERHILL | FL | 00 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | | 0 | YES | 34 | | 305-593-211 | NO |

| GDH | Other Medical |
|---|---|
| | TO BE SCREENED BY NURSE |

| Employer | Occupation |
|---|---|
| SELF EMPLOYED | TILE SETTER |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| | .00 | | | LH | NW ST AVE & 14 PL |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| | | RICH J | LH4336 | NO | 60 | 664 | C | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | | I.D. Number |
|---|---|---|---|---|---|---|
| | 01:48 | BENOIT | BC4727 | | | |

| Date | Charges | MogCode/comments | Copies/Warrant Number | Bond |
|---|---|---|---|---|
| | POSSESSION OF COCAINE | SFY | | 1000.00 |

4823

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No. | Last Name | First | Unattended Children? |
|---|---|---|---|
| LH921437 | LIVERMORE | RICHARD | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Resist | Robb | Suic. | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | M | W | 02/15/54 | | | | | | | |

| Bin No. | P-Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| | | | |

| Currency $ | Language msg: |
|---|---|
| | DETAINEE SPEAKS ENGLISH |

**COMPLAINT AFFIDAVIT**
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

PG 1 OF 3  ☒ ARREST FORM

BROWARD COUNTY ARREST NO. LH92 1437

OBTS. NO.

| FILING AGENT | OFFENSE | LOCAL I.D. NO. | FDLE | FBI | SID NO. |
|---|---|---|---|---|---|
| B.S.O. | LH92-10-1059 | 92 OCT 8 A1:93 | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | | | |

| RC | SEX | HGT | EYES | HAIR | WGT | COMP | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT. |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 5-09 | HAZ | BRO | 160 | MED | 38 | | REFUSED | LION RIGHT ARM |

PERMANENT ADDRESS: 5261 NW 12 ST. LAUDERHILL, FL

LOCAL ADDRESS: SAME AS PERMANENT

PLACE OF EMPLOYMENT: REFUSED

| RESIDENCE TYPE: | (1) CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE |
|---|---|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY/CCN | READING | PLACE OF ARREST | DATE/TIME ARRESTED | ARRESTING OFFICER(S) CCN |
|---|---|---|---|---|---|
| REFUSED | | | NW 55 AVE & 14 PL | 10/8/92 2355 | PICO, J 4386 |

| OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|
| Y ☐ N ☒ | 80 | 04 | | C | | | TIME ARRIVED AT BSO | C |

ATTACH DEFENDANT'S PHOTO

DEFENDANT'S VEHICLE-MAKE _____ TYPE _____ YEAR _____ COLOR _____ VIN. NO. _____

VEHICLE TOWED TO _____ TAG NO. _____ OTHER IDENTIFIERS OR REMARKS _____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLA | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | POSS. OF COCAINE | | 893.13 |
| | | | |
| | | | |
| | | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared PICO JOSE L. who being first duly sworn deposes and says that on 08 day OCT 19 92 at 1100 BLL NW 55 AVE. LH (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

THE DEF. WAS OBSERVED RUNNING FROM AN AREA WHERE NUMEROUS AUTO THEFT AND BURGLARY CONVEYANCE HAVE OCCURRED OVER THE PAST MONTH (TREE GARDEN APT. COMPLEX) ON SIGHT OF THIS WRITER THE DEF. RAN FASTER AND ATTEMPTED TO CONCEAL HIMSELF BY RUNNING INTO

I swear the above statement is correct and true to the best of my knowledge and belief.

| OFFICER/AFFIANT'S SIGNATURE | OFFICER'S NAME/CCN | OFFICER'S DIVISION |
|---|---|---|
| | PICO J 4386 | DIST 6 |

STATE OF _____ COUNTY OF _____

The foregoing instrument was acknowledged before me this 08 day of OCT, 19 93 who is personally known to me or who has produced (ID Type) _____ as identification and who _____ take an oath.

DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY

TITLE OR RANK/CCN

[SEAL OR STAMP]

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

**FIRST APPEARANCE / ARREST FORM**

SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION.

