# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

| THE STATE OF FLORIDA | INFORMATION FOR |
|---|---|
| vs. | |
| RICHARD ALLAN LIVERMORE | I. OBTAINING A CONTROLLED SUBSTANCE BY FRAUD |
| | II. POSSESION OF DIAZEPAM |

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD ALLAN LIVERMORE

on the 20th day of October, A.D. 19 86, in the County and State aforesaid, did unlawfully acquire or obtain or attempt to acquire or obtain possession of a controlled substance, to-wit: Diazepam, by misrepresentation, fraud, forgery, deception or subterfuge, to-wit: taking delivery of a fraudulently telephoned prescription, contrary to F.S. 893.13(3)(a)(1) and F.S. 893.13(3)(b),

### COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that RICHARD ALLAN LIVERMORE on the 20th day of October A.D. 1986, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Diazepam, contrary to F.S. 893.03(4)(i) and F.S. 893.13(1)(e),

IJ/ac/11/7/86

#51

ORIGINAL

COUNTY OF BROWARD
STATE OF FLORIDA

Personally appeared before me _____ MARK A. HORN _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true would constitute the offense therein charged, and that he has instituted this prosecution in good faith.

Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this ___ day of _____ A.D. 19__

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____ Deputy Clerk

SE[

To the within Information, Defendant pleaded _____ NOLO CONTENDERE IN OPEN COURT

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____ Deputy Clerk

---

Case No. 86-15716 CF

IN THE
**CIRCUIT COURT**
Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA
vs.
RICHARD ALLAN LIVERMORE

Information for
I. OBTAIN CONTROLLED SUB BY FRAUD
II. POSS OF DIAZEPAM

Presented by State Attorney and Filed

11·7·86

ROBERT E. LOCKWOOD
Clerk of the Circuit Court
MICHAEL J. SATZ
State Attorney

1986 NOV -7 PM 4: 09

FILED FOR RECORD

PHOTO

COURT COPY

**SHERIFF'S OFFICE**    Print Clearance    Name Search    Teletype

**BROWARD COUNTY, FLORIDA**

| Arrest Number | Offense Report No. | BCCN | Booking Shft/Control Date & Time |
|---|---|---|---|
| PL861589 | PL-17718610 | | 10/21/86 00:08 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| LIVERMORE | RICHARD | ALLAN | | | |

| Alias Last Name | First | Middle | Driver's License | State |
|---|---|---|---|---|
| | | | Yes   No | |

| Street/Nik Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./ | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RICKY | W | M | 506 | 145 | BRN | BRN | RUD | 032 | | | FL | US |

| Scars, Marks, Tattoos |
|---|
| TT LION RT ARM |

| Permanent Address | | Bldg. | Apt. | City | St./Ctry. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| 5261 NW 12 | ST | | | LAUDERHILL | FL | 20 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 32 | 00 | YES | 32 | 00 | 305-583-2114 | NO |

| GDH | Other Medical |
|---|---|
| NO | TO BE SEEN BY NURSE |

| Employer | Occupation |
|---|---|
| UNEMPLOYED | TILE CONSTRUCTION |

| Prints | Blood Alcohol | Vehicle Towed | Phone | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | | | | PL | 6901 W BROWARD BL. |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Entered | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 10/20/86 | 19:30 | HENRY J | PL8360 | | | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 10/21/86 | 00:04 | STEBENNE L | BS3752 | | |

| Date | Charges | Mag Code/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|
| 102186 | 001 POSS/CONTR/SUBST/W/O/RX | 3FY D | | 1000.00 |

BKG REMARKS:   $00.55

Previous Arrest Number

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No. | Last Name | First | | Unattended Children? |
|---|---|---|---|---|
| PL861589 | LIVERMORE | RICHARD | A | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Reard | Rabbi | Svc | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/86 | 00:04 | M | W | | | | | | | | |

| Big No. | P. Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 2008 | | | |

| Currency $ | Language msg: |
|---|---|
| .00 | DETAINEE SPEAKS ENGLISH. |

PHOTO

**COURT COPY**

| SHERIFF'S OFFICE | Print Clearance | | Name Search | | Teletype | |
|---|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | | | 6769 | |

| Arrest Number | Offense Report No. | BCCN | Booking Sheet Control Date & Time |
|---|---|---|---|
| LHB70100 | N/A | | 02/15/87  16:11 |

| Last Name | | First | | Middle | | SSN | | Probation | Parole |
|---|---|---|---|---|---|---|---|---|---|
| LIVERMORE | | RICHARD | | ALLAN | | | | Y | |

| Alias Last Name | | First | | Middle | | Driver's License | | State |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Yes   No N | | |

| Street/Nik Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./ Ctry. | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RICKY | W | M | 506 | 132 | BRN | BRN | MED | 033 | | | FL | US |

