

ISSUE SUMMONS: _____   CASE NO. _89-1892CF10_

WARRANT: _____

DIVISION: _____ **FA**

# CIRCUIT COURT - CRIMINAL
## COUNTY OF BROWARD / STATE OF FLORIDA

### VS.

_Richard A Livermore_

A/K/A _____

INFORMATION FOR _I Possession of Cocaine 893.032A4_

_____

_____

_____

ARREST DATE _1-30-89_  /  _5-1-89_
ARREST NUMBER _AS891833_ / _B89-816_

FILING DATE _FEB 07 1989_   DEFENDANT'S RACE _W_   SEX _M_   DOB

DEFENDANT'S ADDRESS _5261 N.W. 12th St. Lauderhill, Fl._

BOND AM'T _1000_   AGENCY _BSS_   DISCHARGED _MAY 01 1989_

BOND AM'T _____   AGENCY _____   DISCHARGED _____

BOND AM'T _____   AGENCY _____   DISCHARGED _____

CAPIAS _____   ALIAS _____   PLURIES _____

ARRAIGNMENT DATE _2-17-89_   RESET _3-1-89_   RESET _____

RESET _____   RESET _____   WRITTEN PLEA-NOT GUILTY _2-27-89_

ARRAIGNMENT & PLEA _MAR 01 1989_   GUILTY _____   NOLO _____   NOT GUILTY _____

STOOD MUTE/NOT GUILTY BY COURT _____   WAIVER OF JURY _____

TRIAL DATE _C May 1, 89 9am #415_  S/c Apr 20, 89 9am #415

APR 20 1989 W/D Plea Not Guilty

Enter Plea Of _Guilty_

_____

_____

_____

_____

DISCHARGED _____   DISMISSED _____   SPEEDY _____

ACQUITTED BY JURY _____   ACQUITTED BY COURT _____

CONVICTED BY JURY _____   CONVICTED BY COURT _____

ADJUDICATED _MAY 01 1989_   WITHHELD ADJUDICATION _____

SENTENCE & ADJ DEFERRED TO _C May 1, 89 @ 9am #415_ PSI _x_ _same bond_

SENTENCE _18 mos FSP w/cr 24 Days TS, Waive all_

_Costs._

_____

_____

_____

BOND EST/AMT _____   AGENCY _____   VACATED _____

BOND EST/AMT _____   AGENCY _____   VACATED _____

NOLLE PROS _____   PER _____   NO INFO _____   PER _____

STATE PRISON COMMITMENT _MAY 02 1989_ BY _bh_ , D.C.

Livermore, Richard A



# CASE PROGRESS

2-27-89

ATTORNEY: HAMPTON C. PETERSON #331384     523-5784

ADDRESS: 1120 S. Federal Hwy Ste 4   Ft Lauderdale, Fl 33316

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/INDICTMENT TO ATTORNEY ON: MAR 0 1 1989  by mail

MAR 0 1 1989 DEF. ALLOWED __15__ DAYS TO FILE MOTIONS. _____

1-31-89  MAGISTRATE HEARING HELD
         PROBABLE CAUSE FOUND

2-17-89  (notice sent to Dy J. Sandman)

2-27-89  Appearance as Attorney of Record.

"  FILE WRITTEN PLEA OF NOT GUILTY

"  FILE DEMAND FOR DISCOVERY

"  FILE M/FOR BILL OF PARTICULARS

MAR 0 1 1989  arraign held   c/r K. Kidd

3-7-89  File Sts. Answer to Demand for
        Discovery

CB-1-25-89  File Statement of Bondsman

APR 20 1989  Change of Plea held   c/r Y. Greene

C  Sent and adj. Deferred to 5-1-89 @ 9am

MAY 01 1989  Sentencing held   c/r B. Cozza

✓ FILE AND RECORD JUDGMENT OR BK 16437 PG. 0660

✓ File Sentence

✓ FILE SENTENCING GUIDELINE SCORESHEET

✓ File Commitment

1-20-89
1-23-89 > 4

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

THE STATE OF FLORIDA

vs.

