ISSUE SUMMONS: _____  CASE NO. 89-24668 F10

WARRANT: _____  DIVISION: _____ FG

# CIRCUIT COURT - CRIMINAL

## COUNTY OF BROWARD / STATE OF FLORIDA

### VS.

Richard A. Livermore

A/K/A _____

INFORMATION FOR I. Possession of Cocaine. 893.13(1)(a)
II. Possession of Cannabis (misd) 893.03(1)(a)
_____
_____
_____
_____

ARREST DATE 11-18-89
ARREST NUMBER LH89 1265
FILING DATE DEC 0 4 1989    DEFENDANT'S RACE W   SEX M   DOB
DEFENDANT'S ADDRESS 5216 N.W 12th Street, Lauderhill, Fl.

BOND AM'T 1000/2BS    11-29-89  AGENCY B&S   DISCHARGED MAR 3 0 1990
BOND AM'T _____   AGENCY _____   DISCHARGED _____
BOND AM'T _____   AGENCY _____   DISCHARGED _____
CAPIAS _____   ALIAS _____   PLURIES _____
ARRAIGNMENT DATE 12-18-89   RESET _____   RESET _____
RESET _____   RESET _____   WRITTEN PLEA-NOT GUILTY 12-15-89
ARRAIGNMENT & PLEA DEC 1 8 1989   GUILTY _____   NOLO _____   NOT GUILTY ✓
STOOD MUTE/NOT GUILTY BY COURT _____   WAIVER OF JURY _____

DEC 1 8 1989
TRIAL DATE Feb 16, 1990 @ 10:00 #950
FEB 16 1990 March 30, 1990 10:30 #910
MAR 3 0 1990
W.-B-Plea Not Guilty
Enter Plea Of Nolo I+II
_____
_____
_____

DISCHARGED _____   DISMISSED _____   SPEEDY _____
ACQUITTED BY JURY _____   ACQUITTED BY COURT _____
CONVICTED BY JURY _____   CONVICTED BY COURT _____
ADJUDICATED _____   WITHHELD ADJUDICATION MAR 3 0 1990 I+II
SENTENCE & ADJ DEFERRED TO _____   PSI: YES NO _____
MAR 3 0 1990
SENTENCE I. Two (2) years Community Control II. 7 days T.S. plus $20.00 V.C.
each ct. + $200.00 T.S. to be paid 1st 6 months
JAN 1 7 1991  Comm Control terminated
_____
_____
_____

BOND EST/AMT _____   AGENCY _____   VACATED _____
BOND EST/AMT _____   AGENCY _____   VACATED _____
NOLLE PROS _____   PER _____   NO INFO _____   PER _____
STATE PRISON COMMITMENT _____   BY _____, D.C.

Livermore, Richard A.

89-24668 f10



# CASE PROGRESS

ATTORNEY: _10-15-89 Mark P. Brickstein #091791 484 3666_

ADDRESS: _3500 N. State Rd. 7 Lauderdale, FL_

ATTORNEY: _____

ADDRESS: _____

ATTORNEY: _____

ADDRESS: _____

COPY OF INFORMATION/INDICTMENT TO ATTORNEY ON: _____

_____ DEF. ALLOWED _____ DAYS TO FILE MOTIONS. _____

11-14-95 PROBABLE CAUSE FOUND (Gm)

12-6-89 send notice to Def. and bond agency ✓B

12-16-89 file Notice of appearance, written plea Not guilty,
✓ demand for discovery, m/Statement of particulars

12-18-89 arraignment held c/e B. SIEFTER

12/29/89 File Sts Answer to Demand for
       Discovery

FEB 16 1990 DEFENSE CONT. GRANTED / / C/R B. Bradley

MAR 30 1990 Change of Plea a/e - Beth Bradlieb

4/2/90 File Sentencing guideline scoresheet
✓ order of closure

JAN 17 1991 hrg held Comm Control terminated C/R B. BRADLIEB

11-18
11-24 } 7



## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY, FLORIDA

THE STATE OF FLORIDA

vs.

