Comprehensive Report

**People at Work:**

*Maximum 50 People at Work records returned*

Name: TERESA THOMAS
Title: CLERK
LexID: 002513870681
SSN:
Company: ADMIN
Phone:
FEIN:
Dates:

Name: TERESA THOMAS
LexID: 002513870681
SSN:
Company: STATE ATTORNEYS OFFICE
Phone:
FEIN:
Dates:

