

Contact Us   |   Help

## Possible Criminal Records:

### Florida Department of Corrections:

Name: JOHN T MINCEY
LexID: 001739269039
SSN:
State of Birth:
State of Origin: Florida
DOC Number: 776181
Party Status: INACTIVE OFFENDER
DOB:
Race: BLACK
Sex: Male
Eyes: BLACK
Height: 5' 06"

Case Number: 9211231
Case Type Description: Department Of Correction

**Offenses:**

Case Number: 9211231      Offense Date: 09/16/1992
Offense: FIREARM POSSESSION BY FELON

Case Number: 9211231      Offense Date: 09/16/1992
Offense: FIREARM POSSESSION BY FELON      Sentence Date: 01/05/1993

**Parole/Probations:**

Parole Status: **INACTIVE, INITIAL P&P COMMITMENT PREFIX: 01**

**Prison Inmate Records:**

[None Found]

Unknown
  Date

**Hide Left Nav**  |  **Back to Top**  |