## Case Details: 50-1999-CF-005582-AXXX-MB

| | | | |
|---|---|---|---|
| **Full Name** | HUTCHINSON, JOHN B | **DOB** | |
| **Party Type** | DEFENDANT | **Sex** | M |
| **Case #** | 50-1999-CF-005582-AXXX-MB | **Race** | B |
| **Status** | Closed | **Fee Balance** | 0.0000 |
| **Citation #** | | **Division** | U: Felony - U |
| **Booking #** | 1999320209, 2001323232 | **Speedy Trial Du** | 11/6/1999 |

### Court Events

| Date | Time | Event Type | Location | Room | Notes |
|---|---|---|---|---|---|
| 8/3/1999 | 8:00 AM | BOND - BOND HEARING | MB | 11H (Main Branch) | |

### Main Parties

**Judge:** U, Division   **Public Defender:** DEFENDER, PUBLIC

### Parties

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| HUTCHINSON, JOHN B | DEFENDANT | M | B | | | | 0164105 | | |

### Charges

| Count | Statute # | Description | Disposition | Disposition Date | Sentence |
|---|---|---|---|---|---|
| 1 | 790.01(2) | CONVERSION:(790.01(2)   /5202/T/ F/000/94 ) (PROB-U) CARRYING A CONCEALED FIREARM | ADJUDICATION WITHHELD (WH) | 11/5/1999 | PROBATION |
| 2 | 784.03(1) | CONVERSION:(784.03(1)   /1319/F/ M/000/94 ) DOMESTIC BATTERY | ADJUDICATED GUILTY BY COURT | 11/5/1999 | TIME SERVED |
| 3 | 784.021(1A) | CONVERSION:(784.021(1A)  /1315/T/ F/000/94 ) AGGRAVATED ASSAULT (FIREARM) | NOLLE PROSSE | 11/5/1999 | |

### Linked Cases

No Linked Cases Found.

### Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| 11/5/1999 | 1 | PROBATION | | Probation Time: 18 months | | | |
| 11/5/1999 | 2 | TIME SERVED | | | | | |

### Warrants/Service Docs

| Warrant/Document Type | Warrant #/Document ID | Issue Date | Last Action Date | Status/Return Reason | Last Action |
|---|---|---|---|---|---|
| WARRANT ISSUED | 292111 | 5/2/2001 | 5/16/2001 | Executed | Returned |

### Arrests

| Arresting Agency | Agency Number | Booking # | Incident # | Arrest/Offense Date |
|---|---|---|---|---|
| West Palm Beach PD | 94 | 1999320209 | 949936914 | 5/15/1999 |
| West Palm Beach PD | 94 | 2001323232 | 01302368 | 5/16/2001 |

### Bonds

No Bonds Found.

### Total Fees

| Total Amount Due: | Total Amount Paid: | Total Balance: | Total Judgement Interest: |
|---|---|---|---|

Total Balance + Interest: $0.00