## Case Details: 50-2002-CF-010544-AXXX-MB

| Field | Value | Field | Value |
|---|---|---|---|
| Full Name | THOMAS, WILLIE | DOB | |
| Party Type | DEFENDANT | Sex | M |
| Case # | 50-2002-CF-010544-AXXX-MB | Race | B |
| Status | Closed | Fee Balance | 0.0000 |
| Citation # | | Division | V: Felony - V |
| Booking # | 2002337469 | Speedy Trial Du | 3/4/2003 |

### Court Events
No Court Events Found.

### Parties

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # | Hair | Eyes | |
|---|---|---|---|---|---|---|---|---|---|---|
| THOMAS JR, WILLIE | DEFENDANT | M | B | | | | 0063061 | BK | BR | |

### Main Parties

Judge: V, Division    Defense Attorney: TENDLER, RICHARD

State Attorney: SHEPHERD, ROBERT LEWIS

### Charges

| Count | Statute # | Description | Disposition | Disposition Date | Sentence |
|---|---|---|---|---|---|
| 1 | 893.13(6B) | CONVERSION:(893.13(6A) /3532/T/ F/257/68 ) POSSESSION OF COCAINE | ADJUDICATION WITHHELD (WH) | 6/5/2003 | PROBATION |
| 2 | 893.13(6B) | CONVERSION:(893.13(6A) /3560/T/ F/257/68 ) POSSESSION OF MARIJUANA IN EXCESS OF 20 GRAMS | ADJUDICATION WITHHELD (WH) | 6/5/2003 | PROBATION |
| 3 | 893.147(1B) | CONVERSION:(893.147(1B) /3550/ / M/000/68 ) POSSESSION OF PARAPHERNALIA (USE) | ADJUDICATION WITHHELD (WH) | 6/5/2003 | PROBATION |

### Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time |
|---|---|---|---|---|---|
| 6/5/2003 | 3 | PROBATION | | Probation Time: 12 months | |
| 6/5/2003 | 1 | PROBATION | | Probation Time: 18 months | |
| 6/5/2003 | 2 | PROBATION | | Probation Time: 18 months | |

### Linked Cases
No Linked Cases Found.

### Warrants/Service Docs
No Warrants/Service Docs Found.

### Arrests

| Arresting Agency | Agency Number | Booking # | Incident # | Arrest/Offense Date | |
|---|---|---|---|---|---|
| Town of Mangonia Park | 68 | 2002337469 | 68023516 | 9/10/2002 | |

### Total Fees

| Total Amount Due: | Total Amount Paid: | Total Balance: | Total Judgement Interest: |
|---|---|---|---|

Total Balance + Interest: $0.00

### Fees
No Fees Found.

### Bonds
No Bonds Found.

### Payment Plans