95

IN THE CRIMINAL DIVISION OF THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. 02CF 10544        A02        DIV. "V"

OBTS NUMBER _____

STATE OF FLORIDA

v.

Willie Thomas Jr

_____
DEFENDANT

DATE OF BIRTH ___  RACE __B__  GENDER __M__  SOCIAL SECURITY NUMBER

[ ] COMMUNITY CONTROL VIOLATOR

[ ] PROBATION VIOLATOR

06/17/2003   15:26:45   20030356950
OR BK 15391 PG 0046
Palm Beach County, Florida
Dorothy H. Wilken, Clerk

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy of the record in my office with redactions, if any as required by law.
_____ DAY OF DEC 3 0 2015
SHARON R. BOCK
CLERK & COMPTROLLER
_____
DEPUTY CLERK

## JUDGMENT

The above Defendant, being personally before this Court represented by   A.P.D.  Richard Tendler   (attorney)

| [ ] | Having been tried and found guilty of the following crime(s): | [✓] | Having entered a plea of guilty to the following crime(s): | [ ] | Having entered a plea of nolo contendere to the following crime(s): |

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE |
|---|---|---|---|
| 1 | Possession of cocaine | 893.13 (6)(a) | 3° fel |
| 2 | Possession of marijuana in excess of 20 grams | 893.13 (6)(a) | 3° fel |
| 3 | Possession of Paraphernalia (use) | 893.147 | 1° MISD |

[ ]   and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

[ ]   and having been convicted or found guilty of, or having entered a plea of nolo contendere or guilty, regardless of adjudication, to attempts or offenses relating to sexual battery (ch. 794), lewd and lascivious conduct (ch. 800), or murder (s. 782.04), aggravated battery (s. 784.045), burglary (s. 810.02), carjacking (s. 812.133), or home invasion robbery (s. 812.135), or any other offense specified in section 943.325, the defendant shall be required to submit blood specimens.

[✓]   and good cause being shown: IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.

SENTENCE STAYED   [✓] The Court hereby stays and withholds imposition of sentence as to count(s) and places the Defendant on
[✓] Probation and/or [ ] Community Control under the supervision of the Dept. of Corrections (conditions of probation set forth in separate order).

SENTENCE DEFERRED   [ ] The Court hereby defers imposition of sentence until _____

FILED
JUN 0 5 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS

The Defendant in Open Court was advised of his right to appeal from the Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

DONE AND ORDERED in Open Court at Palm Beach County, Florida, this ___5___ day of __June__ 200_3_

_____
CIRCUIT COURT JUDGE

WENNET                                          DC# <u>598298</u>
"V"                                              Officer: <u>15-3</u>

## ORDER WITHHOLDING ADJUDICATION OF GUILT
## AND PLACING DEFENDANT ON PROBATION

STATE OF FLORIDA                        In The <u>Circuit</u> Court
    -vs-    Plaintiff                        of <u>Palm Beach</u> County, Florida

<u>WILLIE THOMAS</u>                       Case No. <u>02-10544CFA02</u>
    Defendant

This cause coming on this day to be heard before me, and you, the defendant <u>WILLIE THOMAS</u>, being now present before me, and you having:
PLED GUILTY TO

The offense of <u>COUNT 1. POSSESSION OF COCAINE, COUNT 2. POSSESSION OF MARIJUANA IN EXCESS OF 20 GRAMS & COUNT 3. POSSESSION OF PARAPHERNALIA (USE)</u>

        It appearing to the satisfaction of the Court that you are not likely again to engage in a criminal course of conduct, and that the ends of justice and the welfare of society do not require that you should presently be adjudged guilty and suffer the penalty authorized by law:

        Now, therefore, it is ordered and adjudged that the adjudication of guilt and imposition of sentence are hereby withheld, and that you are hereby placed on probation for a period of <u>EIGHTEEN (18) MONTHS AS TO COUNTS 1 & 2 & TWELVE (12) MONTHS AS TO COUNT 3 CONCURRENT WITH EACH COUNT</u> under the supervision of the Department of Corrections and its Officers, such supervision to be subject to the provisions of the laws of this State.

        It is further ordered that you shall comply with the following conditions of probation:

(1)    Not later than the fifth day of each month or as directed, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2)    You will pay to the State of Florida the amount of $ **50.00 FIFTY DOLLARS** per month, plus a 4% surcharge, toward the cost of your supervision, unless otherwise exempted in compliance with Florida Statutes.

1

Thomas, Willie
Case# 02-10544CFA02

(3)    You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4)    You will neither possess, carry or own any weapons or firearm without first securing the consent of your Probation Officer.

(5)    You will live and remain at liberty without violating any law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6)    You will submit to Urinalysis, Breathalyzer or Blood Tests, as directed by your Probation Officer or the Professional Staff of any treatment center where you may be receiving treatment, to determine the possible use of alcohol, drugs or controlled substances.

(7)    You will make a good faith effort to obtain lawful employment and support any dependents to the best of your ability as directed by your Probation Officer.

(8)    You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he may give you.

