Print Report   |   Contact Us   |   Help

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Court, Law Enforcement, or Government Agencies
**Your GLBA Permissible Use:**  Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:**  No Permissible Purpose

# Criminal Report

 **Florida Department of Corrections**

**Offender Information**:
Name: **JOHN HUTCHINSON**
Names Associated with Subject: **JOHN HUTCHINSON**
Address: **1061 W 30TH ST, RIVIERA BEACH FL 33404-3527, PALM BEACH COUNTY**
DOC Number: **312841**
Party Status: **INACTIVE OFFENDER**

| | | |
|---|---|---|
| DOB: | SSN: | Place of Birth: |
| Race: **BLACK** | Sex: **Male** | Eyes: **BROWN** |
| Height: **5' 09"** | Weight: | |

**Offenses**:

| | |
|---|---|
| Case Number: **9403212** | Convicted County: |
| Offense Date: **03/25/1994** | Sentence Date: |
| Offense: **COCAINE - PURCHASE OR POSSESSION WITH INTENT TO PURCHASE** | Incarceration Date: |
| | Adjudication Withheld: |
| Count: | Sentence: |

| | |
|---|---|
| Case Number: **9403212** | Convicted County: |
| Offense Date: **03/25/1994** | Sentence Date: **04/28/1994** |
| Offense: **COCAINE - PURCHASE OR POSSESSION WITH INTENT TO PURCHASE** | Incarceration Date: |
| | Adjudication Withheld: |
| Count: | Sentence: |

| | |
|---|---|
| Case Number: **9905582** | Convicted County: |
| Offense Date: **05/15/1999** | Sentence Date: **11/05/1999** |
| Offense: **TO CARRY A CONCEALED FIREARM** | Incarceration Date: |
| Count: | Adjudication Withheld: |
| | Sentence: |

**Parole/Probations**:
Parole Status: **INACTIVE, INITIAL P&P COMMITMENT PREFIX: 02**

Parole Status: **INACTIVE, INITIAL P&P COMMITMENT PREFIX: 02**

Print Report   |   Contact Us   |   Help

**Prison Inmate Records**:
 [NONE FOUND]

Print Report   |   Contact Us   |   Help

https://secure.accurint.com/app/bps/report

1/13/2016