Print Report   |   Contact Us   |   Help

**Possible Criminal Records:**

**Florida Court:**

Name: JUSTIN P GUTHRIE

LexID:

SSN:

State of Origin: Florida

County of Origin: PALM BEACH

Race: WHITE

Sex: Male

Case Number: 502014CF002367AXXXMB

**Offenses**:

**Offense #1**

Number Counts: 1

Court Case Number: 502014CF002367AXXXMB

Court Offense: TRESPASSING STRUCTURE OR CONVEYANCE

Court Statute: 810.08(2A)

Court Disposition: NO FILE

Court Disposition Date: 04/01/2014

**Hide Left Nav**   |   **Back to Top**   |

Print Report   |   Contact Us   |   Help

**Offense #2**
Number Counts: 2

Court Case Number: 502014CF002367AXXXMB
Court Offense: GRAND THEFT
Court Statute: 812.014(2C)
Court Disposition: NO FILE
Court Disposition Date: 04/01/2014

**Offense #3**
Number Counts: 3

Court Case Number: 502014CF002367AXXXMB
Court Offense: DEALING IN STOLEN PROPERTY
Court Statute: 812.019(1)
Court Disposition: NO FILE
Court Disposition Date: 04/01/2014

**Offense #4**
Number Counts: 4

Court Case Number: 502014CF002367AXXXMB
Court Offense: FALSE VERIFICATION OF OWNERSHIP SECOND HAND DEAL UNDER 300 DOLS

Court Statute: 538.04(4A)
Court Disposition: NO FILE
Court Disposition Date: 04/01/2014

**Court Activity:**
  [NONE FOUND]

**Florida Court:**
Name: JUSTIN P GUTHRIE
LexID:
SSN:
State of Origin: Florida
County of Origin: PALM BEACH
Race: WHITE
Sex: Male

Case Number: 502014CF002567AXXXMB

**Offenses**:
**Offense #1**
Number Counts: 1

Court Case Number: 502014CF002567AXXXMB
Court Offense: POSSESSION OF SHORT- BARRELED RIFLE, SHOTGUN OR MACHINE GUN

Court Statute: 790.22

**Hide Left Navigation** **Back to Top** ←

Court Disposition: ADJUDICATED GUILTY BY COURT
Court Disposition Date: 08/25/2014
Sentence Date:
Sentence
    Jail: Max: 6 Years
    Probation:
    Suspended Time:

Print Report   |   Contact Us   |   Help

**Offense #2**
Number Counts: 2

Court Case Number: 502014CF002567AXXXMB
Court Offense: FELON IN POSSESSION OF FIREARM OR AMMUNITION (CONSTRUCTION POSSESSION)
Court Statute: 790.23(1ACDE)
Court Disposition: ADJUDICATED GUILTY BY COURT
Court Disposition Date: 08/25/2014
Sentence Date:
Sentence
    Jail: Max: 6 Years
    Probation:
    Suspended Time:

**Court Activity:**
 [NONE FOUND]

**Florida Court:**
Name: JUSTIN PATRICK GUTHRIE
LexID:
SSN:
State of Origin: Florida
County of Origin: MARTIN
DOB
Race: WHITE
Sex: Male
Eyes: BLUE
Height: 6' 00"

Case Number: 10000499CTAXMX

**Offenses**:
**Offense #1**
Court Case Number: 10000499CTAXMX
Court Offense: SAFETY BELT VIOLATION
Court Disposition: CASE Status:""

**Offense #2**
Court Case Number: 10000499CTAXMX
Court Offense: CONTEMPT FAIL TO FOLLOW COURT ORDER
Court Disposition: CASE Status:ADJUDICATED GUILTY

**Offense #3**

**Hide Left Navigation | Back to Top**   |

Court Case Number: 10000499CTAXMX
Court Offense: DRIVE DL SUSPENDED-PRIOR CONVICTION SPECIFIED 322.84(10)(A)
Court Disposition: CASE Status:ADJUDICATED GUILTY""9/19/2012

Print Report | Contact Us | Help

**Offense #4**
Court Case Number: 10000499CTAXMX
Court Offense: FAIL TO APPEAR FOR DOCKET SOUNDING
Court Disposition: CASE Status:DISMISSED""9/19/2012

**Offense #5**
Court Case Number: 10000499CTAXMX
Court Offense: SAFETY BELT VIOLATION
Court Disposition: SENT Status:""

**Offense #6**
Court Case Number: 10000499CTAXMX
Court Offense: CONTEMPT FAIL TO FOLLOW COURT ORDER
Court Disposition: SENT Status:ADJUDICATED GUILTY

