OFFICE OF FEDERAL DEFENDER
AMY EVANS ( OFFICE OF FEDERAL DEFENDER
201 S. ORANGE AVE STE 300
ORLANDO, FL  32801

| | | | |
|---|---|---|---|
| **Request Id** | 139923 | **Status:** | Complete - No Charge |
| **Request Title:** | JUAN GONZALEZ | **Charges:** | $0.00 |
| **Contact Person:** | AMY EVANS ( OFFICE OF FEDERAL DEFENDER | **Postage:** | $0.00 |
| **Phone Number:** | (407) 480-5144 | **Total Amount:** | $0.00 |
| **Extension:** | | | |
| **Foreign Address:** | | | |

**Method of Payment:**   Gov't Agency         **Expedite:**      N

**Name on Credit Card:**

**Delivery Method:**      USPS - Standard Delivery **Email Address:**

**Fax Number:** () -

**Costs are over $25.00, contact me prior to billing:** N

**DateTime Submitted:** 2015-12-18 10:39 AM

## Criminal/Traffic Request

Result of Search:      Charge:   $0.00   Postage:   $0.00

Clerk Notes:

| | | | |
|---|---|---|---|
| Search Name: | JUAN FRANCISCO GONZALEZ | Alias Name: | |
| Name at Arrest: | | Date of Birth: | |
| Case/Citation Number 1: | 05-1993-CF-006916 | Case/Citation Number 2: | 05-1993-CF-001738 |
| Case/Citation Number 3: | | Case/Citation Number 4: | |
| Case/Citation Number 5: | | | |
| Additional Cases: | | | |
| Document Type: | Judgment/Final Disp | | |
| Disp/CMO Date: | | Fingerprints: | N |
| Arrest Report: | N | Background Check: | N |
| Final Disposition: | N | All Dispositions: | N |
| Additional Documents: | | | |
| Number of Copies: | 1 | Certified: | Y |
| Search all Document Types: | N | Notification of Results: | Written |
| No. of Search Years: | | From and To Years Search: | - |
| Date Created: | 2015-12-18 | Last Modified: | |

Comments:

PLEA AGREEMENT
INFORMATION
ANY JUDGMENT AND SENTENCE

THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

ISSUE CAPIAS
SET BOND
$ _____
Statute No.
812.13

CASE NO.  93-6916-CF-A-E

STATE OF FLORIDA     :

    VS     :

JUAN F. GONZALES     :

INFORMATION FOR

ROBBERY (000219)

IN THE NAME AND BY AUTHORITY OF THE STATE OF FLORIDA, NORMAN R. WOLFINGER, STATE ATTORNEY, THROUGH THE UNDERSIGNED DESIGNATED ASSISTANT STATE ATTORNEY, CHARGES THAT

In the County of Brevard, State of Florida, on the 17th day of April, 1993, JUAN F. GONZALES, did then and there by force, violence, assault or putting in fear, unlawfully rob, steal and take away from the person or custody of BRUNO GEORGE MILCAREK, against HIS will, MONEY of SOME VALUE good and lawful currency of the United States of America, the property of BRUNO GEORGE MILCAREK, as owner or custodian, with intent to permanently deprive said owner or custodian of a right to said property or a benefit therefrom, and in the course of committing said ROBBERY, JUAN F. GONZALES, carried and had in HIS possession a "firearm" as described in Subsection 790.001(6), Florida Statutes, contrary to Sections 812.13(1), 812.13(2)(a) and 775.087(2), Florida Statutes,

I HEREBY state under oath that I am instituting this prosecution in good faith and I certify that I have received testimony under oath from the material witness or witnesses for the offense, which, if true, would constitute the offense(s) herein charged.

Michael R. Hunt, Designated Assistant
State Attorney of the Eighteenth Judicial
Circuit
Florida Bar No. 0274429

This Information was sworn to and subscribed before me this ___4___ day of ___May___, 1993, by Michael R. Hunt, Designated Assistant State Attorney, who is personally known to me.

Arlene Chamberlain
Notary's Signature - State of Florida

ARLENE CHAMBERLAIN
Notary's Name (typed, printed or stamped)

MRH/las 5/4/93



ARLENE CHAMBERLAIN
MY COMMISSION # CC 194514
EXPIRES: March 4, 1996
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts
Dated JAN 0 5 2016 By _____ D.C.



FILED IN OPEN COURT

This _21_ Day Of _June_ A.D. _1993_

SANDY CRAWFORD
CLERK, CIRCUIT COURT

STATE OF FLORIDA   B: _S Wilson_   D.C.

-vs-

_Juan Gonzales_

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA

CASE NO. __937138 CFA__

936916 CFA

## PLEA AGREEMENT
(Fla. R. Crim. P. 3.171)

The undersigned defendant withdraws the previously entered plea(s) of not guilty and tenders a plea of ( ) guilty, ( ✗ ) no contest as follows:

| Case Number | Offense | Maximum Sentence | Mandatory Minimum | |
|---|---|---|---|---|
| 937138CFA-ctI Aiding & Abitting burglary of a conveyance | | | | 5 yrs P.O. 5,000 |
| ctII Aiding & Abitting 6/T | | | | 5 yrs. P.O. 5,000 |
| 936916CFA - Robbery with a firearm | | | | Life, 10 or 15,000 |
| | | | | 3 yr. MM |

The State of Florida and I have agreed upon the following sentence to be imposed as a condition of this plea:

| Case Number | Offense | Sentence |
|---|---|---|

- Δ to be adjudicated all counts
  receive 4 yrs. D.O.C followed by
  18 mos. probation if Δ scores 4th Cell.
- Order restitution /reserve on amount
- 3 year minimum mandatory

I understand that if I am not a United States citizen, entry of this plea may subject me to deportation by the United State Immigration Service.

I understand that if probation is a part of my sentence, that the Court may impose condition of probation authorized by law and, unless conditions are specifically attached hereto, those conditions are by this agreement left to the discretion of the Court. I further understand that statutory costs may be imposed as part of my sentence unless those costs are waived by the Court.

I understand that if probation is a part of my sentence, unless excluded by this agreement, the Court may impose a term of imprisonment in the County Jail as a condition of probation or community control.

I understand that I have the right to plead not guilty and to be tried by a jury with the assistance of counsel, the right to compel attendance of witnesses on my behalf, the right to confront and cross examine witnesses against me, the right to present defenses to the jury, and the right not to take the stand and testify; I waive those rights by entering this plea.

I understand that if I enter a plea without reserving the right to appeal, I will give up my right to appeal all matters relating to the judgement, including the issue of guilt or innocence except for the limited review available by collateral attack.

I understand that I may be asked questions by the Court under oath about this plea and that my answers may be used against me later in a prosecution for perjury.

CCJ-127a page 1 (Rev. 12/92)     COPIES FURNISHED TO: COURT FILE, DEFENSE COUNSEL, ASSISTANT STATE ATTORNEY, P.S.I. FILE

SE NO. _____
936916CFA

I enter this plea freely and voluntarily. No person has threatened or coerced me into entering this plea.

