# OSCEOLA COUNTY SHERIFF'S OFFICE

**Charging Affidavit**

Page 1 of 2    07CR2169A    ☒ Arrest    ☐ FSAO

| Location of Defendant's Vehicle. | N/A | Date/Time Booked | 01/20/07 1500 | Case Number: | 071006701 |
|---|---|---|---|---|---|

| Arrested. | Yes ☒ No ☐ | FCIC/NCIC Check? Yes ☒ No ☐ | Date Arrested (MM/DD/YY): 01/20/2007 | Time of Arrest 1400 |
|---|---|---|---|---|

| Address of Arrest: 3301 LAKE CYPRESS ROAD, ST CLOUD, FLORIDA | Zone. 15 | Total Bond Set At: $ 2500 00 |
|---|---|---|

## DEFENDANT

Adult ☒ Juvenile ☐   Name #- 129318   Language Spoken ENGLISH

| NAME (L,F,M): | GONZALES, JUAN FRANCISCO | Race: W | Sex: M | DOB: |
|---|---|---|---|---|

| Address: | 10700 MYSTIC CIRCLE APT 102 |
|---|---|

| City: ORLANDO | State. FL | Zip. 32836 | Home Phone. 407-922-3158 |
|---|---|---|---|

| Height: 5'6 | Weight: 270 | Hair: BROWN | Eyes: BLUE | Scars/Marks/Tattoos NAME/LEFT SHOULDER | P.O.B (City, State, Count |
|---|---|---|---|---|---|

| Business & Occupation: JFC CONCRETE PUMPING AND CONSTRUCTION | A.K.A - UNKNOWN |
|---|---|

| Bus./Address School | UNKNOWN |
|---|---|

| City. ST CLOUD | State: FL | Zip: 34769 | Bus Phone: 407 922-3158 |
|---|---|---|---|

| Driver's Lic / State ID No.. G524426761040 | State: FL | Year Expires 2008 | SS #- |
|---|---|---|---|

## CHARGES

FELONY ☒   MISD ☒   ORD. ☐   TRAFFIC ☐   Court Location. OSCEOLA   DOMESTIC VIOLENCE? Yes ☐ No ☒

| # | Charge | FSS/ORD | Citation No. |
|---|---|---|---|
| #1 | POSSESSION OF A FIREARM BY A CONVICTED FELON | 790.23(1)A | Bond 2,500 00 |
| #2 | HUNTING IN CLOSED AREA | FAC 40E-7.520(7) | |
| #3 | POSSESSION OF A FRESHLY KILLED PROTECTED BIRD | FAC 68A-15.002(1)C | |

## CO-DEFENDANT

Co-Def#1 Arrested? Y☐ N☐ Fel. ☐ Misd ☐ Traf ☐ Ord ☐ NTA ☐    Co-Def#2 Arrested? Y☐ N☐ Fel. ☐ Misd ☐ Traf ☐ Ord ☐ NTA ☐

| #1 NAME (L,F,M): | | Race: | Sex. | DOB | Age: |
|---|---|---|---|---|---|
| #2 NAME (L,F,M) | | Race: | Sex. | DOB: | Age: |

## NARRATIVE

The undersigned has probable cause to believe the above-named defendant, on the **20** day of **JANUARY**, **2007** at approximately **2:00** ☐ a.m. ☒ p.m.

at **3301 LAKE CYPRESS ROAD, ST CLOUD, FLORIDA** (Zone: **15**) in Osceola County did:

COMMIT THE ABOVE LISTED OFFENSE:

ON THE ABOVE DATE AND TIME THE DEFENDANT JUAN F. GONZALES, DOB 03/24/76, DID AFTER HAVING BEEN CONVICTED OF A FELONY IN THE COURTS OF FLORIDA, DID UNLAWFULLY HAVE IN HIS POSSESSION A MOSSBERG 12-GAUGE SHOTGUN, BLACK AND BROWN IN COLOR, BEARING SERIAL #K772896, AND 10 ASSORTED LOW BRASS "AA" SHOTGUN SHELLS, A VIOLATION, CONTRARY TO FLORIDA STATE STATUTE 790.23(1)A.

