02·3409Cf·04

08

**ARREST / NOTICE TO APPEAR**

FLORIDA HIGHWAY PATROL

- 1. FELONY
- 2. TRAFFIC FELONY
- 3. MISDEMEANOR
- 4. TRAFFIC MISDEMEANOR
- 5. ORDINANCE
- 6. OTHER

NAME (Last, First, M.): GONZALES JUAN, FRANCISCO

5'8"  250  NNBL  GRS  LIGHT  MED

JUAN CEN SALVADOR

201 EAST W APT C KISSIMMEE, FL 34741

2260 CASCADE BLVD #08 KISSIMMEE, FL 34743  407.347-6144

NICOLE ALEXIS PALMER

ACTIVITY: DRUGS

PC: 7650-03T  CITATION

POSS OF COCAINE.

On the 30 day of NOV 2002 at 0:30 AM/PM, DEF WAS DRIVING A VEHICLE STOPPED FOR UNLAWFUL SPEED. DEF WAS IDENTIFIED BY HIS FLORIDA D.L. AND CHECKED FCIC/NCIC AND IT WAS DISCOVERED THAT DEF WAS DWLS. - TPR CASTRO APPROACHED DEF AS I WAS WRITING THE CITATION, AND OBTAINED CONSENT TO SEARCH DEF'S VEHICLE. - TPR CASTRO DISCOVERED A CLEAR PLASTIC BAGGIE CONTAINING A WHITE POWDERY SUBSTANCE. A FIELD TEST WAS CONDUCTED ON THE SUBSTANCE BY TPR CASTRO - IT TESTED

K.N. Robinson 9750

**NARRATIVE CONTINUATION**

FLORIDA HIGHWAY PATROL

DWLS / POSS OF COCAINE

POSITIVE FOR COCAINE.
DEF WAS PLACED UNDER ARREST AND TRANSPORTED TO
S.C.S.O.

CO-DEF ARRESTED FOR OUTSTANDING WARRANT.

TPR R.D. REMINGTON

AR
12-3
B

## IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
## IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NUMBER: 02-03409-CFA

BB1196258

STATE OF FLORIDA,
     Plaintiff,

vs.

JUAN FRANCISCO GONZALES,
     Defendant.

_____/

### NO INFORMATION

The State Attorney hereby notices the court that he does not intend to file an Information against the defendant on the accusations which have been lodged in this matter.

NORMAN R. WOLFINGER
STATE ATTORNEY

BY:

JAMES W. CARTER
Assistant State Attorney
Eighteenth Judicial Circuit
Fla. Bar No. 0703540

Date: 11-19-02

I HEREBY CERTIFY that notification of the No Information decision has been provided by FAX to John E. Polk Correctional Facility this _____ day of _____, 2002.

_____
JAMES W. CARTER

Copies hereof were delivered to the following persons this ____ day of _____, 2002.

_____
CLERK

Attorney for Defendant
Defendant
Seminole County Sheriff's Office
John E. Polk Correctional Facility

Central

13

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT,
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA

vs. JUAN FRANCISCO GONZALES

DATE DECEMBER 03, 2002
CASE NO. 02-003409CFA

CHARGE(S): DRVG W/LIC SUSP/REVO 7650-BST   FHPX
POSSESSION COCAINE
UNLAWFUL SPEED   7649-BST

OPEN COURT MINUTES

HONORABLE JUDGE DEBRA S. NELSON   COURTROOM J1   CRT.REPT. Borders
DEPUTY CLERK D MARCY   BAILIFF M. SCOTT
STATE ATTORNEY PIERCE   OTHER
PUBLIC DEFENDER/DEFENSE ATTORNEY MAC HOWARD
Defendant was ✓ present / was not present for ARRAIGNMENT

____ Defendant was sworn as to his Affidavit of Indigency. Court found ____ Indigent and appointed the Public Defender.
____ BENCH WARRANT issued for failure to appear; ____ BOND FORFEITED; PTR/PROR REVOKED, BOND SET AT $_____
____ Defendant was sworn; Defendant entered plea/adjudication of ____ GUILTY/ ____ NOLO CONTENDERE/ ____ NOT GUILTY

State previously filed a no information.
Defendant discharged as to this cause of arrest.
Court dismissed citations 7650-BST +
7649-BST.

____ COURT GRANTED MOTION TO WITHDRAW AND APPOINTED _____   SPECIAL PUBLIC DEFENDER
____ THE COURT ____ found factual basis. ____ ACCEPTED PLEA/ ____ ADJUDGED GUILTY/ ____ WITHHELD ADJUDICATION ____ PSI Waived
____ PSI ORDERED ____ SHORT FORM PSI ____ RECORDS CHECK/SCORESHEET ORDERED ____ POR ORDERED ____ Ordered Drug Screening
returnable on or before _____   Proceeded to sentencing.
____ Defendant ____ CONTINUED ON BOND/ PTR/ ROR/ ____ RETURNED TO CUSTODY/ ____ REMANDED. BOND SET AT $_____
____ Conditions of release: _____

____ The Court granted/denied ____ DEFENSE/ ____ STATE/ ____ JOINT MOTION TO CONTINUE _____   ____ Waived speedy trial
____ Pre-Trial Set _____   at _____ M. Courtroom _____
____ TRIAL / Date Certain / SENTENCING / VOP HEARING / ARRAIGNMENT continued to/set for _____
at _____ M. in Courtroom _____, _____ at the Seminole County Courthouse/ _____ Correctional Facility, before
Judge _____   Due to Defendant's failure to appear. ____ Notice to bondsman _____   Bond Released.

Defendant excused from _____ to appear on _____
at _____ M. for _____ in Courtroom _____.

RECEIPT OF DEFENDANT

I hereby acknowledge receipt of a copy of the foregoing and acknowledge that I am required to appear for hearing as indicated above.

X _____
DEFENDANT'S SIGNATURE   Address (if changed)

FILED
DEC - 3 2002
CLERK SEMINOLE COUNTY

NOTICE - AMERICANS WITH DISABILITIES ACT OF 1990 - Administrative Order No. 97-3 - If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Court Administration at 301 N. Park Avenue, Suite N301, Sanford, FL 32771, (407) 665-4227 within 2 working days of your receipt of this notice; if you are hearing or voice impaired, call 1-800-955-4771.

WITNESS THE CLERK AND SEAL THIS 03 DAY OF DECEMBER 2002
I hereby furnished a true copy hereof to those indicated below:

____ Probation (pink)   X _____ Scoring Coordinator (yellow)
X Sheriff (green)   ____ Bondsman
____ Defendant

C72000.033
SO

MARYANNE MORSE
CLERK OF THE CIRCUIT COURT

BY: _____
DEPUTY CLERK