**OSCEOLA COUNTY SHERIFF'S OFFICE** 129318 Page 1 of 2

03CL2280

**Charging Affidavit**

☑ Arrest ☐ FSAO

| Location of Defendant's Vehicle: | A.R.C. | Date/Time Booked: 8/17/03 | Case Number: 03I065048 |
| Arrested: | Yes ☑ No ☐ FCIC/NCIC Check? Yes ☑ No ☐ | Date Arrested (MM/DD/YY): 08/19/2003 | Time of Arrest: 2330 |
| Address of Arrest: | 192 / ENTRY POINT | Zone: 1 | Total Bond Set At: $10,000 |

**DEFENDANT** — Adult ☑ Juvenile ☐ Name #: — Language Spoken: ENG.

| NAME (L,F,M): | GONZALES, JUAN F | Race: W | Sex: M | |
| Address: | 157 IVY LANE | | | |
| City: | KISSIMMEE | State: FL | Zip: 34741 | Home Phone: 407 222 8153 |
| Height: 508 | Weight: 140 | Hair: BRO | Eyes: BLU | Scars/Marks/Tattoos: C SHOULDER | P.O.B. (City, State, Country): PHIL. PA. |
| Business & Occupation: | | A.K.A.: | |
| Bus./ Address School | | | |
| City: | State: | Zip: | Bus. Phone: |
| Driver's Lic./ State ID No.: | | State: FL | Year Expires: | |

**CHARGES** FELONY ☑ MISD. ☐ ORD. ☐ TRAFFIC ☐ Court Location: DOMESTIC VIOLENCE? Yes ☐ No ☑

| #1 | Charge: SALE/DEL COCAINE | FSS/ORD: 893.13(C)e(1) | Citation No.: |
| #2 | Charge: WITHIN 1000 FT CONV.STORE | FSS/ORD: | Citation No.: |
| #3 | Charge: | FSS/ORD: | Citation No.: |

**CO-DEFENDANT** Co-Def #1. Arrested? Y☐ N☐ Fel.☐ Misd.☐ Traf.☐ Ord.☐ NTA☐ | Co-Def #2. Arrested? Y☐ N☐ Fel.☐ Misd.☐ Traf.☐ Ord.☐ NTA☐

| #1 NAME (L,F,M): | | Race: | Sex: | DOB: | Age: |
| #2 NAME (L,F,M): | | Race: | Sex: | DOB: | Age: |

**NARRATIVE** The undersigned has probable cause to believe the above-named defendant, on the __19__ day

of __AUG__, __2003__, at approximately __11:30__ ☐ a.m. ☑ p.m.

at __7624 W192__ (Zone: __1__) in Osceola County did,

VIOLATE THE ABOVE F.S.'.
SEE PG 2.

| Next of Kin Name: | Address: | Phone: |
| DCF Notified? Yes ☐ No ☐ | Miranda Warning? Yes ☐ No ☐ By Whom? | Invoked? Yes ☐ No ☐ |

Sworn to and subscribed before me, this __17__ day of __AUG__, __2003__

C. Mutu 454
Notary Public ☐ Law Enforcement or Corrections Officer ☑

Personally Known ☐ Produced Identification ☐

Type of Identification: _____

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F)

Officer's Name Key: 1026

Officer's Bus. Phone No.:

**FOR CORRECTIONS USE ONLY** OBTS: 4 9 0 2 0 2 7 7 2 5 T

Rev. 0402

ORIGINAL

**SHERIFF'S OFFICE**

Continuation of: ☑ Charging Affidavit
☐ FSAO

| Defendant Name: | Set Po 1 | Case Number: 03I065048 | Page 2 of 2 |

ON 8/19/03, MEMBERS OF CRT. AND SNAG CONDUCTED A CONTROLLED BUY OF ILLICIT NARCOTICS IN OSCEOLA CO. A STREET SOURCE CONTACTED THE DEFENDANT AT THE GAS PUMPS AT THE CIRCLE K AT W 192/ENTRY POINT. THE STREET SOURCE HANDED THE DEFENDANT $150.00 OF INVESTIGATIVE FUNDS. THE DEFENDANT GAVE THE STREET SOURCE APPROXIMATELY 1.1 GRAM OF POWDER COCAINE. THE TAKE DOWN TEAMS MOVED IN AND PLACED THE DEFENDANT UNDER ARREST. THE INVESTIGATIVE FUNDS WERE FOUND INSIDE A CUP IN THE DEFENDANTS VEHICLE. THE TRANSACTION WAS AUDIO TAPED BY AGENT FISCHER. THE COCAINE, WHICH FIELD TESTED POSITIVE, AND THE AUDIO TAPE WERE PLACED INTO EVIDENCE. THE VEHICLE WAS TOWED.

