THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

CASE NUMBER: 98-0366-CFA

STATE OF FLORIDA                                    INFORMATION

VS.                                                 AGGRAVATED BATTERY

CECIL ASTOR HARPER

---

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA, NORMAN R. WOLFINGER, STATE ATTORNEY, THROUGH THE UNDERSIGNED DESIGNATED ASSISTANT STATE ATTORNEY, CHARGES THAT

In the County of Seminole, State of Florida, CECIL ASTOR HARPER, on the 24th day of January, 1998, did commit battery upon Claude Timogene, by actually and intentionally touching or striking Claude Timogene, against his will, or by intentionally causing bodily harm to Claude Timogene, and in the commission of said battery did intentionally or knowingly cause great bodily harm, permanent disability, or permanent disfigurement to Claude Timogene, and in the commission of said Aggravated Battery, carried, displayed, used, threatened, or attempted to use a weapon or firearm, to wit: a bottle, contrary to Sections 784.045(1)(a), 775.087(1) Florida Statutes,

AND against the peace and dignity of the State of Florida.

_____
Designated Assistant State Attorney
Eighteenth Judicial Circuit
Florida Bar No. 0077836

Personally appeared before me, Designated Assistant State Attorney DONNA M. SCOTT, who, being first duly sworn, says that this prosecution is instituted in good faith, and certifies that testimony under oath has been received from the material witness or witnesses for the offense, and says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true and which, if true, would constitute the offense(s) therein charged.

Sworn to and subscribed before me this ___4th___ day of ___March___, 1998.

_____
SIGNATURE OF NOTARY

_____
PRINT, TYPE OR STAMP NAME OF NOTARY

M. A. BAILEY
MY COMMISSION # CC 619748
EXPIRES: March 31, 2001
Bonded Thru Notary Public Underwriters

sl/0304

**ARREST/NOTICE TO APPEAR**

For The Public:

## Seminole County Sheriff's Office

| C.S.A.: 73 | GRID: 11B10 | | 1. Arrest 2. Arrest & Report | Notice To Appear 4. Capias | 1 | Juvenile N |
|---|---|---|---|---|---|---|

| Agency ORI Number **FL0590000** | OBTS Number | Agency Arrest Number **0** | Agency Report Number **9800001783** |
|---|---|---|---|

| Charge Type: Check as many as apply | Felony **Y** | Misdemeanor **N** | Ordinance **N** | Weapon Seized **BY** | Weapon Type |
|---|---|---|---|---|---|
| | Traffic Felony **N** | Traffic Misdemeanor **N** | Other **N** | **No** | KNIFE/CUT INSTR |

| Location of Arrest (Business Name, Address) **SR400 MILE WEST OF SR436 ALTAMONTE SPGS.** | Location of Offense (Business Name, Address) **921 DOUGLAS AVE ALTAMONTE SPGS.** |
|---|---|

| Date of Arrest **01/25/98** | Time of Arrest **02:28** | Booking Date | Booking Time | Jail Date | Jail Time | Fingerprinth Identity Only Criminal AFIS |
|---|---|---|---|---|---|---|

| Jail Number **1** | County ID Number | Other Local Number | FDLE Number | DOC Number | FBI Number |
|---|---|---|---|---|---|

| Last Name **HARPER** | First Name **CECIL** | Middle **ASTOR** | Alias **ASTOR** |
|---|---|---|---|

| Race **B** | Sex **Male** | Date Of Birth or Age | Height **511** | Weight **220** | Eye Color **BRO** | Hair Color **BLK** | Complexion **MEDIUM** | Build **MUSCULAR** |
|---|---|---|---|---|---|---|---|---|

| Scars, Marks, Tattoos, Unique Physical Features | (Location, Type, Description) | Indication of: Alcohol Influence **No** / Drug Influence **No** |
|---|---|---|

| Local Address **UNKNOWN** | CITY | St | Zip Code | Phone | Residence Type: **County** |
|---|---|---|---|---|---|

| Next of Kin **ROSE HARPER** | Relationship: **MOTHER** | Phone **(407)870-0891** | Religion: **CATHOLIC** |
|---|---|---|---|

| Business Name & Address **NATIONAL DIRECT 921 DOUGLAS AVE** | CITY **ALTAMONTE SPGS.** | St **FL** | Zip Code **32714** | Phone **(800)330-6500** | Occupation: **BUSINESS CONSULTANT** |
|---|---|---|---|---|---|

| Driver's License Number | DL./State | Social Security Number | Marital Status **SINGLE** | Place Of Birth | Citizenship **USA** |
|---|---|---|---|---|---|

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date Of Birth or Age | 1. Arrested 2. At Large | 3. Felony 4. Misdemeanor 5. Juvenile |
|---|---|---|---|---|---|

| Co-Defendant Name (Last, First, Middle) | Race | Sex | Date Of Birth or Age | 1. Arrested 2. At Large | 3. Felony 4. Misdemeanor 5. Juvenile |
|---|---|---|---|---|---|

Activity: S. Sell R. Smuggle K. Dispense/ M. Manufacture Z. Other
N. N/A B. Buy D. Deliver Distribute Produce/Cultivate
P. Possess T. Traffic E. Use

Type: B. Barbiturate H. Hallucinogen P. Paraphernalia/ U. Unknown
N. N/A C. Cocaine M. Marijuana Equipment Z. Other
A. Amphetamine E. Heroin O. Opium/Deriv. S. Synthetic

| Charge Description **AGGRAVATED BATTERY** | Counts **1** | F.S. Ord. | Statute Violation Number **784.045** | Violation Of Section (ORD) |
|---|---|---|---|---|

| Activity **N** | Drug Type **N** | Amount/Unit **N/A** | State Attorney Number | Court Number | NCIC/UCR Code |
|---|---|---|---|---|---|

| PC **Y** | Capias **N** | AC **N** | BW **N** | FW **N** | PW **N** | Juv. PU **N** | Citation **N** | (Reason Number #) | Date Issued | Writ. Att. # | Domestic Viol. Inj. # | Order of Arrest # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Charge Description | Counts **1** | F.S. Ord. | Statute Violation Number | Violation Of Section (ORD) |
|---|---|---|---|---|

