## OSCEOLA COUNTY SHERIFF'S OFFICE

07029SSB

Page 1 of ____   149029

**Charging Affidavit**

☒ Arrest   ☐ FSAO

| | |
|---|---|
| Location of Defendant's Vehicle: FIELDS | Date/Time Booked: 6-5-07   Case Number: 07I054866 |
| Arrested. Yes ☒ No ☐   FCIC/NCIC Check? Yes ☒ No ☐ | Date Arrested (MM/DD/YY): 06-05-07   Time of Arrest: 2135 |
| Address of Arrest: 2626 N. BEAUMONT AVE KISSIMMEE, FL 34744   Zone: 6 | Total Bond Set At $ 7,500.00 |

### DEFENDANT

Adult - ☒  Juvenile - ☐   Name #

Language Spoken: ENGLISH

| | |
|---|---|
| NAME (L,F,M): HARPER, CECIL A. | Race: B   Sex: M   D: |
| Address: 12131 MEDAN CT | |
| City: ORLANDO | State: FL   Zip: 32837   Home Phone: 407 859-0196 |
| Height: 5-11   Weight: 245   Hair: BLK   Eyes: BRO   Scars/Marks/Tattoos: LT ARM "DAWN" | POB (City, State, Country): |
| Business & Occupation: | AKA: NONE |
| Bus / Address School: | |
| City: | State:   Zip:   Bus. Phone: |
| Driver's Lic / State ID No: | State: FL   Year Expires: 2008 |

### CHARGES

FELONY ☒   MISD ☐   ORD ☐   TRAFFIC ☐   Court Location: OSCEOLA   DOMESTIC VIOLENCE? Yes ☐ No ☒

| | Charge | FSS/ORD | Citation No |
|---|---|---|---|
| #1 | Charge: POSS OF COCAINE W/ INTENT TO SELL | FSS/ORD 893.13 (1A1) | Citation No |
| #2 | Charge | FSS/ORD | Citation No |
| #3 | Charge | FSS/ORD | Citation No |

### CO-DEFENDANT

Co-Def#1 Arrested? Y☐ N☐ Fel☐ Misd☐ Traf☐ Ord☐ NTA☐   Co-Def#2 Arrested? Y☐ N☐ Fel☐ Misd☐ Traf☐ Ord☐ NTA☐

| | NAME | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| #1 | NAME (L,F,M) | Race | Sex | DOB | Age |
| #2 | NAME (L,F,M) | Race | Sex | DOB | Age |

### NARRATIVE

The undersigned has probable cause to believe the above-named defendant, on the __5th__ day of __JUNE__, __2007__, at approximately __8:55__ ☐a.m. ☒p.m. at __2626 N. BEAUMONT AVE__ (Zone: __6__) in Osceola County did

COMMIT THE ABOVE OFFENSE

SEE PAGE 2

*[Seal: ARMANDO RAMIREZ — STATE OF FLORIDA COUNTY OF... that the above and foregoing is a true copy of the original filed in this... Armando Ramirez, Clerk of the Circuit Court]*

Dated:

| | |
|---|---|
| Next of Kin Name: | Address:   Phone: |
| DCF Notified? Yes ☐ No ☒   Miranda Warning? Yes ☐ No ☒ By Whom? | Invoked? Yes ☐ No ☐ |

Sworn to and subscribed before me, this __05__ day of __JUNE__, __2007__

I swear/affirm the above statements are correct and true

Notary Public ☐   Law Enforcement or Corrections Officer ☒

Personally Known ☐   Produced Identification ☐

Type of Identification: ____

OFFICER'S SIGNATURE: _R__ 1538_

Officer's Name Key: 1538

OFFICER'S PRINTED NAME (L,F): RIVERA, B

Officer's Bus Phone No: 407.348.2022

### FOR CORRECTIONS USE ONLY

OBTS: 4 9 0 1 0 7 8 1 5 4

Rev 0402  SO - 03 - 07

ORIGINAL



**OSCEOLA COUNTY SHERIFF'S OFFICE**

Continuation of: ☒ Charging Affidavit
☐ FSAO

| Defendant Name: | HARPER, CECIL | Case Number | 07I054866 | Page | 2 | of | 2 |

ON 06-05-07, I RESPONDED AS ROUTINE BACK-UP TO SERGEANT SETVIN, WHO CONDUCTED A TRAFFIC STOP ON A BLACK FORD MUSTANG, H03-PRD.

