# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

EST _____
VAC _____

DATE 8/25/99   CASE NO. 99-4970 CF10   ARREST NO. BS99-5994   ROR/IC/SURETY SUMMONS/CASH BOND _____ AGENCY _____

DEFENDANT Robert R Ries   AKA _____

## COURT STATUS

☐ MAGISTRATE  ☐ TRIAL  ☐ CHANGE OF PLEA
☐ ARRAIGNMENT  ☐ JURY  ☐ PLED GUILTY
☐ SENTENCING  ☐ COURT  ☐ PLED NOLO
☐ PSI  ☐ 1ST.V.O. _____
☐ PDR  ☐ FINAL V.O. _____

☐ _____ TRUST FUND / HOURS COMM. SERVICE
☐ ADJ. GUILTY _____ VC _____ ASSESSMENT EACH COUNT
☐ WITHHELD _____ VC EACH COUNT
☐ NOLLE PROSEQUI  ☐ DISMISSED  ☐ ACQUITTED
☐ PUBLIC DEFENDER FEE  ☐ PUBLIC DEFENDER ASSESSMENT

CHARGE(S) I. Poss of Cocaine

| COUNT | | DUI USE ONLY | |
|---|---|---|---|
| | | PROBATION WITH SPECIAL CONDITIONS | |
| FINE | CC | 5% | VC |
| CJC | EMTF | CDC | SN1 |
| DUI SCHOOL | | EVALUATION | |
| LICENSE SUSP. | | DAYS IMMOBILIZATION | WORK PERMIT |
| COMMUNITY SERVICE HOURS | | | |

SENTENCE: Defense Motion to Modify Probation Granted

c/o/s reduced to $50 - Month

| COUNT(S) | | TIME SERVED | | | DAYS | |
|---|---|---|---|---|---|---|
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | COURT COST | 5% | V.C. | CJC | SN1 |
| PLUS $ | | DEFERRAL FEE TO: | | | | |

/S/ Rothschild

DISP 4  5/97   JUDGE

BY _____ (DEPUTY CLERK)

FILE COPY

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

EST _____

**FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST
AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.**

VAC _____

DATE 6/21/99  CASE NO. 99004970CF10A  ARREST NO. BS99005994  ROR/C/SURETY SUMMONS/CASH BOND *Kevin S.*  AGENCY BCB

DEFENDANT ROBERT R RIES                            AKA _____

## COURT STATUS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ MAGISTRATE | ☐ TRIAL | ☑ CHANGE OF PLEA | ☐ | | 200 | | TRUST FUND / HOURS COMM. SERVIC |
| ☐ ARRAIGNMENT | ☐ JURY | ☐ PLED GUILTY | ☑ ADJ. GUILTY I, II  50 | VC 5 | | | ASSESSMENT EACH COUN |
| ☐ SENTENCING | ☐ COURT | ☑ PLED NOLO | ☐ WITHHELD | | VC EACH COUNT 50 SN1 | | I on |
| ☐ PSI | ☐ 1ST.V.O. _____ | | ☐ NOLLE PROSEQUI | | ☐ DISMISSED | | ☐ ACQUITTE |
| ☐ PDR | ☐ FINAL V.O. _____ | | ☐ PUBLIC DEFENDER FEE | | ☐ PUBLIC DEFENDER ASSESSMENT | | |

CHARGE(S) **001 POSSESSION OF COCAINE**
**002 POSS/DRUG PARAPHERNALIA**

| COUNT | | DUI USE ONLY | |
|---|---|---|---|
| | | PROBATION WITH SPECIAL CONDITIONS | |
| FINE | CC | 5% | VC |
| CJC | EMTF | CDC | SN1 |
| DUI SCHOOL | | EVALUATION | |
| LICENSE SUSP. | DAYS IMMOBILIZATION | | WORK PERMIT |
| COMMUNITY SERVICE HOURS _____ | | | |

SENTENCE: I 3YR D.O. ~~~~~~~~~~ Probation conc W/99-9832CF10A
120 Days Bro-Co. Jail W/C 52 Days T/s
2 YR DL Susp w/work permit.
Recommend work release

Felony cases are to run concurrent with any
sentence imposed by Judge Robinson relative to DUI

