



# FELONY

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

| | | |
|---|---|---|
| STATE OF FLORIDA, | Plaintiff | Case Number: 04012624CF10A |
| | | Offense Report No: DN0400023504 |
| VS | | BSO Arrest No: DN04001267 |
| ROBERT RUDOLPH RIES | | |
| | Defendant | DOB:    Race[W] Sex[M] |

SAO Book No: DN04001267

Offense Date: 07/30/2004

Arrest Date: 07/30/2004

BCCN: 0216847

---

TO THE CLERK OF THE ABOVE-STYLED COURT:

The State hereby announces the following actions to be taken on the charges involved in the above-captioned arrest/matter:

Action to be taken DECLINE CASE

| Count | Action | Short Description | Charge |
|---|---|---|---|
| | **NO INFO** | **893.03(1)B - 3/CF - POSS OF HEROIN** | |
| | CHRG PRESENTED | 893.13-6A(1B11) - 3/CF - POSSESSION OF HEROIN | 001 |
| | **NO INFO** | **893.147(1)A - 1/MM - DRUG PARA/POSS /USE** | |
| | CHRG PRESENTED | 893.147-1(1B) - 1/MM - POSSESSION OF DRUG PARAPHERNALIA | 002 |

Victim's Names

Special Instruction to the Clerk/Jail

04- 12624 CF    FP

Clerk Comments

Filed _____    Custody Status _____    Division _____
Arraignment _____

Dated 20 day of August, 2004

Michael J. Satz, State Attorney
By: GARY PERKINS/kc, ASA
Florida Bar No: 0389897
Phone: 954-831-6350

ROBERT RUDOLPH RIES
1011 SE SPINNAKER AV
PORT ST LU, FL 34983

DN04001267

CLERK'S COPY



## Broward County Sheriff's Office
## Ken Jenne , Sheriff

# Booking Report

| CIS # | 590401267 | BCCN # | 216847 | | Booking Sheet Control Date and Time |
|---|---|---|---|---|---|
| OBTS | 609045734 | Print Clearance 7/30/2004 20:58:41 Prints Yes | | | **07/30/04 22:07:15** |
| Arrest # | DN 0401267 | Offense Report # dn04-07-3504 | | Agency  DN | |

| Last Name First Middle | RIES , ROBERT , RUDOLPH | | SSN # ▮▮▮▮▮ |
|---|---|---|---|

| | Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WHITE | M | 604 | 235 | BLU | BLK | LGT | 42 | | | | 2142427 |

| Permanent Address | 1011 SE SPINNAKER AV | | PORT. ST. LUCIE | FL  34983 | Months of Residence 72 |
|---|---|---|---|---|---|

Arrest Date  7/30/2004 20:00:00  Arresting Officer  HAWKINS          Place of Arrest  2440 SR 84          Badge Number 8402

Inmate Logged Date 7/30/2004 19:51:25 Inmate Log Type FULL INTAKE          Place Admitted MAIN

Intake Comments 29/54-8611 WC/11807 REC-11046

Alias Last name, First, Middle          RIES , ROBERT , R

Alias Last name, First, Middle          REIS , ROBERT , RUDOLPH

Scars, Marks, Tattoos:

| Tattoos | Arm, upper left | TATTOOS ON BOTH ARMS |
|---|---|---|
| Tattoos | Back | EAGLE AND TWO HEARTS |
| Tattoos | Leg, right | GIRL |

| Release Date/Time | | Release Reason | | Release Authorized By | | |
|---|---|---|---|---|---|---|

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | 07/30/2004 22:06 | 893.13-6a(1B11) | | 3F | Y | BOND | 1000 |

**Charges** POSSESSION OF HEROIN                    **Comments**

Booking Off. ID bs11013          County                    Judge

| Charge No. | Charge Initiation Date | Statute | Warrant/Capias | Level | M.C | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 2 | 07/30/2004 22:06 | 893.147-1(1B) | | 1M | Y | NO CHARGE | 0 |

