



FELONY

# IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

| | | |
|---|---|---|
| STATE OF FLORIDA, | Case Number: 06006668CF10A | SAO Book No: DN06000621 |
| Plaintiff | | |
| VS | Offense Report No: DN0600042169 | Offense Date: 04/21/2006 |
| ROBERT RIES | BSO Arrest No: DN06000621 | Arrest Date: 04/21/2006 |
| Defendant    DOB:    Race[W] Sex[M] | | BCCN: 0216847 |

### TO THE CLERK OF THE ABOVE-STYLED COURT:

The State hereby announces the following actions to be taken on the charges involved in the above-captioned arrest/matter:

Action to be taken DECLINE CASE

| Count | Action | Short Description | Charge |
|---|---|---|---|
| | NO INFO | 893.03(1)B - 3/CF - POSS OF HEROIN | |
| | CHRG PRESENTED | 893.03(1)B - 3/CF - POSS OF HEROIN | 002 |
| | NO INFO | 810.08(1) - 2/MM - TRESPASS-STRUCT/CONVEY | |
| | CHRG PRESENTED | 810.08(1) - 2/MM - TRESPASS-STRUCT/CONVEY | 001 |

Victim's Names

### Special Instruction to the Clerk/Jail

Dated 11 day of May, 2006

Michael J. Satz, State Attorney
By: SHARON MULLANE/kc, ASA
Florida Bar No: 0371939
Phone: 954-831-8082
Originally filed on

ROBERT RIES

14 SALMON STREET
HUNGTINGTO, NY 11743

Clerk Comments

Filed _____ Custody Status _____ Division **FP**
Arraignment _____

**FP**

BROWARD COUNTY, FLORIDA
I certify this document to be a true
and correct copy of the original.
WITNESS MY HAND AND SEAL
on ____ C. AUG ____
Clerk of the Court
BY: ____ D.C.

Page 1 of 1

*DN06000621*
DN06000621
CLERK'S COPY



# Broward County Sheriff's Office
## Ken Jenne , Sheriff

# Booking Report

| BCCN # | 216847 | Booking Sheet Control Date and Time |
|---|---|---|
| | | **04/21/06 23:20:00** |

| OBTS | 607063419 | Print Clearance | 4/21/2006 21:35:08 Prints Yes | |
|---|---|---|---|---|

| Arrest # | DN 0600621 | Offense Report # | Agency  DN |
|---|---|---|---|

**Last Name**
**First**   RIES , ROBERT ,                                          SSN #
**Middle**

| | Race | Sex | Height | Weight | Eyes | Hair | Comp. | Age Admitted | DOB | Place of Birth | State | FDLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | WHITE | M | 604 | 235 | BLU | BLK | LGT | 43 | | | | 2142427 |

| Permanent | | | | | | Months of Residence |
|---|---|---|---|---|---|---|
| Address | 14 SALMON STREET | | HUNGTINGTON | NY  11743 | | 72 |

Arrest Date  4/21/2006 00:00:00  Arresting Officer  GRAHAM          Place of Arrest 2460 SR 84          Badge Number 3655

Inmate Logged Date 4/21/2006 21:07:04 Inmate Log Type FULL INTAKE          Place Admitted MAIN

Intake Comments 29/12349 WC/14482

| Alias Last name, First, Middle | RIES , ROBERT , R |
|---|---|
| Alias Last name, First, Middle | REIS , ROBERT , RUDOLPH |
| Alias Last name, First, Middle | RIES , ROBERT , RUDOLPH |
| Alias Last name, First, Middle | RIES , ROBERT , |

Scars,Marks,Tattoos:

| Tattoos | Arm, upper left | TATTOOS ON BOTH ARMS |
|---|---|---|
| Tattoos | Back | EAGLE AND TWO HEARTS |
| Tattoos | Leg, right | GIRL |

| Release Date/Time | Release Reason | Release Authorized By |
|---|---|---|

| Charge No. | Charge Initiation Date | Statute | Warrant/Caplas | Level M.C | | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 1 | 04/21/2006 23:14 | 810.08-2a(1) | | 2M | Y | NO CHARGE | 0 |

Charges TRESPASS/STRUCTURE OR CONVEYANCE          Comments

Booking Off. ID bs11805          County                              Judge

| Charge No. | Charge Initiation Date | Statute | Warrant/Caplas | Level M.C | | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 2 | 04/21/2006 23:15 | 893.13-6a(1B11) | | 3F | Y | BOND | 1000 |

