UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-SCOLA
06-80171-CR-HURLEY

DANIEL TROYA,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent,

_____/

NOTICE OF APPEARANCE

    The undersigned attorney files his Notice of Appearance on behalf of the United States of America, in the above-captioned case.

    Please send all notices and inquiries to this attorney at the address listed below.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  *s/ Stephen Carlton*_____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500011
500 South Australian Avenue, Suite 400
West Palm Beach, FL    33401
Phone: (561) 209-1053
(561) 659-4526 (FAX)
Stephen.Carlton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served today upon those counsel and/or parties who are not authorized to receive the electronic Notices of Electronic Filing as noted on the attached service list.

By: *s/Stephen Carlton*
      STEPHEN CARLTON
      ASSISTANT UNITED STATES ATTORNEY

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

Stephen Carlton
Assistant U.S. Attorney
Stephen.Carlton@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 820-8777
**Attorney for United States**
[Service via CM/ECF]

Donald Todd Ross
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
**Attorney for Plaintiff**
[Service via CM/ECFl]

Steven Holt Malone
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL   33401
stevenhmalone@bellsouth.net
**Attorney for Plaintiff**
[Service via CM/ECFl]