United States District Court
for the
Southern District of Florida

DANIEL A. TROYA,                )
            Movant     )
                )
v.                )
                )  Civil Action No. 16-80700-Civ-Scola
UNITED STATES OF AMERICA,  )
                )
        Respondent   )

### Order

This matter is before the Court upon the Movant's Response to Order to Show Cause, or, in the Alternative, Motion for Leave to Amend Pursuant to Local Rule 15.1 and Federal Rule of Civil Procedure 15(a). (Resp., ECF No. 20).[1] Upon review, the Movant's Motion for Leave to Amend is **granted** as the movant may amend his pleading "once as a matter of course." Fed. R. Civ. P. 15(a). As stated in Local Rule 15.1, the Movant must separately refile his Amended Motion by **June 3, 2016**.

**Done and ordered**, at Miami, Florida, on May 26, 2016.

Robert N. Scola, Jr.
United States District Judge

---

[1] The Clerk's Office has docketed the Response to the Order to Show Cause as ECF No. 20 and the Motion for Leave to Amend as ECF No. 21. However, the Response and Motion were filed as a single document in ECF No. 20.