United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Daniel A. Troya, Movant | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-80700-Civ-Scola |
| | ) | |
| United States of America, | ) | |
| Respondent | ) | |

### Order Setting Conference

This matter is before the Court on the parties' Joint Status Report & Proposed Scheduling Order. (ECF No. 26.) It is hereby

**Ordered and adjudged** that the requested initial status conference is set for one-hour before the undersigned on **July 14, 2016 at 9:00 AM**, at the Wilkie D. Ferguson U.S. Courthouse, 400 North Miami Avenue, Courtroom 12-3, 12th floor, Miami, Florida.

Should a party wish to appear telephonically, notice must be provided to chambers (via email at scola@flsd.uscourts.gov) no later than noon on July 13, 2016. In the notice please provide the case name and number, the date and time of the hearing, the name of the person who will be appearing, and the name of the party being represented. To appear by telephone, from a land-line please call, toll free, **1-888-684-8852** five minutes before the scheduled time, enter Access Code **5939288** followed by the # sign, and then Security Code **2525** followed by the # sign.  **Please be prompt**.

**Done and ordered**, at Miami, Florida, on July 8, 2016.

Robert N. Scola, Jr.
United States District Judge