United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Daniel A. Troya, | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-80700-Civ-Scola |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

## Scheduling Order

The Court acknowledges that this is a very complex case. The Amended Motion to Vacate is 455 pages, with 99 additional appendixes attached, totaling 1742 pages of documents. (Am. Mot., ECF No. 25, Appx., ECF No. 5, 6, & ECF No. 25 (1-33)). The Court held a status conference on July 14, 2016. At the status conference, it became clear that the United States Government has not dedicated sufficient resources to this case. At present, the Respondent has assigned a single attorney, with the assistance of an appellate attorney on an ad hoc basis, to represent the Respondent before the Court. Given the complexity of the matter and the Movant's desire to propound voluminous discovery and seek an evidentiary hearing, the Respondent needs to dedicate additional resources to this matter.

It is **ordered and adjudged** as follows:

1. On or before October 12, 2016, the Respondent shall file a response, with an incorporated memorandum of law, to the Amended Motion.

2. On or before November 14, 2016, the Movant may file a reply, with an incorporated memorandum of law, to the Response.

3. At today's status conference, the Respondent agreed to voluntarily provide certain documents in its possession that are responsive to the Movant's informal discovery requests. The Respondent shall do so on or before July 20, 2016.

4. The Movant has indicated that it will be seeking the Court's authorization to conduct discovery from the Respondent and third parties. The Movant shall file any discovery motions on or before September 12, 2016.

5. The Respondent shall file a response to the discovery motion on or before October 12, 2016.

6. The Movant may file a reply on or before October 24, 2016.

7. On **December 2, 2016, at 9:00 a.m.**, the Court will hold a hearing on the discovery motion and conduct a status conference. The Court has reserved one hour for argument. Following the Court's ruling on the discovery motion, the Court will set deadlines for the filing of amended pleadings and dispositive motions. If necessary, the Court will also set deadlines for the completion of discovery, including any expert discovery, and will schedule an evidentiary hearing.

The Court has been generous with setting deadlines in this case; therefore, the parties shall do everything in their power to comply with those deadlines. The Court will not extend deadlines absent extenuating circumstances.

**Done and ordered**, at Miami, Florida, on July 14, 2016.

Robert N. Scola, Jr.
United States District Judge