UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CIV-SCOLA
(06-80171-CR- SCOLA)

DANIEL A. TROYA,

 vs.

UNITED STATES OF AMIERCA,

Defendant.

_____/

## NOTICE OF APPEARANCE

Undersigned counsel files this Notice of Appearance as counsel of record for

the United States of America in this cause.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:     *s/Brandy Galler*
BRANDY GALLER
ASSISTANT U.S. ATTORNEY
Brandy.Galler@usdoj.gov
Admin No. A5501296
500 Australian Avenue, Suite 400
West Palm Beach, FL  33401
(561) 820-8711
(561) 820-8777 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 08, 2016, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.


By:     *s/Brandy Galler*
Brandy Galler
Assistant United States Attorney