**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

DANIEL TROYA,

   **Movant,**         **Civil Action No. 16-80700-Civ-Scola**
v.               **Crim. No.: 9:06-cr-80171-CR-DTKH-3**

UNITED STATES OF AMERICA,

   **Respondent.**

               **/**

**MOVANT'S PROPOSED FIRST SET OF INTERROGATORIES TO RESPONDENT**

Pursuant to Federal Rule of Civil Procedure 33 and Rule 26.1, Local Rules of the District Court for the Southern District of Florida, Daniel Troya serves the following interrogatories on the United States of America, which is requested and required to answer these interrogatories separately, fully, in writing, and under oath, and to serve a copy of said answers upon the undersigned, within thirty (30) days after service hereof.

**INTERROGATORIES**

1. The words "you" and "your" mean the United States of America, and all other persons, including attorneys, experts, accountants, and/or consultants, acting or purporting to act on behalf of the United States.

2. "Identify" means to provide the following information:

  a. When used with reference to a natural person, state his or her:

   (1) full name;

   (2) present or last known business and residence addresses and telephone numbers; and

1

        (3)  business affiliation and position, including a description of his or her duties and responsibilities.

b.      When used with reference to any entity other than a natural person (e.g., federal or state, state:

        (1)     its full name;

        (2)     the address and telephone number of its principal place of business; and

        (3)     its organizational form and primary business or activity.

c.      When used with reference to a document, state:

        (1)     the date of its execution, or, if undated, the date it was prepared;

        (2)     its author;

        (3)     its addressee;

        (4)     the type of document it is; and

        (5)     any other means of identifying it with sufficient particularity to meet

the requirements for inclusion in a request for production of documents pursuant to the Federal Rules of Civil Procedure.

If you are asked to identify a document which was, but is no longer, in your possession or subject to your control, state what disposition was made of the document and give the reason for its disposition.

In lieu of identifying any document, a true and correct copy thereof may be annexed to and incorporated in the answers to these interrogatories.

4.      The word "person" or "persons" includes all natural persons, as well as all entities,

2

including, without limitation:   corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

5.      The term "communication" means the act or fact of communicating, either in writing or orally, and includes telephone conversations, letters, memoranda, or other written communications; meetings or any occasion of joint or mutual presence; and the transfer of any document from one person to another.

6.      The term "document" means any writing of any kind, including, but not limited to, emails, letters; telegrams; memoranda; reports; studies; calendars; diaries; minutes; pamphlets; notes; charts; tabulations; press releases; legal documents; photographs; accounting entries; records of meetings, conferences, and telephone or other communications; and each draft and each non-identical copy thereof.   The term "document" also includes every other means by which information is recorded or transmitted, including, but not limited to, electronic, tape recordings, microfilms, punch cards, and recordings used in data processing, together with the written information necessary to understand and use such films or recordings.

## GENERAL INSTRUCTIONS

1.      In answering these interrogatories, furnish all information that is available to you, including information which is in the possession of any of your agents, employees, or attorneys, or which is otherwise subject to your custody or control.

2.      If you cannot provide all the information called for by a particular interrogatory, so state.   However, give the most complete information you can on the subject, and identify every person whom you believe has information on the subject.

3.      If you object to any part of any interrogatory, answer all parts of the interrogatory to

3

which you do not object, and as to each part to which you do object, separately set forth the specific basis for your objection as provided in Rule 26.1, Local Rules of the District Court for the Southern District of Florida.

## INTERROGATORIES

1.      Please identify all persons whom have knowledge of any facts and/or issues relating to this action, including their name, address, telephone number, and a summary of the facts and/or issues upon which they have knowledge.

2.      Please state the name, address, and the following information, for each lay person expected to be called as a witness or to testify at any evidentiary hearing of this matter, and state the following:

   A.      The name and last known address;

   B.      A brief statement of the facts and substance expected from this witness;

3.      Please provide the name and address of each person you expect to call as an expert witness at any evidentiary hearing of this matter, and include the following information:

   A.      Name and address;

   B.      Field of expertise of said expert;

   C.      Subject matter to which the expert is expected to testify;

   D.      Substance of the facts and opinions to which the expert is expected to testify;

   E.      Summary of the grounds for each opinion.

4.      If any expert named in the preceding questions has submitted a report, memorandum or other writing, please provide the date of such writing and the length or number of pages of the writing and the name of the person in custody of such writing.

5.      With regard to each expert named in the preceding interrogatory, please provide the following information:

   A.      The formal education of the expert in his field of expertise;

   B.      Other training of the expert in his field of expertise or related field.

4

6.   Please list each piece of documentary evidence or demonstrative evidence that you intend to use at any evidentiary hearing in this case.