UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80700-CIV-SCOLA
(CASE NO. 06-80171-CR-HURLEY)

DANIEL TROYA.,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

The Court having considered the United States' Motion for an Extension of Time as to the Petition and ancillary motions filed by Movant, Daniel Troya, including the grounds cited in support thereof, and further noting that the motion is unopposed, has determined that good cause exists for said motion, and that it therefore shall be granted.  Accordingly, it is hereby

ORDERED that the motion is GRANTED, and the United States is directed to file its response to the Petition and all ancillary motions on or before November 14, 2016.

SO ORDERED.

Date:

_____
ROBERT N. SCOLA, JR.
United States District Judge

Copies to:
Counsel of record