**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**
     **Movant,**

**v.**                                **Case No.**     **9:16-CV-80700-SCOLA**

**UNITED STATES OF AMERICA,**
     **Respondent.**
_____/

### AGREED MOTION TO RESET DEADLINES FOR MOVANT'S REPLIES AND MEMORANDA

Movant Daniel A. Troya moves this Court to reset the deadlines for his replies to responses of the government to the § 2255 motion, as well as to the discovery motion. In support, Mr. Troya states:

1. After conducting a status conference, on July 14, 2016 this Court rendered a scheduling order requiring the movant to file his discovery motion by September 12, 2016, the government to respond to the motion by October 12, 2016, and for the movant's reply to be filed by October 24, 2016. Additionally, this Court set October 12, 2016 as the deadline for the government to file a response to the § 2255 motion, and provided the movant until November 14, 2016, to file a reply and memorandum of law. A hearing on the discovery motion and status conference was also set for December 2, 2016. Doc. 29.

2. The movant timely filed his discovery motion and a motion to interview jurors. Docs. 33, 34. The government filed a motion to extend time to respond to the § 2255 and other motions. Doc. 36. As noted in the government motion, the movant took no position on the extension request, except that the reply dates previously set should be extended accordingly should the motion be granted. Doc. 36 at 8.

1

3. The government's motion to extend time to respond to the § 2255, discovery and juror interview motions was granted and a new date of November 14, 2016, was set. Doc. 38. However, the Court did not extend the movant's time to reply accordingly.[1]

4. In light of the extensions granted to the government, the movant's times to reply should be equally extended. Should the government timely file its response to the discovery motion on November 14, 2016, the movant should be granted until November 30, 2016, to reply to that response (the additional days to account for the Thanksgiving weekend). Should the government file its response to the § 2255 motion on November 14, 2016, the movant should be provided thirty days to file the reply, up to and including December 14, 2016.

5. Counsel for the movant has conferred with Assistant United States Attorney Stephen Carlton and is authorized to represent he has no objection to this motion to reset the reply dates.

Respectfully Submitted,


*/s/ Steven H. Malone*                      */s/ D. Todd Doss*
STEVEN H. MALONE                      D. TODD DOSS
Steven H. Malone, P.A.                      Assistant Federal Defender
1217 South Flagler Drive                      Federal Defender's Office, MDFL
Second Floor                      201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                      Orlando, FL 32801
Tele: 561-805-5805                      Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net                      Email: todd_doss@fd.org
Florida Bar No. 305545                      Florida Bar No. 0810384
*Counsel for Daniel A. Troya*                      *Counsel for Daniel A. Troya*

---

[1] On October 18, 2016, this Court denied the motion to interview jurors as moot. Doc. 40.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS