United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Daniel A. Troya,<br>Movant<br><br>v.<br><br>United States of America,<br>Respondent | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 16-80700-Civ-Scola<br>)<br>)<br>) |

## Revised Scheduling Order

This matter is before the Court upon Daniel Troya's ("Movant") Agreed Motion to Reset Deadlines for Movant's Replies and Memoranda. (Mot. ECF No. 41). On July 14, 2016, the Court entered a Scheduling Order which required the Movant to file his discovery motion, on or before, September 12, 2016. (Or. ECF No. 29). The Government's responses to the discovery motion and the underlying motion to vacate, set aside or correct sentence pursuant to §2255 ("Amended §2255 Motion) were due October 12, 2016. (*Id.* at 1). Prior to the due date, the Government sought, and was granted, an enlargement of time to file its responses. (Or. ECF No. 38). The Government's responses are now due November 14, 2016.  In the instant motion, the Movant seeks an enlargement of time to file his replies to the Government's responses. (Mot. ECF No. 41 at 2). Having granted the Government's motion to extend the deadlines, the Court makes the following revisions to the scheduling order.

It is **ordered and adjudged** as follows:

1. On or before November 14, 2016, the Respondent shall file a response, with an incorporated memorandum of law, to the discovery motion and to the Amended §2255 Motion.

2. Within fourteen days of the filing of the Government's Response to the discovery motion, the Movant may file a reply, with an incorporated memorandum of law.

3. Within thirty days of the filing of the Government's Response to the Movant's §2255 Amended Motion, the Movant may file a reply, with an incorporated memorandum of law.

4. The hearing scheduled for December 2, 2016, at 9:00 a.m. is **CANCELLED**.

5. On **December 20, 2016, at 9:30 a.m**., the Court will hold a hearing on the discovery motion and conduct a status conference. The Court has reserved one hour for argument.  Following the Court's ruling on the discovery motion, the Court will set deadlines for the filing of amended pleadings and dispositive motions.  If necessary, the Court will also set deadlines for the completion of discovery, including any expert discovery, and will schedule an evidentiary hearing.

6. The Movant's Agreed Motion to Reset Deadlines for Movant's Replies and Memoranda (Mot. ECF No. 41) is **DENIED** as moot.

Having now extended the deadlines for both parties to file their briefs, the Court will not further extend deadlines absent extenuating circumstances.

**Done and ordered**, at Miami, Florida, on October 19, 2016.

Robert N. Scola, Jr.
United States District Judge