UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**
        **Movant,**

**v.**                                                    Case No.        **9:16-CV-80700-SCOLA**

**UNITED STATES OF AMERICA,**
        **Respondent.**
_____/

## DEFENDANT'S NOTICE OF STRIKING

Plaintiff, Daniel A. Troya, by and through undersigned counsel hereby strikes

docket entry number 43, as it was filed in error.

Respectfully submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 8, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

> /s/ *Steven H. Malone*
> STEVEN H. MALONE
>
>
> /s/ *D. Todd Doss*
> D. TODD DOSS

2