Legal Professionals: BUILD YOUR BUSINESS

 Lawyers.com™

Lawyers.com / Find a Lawyer / Florida / Fort Lauderdale / Mr. Ruben M. Garcia

# RG

# Mr. Ruben M. Garcia

Licensed for 31 years

Attorney in Fort Lauderdale, FL

**AWARDS**

## AREAS OF LAW

Criminal Defense                    Business Litigation

## CREDENTIALS

**Position**

Member

**Admission Details**

Admitted in 1985, Florida
1997, U.S. Supreme Court

**Law School Attended**

Thomas M. Cooley Law School
Class of 1983
J.D.
with distinction

**University Attended**

Florida Southern College
Class of 1973
B.A.

## CLIENT REVIEWS

This lawyer does not have any reviews.

Write a Review

## PEER REVIEWS



**5.0**/5.0   HIGH ETHICAL STANDING   AV PREEMINENT® Peer Rated for Highest Level of Professional Excellence 2016

**No feedback is available.**
The individuals that have reviewed this lawyer have not provided any additional feedback.

*Individual reviews provided before 2009 are not displayed

**LEGAL PROFESSIONALS**    Build Your Business    Lawyer Login    Register

**OTHER RESOURCES**    Martindale-Hubbell    Nolo    TotalAttorneys    Canadian-lawyers

Site Map   |   About Us   |   Contact Us   |   Terms & Conditions   |   Privacy Policy   |   Cookie Policy

Copyright © 2016 Internet Brands, Inc. The information provided on this site is not legal advice, does not constitute a lawyer referral service, and no attorney-client or confidential relationship is or should be formed by use of the site. The attorney listings on the site are paid attorney advertisements. Your access of/to and use of this site is subject to additional Supplemental Terms .

**CONNECT WITH US**

Lawyers.com is part of the Martindale Network