UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


DANIEL A. TROYA,
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.
_____/

**UNITED STATES' MOTION REQUESTING LEAVE TO FILE RESPONSE IN
EXCESS OF 20 PAGES TO TROYA'S MOTION TO VACATE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests leave of the Court to file an oversized response to Troya's motion to vacate his convictions and sentence based in part, on ineffective assistance of counsel claims. In support of this motion, the United States asserts:

Although Troya's claims are mainly meritless, the Motion he submitted addresses various points of law and issues, in a petition that greatly exceeded 400 pages in length. The approximately two-month trial in this case involved a number of witnesses and a significant amount of evidence. The United States was unable to thoroughly respond to all these issues without exceeding the 20-page limitation set forth in Rule 7.1C2 of the Local Rules for the United States District Court for the Southern District of Florida. The extra pages were necessary to analyze these issues.

The United States' response is approximately 188 pages. The United States respectfully submits that the additional pages will assist the Court in reaching a just resolution in this case. The undersigned contact Troya's counsel concerning the relief sought and reports that the

1

motion is unopposed. Wherefore, the United States respectfully requests that this Court grant its

motion for leave to file a 188-page response.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    */s Stephen Carlton*
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
　　　Stephen Carlton
　　　Assistant United States Attorney

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

Stephen Carlton
Brandy Galler
Stephanie Evans
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States
[Service via CM/ECF]

Donald Todd Doss
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
Attorney for Plaintiff
[Service via CM/ECF]

Steven Holt Malone
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL  33401
stevenhmalone@bellsouth.net
Attorney for Plaintiff
[Service via CM/ECF]