UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


DANIEL A. TROYA,
            Movant,

vs.

UNITED STATES OF AMERICA,
            Respondent.
_____/


**ORDER GRANTING GOVERNMENT'S MOTION REQUESTING
LEAVE TO FILE RESPONSE IN EXCESS OF 20 PAGES**

This matter comes before the Court upon the government's motion for leave to file a 188-page

response to Troya's 28 U.S.C. § 2255 motion.    The Court being fully apprised in the premises,

orders that the motion is hereby GRANTED.

DONE AND ORDERED in chambers, in Miami, Florida, this _____ day of

_____,2016.


                                        _____
                                        ROBERT N. SCOLA, JR.
                                        UNITED STATES DISTRICT JUDGE



cc:     Stephen Carlton,  AUSA
        Todd Doss, Esq.
        Steven H. Malone, Esq.