**COURT COPY**

Orig. - Court
2nd - State Atty.
3rd - Filing Agency
4th - Arresting Agency

☐ **COMPLAINT AFFIDAVIT** PG 2 OF 3 ☒ **ARREST FORM**
PROBABLE CAUSE AFFIDAVIT CONTINUATION

BROWARD COUNTY
ARREST NO. _____  NO. _____

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC. | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | | 506 | 160 | W | M | | 92-10-1059 | Pico, J #4336 |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF Fla. | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared _Pico Jose L._ who being first duly sworn deposes and says that on _08_ day _Oct_ , 19 _92_ at _1900 Blk NW 55 Ave, LH_ (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

THE BLK AND BETWEEN PARKED MOTOR VEHICLES.
THE DEF. WAS STOPPED AND ASKED TO EXPLAIN
HIS PRESENCE IN THE AREA. DURING CONVERSATION
WITH THE DEF., I NOTICED HIS LEFT HAND WAS
CLOSED INTO A FIST. THE DEF. WAS VERY NERVOUS
AND WAS SWEATING PROFUSELY.
IN AN EFFORT TO REDUSE THE RISK TO THIS
WRITER AND THE POSSILE FLIGHT OF THE DEF., HE
WAS ASKED TO SIT IN THE BACK SEAT OF MY VEHICLE.
WHEN MY BACK-UP ARRIVED, I ASKED THE DEF. TO
STEP OUT OF THE VEHICLE.
ON THE FLOOR BOARD WHERE THE DEF WAS SEATED
I FOUND ONE COCAINE ROCK IN PLAIN VIEW.
THIS WRITER CONDUCTS A SEARCH OF MY PATROL VEHICLES
BACK SEAT EACH AND EVERY TIME A PERSON IS
SEATED THERE. THE SUSPECT COCAINE ROCK WAS NOT

I swear the above statement is correct and true to the best of my knowledge and belief.

_____  Pico, J #4336  DIST 6
OFFICER/AFFIANT'S SIGNATURE  OFFICER'S NAME/CCN  OFFICER'S DIVISION

STATE OF _____  COUNTY OF _____

The foregoing instrument was acknowledged before me this _08_ day of _OCT_ , 19 _92_ who is personally known to me or who has produced (ID Type) _____ as identification and who _DID_ take an oath. (DID OR DID NOT)

(SEAL OR STAMP)

_____  _____
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY  TITLE OR RANK/CCN

FIRST APPEARANCE/ARREST FORM

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

Orig. - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

COURT COPY

BROWARD COUNTY

☒ COMPLAINT AFFIDAVIT    PC 30F3    ☒ ARREST FORM
PROBABLE CAUSE AFFIDAVIT CONTINUATION

ARREST NO. _____    NO. _____

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF. | HGT. | WGT. | RC | SEX | D.O.B. | OFFENSE REPORT | ARRESTING OFFICER (S)/CCN |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | RICHARD | | | 506 | 160 | W | M | | 4492·10·1059 | Pico, J 4336 |

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | | ADDRESS | PHONE # |
|---|---|---|---|
| | | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Before me this date personally appeared __Pico, Jose L.__ who being first duly sworn deposes and says that on __08__ day __OCT__ 19__92__ at __1400 BLK NW 55 AVE__ (give location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

ON THE REAR FLOOR BOARD PIOR TO THE DEF BEING THERE.
THE SUSPECT COCAINE ROCK FIELD TESTED POSITIVE

I swear the above statement is correct and true to the best of my knowledge and belief.

_____    Pico J #43    DIST 6
OFFICER/AFFIANT'S SIGNATURE    OFFICER'S NAME/CCN    OFFICER'S DIVISION

STATE OF _____    COUNTY OF _____

The foregoing instrument was acknowledged before me this __08__ day of __OCT__, 19__92__ who is personally known to me or who has produced (ID Type) _____ as identification and who (DID OR DID NOT) take an oath.

_____    _____
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY    TITLE OR RANK/CCN

FIRST APPEARANCE/ARREST FORM

(SEAL OR STAMP)

Orig. - Court
2nd - State Atty
3rd - Filing Agency
4th - Arresting Agency

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
85000-3A (REV 8-91)

COURT COPY