Scars, Marks, Tattoos
TT OF A LION ON RT UPPER ARM

| Permanent Address | | Bldg. | Apt. | City | St./Ctry. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| AT LARGE | | | | | | 00 | 01 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 33 | 00 | YES | 33 | 00 | 305-583-2114 | NO |

| GDH | Other Medical |
|---|---|
| | TO BE SCREENED BY THE NURSE/CLMS HEAVY DRUG USER |

| Employer | Occupation |
|---|---|
| UNEMPLOYED | TILE SETTER |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) | | | |
|---|---|---|---|---|---|---|---|---|
| YES | | YES | | BS | NW 12 ST AND NSR 7   LAUDERHILL | | | |

| Arrest Date | Arrest Time | Arresting Officer | | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|---|
| 02/15/87 | 14:00 | RUBINO | S | BS3684 | NU | | | | |

| Booking Date | Booking Time | Booking Officer | | I.D. Number | Add Charge Officer | | I.D. Number |
|---|---|---|---|---|---|---|---|
| 02/15/87 | 16:02 | MIDDLETON | T | BS4343 | | | |

| Date | Charges | MagCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|
| 021587 | 001 VIOL OF COMM CONTROL | XFYJ/POLEN | C 86015746CF10A   NB | |

Previous Arrest Number

BOOKING REMARKS
54/29--1980  W/C--87-2770

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No. | Last Name | First | Unattended Children? | |
|---|---|---|---|---|
| LH870100 | LIVERMORE | RICHARD | A | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Resist | Rabbit | Suic. | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/87 | 16:02 | M | W | | | | | | | | |

| Bin No. | P .Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 1528 | | | N/A |

| Currency $ | Language msg: |
|---|---|
| 10.10 | DETAINEE SPEAKS ENGLISH |

PO # 2068
554

BROWARD COUNTY    ☐ **COMPLAINT AFFIDAVIT**    ☒ **ARREST FORM**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

PL-86-1589

| FILING AGENCY | OFFENSE REPORT | LOCAL I.D. NO. | FDLE | | FBI | | SID NO. |
|---|---|---|---|---|---|---|---|
| Plantation | 1771-86-10 | | 6 OCT 20 P 9: 10 | | | | 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 |

| DEFENDANT'S LAST NAME | | FIRST | MIDDLE | SUF | ALIAS/STREET NAME |
|---|---|---|---|---|---|
| Livermore | | Richard | Allan | | Ricky |

| RACE | SEX | HGT | WGT | EYES | HAIR | COMP | AGE | DOB | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'6" | 145 | Brn. | Brn. | Fair | 32 | | |

| PERMANENT ADDRESS | LOCAL ADDRESS |
|---|---|
| 5451 NW 12 St. LauderHill, Fl | |

| SCARS, MARKS, TT | PLACE OF EMPLOYMENT | LENGTH |
|---|---|---|
| Lion on right arm | Self-employed | 15 yrs. |

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY | CCN | READING | PLACE OF ARREST |
|---|---|---|---|---|
| 32 yrs | | | | |

| DATE ARRESTED | TIME ARREST | ARRESTING OFFICERS | CCN | OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT |
|---|---|---|---|---|---|---|---|---|
| 102086 | 1930 | J. Henry | 8360 | Y ☐ N ☒ | | | | |

| UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER | CCN | PICK UP TIME | ARRIVAL TIME AT BSO |
|---|---|---|---|---|
| 910 | ANASTREW, T | 7822 | 2045 | |

ATTACH DEFENDANT'S PHOTO

DEFENDANT'S VEHICLE MAKE ___ TYPE ___ YEAR ___ COLOR ___
TAG NO. ___ VIN NO. ___ VEHICLE TOWED TO ___
OTHER IDENTIFIERS: ___ N/A
OR REMARKS: ___

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION) | ADDRESS | PHONE |
|---|---|---|
| State of Florida | 451 NW 70th Terr. | 797-7100 |

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | Possession of a controlled substance without a prescription | FSS 893.13 |