RICHARD A. LIVERMORE

INFORMATION FOR

POSSESSION OF COCAINE

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD A. LIVERMORE

on the 20th day of January, A.D. 19 89, in the County and State aforesaid. did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cocaine, contrary to F.S. 893.03(2)(a)4, and F.S. 893.13(1)(f),

MH/fls/2/7/89

#C-51

ORIGINAL

COUNTY OF BROWARD
STATE OF FLORIDA
Personally appeared before me _____ **MARK HORN** _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true would constitute the offense therein charged, and that he has instituted this prosecution in good faith.

_____
Assistant State Attorney, 17th Judicial Circuit of Florida

Sworn to and subscribed before me this __7__ day of __February__, A.D. 19 __89__

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

MAR 0 1 1989

To the within Information, Defendant pleaded _____ Not Guilty in Writing by Attorney

**SEAL**

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

Case No. 89-1892CF10

IN THE

**CIRCUIT COURT**

Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA
vs.

Information for

Presented by State Attorney and Filed

FEB 07 1989

ROBERT E. LOCKWOOD
Clerk of the Circuit Court
MICHAEL J. SATZ
State Attorney

1989 FEB -7 PM 4: 09
BROWARD COUNTY FLORIDA

LIVERMOR

BK#6437PG0660

89193785

☐ PROBATION VIOLATOR
(Check if Applicable

STATE OF FLORIDA
—v—

Richard A. Livermore
Defendant

IN THE CIRCUIT COURT, SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA
DIVISION __FA SPEISER__
CASE NUMBER __89-1892 CF10__
ST. ATTY. __TIMOTHY DONNELLY__
CT. RPTR. __Beth Pozza__

## JUDGMENT

The Defendant, __Richard A. Livermore__ being personally before this Court represented by __Hampton Peterson, P.A.__, his attorney of record, and having

(Check Applicable Provision)
☐ Been tried and found guilty of the following crime(s)
☒ Entered a plea of guilty to the following crime(s)
☐ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | CASE NUMBER |
|-------|-------|---------------------------|-----------------|-------------|
| | Possession of Cocaine | 893.02(2)(a)4 | 3F | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

WAIVE . The Defendant is hereby ordered to pay the sum of Twenty Dollars ($20.00) pursuant to F.S.960.20(Crimes Comp.Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S.943.25(4).

(Check if Applicable)
☐ The Defendant is further ordered to pay a fine in the sum of $ _____ pursuant to F.S. 775.0835.
(This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s)).

☐ The Court hereby imposes additional court costs in the sum of $ _____

Imposition of Sentence Stayed and Withheld (Check if Applicable)
☐ The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in separate order.)

Sentence Deferred Until Later Date WAIVE (Check if Applicable)
☐ The Court hereby defers imposition of sentence until _____
☐ Pay $200 Trust Fund pursuant to F.S.27.3455(one)

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

COUNT(S) _____ : _____ DAYS BROWARD COUNTY
JAIL W/CREDIT FOR _____ DAYS TIME SERVED

_____
JUDGE

FINGERPRINTS OF DEFENDANT

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|-------------|-------------|--------------|------------|--------------|
| | | | | |

| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|-------------|-------------|--------------|------------|---------------|
| | | | | |

Fingerprints taken by: _____ Court Deputy
Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this _____ 1 day of _May_
A.D., 19 _89_. I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, __Richard A. Livermore__ and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

RECORDED IN THE OFFICIAL RECORDS BOOK OF BROWARD COUNTY, FLORIDA
L. A. HESTER
COUNTY ADMINISTRATOR

Defendant _Richard A. Livermore_

Case Number _89-1892CF_

# SENTENCE

(as to Count _____)   _Hampton Peterson P.A._

The Defendant, being personally before this Court, accompanied by his attorney, _____

_____, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he should not be sentenced as provided by law, and no cause being shown.