RICHARD A. LIVERMORE

INFORMATION FOR

I. POSSESSION OF COCAINE
II. POSSESSION OF CANNABIS
(MISDEMEANOR)

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that

RICHARD A. LIVERMORE

on the 18th day of November , A.D. 19 89 , in the County and State aforesaid. did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cocaine, contrary to F.S. 893.03(2)(a)4, and F.S. 893.13(1)(f),

### COUNT II

AND MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that RICHARD A. LIVERMORE, on the 18th day of November, A.D. 1989, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit: Cannabis, in an amount of twenty (20) grams or less, contrary to F.S. 893.03(1)(c), and F.S. 893.13(1)(g),

JRD/fls/12/1/89

#C-51

ORIGINAL

COUNTY OF BROWARD
STATE OF FLORIDA

Personally appeared before me _____ EDWARD I. WAITE _____, duly appointed as an Assistant State Attorney of the 17th Judicial Circuit of Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting Attorney for the State of Florida in the County of Broward, who being first duly sworn says that testimony has been received under oath from the material witness or witnesses and that the allegations as set forth in the foregoing Information are based upon facts that have been sworn to as true by the material witness or witnesses and which, if true would constitute the offense therein charged, and that he has instituted this prosecution in good faith.

_____
Assistant State Attorney 17th Judicial Circuit of Florida

Sworn to and subscribed before me this __4__ day of _____, A.D. 19 89

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

**SEAL**
DEC 1 8 1989

By _____
Deputy Clerk

Not Guilty In Writing by Attorney

To the within Information, Defendant pleaded _____

ROBERT E. LOCKWOOD
Clerk of the Circuit Court of the 17th Judicial
Circuit in and for Broward County, Florida

By _____
Deputy Clerk

---

Case No. _____

IN THE

**CIRCUIT COURT**

Seventeenth Judicial Circuit of Florida
In and for Broward County
STATE OF FLORIDA

THE STATE OF FLORIDA

vs.

Information for

Presented by State Attorney and Filed

DEC 0 4 1989

ROBERT E. LOCKWOOD
Clerk of the Circuit Court

MICHAEL J. SATZ
State Attorney

BROWARD COUNTY FLORIDA
89 -4   PH 4: 03

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 3-30-90   CASE NO. 89-24668CF10   ARREST NO. LH 90-1265   ROR/IC/SURETY SUMMONS/CASH BOND Bts   AGENCY

DEFENDANT Richard Livermore   AKA

| | | | COURT STATUS 200 1st 6months - equal payments | |
|---|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☐ CHANGE OF PLEA | | TRUST FUND / HOURS COMM. SERVICE |
| ☐ ARRAIGNMENT | ☐ JURY | ☐ PLED GUILTY | ☐ ADJ GUILTY _____ VC _____ | ASSESSMENT EACH COUNT |
| ☐ SENTENCING | ☐ COURT | ☑ PLED NOLO I, II | I, II ☑ WITHHELD $20  VC EACH COUNT | |
| ☐ PSI | ☐ 1ST. V.O. | | ☐ NOLLE PROSEQUI   ☐ DISMISSED | ☐ ACQUITTED |
| ☐ PDR | ☐ FINAL V.O. | | | |

CHARGE(S) I. Poss. of Cocaine
II. Poss. of Cannabis

**DUI USE ONLY**

COUNT _____

PROBATION W/SPECIAL CONDITION
LICENSE SUSP. _____ HOURS COMM SERVICE _____ WORK PERMIT
CASAP/DUI SCHOOL _____ CASAP EVALUATION _____

$ _____ COURT COST _____ 5% _____ V.C. _____ CJO _____ EMTF

JAIL TIME _____
OTHER _____

SENTENCE: I AT 2 years Community Control, counts concurrent
II Time served 7 days

S/c drug

| COUNT(S) | | TIME SERVED | | | DAYS |
|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| $ | FINE | COURT COST | 5% | V.C. | CJC |
| PLUS $ | | DEFERRAL FEE TO: | | | |