(9)    DEFENDANT MAY APPLY FOR EARLY TERMINATION AFTER 12 MONTHS, PROVIDED ALL CONDITIONS ARE SATISFIED AND NO VIOLATIONS

(10)    COURT COSTS $411.00

(11)    PUBLIC DEFENDER APPLICATION FEE $40.00

(12)    PUBLIC DEFENDER'S FEE $150.00

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision; and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation, adjudge you guilty and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Probation Officer and have been instructed as to the conditions of probation you shall be released from custody, if you are in custody, and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

2

Thomas, Willie
Case# 02-10544CFA02

It is further ordered that the Clerk of this Court file this order in his office, record the same in the Minutes of the Court, and forthwith provide certified copies of same to the Probation Officer for his use in compliance with the requirements of law.

**DONE AND ORDERED IN OPEN COURT** this 5TH day of JUNE, 2003.

Signed this _11_ day of _June_ 2003. _____
                                         **JUDGE**

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: _____            _____
                                            Probationer

Instructed by: _____

Original: Court                          DC4-900B
Copies: Probationer/File

AP 6/6/2003

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law
DEC 3 0 2015
THIS ___ DAY OF _____ ,20___
SHARON R. BOCK
CLERK & COMPTROLLER
By_____
DEPUTY CLERK

3



**FLORIDA
DEPARTMENT of
CORRECTIONS**

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law.
THIS ____ DAY OF _____ DEC 3 0 2015
SHARON R. BOCK
CLERK & COMPTROLLER
By _____
DEPUTY CLERK

Jeb Bush
Governor

Jeb Bush

JAMES V. CROSBY, JR.
Secretary

*An Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

Date: July 24, 2005

RE: TERMINATION OF SUPERVISION
DC# 049363
DOCKET/UC NO(S) 049363

Willie Thomas
3715 Wedgewood Plaza Drive
Riviera Beach, Florida 33404

02-10544CFA02

2005 JUL 27 PM 3:55 FILED
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT CRIMINAL

Dear Mr. Thomas:

You are hereby notified that you have completed your term(s) of supervision, as referenced above, and are no longer under the supervision of the Department of Corrections.

If you were adjudicated guilty of a felony offense, your name will be submitted to the Florida Parole Commission for consideration for restoration of the civil rights that you lost as a result of your felony conviction (right to vote, right to hold public office, and the right to serve on a jury). If your rights are restored, a certificate of restoration of civil rights will be mailed by the Office of Executive Clemency to your last mailing address of record usually within one year following the termination of supervision. If your rights are not restored through this initial referral, you will be notified by the Florida Parole Commission and furnished an additional application for submission for restoration of civil rights with a hearing. If you have any questions about your civil rights, you may contact the Office of Executive Clemency for further information by calling (850) 488-2952 or by writing to that office at Florida Parole Commission, 2601 Blair Stone Road, Building C, Tallahassee, Florida 32399-2450. Information and application forms may be accessed through the following web site: www.state.fl.us/fpc/exclem.html.

After eight (8) years from termination of your supervision, you may apply to regain your right to own firearms. Applications can be obtained from the Office of Executive Clemency or be accessed by the web site noted above.

If adjudication was withheld, you did not lose your civil rights, however, the Florida Department of Law Enforcement (FDLE) may refuse the right for you to purchase a firearm following successful completion of supervision, pursuant to Section 790.065 Florida Statutes. Contact your local FDLE office if you have questions regarding this law.

I would like to extend to your best wishes for a very successful future.

Sincerely,

Claudette M. Williams, Correctional Probation Specialist

☒ If you were on supervision for a sexual offense, attached is a copy of the Notice of Responsibilities, which outlines your continued responsibilities in accordance with Florida Statutes.

☐ If you were sentenced as a career offender, attached is a copy of the Career Offender Notice of Responsibilities, which outlines your continued responsibilities in accordance with Florida Statutes.

Original: Offender
Copy: Offender File
Florida Parole Commission (if applicable)
Clerk of Court (if required)
(Revised 03/03)

JUL 28 2005

IN THE CRIMINAL DIVISION OF THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO. _02-10544CF A02_____  DIV._V___

OBTS NUMBER _____

STATE OF FLORIDA                             [ ]   COMMUNITY
                                                   CONTROL
                                                   VIOLATOR
v.    WILLIE THOMAS JR.
                                             [ ]   PROBATION
                                                   VIOLATOR
_____/
                    DEFENDANT

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a
true copy of the record in my office with
redactions, if any as required by law.
THIS ____ DAY OF _____, 20__ **DEC 3 0 2015**
          SHARON R. BOCK
          CLERK & COMPTROLLER
By _____
          DEPUTY CLERK

_____  _B__   _M____   _____
DATE OF BIRTH         RACE   GENDER   SOCIAL SECURITY NUMBER

The fingerprints below are those of said Defendant taken by Deputy Sheriff /s Susan Starr # b247

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |
| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L LITTLE |
| | | | | |

THE COURT CERTIFIES that the fingerprints shown below are those of the Defendant and were placed thereon by said Defendant in the Court's presence in Open Court at Palm Beach County, Florida, this ___5___ day of ___June___, 200_3_

_____
     CIRCUIT COURT JUDGE
          Judge Richard Wennet

Form Circuit 3B (rev 10/2000)

**FILED**
JUN 05 2003
DOROTHY H. WILKEN, CLERK
CIRCUIT & COUNTY COURTS
(CRIM. DIV.)