**Offense #7**
Court Case Number: 10000499CTAXMX
Court Offense: DRIVE DL SUSPENDED-PRIOR CONVICTION SPECIFIED 322.34(10)(A)
Court Disposition: SENT Status:ADJUDICATED GUILTY""9/19/2012

**Offense #8**
Court Case Number: 10000499CTAXMX
Court Offense: FAIL TO APPEAR FOR DOCKET SOUNDING
Court Disposition: SENT Status:DISMISSED""9/19/2012

**Court Activity:**
  [NONE FOUND]

**Florida Court:**
Name: JUSTIN P GUTHRIE
LexID:
SSN
State of Origin: Florida
County of Origin: PALM BEACH
Race: WHITE
Sex: Male

Case Number: 2009CT031646AX

**Offenses**:
  **Offense #1**
  Number Counts: 1

Hide Left Navigation | Back to Top   Court Case Number: 09CT031646AX

Court Offense: TCATS OPERATING WHILE DL SUSPENDED/CANCELLED/REVOK
Court Statute: 322.34

Court Disposition: GUILTY
Court Disposition Date: 12/30/2009


**Offense #2**
Number Counts: 2

Court Case Number: 2009CT031646AX
Court Offense: TCATS SPEED/65 HIGHWAY/TURNPIKE (REQUIRES SPEEDS)
Court Statute: 316.187
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009


**Offense #3**
Number Counts: 3

Court Case Number: 2009CT031646AX
Court Offense: TCATS SIDE WINDOWS - RESTRICTION ON SUNSCREEN MATE
Court Statute: 316.2953
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009


**Court Activity:**
  [NONE FOUND]

**Florida Court:**
Name: JUSTIN P GUTHRIE
LexID:
SSN:
State of Origin: Florida
County of Origin: PALM BEACH
Race: WHITE
Sex: Male

Case Number: 2009CT031707AX

**Offenses**:
**Offense #1**
Number Counts: 1

Court Case Number: 2009CT031707AX
Court Offense: TCATS OPERATING WHILE DL SUSPENDED /CANCELLED REVO
Court Statute: 322.34
Court Disposition: GUILTY
Court Disposition Date: 12/30/2009


**Offense #2**
Number Counts: 2

**Hide Left Nav**   |   **Back to Top**   |

Court Case Number: 2009CT031707AX
Court Offense: TCATS SPEEDING STATE POSTED (REQUIRES SPEEDS)
Court Statute: 316.187
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009

Print Report   |   Contact Us   |   Help

**Offense #3**
Number Counts: 3

Court Case Number: 2009CT031707AX
Court Offense: TCATS FLORIDA SEAT-BELT LAW - DRIVER NOT BELTED
Court Statute: 316.614
Court Disposition: DISMISS
Court Disposition Date: 12/30/2009

**Court Activity:**
  [NONE FOUND]

**Florida Court:**
  Name: JUSTIN P GUTHRIE
  LexID:
  SSN:
  State of Origin: Florida
  County of Origin: PALM BEACH
  Race: WHITE
  Sex: Male

  Case Number: 502008CT044900AXXXNB

  **Offenses**:
    **Offense #1**
    Number Counts: 1

    Court Case Number: 502008CT044900AXXXNB
    Court Offense: TCATS OPERATING WHILE DL SUSPENDED /CANCELLED REVOKED
    Court Statute: 322.34(2)
    Court Disposition: ADJUDICATED GUILTY BY COURT
    Court Disposition Date: 03/24/2014
    Sentence Date:
    Sentence
        Jail: Max: 25 Days
        Probation:
        Suspended Time:

  **Court Activity:**
    [NONE FOUND]

**Florida Department of Corrections:**
  Name: JUSTIN PATRICK GUTHRIE
  LexID:
  SSN:
  Aliases: JUSTIN GUTHRIE, JUSTIN P GUTHRIE, JUSTIN PATRICK GUTHRIE

Hide Left Save | Back to Top

State of Origin: Florida
DOC Number:
Party Status: INMATE ACTIVE
Race: WHITE
Sex: Male
Eyes: BLUE
Height: 6' 01"
Weight: 186

Case Number: 1001484
Case Type Description: Department Of Correction

**Offenses:**

Case Number: 1001484      Offense Date: 06/15/2009
Offense: TRAFF ILL DRUGS 4-U/14 GRAMS      Sentence Date: 11/01/2010

Case Number: 1001484      Offense Date: 08/27/2009
Offense: OBT.SUB BY FRAUD OR ATT.      Sentence Date: 11/01/2010

Case Number: 1001484      Offense Date: 08/27/2009
Offense: OBT.SUB BY FRAUD OR ATT.      Sentence Date: 08/25/2014

Case Number: 1001484      Offense Date: 06/15/2009
Offense: TRAFF ILL DRUGS 4-U/14 GRAMS      Sentence Date: 08/25/2014