I have fully discussed by case with my lawyer and I am satisfied with the representation my lawyer has given me. I fully understand the nature of the charges against me.

I am in good physical and mental health and I am not under the influence of alcohol or any drug at this time.

I hereby waive my right to speedy trial.

I acknowledge that part of the plea agreement in this case includes my continued release on recognizance. I understand that this portion of the plea agreement is conditioned upon the following requirements:

(1)     I must appear at the probation office at 1500B W. Eau Gallie Blvd., Melbourne, FL 32935, (407) 255-0441, and schedule a presentence investigation interview not later than the first business day following the entry of my plea.

(2)     I must obey the order of the Court requiring me to undergo drug or alcohol screening or for other evaluation if such an order has been made in my case.

(3)     I must appear on time for all appointments with the assigned probation officer and not be under the influence of any illegal drugs or alcohol.

(4)     I must appear in court on time for sentencing and not be under the influence of any illegal drugs or alcohol.

(5)     I must have no contact with the victim (Direct or Indirect).

(6)     I must not be arrested for a violation of any criminal law. If clear and convincing evidence is found to support my arrest, the arrest will constitute a violation of this plea agreement.

I realize that this agreement is subject to being accepted or rejected by the Court, and if it is rejected for any reason other than for a breach of the agreement, I may withdraw my plea and go to trial.

I acknowledge receipt of a copy of the notice for my sentencing date. I understand and agree that if I fail to comply with any of the conditions set forth above I will have breached my plea agreement. In that event I will not be allowed to withdraw my plea and the Court may sentence me to any sentence authorized by law for the offense(s) to which I have pled.

X _____
                    Defendant

SWORN TO, SIGNED AND FILED IN
OPEN COURT, IN MY PRESENCE THIS
21 DAY OF JUNE, 19 93

_____
        Circuit Judge

## CERTIFICATE OF DEFENSE ATTORNEY

I certify that I have fully discussed this case with the defendant including the nature of the charges, their elements, the evidence of which I am aware, any possible defenses, the maximum penalties which may be imposed, the probable guideline range and the defendant's right to appeal.

_____
        Counsel for Defendant

## CERTIFICATE OF PROSECUTION

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
The state accepts SCOTT terms of this agreement.

Dated DEC 2 3 2015 by _____ D.C.

_____
        Assistant State Attorney

CC I-127x page 2 (Rev. 4-93)   COPIES FURNISHED TO: COURT FILE, DEFENSE COUNSEL, ASSISTANT STATE ATTORNEY, P.S.I. FILE

Case 9:16-cv-80700-BB Document 30-36 Entered on FLSD Docket 05/24/2016 Page 6 of 27

☒ IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA  1 of 8
☐ IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☐ CIVIL | ☐ JUDGMENT | 93-6916-CFA |
| ☒ CRIMINAL | ☒ JUDGMENT/ORDER OF PROBATION | |
| ☐ JUVENILE | ☐ JUDGMENT/ORDER OF COMMUNITY CONTROL | |
| ☐ TRAFFIC | | FILED IN OPEN COURT |

FILED IN OPEN COURT
This ___10___ day of
_Aug._, 19 93
at _11:18 A_ M.

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| STATE OF FLORIDA | vs | *Juan F. Gonzales* | SANDY CRAWFORD CLERK OF COURTS |
| | | OBTS NO. 3274512 | BY _____ DC |

☐ PROBATION VIOLATOR          ☐ RESENTENCE
☐ COMMUNITY CONTROL VIOLATOR  ☐ AMENDED AS TO
☐ RETRIAL

Court was opened with the Honorable _Ed Richardson_ presiding, and in attendance:
State Attorney _Pam Brockway_ ; Trial Clerk _P. Janssen_
Court Reporter _Y. Harrison_

The defendant _Juan F. Gonzales_ , being personally before the court represented by
_D. Reynolds_ , his attorney of record, and having

☐ Been tried and found guilty ☐ by jury ☐ by court of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☒ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME |
|---|---|---|---|
| I | Robbery with Firearm | 812.13(1) 812.13(2)(a) 775.087(2) | 1°F PBL |

☐ THE ☐ PROBATION ☐ COMMUNITY CONTROL PREVIOUSLY ORDERED IN THIS CASE IS REVOKED.
☐ THE PRIOR ADJUDICATION OF GUILT IN THIS CASE IS CONFIRMED.
    and no cause having been shown why the defendant should not be adjudicated guilty.
☐ IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.
☒ IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).
☐ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794 F.S.) or lewd and lascivious conduct (ch. 800 F.S.) the defendant shall be required to submit blood specimens.

| SANDY CRAWFORD CLERK OF COURTS | BY _____ DC | DATE 8-10-93 |
|---|---|---|

LAW 172
(REV. 5/93)

BK3315PG4971

DISTRIBUTION: ORIGINAL-COURT FILE    [ ] DEFENDANT    [ ] PROBATION & PAROLE    [ ] SHERIFF
             [ ] DEFENSE ATTORNEY/PD  [ ] STATE ATTORNEY  ☒ DEPT. OF CORRECTIONS (2)

43758⁴

93 AUG 19 AM11:17

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

FF

[X] IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
[ ] IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

| DIVISION<br>[ ] CIVIL<br>[X] CRIMINAL<br>[ ] JUVENILE<br>[ ] VIOLATIONS | FINGERPRINT FORM | CASE NUMBER<br>93-6916-CFA<br>FILED IN OPEN COURT<br>THIS _10th_ DAY OF<br>_August_ 19_93_<br>AT _11:05_ A. M. |
|---|---|---|
| **PLAINTIFF**<br><br>STATE OF FLORIDA       vs | [✓]DEFENDANT       [ ]JUVENILE<br><br>_Juan Gonzales_ | ~~R. C. WINSTEAD,~~ JR.,<br>CLERK OF COURTS<br>BY _J. Nilsen_ DC |

FINGERPRINTS OF   [ ]DEFENDANT       [ ]JUVENILE

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| | | | | |

| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by _Richard Raswick # 418_          _Bailiff_
                              Name                                    Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the [ ]Defendant   [ ]Juvenile, _____

_Juan Gonzales_ , _W_ , _M_ , DOB: _____ , SS# _____
                              Race        Sex

and that they were placed thereon by said [ ]Defendant   [ ]Juvenile in my presence in Open Court this date.

| DONE AND ORDERED<br>BREVARD COUNTY,<br>FLORIDA | _____ JUDGE | DATE<br>8-10-93 |
|---|---|---|

LAW 148

BK3315PG4972

PAGE _1A_ OF _9_

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page **2 89** of ____

| DEFENDANT *Juan Gonzales* | SENTENCE | CASE NUMBER |
|---|---|---|
| OBTS NO. *3274512* | | *93-6916-CF-A* |

### (AS TO COUNT ___*I*___ )

The defendant, being personally before this court, accompanied by the defendant's attorney of record _____
*D. Reynolds* _____, and having been adjudicated guilty herein, and the court having given the defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why the defendant should not be sentenced as provided by law, and no cause being shown,

[ ] and the Court having on _____ deferred imposition of sentence until this date. (date)

(Check applicable provision)

[ ] and the Court having previously entered a judgment in this case on _____ now resentences the defendant. (date)

[ ] and the Court having placed the defendant on probation/community control and having subsequently revoked the defendant's probation/community control.