SEE PAGE TWO OF CHARGING AFFIDAVIT

| Next of Kin Name: N/A | Address N/A | Phone: N/A |
|---|---|---|

| DCF Notified? Yes ☐ No ☒ | Miranda Warning? Yes ☒ No ☐ | By Whom? D/S J. LOFOCO #1378 | Invoked Yes ☐ No ☒ |
|---|---|---|---|

Sworn to and subscribed before me, this **20** day of **JANUARY 2007**

*Alberto Mating .1467*

Notary Public ☐   Law Enforcement or Corrections Officer ☒

Personally Known ☐   Produced Identification ☐

Type of Identification: SHERIFF ID

I swear/affirm the above statements are correct and true

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)   LOFOCO, JOSEPH

| Officer's Name Key. 1378 | Officer's Bus. Phone No. 407 348-2222 |
|---|---|

STATE OF FLORIDA, COUNTY OF OSCEOLA - I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office. Armando Ramirez, Clerk of the Circuit Court

Dated 12     D.C.

**FOR CORRECTIONS USE ONLY**   1 4 9 0 1 1 0 7 2 6 2 9



**OSCEOLA COUNTY** ● **SHERIFF'S OFFICE**

Con●●uation of: ☒ Charging Affidavit
☐ FSAO

| Defendant Name: | GONZALES, JUAN FRANCISCO | Case Number | 07I006701 | Page | 2 of 2 |
|---|---|---|---|---|---|

ON SATURDAY, JANUARY 20, 2007 AT ABOUT 1244 HOURS I RESPONDED AS BACK-UP TO OFFICER CLOUD #M592 OF THE FLORIDA FISH AND WILDLIFE COMMISSION, WHO WAS AT THE LAKE CYPRESS FISH CAMP, LOCATED AT 3301 LAKE CYPRESS ROAD, IN ST CLOUD, COUNTY OF OSCEOLA, STATE OF FLORIDA. UPON MY ARRIVAL I MADE CONTACT WITH OFFICER CLOUD, WHO COMPLETED A SWORN WRITTEN STATEMENT AND REVEALED THE FOLLOWING INFORMATION:

OFFICER CLOUD ADVISED, ON 01/20/07 HE WAS WORKING AS A LAW ENFORCEMENT OFFICER FOR THE FLORIDA FISH AND WILDLIFE COMMISSION, HE WAS PATROLLING THE LAKE CYPRESS FISH CAMP, LOCATED AT 3301 LAKE CYPRESS ROAD, IN ST CLOUD, COUNTY OF OSCEOLA, STATE OF FLORIDA, WHEN HE OBSERVED A WHITE MALE, WHO WAS LATER IDENTIFIED AS THE DEFENDANT THROUGH THE USE OF HIS FLORIDA DRIVER'S LICENSE (G524426761040) AS: JUAN FRANCISCO GONZALES, DOB 03/24/1976, HUNTING IN A CLOSED AREA, A VIOLATION OF FAC 40E-7.520(7). OFFICER CLOUD MADE CONTACT WITH THE DEFENDANT ON LAKE HATCHIMBA AND DURING THIS TIME THE DEFENDANT WAS IN POSSESSION OF A MOSSBERG 12-GAUGE SHOTGUN, BLACK AND BROWN IN COLOR, BEARING SERIAL #K772896, AND 10 ASSORTED LOW BRASS "AA" SHOTGUN SHELLS. OFFICER CLOUD ASKED THE DEFENDANT IF HE HAD BEEN IN TROUBLE FOR A LAW VIOLATION BEFORE? OFFICER CLOUD ADVISED, AT THIS TIME HE RAN A CRIMINAL HISTORY ON THE DEFENDANT, THROUGH FCIC/NCIC, WHICH REVEALED THE DEFENDANT HAD A PRIOR CONVICTION OF A FELONY AND WAS LISTED AS A CONVICTED FELON IN FCIC/NCIC. OFFICER CLOUD READ THE DEFENDANT HIS MIRANDA WARNINGS, WHERE THE DEFENDANT AGREED TO TALK TO HIS ABOUT THE ABOVE LISTED INCIDENT. THE DEFENDANT ADMITTED TO BEING A CONVICTED FELON, BUT ADVISED "HE WAS AWARE, HE WAS NOT ALLOWED TO BE IN POSSESSION OF A FIREARM, WHILE HE WAS HUNTING." THE DEFENDANT ALSO STATED "HE HAD OBTAINED HIS HUNTING LICENSE AT WALMART, REFERENCE CUST# 520-040-668. OFFICER CLOUD FOUND THE DEFENDANT WAS IN VIOLATION OF THE FOLLOWING: HUNTING IN A CLOSED AREA, PER FAC 40E-7.520(7) AND BEING IN POSSESSION OF A FRESHLY KILLED PROTECTED BIRD, A VIOLATION OF FAC 68A-13.002(1)C, AND POSSESSION OF A FIREARM BY A CONVICTED FELON, A VIOLATION OF FLORIDA STATE STATUTE 790.23(1)A, REFERENCE TO FWC CASE # GA FWCSW-07-EVP-0446. OFFICER CLOUD SECURED THE DEFENDANT'S FIREARM AT THE FWC LAKELAND OFFICE, WHERE HE ISSUED THE DEFENDANT A PROPERTY RECEIPT FOR THE SHOTGUN HE TOOK FROM HIS POSSESSION.