Sworn to and subscribed before me, this 19 day of 08, 2003

Notary Public ☐   Law Enforcement or Corrections Officer ☐

Personally Known ☐   Produced Identification ☐

Type of Identification: _____

Rev. 0402  SO – 03 – 08

I swear/affirm the above statements are correct and true.

OFFICER'S SIGNATURE

OFFICER'S PRINTED NAME (L,F): DANIEL D. LORETO

Officer's Name Key: 1026

Officer's Bus. Phone No.:

ORIGINAL

STATE OF FLORIDA
-- VS --

_JUAN F. GONZALES_

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA
CRIMINAL DIVISION

CASE NUMBER _03 - CR - 2280_

## PLEA

1. I, the above-named defendant, hereby withdraw my plea(s) of Not Guilty, and enter the following plea(s) of

( X ) Guilty ( ) Nolo Contendere to _DELIVERY OF COCAINE_

a _____ degree felony / misdemeanor with a maximum penalty of _____

( ) Guilty ( ) Nolo Contendere to _____

a _____ degree felony / misdemeanor with a maximum penalty of _____

2. I understand the following paragraphs concerning my trial rights:

a. that if the Court accepts my plea(s), I give up my right to a trial, at which I would have had the following rights:
(i) to have a jury determine whether I am guilty or not guilty;
(ii) to see and hear the witnesses testify, and to have my lawyer question them for me;
(iii) to subpoena & present witnesses and items of evidence in my defense, and to present any defense I might have to the jury;
(iv) to testify or to remain silent; and
(v) to require the prosecutor to prove my guilt by admissible evidence beyond any reasonable doubt before I can be found guilty by the · jury.

b. that I give up my right to appeal all matters except the legality of my sentence or this Court's authority to hear this case. My lawyer has explained to me what an appeal is.

c. that a plea of Not Guilty denies that I committed the crime(s); a Plea of Guilty admits that I did commit the crime(s); and a Plea of Nolo Contendere (No Contest) says that I do not contest the evidence against me. I understand that if the Court accepts my plea(s) there will be NO TRIAL and the Court will impose sentence(s) based upon my plea(s).

d. that I have read the information/indictment in this case and I understand the charge(s) to which I enter my plea(s). My lawyer has explained to me the maximum penalty for the charge(s), the essential elements of the crime(s) and possible defenses to the crime(s), and I understand these things. I understand that if I am on parole, my parole can be revoked and I can be returned to prison to complete that sentence; and if I am on probation in another case my probation can be revoked and I can receive a separate sentence up to the maximum on the probation charge in addition to the sentence imposed in this case.

3. Neither my lawyer nor anyone else has told me or promised me that the judge would give me a particular sentence, nor has my lawyer or anyone else told me or promised me anything to get me to enter my plea(s) except as set forth below or said in open Court:

a. ( ) No promises have been made by my lawyer or anyone else.

b. ( X ) The prosecutor has agreed to _1 year probation, 100 hrs ACS, Court Costs_

c. ( ) The judge has agreed to _____

4. I understand that if my plea is to a felony, my sentence will be imposed under the Sentencing Guidelines. A presumptive sentence will be determined based upon certain factors. The judge can go above this presumptive sentence and impose up to the maximum for each count as listed above by stating clear and convincing reasons. If the Judge goes above this presumptive sentence, I will have the right to appeal my sentence. I also understand that if my plea is to a misdemeanor, that the Sentencing Guidelines do not apply and that the Judge can sentence me up to the maximum for each misdemeanor count listed above.

5. I understand that if the Judge places me on probation at my sentencing, and at a later time, the probation is revoked by the Judge (after a violation of probation hearing or my admission to the violation), the Judge can then sentence me to the maximum penalty for the charge(s) listed above.