| Activity | Drug Type | Amount/Unit | State Attorney Number | Court Number | NCIC/UCR Code |
|---|---|---|---|---|---|

| PC **N** | Capias **N** | AC **N** | BW **N** | FW **N** | PW **N** | Juv. PU **N** | Citation **N** | (Reason Number #) | Date Issued | Writ. Att. # | Domestic Viol. Inj. # | Order of Arrest # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Charge Description | Counts **0** | F.S. Ord. | Statute Violation Number | Violation Of Section (ORD) |
|---|---|---|---|---|

| Activity | Drug Type | Amount/Unit | State Attorney Number | Court Number | NCIC/UCR Code |
|---|---|---|---|---|---|

| PC **N** | Capias **N** | AC **N** | BW **N** | FW **N** | PW **N** | Juv.PU **N** | Citation **N** | (Reason Number #) | Date Issued | Writ. Att. # | Domestic Viol. Inj. # | Order of Arrest # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

The Undersigned Certifies and swears that he/she has just and reasonable grounds to believe, and does believe that the above named Defendant committed the following violation of law:

On the **26** day of **JANUARY**, 19 **98** at **3:30 AM** (Specifically include facts constituting cause for arrest.) BOND: **2000.00** / 4000

### (See Attached Narrative)

P.C. Exists for Charge(s) | Judge's Signature | Date

Mandatory Appearance in Court. | Month | Day | Year | Time

You need not appear in Court, but must comply with instructions on Affidavit. | Location (Court, Room Number, Address)

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THE NOTICE TO APPEAR, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED

Signature of Defendant/Juvenile and Parent or Custodian

| Miranda Warning | HOLD FOR OTHER AGENCY Name: | Verified By: | Date | Bond: Charge # **0.00** | Bond: Charge # **0.00** |
|---|---|---|---|---|---|

ADULTS ONLY !! Hold For First Appearance DO NOT BOND OUT. | Reason: | Sworn to and subscribed before me, the undersigned authority, this 25 day of JAN 19 98. | Bond Type: 1. Surety 5. Cert. 1 R.O.R. 4. Bail / 6. Other 2. Cash Bond | Type: | Type:

I swear/affirm the above and reverse and attached statements are true and correct. | Name/Title of Person Authorized to Administer Oath. LSTRETHER | Returnable Court Date: | Returnable Court Time

Officer's / Complainant's Signature | Release Date: | Release Time

Name (Printed) **DEPUTY EDWARD M LACEY** 195044 7314 Employee# / Unit # | Releasing Officer | Page of

# PERSON(S) REPORT

**Seminole County Sheriff's Office**

Juvenile **A** | 1. Original 2. Supplement **1**

Agency ORI Number: **FL0590000**

Agency Report Number: **9800001783**

Original Date Reported: **01/25/98**

Case Reference:

**HARPER; AGGRAVATED BATTERY**

| V/W Code: V - Victim P - Proprietor, W - Witness Z - Other, C - Reporting Person | Victim Type: 0. N/A, 1. Juvenile, 2. L.E. Officer, 4. Business, 5. Gov't, 6. Church | Race: N-N/A, W-White, B-Black, 1-Amer. Indian, O-Oriental/Asian, U-Unknown | Sex: N - N/A, M - Male, F - Female | Residence Type: 0. N/A, 1. City, 2. County, 3. Florida, 4. Out-of-State | Residence Status: 0. N/A, 1. Full Year, 2. Part Year | Extent of Injury: 0. None, 1. Minor, 2. Serious |
|---|---|---|---|---|---|---|

| Injury Type: 00. N/A, 01. Gunshot, 02. Stabbed | 03. Laceration, 04. Unconscious, 05. Poss. Broken Bones, 06. Poss. Internal Injury | 07. Loss of Teeth, 08. Burns, 09. Abras./Bruises, 99. Other | Victim Relationship To Offender: 00. N/A, 01. Undetermined, 02. Stranger | 06. Parent, 07. Brother/Sister, 08. Child, 09. Step-Parent, 03. Spouse, 04. Ex-Spouse, 05. Co-Habitant | 10. Step-Child, 11. In-Law, 12. Other Family, 13. Student | 14. Teacher, 15. Child of Boy/Girl Friend, 16. Boy/Girl Friend | 17. Friend, 18. Neighbor, 19. Sister/Daughter, 20. Employee | 21. Employer, 22. Landlord/Tenant, 23. Acquaintance, 99. Other Known |
|---|---|---|---|---|---|---|---|---|

**Offense Indicator:** 1. #1  2. #2  3. Both = **1** | V/W Code **W** | # **1** | V. Type **3** | Last Name **BELL** | First Name **WALTER** | Middle Name | Residence Phone **(904)532-8426**

Address (Street, Apt. Number): **1764 WOFFINGTON AVE** | City **DELTONA** | State **FL** | Zip **32725** | Business Phone **(407)786-9424**

Other Contact Info. (Time Available, Interpreter, etc.)

Synopsis of Involvement: **WAS AT SCENE WHEN INCIDENT OCCURED**

| If Victim Type 1,2, or 3 | Race **B** | Sex **M** | Date of Birth | Age | Res. Type **2** | Res. Status **1** | Extent of Injury **0** | Injury Type(s) | Relationship **00** | Ethnicity |

**Offense Indicator:** 1. #1  2. #2  3. Both = **1** | V/W Code **W** | # **2** | V. Type **3** | Last Name **PARK** | First Name **BILLY JOE** | Middle Name | Residence Phone **(407)860-5979**

Address (Street, Apt. Number): **964 ROBERTS BLVD** | City **DELTONA** | State **FL** | Zip **32725** | Business Phone **(407)786-9424**

Other Contact Info (Time Available, Interpreter, etc.)