I MADE CONTACT WITH THE DRIVER, IDENTIFIED BY HIS FLORIDA DRIVERS LICENSE AS CECIL A. HARPER, 02-29-76. WHILE SPEAKING TO CECIL, I ASKED IF HE WOULD CONSENT TO A SEARCH OF HIS PERSON, TO WHICH HE AGREED. WHILE SEARCHING CECIL, I DISCOVERED A CLEAR PLASTIC BAG IN HIS LOWER LEFT POCKET, WHICH CONTAINED FOUR INDIVIDUAL BAGS CONTAINING APPROXIMATELY THE SAME AMOUNT OF WHITE POWDER. BASED ON MY TRAINING AND EXPERIENCE, I IMMEDIATELY RECOGNIZED THE WHITE POWDER TO BE COCAINE. A REAGENT FIELD TEST CONFIRMED THE PRESENCE OF COCAINE.

AT THAT TIME, CECIL WAS PLACED UNDER ARREST. A SEARCH OF CECIL'S VEHICLE, INCIDENT TO ARREST REVEALED A FIFTH BAG, WHICH ALSO CONTAINED COCAINE. I ALSO LOCATED A DIGITAL SCALE, WHICH IS COMMON FOR STREET LEVEL DRUG DEALERS TO WEIGH NARCOTICS. ALL FIVE BAGS CONTAINED APPROXIMATELY THE SAME AMOUNT OF COCAINE, AROUND 3.5 GRAMS. THE AVERAGE AMOUNT ASSOCIATED WITH PERSONAL CONSUMPTION OF COCAINE IS LESS THAN ONE GRAM. THE TOTAL WEIGHT POSSESSED BY CECIL WAS APPROXIMATELY 18 GRAMS. THE COCAINE WAS ENTERED INTO EVIDENCE AT THE OSCEOLA COUNTY SHERIFF'S OFFICE.

CECIL WAS INFORMED OF HIS MIRANDA RIGHTS WHICH HE STATED HE UNDERSTOOD AND WAIVED. CECIL STATED HE PURCHASED THE COCAINE FOR $240 AND INTENDED TO SELL THE COCAINE FOR PROFIT.

BASED ON THE AMOUNT OF COCAINE POSSESSED BY CECIL ALMONG WITH THE STYLE OF PACKAGING, DIGITAL SCALE AND POST MIRANDA STATEMENT OF ADMISSION TO PURCHASING AND INTENDING TO RESELL THE COCAINE, I FIND HE WAS IN VIOLATION OF F.S.S 893.13(1)A(1) – POSSESSION OF COCAINE WITH INTENT TO SELL AND/OR DELIVER.

CECIL WAS TRANSPORTED TO OSCEOLA COUNTY CORRECTIONS AND BOOKED ON THE ABOVE CHARGES.

| Sworn to and subscribed before me, this 05 day of JUNE, 2007 | I swear/affirm the above statements are correct and true. |
|---|---|
| S. Ellis S. Ellis ID#916 | |
| Notary Public ☐ Law Enforcement or Corrections Officer ☒ | OFFICER'S SIGNATURE — RADECKI, D — OFFICER'S PRINTED NAME (L,F) |
| Personally Known ☐ Produced Identification ☐ | |
| Type of Identification _____ | Officer's Name Key 1424 — Officer's Bus. Phone No. |

R- 0402 SO-03-08

ORIGINAL

IN THE CIRCUIT COURT FOR OSCEOLA COUNTY, STATE OF FLORIDA

STATE OF FLORIDA

vs.

CECIL A. HARPER

        Defendant.

_____/

CASE NUMBER:    49-2007-CR-001955

ARREST DATE:    06/05/07

OFFICER:    Brandon Rivera

AGENCY/NUMBER:    OSSO, 07I054866

DATE:    December 5, 2007

CHARGE(S):  1.  POSS. OF COCAINE W/INTENT TO SELL/DELIVER

## NO INFORMATION NOTICE

COMES NOW the State of Florida, by and through the undersigned Assistant State Attorney and states that:

1. From the investigation which has been made, it is the opinion of the writer that this case is not suitable for prosecution.

2. This action is taken to clear the records and to release subject's bond if any has been posted responsive to the above charge(s). If in custody, defendant should be released

PROVIDED THERE ARE NO OTHER CHARGES OR HOLDS AGAINST HIM.

Lawson Lamar, State Attorney
Ninth Judicial Circuit of Florida

By: _____
William Beemer, Jr.
Assistant State Attorney
Florida Bar No. # 459097
2 Courthouse Square
Suite 3500
Kissimmee, FL 34741
(407)742-5229

OC·0 CJ
·Bond clerk
atty Cranston

**Is the Defendant in Jail:  no**