COUNT(S) II  TIME SERVED 52 DAYS

| | | | COURT COST | | | | |
|---|---|---|---|---|---|---|---|
| $ | FINE | | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | | COURT COST | 5% | V.C. | CJC | SN1 |
| $ | FINE | | COURT COST | 5% | V.C. | CJC | SN1 |

PLUS $          DEFERRAL FEE TO:

CONC W/99-9832CF10A

/S/ _____ RONALD J ROTHSCHILD

BY *D Rowland*

DISP 4  5/97  JUDGE

FILE COPY                    (DEPUTY CLERK)

| 17th Judicial Circuit in and for Broward County | INSTR # 99445646 |
|---|---|

**DIVISION:**
**CRIMINAL**

# JUDGEMENT DIV: FK

OR BK 29708 PG 0813
RECORDED 07/29/99 04:20 PM
COMMISSION
BROWARD COUNTY
DEPUTY CLERK 1910

**THE STATE OF FLORIDA VS.** Robert R. Ries

**DEFENDANT**

**CASE NUMBER**

99-4970 CF10A

☐ PROBATION VIOLATOR
(Check if Applicable)

STATE ATTORNEY __Alexia Joannou__
COURT REPORTER __Mary Slavik__

The Defendant, __Robert R. Ries__ being personally before this Court
represented by: __Sam Fields__ , his attorney of record, and having:
(Check Applicable Provision)

☐ Been tried and found guilty of the following crimes(s).

☐ Entered a plea of guilty to the following crime(s).

☒ Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Poss of Cocaine | 893.032A4 | 3F | |
| II | Poss Drug Para | 893.1471 | 1M | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s)

The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50.00)pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

**(Check If Applicable)**

☐ The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835. (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).

☐ The Court hereby imposed additional court costs in the sum of $_____ .

**Stayed and Withheld Imposition of Sentence**
☒ The Court hereby stays and withholds the imposition of sentence as to count(s) ___I___ and places the Defendant on probation for a period of __3 yrs D.O. Probation__ under the supervision of the Department of Corrections (condition of probation set forth in separate order.)

**Sentence Deferred Until Later Date**
**(Check if Applicable)**
☐ The Court hereby defers imposition of sentence until _____ .
(Date)

☒ Pay $200.00 Trust Fund pursuant to F.S. 27.3455

The Defendant in Open Court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

COUNT(S) __II__ : __52__ DAYS BROWARD COUNTY JAIL W/CREDIT FOR __52__ DAYS TIMES SERVED

FORM ICC11                                PAGE 1 OF 2

| DIVISION CRIMINAL | [ ] **ADJUDICATION WITHHELD** [X] **ADJUDICATED GUILTY** | CASE NUMBER |
|---|---|---|
| FK | | OR BK 29708 PG 0814  99-4970 CF10A |

SOCIAL SECURITY NUMBER ██████████

### FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by:

N. Berke  9/21 _____ Court Deputy

Name and Title

DONE AND ORDERED in Open Court at Broward County, Florida this 21st day of June A.D., 19 99 . I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant Robert Reis , and that they were placed thereon by said Defendant in my presence in Open Court this date.

JUDGE RONALD J. ROTHSCHILD

FORM 120F080
REVISED 9/94

PAGE 2 OF 2

# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
# IN AND FOR BROWARD COUNTY, FLORIDA

CASE#: 99-4970CF        DIVISION: FK

STATE OF FLORIDA                              ORDERS OF SUPERVISION

VS.

Robert R. Reis

DEFENDANT

____ PROBATION
_✓_ DRUG OFFENDER PROBATION (see addendum)
_____ SEX OFFENDER PROBATION (see addendum)
_____ COMMUNITY CONTROL (see addendum)
_____ ADMINISTRATIVE PROB
_____ FOLLOWED BY _____ PROB __ DOP

Filed in Open Court.
ROBERT E. LOCKWOOD,
CLERK
JUN 2 1999
ON

THE DEFENDANT HAVING:

a. entered a plea of guilty/nolo contendere
b. been found guilty of:
c. prior probation is hereby revoked:

Counts: I. Poss. of Cocaine

[ II - Poss. Drug PARA.