**Charges** POSSESSION OF DRUG PARAPHERNALIA                    **Comments**

Booking Off. ID bs11013          County                    Judge

* End of Report *

☐ COMPLAINT AFFIDAVIT
SHADED FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTC

BROWARD COUNTY
ARREST# _____ OBTS# _____  ☐ ARREST FORM

| Filing Agency BSO | Offense Report DN04-07-3504 | LocalHD# | FDLE | FBI | SS# ~~████~~ |
|---|---|---|---|---|---|

| Defendant's Last Name Ries | First Robert | Middle SUF Rudolph | Alias/Street Name | Citizenship USA |
|---|---|---|---|---|

| Race W | Sex M | Hgt 604 | Wgt 246 | Hair Brn | Eyes Blue | Comp Light | Age | DOB | Birth Place ~~████~~ |
|---|---|---|---|---|---|---|---|---|---|

| Permanent Address: 1011 SE Spinnaker Ave    Port Saint Lucie, FL | Scars, marks, LT: Multiple both arms, leg, back |
|---|---|

| Residence Type: (1) City (2) County (3) Florida (4) Out of State | Local Address: 3 | Place of Employment Beekin Van Lines | Length |
|---|---|---|---|

| How long defendant in Broward County: | Breathalyzer by /CCN | Reading | Place of arrest 2440 SR-84 | Date/time arrested 07/30/04 2000 | Arresting Officer(s) CCN E Hawkins 8402 |
|---|---|---|---|---|---|

| Officer injured: Y☐ N☒ | Unit 2C7 | Zone 206 | Beat | Shift C | Trans. Unit | PMD: Y☐ N☐ | Transporting Officer/CCN | Pick-up Time | Time Arrived/ BSO |
|---|---|---|---|---|---|---|---|---|---|

| TYPE / ACTIVITY: E , P | Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium | P-Paraphernalia/ Equipment S-Synthetic U-Unknown Z-Other | Activity N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/ Produce/Cultivate K-Dispense/ Distribute Z-Other | Indication of: | Y | N | UK |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Alcohol Influence | ☐ | ☐ | ☒ |
| | | | | | | | Drug Influence | ☒ | ☐ | ☐ |

Attach

| Defendant's Vehicle Make: | Type: | Year: | Color: | VIN # |
|---|---|---|---|---|

Defendant's Rec 11046  6934-8611

| Vehicle Towed to: | Tag# tex 1180 | Other identifiers/marks |
|---|---|---|

Name of victim(s) (if corporation, exact legal name and state of incorporation): State of Florida

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | Poss of heroin | | 893.13-60 (18)(1) |
| 2 | Poss of drug paraphernalia | | 893.147-1 (18) |

### Probable Cause Affidavit

Before me this date personally appeared Dep Eric Hawkins who being first duly sworn deposes and says that on 30 day of July, (year) 2004 at 2440 SR-84 (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows: On the above listed time and date, I responded to the Airport Inn in reference to a call of a tall white male acting belligerant and causing a disturbance. The caller also advised of possible weapon (contact male with def by Ph). def calmed down, consent ed for weapons. Post Miranda advised had drugs on person, then recanted and advised heroine and syringes in eye glass case, def showed me case and I retrieved several syringes and heroine. field test positive. Transported to BCT w/o incident.

I swear the above statement is correct and true to the best of my knowledge and belief.

_Eric Hawkins_ Officer/Affiant's Signature

Eric Hawkins 8402 Officer's Name/CCN

SLE/Dist 2/Dania Bch Officer's Division

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 30th day of July 2004 (year), by Dep Eric Hawkins BSO ID Card (name and title), who is personally known to me or has produced ____ as identification.

O/S 11986 Title/Rank and CCN

_____ Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

S. Cole
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig _ Court
2nd _ State Attorney
3rd _ Filing
4th _ Arresting Agency

BSO DB#2 (Revised 05/00)    (SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a)

COURT COPY