Charges POSSESSION OF HEROIN          Comments

Booking Off. ID bs11805          County                              Judge

| Charge No. | Charge Initiation Date | Statute | Warrant/Caplas | Level M.C | | B.Type | Bond Amount |
|---|---|---|---|---|---|---|---|
| 3 | 04/21/2006 23:16 | 948.06   . | 03017458CF10A | XF | Y | NO BOND | 0 |

Charges PROBATION VIOLATION OR COMMUNITY CONTROL/FE Comments DUI - VOP

Booking Off. ID bs11805          County BROWARD                    Judge MURPHY

* End of Report *

COMPLAINT AFFIDAVIT
SHADE   FIELDS MUST BE ANSWERED IF DEFENDANT NOT IN CUSTODY

☑ ARREST FORM

BROWARD COUNTY
ARREST#                                                    OBTS#

| Filing Agency | Offense Report | Local ID# | FDLE | FBI | SS# |
|---|---|---|---|---|---|
| BSO Denny | DN06-4-2169 | | | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| RIES | ROBERT | | R. | | |

| Race | Sex | Hgt | Wgt | Hair | Eyes | Comp | Age | DOB | Birth Place |
|---|---|---|---|---|---|---|---|---|---|
| W | M | 64 | 268 | BRN/BLUE | | MED | 43 | | |

Scars, marks: TT   10   BOTH ARMS

| Permanent Address: | 14 SALMON ST. HUNTINGTON N.Y. |
|---|---|

| Residence Type: (1) City (2) County (3) Florida (4) Out of State | Local Address: | Place of Employment | Length |
|---|---|---|---|
| | | ALLIED VANLINES | |

| How long defendant in Broward County: | Breathalyzer by /CCN | Reading | Place of arrest | Date/time arrested | Arresting Officer(s) CCN |
|---|---|---|---|---|---|
| | | | 2460 S.R. 84 | 04-21-06 | R. GRAHAM |

| Officer injured: Y☐ N☑ | Unit | Zone | Beat | Shift | Trans. Unit | PMD: Y☐ N☐ | Transporting Officer/CCN | Pick-up Time | Time Arrived/ BSO |
|---|---|---|---|---|---|---|---|---|---|
| | 365 | 20 | C | C | | | | 1836 | |

| TYPE / ACTIVITY: | Type: N-N/A A-Amphetamine B-Barbiturate C-Cocaine | E-Heroin H-Hallucinogen M-Marijuana O-Opium | P-Paraphernalia/ Equipment S-Synthetic U-Unknown Z-Other | Activity N-N/A P-Possess S-Sell B-Buy | T-Traffic A-Smuggle D-Deliver E-Use | M-Manufacture/ Produce/Cultivate K-Dispense/ Distribute Z-Other | Indication of: Alcohol Influence Drug Influence |
|---|---|---|---|---|---|---|---|

Indication of:   Y   N   UK
Alcohol Influence ☐ ☒ ☐
Drug Influence ☐ ☐ ☒

| Attach Defendant's Photo | Defendant's Vehicle Make: N/A | Type: | Year: | Color: | VIN # |
|---|---|---|---|---|---|
| | Vehicle Towed to: N/A | | Tag# | | Other Identifiers or remarks: |

Name of victim(s) (if corporation, exact legal name and state of incorporation):
STATE OF FLORIDA

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| 1 | CRIMINAL TRESPASSING | | 810.08 2A1 |
| 2 | POSS. OF HEROIN | | 893.13 6A |
| 3 | VOP - DUI FELONY | | 948.06 |

CASE# 0301745

**Probable Cause Affidavit**

Before me this date personally appeared GRAHAM/TRAVIS who being first duly sworn deposes and says that on 21 day of APRIL (year) 06 at 2460 SR (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows: I ALONG WITH THE HOTEL MANAGER RESPONDED TO ROOM 263 AT THE RED CARPET HOTEL. THE ROOM WAS RENTED BY A JOHN OAKLEY AND CHECK OUT TIME WAS 1100AM. WE WENT TO THE ROOM AT 1836 HOURS TO CHECK ON THE SUBJECT. WHEN WE KNOCKED A WM CAME TO THE DOOR. HE HAD NO ID AND GAVE A NAME OF ROGER RIES DOB 05-23-62.