### PROBABLE CAUSE AFFIDAVIT

Before me this date personally appeared Henry Jenny L. who being first duly

sworn deposes and says that on the 20 day of Oct. 1986 at 6901 W. Broward Blvd. Plt. the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

On 102086 the undersigned was contacted by an employee of Gray Drugs located at 6901 W. Broward Blvd. Plantation, Fl. reference to a prescription being called in that was illegal. The employee had contacted Dr. Bernard Cohen who stated that he had not called in the prescription and that he had had several calls from other pharmacies concerning the same subject Ted Walker. The undersigned along with Det. Curt Wederbrook responded to Gray Drug and was advised that the w/m at the counter was picking up the prescription in Ted Walker's name. The undersigned observed the above subject pay for the prescription and leave the pharmacy. The undersigned approached subject Livermore and identified myself as a police officer. Defendant Livermore was then placed under arrest and transported to PPD for processing, where he was also read his Miranda Rights. The prescription (90 Diazepam) was taken from defendant and placed into evidence. Defendant Livermore was then transported to BSO for booking.

Sworn to and subscribed before me, the undersigned authority, this ___ day of Oct. 19 86

TITLE Police Officer
DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASST. ST. ATTY.

I swear the above statement is correct and true to the best of my knowledge and belief.

OFFICER'S/AFFIANT'S SIGNATURE/CCN Jenny Henry 8360

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSOD-B2 REV. 6/86

OFFICER'S NAME ___ DIV. ___

FIRST APPEARANCE/ARREST FORM

Orig. - Court
2nd - State Atty.
3rd. - Filing Agency.
4th - Arresting Agency

**COURT COPY**

## THE CIRCUIT COURT, FELONY DIVISION, IN AND FOR BROWARD COUNTY, FLORIDA

SUMMONS ☐

DATE 12-2-86 CASE NO. 86-15746CF ARREST NO. PL86-1589 ROR (MC) CASH SURETY

DEFENDANT RICHARD ALLAN LIVERMORE AKA
(FIRST) (MI) (LAST)

### COURT STATUS

| | | | | |
|---|---|---|---|---|
| ☑ ARRAIGNMENT | ☐ TRIAL | ☐ CHANGE OF PLEA | ☐ 1st V.O. | ☑ 200. TRUST FUND |
| ☐ SENTENCING | | | | ☐ HOURS COM. SERVICE |
| ☐ AND/OR ADJ. | ☐ JURY | ☐ PLED GUILTY | ☐ FINAL V.O. | ☐ TRUST FUND |
| ☑ PSI WAIVED | | | | ☐ HOURS COM. SERVICE |
| ☑ PDR | ☐ COURT | ☑ PLED NOLO CONTENDERE | | |

**CHARGE(S)**

I OBTAINING CONTROLLED SUBSTANCE
BY FRAUD
II POSS. OF 'DIAZEPAM

☐ DWI   ☐ DUI   COUNT

PROBATION W/SPL. CONDITION

LICENSE SUSP. HOURS

COM. SERVICE . CASAP/DWI SCHOOL
FINE PLUS 5% SURCHARGE

JAIL TIME

OTHER

ADJ: ☑ GUILTY I + II 20. V.C. + S. ASSESSMENT   ☑ WITHHELD V.C.
EACH COUNT EACH COUNT

☐ NOLLE PROSEQUI   ☐ ACQUITTED   ☐ DISMISSED

SENTENCE: I 2YRS COMM. CONTROL + SEE ABOVE
II 2YRS COMM. CONTROL - TO RUN CONCURRENT WITH CT I
$30. A MONTH OR COMM. CONTROL COS

/S/ MARK E. POLEN BY _____
DISP-2 (JUDGE) FILE COPY (DEPUTY CLERK)

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT     IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO: 86-157746
DIVISION: Polen
ARR.NO: _____ ROR  IC  CASH  SURETY

STATE OF FLORIDA,                )

          PLAINTIFF,      )

VS,                       )            ORDER OF COMMUNITY CONTROL

Richard a. Livermore

          DEFENDANT,      )

_____

THE DEFENDANT, having:                |Counts Obtaining Controlled

a. ✔ entered a plea of guilty/nolo contendre to:| Substance by fraud

b.___ been found guilty of:              II. Possession of Diazepam

c.___ prior probation is hereby revoked:  |_____

THE COURT HEREBY:
c. ✔ adjudges you guilty of count(s) __I, II__
d. ✔ withholds adjudication of guilt for count(s) __II__