**(Check either provision) If applicable)**

☐ and the Court having on _____ deferred imposition of sentence until this date. (date)

☐ and the Court having placed the Defendant on probation and having subsequently revoked the Defendant's probation by separate order entered herein.

IT IS THE SENTENCE OF THE LAW that;

☐ The Defendant pay a fine of $ _____, plus $ _____ as the 5% surcharge required by F.S. 960.25.

☒ The Defendant is hereby committed to the custody of the Department of Corrections

☐ The Defendant is hereby committed to the custody of the Sheriff of Broward County, Florida. (Name of local corrections authority to be inserted at printing, if other than Sheriff)

To be imprisoned (check one; unmarked sections are inapplicable)

☐ For a term of Natural Life

☒ For a term of _____ _EIGHTEEN (18) Months_

☐ For an indeterminate period of 6 months to _____ years.

**If "split" sentence complete either of these two paragraphs**

☐ Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

☐ However after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the Defendant shall be placed on probation for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of probation set forth in a separate order entered herein.

## SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**Firearm – 3 year mandatory minimum**
☐ It is further ordered that the 3 year minimum provisions of F.S. 775.087(2) are hereby imposed for the sentence specified in this count, as the Defendant possessed a firearm.

**Drug Trafficking – mandatory minimum**
☐ It is further ordered that the _____ year minimum provisions of F.S. 893.135(1)( )( ) are hereby imposed for the sentence specified in this count.

**Retention of jurisdiction**
☐ The Court pursuant to F.S. 947.16(3) retains jurisdiction over the defendant for review of any Parole Commission release order for the period of _____ . The requisite findings by the Court are set forth in a separate order or stated on the record in open court.

**Habitual Offender**
☐ The Defendant is adjudged a habitual offender and has been sentenced to an extended term in this sentence in accordance with the provisions of F.S. 775.084(4)(a). The requisite findings by the court are set forth in a separate order or stated on the record in open court.

**Jail Credit**
☒ It is further ordered that the Defendant shall be allowed a total of _24 DAYS_ credit for such time as he has been incarcerated prior to imposition of this sentence. Such credit reflects the following periods of incarceration (optional):

**Consecutive/Concurrent**
It is further ordered that the sentence imposed for this count shall run ☐ consecutive to ☐ concurrent with (check one) the sentence set forth in count _____ above.

**Consecutive/Concurrent (As to other convictions)**
It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run ☐ consecutive to ☐ concurrent with (check one) the following:

☐ Any active sentence being served.

☐ Specific sentences: _____

_____

In the event the above sentence is to the Department of Corrections, the Sheriff of Broward County, Florida is hereby ordered and directed to deliver the Defendant to the Department of Corrections together with a copy of this Judgment and Sentence.

The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the Court further recommends _WAIVES ALL COSTS_

_____

DONE AND ORDERED in Open Court at Broward County, Florida, this _____1_____ day of _MAY_

A.D., 19 _89_ ,
BROWARD COUNTY, FLORIDA

_____
JUDGE

CCL-20

FA

COURT COPY

| SHERIFF'S OFFICE BROWARD COUNTY, FLORIDA | Print Clearance | | Name Search | | Teletype 2954 | 4293 00/00/00 |
|---|---|---|---|---|---|---|

| Arrest Number | Offense Report No. | BCCN | | Booking Sheet Control Date & Time |
|---|---|---|---|---|
| BS898145 | N/A | | | 05/01/89 12:20 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| LIVERMORE | RICHARD | ALLAN | | | |

| Alias Last Name | First | Middle | Driver's License | | State |
|---|---|---|---|---|---|
| | | | Yes   No  N | | |

| Sheet Link Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./Ctry. | Ctr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | N | 506 | 140 | BRN | BRN | MED | 035 | | | FL | US |