JUDGE    BY (DEPUTY CLERK)
FILE COPY

## THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

DATE 1-17-91   CASE NO. 89-24668 TFW   ARREST NO. ___   ROR/IC/SURETY SUMMONS/CASH BOND ___   AGENCY ___

DEFENDANT Richard a. Linnmore   AKA ___

### COURT STATUS

☐ MAGISTRATE ☐ TRIAL ☐ CHANGE OF PLEA
☐ ARRAIGNMENT ☐ JURY ☐ PLED GUILTY
☐ SENTENCING ☐ COURT ☐ PLED NOLO
☐ PSI ☐ 1ST. V.O. ___
☐ PDR ☐ FINAL V.O. ___

☐ ___ TRUST FUND / HOURS COMM. SERVICE
☐ ADJ. GUILTY ___ VC ___ ASSESSMENT EACH COUNT
☐ WITHHELD ___ VC EACH COUNT
☐ NOLLE PROSEQUI ☐ DISMISSED ☐ ACQUITTED

CHARGE(S) Poss of Locaine

**DUI USE ONLY**

COUNT ___
PROBATION W/SPECIAL CONDITION
LICENSE SUSP. ___ HOURS COMM SERVICE ___ WORK PERMIT
CASAP/DUI SCHOOL ___ CASAP EVALUATION ___
$ ___ COURT COST ___ 5% ___ V.C. ___ CJC ___ EMTF

JAIL TIME ___   Seminole
OTHER ___

SENTENCE: Defense motion to modify Community Control is hereby Granted
Remainder to be served on Probation
'Per Rec of Angelo Morro (officer)

| COUNT(S) | | TIME SERVED | | | | DAYS |
|---|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |
| $ | FINE | COURT COST | 5% | V.C. | CJC | |

PLUS $ ___   DEFERRAL FEE TO: ___

JUDGE ___   BY ___ (DEPUTY CLERK)

SEP 3 1/87   FILE COPY

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL
CIRCUIT     IN AND FOR BROWARD COUNTY, FLORIDA.

CASE NO: 89 - 24008 CF
DIVISION: 76 Cohen
ARR.NO: _____ ROR   IC   CASH   SURETY

STATE OF FLORIDA,                  )

              PLAINTIFF,           )

VS.                                )            ORDER OF COMMUNITY CONTROL

Richard A.
Livermore                          )

              DEFENDANT.           )

THE DEFENDANT, having: 1+2                [Counts] 1. Possession of Cocaine

a. X  entered a plea of guilty/nolo contendere to: 2. Possession of Cannabis
                                                      (misd)

b. ____ been found guilty of:            [ _____

c. ____ prior probation is hereby revoked: [ _____

THE COURT HEREBY:

c. ____ adjudges you guilty of count(s) _____
d. X  withholds adjudication of guilt for count(s) __1+2_____

IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:
e. X  you are hereby placed on community control for a period of Two (2) years
      to be supervised by the Department of Corrections.
f. ____ (split sentence) you shall be confined in:
      1. the custody of the Sheriff of Broward County for a period of _____
      2. the custody of the Department of Corrections for a period of _____
after which you shall be on community control for a period of _____,
to commence upon release.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, THE FOLLOWING GENERAL AND SPECIAL
CONDITIONS OF COMMUNITY CONTROL:

g. ____ you must report, in person, immediately or on the next working day after release from confinement, to:
      COMMUNITY CONTROL OFFICE, 10 W. Las Olas Boulevard, FORT LAUDERDALE,
      FLORIDA;
h. X  you shall not do any of the following (without first obtaining the consent of your community control
      officer)
      1. change the place where you live or work;
      2. own, possess or carry on or about your person any firearm or other type of weapon;
      3. associate with any person engaged in any criminal activity;
      4. violate any law of any city, county, state or the United States (a conviction in a court of law is
         not necessary for you to be found in violation);
      5. use any controlled substance, unless permitted by law;
      6. use intoxicants;
      7. visit places where controlled substances are unlawfully sold, dispensed or used.
i. X  you must do each and every of the following:
      1. work diligently at a lawful, gainful occupation;
      2. support yourself and your lawful dependents to the best of your ability;
      3. answer promptly and truthfully any and all questions put to you by either the Court or any community
         control officer;
      4. allow a duly authorized community control officer to visit you in your home, your place of employment
         or elsewhere;
      5. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly
         authorized community control officer;
      6. report to your community control officer at least four times a week, or if unemployed full time,
         daily.
      7. file a full and truthful written report with your community control officer, no later than the fifth
         day of each and every month of your community control, upon a form to be furnished to you.
      8. pay the sum of $~~50.00~~ per month, or any increased amounts authorized by law, for costs of
         supervision while on community control, unless modified as follows: $40.00

9. pay the sum(s) of:
   a) $_____ court costs.
   b) $ 50.00 victim costs on counts 1+2 _____
   c) $ 50.00 "trust fund" or _____ 50.3 hours community service (F.S.27.3455)
   d) $_____ assessment.
   e) $_____ by Six months in equal monthly payments
   on a schedule to be determined by your community control officer.

CLERK'S COPY

f) $_____ emergen__ medical fund

10) remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your community control officer.

11) submit to physical search, urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs or controlled substances.

12) maintain an hourly accounting of all of your activities on a daily log which you will submit to your community control officer upon request.

13) participate in self improvement programs as determined by the court or your community control officer.

j. ☒ you shall comply with the following special conditions of community control:

_____ 1. Spend _____ in custody of Broward County Sheriff and comply with all rules of the the institution in which you were placed with credit for _____ days time served.

_____ 2. Spend _____ in the Department of Corrections residential restitution program and comply with all rules and regulations thereof,

_____ 3. Spend _____ weekends, 8:00 a.m. to 5:00 p.m., participating in any special work work program which may be instituted at the Broward County Stockade or as otherwise may be directed by the community control officer.

_____ 4. You will attend and successfully complete the following rehabilitation program, to be selected by your community control officer, or such other entity that may be determined by the Court, and you will continue that program until no longer deemed necessary by your community control officer or the Court. Further, you will abide by all rules and regulations of the program, attend all appointments and follow all lawful instructions of the director and staff:

_____ (a) an in-patient _____ alcohol, _____ drug, _____ psychological program _____

_____ (b) an out-patient _____ alcohol, _____ drug, _____ psychological program _____

☒ (c) _____ program _____

☒ (d) submit to evaluation for counseling or placement in a _____ alcohol, ☒ drug _____ psychological rehabilitation program to be selected by the community control officer based upon such evaluation. (Upon request the Court will grant a hearing in the event of a dispute).

_____ (e) the defendant is to be held in custody until released to a representative of _____ or otherwise directed by the community control officer or the Court.

_____ 5. Submit to urinalysis, blood tests, physical searches by or on demand of community control officer.

_____ 6. Not use or possess alcoholic beverages for any purpose.

_____ 7. Not drive or operate a motor vehicle except _____

_____ 8. Make restitution to the victim _____ in the amount of $_____, or in an amount to be determined by the Court in the event the community control officer and the parties are not able to reach agreement, all on a schedule to be determined by the community control officer.

_____ 9. Pay public defender's fee in the sum of $_____ on a schedule to be determined by the community control officer.

_____ 10. Pay fine in the amount of $_____ plus 5% surcharge on a schedule to be determined by the community control officer.