Case Number: 1001769      Offense Date: 02/15/2010
Offense: GRAND THEFT,300 L/5,000      Sentence Date: 11/01/2010

Case Number: 1001769      Offense Date: 02/15/2010
Offense: GRAND THEFT,300 L/5,000      Sentence Date: 08/25/2014

Case Number: 1003335      Offense Date: 05/07/2009
Offense: TRAFFIC IN STOLEN PROPERTY      Sentence Date: 11/01/2010

Case Number: 1003335      Offense Date: 05/07/2009
Offense: TRAFFIC IN STOLEN PROPERTY      Sentence Date: 08/25/2014

Case Number: 1402567      Offense Date: 02/24/2014
Offense: FEL/DELI W/GUN/CONC WPN/AMMO      Sentence Date: 08/25/2014

Case Number: 1402567      Offense Date: 02/24/2014
Offense: POSSESS ILLEGAL WEAPON      Sentence Date: 08/25/2014

**Parole/Probations:**
[None Found]

**Prison Inmate Records:**
Custody Type: MEDIUM      Status: VALID RELEASE DATE
Prison Location: MARTIN C.I.

**Hide Left Nav**  |  **Back to Top**  |



Unknown Date

**Florida Arrest Report:**

Name: JUSTIN PATRICK GUTHRIE

LexID:

SSN

Address: 5000 N OCEAN BLVD, BOYNTON BEACH FL 33435-7341

Aliases: JUSTIN PATRICK GUTHRIE

State of Origin: Florida

County of Origin: MARTIN

DOB:

Race: WHITE

Sex: Male

**Arrests**:

**Arrest #1**

Case Type: Offense: **ACQUIRE/OBTAIN CONTROLLED SUB BY**
Arrest       **MISREPRESENTATION/FRAUD/FORGERY/DECEPTION/**
Date:        Arrest Statute: **FS*893.13(7A9)**
**03/04/2010** Agency Case #: **4302042971**
Arresting    Arrest Level/Degree:
Agency:      Arrest Disposition:
**MCS**
Arrest
Type:
Arrest
Disposition
Date:
Court Fine:

**Arrest #2**

Case Type: Offense: **CAPITAL IMPORTATION METHAQUALONE 50**
Arrest       **KG OR MORE**
Date:        Arrest Statute: **FS*893.135(1E2)**
**03/04/2010** Agency Case #: **4302042971**
Arresting    Arrest Level/Degree:
Agency:      Arrest Disposition:
**MCS**

**Hide Left Nav** | **Back to Top**  |

Arrest
Type:
Arrest
Disposition
Date:
Court Fine:

Print Report | Contact Us | Help

**Arrest #3**

Case Type: Offense: **POSSESSION OF CONTROLLED SUBSTANCE**
Arrest          Arrest Statute: **FS*893.13**
Date:           Agency Case #: **4302042971**
**03/04/2010** Arrest Level/Degree:
Arresting    Arrest Disposition:
Agency:
**MCS**
Arrest
Type:
Arrest
Disposition
Date:
Court Fine:

**Florida Arrest Report:**

Name: JUSTIN PATRICK GUTHRIE
LexID:
SSN:
Address: 5000 N OCEAN BLVD, BOYNTON BEACH FL 33435-7341
Aliases: JUSTIN PATRICK GUTHRIE
State of Origin: Florida
County of Origin: MARTIN
DOB:
Race: WHITE
Sex: Male

**Arrests**:

**Arrest #1**

Case Type:                          Offense: **FAILURE TO APPEAR -**
Arrest Date: **09/13/2012**          **MISDEMEANOR**
Arresting Agency: **MCS**            Arrest Statute: **FS*FTA.2**
Arrest Type:                         Agency Case #: **4302058931**
Arrest Disposition Date:             Arrest Level/Degree:
Court Fine:                          Arrest Disposition:

**Florida Arrest Report:**

Name: JUSTIN P GUTHRIE
LexID:
SSN:
Address: 9115 GREEN MEADOWS WAY, PALM BEACH GARDENS FL 33418-5743
State of Origin: Florida
County of Origin: PALM BEACH

**Hide Left Nav** | **Back to Top** | ←

Race: WHITE

Arrests:

**Arrest #1**

Case Type:

Arrest Date: **02/15/2010**

Arresting Agency: **78 - PALM BEACH GRDNS**

Arrest Type:

Arrest Disposition Date:

Court Fine:

Offense: **BURGL-UNOCCUPIED STRUCTURE UNARMED**

Arrest Statute: **810.02-6266**

Agency Case #: **2010007963**

Arrest Level/Degree:

Arrest Disposition: **Warrant#: 220308KC5**