**IT IS THE SENTENCE OF THE COURT that:**

[ ] The defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes, plus $_____ as the 5% surcharge required by section 960.25, Florida Statutes.

[X] The defendant is hereby committed to the custody of the Department of Corrections.

[ ] The defendant is hereby committed to the custody of the Sheriff of Brevard County, Florida.

[ ] The defendant is sentenced as a youthful offender in accordance with section 958.04, Florida Statutes.

**TO BE IMPRISONED** (check one; unmarked sections are inapplicable):

[ ] For a term of natural life.

[X] For a term of _____*4 yrs*_____.

[ ] Said SENTENCE SUSPENDED for a period of _____ subject to conditions set forth in this order.

**IF "SPLIT" SENTENCE, complete the appropriate paragraph.**

[X] Followed by a period of _*18 mos*_ on probation/community control under the supervision of the Department of Corrections according to the terms and conditions of supervision set forth in the order entered herein.

[ ] However, after serving a period of _____ imprisonment in Department of Corrections, the balance of the sentence shall be suspended and the defendant shall be placed on [ ] probation [ ] community control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of [ ] probation [ ] community control set forth in the order entered herein.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

LAW 297

BK3315PG4973

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page _____ of ___ 9

| DEFENDANT Juan Gonzales<br>OBTS NO. 3274512 | OTHER PROVISIONS | CASE NUMBER<br>93-6916-CF-A |
|---|---|---|

(AS TO COUNT ___ I ___ )

**[ ] RETENTION OF JURISDICTION**

The Court retains jurisdiction over the defendant pursuant to section 947.16(3), Florida Statutes (1983).

**[X] JAIL CREDIT**

It is further ordered that the defendant shall be allowed a total of __63__ days credit for such time incarcerated before imposition of this sentence.

**[ ] PRISON CREDIT**

It is further ordered that the defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**[ ] Consecutive/Concurrent AS TO OTHER COUNTS**

It is further ordered that the sentence imposed for this count shall run [ ] consecutive to [ ] concurrent with (check one) the sentence set forth in count _____ of this case above.

**[ ] Consecutive/Concurrent AS TO OTHER CASES**

It is further ordered that the composite term of all sentences imposed for the counts specified in this order shall run [ ] consecutive [ ] concurrent with [ ] any active sentence being served [ ] specific sentences: _____
_____
_____
_____

**[ ] PRISON TIME**

Defendant is allowed credit for _____ days county jail credit served between date of arrest as a violator and date of re-sentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/count number _____.

LAW 341

BK3315PG4974

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 4 of 89

| DEFENDANT Juan Gonzales 3274512  OBTS | SPECIAL PROVISIONS | CASE NUMBER 93-6916-CF-A |
|---|---|---|

(AS TO COUNT ___I___ )

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**Mandatory/Minimum   Provisions:**

[X] FIREARM — It is further ordered that the 3 year minimum imprisonment provisions of section 775.087(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] DRUG TRAFFICKING — It is further ordered that the _____ year mandatory minimum imprisonment provisions of section 893.135(1)( )( ), Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] CONTROLLED SUBSTANCE W/I 1000 FEET OF SCHOOL — It is further ordered that the 3 year minimum imprisonment provisions of section 893.13(1)(e)1, Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] HABITUAL FELONY OFFENDER — The defendant is adjudicated a habitual felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(a), Florida Statutes. The requisite findings by the court are set forth in a separate order or stated on the record in open court.

[ ] HABITUAL VIOLENT FELONY OFFENDER — The defendant is adjudicated a habitual violent felony offender and has been sentenced to an extended term in accordance with the provisions of section 775.084(4)(b), Florida Statutes. A minimum term of _____ years must be served prior to release. The requisite findings of the court are set forth in a separate order or stated on the record in open court.

[ ] LAW ENFORCEMENT PROTECTION ACT — It is further ordered that the defendant shall serve a minimum of _____ years before release in accordance with the provisions of section 775.0823, Florida Statutes.

[ ] CAPITAL OFFENSE — It is further ordered that the defendant shall serve no less that 25 years in accordance with the provisions of section 775.082(1), Florida Statutes.

[ ] SHORT-BARRELED RIFLE, SHOTGUN, MACHINE GUN — It is further ordered that the 5 year minimum provisions of section 790.221(2), Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] CONTINUING CRIMINAL ENTERPRISE — It is further ordered that the 25 year minimum sentence provisions of section 893.20, Florida Statutes, are hereby imposed for the sentence specified in this count.

[ ] TAKING OFFICER'S FIREARM — It is further ordered that the defendant shall not be released prior to serving a minimum period of three years in accordance with the provisions of section 775.0875, Florida Statutes.

LAW 339

BK3315PG4975

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT



Page 5 of 9

| DEFENDANT | STANDARD CONDITIONS | CASE NUMBER |
|---|---|---|
| *Juan Gonzales* | | *93-6916-CFA* |

It is further ordered that the defendant comply with the following standard conditions and sanctions of community control/probation:

1. Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.
2. You will pay the State of Florida the amount of $_____ per month toward the cost of your supervision, unless otherwise waived in compliance with Florida Statutes.
3. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
4. You will not possess, carry or own any firearms. You will not possess, carry or own any weapons without first procuring the consent of your Officer.
5. You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to consititute a violation of your probation/community control.
6. You will not associate with any person engaged in any criminal activity.
7. You will not use intoxicants to excess; or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or dangerous substances are unlawfully sold, dispensed or used.
8. You will work diligently at a lawful occupation, advise your employer of your probation/community control status and support any other dependents to the best of your ability, as directed by your officer.
9. You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow the officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.
10. You will report in person within 72 hours of your release from confinement to the probation office in Brevard County, Florida, unless otherwise instructed by your officer. (This condition applies only if released from the Department of Corrections confinement.) Otherwise, you must report immediately to the probation office located at:
    [ ] **Cocoa** - 840 N. Cocoa Boulevard, Cocoa, Florida 32922
    [ ] **Melbourne** - 1500 W. Eau Gallie Boulevard, Suite 1B, Melbourne, Florida 32935
    [ ] **Titusville** - 407 S. Washington Avenue, Suite 1, Titusville, Florida 32796
11. You will pay restitution, costs, and/or fees in accordance with the attached order.