BASED ON OFFICER CLOUD'S #M592 OBSERVATIONS AND HIS SWORN WRITTEN STATEMENT, I FOUND PROBABLE CAUSE FOR ARREST OF THE DEFENDANT JUAN FRANCISCO GONZALES, DOB 03/24/1976, FOR VIOLATION OF THE FOLLOWING: HUNTING IN A CLOSED AREA, PER FAC 40E-7.520(7); BEING IN POSSESSION OF A FRESHLY KILLED PROTECTED BIRD, A VIOLATION OF FAC 68A-13.002(1)C; POSSESSION OF A FIREARM BY A CONVICTED FELON, A VIOLATION OF FLORIDA STATE STATUTE 790.23(1)A. THE DEFENDANT WAS ARRESTED AND TRANSPORTED TO THE OSCEOLA COUNTY JAIL WITHOUT INCIDENT. THIS CONCLUDES MY INVOLVEMENT IN THIS CASE. THIS CASE WILL BE CLEARED BY ARREST.

| Sworn to and subscribed before me, this 2O day of January, 2007 | I swear/affirm the above statements are correct and true. |
|---|---|
| *signature* 1467 | *signature* |
| Notary Public ☐   Law Enforcement or Corrections Officer ☒ | OFFICER'S SIGNATURE |
| *Personally Known* ☐        *Produced Identification* ☐ | LOFOCO, JOSEPH |
| Type of Identification **SHERIFF ID** | OFFICER'S PRINTED NAME (L,F) |

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, STATE OF FLORIDA

STATE OF FLORIDA

vs.

JUAN FRANCISCO GONZALES

Defendant.

_____/

CASE NUMBER        49-2007-CR-000269

ARREST DATE:       01/20/07

OFFICER            Joseph Lofoco

AGENCY/NUMBER:     OSSO, 07I006701

DATE               February 15, 2007

CHARGE(S)   1   POSSESSION OF FIREARM BY CONVICTED FELON
            2   HUNTING IN MGMT. AREA IN CLOSED SEASON
            3   TAKING STATE/FED PROTECTED MIGRATORY BIRD

### NO INFORMATION NOTICE

COMES NOW the State of Florida, by and through the undersigned Assistant State

Attorney and states that

1   From the investigation which has been made, it is the opinion of the writer that this case

    is not suitable for prosecution.

2   This action is taken to clear the records and to release subject's bond if any has been

    posted responsive to the above charge(s)  If in custody, defendant should be released

    PROVIDED THERE ARE NO OTHER CHARGES OR HOLDS AGAINST HIM

Lawson Lamar, State Attorney
Ninth Judicial Circuit of Florida

By: _____

William Beemer, Jr.
Assistant State Attorney
Florida Bar No  # 459097
2 Courthouse Square
Kissimmee, FL 34741
(407)343-3259

**Is the Defendant in Jail:   no**