· 6. I understand and agree that if the Judge permits me to stay out of jail pending sentencing I must notify my lawyer and bondsman or pretrial release officer of any change in my address or phone number, and if the Judge orders a Pre-Sentence Investigation (PSI) and I willfully fail to appear for an appointment with the probation officer for the PSI interview, the Judge can place me in jail for the PSI interview, or until my sentencing.

7. My education consists of _GED_ . I am not under the influence of any drug, medication or alcohol at the time I sign this plea. I am not suffering from any mental problems at this time which affect my understanding of this plea.

8. Neither my lawyer nor anyone else has pressured or forced me to enter my plea and I an entering my plea voluntarily of my own free will and because

( ) I believe that I am guilty ( X ) I believe it is in my own best interest.

9. I have read every word in this written plea. I have discussed this written plea with my lawyer and I fully understand everything contained in it. I have discussed the maximum penalties for my plea, the sentencing guidelines and I fully understand them. I have told my lawyer everything I know about this case and these charges. I am fully satisfied with the way me lawyer has handled my case for me and have no complaints.

10. I understand, and my attorney has explained to me that if I am not a United States citizen, my plea of guilty or Nolo Contendere subjects me to deportation according to the Laws and Regulations of the United States Immigration and Naturalization Service.

SWORN TO AND FILED in Open Court in the presence of defense counsel and the Judge
this __24th__ day of __Feb__ ,20 __0 4__ .

Larry Whaley, Clerk of Courts

By:_____     Defendant's Signature _Juan Gonzales_
Deputy Clerk in Attendance

Address & Phone: _201 Eden In apt c 34243_

### CERTIFICATE OF DEFENSE COUNSEL

I, Defendant's Counsel of Record, certify that: I have discussed this case with the defendant, including his/her trial rights, the nature of the charge(s), essential elements of each, the evidence against him/her of which I am aware, the possible defenses he/she has, the maximum penalty for the charge(s), the sentencing guidelines, and his/her right to appeal. No promises have been made to the defendant other than as set forth in this form or on the record. I believe he/she fully understands this written plea, the consequences of entering it, and that the defendant does so of his/her own free will.

Counsel for the Defendant: _____

### CERTIFICATE OF PROSECUTOR

(   ) I consent to the plea(s) to the lesser charge(s).     ( ✓ ) I confirm the promises in 3(b) have been made.

Assistant State Attorney: _____

STATE OF FLORIDA, COUNTY OF OSCEOLA - I HEREBY CERTIFY
that the above and foregoing is a true copy of the original filed in this office.
Armando Ramirez, Clerk of the Circuit Court
Dated _____ By _____ D.C.

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, FLORIDA

STATE OF FLORIDA         Case No.: CR03-2280

vs                       Court Minutes/Order (Jail/Bond/PTR)
                         Order of Probation/Community Control
Juan F. Gonzales         Judgment and Fingerprints

Charge (s): CT1: Delivery of Cocaine

Judge **MARGARET T WALLER**, Defense Attorney T. Hartung   Deputy: **HYDER/NORRED**
Assistant State Attorney J. Castratil   Court Reporter **LK/JC/SF/JA**
Defendant was tried and found guilty of:
**CHANGE OF PLEA:** Defendant __✓__ present ____ not present, & sworn and pled __✓__ Guilty,
____ Guilty-Best interest, or ____ Nolo Contendre to:

Count __1__ as charged/LIO _____ (F) (M)
Count _____ as charged/LIO _____ (F) (M)
Count _____ Nolle Prosequi
____ Adjudged Guilty __✓__ Adjudication of Guilt Withheld __ Minimum Mandatory   __ Sex Offender (See attached)
____ Habitual Offender: ____ Years ____ Violent Habitual Offender: ____ Years   __ Youthful Offender
                                                                                __ Prison Release Reoffender