Synopsis of Involvement: **WAS AT SCENE WHEN INCIDNT OCCURRED**

| If Victim Type 1,2, or 3 | Race **B** | Sex **M** | Date of Birth | Age | Res. Type **2** | Res. Status **1** | Extent of Injury **0** | Injury Type(s) | Relationship **00** | Ethnicity |

**Offense Indicator:** 1. #1  2. #2  3. Both | Suspect Code: S-Suspect E-Escapee R-Recovered Z-Other, A-Arrestee M-Missing Missing | # **0** | Juvenile Last Name | First Name | Middle Name

Maiden Name | Nickname/Street Name | Place Of Birth | Home Phone

Last Known Address (Street, Apt. Number) | City: | State: | Zip: | Bus. Phone

Occupation: | Employer/School: | Address | Social Security #

Driver's Lic # | State | INS # | Other ID. Number | OBTS Number (Arrested) | FCIC / NCIC

Clothing (Describe) | Scars/Marks/Tattoos | Scars/Marks/Tattoos | Scars/Marks/Tattoos

Race | Sex | Date Of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style

Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers | Approx. Age if DOB Unknown

**Offense Indicator:** 1. #1  2. #2  3. Both | Suspect Code: S-Suspect E-Escapee R-Recovered Z-Other, A-Arrestee M-Missing Missing | # **0** | Juvenile Last Name | First Name | Middle Name

Maiden Name | Nickname/Street Name | Place Of Birth | Home Phone

Last Known Address (Street, Apt. Number) | City | State | Zip | Bus. Phone

Occupation | Employer/School | Address | Social Security #

Driver's Lic # | State | INS # | Other ID. Number | OBTS # | FCIC / NCIC

Clothing (Describe): | Scars/Marks/Tattoos | Scars/Marks/Tattoos | Scars/Marks/Tattoos

Race | Sex | Date Of Birth | Age | Height | Weight | Eye Color | Hair Color | Hair Length | Hair Style

Complexion | Build | Facial Hair | Teeth | Speech/Voice | Special Identifiers | Approx. Age if DOB Unknown

| 1. Runaway, 2. Parental, 3. Involuntary, 4. Disabled, 5. Endangered, 6. Disaster, 7. Voluntary, 8. Unknown / Victim, Voluntary Adult | Foul Play: Suspected: 1. Yes, 2. No | Missing Before: 1. Yes, 2. No, 8. Unknown | FingerPrints Available: 1. Yes, 2. No, 8. Unknown | Photo Available: 1. Yes, 2. No, 8. Unknown | Dental Record Available: 1. Yes, 2. No, 8. Unknown | MCIC Form Provided? 1. Yes, 2. No |

Date Last Seen | Time Last Seen | Location Last Seen | Accompanied By

Mental/Physical Condition | Medication Required/Type | Doctor/Dentist (Name & Phone)

Property Carried | ID Type/Number | ID Type/Number

Probable Destination | Name/Address | Transportation Mode

Recovery Information: 0. N/A, 1. Voluntary, 2. Located- Not Returned, 3. Hospitalized, 4. HRS Custody, 5. Law Enforcement Custody, 6. Returned to Parent, 7. Deceased, 9. Other

Officer Reporting: **DEPUTY EDWARD M LACEY** | I.D. **195044** | Unit **7314** | Date **01/25/98**

Officer Reviewing (If Applicable) | Employee Number | Routed To | Assigned To | Review Date | Page Page 1 of 1

| NARRATIVE CONTINUATION | 1. Offense 2. Arrest | **2** | Juvenile | **A** | 1. Original 2. Supplement | **1** |

| Agency ORI Number **FL0590000** | | Seminole County Sheriff's Office | Agency Report Number: **9800001783** |

| Original Date Reported **01/25/98** | Case Reference : | HARPER; AGGRAVATED BATTERY |

ON 01-24-98 I RESPONDED TO 921 DOUGLAS AVE IN REFERENCE TO A STABBING THAT OCCURRED.

UPON MY ARRIVAL I MADE CONTACT WITH THE VICTIM MR. CLAUDE B TIMOGENE WHO WAS BEING TREATED BY THE FIRE DEPARTMENT FOR A STAB WOUND TO HIS LEFT BICEP. I ASKED CLAUDE WHAT HAPPENED AND HE STATED THAT A PERSON BY THE NAME OF ASTOR STABBED HIM WITH A BROKEN BOTTLE.

I THEN MADE CONTACT WITH WALTER BELL WHO WITNESSED PART OF THE ALTERCATION. HE STATED THAT THE VICTIM CLAUDE AND THE SUSPECT WHO WAS LATER IDENTIFIED AS CECIL ASTOR HARPER WERE ARGUING OVER PERSONAL MATTERS. HE STATED THAT THE ARGUMENT BECAME HEATED AND THE CLAUDE AND CECIL WALKED BEHIND THE BUSINESS. WALTER THEN STATED THAT CLAUDE RAN OUT FROM BEHIND THE BUILDING AND SAID "HE CUT ME".

I THEN SPOKE WITH BILLY JOE PARK WHO WAS ALSO A WITNESS TO PART OF THE ALTERCATION. HE STATED THAT THEY WERE ALL SITTING IN WALTER BELL'S CAR WHEN CLAUDE AND CECIL BEGAN TO ARGUE. BILLY JOE STATED THAT CLAUDE AND CECIL EXITED THE VEHICLE AND WENT AROUND THE BUILDING. HE THEN SAW CLAUDE HOLDING HIS ARM SAYING "HE CUT ME".

AFTER SPEAKING WITH BOTH WITNESSES I MET WITH THE VICTIM CLAUDE TIMOGENE AT FLORIDA HOSPITAL ALTAMONTE. CLAUDE STATED THAT HE WAS ARGUING WITH CECIL "ASTOR" OVER PERSONAL CONFLICTS. HE SAID THE ARGUMENT BECAME HEATED AND THEY BEGAN TO PUSH ONE ANOTHER. CLAUDE THEN STATED THAT CECIL BROKE A BOTTLE RAN TOWARDS HIM AND CUT INTO HIS LEFT BICEP. AT THIS POINT THE ALTERCATION STOPPED AND CLAUDE GRABBED HIS ARM TO STOP THE BLEEDING. CLAUDE'S INJURY WAS A DEEP LACERATION ON HIS LEFT BICEP THAT REQUIRED EXTENSIVE STITCHES ON THE INSIDE MUSCLE AND ON THE OUTSIDE SKIN. PHOTOS WERE TAKEN OF THE INJURY AND OF THE SCENE WERE THE INCIDENT OCCURRED. CLAUDE WAS UNABLE TO WRITE ME A STATEMENT AS TO WHAT OCCURRED DUE TO THE PAIN OF HIS INJURY.