[ _____

THE COURT HEREBY:

d. _✓_ adjudges you guilty of count(s) _I._____ .
e. _____ withholds adjudication of guilt for count (s) _____ .
IT IS ORDERED AND ADJUDGED THAT, SUBJECT TO THE LAWS OF THIS STATE:
f. _✓_ you are hereby placed on __DOP_____ for a period of _3 yrs.____ .
g. Followed by _____ for a period of: _____ to be
supervised by the Department of Corrections.
h. _____(split sentence) you shall be confined in:
        the custody of the Sheriff of Broward county for a period of: _____ .
        the custody of the Department of Corrections for a period of: _____
after which you shall be placed on _____ for a period of _____
to commence upon release.
i. _____(Administrative Probation) as defined in Ch.948.001 F.S., After payment of a $50.00 processing fee plus a 4%
surcharge, all conditions, except (J)(4) will be deleted.

IT IS FURTHER ORDERED AND ADJUDGED THAT YOU WILL COMPLY WITH, AND CONFORM TO, CONDITIONS:
j. _✓_ you must report in person, immediately or on the next working day after release from confinement, to the
Probation Office located at _17-A    Lauderhill, Fl._____ as directed.
k. _✓_ you shall not do any of the following:
        1. you will not change your residence or employment or leave the county of your residence without first
           procuring the consent of your officer.
        2. you will not possess, own, or carry any firearm, or weapon.
        3. associate with any person engaged in criminal activity.
        4. violate any law of any city, county, state or the United States (a conviction in a court of law is not
           necessary for you to be found in violation).
        5. you will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a
           physician. Nor will you visit places where intoxicants, drugs, or other dangerous substances are
           unlawfully, sold, dispensed, or used.
l. _✓_ you must do each of the following:
        1. not later than the fifth day of each month, unless otherwise directed  you will make a full and truthful
           report to your officer on the form provided for that purpose.

DEFENDANT _Robert R. Rie_                                    CASE # _79-497  :f_

IT IS FURTHER ORDERED THAT YOU SHALL COMPLY WITH THE FOLLOWING CONDITIONS OF SUPERVISION:

_____I. COMMUNITY CONTROL STANDARD CONDITIONS:

(a) you will remain confined to your residence except one half hour before and after your approved employment, community service work, or any other activities approved by your officer.

(b) You will maintain an hourly accounting of all your activities on a daily log which you will submit to your Supervising Officer upon request.

(c) The Department of Corrections, may at its discretion, place you on Electronic Monitoring during the term of your Community Control. If placed on Electronic Monitoring, you will wear a monitor at all times. You will maintain a private phone line, be financially responsible for any lost or damaged equipment and follow all rules and regulations as instructed. The telephone will be available within five working days of being placed on the Electronic Monitoring Program. While on electronic monitoring you will remain confined to your residence and are prohibited from being outside the residential walls.

(d) If while being monitored and the monitor is found to have been tampered with you shall be taken into custody immediately, if the officer determines that you were not at your scheduled place of work or school while allowed to be outside the residence then in that event you shall be taken into custody immediately. If taken into custody, you shall be held without bond and shall, on the next working day, brought before the Judge presiding over his or her case for further disposition at the discretion of the presiding Judge.

(e) If placed on Electronic Monitoring you will pay to the State of Florida, for the cost of Electronic Monitoring, $1.00 per day, per F.S. 948.09.

_ψ___II. DRUG OFFENDER PROBATION STANDARD CONDITIONS:

(a) You will submit to and, unless otherwise waived, be financially responsible for drug testing, urinalysis at lease on a monthly basis, and counseling if deemed appropriate by your supervising officer.

(b) You will enter and successfully complete a Non-secure or inpatient drug treatment program if deemed appropriate by your Officer.

(c) You will comply with any curfew restrictions, confinement approved residence, or travel restrictions as instructed by your Officer and approved by the Officer's Supervisor.

_____III. SEX OFFENDER STANDARD CONDITIONS:

(a) _____ you shall submit to a mandatory curfew from 10:00 P.M. to 6:00 A.M.

(b) (if victim was under the age of 18 years) you shall not live within 1000 feet of a school, day care center, park, playground, or other place where children regularly congregate.

(c) you shall enter, actively participate in, and successfully complete a sex offender treatment program with a therapist particularly trained to treat sex offenders, at probationer's or community controllee's expense.

(d) you shall not have any contact with the victim, directly or indirectly, including through a third person, unless approved by the victim, the therapist, and sentencing court.

(e) (if victim was under the age of 18 years) you shall not, until you successfully attend and complete the sex offender program, have any unsupervised contact with a child under the age of 18 years, unless authorized by the sentencing court, without an adult present who is responsible for the child's welfare, and which adult has been advised of the crime and is approved by the sentencing court.