I swear the above statement is correct and true to the best of my knowledge and belief.

| R. Graham | R. GRAHAM |
|---|---|
| Officer/Affiant's Signature | Officer's Name/CCN 2655 |

Officer's Division   Palm Beach

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this 21 day of APRIL 2006 (year)
by R. GRAHAM (name and title), who is personally known to me or has produced _____ as identification.

Deputy   7020
Title/Rank and CCN

Notary Public, Deputy Clerk of the Court, or Assistant State Attorney

Dep. Edward Winkelpecht BSO
Print, Type or Stamp Commissioned Name of Notary Public

(SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig _ Court
2nd – State Attorney
3rd – Filing
4th – Arresting Agency

BSO DB#2 (Revised 05/00)   (SHOULD ADDITIONAL SPACE BE NEEDED, USE THE PROBABLE CAUSE AFFIDAVIT CONTINUATION (BSO DB#2a)

☐ **COMPLAINT AFFIDAVIT**
**PROBABLE CAUSE AFFIDAVIT CONTINUATION**

BROWARD COUNTY

*2 OF 2*

☒ ARREST FORM

ARREST# _____ OBTS# _____

| Filing Agency | Offense Report # | Arresting Officer | CCN | FBI | SS# |
|---|---|---|---|---|---|
| BSO | DN004 | GRAHAM | 3655 | | |

| Defendant's Last Name | First | Middle | SUF | Alias/Street Name | Citizenship |
|---|---|---|---|---|---|
| RIES | ROBERT | R. | | | |

Name of victim(s) (if corporation, exact legal name and state of incorporation):
STATE OF FLORIDA

| Count# | Offenses Charged | WC# / Citation #, (if applicable) | FS or Capias/Warrant # |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Probable Cause Affidavit**

Before me this date personally appeared GRAHAM LARKIN who being first duly sworn deposes and says that on ____ day of APRIL (year) 06 at 2460 S. (crime location) the above named defendant committed the above offenses charged and the facts showing probable cause to believe the same are as follows:

IT SHOULD BE NOTED THAT THE ROOM WAS ONLY RENTED TO 1 JOHN OAKLEY. THE SUBJECT WAS ARRESTED FOR TRESPASSING SINCE HE WAS NOT A REGISTERED HOTEL GUEST. I THEN SEARCHED THE ROOM INCIDENT TO THE ARREST. I LOCATED A RED CLOTH BAG HE STATED WAS HIS WITH SEVERAL (TWO) ITEMS CONTAINING EMPTY HEROIN PACKS. I ALSO LOCATED TWO NEEDLES WITH A SPOON WITH SUSPECTED HEROIN ON IT IN THE CENTER NIGHT STAND. HE WAS READ MIRANDA WARNING AND HE ADMITTED HE HAD THE OTHER SUBJECT RENTED THE ROOM FOR HIM AND LET HIM STAY. HE ALSO ADMITTED HE SHOT UP YESTERDAY AND HE HAD A DRUG PROBLEM. HE IS CURRENT ON FELONY PROBATION FOR DUI CASE # 05017458CF10A. TELETYPE # L23544. HE WAS TAKEN TO THE COUNTY JAIL FOR BOOKING. THE HEROIN FIELD TESTED @ AT THE SCENE AND WAS PLACED INTO EVIDENCE.

I swear the above statement is correct and true to the best of my knowledge and belief.

_____ _____
Officer/Affiant's Signature                Officer's Name/CCN  GRAHAM 3655                Officer's Division  DEERFIELD Beach

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to (or affirmed) and subscribed before me this ____ day of April (year) ____
by R. Graham (name and title), who is personally known to me or has produced _____ as identification.

_____ _____
Notary Public, Deputy Clerk of the Court, or Assistant State Attorney                Deputy 7020  Title/Rank and CCN

Dep Edward Winkelspecht  BSO
Print, Type or Stamp Commissioned Name of Notary Public                (SEAL)

Seventeenth Judicial Circuit
Broward County
State of Florida

FIRST APPEARANCE/ARREST FORM

Orig — Court
2nd — State Atty
3rd — Filing
4th — Arresting Agency

BSO D8#2a (Revised 05/00)

COURT COPY