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:
e. ✔ you are hereby placed on community control for a period of __two (2) years__
     to be supervised by the Department of Corrections.
f.___ (split sentence) you shall be confined in:
     1. the custody of the Sheriff of Broward County for a period of _____
     2. the custody of the Department of Corrections for a period of _____
after which you shall be on community control for a period of _____,
to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL
CONDITIONS OF COMMUNITY CONTROL:
g.___ you must report, in person, immediately or on the next working day after release from confinement, to:
     COMMUNITY CONTROL OFFICE, ROOM 730, BROWARD COUNTY COURTHOUSE, 201 S. e. 6TH STREET, FORT LAUDERDALE,
     FLORIDA;
h. ✔ you shall not do any of the following (without first obtaining the consent of your community control
     officer)
     1. change the place where you live or work;
     2. own, possess or carry on or about your person any firearm or other type of weapon;
     3. associate with any person engaged in any criminal activity;
     4. violate any law of any city, county, state or the United States (a conviction in a court of law is
        not necessary for you to be found in violation);
     5. use any controlled substance, unless permitted by law;
     6. use intoxicants;
     7. visit places where controlled substances are unlawfully sold, dispensed or used.
i. ✔ you must do each and every of the following:
     1. work diligently at a lawful, gainful occupation;
     2. support yourself and your lawful dependents to the best of your ability;
     3. answer promptly and truthfully any and all questions put to you by either the Court or any community
        control officer;
     4. allow a duly authorized community control officer to visit you in your home, your place of employment
        or elsewhere;
     5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly
        authorized community control officer;
     6. report to your community control officer at least four times a week, or if unemployed full time,
        daily.
     7. file a full and truthful written report with your community control officer, no later than the fifth
        day of each and every month of your community control, upon a form to be furnished to you.
     8. pay the sum of $30.00 per month, or any increased amounts authorized by law, for costs of
        supervision while on community control, unless modified as follows:
        _____

     9. pay the sum of(s) of:
        a) $_____ court costs.
        b) $____20_____ victim costs on counts _____
        c) $___200_____ "trust fund" or _____ 50.3 hours community service (F.S.27.3455)
        d) $____5_____ assessment.
        e) $_____  _____.
        on a schedule to be determined by your community control officer.

CLERK'S COPY

f) $_____ emergency medical fund

10) remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your community control officer.

11) submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances.

12) maintain an hourly accounting of all of your activities on a daily log which you will submit to your community control officer upon request.

13) participate in self improvement programs as determined by the court or your community control officer.

j.____you shall comply with the following special conditions of community control:

___1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____days time served.

___2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof.

___3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer.

___4. You will attend and successfully complete the following rehabilitation program, to be selected by your community control officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your community control officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

_____(a) an in-patient ____ alcohol, ____ drug, ____ psychological program _____
_____,

_____(b) an out-patient ____alcohol, ____ drug, ____ psychological program _____
_____.

_____(c) _____ program _____.

_____(d) submit to evaluation for counseling or placement in a ____ alcohol, _____ drug, _____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute).

_____(e) the defendant is to be held in custody until released to a representative of _____ _____ or otherwise directed by the community control officer or the Court.

___5. Submit to urinalysis, blood tests, physical searches by or on demand of community control officer.

___6. Not use or possess alcoholic beverages for any purpose.

___7. Not drive or operate a motor vehicle except _____

___8. Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer.

___9. Pay public defender's fee in the sum of $_____ on a schedule to be determined by the community control officer.

___10. Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the community control officer.

___11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization: _____
_____ in lieu of additional conditions of community control.

___12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows: _____.
_____,

___13. You will not associate, communicate or have any contact with _____
_____.

___14. Other: _____
_____
_____
_____
_____

k. The Court reserves the right to rescind, modify or revoke community control to the extent provided by law.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this _2_ day of _December_,

19_80_ nunc pro tunc, _____.

_____
JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my community control. I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit in Room 730 for further instructions.