| Scars, Marks, Tattoos |
|---|
| TT RT ARM LION |

| Permanent Address | Bldg. | Apt. | City | St./Ctry. | Yrs. | Mths. |
|---|---|---|---|---|---|---|
| 4241 NW 12 | ST | | LAUDERHILL | FL | 20 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 35 | 00 | YES | 35 | 00 | 305-583-2114 | NO |

| GDH | Other Medical |
|---|---|
| NO | TO BE SEEN BY NURSE |

| Employer | Occupation |
|---|---|
| UNEMPLOYED | |

| Points | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | | | yes | BS | MAIN JAIL |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 05/01/89 | 09:40 | BURRIS   R | BS4222 | NO | | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 05/01/89 | 12:15 | GREEN | K BS3730 | | |

| Date | Charges | MagCode/comments | Capus/Warrant Number | Bond |
|---|---|---|---|---|
| 85.0189 | 001 POSSESSION OF COCAINE | XFNJ/SPEISER 4 | 89001892CF10A | SENT |

Previous Arrest Number

BOOKING RMKS: EIGHTEEN MONTHS FLORIDA STATE PRISON W/CREDIT FOR 24 DAYS TIME SERVED.J/SPEISER

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No. | Last Name | First | Unattended Children? | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BS898165 | LIVERMORE | RICHARD   A | | | | | | | |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang | Resist | Rabid | Suic | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/01/89 | 12:15 | M | W | | | | | | | | |

| Bin No. | P - Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 2624 | | | |

| Currency $ | Language msg: |
|---|---|
| 13.08 | DETAINEE SPEAKS ENGLISH |

BSOD-B1 REV. 11/85

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 5-1-89   CASE NO. 89-1892CT   ARREST NO. BS99-1833   ROR/IC/SURETY SUMMONS/CASH BOND _____   AGENCY _____

DEFENDANT ___ RICHARD A LIVERMORE ___   AKA ___

## COURT STATUS

| | | | |
|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☐ CHANGE OF PLEA | ☐ ___ WAIVE ___ TRUST FUND / HOURS COMM. SERVICE |
| ☐ ARRAIGNMENT | ☐ JURY | ☐ PLED GUILTY | ☐ ADJ. GUILTY ___ VC ___ ASSESSMENT EACH COUNT |
| ☐ SENTENCING | ☐ COURT | ☐ PLED NOLO | ☐ WITHHELD ___ VC EACH COUNT |
| ☐ PSI | ☐ 1ST. V.O. ___ | | ☐ NOLLE PROSEQUI   ☐ DISMISSED   ☐ ACQUITTED |
| ☐ PDR | ☐ FINAL V.O. ___ | | |

CHARGE(S) I. POSSESSION OF COCAINE

### DUI USE ONLY

COUNT ___

PROBATION W/SPECIAL CONDITION ___ HOURS
LICENSE SUSP. ___ COMM SERVICE ___   WORK PERMIT

CASAP/DUI SCHOOL ___   CASAP EVALUATION ___

$ ___ COURT COST ___ 5% ___ V.C. ___ CJC ___ EMTF

JAIL TIME ___

OTHER ___

SENTENCE: _Eighteen months Florida State Prison W/credit for 24 Days Time Served_

_Court recommends Drug Treatment facility_

| COUNT(S) | | TIME SERVED | | | DAYS | |
|---|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| PLUS $ | | DEFERRAL FEE TO: | | | | |

/S/ ___   JUDGE

SHERIFF'S COPY   BY ___ (DEPUTY CLERK)