_____ 11. Perform _____ hours of community service, or, in lieu thereof, make the following voluntary contribution in the sum of $_____ to the following organization: _____

_____ in lieu of additional conditions of community control.

_____ 12. You will obtain a G.E.D., or equivalent, or participate in a special educational or training program to be determined by your community control officer, or as follows: _____

_____ 13. You will not associate, communicate or have any contact with _____

☒ 14. Other: _____

*[handwritten]* Cost 2 dayup Time Served

k. The Court reserves the right to rescind, modify or revoke community control to the extent provided by law.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this 30 day of March,

19 90, nunc pro tunc, _____

*[signature]*

JUDGE, CIRCUIT COURT

I have received a copy of the terms and conditions of my community control. I have read and understand these conditions and agree to report to the Department of Corrections Intake Unit in Room 730 for further instructions.

*[signature]*
Defendant

*[signature]*
Instructed by
CLERK'S COPY

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA

FLORIDA BAR NO.: 291791
CASE NO.: 89-24668CF10A
JUDGE Coker

STATE OF FLORIDA,

    Plaintiff

vs.

RICHARD A. LIVERMORE

    Defendant.

NOTICE OF APPEARANCE AND
WRITTEN PLEA OF NOT GUILTY

TO: Clerk of the Above-Styled Court:

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his/her appearance as attorney of record for the Defendant in the above-styled cause, and you are hereby requested to furnish the said attorney with copies of all future motions, orders, etc. in this cause.

FURTHERMORE, the undersigned attorney informs the Court that:

A. The above-named Defendant's arraignment is set for _12-18-89_, 19 89.

B. The Defendant hereby enters his/her plea of not guilty and requests a trial by _Jury_ and hereby waives formal arraignment, and requests fifteen (15) days for the filing of appropriate defense motions.

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Office of the State Attorney this _13th_ day of _December_, 1989.

MARK P. BOCKSTEIN
3500 N. State Road 7
Suite 290
Lauderdale Lakes, FL 33319
(305) 484-3555

NOAWPNG1
(CF6)

PHOTO

**SHERIFF'S OFFICE**
**BROWARD COUNTY, FLORIDA**

COURT COPY

| Arrest Number | Offense Report No | BCCN | Booking Sheet Control Date & Time |
|---|---|---|---|
| LH891265 | LH-89111951 | | 11/18/89 18:40 |

| Last Name | First | Middle | | Probation | Parole |
|---|---|---|---|---|---|
| LIVERMORE | RICHARD | A | | N | N |

| Alias Last Name | First | Middle | Driver's License | State |
|---|---|---|---|---|
| | | | Yes    No  N | |

| Street/Apt. Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp | Age | Date of Birth | Place of Birth | St./City. | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 506 | 145 | BRN | BRN | MED | 035 | | | | US |

Scars, Marks, Tattoos: TTL/ARM

| Permanent Address | | Bldg. | Apt. | City | St./City. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| 5261 NW 12 | ST | | | LAUDERHILL | FL | 20 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 35 | 00 | YES | 35 | 00 | 305--583-2114 | NO |

| GDH | Other Medical |
|---|---|
| | TO BE SCREENED BY NURSE |

| Employer | Occupation |
|---|---|
| LIVERMORE DAWN | TILE |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | .00% | | | LH | 1775 NW 55 AVE LAUDERHILL FL |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 11/18/89 | 15:27 | OSTROFF | B  BS4949 | NO | SET | 604 | | C |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 11/18/89 | 18:35 | ADAMS | M  BS3817 | | |

| Date | Charges | | MsgCode/comments | | Capias/Warrant Number | Bond |
|---|---|---|---|---|---|---|
| 111889 | 001 POSS COCAINE | | 3FY | D | | 1000.00 |
| 111889 | 002 POSS CANNABIS | | 1MY | D | | NC |

BOOKING RMKS: 29/54 BS5083

Previous Arrest Number

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|

| Arrest No. | Last Name | First | Unattended Children? |
|---|---|---|---|
| LH891265 | LIVERMORE | RICHARD   A | |

| Date | Time | Sex | Race | Date of Birth | Armed | Gang | Resist | Rabbit | Suic | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/89 | 18:35 | M | W | | | | | | | | |

| Bin No. | P-Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 2396 | | | |

| Currency $ | Language msg: |
|---|---|
| .18 | DETAINEE SPEAKS ENGLISH |

BSO0-83 REV. 11/85

BROWARD COUNTY ☐ COMPLAINT AFFIDAVIT ☒ ARREST FORM

SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOW IN CUSTODY

CASE NUMBER: LH09/2605
000380932

99 NOV 18 PM 4:30

| FILING AGENCY | OFFENSE REPORT | LOCAL I.D. NO. | FDLE | FBI | SID NO. |
|---|---|---|---|---|---|
| BSO | LH 99-11-1951 | | | | |