If the defendant has been placed on community control, he is further ordered to comply with the following additional standard conditions of community control:

12. You will report to your officer at least four (4) times a week, or, if unemployed full time, daily.
13. You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your officer.
14. You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

LAW 248

BK3315PG4976

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 6 of 89

| DEFENDANT | SPECIAL CONDITIONS | CASE NUMBER |
|---|---|---|
| Juan Gonzales | [X] PROBATION<br>[ ] COMMUNITY CONTROL | 93-6916-CF-A |

And it is further ordered that the defendant comply with the following special conditions of community control/probation (those conditions that have a check ( ) in front of them).

a. [ ] Your fines and court costs set forth on the Charges/Costs/Fees page on this judgment are made conditions of your probation and will be paid to the Clerk of the Circuit Court, P.O. Box 3026, Titusville, Florida 32781-3026.

b. [✓] You shall not enter any bar or liquor lounge without the permission of your officer.

c. [ ] You will undergo psychiatric treatment/mental health counseling at/with _____ _____, keeping all scheduled appointments, until such time as the person in charge of the treatment and your officer agree that such treatment or counseling is no longer necessary.

d. [ ] You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your officer.

e. [ ] You will complete vocational aptitude and interest testing and training classes at an area vocational program as directed by your officer.

f. [✓] You will undergo drug or alcohol screening as directed by your officer to determine if you need treatment for drug or alcohol abuse.

g. [ ] You will immediately enroll in, regularly attend, and successfully complete the following drug/alcohol rehabilitation program:_____, the rules and regulations of which are hereby made conditions of your probation.

h. [✓] As directed by your officer, you will enroll in, regularly attend, and successfully complete, such programs as are reasonably related to your past and future criminality, or to the rehabilitative purposes of probation; including but not limited to alcohol and drug treatment and counseling, mental health counseling, vocation and educational courses, rehabilitation programs, evaluation and therapy.

i. [✓] You will not use or possess marijuana, cocaine, or other controlled substances of any kind (except upon prescription of a fully licensed medical doctor), nor associate with persons illegally possessing controlled substances. You will possess no controlled substance paraphernalia, that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

j. [✓] You will not consume any alcoholic beverage. until age 21

k. [ ] You will submit to urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine presence or use of alcohol or controlled substances.

l. [✓] The Court retains custody over your person and authorizes any officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

m. [✓] You will have no contact with the following person(s): Victims _____. either personally, by telephone, or by messages delivered by others or otherwise.

n. [ ] You will not enter or go upon the premises of Victims _____, nor come within a 1 mile radius thereof.

o. [ ] As directed by your officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity.

p. [ ] You will serve _____ days in the Brevard County Jail with credit for _____ days.

q. [ ] You will serve _____ weekends in the Brevard County Jail according to the attached schedule.

r. [ ] You will serve _____ weekends on the Brevard County Jail Farm according to the attached schedule.

s. [ ] If you are permitted to leave the jurisdiction of the Court under the Interstate Compact pursuant to 949.07, Florida Statute, otherwise, and the Court at any time desires that you appear before it, pursuant to 948.05, Florida Statute, or otherwise, any neglect, failure, refusal or delay by you in immediately appearing before the Court as directed shall constitute a violation of this probation/community control.

t. [✓] You will remain gainfully employed. Any period of unemployment in excess of thirty (30)days shall presumptively be a violation of this probation/community control. good faith job search

u. [ ] You will not maintain a checking account or have check writing authority on any other account.

v. [ ] You will participate at your own expense in the electronic monitoring program as directed by the Florida Department of Corrections, and you will comply with all instructions given by your officer in this record.

LAW 249

BK3315PG4977

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page \_\_\_7\_\_ of 89

| DEFENDANT | SPECIAL CONDITIONS | CASE NUMBER |
|---|---|---|
| Juan Gonzales | [X] PROBATION<br>[ ] COMMUNITY CONTROL | 93-6916-CF-A |

w. [ ] Your driving privileges are [ ] suspended [ ] revoked for a period of _____ [ ] months [ ] years.

x. [ ] You will immediately enroll in and successfully complete [ ] Defensive Driving School [ ] 8 hour course [ ] 12 hour course [ ] Counterattack School.

y. [ ] The court orders you to be re-examined by the Department of Motor Vehicles-Licensing re:_____

z. [ ] Other:_____

[X] **PROBATION**

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence which it might have imposed before placing you on probation or require you to serve the balance of said sentence.

[ ] **COMMUNITY CONTROL**

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your community control, or may extend the period of community control as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision. If you violate any of the conditions and sanctions of your community control, you may be arrested, and the court may adjudicate you guilty if adjudication of guilt was withheld, revoke your community control, and impose any sentence which it might have imposed before placing you on community control.

LAW 250

BK3315PG4978



RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT



Page 8 8 of 9

| DEFENDANT Juan Gonzales | SIGNATURE PAGE | CASE NUMBER 93-6916-CF-A |
|---|---|---|

In the event the above sentence is to the Department of Corrections, the Sheriff of Brevard County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the clerk of this court, and the defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the court further recommends _____

_____

_____

_____

THE COURT HEREBY ORDERS THE DEFENDANT:

[ ] released on Probation;

[ ] released on Community Control;

[X] remanded to the Brevard County Detention Facility;

[ ] discharged/released;

| DONE AND ORDERED BREVARD COUNTY, FLORIDA | _____ JUDGE | DATE 8-10-93 |
|---|---|---|

LAW 214

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT                              Page __9__ of __9__

| [✓] DEFENDANT        [ ] JUVENILE | RESTITUTION  ORDER | CASE NUMBER |
|---|---|---|
| *Juan Gonzales* | | *93-6916-CF-A* |

By appropriate notation, the following provisions apply to the sentence imposed in this section:
[ ] Due to the financial resources of the defendant, restitution of a portion of the damages is ordered as prescribed below.
[✗] Restitution is ordered as prescribed below.
[ ] Restitution is ordered jointly and severally with:(1)_____ case #:_____, (2)_____ case #:_____, (3)_____ case #:_____ (4)_____ case #:_____
[ ] Restitution is ordered for the following victim. (Victim refers to the aggrieved party, aggrieved party's estate, or aggrieved party's next of kin if the aggrieved party is deceased as a result of the offense. In lieu of the victim's address and phone number, the address and phone number of the prosecuting attorney, victim's attorney or victim advocate may be used.)