**SENTENCE:**

__✓__ 2 Days OCJ w/ 2 Days CTS; Count __1__

____ ____ ____ DOC w/____ Days CTS; Count _____

____ Split Sentence: _____ d/m/y jail/doc, then _____ m/y C.C. 1/2, followed by _____ m/y probation

____ Balance of jail/doc sentence suspended pending successful completion of _____

____ Other special conditions of release _____

__✓__ Report to Probation within 24 hours of release from incarceration.

____ Concurrent: _____ /or to all counts & sentences.

____ Consecutive: _____ /or to all counts & sentences.

__✓__ **PROBATION:** As to counts __1__
__✓__ C.C. 1/2 _____ mo/yr; followed by: **State Probation** __1__ mo/yr; **County Probation** _____ mo/yr
      You must immediately report, in person, or the next working day, or upon release from confinement to the DOC
      Probation Office at 1499 John Young Parkway, Kissimmee Florida 34741 if on **State Probation** or the County Probation
      Office at 110 W. Drury Avenue, Kissimmee Florida 34741 if on **County Probation.**
__✓__ **Drug Offender Probation:** Monthly drug testing, at own expense, treatment & counseling.
__✓__ **PROBATION-SPECIAL CONDITIONS:** Special conditions are to be started or completed within 60 days of
      sentencing or violation.                              ____ F.A.D. Meetings
      ____ VIP Program                                      ____ Forfeit seized weapon(s)
      ____ DNA sample                                       ____ AIDS/HIV Awareness class
      ____ Bridge Program - Jail to hold until bed available ____ Anger management
      ____ PRC - Jail to hold until bed available           ____ Impulse control class
      ____ Phoenix - Jail to hold until bed available       ____ DUI Counter Attack School
      ____ Transition House- Jail to hold until bed avail.  ____ Transfer to County-State
      __✓__ Community Service __100__ hours @ the rate of __10__ hours per month, starting 1st month of probation
            until completed. May serve at F.A.D. meetings

✓ Must complete all terms and conditions of treatment schedule provided by treatment provider.

___ **Drivers License:** Suspended/revoked for _____ year(s) / day(s) / month(s) / life. __ B.P.L. after 6 months.

___ **Jail Work Detail:** You will report to the Osceola County Jail and report to the Osceola County Work Release Center within 10 days from today, show them your court papers and they will set up your work schedule. You shall perform ___ consecutive days of weekend work detail as scheduled by the Work Release Center. You shall pay $15 per day and bring your own lunch. You shall perform such work as directed. If defendant fails to report twice, then jail shall inform probation and probation shall file an affidavit of violation of probation.

___ **Weekend Jail Confinement:** You will report to Osceola County Jail by 6 P.M. Friday evening and shall be released 6 P.M. Sunday evening.

___ **Work Release Program:** Judge recommends defendant for this program.

___ **Letter of apology:** To victim (s) and give letter to probation.

✓ **Drug Testing:** Random drug testing, 1st positive test then evaluation, treatment thereafter violated.

___ **No contact/___ Hostile:** Victim (s) /co-defendant (s)/no return to the crime scene.

___ **Mental Health Evaluation:** Mental health and/or psychological evaluation and treatment. You shall take medicine as prescribed. Failure to be tested, participate in treatment, or to take your medicine will constitute a violation.

___ **Early term/Admin Probation:** After _____ Of probation is completed, all conditions completed (costs, fees, restitution, no violation), probation shall be _____ Automatically terminated/_____ changed to administrative probation.

___ **BRIDGE/PRC:** 364 Days Osceola County jail time as a condition of community control, Jail suspended upon entry into and successful completion of Bridge/PRC. At Bridge/PRC your net income will first pay room and board, then $35 per month   pocket money, then 50 % for child support of_____, then remaining money first to restitution, then court costs, fines and fees.

✓ **Employment:** Defendant to make a good faith effort to be full-time employed and probation to assist. Probation to verify. (Not less than 35 hours per week.)

**MONETARY OBLIGATIONS:** If ON PROBATION You are to make payments to Probation. If you are NOT ON PROBATION then pay Clerk of Court. Either way you will pay the sums and in the manner herein directed.

___ Restitution: $_____ total, to be paid $_____ monthly.

___ Restitution: Reserved Jurisdiction

✓ Court Costs: $190.50 ( $273 )$278 + Court Facilities ($150)

___ Remaining Balance/Unmet Drug Court Fees

✓ Drug Case Fines: $100.00 FDLE and $250.00 OCDTF.