THERE WAS ALSO A SMALL AMOUNT OF MARIJUANA FOUND AT THE SCENE OF THE STABBING THAT NOBODY CLAIMED. THE MARIJUANA WAS SUBMITTED INTO EVIDENCE. THE SUSPECTS WRIST WATCH WAS ALSO RECOVERED AT THE SCENE AND WAS RETURNED TO HIM.

ON 01-25-98 I RECEIVED A MESSAGE FROM THE COMMUNICATIONS CENTER TO CALL THE VICTIM CLAUDE TIMOGENE. I SPOKE WITH CLAUDE ON THE PHONE AND HE STATED THAT THE SUSPECT CECIL WAS HARASSING HIM AT HIS ADDRESS AND LEFT ABOUT TEN MINUTES AGO IN A WHITE FORD EXPLORER WITH TWO HISPANIC MALES. HE STATED THAT THE VEHICLE WILL BE GOING WESTBOUND ON INTERSTATE FOUR HEADING TOWARDS KISSIMMEE. MYSELF AND DEPUTY MIKE SPRIGG SET UP ON INTERSTATE FOUR TO MONITOR TRAFFIC. I THEN OBSERVED A WHITE FORD EXPLORER DRIVING EASTBOUND ON INTERSTATE FOUR THAT WAS OCCUPIED WITH TWO HISPANIC MALES AND THE SUSPECT CECIL ASTOR HARPER. CECIL EXITED THE VEHICLE AND WAS PLACED UNDER ARREST WITHOUT INCIDENT. CECIL WAS THEN TRANSPORTED TO THE DISTRICT SEVEN SERVICE CENTER FOR ARREST PROCESSING.

WHILE AT THE SERVICE CENTER CECIL WAS READ HIS MIRANDA WARNING AND AGREED TO ANSWER QUESTIONS AND WRITE A STATEMENT WITHOUT AN ATTORNEY PRESENT. ASTOR STATED HOW HE CUT CLAUDE ACCIDENTALLY AND WROTE A DETAILED SWORN STATEMENT AS TO WHAT OCCURRED (SEE STATEMENT FOR FURTHER DETAILS). CECIL ALSO HAD A LACERATION ON HIS RIGHT THUMB THAT WAS CAUSED BY THE ALTERCATION.

| Comments: | Signature of person making statement D/S | Sworn to and subscribed before me this 25 day of JAN 19 98 X D/S   T. STRICKLER Law Enforcement Officer or Notary |

| Report Contains | | Related Incident Number(s) |

| Officer(s) Reporting **DEPUTY EDWARD M LACEY** | Employee Number(s) **195044** | Unit **7314** | Date **01/25/98** |

| Officer Reviewing (If Applicable) | Employee Number | Routed To | Assigned To | | Date |

| Case Status | Date Cleared | A - Adult J - Juvenile **A** | OBTS Number | Arrest Number: | Number Arrested |
| | | | | Page   Page |

**ARRATIVE CONTINUATION**

| | | | | |
|---|---|---|---|---|
| 1. Offense 2. Arrest | **2** | Juvenile | **A** | 1. Original 2. Supplement **1** |

| Agency ORI Number **FL0590000** | **Seminole County Sheriff's Office** | Agency Report Number: **9800001783** |
|---|---|---|

| Original Date Reported **01/25/98** | Case Reference : | **HARPER; AGGRAVATED BATTERY** |
|---|---|---|

CECIL WAS THEN TRANSPORTED TO J.E.P CORRECTIONAL FACILITY AND HELD ON A 2000.00 DOLLAR BOND.

FILED IN OFFICE
MARYANNE MORSE
CLERK CIRCUIT COURT
98 JAN 25 AM 6: 52
BY
SEMINOLE CO. FLA.
D.C.

| Comments: | Signature of person making statement | Sworn to and subscribed before me this 25 day of JAN 19 98 |
|---|---|---|
| | | X _____ STRECKLER Law Enforcement Officer or Notary |

Report Contains | Related Incident Number(s)

| Officer(s) Reporting **DEPUTY EDWARD M LACEY** | | Employee Number(s) **195044** | Unit **7314** | Date **01/25/98** |
|---|---|---|---|---|
| Officer Reviewing (If Applicable) | Employee Number  Routed To | Assigned To | | Date |

| Case Status | Date Cleared | A - Adult J - Juvenile **A** | OBTS Number | Arrest Number | Number Arrested |
|---|---|---|---|---|---|
| | | | | | Page Page |of| |

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

STATE OF FLORIDA

vs. Cecil Astor Harper,

Defendant.

CASE NO. 98 - 366 CFA

### PLEA AGREEMENT
(Rule 3.171)

The undersigned defendant withdraws the previously entered plea(s) of not guilty and tenders a plea of ( ) guilty, (✓) no contest as follows:

| Case Number | Offense | Maximum Sentence | Mandatory Sentence | Probable Guideline Range |
|---|---|---|---|---|
| 98-366 CFA | AGG. BATTERY | 30 yrs. | n/a | 52-74 /ts |
| | | | | 45-78 mos. ptc |

If my plea is guilty, I hereby acknowledge that I am in fact guilty of the foregoing offenses. When asked by the Judge, I will provide a factual basis to support my plea. If my plea is no contest, I believe such plea is in my best interest and recognize that the Judge will find me guilty after being provided a factual basis.

The State of Florida and I have agreed upon the following sentence to be imposed as a condition of this plea.

| Case Number | Offense | Sentence |
|---|---|---|
| | No Agreement. | Pleading straight up. |

I understand that if probation is a part of my sentence that the court may impose conditions of probation authorized by law, including restitution and public service and, unless conditions are specifically attached hereto, those conditions are by this agreement left to the discretion of the court. I further understand that statutory costs may be imposed as a part of my sentence unless those costs are waived by the Court.