(f) (if victim was under the age of 18 years) you shall not work for pay or as a volunteer in any school, day care center, park, playground, or other place where children regularly congregate.

(g) unless otherwise indicated in the treatment plan provided by the sexual offender treatment program, you shall not view, own, or possess any obscene, pornographic, or sexually stimulating visual or auditory material, including telephone, electronic media, computer programs, or computer services that are relevant to your deviant behavior pattern.

(h) You shall submit two specimens of blood to the Florida Department of Law Enforcement to be registered with the DNA data bank.

(i) you shall make restitution to the victim, as ordered by this court pursuant to F.S. 775.089, for all necessary medical and related professional services relating to the physical, psychiatric, and psychological care of the victim.

(j) you shall submit to a warrantless search by your community control or probation officer of your person, residence, or vehicle.

Defenda ___Robert R. Rees___

Case# ___99-4970 CF___

2. you will promptly and truthfully answer all inquiries directed to you by the court or officer, and allow your officer to visit you in your home, place of employment or elsewhere.

3. follow carefully and faithfully both the letter and spirit of valid instructions given you by a duly authorized officer.

4. you will work diligently at a lawful occupation and advise your employer of your supervision status and support your dependent's to the best of your ability.

5. you will submit to random testing at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances.

6. you will submit to a warrantless search to your person, residence and vehicle.

7. you will pay the sum of $___50___ per month plus ___4%___ surcharge towards the cost of supervision unless otherwise exempt pursuant to F.S. 948.09.

8. you will pay all court ordered monetary obligations through the Probation Office with money orders made payable to the Department of Corrections: a ___4%___ surcharge will be assessed and the Department of Corrections will disperse the monies as follows:

   a) $ ___50___ court costs SNT

   b) $ ___50___ victim costs on counts

   c) $ ___200___ "trust fund" or 50.3 hours of community service (F.S. 27.3455)

   d) $ ___5___ assessment

   e) $ _____ drug testing fee

   f) $ _____ restitution payable to _____

1. YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:

_YP_ 1. spend ___120___ in custody of Broward County Sheriff and comply with all rules of the institution in which you were placed with credit for days time served.

____ 2. enter and successfully complete the Broward Probation Restitution Center and comply with all rules and regulations thereof.

____ 3. spend _____ weekends beginning _____ in the custody of the Broward Sheriff's Office.

____ 4. you will attend and successfully complete the following rehabilitation program to be selected by your officer or the court. Further, you will abide by all rules and regulations of the program, attend all appointments, and follow all lawful instructions and recommendations of the director and staff:

   a) an inpatient/outpatient, _____ alcohol, _____ drug, _____ and or psychological program _____

   b) the defendant is to be held in the custody of until released to a representative of _____ or otherwise as directed by the officer or the court.

____ 5. not use or possess alcoholic beverages for any purpose.

____ 6. not drive or operate a motor vehicle except _____

____ 7. perform _____ hours of community service at a non-profit organization, as directed.

____ 8. you will not associate, communicate or have any contact with _____

____ 9. other: ___2 yr D/L suspension.  II,  Time served.___
___Conc. w/99-9832 cf___

THE COURT RESERVES THE RIGHT TO RESCIND, MODIFY, OR REVOKE SUPERVISION TO THE EXTENT PROVIDED BY LAW.
DONE AND ORDERED AT Fort Lauderdale, Broward County, Florida, this _____ day of _____ 19_____.
Nunc Pro Tunc, _____ .

_____
Judge, Circuit Court

I have received a copy of the terms and conditions of my supervision. I have read and understand these conditions and agree to report to the Department of Corrections Probation Office for further instructions. Also, I hereby consent to the disclosure of my alcohol and drug abuse patient records, the confidentiality of which is federally regulated under 42CFR, Part 11, for the duration of my supervision.

_____     ___6-21-99___     _____
DEFENDANT                    DATE                 INSTRUCTED BY

DEFENDANT _Robert ?- Ries_        CASE # _C    _4970cf_

## SEX OFFENDER STANDARD CONDITIONS CONTINUED:

(k)    you shall, as part of a treatment program, participate once/twice annually in polygraph examinations to obtain information necessary for risk management and treatment and to reduce your denial mechanisms. Your polygraph examinations must be conducted by a polygrapher trained specifically in the use of a polygraph for monitoring sex offenders and it shall be paid by you. The results of the polygraph examinations shall not be used as evidence in court to prove that a violation of community supervision has occurred.