_____            _____
Defendant                            Instructed by

CLERK'S COPY

DEPARTMENT OF CORRECTION

Case # 86-15746CF
Doc# 632251
17-4 Andrews/Aasterud
Judge:  Mark E. Polen

# AFFIDAVIT

Absconder

# VIOLATION OF COMMUNITY CONTROL

Before me this day personally appeared _____ Steve Aasterud _____

_____ who, being first duly

sworn says that _____ Richard Livermore _____ hereinafter referred to as the community

controlee was on the __2nd__ day of __December__ , A.D. 19 .86__ placed on community control

for the offense of __I.  Obtaining Controlled Substance By Fraud; II.  Possession of__

Diazepam _____

In the __Circuit__ Court of __Broward__ County, for a term of __Two (2) years__

in accordance with the provisions of Chapter 948, Florida Statutes.

Affiant further states that the community controlee has not properly conducted him__self, but has violated the conditions of h__is__ community control in a material respect by

I.  Violation of Condition (h,1), Order of Community Control, by changing residence without consent, in that, in Broward County, Florida, on or about January 9, 1987, he did move from his residence of 2120 N.W. 44th Avenue, Lauderhill, Florida, without the consent of his Community Control Officer and has absconded from supervision.

II.  Violation of Condition (i,10), Order of Community Control, by failing to remain confined to his approved residence except for one-half hour before and after his approved employment, in that, in Broward County, Florida, on January 10, 1987, at approximately 9:30 a.m., and on January 11, 1987, at approximately 2:30 p.m., he was absent from his approved residence of 2120 N.W. 44th Avenue, Lauderhill, Florida, without the consent of his Community Control Officer.

III.  Violation of Condition (1.12), Order of Community Control, by failing to maintain an hourly accounting of all activities on a daily log in that in Broward County, Florida, as of January 12, 198-, he has failed to submit a log for the week of January 8, 1987.

Community Control Officer
Steve Aasterud - 467-4364

Sworn to and subscribed before me this __15ᵗʰ__ day of __January__ A.D. 1987

(1)   Judge of the _____ Court

in and for _____ County

OR

(2)   Notary Public _____

State of Florida at Large for __Broward__ County

NOTARY PUBLIC STATE OF FLORIDA
MY COMMISSION EXP. APR 30,1989
BONDED THRU GENERAL INS. UND.

SEAL

Original: Court
Copies: File
aj    Area

DC4-909
Rev. 8/83

STATE OF FLORIDA

VS

Richard Livermore
Defendant

In the _____Circuit_____ Court

_____Broward_____ County, Florida

No. _____86-15746CF_____
17-4 Andrews
DOC# 632251/Aasterud
Judge Polen

# Order of Revocation of Community Control

THIS CAUSE coming on to be heard, and being heard in the __Fall '86__ term of this Court

before Honorable _____Mark E. Polen_____, Judge and it appearing that

__Richard Livermore__, hereinafter referred to as the aforesaid, was on the

__2nd__ day of __December__, A.D. 19 __86__, convicted of the offense of _____

__I. Obtaining a Controlled Substance by Fraud, II. Possession of Diazepam__

in the _____Circuit_____ Court of _____Broward_____ County, which Court suspended the

imposition of sentence and placed the aforesaid on community control for a term of _____

__two (2) years__, in accordance with the provisions of Chapter 948, Florida Statutes, and

It further appearing that the aforesaid has not properly conducted h__im__self but has violated the

conditions of h__is__ community control in a material respect by

I.  Violation of Condition (h1), Order of Community Control, by changing residence without consent, in that, in Broward County, Florida, on or about January 9, 1987, he did move from his residence of 2120 N.W. 44th Avenue, Lauderhill, Florida, without the consent of his Community Control Officer and has absconded from supervision.

II.  Violation of Condition (i10), Order of Community Control, by failing to remain confined to his approved residence, except for one half hour before and after his approved employment, in that, in Broward County, Florida, on January 10, 1987, at approximately 9:30 a.m., and on January 11, 1987, at approximately 2:30 p.m., he was absent from his approved residence of 2120 N.W. 44th Avenue, Lauderhill, Florida, without the consent of his Community Control Officer.

III.  Violation of Condition (i12), Order of Community Control, by failing to maintain an hourly accounting of all activities on a daily log, in that, in Broward County, Florida, as of January 12, 1987, he has failed to submit a log for the week of January 8, 1987.

IT, THEREFORE, IS ORDERED AND ADJUDGED that the community control of the aforesaid defendant ought to be revoked and it is hereby revoked in accordance with Section 948.06 Florida Statutes, and the said defendant is hereby ordered to remain in the custody of this Court for the imposition of sentence in accordance with the provisions of law.