DISP 3

LIVERMORE, RICHARD

BOTA927    BS89-1833
Booking Date         Inmate ID #

| SHERIFF'S OFFICE | Print Clearance | | Name Search | | | BOOKING DESK |
| BROWARD COUNTY, FLORIDA | | | | | Teletype | 00/00/00 |

| Arrest Number | Offense Report No. | | BCCN | | Booking Sheet Control Date & Time |
| BS891833 | BS-89112335 | | | | 01/20/89  21:34 |

| Last Name | First | Middle | SSN | Probation | Parole |
| LIVERMORE | RICHARD | ALLEN | | N | P |

| Alias Last Name | First | Middle | Driver's License | State |
| | | | Yes Y  No | FL |

| Streetwk Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./Ctry. | Ctz. |
| RICKY | W | M | 506 | 143 | BRN | BRN | MED | 034 | | | | US |

Scars, Marks, Tattoos
TT LION ON RT ARM

| Permanent Address | | Bldg. | Apt. | City | St./Ctry. | Yrs. | Mths. |
| 3261 NW 12TH | ST | | | LAUDERHILL | FL | 20 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
| YES | 34 | 00 | YES | 34 | 00 | 305-583-2114 | NO |

ODR   Other Medical
YES

| Employer | | Occupation |
| | | TILE SETTER |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
| YES | | | | BS | 3020 NW 19TH ST. FT LAUD FL |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer | Unit | Zone | Beat | Shift |
| 01/20/89 | 17:30 | HALLANTE | F  BS5290 | WM | V705 | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | | I.D. Number |
| 01/20/89 | 21:46 | JAMES | A  BS4293 | | JAN 21 198 | |

| Date | Charges | MagCode/comments | Copies/Warrant Number | Bond |
| 012087 | 001  POSS OF COCAINE | 3FY | | 1000.00 |

NOT LEGIBLE FOR MICROFILMING

BOOKING RMKS: 29/54 4915
$26.00 IN PROPERTY

Previous Arrest Number

| Release Reason | Released By | Released To | Date Released | Time Released |

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,               CASE NUMBER:  89-1892CF10

        PLAINTIFF,        JUDGE:  SPEISER

VS.

RICHARD LIVERMORE,

        DEFENDANT.

3-1 ARR

3·1·89 Arr.

### APPEARANCE AS ATTORNEY OF RECORD
### WRITTEN PLEA OF NOT GUILTY

COMES NOW the undersigned and enters this his Appearance as Attorney of Record on behalf of the Defendant in the above-styled cause.

### WRITTEN PLEA OF NOT GUILTY

COMES NOW the Defendant in the above-styled cause, by and through the undersigned and informs the Court that:

1. The above Defendant is scheduled to arraigned on March 1, 1989.

2. That the Defendant hereby enters a plea of not guilty and requests a trial by Jury and hereby waives formal arraignment and requests fifteen (15) days for the filing of appropriate defensive motions.

DATED this the 27th day of February, 1989.

HAMPTON C. PETERSON, ESQ.
Counsel for Defendant
1120 So. Federal Hwy, Ste. 4
Fort Lauderdale, Fl 33316
Telephone:  (305) 523-5784
Fla. Bar No.:  331384

IN RE:  FIRST APPEARANCE HEARING AND
        NON-ADVERSARY PROBABLE CAUSE
        DETERMINATION FOR
        LIVERMORE        RICHARD        A

IN THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

FINDINGS AND ORDER
BS891833   DIV-

The Defendant, having been arrested by BROWARD  SHERIFF  OFFICE                    (Agency)
and having been brought before the undersigned as Committing Magistrate, the Court makes the following
findings and enters the following ORDER:

I.    Having reviewed the Affidavit(s) attached hereto of   F              . BALLANTE

                                                                         , the Court finds:

      A.  _____ Probable cause to believe the defendant has committed, and shall be held to

answer for, the offense(s) of
1 —POSS  OF  COCAINE

but finds no probable cause as to the offense(s) of _____

_____

and this cause is hereby continued for_____hours and shall be brought back

before the committing Magistrate on _____ day, of_____ 19 _____ OR

      B.  _____ No Probable cause to believe the defendant has committed any offense, and

he is hereby ordered discharged from custody unless held on other unrelated charges.