DEFENDANT'S LAST NAME: Livermore FIRST: Richard MIDDLE: A. SUF: ALIAS/STREET NAME: CITIZENSHIP:

| RACE | SEX | HGT | WGT | EYES | HAIR | COMP | AGE | SS# | BIRTHPLACE |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 5'6 | 145 | Brn | Brn | Med | 35 | | FL |

PERMANENT ADDRESS: 3461 NW 12 St Lauderhill
LOCAL ADDRESS: Same
RESIDENCY TYPE

SCARS, MARKS, TT: "Right Arm Lion"
PLACE OF EMPLOYMENT: Don Livermore, Tile & Stone LENGTH: 15 yrs

HOW LONG DEFENDANT IN BROWARD COUNTY: 35 yrs
BREATHALYZER BY: CCN READING: PLACE OF ARREST: 1775 NW 55' Ave Lauderhill

| DATE ARRESTED | TIME ARREST | ARRESTING OFFICERS | CCN | OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT |
|---|---|---|---|---|---|---|---|---|
| 11-18-99 | 1557 | Dep. B. Ostroff | 4949 | YO NO | SET | 60/ | — | C |

UNIT TRANSPORTING PRISONER: BSO TRANSPORTING OFFICER: CCN: PICK UP TIME: ARRIVAL TIME AT BSO:

DEFENDANT'S VEHICLE MAKE: TYPE: YEAR: COLOR:

TAG NO: VIN NO: VEHICLE TOWED TO:

OTHER IDENTIFIERS:

OR REMARKS:

NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORPORATION): STATE OF FL ADDRESS: PHONE:

| COUNT NO. | OFFENSES CHARGED | F.S. NO. OR CAPIAS/WARRANT NO. |
|---|---|---|
| 1 | Possession of Crack Cocaine | 893.13 |
| 11 | Possession of Cannabis | 893.13 |
| | | |
| | | |
| | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared OSTROFF BRAD J. who being first duly sworn deposes and says that on the 18 day of November 19 99 at 1775 NW 55' Ave Lauderhill the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

on this date and time, I was on unmarked patrol in the area of 1775 NW 55 Ave when I observed the defendant meeting with 2 B/m's in front of the above address.

The area the defendant was in is a high crime area plagued with narcotics. I have made numerous arrests for possession of cocaine in this area.

As I was coming up on the defendant I observed him hand one of the B/m's a unknown amount of money and the B/m handed the defendant a small object. Due to my experience in narcotics I had reason to believe a drug transaction had been made. I stopped and identified myself and the defendant put the small object in his top right shirt pocket and attempted to flee on a bicycle.

I stopped the defendant and retrieved the object that he put in his top pocket it field tested positive for cocaine (base rock).

The defendant also had a small marijuana cigarette field tested positive for cannabis.

Defendant placed under arrest.

Sworn to and subscribed before me, the undersigned authority, this 18 19 99

TITLE: Dep Sheriff
DEPUTY CLERK OF THE COURT OR NOTARY PUBLIC OR ASST. ST. ATTY.

I swear the above statement is correct and true to the best of my knowledge and belief.

OFFICER'S/AFFIANT'S SIGNATURE/CCN

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA
BSOD-82 REV. 8/66

OFFICER'S NAME: Brad Ostroff CCN: BSO#6

FIRST APPEARANCE/ARREST FORM

COURT COPY

Orig. - Court
2nd - State Atty.
3rd - Filing Agency
4th - Arresting Agency