*Little Champ Food Stores   re: Store #87   Attn: Millie Preston*
Name of victim                                    Name of attorney or advocate if applicable

Address *P.O. Box 23180*

City *Jacksonville*         State *FL*         Zip Code *32241*

Phone Number _____

[ ] The sum of $_____ for medical and related services and devices relating to physical, psychiatric and psychological care, including non-medical care and treatment rendered in accordance with a recognized method of healing.
[ ] The sum of $_____ for necessary physical and occupational therapy and rehabilitation.
[ ] The sum of $_____ to reimburse the victim for income lost as a result of the offense.
[ ] The sum of $_____ for necessary funeral and related services if the offense resulted in bodily injury resulting in the death of the victim.
[ ] The sum of $_____ for damages resulting from the offense.
[ ] The sum of $_____ for _____

_____
_____

It is further ordered that the defendant fulfill restitution obligations in the following manner:
[✗] Total monetary restitution is determined to be $ *137.00* to be paid at a rate of $_____ per (check one) [✗] month   [ ] week   [ ] other (specify)_____ and is to be paid through the (check one) [✗] Clerk of the Circuit Court; with an additional $2.00 fee for each payment   [ ] to the victim's designee, or [ ] through the Department of Corrections, with an additional 4% fee of $_____ for handling, processing and forwarding said restitution to the victim(s).

| DONE AND ORDERED BREVARD COUNTY, FLORIDA | _____ JUDGE | DATE *8-10-93* |
|---|---|---|

FILED IN OPEN COURT
This *10th* Day of *Aug* A.D. *1993*
SANDY CRAWFORD   *11:15*
CLERK, CIRCUIT COURT   *AM*
By _____ D.C.

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts
Date DEC 2 3 2015   By _____ D.C.

LAW 174                                    BK3315PC4980

THE CIRCUIT COURT OF THE EIGHTEENTH
JUDICIAL CIRCUIT IN AND FOR
BREVARD COUNTY, FLORIDA

ISSUE CAPIAS
SET BOND
$_____
Statute No.
810.02

CASE NO.   93-7138-CF-A-E

STATE OF FLORIDA            :            INFORMATION FOR
                           :
        VS                 :
                           :
JUAN F. GONZALEZ           : COUNT I    AIDING AND ABETTING BURGLARY OF A
                           :            CONVEYANCE (002161)
                           : COUNT II   AIDING AND ABETTING GRAND THEFT
                           :            (001385)

IN THE NAME AND BY AUTHORITY OF THE STATE OF FLORIDA, NORMAN R.
WOLFINGER, STATE ATTORNEY, THROUGH THE UNDERSIGNED DESIGNATED ASSISTANT STATE
ATTORNEY, CHARGES THAT


In the County of Brevard, State of Florida, on the 16th day of April,
1993, JUAN F. GONZALEZ, did then and there aid, abet, counsel, hire or
otherwise procure another,  DAVID SHANE TAIT, to commit a criminal offense
against the State of Florida, to wit:  BURGLARY, to unlawfully enter or
remain in a conveyance, to wit:  A CHEVROLET AUTOMOBILE, the property of
STEVEN MINCEY, as owner or custodian, with intent to commit an offense
therein, to wit:  THEFT, contrary to Sections 777.011 and 810.02, Florida
Statutes,


COUNT II

AND for further information NORMAN R. WOLFINGER, State Attorney by and
through the undersigned Designated Assistant State Attorney, CHARGES that in
Brevard County, Florida,  on the 16th day of April, 1993, JUAN F. GONZALEZ,
did then and there aid, abet, counsel, hire or otherwise procure another,
DAVID SHANE TAIT, to commit a criminal offense against the State of Florida,
to wit:  GRAND THEFT, to knowingly obtain or use, or endeavor to obtain and
use, certain property, to wit:  RADAR DETECTOR, BRIEFCASE, MEASURING DEVICES,
PAPERS, of the value of $300.00 or more, but less than $20,000.00, as meas-
ured in the lawful currency of the United States of America, the property of
STEVEN MINCEY, as owner or custodian, with the intent to either temporarily
or permanently deprive said owner or custodian of a right to said property,
or a benefit therefrom, or to appropriate said property to the use of JUAN
F. GONZALEZ, or another person not entitled thereto, contrary to Sections
777.011 and 812.014, Florida Statutes,


I HEREBY state under oath that I am instituting this prosecution in good
faith and I certify that I have received testimony under oath from the

material witness or witnesses for the offense, which, if true, would consti-
tute the offense(s) herein charged.

> Jo Lynn Nelson, Designated Assistant
> State Attorney of the Eighteenth Judicial
> Circuit
> Florida Bar No. 0314838

This Information was sworn to and subscribed before me this ___/0___ day
of ___May___, 1993, by Jo Lynn Nelson, Designated Assistant State
Attorney, who is personally known to me.

_____
Notary's Signature - State of Florida

ARLENE CHAMBERLAIN
_____
Notary's Name (typed, printed or
stamped)

JLN/las 5/10/93



ARLENE CHAMBERLAIN
MY COMMISSION # CC 184514
EXPIRES: March 4, 1996
Bonded Thru Notary Public Underwriters



STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts

Dated JAN 0 5 2016   By _____ D.C.

FILED IN OPEN COURT.

This _21_ Day Of _June_ A.D. _1993_

SANDY CRAWFORD
CLERK, CIRCUIT COURT

STATE OF FLORIDA    BY _S Nilsin_ D.C.

-vs-

_Juan Gonzales_

IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY,
FLORIDA

CASE NO. _937138 CFA_
_936916 CFA_

## PLEA AGREEMENT
(Fla. R. Crim. P. 3.171)

The undersigned defendant withdraws the previously entered plea(s) of not guilty and tenders a plea of ( ) guilty, ( ✗ ) no contest as follows:

| Case Number | Offense | Maximum Sentence | Mandatory Minimum |
|---|---|---|---|
| 937138 CFA - ctI Aiding & Abitting burglary of a conveyance | | | 5 yrs P.O 5,000 |
| ctII Aiding & Abitting 6/T | | | 5 yrs. P.O. 5,000 |
| 936916 CFA - Robbery with a firearm | | | Life, 10 or 15,00 / 3 yr. MM |

The State of Florida and I have agreed upon the following sentence to be imposed as a condition of this plea:

| Case Number | Offense | Sentence |
|---|---|---|

- Δ to be adjudicated all counts
receive 4 yrs. D.O.C followed by
18 mos. probation if Δ scores 4th Cell.
- Order restitution /reserve on amount
- 3 year minimum mandatory

I understand that if I am not a United States citizen, entry of this plea may subject me to deportation by the United State Immigration Service.

I understand that if probation is a part of my sentence, that the Court may impose condition of probation authorized by law and, unless conditions are specifically attached hereto, those conditions are by this agreement left to the discretion of the Court. I further understand that statutory costs may be imposed as part of my sentence unless those costs are waived by the Court.

I understand that if probation is a part of my sentence, unless excluded by this agreement, the Court may impose a term of imprisonment in the County Jail as a condition of probation or community control.

I understand that I have the right to plead not guilty and to be tried by a jury with the assistance of counsel, the right to compel attendance of witnesses on my behalf, the right to confront and cross examine witnesses against me, the right to present defenses to the jury, and the right not to take the stand and testify; I waive those rights by entering this plea.

I understand that if I enter a plea without reserving the right to appeal, I will give up my right to appeal all matters relating to the judgement, including the issue of guilt or innocence except for the limited review available by collateral attack.

I understand that I may be asked questions by the Court under oath about this plea and that my answers may be used against me later in a prosecution for perjury.