___ Fines: _____

___ Public Defender/Contract Attorney Lien: $250___ $350___ $ ___ **Payable to the State of Florida.**

___ DERP: $40___

___ Cost of Investigation: $_____; Reserved _____.

✓ Payments: You will pay $__65__, including restitution, on or before the 1st day of each month, first payment in __1st__ day(s) (month(s)), if probation, pay cost of supervision, and a 4% surcharge.

**ALL PAYMENTS SHALL BE APPLIED TO RESTITUTION, IF ANY, FIRST.**

___ Final Judgment: Record in public records of Osceola County or _____County.

___ Monies will be monitored by the Court through Collection Court. Pay $____ per mo. beginning _____

✓ Other Conditions: ___PSI Waived___

Drug evaluation within 30 days—Complete any recommended treatment.

Not for purpose of suspending D.L.

## STANDARD TERMS OF PROBATION:

1. You will make a full and truthful report to your Probation Officer on or before the 5th day of each month.
2. You will pay cost of supervision of $20.00/$40.00 or such other sums as determined by judge; plus a 4% surcharge per month.
3. You will not change your residence, employment, or leave the county of your residence without prior consent of your Probation Officer.
4. You will neither possess, carry or own any weapons or firearms.
5. You will not violate any laws or court orders, including pay child support.
6. You will not associate with persons engaged in criminal activity.
7. You will not use intoxicants if prohibited or in excess; or possess any drugs, narcotics, or paraphernalia unless prescribed by a physician. Nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed or used.
8. You will make a good faith effort to be employed.
9. You will truthfully answer all questions directed to you by the Probation Officer, and allow them to visit your home, employment or elsewhere. You will comply with all instructions he may give to you.
10. You will pay restitution, costs and fees as order herein
11. You will submit to chemical tests (breath, urine, and blood) upon request of your Probation Officer; and submit to search of your residence, person or vehicle for the presence of controlled substance, weapon, firearms and alcoholic beverages if prohibited.

## STANDARD CONDITIONS OF COMMUNITY CONTROL:

12. You shall report once a week, or as directed.
13. You will remain confined to your approved residence except for one half hour before and after your approved employment, public service work or any other special activities approved by your officer.
14. You will maintain an hourly accounting of all activities on a daily log which you will submit to your officer upon request.
15. Pursuant to F.S. 948.03, your officer may place you on electronic monitoring. You will maintain a private phone line at your residence and you will be financially responsible for any lost or damaged equipment. If placed on monitor you will pay $30.00.

The Court reserves the right to rescind, modify or revoke probation to the extent provided by law. I have received a copy of the terms and conditions of my Probation/Community Control. I have read and understand these conditions. Also, I hereby consent to the disclosure of any alcohol and drug abuse patent records, the confidentiality of which is federally regulated under 42CFR, part II, for the duration of my supervision.

CR03-2280
Page 3

## JUDGMENT OF DEFENDANT

| COUNT | CRIME | OFFENSE STATUTE NUMBER | DEGREE OF CRIME |
|---|---|---|---|
| 1 | Delivery of Cocaine | 893.13 1A1 | F-2 |
| | | | |
| | | | |
| | | | |

## FINGERPRINTS OF DEFENDANT

| RIGHT THUMB | RIGHT INDEX | RIGHT MIDDLE | RIGHT RING | RIGHT LITTLE |
|---|---|---|---|---|
| | | | | |

| LEFT THUMB | LEFT INDEX | LEFT MIDDLE | LEFT RING | LEFT LITTLE |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by: __JCBainbridge__ Title: **DEPUTY SHERIFF**

I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, __Juan Gonzales__ and that they were placed thereon by said Defendant in my presence in Open Court this date.

DONE AND ORDERED at Osceola County, Florida, this __24__ day of __February__ 2004

__JUDGE MARGARET T WALLER__

Filed in Open Court this __24__

Day of __Feb__, 2004

Larry Whaley, Clerk of Court

By: __ARKP__ D.C.

CRSENTK

___ ASA
___ Defense
___ SO/Jail
___ Defendant
___ Probation

___ Civil
___ C.C.
___ File
___ Bookkeeper
___ Other

___ Orlando Sentinel
___ Work Release

CR03-2280

Page 4