If I am required to serve one or more weekends in jail as a condition of my probation or community control, I agree to report to the jail as ordered, on time and not under the influence of alcohol or nonprescription drugs. I waive my right to an evidentiary hearing if I miss a weekend and agree to accept an additional weekend in jail as an administrative penalty if my probation or community control officer determines that my absence was unauthorized. I further understand that if I have three unauthorized absences I will be in violation of my probation or community control order.

I have the right to plead not guilty and to be tried by a jury with the assistance of a lawyer, the right to compel attendance of witnesses on my behalf, the right to confront and cross examine witnesses against me, the right to present defenses to the jury, and the right to take the witness stand and testify on my own behalf. I also have the right not to take the witness stand and cannot be compelled to incriminate myself. I give up these rights by entering this plea.

I understand that if I enter a plea without reserving the right to appeal, I will give up my right to appeal all matters relating to the judgment, including the issue of guilt or innocence except for the limited review available by collateral attack. I also give up my right to appellate review on any pretrial rulings made by the court unless such right is specifically reserved in this agreement.

I understand that I may be asked questions by the Judge under oath about this plea and that my answers, if untruthful, may be used against me later in a prosecution for perjury.

I enter this plea freely and voluntarily. No person has forced, threatened or coerced

me into entering this plea.

I am satisfied with the representation my lawyer has given me and I have fully discussed my case and this plea agreement with my lawyer.  I fully understand the nature of the charges against me and the contents of this agreement.

I understand that if I am not a United States Citizen, entry of this plea may subject me to deportation by the United States Immigration Service.

I do not suffer from any physical or mental disabilities to the degree that I am incapable of understanding this agreement, the nature of the proceeding against me, or assisting my lawyer in my behalf.  I am not under the influence of alcohol or any drug at this time.

I hereby give up my right to a speedy trial.

If I am not in custody, I acknowledge that part of the plea agreement in this case includes my continued release pending sentencing on bond, pretrial release or release on recognizance.  I understand that this portion of the plea agreement is conditioned upon the following requirements:

(1) I must appear at the probation office at First Union Building, 101 East First Street, Suite 300, Sanford, Florida, and schedule a presentence investigation not later than the first business day following the entry of my plea.

(2) I must obey the order of the court requiring me to undergo drug or alcohol screening or for other evaluation if such an order has been made in my case.

(3) I must appear on time for all appointments with the assigned probation officer and not be under the influence of any illegal drugs or alcohol.

(4) I must appear in court on time for sentencing and not be under the influence of any illegal drugs or alcohol.

I realize that this agreement is subject to being accepted or rejected by the Judge at sentencing and if it is rejected for any reason other than for a breach of this agreement, I may withdraw my plea and go to trial.

I acknowledge receipt of a copy of the notice for my sentencing date.  I understand and agree that if I fail to comply with any of the conditions set forth above I will have breached my plea agreement.  In that event, I will not be allowed to withdraw my plea and the Judge may sentence me to any sentence authorized by law for the offense(s) to which I have pled.

_____
Defendant
Date of birth: 2-29-76  Age 22

SWORN TO, SIGNED AND FILED IN OPEN COURT, IN MY PRESENCE AND ACCEPTED BY ME THIS 2nd DAY OF July , 19 98 .

_____
CIRCUIT JUDGE

## CERTIFICATE OF DEFENSE ATTORNEY

I certify that I have fully discussed this case and this plea agreement with the defendant including the nature of the charges, their elements, the evidence of which I am aware, any possible defenses, the maximum and minimum penalties which may be imposed, the probable guideline range and the defendant's right to appeal.

_____
Counsel for Defendant
Bar Number 010125

## CERTIFICATE OF PROSECUTION

I accept and recommend to the court the terms of this agreement.

_____
Assistant State Attorney

Sentencing Date_____

Rev. 7/96

ST

IN THE CIRCUIT COU ) OF THE EIGHTEENTH JUDICI' )CIRCUIT,
IN AND JR SEMINOLE COUNTY, FLORID. /

_United Bail_

_____ RETRIAL                         CASE NO. M98-000366CFA    BD#788883
_____ RESENTENCING
_____ PROBATION VIOLATOR               OBTS# 5901001810
_____ COMMUNITY CONTROL VIOLATOR
_____ DRUG OFFENDER VIOLATOR           COURT REPORTER _Harrison_____

STATE OF FLORIDA                        **MINUTES, JUDGMENT AND SENTENCE**
VS.

CECIL ASTOR HARPER_____
DEFENDANT

COURT WAS OPENED WITH THE HONORABLE JUDGE KENNETH R LESTER JR

PRESIDING, AND IN ATTENDANCE: ASSISTANT STATE ATTORNEY _Horan_____;

COURT CLERK D. GUESS.

THE DEFENDANT, CECIL ASTOR HARPER, BEING PERSONALLY BEFORE

THIS COURT REPRESENTED BY _Lammers_____, ATTORNEY OF RECORD

AND HAVING:   ENTERED A PLEA OF NOLO CONTENDERE   7/02/98

| COUNT | CRIME/STATUTE NUMBER(S) | DEGREE OF CRIME |
|---|---|---|
| ● | AGGRAVATED BATTERY   784.045(1)(A) 775.087(1) | F-1 |

98 AUG 11 PM 12: 11
SEMINOLE CO. FLA. D.C.
BY

( ) **REVOKED PROBATION/COMMUNITY CONTROL**
( ) **CONFIRMED** PRIOR ADJUDICATION OF GUILT
( ) **ADJUDICATED GUILTY:**   AND NO CAUSE HAVING BEEN SHOWN WHY DEFENDANT SHOULD
    NOT BE ADJUDICATED GUILTY, IT IS ORDERED THAT THE DEFENDANT IS HEREBY
    ADJUDICATED GUILTY OF THE ABOVE CRIME(S).
(✓) **ADJUDICATION WITHHELD:** IT IS ORDERED THAT ADJUDICATION OF GUILT BE
    WITHHELD OF THE ABOVE CRIME(S)
( ) AND PURSUANT TO SEC. 943.325, F.S. HAVING BEEN CONVICTED OF ATTEMPTS OR
    OFFENSES RELATING TO **SEXUAL BATTERY** (CH. 794) OR **LEWD OR LASCIVIOUS
    CONDUCT** (CH. 800) THE DEFENDANT SHALL BE REQUIRED TO SUBMIT TO BLOOD
    SPECIMENS.