(l)    you shall maintain a driving log.

(m)    you shall not drive a motor vehicle while alone without prior approval of your supervising officer.

(n)    you shall not obtain or use a post office box without the prior approval of your supervising officer.

(o)    (if there was sexual contact) you shall submit to, at probationer's or community controllee's expense, an HIV test with the results to be released to the victim, _____ or the victim's parent or guardian _____ .


Other: _____

_____

_____

_____

_____


_____         _6-21-99_         _____
Defendant                     Date                Instructed by:


Done and ordered at Fort Lauderdale, Broward County, Florida, this _____ day of _____ 19 _____ .
Nunc Pro Tunc, _____ .


_____
Judge, Circuit Court

**PHOTO**

94-492CT749
FL

## SHERIFF'S OFFICE
## BROWARD CO., FL

COURT COPY

| OBTS Number | Print Clearance | Name Search | Teletype |
|---|---|---|---|
| 0012074594 | | | 00/00/00 |

| Arrest Number | Offense Report Number | BCCN Number | Booking Sheet Control Date & Time |
|---|---|---|---|
| BS995994 | BS-99038767 | | 03/17/99  06:13 |

| Last Name | First | Middle | SSN | Probation | Parole |
|---|---|---|---|---|---|
| RIES | ROBERT | R | ▓▓▓▓▓▓ | Y | N |

| Alias Last Name | First | Middle | Driver's License | | State |
|---|---|---|---|---|---|
| | | | Yes  No  N | | |

| Street/Nik Name | Race | Sex | Hgt. | Wgt. | Eyes | Hair | Comp. | Age | Date of Birth | Place of Birth | St/Ctrv. | Ctz. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | 604 | 235 | BLU | BRN | MED | 036 | | | | US |

Scars, Marks, Tattoos

TT ON RT ARM OR ROSE TT ON  OF JESUS CHRIST AND HEART W/CROSS AND ROSE

| Permanent Address | | Bldg. | Apt. | City | St./Ctry. | Yrs. | Mths. |
|---|---|---|---|---|---|---|---|
| 8596  NW 36 | ST | | WEST | CORAL SPRINGS | FL. | 02 | 00 |

| Resident of Broward County? | Yrs. | Mths. | Resident of Florida? | Yrs. | Mths. | Phone Number | U.S. Vet |
|---|---|---|---|---|---|---|---|
| YES | 05 | 00 | YES | 05 | 00 | 954-340-3859 | NO |

| GDH | Other Medical |
|---|---|
| YES | TBS |

| Employer | Occupation |
|---|---|
| BROWNING TREYZ MOVING AND STORAGE | MOVER |

| Prints | Blood Alcohol | Vehicle Towed | Phone Call | Arrest Agcy. | Place of Arrest (Address) |
|---|---|---|---|---|---|
| YES | .00% | YES | | BS | 5700 DIXIE HWY |

| Arrest Date | Arrest Time | Arresting Officer | I.D. Number | Officer Injured | Unit | Zone | Beat | Shift |
|---|---|---|---|---|---|---|---|---|
| 03/17/99 | 02:16 | MURLEY | S  7737 | NO | | | | |

| Booking Date | Booking Time | Booking Officer | I.D. Number | Add Charge Officer | I.D. Number |
|---|---|---|---|---|---|
| 03/17/99 | 06:04 | DIXON | V BS8705 | | |

| Date | Charges | MagCode/comments | Capias/Warrant Number | Bond |
|---|---|---|---|---|
| 031799 001 | POSSESSION OF COCAINE | 3FY | D | 1000.00 |
| 031799 002 | POSSESSION DRUG PARA | 1MY | D  NC | |