DONE AND ORDERED IN OPEN COURT, this __26__ day of __February__ A.D. 19 __87__
Nunc Pro Tunc February 23, 1987

_____
Judge Presiding
Mark E. Polen

# THE CIRCUIT COURT, FELONY DIVISION, IN AND FOR BROWARD COUNTY, FLORIDA

SUMMONS ☐

DATE 2/23/87 CASE NO. 86-15746CF ARREST NO. SW 870100 ROR ____ ⟨IC⟩ ____ CASH ____ SURETY ____

DEFENDANT Richard Allen Livermore ____ AKA ____
(FIRST)    (MI)    (LAST)

## COURT STATUS

☐ ARRAIGNMENT    ☐ TRIAL    ☒ CHANGE OF PLEA    ☒ 1st V.O. Comm. Control    ____ TRUST FUND
☐ SENTENCING                                                      ☒ 50.3 HOURS COM. SERVICE
☐ AND/OR ADJ.    ☐ JURY    ☒ PLED GUILTY    ☐ FINAL V.O. ____    ☐ ____ TRUST FUND
☐ PSI                                                            ☐ ____ HOURS COM. SERVICE
☐ PDR    ☐ COURT    ☐ PLED NOLO CONTENDERE

CHARGE(S)

I Obtaining a Controlled Substance By fraud
II Possession of Diazepam

☐ DWI    ☐ DUI    COUNT ____
____ PROBATION W/SPL. CONDITION
____ LICENSE SUSP. ____ HOURS
COM. SERVICE , ____ CASAP/DWI SCHOOL ____
____ FINE PLUS 5% SURCHARGE
JAIL TIME ____
OTHER ____

ADJ: ☒ GUILTY ON 12/2/86    $20.00 V.O.    $5.00 ASSESSMENT    ☐ WITHHELD ____ V.O.
EACH COUNT                                                      EACH COUNT

☐ NOLLE PROSEQUI  COMMUNITY CONTROL REVOKED    ☐ ACQUITTED    ☐ DISMISSED

SENTENCE:
I & II  18 MONTHS STATE PRISON WITH CREDIT FOR
TIME SERVED OF 51 DAYS WITH
BOTH COUNTS RUNNING CONCURRENTLY

/S/ Mark E. Polen
DISP-2    (JUDGE)

BY Bill Skrentny
(DEPUTY CLERK)

FILE COPY

□ PROBATION VIOLATOR
  (Check if Applicable)

STATE OF FLORIDA
        -vs-                    86495645

RICHARD ALLAN LIVERMORE
        Defendant

IN CIRCUIT COURT, SEVENTEENTH
JUDICIAL CIRCUIT, IN AND FOR BROWARD
COUNTY, FLORIDA
DIVISION ____ FK    POLEN
CASE NUMBER ____ 86-15746CP10
ST. ATTY. ____ SCOTT DRESSLER
CT. RPTR. ____

# JUDGMENT

The Defendant, ____ RICHARD ALLAN LIVERMORE ____ , being personally before this Court represented by ____ P.D. BETSY BENSON ____ , his attorney of record, and having:

(Check Applicable Provision)
□ Been tried and found guilty of the following crime(s)
□ Entered a plea of guilty to the following crime(s)
XXXXXX Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| I. | OBTAINING A CONTROLLED SUBSTANCE | 893.13(3)(a)(1)(B) | 3rd | |
| II. | POSSESSION OF DIAZEPAM--BY FRAUD | 893.13(1)(c) | 3rd | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)
••••••••••••••••••••••••
    The Defendant is hereby ordered to pay the sum of twenty dollars ($20.00) pursuant to F.S.960.20 (Crimes Compensation Trust Fund. The Defendant is further ordered to pay the sum of five dollars ($5.00) as a court cost pursuant to F.S.943.25(4).

□ The Defendant is ordered to pay an additional sum of two dollars ($2.00) pursuant to F.S.943.25(8) (This provision is optional; not applicable unless checked).

(Check if Applicable)
□ The Defendant is further ordered to pay a fine in the sum of $ ____ pursuant to F.S. 775.0835.
    (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s)).