II.   The Court has now advised the Defendant:

      A.  Of the charges against him (see I. A. above);

      B.  That he is not required to say anything and anything he says may be used against him;

      C.  Of his right to Counsel, and if indigent, of his right to Court appointed Counsel;

      D.  Of his right to an adversary Preliminary Hearing on any Felony charges, if an Indictment or
          Information is not filed against him within 21 days of his arrest;

III.  BOND:  A. _____ Bond is set at $

1 —      1,000.00

IV.   COUNSEL:   A. _____ Defendant has or will retain private counsel; OR

                 B. _____ Defendant is declared indigent, and the Public Defender is appointed to
                          represent him, subject to review at Arraignment.

V.    Where the Defendant is detained under the Uniform Interstate Extradition Act, F.S. 941, this finding
      of Probable Cause shall operate to commit the Defendant to the county jail for a period of thirty
      (30) days.

VI.   Defendant is hereby remanded to the custody of the Sheriff unless and until bonded (if bond has
      been set hereinabove) for further proceedings according to law.

      DONE AND ORDERED at Fort Lauderdale, Broward County, Florida on  JANUARY      21,  1989

                                                     COMMITTING MAGISTRATE

Original to: Clerk
Copies to:  Sheriff
            St. Atty.              CLERK OF COURT

PHOTO

NOT LEGIBLE FOR MICROFILMING

| SHERIFF'S OFFICE | Print Clearance | | Name Search | | Teletype | COURT COPY |
|---|---|---|---|---|---|---|
| BROWARD COUNTY, FLORIDA | | | | | | 00/00/00 |

| Arrest Number | Offense Report No. | | BCCN | | Booking Sheet Control Date & Time | |
|---|---|---|---|---|---|---|

| Last Name | First | Middle | SSN | | Probation | Parole |
|---|---|---|---|---|---|---|
| LIVERMORE | RICHARD | ALLEN | | | | |

| Alias Last Name | First | Middle | Driver's License | | State |
|---|---|---|---|---|---|
| | | | Yes   No | | FL |

| Street/Mk Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St./ City. | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 505 | 142 | BRN | BRN | MED | 034 | | | City. FL | US |

Scars, Marks, Tattoos

TATTOO ON R: ARM

| Permanent Address | | Bldg | Apt. | City | St./City. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| | | | | LAUDERHILL | FL | 20 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 34 | 00 | YES | 34 | 00 | 305-583-2114 | NO |

| GDH | Other Medical |
|---|---|

| Employer | | Occupation |
|---|---|---|
| | | TILE SETTER |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| | | | | | 5020 NW 19TH ST FT LAUD FL |

| Arrest Date | Arrest Time | Arresting Officer | | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|---|
| | 7:35 | LALLANITE | F | 85290 | NO | V705 | | | |

| Booking Date | Booking Time | Booking Officer | | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|---|
| | 11:41 | JAMES | | A 85429 | | |

| Date | Charges | MagCode/comments | Cepros/Warrant Number | Bond |
|---|---|---|---|---|
| | 001 POSS OF COCAINE | 3FY | | 1000.00 |

Previous Arrest Number

CASH RMKS: 24/56 4915
$29.00 IN PROPERTY

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|

| Arrest No. | Last Name | First | Unattended Children? |
|---|---|---|---|
| | LIVERMORE | RICHARD | A |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang | Resist | Rabbi | Suic | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Bin No, | P Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|

| Currency $ | | Language msg: |
|---|---|---|
| | | DEFENDANT SPEAKS ENGLISH |

BSOD-B3 REV. 11-05

316438

BROWARD COUNTY

☐ **COMPLAINT AFFIDAVIT**          ☑ **ARREST FORM**

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

| FILING AGENCY | OFFENSE REPORT | LOCAL I.D. NO. | FDLE | | FBI | SS NO. |
|---|---|---|---|---|---|---|
| BSO | 89-1-11233 | | | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME |
|---|---|---|---|---|
| Livermore | Richard | | | |

| RACE | SEX | HGT | WGT | EYES | HAIR | COMP | AGE | | BIRTH PLACE |
|---|---|---|---|---|---|---|---|---|---|
| W | m | 5 6 | 145 | Br | Br | med | 34 | | |