17

CASE NO. _____ 936916CFA

I enter this plea freely and voluntarily. No person has threatened or coerced me into entering this plea.

I have fully discussed by case with my lawyer and I am satisfied with the representation my lawyer has given me. I fully understand the nature of the charges against me.

I am in good physical and mental health and I am not under the influence of alcohol or any drug at this time.

I hereby waive my right to speedy trial.

I acknowledge that part of the plea agreement in this case includes my continued release on recognizance. I understand that this portion of the plea agreement is conditioned upon the following requirements:

(1)   I must appear at the probation office at 1500B W. Eau Gallie Blvd., Melbourne, FL 32935, (407) 255-0441, and schedule a presentence investigation interview not later than the first business day following the entry of my plea.

(2)   I must obey the order of the Court requiring me to undergo drug or alcohol screening or for other evaluation if such an order has been made in my case.

(3)   I must appear on time for all appointments with the assigned probation officer and not be under the influence of any illegal drugs or alcohol.

(4)   I must appear in court on time for sentencing and not be under the influence of any illegal drugs or alcohol.

(5)   I must have no contact with the victim (Direct or Indirect).

(6)   I must not be arrested for a violation of any criminal law. If clear and convincing evidence is found to support my arrest, the arrest will constitute a violation of this plea agreement.

I realize that this agreement is subject to being accepted or rejected by the Court, and if it is rejected for any reason other than for a breach of the agreement, I may withdraw my plea and go to trial.

I acknowledge receipt of a copy of the notice for my sentencing date. I understand and agree that if I fail to comply with any of the conditions set forth above I will have breached my plea agreement. In that event I will not be allowed to withdraw my plea and the Court may sentence me to any sentence authorized by law for the offense(s) to which I have pled.

X _____
                 Defendant

SWORN TO, SIGNED AND FILED IN
OPEN COURT, IN MY PRESENCE THIS
_21_ DAY OF _June_ , 19_93_

_____
        Circuit Judge

### CERTIFICATE OF DEFENSE ATTORNEY

I certify that I have fully discussed this case with the defendant including the nature of the charges, their elements, the evidence of which I am aware, any possible defenses, the maximum penalties which may be imposed, the probable guideline range and the defendant's right to appeal.

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing
is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts

Dated_____ JAN 0 5 2016 _____ By_____

_____
Counsel for Defendant

### CERTIFICATE OF PROSECUTION

The state accepts the terms of this agreement.

_____
Assistant State Attorney

CCJ-127a page 2 (Rev. 4-93)      COPIES FURNISHED TO: COURT FILE, DEFENSE COUNSEL, ASSISTANT STATE ATORNEY, P.S.I. FILE

NOW CONTAINS 50% WASTE PAPER, INCLUDING 10% POST CONSUMER

recycled paper

RETURN TO: CRIMINAL LAW DEPARTMENT

CLERK OF CIRCUIT COURT

1 of 7

☒ IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
☐ IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

| DIVISION | | |
|---|---|---|
| ☐ CIVIL | ☐ JUDGMENT | |
| ☒ CRIMINAL | ☒ JUDGMENT/ORDER OF PROBATION | |
| ☐ JUVENILE | ☐ JUDGMENT/ORDER OF COMMUNITY CONTROL | |
| ☐ TRAFFIC | | |

CASE NUMBER

93-7138-CF-A

FILED IN OPEN COURT
This __10__ day of
__Aug__, 19 93
at __11:15A__ M.

PLAINTIFF

STATE OF FLORIDA

DEFENDANT

vs _Juan F. Gonzales_

OBTS NO. _3722006_

SANDY CRAWFORD
CLERK OF COURTS

BY _Pat Janssen_ DC

---

☐ PROBATION VIOLATOR
☐ COMMUNITY CONTROL VIOLATOR
☐ RETRIAL

☐ RESENTENCE
☐ AMENDED AS TO

Court was opened with the Honorable _Ed Richardson_ presiding, and in attendance:
State Attorney _Pam Brockway_ ; Trial Clerk _P. Janssen_
Court Reporter _Y. Harrison_

The defendant _Juan F. Gonzales_ , being personally before the court represented by
_D. Reynolds_ , his attorney of record, and having

☐ Been tried and found guilty ☐ by jury ☐ by court of the following crime(s)
☐ Entered a plea of guilty to the following crime(s)
☒ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME |
|---|---|---|---|
| I | Aiding and Abetting Burglary of Conveyance | 777.011 810.02 | 3°F |
| II | Aiding and Abetting Grand Theft | 777.011 812.014 | 3°F |
| | | | |
| | | | |
| | | | |

☐ THE ☐ PROBATION ☐ COMMUNITY CONTROL PREVIOUSLY ORDERED IN THIS CASE IS REVOKED.
☐ THE PRIOR ADJUDICATION OF GUILT IN THIS CASE IS CONFIRMED.
and no cause having been shown why the defendant should not be adjudicated guilty.
☐ IT IS ORDERED THAT ADJUDICATION OF GUILT BE WITHHELD.
☒ IT IS ORDERED THAT the defendant is hereby ADJUDICATED GUILTY of the above crime(s).
☐ and pursuant to section 943.325, Florida Statutes, having been convicted of attempts or offenses relating to sexual battery (ch. 794 F.S.) or lewd and lascivious conduct (ch. 800 F.S.) the defendant shall be required to submit blood specimens.

| SANDY CRAWFORD CLERK OF COURTS | BY _Pat Janssen_ DC | DATE 8-10-93 |
|---|---|---|

LAW 172
(REV. 5/93)

93 AUG 13 AM 10:54

BK3314PG2264

23

RETURN TO: CRIMINAL LAW
DEPARTMENT

FF

[X] IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
[ ] IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

| DIVISION<br>[ ] CIVIL<br>[X] CRIMINAL<br>[ ] JUVENILE<br>[ ] VIOLATIONS | FINGERPRINT FORM | CASE NUMBER<br>93-7138-CF-A |
|---|---|---|
| | | FILED IN OPEN COURT<br>THIS 10th DAY OF<br>August, 1993<br>AT 11:15 A.M.<br>Sandy Crawford<br>~~R~~ JR.<br>CLERK OF COURTS<br>BY J. Yulsen DC |

| PLAINTIFF<br><br>STATE OF FLORIDA     vs | [✓] DEFENDANT     [ ] JUVENILE<br><br>Juan F. Gonzales |
|---|---|

FINGERPRINTS OF  [ ] DEFENDANT     [ ] JUVENILE

| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|

| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |
|---|---|---|---|---|

Fingerprints taken by   RICHARD KASNICK # 418          BAILIFF
                                        Name                                              Title

I HEREBY CERTIFY that the above and foregoing are the fingerprints of the [ ] Defendant  [ ] Juvenile, _____

Juan Gonzales _____ , ___W___ , ___M___ , DOB: _____ , SS# _____
                                          Race          Sex

and that they were placed thereon by said [ ] Defendant   [ ] Juvenile in my  presence  in Open Court  this date.

| DONE AND ORDERED<br>BREVARD COUNTY,<br>FLORIDA | _____ JUDGE | DATE<br>8-10-93 |
|---|---|---|

LAW 148

BK 3314 PG 2265

PAGE 1 OF 7

RETURN TO: CRIMINAL LAW DEPARTMENT

CLERK OF CIRCUIT COURT

Page ___2___ of ___7___

| DEFENDANT | [X] ORDER OF PROBATION<br>[ ] ORDER OF COMMUNITY CONTROL | CASE NUMBER |
|---|---|---|
| Juan Gonzales | | 93-7138-CF-A |

**Community Control** [ ] The Court hereby stays and withholds the imposition of sentence as to count(s)_____ and places the defendant on community control for a period of _____ under the supervision of the Department of Corrections (conditions of community control set forth in this order).