DISTRIBUTION: WHITE-COURT FILE; GREEN-SHERIFF; YELLOW-STATE ATTORNEY;
             PINK-PROBATION & PAROLE; GOLDENROD-DEFENSE ATTORNEY
             ___ DEPT OF CORRECTIONS(2) ___ SENTENCING GUIDELINES COMMISSION

PAGE 1 OF

State of Florida       )
vs.
DEFENDANT *Cecil A. Harper*  CASE NO. *98-366-CfA*  OBTS#_____

## SENTENCE
### (As to Count _____)

**IT IS THE SENTENCE OF THE LAW:**

( )  The Defendant shall pay a fine of $_____, pursuant to F.S. 775.083, plus $_____ as the 5% surcharge required by F.S. 960.25.

(✓)  The Defendant is hereby committed to the custody of the Department of Corrections.

( )  The Defendant is hereby committed to the custody of the Sheriff of Seminole County, Florida.

( )  The Defendant is sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED** (check one; unmarked sections are inapplicable)

( )  For a term of Natural Life.

(✓)  For a term of *48 months* .

(✓)  The SENTENCE IS SUSPENDED for a period of *7 years probation* subject to conditions set forth in this Order.

( )  Followed by a period of _____ on PROBATION/COMMUNITY CONTROL under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

( )  However, after serving a period of _____ imprisonment in Department of Corrections, the balance of such sentence shall be suspended and the Defendant shall be placed on PROBATION/COMMUNITY CONTROL for a period of _____ under the supervision of the Department of Corrections according to the terms and conditions of Probation/Community Control set forth in this Order.

In the event the defendant is ordered to serve additional split sentences, all incarceration portions shall be satisfied before the defendant begins service of the supervision terms.

### SPECIAL PROVISIONS

By appropriate notation, the following provisions apply to the sentence imposed in this section:

**JAIL CREDIT**  ( )  It is further ordered that the Defendant shall be allowed a total of _____ days credit for time incarcerated before imposition of this sentence.

**PRISON CREDIT**  ( )  It is further ordered that the Defendant be allowed credit for all time previously served on this count in the Department of Corrections prior to resentencing.

**CONSECUTIVE/ CONCURRENT AS TO OTHER COUNTS**  ( )  It is further ordered that the sentence imposed for this count shall run [ ] consecutive to [ ] concurrent with the sentence set forth in Count _____.

**PREVIOUS CREDIT**  ( )  Defendant is allowed credit for ____days county jail credit served between date of arrest as a violator and date of resentencing. The Department of Corrections shall apply original jail credit awarded and shall compute and apply credit for time served and unforfeited gain-time awarded during prior service of case number/count number_____.

Page _____ of _____

CRj0793.021

IN THE ____ COURT OF THE EIGHTEENTH OF ____ COURTS
AND FOR SEMINOLE COUNTY, ____ RIDA.

STATE OF FLORIDA

      VS

HARPER       CECIL ASTOR

157 IVY LANE APT A
KISSIMMEE  , FL 34742-0000

CASE NO.: M98000366CF.

SSN # _

## ORDER OF JUDGMENT/FINE/COSTS/RESTITUTION

THE DEFENDANT IS ORDERED TO PAY THE FOLLOWING SUMS IF CHECKED :

( ) $200.00/$_____ PURSUANT TO F.S. 27.3455, $50.00 TO F.S. 960.20, $3.00 AND $2.00 PURSUANT TO F.S. 943.25.

( ) A FINE OF $_____, PLUS $_____ AS THE 5% SURCHARGE REQUIRED BY F.S. 960.25

( ) COURT COSTS OF $25.00/$5.00/$_____.

( ) $_____ PURSUANT TO F.S. 939.01 (PROSECUTION/INVESTIGATIVE COSTS).

(✓) OTHER: $40 public defender application fee _____

(✓) THE COURT FURTHER ORDERS THAT THE BOARD OF COUNTY COMMISSIONERS, 1101 FIRST STREET, SANFORD, FLORIDA 32771, PAYABLE THROUGH THE CLERK OF THE COURT, RECOVER FROM THE DEFENDANT THE ABOVE COSTS OF $ 40.00 FOR WHICH LET EXECUTION ISSUE. THIS JUDGMENT SHALL BEAR INTEREST AT THE RA__ OF 10% PER ANNUM PURSUANT TO CHAPTER 55.03, FLORIDA STATUES.

( ) COURT FURTHER ORDERS THAT THE ABOVE COST BE PAYABLE TO THE CLERK OF THE COURT WITHIN _____.

( ) THE COURT WAIVED STATUTORY COSTS.

( ) $_____ FOR THE SERVICES OF THE _____ PUBLIC DEFENDER.

( ) THE DEFENDANT WAS ADVISED OF HIS RIGHT TO APPEAL FROM THIS JUDGMENT BY FILING NOTICE OF APPEAL WITH THE CLERK OF THE COURT WITHIN 30 DAYS FOLLOWING THE DAT SENTENCE IS IMPOSED OR PROBATION IS ORDERED PURSUANT TO THIS ADJUDICATION, TH DEFENDANT WAS ALSO ADVISED OF HIS RIGHT TO THE ASSISTANCE OF COUNSEL IN TAKIN SAID APPEAL AT THE EXPENSE OF THE STATE UPON SHOWING OF INDIGENCY.
( ) THE COURT APPOINTED THE PUBLIC DEFENDER FOR APPEAL PURPOSES.

DONE AND ORDERED IN OPEN COURT AT SANFORD, SEMINOLE COUNTY FLORIDA,

THIS 11TH DAY OF ___August___, 198.