BOOKING RMKS: WC/8316  29/8044

| Release Reason | Released By | Released To | Date Released | Time Released |
|---|---|---|---|---|
| | | | | |

| Arrest No. | Last Name | First | Unattended Children? |
|---|---|---|---|
| BS995994 | RIES | ROBERT | F |

| Date | Time | Sex | Race | Date of Birth | Armed | Dang. | Resist | Rabbit | Suic. | Hmc. | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/99 | 06:04 | M | W | 05/23/62 | | | | | | | |

| Bin No. | P-Box No. | Bulk No. | Vehicle Towed To: |
|---|---|---|---|
| 1058 | | | DRISCOLL'S |

| Currency $ | Language msg: |
|---|---|
| 7.00 | DETAINEE SPEAKS ENGLISH |

BROWARD COUNTY          SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY          OBTS. NO. _____
ARREST NO. BS995994                                                                          OBTS. NO.

| FILING AGENT | OFFENSE | ORT | LOCAL I.D. NO. | FL | FBI | SS NO. |
|---|---|---|---|---|---|---|
| BSO/DLE/Dist VII | BS99-03-8767 | | | | | |

| DEFENDANT'S LAST NAME | FIRST | MIDDLE | SUF | ALIAS/STREET NAME | CITIZENSHIP |
|---|---|---|---|---|---|
| RIES, ROBERT P. | | | | N/A | |

| RC. | SEX | HGT. | EYES | HAIR | WGT. | COMP. | AGE | D.O.B. | BIRTHPLACE | SCARS, MARKS, TT |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 604 | BLU | BRWN | 235 | | 36 | 5-23-62 | NY | NUMEROUS TT TT JESUS Rt. ARM BOTH |

PERMANENT ADDRESS
8590 NW 32 ST WEST
CORAL SPRINGS, FL 33065

LOCAL ADDRESS

PLACE OF EMPLOYMENT: ASTRO MOVING & STORAGE     LENGTH

| RESIDENCE TYPE: | (1) CITY | (2) COUNTY | (3) FLORIDA | (4) OUT-OF-STATE |
|---|---|---|---|---|

| HOW LONG DEFENDANT IN BROWARD COUNTY | BREATHALYZER BY/CCN | READING | PLACE OF ARREST | DATE/TIME ARRESTED | ARRESTING OFFICER(S) CCN |
|---|---|---|---|---|---|
| 5 YRS | N/A | N/A | 5700 BLOCK DIXIE HWY. | 3-17-99/0916 | MURLEY #7737 |

| OFFICER INJURED | UNIT | ZONE | BEAT | SHIFT | UNIT TRANSPORTING PRISONER | TRANSPORTING OFFICER/CCN | PICK-UP TIME- | DRUG TYPE |
|---|---|---|---|---|---|---|---|---|
| Y ☐ N ☒ | 7717 7717 | - | ALPHA | 7A17 | MURLEY 7737 | TIME ARRIVED AT BSO | C/S |

| TYPE N-N/A A-AMPHETAMINE | B-BARBITURATE C-COCAINE E-HEROIN | H-HALLUCINOGEN M-MARIJUANA O-OPIUM | P-PARAPHERNALIA/ EQUIPMENT S-SYNTHETIC | U-UNKNOWN Z-OTHER | ACTIVITY 9 | ACTIVITY N-N/A P-POSSESS | S-SELL B-BUY T-TRAFFIC | A-SMUGGLE D-DELIVER E-USE | M-MANUFACTURE/ PRODUCE/ CULTIVATE | K-DISPENSE/ DISTRIBUTE | Z-OTHER | INDICATION OF: ALCOHOL INFLUENCE DRUG INFLUENCE | Y N UK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DEFENDANT'S VEHICLE-MAKE DODGE TYPE F/U YEAR 24 COLOR RED VIN. NO. 1B7HC16Y1RS504345

ATTACH DEFENDANT'S PHOTO

VEHICLE TOWED TO DRESCOS     TAG NO. GF756X     OTHER IDENTIFIERS OR REMARKS _____

| NAME OF VICTIM (IF CORPORATION, EXACT LEGAL NAME AND STATE OF INCORP.) | ADDRESS | PHONE # |
|---|---|---|
| STATE OF FLORIDA | | |

| COUNT NO. | OFFENSES CHARGED | CITATION #, IF APPLICABLE | F.S. # OR CAPIAS/WARRANT # |
|---|---|---|---|
| 1 | POSS. COCAINE | | 893.13 |
| 2 | POSS. DRUG PARAPHERNALIA | | 893.147 |
| | | | |
| | | | |
| | | | |

**PROBABLE CAUSE AFFIDAVIT**

Before me this date personally appeared DEP. S. MURLEY #7737 who being first duly sworn deposes and says that on 17 day MARCH , 19 99 at 5700 BLOCK DIXIE HWY. (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe same are as follows:

ABOVE SUBJECT WAS OBSERVED STANDING NEAR VEHICLE. DURING COURSE OF INVESTIGATION, SUBJECT BEGAN TO GIVE CONFLICTING STORIES OF HOW HE CAME TO BE IN THE AREA. CONSENT TO SEARCH VEHICLE WAS GIVEN. BAGGIE WITH COCAINE RESIDUE & STRAINER FOUND. SUBJECT ALSO FOUND TO BE IN POSSESSION OF COCAINE.