□ The Court hereby imposes additional court costs in the sum of $ ____

Imposition of Sentence XXXXXX The Court hereby stays and withholds the imposition of sentence as to count(s) __ I & II
Stayed and Withheld        and places the Defendant on COMMUNITY CONTROL for a period of ____ TWO (2) YEARS
(Check if Applicable)      under the supervision of the Department of Corrections (conditions of probation set forth in separate order.)  TO RUN CONCURRENT   $30.A MONTH COMMUNITY CONTROL COS

Sentence Deferred
Until Later Date      □ The Court hereby defers imposition of sentence until ____ (date)
(Check if Applicable)    XXBXX Pay $200.00 Trust Fund Pursuant to F.S.27.3455
                         □ Serve 50.3 hours Community Service Pursuant to F.S.27.3455
    The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

_____
JUDGE

### FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
| | | | | |

Fingerprints taken by ____
Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this ____ 2nd ____ day of ____ DECEMBER ____
A.D., 19 __86__ . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, ____ RICHARD ALLAN LIVERMORE ____ and that they were placed thereon by said Defendant in my presence in Open Court this date.

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
    F. T. JOHNSON
    COUNTY ADMINISTRATOR

_____
JUDGE

CCL-8

OFF
REC 14019 PAGE 250

Defendant __RICHARD ALLAN LIVERMORE__

Case Number __86 - 15746cF__

## SENTENCE

(As to Count ___ I ___)

The Defendant, being personally before this Court, accompanied by his attorney, __BETSY BENSON, P.D__

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown,

☐ and the Court having on _____ (date) _____ deferred imposition of sentence until this date.

(Check *either* provision if applicable)

☒ and the Court having placed the Defendant on ~~probation~~ COMMUNITY CONTROL and having subsequently revoked the Defendant's ~~probation~~ by separate order entered herein,

IT IS THE SENTENCE OF THE LAW that; COMMUNITY CONTROL

☐ The Defendant pay a fine of $_____, plus $_____ as the 5% surcharge required by F.S. 960.25.

☒ The Defendant is hereby committed to the custody of the Department of Corrections
☐ The Defendant is hereby committed to the custody of the Sheriff* of ___Broward___ County, Florida
(Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life
☒ For a term of __18 MONTHS__
☐ For an indeterminate period of 6 months to _____ years.

If "split" sentence complete *either* of these two paragraphs

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

Firearm — 3 year mandatory minimum
☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

Drug Trafficking — mandatory minimum
☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

Retention of Jurisdiction
☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

Habitual Offender
☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

Jail Credit
☒ It is further ordered that the Defendant shall be allowed a total of __51 DAYS__ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

Consecutive/Concurrent
It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above.

CC1-3

Page _____ of _____

Defendant: RICHARD ALLAN

Case Number: LIVERMORE 86-15746CF

# SENTENCE

(as to Count II )

The Defendant, being personally before this Court, accompanied by his attorney, BETSY BENSON, P.D.

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown.

*(Check either provision) if applicable)*

☐ and the Court having on _____, (date) COMMUNITY deferred imposition of sentence until this date, CONTROL

☒ and the Court having placed the Defendant on _____ and having subsequently revoked the Defendant's _____ by separate order entered herein. COMMUNITY CONTROL

IT IS THE SENTENCE OF THE LAW that: / COMMUNITY CONTROL

☐ The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25.

☒ The Defendant is hereby committed to the custody of the Department of Corrections

☐ The Defendant is hereby committed to the custody of the Sheriff of Broward County, Florida.
*(Name of local corrections authority to be inserted at printing, if other than Sheriff)*

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life

☒ For a term of 18 MONTHS

☐ For an indeterminate period of 6 months to _____ years.

*If "split" sentence complete either of these two paragraphs*

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐ However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

*Firearm – 3 year mandatory minimum*

☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

*Drug Trafficking – mandatory minimum*

☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

*Retention of jurisdiction*

☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____. The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

*Habitual Offender*

☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

*Jail Credit*

☒ It is further ordered that the Defendant shall be allowed a total of 51 DAYS credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

*Consecutive/Concurrent*

It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☒ concurrent with (check one) the sentence set forth in count I above.

*Consecutive/Concurrent (As to other convictions)*

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☐ concurrent with (check one) the following:

☐ Any active sentence being served.

☐ Specific sentences: _____

In the event the above sentence is to the Department of Corrections, the Sheriff of Broward County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency. ORDERS

In imposing the above sentence, the Court further ORDERS 50.3 HOURS COMMUNITY SERVICE PURSUANT TO F.S. 27.3455.

DONE AND ORDERED in Open Court at Broward County, Florida, this 23RD day of FEBRUARY A.D., 19 87.

BROWARD COUNTY, FLORIDA

_____
JUDGE

CF-3