PERMANENT ADDRESS: 5261 NW 13st Lauderhill     LOCAL ADDRESS: same

| SCARS, MARKS, T | PLACE OF EMPLOYMENT | LENGTH |
|---|---|---|
| LION ON RT. arm | TILE + STONE | 15 |

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY | CCN | READING | PLACE OF ARREST |
|---|---|---|---|---|
| 34 | | | | 3030 NW 19ST FT LND, FL |

| DATE ARRESTED | TIME ARREST | ARRESTING OFFICERS | CCN | OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT |
|---|---|---|---|---|---|---|---|---|
| 1-20-89 | 1730 | BALLANTE F | 5290 | Y ☐ N ☒ | V705 | — | | |

| UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER | CCN | PICK UP TIME | ARRIVAL TIME AT BSO |
|---|---|---|---|---|

DEFENDANT'S VEHICLE MAKE FORD    TYPE SW    YEAR    COLOR BLUE

**ATTACH DEFENDANT'S PHOTO**

TAG NO. AHD-61Y    VIN NO. 2FABP44F60B128828    VEHICLE TOWED TO

OTHER IDENTIFIERS:

OR REMARKS:

| NAME OF VICTIM OF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION) | ADDRESS | PHONE |
|---|---|---|
| STATE OF FLORIDA | | |

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | Possession of Cocaine | 853.13 |
| | | |
| | | |
| | | |
| | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared Ballante Frank who being first duly

sworn deposes and says that on the 20 day of Jan 19 89 at 3020 NW 19st FT. LAUDERDALE,

the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

WHILE WORKING IN AN UNDERCOVER CAPACITY IN THE ABOVE AREA, WHICH IS KNOWN FOR ITS "CRACK" COCAINE ACTIVITY, THE UNDERSIGNED OBSERVED THE ABOVE VEHICLE OCCUPIED BY THE DEFENDANT PARKED INSIDE OF THE APARTMENT COMPLEX. THERE WERE TWO BLACKMALES UP TO THE DRIVERS SIDE WINDOW. WHEN THE B/m's NOTICED OUR VEHICLE THEY OBVIOUSLY RECOGNIZED US AS POLICE AS THEY FLED ON FOOT. DEFENDANT LIVERMORE QUICKLY PUT HIS VEHICLE INTO REVERSE AND ATTEMPTED TO BACK OUT OF THE AREA, HOWEVER UPON OBSERVING THE UNDERSIGNED HE QUICKLY TOSSED A SMALL ZIPLOCK BAG OUT OF THE DRIVERS WINDOW ONTO THE GROUND. THE UNDERSIGNED RETRIEVED THE ZIPLOCK BAG AND FOUND IT TO CONTAIN ONE SUSPECT COCAINE ROCK. AT THIS POINT THE DEFENDANT WAS PLACED UNDER ARREST. THE COCAINE ROCK WAS COBALT TEST POSITIVE. AFTER MIRANDA DEFENDANT STATED THAT HE JUST PURCHASED THE COCAINE FROM THE B/m's THAT FLED.

Sworn to and subscribed before me, the undersigned authority, this 20 day of 19 89

T. PLUM    TITLE Dep. Sheriff

DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASST. ST. ATTY.

I swear the above statement is correct and true to the best of my knowledge and belief,

#5290

OFFICER'S/AFFIANT'S SIGNATURE/CCN

OFFICER'S NAME: F. BALLANTE    DIV OCD

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSO-02 REV 6 86

FIRST APPEARANCE/ARREST FORM

Orig. - Court
2nd - State Atty.
3rd - Filing Agency
4th - Arresting Agency

COURT COPY