**Followed by Probation** [ ] Followed by a period of _____ on probation under the supervision of the Department of Corrections according to the terms and conditions of the probation set forth in this order.

**Reporting Probation** [X] The Court hereby stays and withholds the imposition of sentence as to count(s) _I_ and places the defendant on probation for a period of _18 mos_ under the supervision of the Department of Corrections (conditions of probation set forth in this order).

[X] The Court hereby stays and withholds the imposition of sentence as to count(s) _II_ and places the defendant on probation for a period of _18 mos_ under the supervision of the Department of Corrections (conditions of probation set forth in this order).

**Concurrent/Consecutive** [X] Said [X] probation [ ] community control to run [X] concurrent to [ ] consecutive with _each count & conc w/ probation in 93-6916-CF-A_

**Back End Split Sentence** [ ] The Court does hereby adjudge the defendant guilty of _____ _____ and does hereby place the defendant on [ ] probation [ ] community control for a term of _____. After you have served your [ ] probation [ ] community control of _____ _____, then you will be sentenced to _____ in State Prison in the Custody of the Department of Corrections.

If you meet the terms and conditions of the probation, the term of incarceration will be modified by the Court to eliminate the term of incarceration in State Prison. If you do not complete or comply with the conditions imposed during probation, then the specified period of incarceration will follow the period of probation supervision. Not less than thirty (30) days before the term of probation expires, you will need to set a hearing with the Court to demonstrate that you have met the terms and conditions of your probation pursuant to section 948.01(13), Florida Statute.

**Drug Offender Probation** [ ] The Court does hereby stay and withholds the imposition of sentence as to Count(s) _____ and places the defendant on Drug Offender Probation pursuant to sections 948.001(3) and 948.01(15), Florida Statutes, for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in this order).

BK3314PG2266

LAW 216

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page ____3 of 7

| DEFENDANT<br>Juan Gonzales | STANDARD CONDITIONS | CASE NUMBER<br>93-6 7138-CFA |
|---|---|---|

It is further ordered that the defendant comply with the following standard conditions and sanctions of community control/probation:

1. Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.
2. You will pay the State of Florida the amount of $ _wAived_ per month toward the cost of your supervision, unless otherwise waived in compliance with Florida Statutes.
3. You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
4. You will not possess, carry or own any firearms. You will not possess, carry or own any weapons without first procuring the consent of your Officer.
5. You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to consititute a violation of your probation/community control.
6. You will not associate with any person engaged in any criminal activity.
7. You will not use intoxicants to excess; or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or dangerous substances are unlawfully sold, dispensed or used.
8. You will work diligently at a lawful occupation, advise your employer of your probation/community control status and support any other dependents to the best of your ability, as directed by your officer.
9. You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow the officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.
10. You will report in person within 72 hours of your release from confinement to the probation office in Brevard County, Florida, unless otherwise instructed by your officer. (This condition applies only if released from the Department of Corrections confinement.) Otherwise, you must report immediately to the probation office located at:
    [ ] Cocoa - 840 N. Cocoa Boulevard, Cocoa, Florida 32922
    [✓] Melbourne - 1500 W. Eau Gallie Boulevard, Suite 1B, Melbourne, Florida 32935
    [ ] Titusville - 407 S. Washington Avenue, Suite 1, Titusville, Florida 32796
11. You will pay restitution costs and/or fees in accordance with the attached order.

    $137 - Lil' champ store paid at rate of no less than 20 ³⁰ per month.

If the defendant has been placed on community control, he is further ordered to comply with the following additional standard conditions of community control:

12. You will report to your officer at least four (4) times a week, or, if unemployed full time, daily.
13. You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work, or any other special activities approved by your officer.
14. You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Community Control Officer upon request.

BK3314PG2267

LAW 248

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page **4** of **7**

| DEFENDANT | SPECIAL CONDITIONS | CASE NUMBER |
|---|---|---|
| Juan Gonzales | [✓] PROBATION<br>[ ] COMMUNITY CONTROL | 93-7138-CFA |

And it is further ordered that the defendant comply with the following special conditions of community control/probation (those conditions that have a check ( ) in front of them).

a. [✓] Your fines and court costs set forth on the Charges/Costs/Fees page on this judgment are made conditions of your probation and will be paid to the Clerk of the Circuit Court, P.O. Box 3026, Titusville, Florida 32781-3026. *PAY COSTS of $ 258  12 month Ju PAY Costs*

b. [✓] You shall not enter any bar or liquor lounge without the permission of your officer.

c. [ ] You will undergo psychiatric treatment/mental health counseling at/with _____
_____, keeping all scheduled appointments, until such time as the person in charge of the treatment and your officer agree that such treatment or counseling is no longer necessary.

d. [✓] You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your officer. *On — GOOD FAITH EFFORT SHOWN —*

e. [✓] You will complete vocational aptitude and interest testing and training classes at an area vocational program as directed by your officer.

f. [✓] You will undergo drug or alcohol screening as directed by your officer to determine if you need treatment for drug or alcohol abuse.

g. [ ] You will immediately enroll in, regularly attend, and successfully complete the following drug/alcohol rehabilitation program:_____,
the rules and regulations of which are hereby made conditions of your probation.

h. [✓] As directed by your officer, you will enroll in, regularly attend, and successfully complete, such programs as are reasonably related to your past and future criminality, or to the rehabilitative purposes of probation; including but not limited to alcohol and drug treatment and counseling, mental health counseling, vocation and educational courses, rehabilitation programs, evaluation and therapy.

i. [✓] You will not use or possess marijuana, cocaine, or other controlled substances of any kind (except upon prescription of a fully licensed medical doctor), nor associate with persons illegally possessing controlled substances. You will possess no controlled substance paraphernalia, that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

j. [✓] You will not consume any alcoholic beverage.

k. [✓] You will submit to urinalysis, breathalyzer or blood test at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine presence or use of alcohol or controlled substances.

l. [✓] The Court retains custody over your person and authorizes any officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

m. [✓] You will have no contact with the following person(s):__*VICTIMS*_____.
either personally, by telephone, or by messages delivered by others or otherwise.