                                     CIRCUIT JUDGE

PAGE ____ OF ____

BOOK 3485  PAGE 0727  SEMINOLE CO. FL.

250873

98 AUG 21 PM 4: 36

CRD0295.021

State of Florida
vs.
DEFENDANT Cecil A. Harper   CASE NO. 98·366 CFA   OBTS#_____

**It is further ordered that the Defendant shall comply with the following STANDARD CONDITIONS AND SANCTIONS OF PROBATION/COMMUNITY CONTROL.**

(1)   Not later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose.

(2)   You will pay the State of Florida $50.00/$ _WAiVEd_ dollars per month plus any other statutory surcharge toward the cost of your supervision, unless otherwise waived in compliance with Florida Statutes.

(3)   You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer or Community Control Officer.

(4)   You will not possess, carry or own any firearms. You will not possess, carry or own any weapons without first procuring the consent of your community control or probation officer.

(5)   You will live without violating the law. A conviction in a court of law shall not be necessary for such a violation to constitute a violation of your Probation.

(6)   You will not associate with any person engaged in any criminal activity.

(7)   You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs, or other dangerous substances are unlawfully sold, dispensed, or used.

(8)   You will work diligently at a lawful occupation, advise your employer of your Probation or Community Control status, and support any other dependents to the best of your ability, as directed by your Probation or Community Control Officer.

(9)   You will promptly and truthfully answer all inquiries directed to you by the Court or any Probation or Community Control Officer, and allow your Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.

(10)  You will report in person within 72 hours of/_____ your release from confinement to the Probation and Parole Office in Seminole County, Florida, unless otherwise instructed by your Probation or Community Control Officer.

(11)  You will submit to urinalysis, breathalyzer, or blood test at any time requested by your Probation or Community Control Officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances. You shall be required to pay for such tests unless payment is waived by your officer.

(12)  You will attend an HIV/AIDS awareness program consisting of a class of not less than 2 hours or more than 4 hours in length, the cost for which shall be paid by the offender.

**If the Defendant is placed on DRUG OFFENDER PROBATION, it is further ordered the following conditions of DRUG OFFENDER PROBATION apply:**

(13)  You will remain confined to your approved place of residence for one half hour before and after your approved employment, public service, or other special activities approved by your Probation Officer.

(14)  You will submit to any of the tests set forth in Condition (11) at least monthly.

Page _____ of _____

CRe0298.021

State of Florida

vs.

DEFENDANT Cecil A. Halpee   CASE NO. 98-366-CFA   OBTS#_____

It is further ordered that the Defendant comply with the following SPECIAL CONDITIONS OF COMMUNITY CONTROL/PROBATION that have been checked below:

a.   You will pay the following sums to the Clerk of the Court, P.O. Box 850, Sanford, Florida 32772:
   (✓)   (1)   Pursuant to Sec. 960.20, F.S., the sum of $50.00 for the Crimes Compensation Trust Fund.
   (✓)   (2)   Pursuant to Sec. 943.25, F.S., the sum of $3.00 for the Criminal Justice Training Trust Fund.
   (✓)   (3)   Pursuant to Sec. 943.25, F.S., the sum of $2.00 for Criminal Justice Education by Municipalities & Counties.
   (✓)   (4)   Additional court costs of $200.00/$50.00, Sec. 27.3455, F.S., to be paid as directed by your Probation or Community Control Officer. At the rate of $_____ per month, beg_____.
   ( )   (5)   Fine/Court Costs: $_____ plus $_____ as the 5% surcharge required by F.S. 960.25.
   ( )   (6)   Investigative Costs in the amount of $_____ payable through the Clerk of the Court for payment to_____.
   _____.

b.   ( )   You will pay the following sum to the Board of County Commissioners, Seminole County, Attn: County Finance, P.O. Drawer Q, 1101 E. 1st Street, Sanford, Florida 32772-0869:
   $_____ for the services of the Public Defender in this case, F.S. 27.56, to be paid as directed by your Community Control or Probation Officer.

c.   (✓)   You will pay restitution:
   (✓) per attached schedule.
   ( ) According to a schedule to be established at a subsequent hearing.
   ( ) According to a schedule to be agreed upon with your Probation Supervisor. (The Court will hold a hearing to determine the amount if agreement cannot be reached.)
   ( ) (Other): _____
   _____
   _____
   _____

   ( ) Due to the financial resources of the defendant, restitution of a portion of the damages is ordered.

   ( )   Restitution is not ordered
   ( ) as it is not applicable.
   ( ) due to the financial resources of the defendant.
   ( ) due to _____.

d.   ( )   You will obtain a General Equivalency Diploma (G.E.D.) or regular high school diploma as directed by your Probation or Community Control Officer.

e.   ( )   You will complete vocational aptitude and interest testing and training classes at an area vocational program as directed by your Probation or Community Control Officer.

f.   ( )   You will undergo mental health screening. If deemed necessary, undergo mental health counseling as directed by your Probation or Community Control Officer, and you must successfully complete the treatment.

g.   ( )   You will undergo psychiatric treatment or mental health counseling at or with _____
   _____, or other mental health professional approved by your Probation or Community Control Officer, keeping all scheduled appointments, until such time as the person in charge of the treatment and your Probation or Community Control Officer determine that treatment is no longer necessary.

h.   ( )   You will undergo drug or alcohol screening as directed by your Probation or Community Control Officer to determine if you need treatment for drug or alcohol abuse. If treatment is deemed necessary, you must successfully complete the treatment.

i.   ( )   You will pay $_____ to TASC, The Grove Counseling Center, Inc., P.O. Box 4035, Winter Springs, FL 32708.
   ( ) within _____ days.
   ( ) as directed by your Community Control or Probation Officer.

j.   ( )   You will immediately enroll or continue to attend and successfully complete the following drug or alcohol rehabilitation program, including any after care: _____
   _____, the rules and regulations of which are hereby made conditions of your Probation or Community Control.
   ( )   To remain in custody pending placement at facility.

k.   ( )   As directed by your Probation or Community Control Officer, you will enroll in, regularly attend, and successfully complete such programs as are reasonably related to your past and future criminality, or to the rehabilitative purposes of probation; including, but not limited to, alcohol and drug treatment and counseling, mental health counseling, vocational and educational courses and rehabilitation programs, and evaluation and therapy.

l.   ( )   Enroll and successfully complete the Life Skills Program sponsored by the Department of Corrections.