I swear the above statement is correct and true to the best of my knowledge and belief.

_____ 7737     DEP. S. MURLEY 7737          D.L.E.
OFFICER/AFFIANT'S SIGNATURE     OFFICER'S NAME/CCN          OFFICER'S DIVISION

STATE OF FLORIDA     COUNTY OF BROWARD
The foregoing instrument was acknowledged before me this 17 day of MARCH , 19 99 , who is personally known to me or who has produced (ID Type) BSO as identification and who DID take an oath.     (DID OR DID NOT)     (SEAL OR STAMP)

_____ BSO          BSO/PBA SHERIFF
DEPUTY CLERK OF THE COURT, NOTARY PUBLIC, OR ASSISTANT STATE ATTORNEY          TITLE OR RANK/CCN 5860

SEVENTEENTH JUDICIAL CIRCUIT
BROWARD COUNTY
STATE OF FLORIDA

**FIRST APPEARANCE / ARREST FORM**
SHOULD ADDITIONAL SPACE BE NEEDED, USE PROBABLE CAUSE AFFIDAVIT CONTINUATION.

Orig. - Court
2nd - State Atty.
3rd - Filing Agency
4th - Arresting Agency

99.4910CF10

### IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
### IN AND FOR BROWARD COUNTY, STATE OF FLORIDA

**THE STATE OF FLORIDA**                    **INFORMATION FOR**

vs.

ROBERT R. RIES                    I. POSSESSION OF COCAINE
                                  II. POSSESSION OF DRUG
                                  PARAPHERNALIA (MISDEMEANOR)


IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **ROBERT R. RIES on the 17th day of March, A.D. 1999**, in the County and State aforesaid, did unlawfully have in his actual or constructive possession a controlled substance, to-wit:  Cocaine, contrary to F.S. 893.03(2)(a)4., and F.S. 893.13(6)(a),(L3),

**COUNT II**

MICHAEL J. SATZ, State Attorney of the Seventeenth Judicial Circuit of Florida, as Prosecuting Attorney for the State of Florida in the County of Broward, by and through his undersigned Assistant State Attorney, charges that **ROBERT R. RIES on the 17th day of March, A.D. 1999**, in the County and State aforesaid, did unlawfully use or possess with intent to use, drug paraphernalia, to-wit: a strainer, to prepare, a controlled substance, contrary to F.S. 893.147(1),


SM/jlg/4/5/99

STATE OF FLORIDA vs.     ROBERT R. RIES          INFORMATION, Page 2
                         IDENTIFYING DATA
                         W/M,

COUNTY OF BROWARD
STATE OF FLORIDA

                                              MARK A. HORN

        Personally appeared before me _____, duly
appointed as an Assistant State Attorney of the 17th Judicial Circuit of
Florida by MICHAEL J. SATZ, State Attorney of said Circuit and Prosecuting
Attorney for the State of Florida in the County of Broward, who being first
duly sworn, certifies and says that testimony has been received under oath
from the material witness or witnesses for the offense(s), and the
allegations as set forth in the foregoing Information would constitute the
offense(s) charged, and that this prosecution is instituted in good faith.

                            _____
                            Assistant State Attorney, 17th Judicial Circuit of Florida


        SWORN TO AND SUBSCRIBED before me this  5  day of  Apr  , A.D. 19 99 .
                         ROBERT E. LOCKWOOD

                         Clerk of the Circuit Court, 17th Judicial Circuit,
                         Broward County, Florida

                    By _____
                         Deputy Clerk          4-26-99 Written plea

        To the within Information, Defendant pleaded  not guilty          .

                         ROBERT E. LOCKWOOD

                         Clerk of the Circuit Court, 17th Judicial Circuit,
                         Broward County, Florida

                    By _____
                         Deputy Clerk