n. [✓] You will not enter or go upon the premises of *Victims*_____, nor come within a __*1 mile*__ radius thereof.

o. [ ] As directed by your officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity.

p. [ ] You will serve _____ days in the Brevard County Jail with credit for _____ days.

q. [ ] You will serve _____ weekends in the Brevard County Jail according to the attached schedule.

r. [ ] You will serve _____ weekends on the Brevard County Jail Farm according to the attached schedule.

s. [ ] If you are permitted to leave the jurisdiction of the Court under the Interstate Compact pursuant to 949.07, Florida Statute, otherwise, and the Court at any time desires that you appear before it, pursuant to 948.05, Florida Statute, or otherwise, any neglect, failure, refusal or delay by you in immediately appearing before the Court as directed shall constitute a violation of this probation/community control.

t. [✓] You will remain gainfully employed. Any period of unemployment in excess of thirty (30)days shall presumptively be a violation of this probation/community control. *GOOD FAITH JOB SEARCH (E52)*

u. [ ] You will not maintain a checking account or have check writing authority on any other account. *Shown.*

v. [ ] You will participate at your own expense in the electronic monitoring program as directed by the Florida Department of Corrections, and you will comply with all instructions given by your officer in this record.

LAW 249

BK 3314 PG 2268

RETURN TO CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 5 of 7

| DEFENDANT | SPECIAL CONDITIONS<br>[X] PROBATION<br>[ ] COMMUNITY CONTROL | CASE NUMBER |
|---|---|---|
| Juan Gonzales | | 93-09094-CFA<br>7138 |

w. [ ] Your driving privileges are [ ] suspended [ ] revoked for a period of _____ [ ] months [ ] years.

x. [ ] You will immediately enroll in and successfully complete [ ] Defensive Driving School [ ] 8 hour course [ ] 12 hour course [ ] Counterattack School.

y. [ ] The court orders you to be re-examined by the Department of Motor Vehicles-Licensing re:_____

z. [ ] Other:_____

**[X] PROBATION**

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your probation, you may be arrested and the court may revoke your probation, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence which it might have imposed before placing you on probation or require you to serve the balance of said sentence.

**[ ] COMMUNITY CONTROL**

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your community control, or may extend the period of community control as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision. If you violate any of the conditions and sanctions of your community control, you may be arrested, and the court may adjudicate you guilty if adjudication of guilt was withheld, revoke your community control, and impose any sentence which it might have imposed before placing you on community control.

BK3314PG2269

LAW 250

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 6 of 7

| DEFENDANT<br>Juan Gonzales | CHARGES/COSTS/FEES | CASE NUMBER<br>93-7138-CF-A |
|---|---|---|

The defendant is hereby ordered to pay the following sums if checked:

[X] $ 50.00 pursuant to section 960.20, Florida Statutes (Crimes Compensation Trust Fund).

[X] $ 3.00 as a court cost pursuant to section 943.25(3), Florida Statutes (Criminal Justice Trust Fund).

[X] $ 2.00 as a court cost pursuant to section 943.25(13), Florida Statutes (Criminal Justice Education by Municipalities and Counties).

[ ] $ _____ pursuant to section 775.0835, Florida Statutes. (This provision refers to the optional fee for the Crimes Compensation Trust Fund and is not applicable unless checked and completed. Fines imposed as a part of a sentence to section 775.083, Florida Statutes are to be recorded on the sentence page(s).)

[ ] $ 20.00 pursuant to section 939.015, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

[ ] $ _____ ,a 10% surcharge, pursuant to section 775.0836, Florida Statutes (Handicapped and Elderly Security Assistance Trust Fund).

[ ] $ 50.00 pursuant to section 27.3455, Florida Statutes (Local Government Criminal Justice Trust Fund).

[X] $200.00 pursuant to section 27.3455, Florida Statutes (Local Government Criminal Justice Trust Fund).

[ ] $ _____ to Investigative Agency _____, pursuant to

[ ] section 939.01, Florida Statutes (Prosecution/Investigative Costs).

[ ] $ _____ pursuant to section 27.56, Florida Statutes (Public Defender Fees).

[X] $ 3.00 pursuant to Law of Florida 89-520 (Brevard Police Testing and Certification Account).

[ ] $100.00 pursuant to section 893.13(4)(B), Florida Statutes (Operating Trust Fund of Department of Law Enforcement).

[ ] $ _____ pursuant to section 893.13(4)(A), Florida Statutes (County Drug Abuse Trust Fund), distributed pursuant to section 893.16(2), Florida Statutes.

[ ] $ _____ pursuant to section 893.135, Florida Statutes. (This provision refers to a mandatory minimum for trafficking).

[ ] $ 5.00 pursuant to section 316.192(3), Florida Statutes (Emergency Medical Trust Fund).

[ ] $ 25.00 pursuant to section 316.193(6)(D), Florida Statutes (Emergency Medical Trust Fund).

[ ] $ 25.00 pursuant to section 316.193(6)(D), Florida Statutes (Impaired Drivers Trust Fund).

[ ] $ 50.00 pursuant to section 316.193(6)(D), Florida Statutes (Florida Department of Law Enforcement Administrative Trust Fund).

[ ] $ 15.00 pursuant to section 939.017, Florida Statutes (Local Alcohol and Drug Treatment Program).

[ ] Restitution in accordance with the attached order.

[ ] Restitution is not ordered as it is not applicable.

[ ] Restitution is not ordered due to the financial resources of the defendant.

[ ] Restitution is not ordered due to _____

[ ] Other _____

_____

_____

| DONE AND ORDERED<br>BREVARD COUNTY,<br>FLORIDA | JUDGE<br>BK3314P62270 | DATE<br>8-10-93 |
|---|---|---|

LAW 343

RETURN TO: CRIMINAL LAW
DEPARTMENT

CLERK OF CIRCUIT COURT

Page 1 of 1

| DEFENDANT | SIGNATURE PAGE | CASE NUMBER |
|---|---|---|
| Juan Gonzales | | 93-7138-CF-A |

In the event the above sentence is to the Department of Corrections, the Sheriff of Brevard County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections at the facility designated by the Department together with a copy of this judgment and sentence and any other documents specified by Florida Statute.

The defendant in open court was advised of his right to appeal from this sentence by filing notice of appeal within thirty days from this date with the clerk of this court, and the defendant's right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigency.

In imposing the above sentence, the court further recommends _____

_____

_____

THE COURT HEREBY ORDERS THE DEFENDANT:

[X] released on Probation;

[ ] released on Community Control;

[ ] remanded to the Brevard County Detention Facility;

[ ] discharged/released;

| DONE AND ORDERED BREVARD COUNTY, FLORIDA | _____ JUDGE | DATE 8-10-93 |
|---|---|---|

STATE OF FLORIDA, COUNTY OF BREVARD
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
SCOTT ELLIS, Clerk of Courts

BK3314PG2271

LAW 214

Dated JAN 0 5 2016 By_____ D.C.