Page _____ of _____

CRg0497.021

State of Florida
vs.
DEFENDANT  Cecil A. Harper          CASE NO. 98-366-CFA          OBTS#_____

m.   ( )   You will enroll and successfully complete a counseling program for persons who have been abusive to their parents or partners.

n.   ( )   You will not possess any stolen property.

o.   ( )   You will not use nor possess marijuana, cocaine, or controlled substances of any kind (except upon prescription of a duly licensed medical doctor), nor associate with persons illegally possessing controlled substances, nor be in areas where controlled substances are illegally sold or used.  You will possess no controlled substance paraphernalia; that is, cigarette papers, bong pipes, roach clips, hypodermics, etc.

p.   ( )   You shall not enter any bar or liquor lounge without the permission of your Probation or Community Control Officer.

q.   (✓)  You will not consume nor possess any alcohol, *complete any counselling probation deems necessary.*

r.   ( )   The Court retains custody over your person and authorizes any Probation or Community Control Officer to search you at any time and search all vehicles and premises concerning which you have legal standing to give consent to search.

s.   (✓)  You will have no contact with the following person(s): *Victim* _____
_____ either personally, by telephone, in writing, or by messages delivered by others or otherwise.

t.   ( )   You will not enter or go upon the premises of _____
_____ nor come within a _____ radius thereof.

u.   ( )   As directed by your Probation or Community Control Officer, you will perform _____ hours public service for a tax supported or tax exempt entity, with the consent and under the supervision of such entity, at the rate of _____ hours per month.

v.   ( )   You will serve _____ days in the Seminole County Jail with credit for _____ days;
( ) And shall be released upon successful completion of TASC Cell Drug Rehabilitation Program.

w.   ( )   In addition to time previously served, you will serve _____ weekends in the Seminole County Jail as attached.

x.   ( )   Defendant is not authorized to participate in the Alternative Community Service Program.

y.   ( )   If you are permitted to leave the jurisdiction of the Court for any reason, you must voluntarily return for any scheduled court proceedings.

z.   ( )   If you are a student you will obtain or diligently seek part-time employment.

aa.  ( )   Your driving privileges are _____

bb.  ( )   You will not operate a motor vehicle while your driving privileges are suspended or revoked.

cc.  ( )   You will not maintain a checking account or have check writing authority on any other account.

dd.  ( )   You will enroll and successfully complete the worthless check diversion/victim awareness program sponsored by the State Attorney's Office.

ee.  (✓)  Letter of Apology to: *Victim* _____
_____
to be written within *30* days to be sent through the Department of Corrections.
( )   Your Probation or Community Control Officer will send a copy to the judge.

ff.  ( )   Probation may be terminated early, if all conditions met, upon request of probation officer.

gg.  (✓)  You will enroll and successfully complete an anger management class.

hh.  (✓)  *No objection to transfer of probation to Osceola Co.*

CRh0497.021

State of Florida
vs.
DEFENDANT _Cecil Ashe Harper_                    CASE NO. _98-366-CFA_

Consecutive/Concurrent          It is further ordered that the composite term of all sentences imposed for the counts specified
(As to other convictions)       in this order shall run  [ ] consecutive to [ ] concurrent   [ ] conterminous
                                [ ] non-conterminous with the following:

          ( )     Any active sentence being served.

          ( )     Specific sentences: _____

                  _____
                  _____
                  _____

          In the event the above sentence is to the Department of Corrections, the Sheriff of Seminole County, Florida, is hereby
ordered and directed to deliver the Defendant to the Department of Corrections at the facility designated by the Department
together with a copy of this Judgment and Sentence and any other documents specified by Florida Statute..

          (✓)     The Defendant in Open Court was advised of his right to appeal from this Sentence by filing notice of appeal
                  within thirty days from this date with the Clerk of this Court, and the Defendant's right to the assistance
                  of counsel in taking said appeal at the expense of the State upon showing of indigency.

          ( )     Court appointed the Public Defender for appeal purposes.

          In imposing the above sentence, the Court further recommends _____

_____
_____
_____
_____

          ( ) Restitution not ordered.

          DONE AND ORDERED in Open Court at Sanford, Seminole County, Florida, this _17TH_ day of _August_, 19_98_.

                                                          _____
                                                          JUDGE

I acknowledge receipt of a certified copy of this Order, and that the conditions have been explained to me.  I will, within 72
hours, report to the Department of Corrections, Probation & Parole Office, for further instructions.

DATE:_____          _____
                                              PROBATIONER/COMMUNITY CONTROLEE


INSTRUCTED BY:_____


Page _____ of _____

CRk0793.021

State of Florida
vs..
DEFENDANT _Cecil Harper_   CASE NO. _M98 - 366 CFA_ OBTS#_____

## RESTITUTION SCHEDULE

The Defendant is ordered to pay the following restitution amount(s).  The payment schedule shall be agreed upon by the Defendant and the Probation Officer.  The Court will set the restitution schedule if there is no agreement.

Payments shall be made payable to the victim(s) as listed below in the priority as listed, but shall be mailed to the Probation and Parole Services Office,  101 E. 1st Street, Suite 300, Sanford, Florida, 32771.

Payments shall be in the form of a cashier's check, certified check, or money order.  No personal checks shall be permitted.

1. _12587.99_ TO: _Claude Timogene_
   ADDRESS: _2933 Cottageville St._
   _Deltona, Fl. 32738_

2. _____   TO:_____
   ADDRESS:_____

3. _____   TO:_____
   ADDRESS:_____

4. _____   TO:_____
   ADDRESS:_____

5. _____   TO:_____
   ADDRESS:_____

6. _____   TO:_____
   ADDRESS:_____

7. _____   TO:_____
   ADDRESS:_____

Page _____ of _____

CRm0793.021