*USA Response to Troya Request for Discovery*

# Appendix C



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

March 7, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
500 W Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Re: United States v. Danny Varela, et al.,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

I am providing by letter notice to each of you, a supplemental discovery response concerning other evidence involving defendants Daniel Troya, Ricardo Sanchez, and Danny Varela. Specifically, please note that in accordance with paragraph "H" of the Standing Discovery Order you are hereby notified of the government's intent to introduce during its case in chief proof of this evidence as further evidence of the defendants' guilt in this case, which may also be admitted pursuant to to F.R.E. 404(b).   You are specifically notified that the government intends to introduce evidence as follows:

(a) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1305 Suwanee Drive, Apartment B, West Palm Beach, Florida on April 28, 2006.  The results of ballistics examination recently concluded are enclosed with this notice.  A person was wounded in this shooting.

(b) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1901 Mercer Avenue, West Palm Beach, Florida on April 28, 2006.  The results of ballistics examination recently concluded are enclosed with this notice.  No person is known to have been injured in this shooting.

You are further notified that the government intends to introduce evidence that on September 11, 2006, defendants Varela, Troya and Sanchez were involved in a shooting along the 1300 block of Haverhill Road in suburban West Palm Beach. A person was wounded in this shooting.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s Stephen Carlton

By:   Stephen Carlton
Assistant U.S. Attorney

 

# PALM BEACH COUNTY SHERIFF'S OFFICE

**RIC L. BRADSHAW, SHERIFF**

Technical Services Division, Telephone (561) 688-4200  Fax  (561) 688-4228

## Firearms Report

Sergeant David  Conklin
Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL  33406

**PBSO Case #:**   **06-060303**
Agency Case #:   06-060303

**Secondary Agencies:**
None

Victim: SOSA, COMMACHO ALEJANDRO
Date of Birth: 11/23/1973

### EVIDENCE

On 05/01/2006, the Technical Services Division received the following evidence from Neil Zielinski of the Palm Beach County Sheriff's Office:

| | |
|---|---|
| **Submission: 001** | A sealed brown paper bag containing: |
| 001-01 | Two fired rifle caliber copper bullet jacket fragments |
| 001-03 | One steel rifle bullet core |
| **Submission: 002** | A sealed brown paper bag containing: |
| 002-04 | One fired rifle caliber copper bullet jacket |
| 002-06 | One fired 30 caliber class (includes 7.62 x 39mm) copper-jacketed bullet with a steel core |
| **Submission: 003** | A sealed brown paper bag containing: |
| 003-05 | One fired 30 caliber class (includes 7.62 x 39mm) copper bullet jacket |
| **Submission: 004** | A sealed brown paper bag containing: |
| 004-02 | One steel rifle bullet core |

On 04/29/2006, the Technical Services Division received the following evidence from Angela Culpepper of the Palm Beach County Sheriff's Office:

| | |
|---|---|
| **Submission: 006** | A sealed brown paper bag containing: |
| | Sixteen fired 7.62 x 39mm caliber Chinese-made cartridge cases, designated 006-01 through 006-16 (according to stanchion number) |

### RESULTS AND CONCLUSIONS:

By request, the evidence in this case was compared to the Romarm/Cugir brand, model WASR-10 (AK-47 type) rifle serial number AH-3444-81, submission 039 under PBSO case 06-122845 (ATF case 764055-07-0018).

The submission 006-03, 006-04, 006-05, 006-07, 006-08, 006-09, 006-10 and 006-13 cartridge cases were identified as having been FIRED in this rifle.

The submission 006-02, 006-11, 006-12, 006-14, 006-15 and 006-16 cartridge cases were identified as having been CYCLED through the rifle.



*An ASCLD / LAB Accredited  Laboratory Since 1991*

All identifications were based on the correspondence of individual characteristics.

The submission 006-01 and 006-06 cartridge cases and the submission 001-01, 002-04, 002-06 and 003-05 projectiles were compared to tests from the cross-referenced rifle with inconclusive results, due to a lack of sufficient individual characteristics.

The submission 001-03 and 004-02 cores are of no value for microscopic comparison purposes.

Alison L. Quereau - Senior Forensic Scientist

2-20-2008

Date



# PALM BEACH COUNTY
# SHERIFF'S OFFICE

*RIC L. BRADSHAW, SHERIFF*

Technical Services Division, Telephone (561) 688-4200  Fax  (561) 688-4228

## Firearms Report

Mike  Barbercheck
ATF
505 S. Flagler Drive Suite 402
West Palm Beach, FL  33401

**PBSO Case #:**   **06-122845**
Agency Case #:   764055-07-0018

**Secondary Agencies:**
Palm Beach County Sheriff's Office
06-122845
St. Lucie Sheriff's Office
1-06-013332

## EVIDENCE

On 10/27/2006, the Technical Services Division received the following evidence from Angela Culpepper of the Palm Beach County Sheriff's Office:

| | |
|---|---|
| **Submission: 039** | A sealed white cardboard box containing: |
| 039-01 | One 7.62 x 39mm caliber Romarm/Cugir brand, model WASR-10 (AK-47 type) semiautomatic rifle, serial number AH-3444-81 |

## RESULTS AND CONCLUSIONS:

The submission 039-01 rifle was functional when test fired with a laboratory magazine.  A test cartridge case was entered into the NIBIN database, with no associations made at this time.

By request, the rifle was compared to evidence submitted in PBSO case 06-060303 and PBSO case 08-010540 (West Palm Beach PD case 06-9219).

The submission 039-01 rifle was identified as having FIRED the submission 006-03, 006-04, 006-05, 006-07, 006-08, 006-09, 006-10 and 006-13 cartridge cases and having CYCLED the submission 006-02, 006-11, 006-12, 006-14, 006-15 and 006-16 cartridge cases from PBSO case 06-060303.

The rifle was identified as having FIRED the submission 001-01, 001-04, 001-05, 001-06, 001-07, 001-08, 001-09 and 001-11 cartridge cases and having CYCLED the submission 001-02 cartridge case from PBSO case 08-010540 (West Palm Beach PD case 06-9219).

The submission 039-01 rifle could neither be identified nor eliminated as having possibly fired the rifle caliber projectiles in the cross-referenced cases.

*Alison L. Quereau*

Alison L. Quereau - Senior Forensic Scientist

*2-20-2008*

Date



*An ASCLD / LAB Accredited  Laboratory Since 1991*



# PALM BEACH COUNTY
# SHERIFF'S OFFICE

*RIC L. BRADSHAW, SHERIFF*

Technical Services Division, Telephone (561) 688-4200  Fax (561) 688-4228

## Firearms Report

CSI F. Fischer
West Palm Beach Police Department
600 Banyan Street
West Palm Beach, FL 33401

**PBSO Case #:** 08-010540
Agency Case #:  06-009219

**Secondary Agencies:**
None

Victim: VELEZ, CARMEN

## EVIDENCE

On 02/08/2008, the Technical Services Division received the following evidence from F. Fischer of the West Palm Beach Police Department:

| | |
|---|---|
| **Submission: 001** | A sealed manila envelope containing: |
| | Eleven fired 7.62 x 39mm caliber Chinese-made cartridge cases, designated 001-01 through 001-11 |
| **Submission: 002** | A sealed manila envelope containing: |
| 002-02 | One fired copper jacketed bullet |
| **Submission: 003** | A sealed manila envelope containing: |
| 003-03 | One fired 30 caliber class (includes 7.62 x 39mm) copper bullet jacket |
| **Submission: 004** | A sealed manila envelope containing: |
| 004-04 | One steel bullet core |

## RESULTS AND CONCLUSIONS:

By request, the evidence in this case was compared to the Romarm/Cugir brand, model WASR-10 (AK-47 type) rifle serial number AH-3444-81, submission number 039 under PBSO case 06-122845 (ATF case 764055-07-0018).

The submission 001-01, 001-04, 001-05, 001-06, 001-07, 001-08, 001-09 and 001-11 cartridge cases were identified as having been FIRED in this rifle.

The submission 001-02 cartridge case was identified as having been CYCLED through the rifle.

All identifications were based on the correspondence of individual characteristics.

The submission 001-03 and 001-10 cartridge cases and the submission 003-03 bullet jacket were compared to tests from the cross-referenced rifle with inconclusive results, due to a lack of sufficient individual characteristics.

The submission 002-02 bullet was NOT fired by the Romarm/Cugir rifle. This exhibit is most consistent with a handgun caliber projectile, including 9mm Luger. Brands of firearms which could have fired the 002-02 bullet include, but are not limited to: Astra, Beretta, Hi-Point, Stallard, Taurus and Walther.



*An ASCLD / LAB Accredited Laboratory Since 1991*

The submission 004-04 core is of no value for comparison purposes and was not further examined.

Alison L. Quereau - Senior Forensic Scientist

2-20-2008

Date



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

March 27, 2008

| | |
|---|---|
| L. D. Murrell, P.A. | James L. Eisenberg |
| 400 Executive Center Dr Ste 201 | 250 Australian Avenue South |
| West Palm Beach, Florida 33401-2922 | West Palm Beach, FL 33401 |
| | |
| Gershman & Goldstein | Michael B. Cohen |
| 1675 Palm Beach Lakes Boulevard | 500 W Cypress Creek Road |
| Suite 700 | Suite 300 |
| West Palm Beach, FL 33401 | Fort Lauderdale, FL 33309 |
| | |
| Gregg Stuart Lerman | Ruben Maurice Garcia |
| 330 Clematis Street | 1209 SE 3rd Avenue |
| West Palm Beach, FL 33401 | Fort Lauderdale, FL 33316-1905 |

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

I am enclosing with this letter an index of additional supplemental discovery items collectively requested at the separate evidence reviews undertaken at the St. Lucie Sheriff's Office and the DEA on March 10, 2008 and March 12, 2008. Please note that on several items, we have provided only a single copy for all defense counsel; that copy has been provided in the packet sent to Ruben Garcia, Esquire. This decision was made in order to expedite providing this supplemental discovery. These items include the following:

#44 VHS Tape of Box Truck at Turkey Lake Gas Station [1 copy for all def counsel]
(included with response sent to Ruben Garcia)

#69 Crime Scene Search Warrant with Video Sound **[VHS tape;Olympic Circle]**
[1 copy for all def counsel] (included with response sent to Ruben Garcia)

#105 Enhancement Video from Ft. Pierce Turnpike Plaza [1 copy for all def counsel] (included with response sent to Ruben Garcia)

#151 Video Tape [1 copy for all def counsel] (included with response sent to Ruben Garcia)

#159 Video of Burger King Peters Road **[two VHS tapes][**1 copy for all def counsel**]**  (included with response sent to Ruben Garcia)

Also note that in connection with SLSO Items ## 70, 103 and 110 which all involve VHS tapes, we are providing those for copying purposes to a private contractor in Ft. Pierce who provides this service on an on-going basis for the SLSO.  Please contact the following business to obtain copies of those items at your own expense:

Jiffy Photo Center
940 South U.S. #1
Fort Pierce, Fl. 34950
Owner Mike Hinkle
(772) 461-0872

Please note that several items requested by defense counsel are not discoverable under the Federal Rules of Criminal Procedure. Where such a determination has been made, it is noted on the enclosed index as appropriate.

On a separate matter, unrelated to the most recent evidence review at SLSO and DEA, I also am enclosing a CD which consists of photographs of loaded magazines from Garden Court firearms (SLSO CD#72); enclosed in packets sent to Garcia, Gershman, Lerman and Cohen. Everyone saw the magazines at ATF; these are photographs of some of the ammunition in those magazins.

Potential <u>Brady</u>:  Angelina Jessop, 5751 NW Benbow, Port St. Lucie, Florida contacted Port St. Lucie Police on October 13, 2006 and reported that she had heard fireworks between 9:00 p.m., and 9:30 p.m. the previous night.  She contacted the police at 9:42 a.m. on October 13, 2006.

Potential <u>Brady</u>:  Patsy Smith, 953 Rebel Lane, Port St. Lucie, reported to Port St. Lucie, Florida Police on October 13, 2006 that she heard an automatic nail gun go off between 4:30 A.M. and 5:15 a.m. on October 13, 2006 near the Turnpike close to a real estate development where she worked as a security guard

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s *Stephen Carlton*

By:    Stephen Carlton
Assistant U.S. Attorney

cc: David Weeks

# I N D E X

Re: Defense Request For Copies from Evidence Viewing at SLSO and DEA from 3/10 & 3/12

Monday, March 10, 2008

# 14 Pink Wallet w/Misc Credit Cards **[photocopies of misc. papers/credit cards]**

#17 Letter to Mr. Levin from Richard Celler **[photocopy(ies) of the item(s) enclosed]**

#22 Receipt from Longhorn Steakhouse **[photocopy(ies) of the item(s) enclosed]**

#23 Black Mens Wallet w/Misc Cards and ID's **[photocopy(ies) of the item(s) enclosed]**

#43 Computer Hard Drive - Data Only  **[IT hard drives; ICE tech review underway]**

#44 VHS Tape of Box Truck at Turkey Lake Gas Station **[1 copy for all def counsel]**

#45 Receipt for Gas at Turkey Lake Gas Station **[photocopy(ies) of the item(s) enclosed]**

#46  Data on Discs **[IT hard drives; ICE tech review underway]**

#61 1 CD of Recorded call to FHP
      **[not evidence at present; not discoverable]**

#62 Caller Refer 911 Incident Turnpike MM 149/911 CAD Sheet
      **[Jencks only; not presently discoverable]**

#63 Caller 911 Tape 149 MM South Turnpike **[cassette tape copy enclosed]**

#64 Victim photo; and unrelated CD **[photocopy(ies) of the item(s) enclosed]**

#65 Driver's License of Victim/ID **[photocopy(ies) of the item(s) enclosed]**

#67 Assorted Misc Financial Papers, Cards Etc **[photocopy(ies) of the item(s) enclosed]**

#69 Crime Scene Search Warrant with Video Sound **[Olympic Circle]**

#70 Surveillance Video from Fort Pierce Turnpike Plaza **[private copying, def.expense]**

#71 4 Birth Certificates, Assorted Papers, Photographs      **[photocopy(ies) of the item(s) enclosed]**

#103 Surveillance Video from Okee. Rd. Turnpike Plaza **[private copying, Jiffy Printing account  def.expense]**

#104 Stills from Ft Pierce Turnpike Exit Video and Enhanced Video **[CD]**

#105 Enhancement Video from Ft. Pierce Turnpike Plaza
      **[1 VHS tape for def. counsel]**

#107 Audio Recordings and Incoming Call Log from FHP Troop K
      **[not evidence at present; not discoverable]**

#108 Crime Scene Log **[not discoverable]**

#109 Road Ranger Log **[photocopy(ies) of the item(s) enclosed]**

#110 Security Tapes from Florida Turnpike Plazas **[private copying, def.expense]**

#116 Recordings of all calls made to 911 between 1:00 am and 4:00 am 10/13/06
      **[not evidence at present; not discoverable]**

#117 Recordings of 911 radio traffic between 1:00 am and 4:00 am 10/13/06
      **[not evidence at present; not discoverable]**

#125 Music CD & Burger King Receipt dated 1/13/06 **[CD and photocopy of item]**

#131 One Audio CD with original call to 911
        **[not evidence at present; not discoverable]**
#132 One Audio CD of Original Call to 911 with Enhanced Tracks
        **[not evidence at present; not discoverable]**
#137 One Credit Card Receipt **[photocopy(ies) of the item(s) enclosed]**
#151 Video Tape **[1 copy for all def counsel**
#157 CD with Sgt. King phone call to family in Texas  **[not discoverable]**
#159 Video of Burger King Peters Road **[two VHS tapes; one copy only]**
#160 PBSO 11 Surveillance CDs from Brown Distributing **[11 CDs]**
#169 Copy of Original PBSO Crime Scene [Olympic Circle](Labeled PBSO Sub #18)
        **[same item as #69 Olympic Circle]**
#176 CD of Lopez Interview
        **(disclosed already to Greg Lerman, Esq.; not discoverable to others)**
#178 Three Photos **[photocopy(ies) of the item(s) enclosed]**
#179 2 Plastic Sleeves of negatives **[CD-R w/ photos]**
#180 Keystone Disposable Camera **[#180 from Gutierrez bedroom; previously
        disclosed in 3rd Supplemental SDO Response, 1/25/07 [Docket Entry #100] ]**
#181 FUJI Disposable Camera **[Varela bedroom; previously disclosed in 3rd
        Supplemental SDO Response, 1/25/07 [Docket Entry #100] ]**
#184 WPB Airport Receipt dated 10/10 - 10/11 .
        **[photocopy(ies) of the item(s) enclosed]**
#187 Three Binders Misc Papers **[photocopy(ies) of the item(s) enclosed]**
#194 Vietnam Vet Advertisement w/handwritten #'s **[photocopy(ies) of the item(s)
        enclosed]**
#195 Section of Paper Bag w/phone #s and Prescription **[photocopy(ies) of the item(s)
        enclosed]**
#196 Evidence Bag transferred from Greenacres PD **[photocopy(ies) of the item(s)
        enclosed]**
#228 Fuji Film H18 MP 8MM Video Cassette Tape
        **[same item as #69 and #169 Olympic Circle]**
#229 Misc Bond Papers Cellphone Paper, Seal Envelope addressed **[photocopy(ies) of
        the item(s) enclosed]**
#236 Disposable Camera Stanchion 25 **[CD-R w/ photos]**
#246 Misc Photos **[photocopy(ies) of the item(s) enclosed]**
#252 Blue Board Containing Various Memo Books, Business Cards **[photocopy(ies) of
        the item(s) enclosed]**
#261 Photo Album Stanchion 29 **[photocopy(ies) of the item(s) enclosed]**
#270 WalMart Money Gram Receipt and Misc Best Buy Rebate **[photocopy(ies) of the
        item(s) enclosed]**
#277 CD of Vehicles @ FP Turnpike Toll Plaza
#278 DVD of Vehicles @ WPB Turnpike Toll Plaza
# PB 78A Walmart Receipt **[photocopy(ies) of the item(s) enclosed]**
# PB Van 26 Misc Papers **[photocopy(ies) of the item(s) enclosed]**

Wednesday, March 12, 2008

Item # N-180 10/19/06 CI recording w/ Heriberto Varela **[CD]**
N-181 10/20/06 CI recording w/Berrios & DV **[cassette tape]**
N-182 10/21/06 CI recording w/Berrios & DV **[cassette tape]**
N-205 C/Mullino drawn layout of DV House, Garden Gt.
**[Jencks only; not presently discoverable]**
N-212 One Memorex CD-R containing Photographs of Evidence
**[Lopez arrest of 5/2006; already disclosed in 1st SDO Response, 11/27/06]**
N-213 Tape of telephone calls made by CS Mullino to Berrios 10/25/06 **[cassette tape]**
N-214 10/25/2006 CI recordings w/Berrios RE; $ owed to Varela **[cassette tape]**
N-216a; $100 FRN seized from Varela's person on 10/25/06 **[photocopy(ies) of the item(s) enclosed]**
N-217 Ricardo Sanchez photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-218 Liana Lopez photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-219 Danny Varela photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-220 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-225 Invoice in the name of DV dated 2/1/2006 Down South Customs **[photocopy(ies) of the item(s) enclosed]**
N-226 Coastal Auto Sales Doc re: Van sale to Naujalis **[photocopy(ies) of the item(s) enclosed]**
N-227 Photocopies of insurance docs received from CR Insurance Agency **[photocopy(ies) of the item(s) enclosed]**
N-228 Coast to Coast Customs bus records for custom wheels **[photocopy(ies) of the item(s) enclosed]**
N-229 Prospect Finance business recs re: van sold to Michael Naujalis **[photocopy(ies) of the item(s) enclosed]**
N-235 Photograph of Danny Varela, numerous items of correspondence, receipts **[photocopy(ies) of the item(s) enclosed]**
N-236 Danny Varela photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-237 Ricardo Sanchez photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-238 Liana Lopez photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-239 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-241 Map of where 1 kilo dropped off to Varela, Sanchez Guiterrez 9/05
**[Jencks only; not presently discoverable]**
N-242 CD-R containing photos taken by Ricardo Sanchez Nokia (N-185)
N-244 11 Photos of Sanchez, Varela and associates;
**[photocopy(ies) of the item(s) enclosed]**
N-270 Liana Lopez photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-271 Ricardo Sanchez photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-272 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-273 Danny Varela photo lineup **[photocopy(ies) of the item(s) enclosed]**
N-289 Daniel Troya photo lineup **[photocopy(ies) of the item(s) enclosed]**

**Additional items:**

Photocopy of booking photo of Ricardo Sanchez, recovered from Olympic Circle s/w

Photocopy of booking photo of Liana Lopez, recovered from Olympic Circle s/w

DEA 7's: lab reports concerning DEA Exhibits 59 and 62

2/15/08 SLSO Report, photographs of ammunition, Det. R.T. Young

Curriculum vitae of Omar Felix and Alison Quereau [PBSO employees]

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

April 24, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida    33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL   33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Ruben Maurice Garcia 1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

This letter constitutes a supplemental discovery response relating to the above-cited case. I have caused a copy to be made of two separate VHS tapes labeled individually as SLSO Exhibits 70, and 103. To expedite providing these to defense counsel, we had only one copy made, and it is being enclosed in the packet being sent to Michael B. Cohen.   Remaining counsel kindly contact Mr. Cohen to review the tape, or arrange amongst yourselves any copying agreement.

Enclosed with the copy going to Messrs. Cohen, Garcia, Murrell, and Gershman, please find a CD labeled 06-110508.   Other defense counsel should contact those attorneys to get a copy of this CD.   This CD contains digital photographs connected with an earlier shooting incident on Haverhill Road in West Palm Beach, which was the subject of an earlier discovery response.   The CD is password protected and cannot be copied; the password is PBSO.

Enclosed with the copy going to each defense attorney, please find redacted reports relating to the FHP "911" call that was the subject of defendant Sanchez's specific *Brady* request. These reports consist of the following: (i) an internal FHP report discussing the time the call was received by FHP; (ii) an internal SLSO report concerning attempts to identify the origin of the FHP "911" call; (iii) those portions of an internal SLSO report that concern an interview with the FHP dispatcher who received the FHP "911" call; (iv) Bell South records for two phone lines

dedicated to "*FHP" at the Lake Worth Regional Communications Center, (LWRCC), that is, (561) 242-5510 and (561) 242-5511 concerning calls made on October 13, 2006; (v) 3 separate "CAD" reports referenced in the internal FHP report [earlier described in "(i)" above] concerning calls to FHP on October 13, 2006, i.e., CAD Reports FHPL06OFF65305, FHPL06OFF065312, and FHPL06OFF058353.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

___/s Stephen Carlton___

By:   Stephen Carlton
      Assistant U.S. Attorney



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

May 8, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL  33309

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.,</u>
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

This letter provides supplemental discovery concerning a lab report received recently from the Palm Beach County Sheriff's Office, ("PBSO"). Attached please find a ballistics report concerning a 9 mm firearm recovered at the Garden Court residence.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

/s *Stephen Carlton*

By:    Stephen Carlton
Assistant U.S. Attorney



**PALM BEACH COUNTY**
# SHERIFF'S OFFICE

*RIC L. BRADSHAW, SHERIFF*

Technical Services Division, Telephone (561) 688-4200  Fax  (561) 688-4228

**Firearms Report**

Mike  Barbercheck
ATF
505 S. Flagler Drive Suite 402
West Palm Beach, FL  33401

**PBSO Case #:**   **06-122845**
Agency Case #:   764055-07-0018

**Secondary Agencies:**
 Palm Beach County Sheriff's Office
06-122845
St. Lucie Sheriff's Office
1-06-013332

### EVIDENCE

On 10/27/2006, the Technical Services Division received the following evidence from Angela Culpepper of the Palm Beach County Sheriff's Office:

| **Submission: 041** | One sealed box containing: |
|---|---|
| 041-01 | One 9mm Luger caliber FMJ/Cobray semiautomatic pistol, model CM-11, serial number 94-0006283 |

### RESULTS AND CONCLUSIONS:

The FMJ pistol in submission 041-01 was functional using a laboratory magazine.  One of the test fired cartridge cases was compared to the NIBIN database with negative results.

The pistol did not fire the cartridge cases in PBSO case number 06-110508 based on different class characteristics, however it could not be identified or eliminated as having fired the bullet fragment in the same case based on the lack of sufficient corresponding characteristics.

Omar Felix - Senior Forensic Scientist

9/17/08
Date



*An ASCLD / LAB Accredited  Laboratory Since 1991*

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of In. estigation

| Title of Investigation: VARELA, Danny et al | Investigation Number: 764055-07-0018 | Report Number: 11 |
|---|---|---|

## SUMMARY OF EVENT:

On April 15, 2008, ATF Special Agent Michael Barbercheck took back into ATF custody a FMJ, CM011, 9mm firearm bearing the serial number 94-0006283 (ATF item #16; PBSO submission #041) from the Palm Beach County Sheriff's Office property/evidence section.

## NARRATIVE:

1. On April 15, 2008, S/A Barbercheck went to PBSO and took the above listed firearm back into ATF custody. The firearm was originally delivered to PBSO for NIBIN entry and ballistic examination. In addition to the firearm, the ammunition that was used by the firearms laboratory for ballistic comparison was also taken into ATF custody. The remaining ammunition components were placed into the ATF West Palm Beach Field Office property/evidence vault.

## ATTACHMENTS:

Two copies of PBSO property receipts.
Copy of ATF property summary report.

| Prepared by: Michael D. Barbercheck | Title: Special Agent, West Palm Beach Field Office | Signature: | Date: 4/15/08 |
|---|---|---|---|
| Authorized by: Stephen J. Barborini | Title: Acting Resident Agent in Charge, West Palm Beach Field Office | Signature: | Date: 4/16/0 |
| Second level reviewer (optional): Julie Torres | Title: Special Agent in Charge, Miami Field Division | Signature: | Date |

ATF EF 3120.2 (10-2004)
For Official Use Only

# PALM BEACH COUNTY SHERIFF'S OFFICE
## PROPERTY RECEIPT

| OTHER AGENCY CASE # | PBSO CASE # |
|---|---|
| ATF 764055-07-0018 | 06-122845 |

**Date** 03/04/08 **Time** _____ **Zone** N/A **Type Case** _____ **LOC Number** 267A

☐ Drugs ☒ Firearms ☐ Photo Lab ☐ Stolen - Recovered
☐ Toxicology ☐ Crime Scene ☐ Lost Property ☐ Trial
☐ Serology/DNA ☐ Latent Prints ☐ Property of Deceased ☐ Destroy

**Send Report To:** Michael Barborchek
**Division:** ATF - WPB (561) 262-8683 ©

**Release After Processing per F.S.S. 90.91?** ☐ Yes ☒ No ☐ To Whom N/A

**Photographed by & I.D. #** N/A

**Address Where Property Recovered:** 6458 GARDEN CT. WPB, FL

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | | | | | | |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | VARELA, DANNY | | | H/M | 6458 GARDEN CT. WPB, FL | |
| | | | | | | |
| | | | | | | |

**Type of Analysis Requested (attach Crime Lab Information Form)** NIBIN ENTRY, Ballistic EXAM.

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| | 1 | — | PBSO Sub. #041, FMJ, CM-11, 9mm FIREARM, SN: 94-0006283. |
| | | | |
| | | | |
| | | | |
| | | | Palm Beach Sheriff's Office |
| | | | Case # 06-122845        Sub # 041 |
| | | | FMJ  MODEL CM-11 9MM SERIAL NUMBER 94-0006283 ST |
| | | 1 5BOX | |
| | | | |
| | | | |

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

Print Name: _____

Signature: _____

I hereby acknowledge that the above list represents all property impounded by n in the official performance of duty as a Law Enforcement Officer or Suppo Personnel as defined in F.S.S. 943.10.

Print Name: Michael Barborchek I.D. # ATF Div. 37

Signature: _____

| Received By | Reason | Date & Time |
|---|---|---|
| Megan Weinberg | Rec | 03/04/08 1420 |
| Omar Felix 1055 | To examine | 3/4/08 1430 |
| Megan Weinberg | Stg   TOT PROP. EVID | 04/15/08 090 |
| M. (Barborchek) | ATF Evidence | 04/15/08 1010 |

**DISTRICT** _____   **PAGE** _____ **OF** _____

EVIDENCE COPY

# PALM BEACH COUNTY SHE   FF'S OFFICE
## PROPERTY RECEIPT

OTHER AGENCY    SE #   4 06.

PBSO CASE # 06-122845

| Date 3/5/08 | Time 1700 | Zone | Type Case ATF 764055-07-0018 | LOC Number |
|---|---|---|---|---|

- ☐ Drugs
- ☐ Toxicology
- ☐ Serology/DNA
- ☐ Firearms
- ☐ Crime Scene
- ☐ Latent Prints
- ☐ Photo Lab
- ☐ Lost Property
- ☐ Property of Deceased
- ☐ Stolen - Recovered
- ☐ Trial
- ☐ Destroy

**Send Report To:**

**Division:**

**Release After Processing per F.S.S. 90.91?**   ☐ Yes   ☐ No   ☐ To Whom

**Photographed by & I.D. #**

**Address Where Property Recovered:**

| | Name | Date | D.O.B. | Race/Sex | Address | Phone |
|---|---|---|---|---|---|---|
| Discovered by | | | | | | |
| Owner | | | | | | |
| Victim | | | | | | |
| Suspect(s) | | | | | | |
| | | | | | | |
| | | | | | | |

**Type of Analysis Requested (attach Crime Lab Information Form)**

| Item # | Qty. | Value | Description of Property |
|---|---|---|---|
| 1 | 2 | — | Test Fires from 41-1 |
| | | | |
| | | | |
| | | | |
| | | | |

Palm Beach Sheriff's Office
Case # 06-122845          Sub # 122

Test fires from 41-1

1SPB

I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt.

I hereby acknowledge that the above list represents all property impounded by me in the official performance of duty as a Law Enforcement Officer or Suppor Personnel as defined in F.S.S. 943.10.

Print Name:

Print Name: Omar Felix          I.D. # 8635   Div. PA

Signature:

Signature:

| Received By | Reason | Date & Time |
|---|---|---|
| Weinberg | St TOT PROP. EVID. | 04/15/08 0900 |
| M. (Barberchino) | ATF Evidence | 04/15/08 1010 |
| | | |
| | | |

DISTRICT _____

PAGE _____ OF _____

PBSO #0149 REV. 7/98

EVIDENCE COPY



## Property Status Summary R    ᵭrt

Case #: 764055-07-0018

Case Name: VARELA, Danny et al

Case Agent: MDBARBERCH

**04/15/2008**

Property Item Details:  Item #: 000029

Description: #000029 OTHER: OTHER, AMMUNITION COMPONENTS USED BY PBSO FIREARMS LAB FOR NIBIN ENTRY.

| Value: $0.01 | Trace Priority: | FTS Trace ID: |
|---|---|---|

Recovery Location:  3228  Gun Club RD West Palm Beach, FL 33406-

Law Enforcement Custody Date: 04/15/2008          ATF Custody Date: 04/15/2008

Possessed By:   BARBERCHECK, Michael          Possessor Address:

ATF Action: SEIZED FOR EVIDENCE          Judicial District: Florida, Southern District

Seizure Authority:

Item Received in AFSP System:   NO     00/00/0000          Status:

Property Forfeited:   NO          When:

### ADVERTISING

| Publisher | Advertisement Date |
|---|---|

### NOTICES

| Party Name | Sent Date |
|---|---|

| Claimants | Address | Type |
|---|---|---|

### EXTENSIONS

Withhold Notice:  NO

Court Order:    NO

Court Ordered Extension Reason:

Court Ordered Extension Date:

Comments:

Storage Location: IN AGENT POSSESSION          Barcode Number: 935376

### ADMINISTRATIVE CHAIN OF CUSTODY

| Activity | Participant | Date |
|---|---|---|
| Agent Processing | MDBARBERCH | 04/15/2008 |



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

_____

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

June 23, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida 33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
500 W Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.,</u>
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

Please find attached hereto a copy of a ballistics report received this day from the Indian River Crime Lab. You have previously been provided the curriculum vitae of the author, Mark Chapman. (See 5th Supplemental Discovery response [Docket Entry #176, filed 4/24/07]). The lab compared bullet casings found at the homicide scene with bullets and/or casings found at 6458 Garden Court.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s *Stephen Carlton*

By:   Stephen Carlton
Assistant U.S. Attorney

cc: David Weeks
      Mike Barbercheck

Jun 20 2008 12:46PM   ST LUCIE SO CID                7724896063              p.2



# INDIAN RIVER CRIME LABORATORY

at INDIAN RIVER COMMUNITY COLLEGE
2502 SOUTH 35TH STREET
FT. PIERCE, FL 34981-5573

## Laboratory Report
May 29, 2008

Submitted by:

Mark A Chapman
Criminalist

| | |
|---|---|
| Honorable Sheriff Ken Mascara | **Lab Case #:** 2006-1013-2995 |
| St. Lucie County Sheriff's Office | **Report #:** 0008 |
| 4700 W. Midway Rd. | **Agency Case #:** 1-06-013332 |
| Ft. Pierce, FL 34981 | |

Case Officer: FRED WILSON

DECEASED: Escobedo, Jose Luis
DECEASED: Escobedo, Luis Damian
DECEASED: Escobedo, Luis Julian
DECEASED: Escobedo, Yessica Guerrero
SUBJECT: Gutierrez, Juan
SUBJECT: Lopez, Lianna
SUBJECT: Sanchez, Ricardo
SUBJECT: Troya, Daniel
SUBJECT: Varela, Danny
SUBJECT: Vetere, Kevin

*Subpoenas should be directed as follows:*
*"Indian River Crime Laboratory at Indian River*
*Community College, Case No. 2006-1013-2995. "*

## EVIDENCE SUBMITTED

On 10/13/2006, Criminalist Mark Chapman received the following evidence from the St. Lucie County Sheriff's Office via BOBBY GREGG:

| | |
|---|---|
| Exhibit # 01: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 02: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 04: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 05: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 06: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 07: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 08: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 09: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 10: | One sealed manila envelope containing an unsealed envelope containing a cartridge case. |

On 3/11/2008, Evidence Coordinator Kathi King received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

| | |
|---|---|
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |

May 29, 2008                                            Laboratory Report, 2006-1013-2995 - Continued

Exhibit # 04:            Unsealed manila envelope containing a cartridge case.

Exhibit # 05:            Unsealed manila envelope containing a cartridge case.

Exhibit # 07:            Unsealed manila envelope containing a cartridge case.

On 4/22/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

Exhibit # 01:            One sealed manila envelope containing a cartridge case.

Exhibit # 02:            One sealed manila envelope containing a cartridge case.

Exhibit # 06:            One sealed manila envelope containing a cartridge case.

Exhibit # 08:            One sealed manila envelope containing a cartridge case.

Exhibit # 09:            One sealed manila envelope containing a cartridge case.

Exhibit # 10:            One sealed manila envelope containing an unsealed envelope containing a cartridge case.

Exhibit # 176PBSO:       Sealed brown paper bag containing an unsealed green makeup case, containing various caliber cartridges and shotshells, knives, magazines and a compass including seven cartridges and a magazine (sub-itemized Exhibits #176PBSO1 and #176PBSO2).

Exhibit # 177APBSO:      Sealed manila envelope containing an unsealed cartridge box, containing forty-one cartridges, an unsealed plastic bag containing four cartridges and a second unsealed plastic bag containing four cartridges (sub-itemized Exhibits #177APBSO1-#177APBSO3).

Exhibit # 177BPBSO:      Sealed manila envelope containing an unsealed plastic bag, containing fourteen cartridges.

Exhibit # 177PBSO:       Sealed brown paper bag containing an unsealed black shoulder bag, containing various caliber cartridges, brass knuckles, paint balls and laser sight components including an unsealed cartridge box containing one-hundred cartridges, an unsealed cartridge box containing fifty cartridges and an unsealed cartridge box containing eighty-six cartridges (sub-itemized Exhibits #177PBSO1-#177PBSO3).

Exhibit # 214:           Sealed brown paper bag containing a cartridge.

On 5/20/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

Exhibit # 251:           Unsealed cardboard box containing Exhibits #251A and #251B.

Exhibit # 251A:          Sealed brown paper bag containing nine magazines, forty-six cartridges and a sealed manila envelope containing thirty-eight cartridges (sub-itemized Exhibits #251A1-#251A14).

Exhibit # 251B:          Sealed manila envelope containing twenty cartridges (sub-itemized Exhibits #251B1-#251B4).

Analyst Initials

May 29, 2008                                       Laboratory Report, 2006-1013-2995 - Continued

**PURPOSE:**

Characterization
Comparison

_____

Analyst Initials

Jun 20 2008 12:46PM  ST LUCIE SO CID                    7724896063                    p.5

May 29, 2008                                      Laboratory Report, 2006-1013-2995 - Continued

## RESULTS

Examination of Exhibit #176PBSO1 revealed seven cartridges typical of 9mm Luger caliber, manufactured by or marketed as Valtion Patruunatehdas Lapua (VPT), having brass cases and copper colored steel jacketed round nose bullets.

Examination of Exhibit #177APBSO1 and 177BPBSO revealed fifty-five cartridges typical of 9mm Luger caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #177APBSO2 and #177PBSO3 revealed ninety cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed truncated nose bullets.

Examination of Exhibit #177APBSO3 revealed four cartridges typical of .40 S&W caliber, manufactured by or marketed as Ulyanovsk, having steel cases and copper colored steel jacketed truncated nose bullets.

Examination of Exhibit #177PBSO1 revealed one-hundred cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #177PBSO2 revealed fifty cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #214 and #251A14 revealed thirty-nine cartridges typical of a 7.62x39mm caliber, manufactured by or marketed as Federal, having brass cases and copper jacketed spitzer point bullets.

Examination of Exhibit #251A10 and #251B1 revealed forty-three cartridges typical of .40 S&W caliber, having brass cases and brass jacketed hollow point bullets. All forty-three cartridges are typical of reloaded ammunition.

Examination of Exhibit #251A11 and #251B2 revealed thirteen cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A12 and #251B3 revealed seven cartridges typical of .40 S&W caliber, manufactured by or marketed as PMC, having nickel cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A13 and #251B4 revealed three cartridges typical of .40 S&W caliber, having nickel cases and brass jacketed hollow point bullets. All three cartridges are typical of reloaded ammunition.

The cartridge cases in Exhibits #1, #2, #6 and #8-#10, and one of the two cartridges in Exhibit #251A13 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge cases in Exhibits #3, #5 and #7, and two of the forty-one cartridges in Exhibit #177APBSO1 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge case in Exhibit #4 and two of the forty-one cartridges in Exhibit #177APBSO1 could not be identified as or excluded from having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1, #2, #6 and #8-#10, and the cartridges in Exhibits #177APBSO2, #177APBSO3, #177PBSO3, #251A10-#251A12, one of the two cartridges in #251A13 and #251B1-#251B4 were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #3-#5 and #7, and the cartridges in Exhibits #176PBSO1, thirty-nine of the forty-one cartridges in #177APBSO1, #177BPBSO, #177PBSO1 and 177PBSO2, were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1-#10 were inserted and removed from any of the magazines in Exhibits #176PBSO2, #251A1-#251A5 and#251A9.

Page:  4  of  5

_Ju_

Analyst Initials

May 29, 2008                                          Laboratory Report, 2006-1013-2995 - Continued

## REMARKS

The cartridges in Exhibits #214 and #251A14 were submitted for continuity.

The magazines in Exhibits #251A6 and #251A7 were not suitable for comparison due to differences in caliber.

The magazine in Exhibit #251A8 was not suitable for comparison due to the lack of marks produced by its plastic lips.

The submitting authority is requested to pick up the exhibit(s) at their earliest opportunity.

CC: State Attorney's Office

---

Page:   5 of   5

_____
Analyst Initials



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

_____

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

June 26, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Michael B. Cohen
500 W Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Re: <u>United States v. Danny Varela, et al.,</u>
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

Enclosed please find the *curriculum vitae* and Statement of Qualifications of Jimmie D. Thompson, an employee of the Indian River Crime Lab.  This information is being provided as supplemental discovery under paragraph A. 6 of the Standing Discovery Order, and pursuant to Rule 702 of the Federal Rules of Evidence.  Mr. Thompson independently reached the same conclusions as Mr. Mark Chapman in the ballistics report we recently sent to you.  A copy of that same report is included here so there is no confusion about which ballistics report and examination Mr. Thompson can testify about. The lab compared bullet casings found at the homicide scene with bullets and/or casings found at 6458 Garden Court.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

/s *Stephen Carlton*

By:   Stephen Carlton
Assistant U.S. Attorney



# INDIAN RIVER CRIME LABORATORY

# STATEMENT OF QUALIFICATIONS

**Name** Jimmie D. Thompson

**Job Title** Technical Reviewer          **Date** 9/26/2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Discipline(s):** Indicate all areas in which you perform casework.

| | controlled substances | | toxicology |
| --- | --- | --- | --- |
| | firearms/toolmarks | | |
| | Biology | | |

**Please list all sub-disciplines in which you perform casework:**

Performs technical reviews on Firearms/Toolmarks cases, does not  perform casework

**Education:** List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
| --- | --- | --- | --- |
| Indiana University | 1960 - 1980 | Criminal Justice | B.S. |
| | | | |
| | | | |

**Continuing Education:** List continuing training, workshops, in-service and other formal education received. *Additional sheets may be attached as necessary.*

See Attached.

**Courtroom Experience:** List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

Hairs and Fibers 1976 - 1977 (5), Physical Match Evidence 1976 - 77, 1992 - 94 (2),

Toolmarks 1977 - 83, 1992 - present (3), Firearms Ident. 1977 - 83, 1992 - present (250)

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held with date(s) of these activities.

AFTE - Host Committee - 1994 (earned distinguished member status 1996)

MAFS - Member 1989

FDIAI - (Firearms Discipline committee) - 1994

**Employment History:** List all scientific or technical positions held (particularly those related to forensic science), with current position first. Give a brief summary of principal duties and tenure in each position.

(1)     Job Title _Technical Reviewer_

Principal Duties: _Conducts technical reviews of all analytical conclusions and/or opinions compiled_

_within case files/reports for the Firearms and Toolmarks Discipline. (Contractual Employee)_

Employer _Indian River Crime Laboratory_          Tenure: _02/2005 - Present_

**(2)** Job Title Forensic Science Supervisor

Principal Duties: Supervisor of Firearms Unit and Firearms Examiner - Examination of all types of

firearms evidence submitted and provides expert testimony of results in court.

Employer Palm Beach Sheriff's Office                    Tenure: 11/1994 - 01/2005

**(3)** Job Title Forensic Scientist

Principal Duties: Firearms Toolmarks Examiner - Examination of all types of firearms and toolmarks

evidence submitted and provides expert testimony of results in court.

Employer I/MC Forensic Svcs. Agency                    Tenure: 04/1992 - 10/1994

**(4)** Job Title Asst. Lab Director

Principal Duties: Directly responsible to the Director for all aspects of operation of four accredited

laboratories, including supervision of approximately 100 employees.

Employer Indiana State Police                    Tenure: 1989 - 1992

**Additional Qualifications:** List any further qualifications, such as research, scientific publications and/or authored or co-authored presentations, academic or teaching positions held or any other information considered relevant to your technical or scientific qualifications. *Additional sheets may be attached as necessary.*

AFTE Journal - Four separate publications

AFTE Annual Training Seminar - Presented paper (co-presenter) 1993

Certified Instructor - Indiana Law Enforcement Training Board

# Jimmie D. Thompson

## Training, Workshops, and Continuing Education

| | |
|---|---|
| N.I.B.I.N Transition Training<br>Largo, Florida | 2002 |
| F.D.L.E Trajectory Analysis Workshop<br>Orlando, Florida | 2000 |
| AFTE Annual Training Seminars (1979, 1993, 1994<br>1995, 1997, 1998, 1999) | |
| FBI Techniques in Firearms Identification School<br>Quantico, Virginia | 1998 |
| Drugfire System Training<br>West Palm Beach, Florida. | 1994 |
| Tiretrack and Footwear Identification<br>Illinois State Police – Indianapolis, Indiana | 1987 |
| Tours of numerous manufacturing facilities<br>of firearms and ammunition<br>Northeast Region | 1978 |
| Smith and Wesson and Beretta Armorer Schools<br>Springfield, Massachusetts | 1978 |
| FBI Gunshot Residue School<br>Quantico, Virginia. | 1978 |
| McCrone Research Institute (Forensic Microscopy)<br>Chicago, Illinois | 1976 |
| Firearms Internship<br>Indiana State Police – Indianapolis, Indiana | 1976 |



# INDIAN RIVER CRIME LABORATORY

### at INDIAN RIVER COMMUNITY COLLEGE
### 2502 SOUTH 35TH STREET
### FT. PIERCE, FL 34981-5573

## Laboratory Report
May 29, 2008

Submitted by:

Mark A Chapman
Criminalist

| | |
|---|---|
| Honorable Sheriff Ken Mascara | **Lab Case #:** 2006-1013-2995 |
| St. Lucie County Sheriff's Office | **Report #:** 0008 |
| 4700 W. Midway Rd. | **Agency Case #:** 1-06-013332 |
| Ft. Pierce, FL 34981 | |

Case Officer: FRED WILSON

DECEASED: Escobedo, Jose Luis
DECEASED: Escobedo, Luis Damian
DECEASED: Escobedo, Luis Julian
DECEASED: Escobedo, Yessica Guerrero
SUBJECT: Gutierrez, Juan
SUBJECT: Lopez, Lianna
SUBJECT: Sanchez, Ricardo
SUBJECT: Troya, Daniel
SUBJECT: Varela, Danny
SUBJECT: Vetere, Kevin

*Subpoenas should be directed as follows:*
*"Indian River Crime Laboratory at Indian River*
*Community College, Case No. 2006-1013-2995. "*

## EVIDENCE SUBMITTED

On 10/13/2006, Criminalist Mark Chapman received the following evidence from the St. Lucie County Sheriff's Office via BOBBY GREGG:

| | |
|---|---|
| Exhibit # 01: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 02: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 04: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 05: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 06: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 07: | Unsealed manila envelope containing a cartridge case. |
| Exhibit # 08: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 09: | One sealed manila envelope containing a cartridge case. |
| Exhibit # 10: | One sealed manila envelope containing an unsealed envelope containing a cartridge case. |

On 3/11/2008, Evidence Coordinator Kathi King received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

| | |
|---|---|
| Exhibit # 03: | Unsealed manila envelope containing a cartridge case. |

May 29, 2008                                        Laboratory Report, 2006-1013-2995 - Continued

Exhibit # 04:          Unsealed manila envelope containing a cartridge case.

Exhibit # 05:          Unsealed manila envelope containing a cartridge case.

Exhibit # 07:          Unsealed manila envelope containing a cartridge case.

On 4/22/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

Exhibit # 01:          One sealed manila envelope containing a cartridge case.

Exhibit # 02:          One sealed manila envelope containing a cartridge case.

Exhibit # 06:          One sealed manila envelope containing a cartridge case.

Exhibit # 08:          One sealed manila envelope containing a cartridge case.

Exhibit # 09:          One sealed manila envelope containing a cartridge case.

Exhibit # 10:          One sealed manila envelope containing an unsealed envelope containing a cartridge case.

Exhibit # 176PBSO:     Sealed brown paper bag containing an unsealed green makeup case, containing various caliber cartridges and shotshells, knives, magazines and a compass including seven cartridges and a magazine (sub-itemized Exhibits #176PBSO1 and #176PBSO2).

Exhibit # 177APBSO:    Sealed manila envelope containing an unsealed cartridge box, containing forty-one cartridges, an unsealed plastic bag containing four cartridges and a second unsealed plastic bag containing four cartridges (sub-itemized Exhibits #177APBSO1-#177APBSO3).

Exhibit # 177BPBSO:    Sealed manila envelope containing an unsealed plastic bag, containing fourteen cartridges.

Exhibit # 177PBSO:     Sealed brown paper bag containing an unsealed black shoulder bag, containing various caliber cartridges, brass knuckles, paint balls and laser sight components including an unsealed cartridge box containing one-hundred cartridges, an unsealed cartridge box containing fifty cartridges and an unsealed cartridge box containing eighty-six cartridges (sub-itemized Exhibits #177PBSO1-#177PBSO3).

Exhibit # 214:         Sealed brown paper bag containing a cartridge.

On 5/20/2008, Blood Alcohol Analyst Robert Parsons, Jr. received the following evidence from the St. Lucie County Sheriff's Office via BARBARA MORGAN:

Exhibit # 251:         Unsealed cardboard box containing Exhibits #251A and #251B.

Exhibit # 251A:    Sealed brown paper bag containing nine magazines, forty-six cartridges and a sealed manila envelope containing thirty-eight cartridges (sub-itemized Exhibits #251A1-#251A14).

Exhibit # 251B:    Sealed manila envelope containing twenty cartridges (sub-itemized Exhibits #251B1-#251B4).

Page:  2  of  5

Λʌ
Analyst Initials

May 29, 2008                                        Laboratory Report, 2006-1013-2995 - Continued

**PURPOSE:**

Characterization
Comparison

Analyst Initials

May 29, 2008                                          Laboratory Report, 2006-1013-2995 - Continued

## RESULTS

Examination of Exhibit #176PBSO1 revealed seven cartridges typical of 9mm Luger caliber, manufactured by or marketed as Valtion Patruunatehdas Lapua (VPT), having brass cases and copper colored steel jacketed round nose bullets.

Examination of Exhibit #177APBSO1 and 177BPBSO revealed fifty-five cartridges typical of 9mm Luger caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #177APBSO2 and #177PBSO3 revealed ninety cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed truncated nose bullets.

Examination of Exhibit #177APBSO3 revealed four cartridges typical of .40 S&W caliber, manufactured by or marketed as Ulyanovsk, having steel cases and copper colored steel jacketed truncated nose bullets.

Examination of Exhibit #177PBSO1 revealed one-hundred cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #177PBSO2 revealed fifty cartridges typical of 9mm Luger caliber, manufactured by or marketed as Remington, having brass cases and copper jacketed round nose bullets.

Examination of Exhibit #214 and #251A14 revealed thirty-nine cartridges typical of a 7.62x39mm caliber, manufactured by or marketed as Federal, having brass cases and copper jacketed spitzer point bullets.

Examination of Exhibit #251A10 and #251B1 revealed forty-three cartridges typical of .40 S&W caliber, having brass cases and brass jacketed hollow point bullets. All forty-three cartridges are typical of reloaded ammunition.

Examination of Exhibit #251A11 and #251B2 revealed thirteen cartridges typical of .40 S&W caliber, manufactured by or marketed as Winchester, having brass cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A12 and #251B3 revealed seven cartridges typical of .40 S&W caliber, manufactured by or marketed as PMC, having nickel cases and copper jacketed hollow point bullets.

Examination of Exhibit #251A13 and #251B4 revealed three cartridges typical of .40 S&W caliber, having nickel cases and brass jacketed hollow point bullets. All three cartridges are typical of reloaded ammunition.

The cartridge cases in Exhibits #1, #2, #6 and #8-#10, and one of the two cartridges in Exhibit #251A13 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge cases in Exhibits #3, #5 and #7, and two of the forty-one cartridges in Exhibit #177APBSO1 were identified as having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

The cartridge case in Exhibit #4 and two of the forty-one cartridges in Exhibit #177APBSO1 could not be identified as or excluded from having individual characteristics of an unknown origin but a common source typical of magazine lip marks or chamber marks.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1, #2, #6 and #8-#10, and the cartridges in Exhibits #177APBSO2, #177APBSO3, #177PBSO3, #251A10-#251A12, one of the two cartridges in #251A13 and #251B1-#251B4 were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #3-#5 and #7, and the cartridges in Exhibits #176PBSO1, thirty-nine of the forty-one cartridges in #177APBSO1, #177BPBSO, #177PBSO1 and 177PBSO2, were inserted and removed from the same magazine or cycled through the action of the same firearm.

There were no marks of common origin to indicate that the cartridge cases in Exhibits #1-#10 were inserted and removed from any of the magazines in Exhibits #176PBSO2, #251A1-#251A5 and #251A9.

Page:   4 of 5

_Analyst Initials_

May 29, 2008                                          Laboratory Report, 2006-1013-2995 - Continued

**REMARKS**

The cartridges in Exhibits #214 and #251A14 were submitted for continuity.

The magazines in Exhibits #251A6 and #251A7 were not suitable for comparison due to differences in caliber.

The magazine in Exhibit #251A8 was not suitable for comparison due to the lack of marks produced by its plastic lips.

The submitting authority is requested to pick up the exhibit(s) at their earliest opportunity.

CC: State Attorney's Office

---

Page:   5  of  5

Analyst Initials



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

August 12, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL  33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Re: United States v. Danny Varela, et al.,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

This letter provides supplemental discovery concerning the author (Omar Felix) of a lab report previously disclosed on May 8, 2008, ( i.e., a lab ballistics report [negative] received from the Palm Beach County Sheriff's Office, ("PBSO"). Attached is the curriculum vitae of the author of that report. Also please note that the government has retained Stephen Hills as an expert in the area of drug trafficking and drug ledgers. His "c.v." is attached; he will testify that in his expert opinion the handwritten notes found at the Escobedo home [previously disclosed in discovery] constituted drug ledgers consistent with trafficking in kilogram quantities of cocaine. Mr. Hills has a contract with the government which provides for a maximum compensation of approximately $6,800 in compensation for anticipated case analysis, trial preparation, court attendance, and court testimony.

Also enclosed is the curriculum vitae of PBSO firearms examiner Alison L. Quereau who authored reports earlier sent out in discovery [i.e., letter dated March 7, 2008] relating to separate shootings on Suwanee Drive and Mercer Avenue in West Palm Beach, FL.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

/s Stephen Carlton

By:   Stephen Carlton
      Assistant U.S. Attorney



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

October 17, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida  33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL  33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Re: <u>United States v. Danny Varela, et al.</u>,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

This letter provides supplemental discovery as follows:

1. PBSO lab report authored by Jay Mullins concerning ballistics analysis executed on June 21, 2006 concerning a shooting incident at 1305 Suwanee Drive, West Palm Beach, FL on April 28, 2006. [Please note that this incident was earlier disclosed by letter discovery dated March 7, 2008, in which 404(b) notice of this incident and a separate shooting episode was disclosed].

The Mullins report covered only the projectiles and not any cartridge cases recovered at the scene. The government earlier disclosed the separate ballistics analysis of the cartridge cases conducted by PBSO examiner Alison Quereau [same letter discovery of March 7, 2008]. Quereau concluded that the casings were specifically linked to a Romarm firearm found during the Garden Court search warrant on October 25, 2006.

2. Certified records from the Florida Department of Motor Vehicles, (DMV), the complete "body file" concerning a Chevrolet Lumina automobile in which two weapons were recovered on June 10, 2006 (See count 3, Third Superseding Indictment charging Varela and Troya with being 'felons-in-possession'). The original document can be viewed by contacting ATF Special Agent Michael Barbercheck, 561-623-4200.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

/s Stephen Carlton

By:   Stephen Carlton
      Assistant U.S. Attorney

# PALM BEACH COUNTY
# SHERIFF'S OFFICE

**RIC L. BRADSHAW, SHERIFF**

Technical Services Division, Telephone (561) 688-4200 Fax (561) 688-4228

## Firearms / Toolmarks Report

Det. Robert Bennett
Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

PBSO Case #:   06-060303
Agency Case #:   06-060303

**Secondary Agencies:**
None

## EVIDENCE

**Submission: 001**   ENV W/ TWO COPPER JACKETS RECOVERED FRM INSIDE STOVE "J", ENV W/ LEAD PROJECTILE RECOVERED FRM PORCH WALK WAY "L"

**Submission: 002**   ENV W/ COPPER PROJECTILE/JACKET RECOVERED FRM KITCHEN FLOOR, ENV W/ COPPER JACKET RECOVERED FRM BEDROOM OF UNIT A "N"

**Submission: 003**   ENV W/ COPPER PROJECTILE/JACKET RECOVERED FRM EXTERIOR WALL "O"

**Submission: 004**   ENV W/ LEAD PROJECTILE RECOVERED FRM DRYWALL IN CLOSET "D"

## REQUESTS AND CONCLUSIONS:

REQUEST: NIBIN



RESULTS AND CONCLUSIONS:

Submission 1 consisting of items 1 and 3 on the property receipt are as follows:
1-1 Two steel jacket fragments ( copper colored ) weighing 30.6 grains, both with extensive damage and no identifiable stria.
1-3 One steel rod 0.226 inches in diameter by 0.75 inches in length, weighing 55.0 grains and is typical of a steel core found in some military ammunition. Bullet cores have no contact with rifling inside gun barrels and therefore have no stria to compare or identify.

Submission 2 consisting of items 4 and 6 on the property receipt are as follows:
2-4 Steel jacket fragment weighing 27.2 grains having one land and two groove impressions with extensive damage.
2-6 Steel jacketed bullet and steel core weighing 30.1 grains ( stria marginal )
The two articles in submission 2 were compared with submissions 3-5. The two submissions could not be identified or excluded as having been fired in the same firearm.

Submission 3 - 5 Consisted of one steel projectile jacket having four lands and grooves with a right twist and weighing 41.8 grains. Wood-like fibers were imbedded in the projectile. This projectile was compared with submissions 2-4 and 2-6. The projectiles could not be identified or excluded as having been fired in the same firearm.

Submission 4 - 2 Consisting of one steel rod 0.224 inches in diameter and 0.75 inches long weighing 55.2 grains. This is typical of the steel core found in military ammunition projectiles.



*An ASCLD / LAB Accredited Laboratory Since 1991*

The above articles were not entered into the NIBIN data base ( not suitable ).

_Jay Mull_

Jay Mullins - Forensic Firearms Examiner

_6-21-06_

Date

## State of Florida
## DEPARTMENT OF
## HIGHWAY SAFETY AND MOTOR VEHICLES

**CHARLIE CRIST**
Governor

**BILL McCOLLUM**
Attorney General

**ALEX SINK**
Chief Financial Officer

**CHARLES H. BRONSON**
Commissioner of Agriculture

**ELECTRA THEODORIDES-BUSTLE**
Executive Director

**April 9, 2007**

### CERTIFICATION

I, Carl A. Ford, Director, Division of Motor Vehicles of the State of Florida hereby certify that I am the Custodian of Motor Vehicle Records of this Department and that a search has been made pertaining to:

> **1997 CHEV., 4 DOOR**
> **VIN #     2G1WL52M7V9122682**
> **TITLE #   72588550**

Attached hereto are copies of the records of the aforesaid vehicle, which are the exact copies of the motor vehicle records as shown on file in this office. This file consists of 18 pages.

> **Tallahassee, Florida**
> **I, Carl A. Ford, Director, Division**
> **of Motor Vehicles of the State of Florida**
> **hereby certify that this is a true and**
> **correct copy of the Motor Vehicle record**
> **on this file in this office.**

**I, Carl A. Ford, Director**
**Division of Motor Vehicles**
**Dept. Of Highway Safety and**
**and Motor Vehicles**

```
MTRFQ050           FLORIDA DEPARTMENT OF HIGHWAY SAFETY      PAGE:        1
COUNTY/AGENCY:   68/31   MOTOR VEHICLE INQUIRY REPORT        RUN DATE:03/22/2007
                                                            RUN TIME:093236
```

────────────────────────── VEHICLE INFO ──────────────────────────

```
VEHICLE ID NUM:  2G1WL52M7V9122682
VEHICLE TYPE:    AU            NET WEIGHT: 3303      YEAR MAKE:    1997
ODOMETER MILES:                GVW:                  VEHICLE MAKE: CHEV
ODOMETER STATUS: X             VEHICLE USE:P         BODY:         4D
ODOMETER TYPE:                 FUEL TYPE:            INHOUSE MAKE:
ODOMETER DATE:                 MAJOR COLOR:GRN       MINOR COLOR:
```

─────────────────────────────── TITLE INFO ───────────────────────────────

```
TITLE NUMBER:    72588550      PENDING:NO           CANCEL DATE:
ISSUE DATE:      02/22/2007                         CANCEL STATE: FL
SALVAGE TYPE:                                       EFS STATUS:
TITLE STATUS:    DUPLICATE                           ELT STATUS:
```

BRAND INFO

```
BRAND CODE:         NO BRANDS ON FILE      JUR:     BRAND DATE:
```

OWNER INFO

```
FEID/DL NUMBER:  P360162846900                      OWNER NUMBER:    1
BIRTH DATE/SEX:  05/30/1984  /  F                   RES COUNTY:      6
OWNER NAME:      POTTER, DEEANN BRIE
OWNER ADDR:      4402 BROADWAY ST
                 LAKE WORTH, FL  33461-2321

LEGAL OWNERSHIP:
```

──────────────────────────REGISTRATION INFO ──────────────────────────

```
LICENSE PLATE:   C416KY                    DECAL NUMBER:   18278645
PLATE CODE:      RGR                       DECAL YEAR:     2007
ISSUE DATE:      05/26/2005                ISSUE DATE:     01/03/2007
ARF CREDIT:      4.00                      EXPIRE DATE:    05/30/2007
REG USE:         PR                        UNIT NUM/FLEET:
CLASS CODE:      001                       LOCATION CODE:
COMMENTS:
```

─────────────────────── REGISTRANT INFO ───────────────────────

```
FEID/DL NUMBER:  P360162846900             REGISTRANT NUM:  1
REGIS. DOB/SEX:  05/30/1984  /  F          RES COUNTY:      6
REGISTRANT NAME: POTTER, DEEANN BRIE
REGISTRANT ADDR: 4402 BROADWAY ST
                 LAKE WORTH, FL  33461-2321
```

─────────────────────── LIEN HOLDER INFO ───────────────────────

```
FEID/DL NUMBER:                            LIEN NUMBER:
LIEN DOB/SEX:                              RES COUNTY:
LIEN DATE:                      LIEN       ELT FLAG:
                                RECEIVED:
LIEN HLDR NAME:
LIEN HLDR ADDR:      NO LIENS ON FILE
```

TRANS ID    487696414    TITLE_NUMBER    72588550



**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 6 | 4 | LAW | 2132 |

AUDIT #

TRANSACTION ID'S
L# 4728056
T# 487696414
B# 4598653

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 72588550 | 2G1WL52M7V9122682 | 1997 | CHEV | 4D | GRN | 3303 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 02  22  07 | DUT | PRIVATE | | | | | | |

Applicant/Owner's Name & Address
DEEANN BRIE POTTER
4402 BROADWAY ST
LAKE WORTH, FL 33461-2321

| | BIRTHDATE SEX MO. DAY YEAR | RESIDENT Y  N  ALIEN | CNTY RES# |
|---|---|---|---|
| | F  05  30  84 | X | 6 |

1st OWNER FL/DL# OR F.E.I.D.#
P360162846900

2nd OWNER FL/DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| | 0.00 | 0.00 | 0.00 |

Action Requested:    DUP TITLE LOST IN TRANSIT                Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|---|
| FL | 12/02/2006 | | XX | EXEMPT | ☐ | |

**LIEN INFORMATION**                DATE OF LIEN        RECEIVED DATE        FEID # OR FL / DL AND SEX AND DATE OF BIRTH        DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS                                            SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER

ADDRESS

DEALER LICENSE NO.                                    CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**
TRANSFER OF TITLE IS    ☐ PURCHASER HOLDS VALID EXEMPTION
EXEMPT FROM               CERTIFICATE
FLORIDA SALES OR USE   ☐ VEHICLE / VESSEL WILL BE USED
TAX FOR THE                   EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED    ☐ OTHER

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS    $    500.00

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES    $    0.00

☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
— I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
— I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE, IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____                    _____
Signature of Applicant/Owner                        Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/08

TRANS ID        487696414     TITLE_NUMBER        72588550

```
TITLE NUMBER IDEN NUM                    FL/OS/DOC NUMBER      VEHICLE NUMBER

72588550    2G1WL52M7V9122682     >>                          0072588550

REPORT AGENCY REPORTING AGENCY DESC
EXAM       >>    EXAMINING SECTION


                    (   )        EXT
ISSUE TYPE    ISSUE TYPE DESC            ISSUE DATE
RT   >>       RETURN TITLE               01/19/2007
CLEAR TYPE    CLEAR TYPE DESC.           CLEAR DATE
     >>
COMMENTS      NO SUCH NUMBER
FR CASE NUM            LIEN DATE


        LIENHOLDER OR SUSPENDED FR CUSTOMER
FEID/SSN/DL#            CUST. NAME
        . . .
```

Ret'd Title
Please remail To:
Correct Add

4402 Broadway St.
L.W. Fl. 33461-2321
Lake Worth
541-6585

5/22/07
(A.P.)
200 690651

TRANS ID   482305512   TITLE_NUMBER   72588550

| CNTY# | AGY# | SUB# | RPT# | | | TRANSACTION ID'S |
|---|---|---|---|---|---|---|
| 6 | 3 | LDB | 2008 | | | L#  1200211 |
| AUDIT # | | | | | | T#  482305512 |
| | | | | | | B#  672586 |



**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE/VESSEL**
**CERTIFICATE OF TITLE**

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | WT/LENGTH | GVW/LOC |
|---|---|---|---|---|---|---|---|
| 72588550 | 2G1WL52M7V9122682 | 1997 | CHEV | 4D | GRN | 3303 | |

| DATE OF ISSUE MO. DAY YEAR | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | FUEL | VESSEL TYPE | WATER | FL NUMBER |
|---|---|---|---|---|---|---|---|---|
| 01  03  07 | TRT | PRIVATE | | | | | | |

| | BIRTHDATE SEX  MO. DAY YEAR | RESIDENT Y  N  ALIEN | CNTY RES.# |
|---|---|---|---|
| | F  05  30  84 | X | 6 |

Applicant/Owner's Name & Address
DEEANN BRIE POTTER
4402 BROADWAY ST
WESTPALM BEACH, FL 33461

1st OWNER FL/DL# OR F.E.I.D.#: P360162846900
2nd OWNER FL/DL# OR UNIT #:

VOLUNTARY CONTRIBUTIONS

| | AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|
| | 4.75 | 35.00 | 32.50 | 72.25 |

Action Requested:  TRANSFER TITLE

Brands:

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|---|
| FL | 12/02/2006 | | XX | EXEMPT | ☐ | |

**LIEN INFORMATION**           DATE OF LIEN          RECEIVED DATE          FEID # OR FL / DL AND SEX AND DATE OF BIRTH          DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS                                                                    SALVAGE TYPE

**SELLER INFORMATION**
NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER

ADDRESS

DEALER LICENSE NO.                                                         CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**

TRANSFER OF TITLE ☐   PURCHASER HOLDS VALID
IS EXEMPT FROM       EXEMPTION CERTIFICATE
FLORIDA SALES OR ☐   VEHICLE / VESSEL WILL BE
USE TAX FOR THE      USED EXCLUSIVELY FOR RENTAL
REASON(S) CHECKED ☐  OTHER

| INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS | $ | 500.00 |
|---|---|---|
| INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES | $ | 32.50 |

☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**
I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.
I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner                    Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06

TRANS ID   482305512   TITLE_NUMBER   72588550

A07928

**STATE OF FLORIDA** | **LIEN SATISFACTION**

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS. NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 2G1WL52M7V9122682 | 1997 | CHEV | | 4D | 3303 | | 72588550 |

REGISTERED OWNER

SONIA VARELA FLORES
2074 LONGWOOD RD
WPB   FL 33409

DATE OF ISSUE

08/17/2005

LIEN RELEASE
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED

BY _____

MAIL TO:

SONIA VARELA FLORES
2074 LONGWOOD RD
WPB   FL 33409-6320

TITLE _____ DATE

---

## CERTIFICATE OF TITLE

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN SUBMITTED UNDER SECTION 319.23/328.03, FLORIDA STATUTES, TITLE TO THE MOTOR VEHICLE OR VESSEL DESCRIBED BELOW IS VESTED IN THE OWNER(S) NAMED HEREIN, THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR SAID MOTOR VEHICLE OR VESSEL

| IDENTIFICATION NUMBER | YR | MAKE | MODEL | BODY | WT-L-BHP | VESSEL REGIS. NO. | TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 2G1WL52M7V9122682 | 1997 | CHEV | | 4D | 3303 | | 72588550 |

| PREV STATE | COLOR | PRIMARY BRAND | SECONDARY BRAND | NO OF BRANDS | USE | PREV ISSUE DATE |
|---|---|---|---|---|---|---|
| FL | GRN | | | | PVT | 03/07/1997 |

| ODOMETER STATUS OR VESSEL MANUFACTURER OR OH USE | HULL MATERIAL | PROP | DATE OF ISSUE |
|---|---|---|---|
| 121136 MILES   08/17/2005 ACTUAL | | | 08/17/2005 |

REGISTERED OWNER
SONIA VARELA FLORES
2074 LONGWOOD RD
WPB   FL 33409

LIEN RELEASE
INTEREST IN THE ABOVE DESCRIBED VEHICLE IS HEREBY RELEASED

BY _____

TITLE _____ DATE

1ST LIENHOLDER

NONE

DIVISION OF MOTOR VEHICLES   TALLAHASSEE   FLORIDA

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

DIRECTOR

Control Number 73778692

EXECUTIVE DIRECTOR

ODOMETER CERTIFICATION - Federal and state law require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted and certified to be free from any liens except as noted on the face of this certificate and the motor vehicle or vessel described is hereby transferred to:

Purchaser: Deeann Potter 4402 Boardway   Address: St W.P.B. Fl 33461

I/We state that this 5, pri 6 digit odometer now reads [  ] [  ] [  ] [  ] [xx] (no tenths)   Selling Price: $ 500.00   Date Sold: 12/2/04

miles, date read _____ and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the odometer statement blocks is checked.

CAUTION:
DO NOT CHECK
BOX IF ACTUAL
MILEAGE

1. I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
2. I hereby certify that the odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Purchaser: Deeann Potter   Printed Name of Purchaser: Deeann Potter

Signature of Co-Purchaser: _____   Printed Name of Co-Purchaser: _____

Signature of Seller: Sonia Varela Flores   Printed Name of Seller: SONIA VARELA FLORES

Signature of Co-Seller: _____   Printed Name of Co-Seller: _____

(When Applicable)
Selling Dealer's License Number: _____   Tax No.: _____

Auction Name: _____   License Number: _____   Tax Collected: $ _____

HSMV 82250 (REV 12/02)   **STATE OF FLORIDA**

TRANS ID     482305512     TITLE_NUMBER     72588550

## STATE OF FLORIDA
## LIEN SATISFACTION

MOTOR VEHICLES, MOBILE HOMES AND VESSELS

SECTION 319.24(5)(B) AND 328.15(7)(B) FLORIDA STATUTES, PROVIDES THAT UPON THE SATISFACTION OF A LIEN, THE LIENHOLDER WILL, WITHIN TEN DAYS, COMPLETE THE SPACE PROVIDED ON THE CERTIFICATE OF TITLE, DETACH THE COMPLETED LIEN SATISFACTION AND MAIL IT TO THE DEPARTMENT. IF THE CERTIFICATE OF TITLE WAS RETAINED BY THE OWNER, THE OWNER WILL, WITHIN FIVE DAYS OF THE SATISFACTION OF LIEN, DELIVER THE TITLE TO THE LIENHOLDER. THE LIENHOLDER WILL ENTER THE SATISFACTION IN THE SPACE PROVIDED ON THE FACE OF THE TITLE. IF THERE ARE NO ADDITIONAL LIENS SHOWN ON THE TITLE, THE LIENHOLDER WILL DETACH THE COMPLETED LIEN SATISFACTION, AND FORWARD IT TO THE DEPARTMENT, WITHIN TEN DAYS, AND MAIL THE TITLE TO THE OWNER.

SECTION 319.24(5)(C) AND 328.15(7)(C) FLORIDA STATUTES, PROVIDES THAT IF THERE ARE ADDITIONAL LIENS NOT SATISFIED, A LIEN SATISFACTION FOR THE FIRST LIEN WILL BE GIVEN TO THE REGISTERED OWNER BY THE LIENHOLDER. THE CERTIFICATE OF TITLE SHOWING A SATISFACTION OF THE FIRST LIEN WILL BE FORWARDED BY THE LIENHOLDER TO THE DEPARTMENT.

### Department of Highway Safety and Motor Vehicles
### Neil Kirkman Building
### Tallahassee, Fl 32399-0500



STATE OF FLORIDA
APPLICATION FOR VEHICLE/VESSEL
CERTIFICATE OF TITLE
AND/OR REGISTRATION

| COUNTY | AGY # | SUB # | REPORT # |
|---|---|---|---|
| 6 | 1 | SEK | 1694 |

L # 1195628

T# 429477055
B# 527650
R# 429477338

| DECAL NUMBER | DECAL YR. ISSUED | SEX | BIRTHDATE MO | DAY | YEAR | EXPIRES MO | DAY | YEAR | TRANS CODE | INSURANCE PIP LIABILITY | PLATE ISSUED | RESIDENT Y | N | ALIEN | COUNTY RES. # | DATE OF ISSUE MO | DAY | YEAR | PLATE NUMBER OR FLORIDA # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 18832300 | 5 | X F | 11 | 19 | 73 | 11 | 19 | 05 | ORR | C | | | X | X | 6 | 08 | 17 | 05 | RH43G |

| TITLE NUMBER | VEHICLE / VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | CLASS | WT / LENGTH | GVW / LOC |
|---|---|---|---|---|---|---|---|
| 72588550 | 2G1WL52M7V9122682 | 1997 | CHEV | 4D | 1 | 3303 | |

| HULL MATERIAL | PROPULSION | FUEL | VESSEL USE | VESSEL TYPE | WATER | INV CODE | VEHICLE COLOR | 1st OWNER FL / DL# OR F.E.I.D # |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | FYR GRN | F462798729193 |

Applicant / Owner's Name & Address

SONIA VARELA FLORES
2074 LONGWOOD RD
WPB, FL 33409

2nd OWNER FL / DL# OR UNIT #

VOLUNTARY CONTRIBUTIONS

| FLEET NUMBER | CREDIT VEHICLE MOS. CLASS WT/LENGTH | MOS. | REG. FEE | INIT. REG. | AGENCY FEE | MAIL FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | 3 | 65.10 | 1.00 | 7.75 | 0.00 | 25.00 | 6.50 | 204.35 |

Action Requested: TRANSFER TITLE                     Brands: _____

| STATE PREV. REG. | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER |
|---|---|---|---|---|
| FL. | 08/17/2005 | | XX | 121,136 MILES 08/17/2005 ACTUAL |

| LIEN INFORMATION | DATE OF LIEN | FEID # OR FL / DL # AND SEX AND DATE OF BIRTH | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|
| NAME OF FIRST LIENHOLDER: (IF NO LIEN, ENTER NONE) | | | |
| ADDRESS: | | | VEHICLE USE: PRIVATE |
| CITY | STATE | ZIP CODE | SALVAGE TYPE |

**SELLER INFORMATION**

NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER:

ADDRESS:

| CITY | STATE | ZIP CODE |
|---|---|---|

DEALER LICENSE NO.

**SALES TAX AND USE REPORT**

CONSUMER OR SALES TAX EXEMPTION #

TRANSFER OF TITLE IS EXEMPT FROM FLORIDA SALES OR USE TAX FOR THE REASON(S) CHECKED

☐ PURCHASER HOLDS VALID EXEMPTION CERTIFICATE

☐ VEHICLE/VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS   $ 100.00

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES   $ 6.50

☐ OTHER _____                                    ☐ SELLING PRICE VERIFIED

**APPLICANT CERTIFICATION**

☐ I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED, NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner                     DMV COPY                     Signature of Applicant/Co-Owner

HSMV 82041 (REV. 07/92) S



State of Florida
Tax Collector, Palm Beach County

# Bill of Sale
# &
# Remove Name Affidavit

The undersigned hereby certifies the following fact(s) regarding the vehicle/vessel described:

| 1997 | Chevy | 72588550 | | 2G1WL52M7V9122682 |
|------|-------|----------|--|-------------------|
| Year | Make | Title Number | FL Number | Vehicle/Hull Number |

The name ___JASON Hogue___ was entered on the title for the above described vehicle/vessel in error. The above-mentioned person did not own or take legal possession of, said vehicle/vessel.

For the sum of $ ___100.00___, I hereby sell, assign and/or transfer all rights, title and interest

to: ___Sonia Flores___.

And hereby certify that this is my personal property and that I have the legal right to dispose of same as is. The said vehicle/vessel is free and clear from all claims and liens.

**Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.**

| _Jason Hogue_ | _Jason Hogue_ | 8·17·05 |
|---|---|---|
| Signature of person named | Printed name of person named | Date |

| _Dawn Elwood_ | _Dawn Fitwood_ | 8·17·05 |
|---|---|---|
| Signature of seller | Printed name of seller | Date |

| _Sonia Flores_ | _Sonia Flores_ | 8·17·05 |
|---|---|---|
| Signature of purchaser | Printed name of purchaser | Date |

PBCTC Form 162 (03/02)

# CERTIFICATE OF TITLE



STATE OF FLORIDA

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS TITLE
ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.

CAUTION:
DO NOT CHECK
BOX IF ACTUAL
MILEAGE

NOTICE: $10.00 PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

THIS VEHICLE WILL BE USED AS ☐ TAXICAB   ☐ POLICE CAR   ☐ LEASED   ☐ PRIVATE
☐ I/WE HEREBY CERTIFY THAT THE VEHICLE TO BE TITLED WILL NOT BE OPERATED ON THE PUBLIC HIGHWAYS OF THIS STATE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES - DIVISION OF MOTOR VEHICLES
NEIL KIRKMAN BUILDING - TALLAHASSEE, FL 32399-0610

# APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION

APPLICATION TYPE: ☐ ORIGINAL ☑ TRANSFER   VEHICLE TYPE: ☐ OFF-HIGHWAY VEHICLE ☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL

## 1   OWNER / APPLICANT INFORMATION

| Customer Number | Unit Number | Fleet Number |
|---|---|---|

☐ OR ☐ AND   NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."

If applicable: ☐ Life Estate/Remainder Person   ☐ Tenancy By the Entirety   ☐ With Rights of Survivorship   Owner's County of Residence: _____

| Owner's Name As It Appears on Driver License (First Name, Full Middle/Maiden Name, Last Name) | Date of Birth | Sex | FL Driver License or FEID/Suffix Number |
|---|---|---|---|
| Sonia Flores | 11-19-72 | F | F462-798-72-919-0 |
| Co-Owner's Name As It Appears on Driver License (First Name, Full Middle/Maiden Name, Last Name) | Date of Birth | Sex | FL Driver License or FEID/Suffix Number |
| | | | |
| Lessee's First Name, Full Middle/Maiden Name, Last Name | Date of Birth | Sex | FL Driver License or FEID/Suffix Number |
| | | | |

| Owner's Mailing Address(Mandatory) | City | State | Zip |
|---|---|---|---|
| 2074 Longwood Rd | W. P. B | FL | 33409 |
| Co-Owner's or Lessee's Mailing Address (Mandatory) | City | State | Zip |
| | | | |
| Owner's or Lessee's Physical Street Address in Florida (Mandatory) | City | State | Zip |
| | | | |
| Physical Address of Mobile Home (if applicable)   Check if in a mobile home rental park with 10 or more lots. ☐ | City | State | Zip |
| | | | |
| Mail To Customer Name (If different From Above Owner) | Date of Birth | Sex | FL Driver License or FEID/Suffix Number |
| | | | |
| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
| | | | |

## 2   MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| 2G1WL52M7V9122682 | Chev | 97 | 4D | GRN | 72588550 |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length Ft. In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE |
|---|---|---|---|---|---|---|
| FL | Youth Ranch | 3303 | | | | ☐ PASSENGER   ☐ OTHER |

| TYPE | | | HULL MATERIAL | | PROPULSION | | FUEL | | *DRAFT OF VESSEL (The depth of water a vessel draws) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Open Motorboat | ☐ Houseboat | ☐ Personal Watercraft | ☐ Wood | ☐ Aluminum | ☐ Outboard | ☐ Sail | ☐ Gas | | |
| ☐ Cabin Motorboat | ☐ Pontoon | ☐ Canoe | ☐ Fiberglass | ☐ Steel | ☐ Inboard | ☐ Air Propelled | ☐ Diesel | | FT. ____ IN. ____ |
| ☐ Auxiliary Sailboat | ☐ Airboat | ☐ Other ____ | ☐ Wood/Fiberglass | | ☐ Inboard/Outboard | | ☐ Electric | | *For all vessels 26' or more in |
| ☐ Inflatable | ☐ Sailboat | Specify | ☐ Other____ Specify | | ☐ Other____ Specify | | ☐ Other____ Specify | | length and all sailboats |

| USE OF VESSEL | | | | Owner | Co-Owner | PREVIOUS OUT-OF-STATE REGISTRATION NUMBER: |
|---|---|---|---|---|---|---|
| ☐ Recreational (Pleasure) | ☐ Commercial Blue Crab | ☐ Commercial Stone Crab | Are you a Florida resident? ☐ yes ☐ no | ☐ yes ☐ no | | |
| ☐ Dealer/Manuf. ☐ Commercial Fish | ☐ Commercial Live Bait | ☐ Commercial Shrimp Recip. | Are you an alien? ☐ yes ☐ no | ☐ yes ☐ no | | |
| ☐ Exempt ☐ Hire (Livery) | ☐ Commercial Mackerel | ☐ Commercial Shrimp Non-Recip. | | | | |
| ☐ Government ☐ Commercial Sponge | ☐ Commercial Oyster | ☐ Commercial Spiney Lobster | | | | |
| | ☐ Commercial Charter | ☐ Commercial Other | | | | |

Previously Federally Documented Vessel, Attach Copy of:   State of Principal Use
☐ U.S. Coast Guard Release From Documentation Form; or   ☐ Copy of Canceled Documentation Papers

## 3   BRANDS, USAGE AND TYPE (Check Applicable Boxes)

| ☐ SHORT TERM LEASE | ☐ LONG TERM LEASE | ☐ REBUILT | ☐ POLICE VEHICLE | ☑ PRIVATE USE | ☐ TAXI CAB | ☐ FLOOD VEHICLE | ☐ ILEV VEHICLE |
|---|---|---|---|---|---|---|---|
| ☐ ASSEMBLED FROM PARTS | ☐ REPLICA | ☐ KIT CAR | ☐ GLIDER KIT | ☐ MANUFACTURER'S BUY BACK | | | ☐ ELECTRIC VEHICLE |

## 4   LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER ☐ | FEID # or DL # and Sex and Date of Birth or DMV Account # | Date of Lien | Lienholder's Name   None |
|---|---|---|---|
| Lienholder's Address | | City | State   Zip |

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.   (Signature of Lienholder's Representative)

## 5   TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?   100.00
☒ SALE   ☐ GIFT   ☐ REPOSSESSION   ☐ COURT ORDER   ☐ OTHER (SPECIFY) _____   DATE ACQUIRED 8/17/05

## 6   ODOMETER DECLARATION

WARNING:   Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I STATE THAT THIS MOTOR VEHICLE'S ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS |1|2|1|,|1|3|6| .☒ (NO TENTHS) MILES, DATE READ 8/17/05 AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED IN THIS DOCUMENT, UNLESS ONE OF THE FOLLOWING IS CHECKED:

CAUTION:
DO NOT CHECK
IF ACTUAL MILEAGE

☐ 1. I HEREBY CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ 2. I HEREBY CERTIFY THAT THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.   WARNING – ODOMETER DISCREPANCY

## 7   DEALER SALES TAX REPORT

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| | | | | |

HSMV 82040 (REV. 11/04) S          http://www.hsmv.state.fl.us

**8** | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be:

(Vehicle Identification Number)

DATE          SIGNATURE                              PRINTED NAME

Law Enforcement Officer or Florida Dealer's Name _____   Badge # or Florida Dealer # _____   Notary Stamp or Seal

FL DMV/Tax Collector Employee _____   Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____   NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

**9** | SALES TAX EXEMPTION CERTIFICATION

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN HUSBAND AND WIFE ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

**10** | REPOSSESSION DECLARATION

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

**11** | NON-USE AND OTHER CERTIFICATIONS

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE.

☐ OTHER: (EXPLAIN) _____

**12** | APPLICATION ATTESTMENT AND SIGNATURES

I/WE PHYSICALLY INSPECTED THE ODOMETER AND I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER)          Date          SIGNATURE OF APPLICANT (CO-OWNER)          Date

**13** | RELEASE OF SPOUSE OR HEIRS INTEREST

The undersigned person(s), state as follows: That _____ of _____ County, Florida died on the _____ day of _____, 20___ ☐ testate (with a will) ☐ intestate (without a will) and left surviving (him/her) the following beneficiaries:

Signature(s) of surviving spouse, co-owner and/or heirs. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Print or Type Name of Spouse, Co-owner or Heir(s)          Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. That the estate is not indebted and the assets of the estate, excluding this motor vehicle, mobile home or vessel are sufficient to pay all just claims and that no probate proceedings have been instituted upon the estate. That the person(s) signing above hereby releases all their right, title, interest and claim as heirs at law, legatees, devisee, or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

HSMV 82040 (REV. 11/04) S          http://www.hsmv.state.fl.us

STATE OF FLORIDA
APPLICATION AND CERTIFICATION OF TITLE AND/OR
VEHICLE REGISTRATION AND

7 0 8 5 5 5 7 0 5 6 9

00173    11 09    0    38.35    10:54 02/08/97

02/08/97                                                    10

DECAL NUMBER
07700234    4    F 093071  093097  ELWO          0    0    0    TWN91Q          1 = COM
                                                                COLOR GRN        24 = AGY#
TITLE NUMBER    VEHICLE IDENTIFICATION NO.    YR MAKE  WT LENGTH  CLASS  GVWR/GCE          CHEV    4D        728 = RPT#
72588550    2G1WL52M7V9122682    97   3303   03                                          TWN91Q    =T
            AA-    AC-NA-TF-00                                                            07700234=D
ELWOOD, DAWN M                              E43017371850    NO FL DL                    T-ONLY= 0
2590 NW 89 AVE                              A    X    0.00   0.00  02 0097              *0*01*
SUNRISE FL,              33322              DEL 0.0        TAG TOTAL$    4.60            PREV ISS DTE
                         $.50BF
TAG MONEY    1.60    0.00    3.00    0.00              TAG TOTAL$  4.60          01
MVWTR                    $.50BF
TITLE MONEY $ 25.00    0.00    2.00    4.75    33.75        0.00    38.35        00173  11
ODT $1

ORIGINAL - NEW                    OFFICE TITLE #          TRANSACTION CODE
                                  72588550 6              11

STATE PREV. REG.  DATE VEHICLE ACQD  NEW  USED  ODOMETER
      N          012897        X          000047 01/28/97 A-ACTUAL MILEAGE

NAME OF FIRST LIENHOLDER OR IF NO LIEN, ENTER NONE:
GMAC
ADDRESS:                                DATE OF LIEN:
P.O. BOX 310715                        012897
CITY-STATE                ZIP CODE                    REPLACEMENT TAG/DECAL
BOCA RATON FL,          33431-0715

NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER:
LOU BACHRODT CHEV COCONUT CREEK
ADDRESS:                                TAG NUMBER        DECAL NUMBER      YEAR

CITY-STATE                ZIP CODE

DEALER LICENSE NO.    SALES TAX REGISTRATION NO.          INDICATE TOTAL PURCHASE PRICE                    0.00
7VF000852A                                                INDICATE SALES OR USE TAX DUE AS PROVIDED BY      0.00
                                                          CHAPTER 212, FLORIDA STATUTES

                                                          SALES TAX COLLECT BY DLR      650.13

VEHICLE USAGE  P PRIVATE      X ODOMETER DECLARATION CERTIFICATION

                                                          NOTARY PUBLIC
                                                          8    FEB        97
                                                          DAY OF

SIGNATURE OF APPLICANT      SIGNATURE OF PERSON AUTHORIZED TO SIGN FOR

SIGNATURE OF APPLICANT      SIGNATURE OF PERSON AUTHORIZED TO SIGN FOR

DMV COPY        (NOTARY STAMP)

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:
☐ I CERTIFY THAT: (1) THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT. (2) FOR MOTOR VEHICLES OR MOBILE HOMES, A CERTIFIED COPY OF WHICH IS ATTACHED TO THIS APPLICATION, (3) FOR VESSELS, A PHOTOCOPY OF WHICH IS ATTACHED TO THIS APPLICATION and (4) THE MOTOR VEHICLE, MOBILE HOME OR VESSEL IS NOW IN MY POSSESSION.
☐ I CERTIFY THAT THE SALES CONTRACT FOR THE IDENTIFIED MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS PURCHASED ON (DATE) _____ FROM _____

NON-USE AND OTHER CERTIFICATIONS

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT: ☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE.
☐ OTHER, EXPLAIN _____   ☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE.

DEALER SALES TAX HERE

| 16-30-295344-24 | 01/28/97 | VF852A | 650.13 | |

---

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### DIVISION OF MOTOR VEHICLES
Neil Kirkman Building, Tallahassee, 32399-0500
### MOTOR VEHICLE DEALER TITLE REASSIGNMENT SUPPLEMENT
(Instructions on Reverse Side)

HSMV 82994 REV. (10/95)

For use by licensed MOTOR VEHICLE DEALERS, AUCTION DEALERS and THEIR BUYERS ONLY

This reassignment is supplement to: ☐ Title No. _____   State of Issue: _____
☒ Manufacturer's Statement or Certificate of Origin

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 2G1WL52H7V9122682 | 97 | CHEVROLET | LUMINA | 4DR |

### REASSIGNMENT INFORMATION

| Name of Selling Dealer (Print) | Dealer License Number | State of License |
|---|---|---|
| LOU BACHROOT CHEVROLET, INC. | VF852A | FL |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 5500 N. STATE ROAD 7 | COCONUT CREEK | FL | 33073 |

| Sales Tax Collected | Sales Tax Reg. No. (Sales Tax information is not required on dealer to dealer transactions) |
|---|---|
| $ 650.13 | 16-30-295344-24 |

| Buyer's Name(s) | Date of Sale |
|---|---|
| DAWN M ELWOOD | 01/28/97 |

| Buyer's Address | City | State | Zip Code |
|---|---|---|---|
| 2590 NW 89 AVE | SUNRISE | FL | 33322 |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| N/A | N/A | N/A | 01/28/97 |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I STATE THAT THIS MOTOR VEHICLE'S ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐7 ☒ (NO TENTHS) MILES.
DATE READ 01 28 97, AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED IN THIS DOCUMENT UNLESS ONE OF THE FOLLOWING IS CHECKED:

CAUTION:
DO NOT CHECK.  ☐ 1. IN EXCESS OF ITS MECHANICAL LIMITS. I HEREBY CERTIFY THAT, TO THE BEST OF MY KNOWLEDGE, THE ODOMETER READING REFLECTS THE AMOUNT OF THE MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.
IF ACTUAL
MILEAGE  ☐ 2. NOT THE ACTUAL MILEAGE. I HEREBY CERTIFY THAT THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.
WARNING - ODOMETER DISCREPANCY.

SELLER AFFIRMS, UNDER PENALTY OF PERJURY, THAT THE ABOVE FACTS ARE TRUE AND CORRECT TO THE BEST OF HIS KNOWLEDGE

| LOU BACHROOT CHEVROLET, INC. | Dealer's Agent Signature |
|---|---|

| Buyer's Signature (1) Acknowledges Receipt of Statement | Buyer's Signature (2) Acknowledges Receipt of Statement |
|---|---|
| Dawn Elwood | |

| Buyer's Printed Name (1) Last, First, Full Middle or Maiden | Buyer's Printed Name (2) Last, First, Full Middle or Maiden |
|---|---|
| DAWN ELWOOD | |

| 2590 NW 89 AVE | SUNRISE | FL | 33322 |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

FILE - ORIGINAL: WITH TITLE          2nd COPY: DMV          3rd COPY: DEALER RECORD

STATE OF FLORIDA
APPLICATION FOR CERTIFICATE OF TITLE WITH/OR
WITHOUT REGISTRATION AND



| LIENHOLDER | ODOMETER DISCLOSURE FOR RETAIL SALE | DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 4 | DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 3 | DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 2 | DISTRIBUTOR-DEALER ASSIGNMENT NUMBER 1 |
|---|---|---|---|---|---|

GMAC
P.O. BOX 310715 BOCA RATON FL 33431-0715

PURCHASER: DAKN M. ELWOOD
ADDRESS: 2590 NW 89 AVE SURRISE FL 33322

State of FL
County of BROWARD

DEALER: LOU BACHRODT CHEVROLET, INC.

GM521 REV. 3-91

Case 9:16-cv-80700-BB  Document 49-3  Entered on FLSD Docket 11/14/2016  Page 62 of 72

**SALES TAX EXEMPTION CERTIFICATION**

THE PURCHASE OF A MOTOR VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIBED ABOVE HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE     CONSUMER'S CERTIFICATE OF EXEMPTION NO.
☐ MOTOR VEHICLE   ☐ MOBILE HOME   ☐ VESSEL, WILL BE USED EXCLUSIVELY FOR RENTAL

I hereby certify that purchasing of the motor vehicle, mobile home or vessel described on this application, is not subject to the sales and use tax for the following reason:   ☐ INHERITANCE   ☐ GIFT
SALES TAX REGISTRATION NUMBER
☐ DIVORCE DECREE   ☐ TRANSFER BETWEEN HUSBAND AND WIFE   ☐ EVEN TRADE OR TRADE DOWN (COMPLETE SECTION 13)   ☐ TRANSFEROR INFORMATION (COMPLETE SECTION 13)
☐ OTHER (EXPLAIN)

**SALES TAX INFORMATION**

EVEN TRADE OR TRADE DOWN - STATE THE FACTS OF THE EVEN TRADE OR TRADE DOWN IN THE SPACE PROVIDED BELOW.

TRANSFEROR INFORMATION
NAME
PRINT TRANSFEROR NAME
ADDRESS
CITY                STATE                ZIP

NOTE: ANY PRESUMPTION REGARDING THE TAXABILITY OF AIRCRAFT, BOATS, MOBILE HOMES, MOTOR VEHICLES, OR OTHER VEHICLES OF A CLASS OR TYPE REQUIRED TO BE REGISTERED, LICENSED, TITLED, OR DOCUMENTED IN THIS STATE OR BY THE UNITED STATES GOVERNMENT, ESTABLISHED BY RULE 12A-1.007 F.A.C., MAY BE REBUTTED ONLY BY CLEAR AND CONVINCING EVIDENCE TO THE CONTRARY. DECLARATIONS AFTER THE FACT ARE OF LITTLE VALUE AS EVIDENCE BECAUSE OF THEIR SELF-SERVING NATURE AND WILL BE GIVEN LITTLE WEIGHT.

**MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION**

COMPLETION OF THIS PART REQUIRES A PHYSICAL INSPECTION OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED FLORIDA DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER OR DIVISION OF MOTOR VEHICLE COMPLIANCE EXAMINER/INSPECTOR, COMPLETING THE VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER. COMPLETE THIS BLOCK ON NEW VEHICLES SOLD BY AN OUT-OF-STATE DEALER OR OUT-OF-STATE MANUFACTURER AND ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS NOT PREVIOUSLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the vehicle described on side 1 of this form and found the vehicle identification number to be   (VEHICLE IDENTIFICATION NUMBER)

DATE                SIGNATURE                PRINTED NAME
Any Law Enforcement Officer            Badge or ID Number            SEAL
Florida Dealer License Number
Florida Compliance Examiner / Inspector Badge or ID Number

**APPLICATION ATTESTMENT AND SIGNATURES**

I / WE PHYSICALLY INSPECTED THE IDENTIFICATION NUMBER AND ODOMETER AND I / WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Dillon Elwood / Dawn Elwood
SIGNATURE OF APPLICANT (OWNER)            SIGNATURE OF APPLICANT (CO-OWNER)

**RELEASE OF SPOUSE OR HEIRS INTEREST**

The undersigned person(s), state as follows: That _____ County, Florida died on the ____ day of ____ 19 ____   ☐ testate (with a will) (certified copy must be attached)   ☐ intestate (without a will) and left surviving the following beneficiaries:

NAME            RESIDENCE

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in Section 2 of this form. That the estate is not indebted, and the assets of the estate, excluding this motor vehicle, mobile home or vessel are sufficient to pay all just claims and that no probate proceedings have been instituted upon the estate. That the undersigned person(s) hereby release all their right, title, interest and claim as heirs of law, legatees, devisee, or otherwise to the aforesaid motor vehicle, mobile home or vessel to: _____

A copy of the Death Certificate must be attached.            Applicant (Type or Print)

Signatures of surviving spouse, co-owner and/or heirs. More than one form HSMV 82040 may be used for additional signatures.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

RESIDENTS OF FLORIDA OR ALL VESSEL OWNERS SHOULD SUBMIT THIS FORM AND ALL OTHER DOCUMENTATION TO THE LOCAL TAX COLLECTOR'S OFFICE FOR PROCESSING. OUT-OF-STATE MOTOR VEHICLE OR MOBILE HOME APPLICANTS MAY SUBMIT APPLICATION DIRECTLY TO DHSMV, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0500.

HSMV 82040 (Rev. 5/06) S

```
LIC PLT NUM RH63G        RETR ALL    TRANS CODE DESC DUP REG REGIS
VEH ID NUM  2G1WL52M7V9122682        ...   FL/DO/OOS
                                                #
                    PREV LP                INIT EXEMPT PLT
                    NUM                    NUM
EFF. DATE   01/10/2006 EXP. DATE 11/19/2006 INITIAL FEE      PAID
                                            STATUS
LIC         FYR        EXP. DATE 02/17/2010   PLATE ISS DATE 08/17/2005
PLATE
CODE
DECAL YEAR  2006       DECAL NUM 17970260    DECAL ISS DATE 01/10/2006
DECAL TYPE  VDC        CANC. REASON             CANC. DATE
REPLACE RSN            LIC PLT STATUS    I        TITLE NUM 72588550
                       FLEET                   VES REG NUM
                       NUM /
                       UNIT NUM
REG TYPE    R          REG ONLY REASON          REG ONLY FLAG[  ]
REG STATUS  A          COUNTY     CITY            RENTAL PARK[  ]
                       NUMBER
VEH CLASS   001        REG USE PR  API           MAIL TO    [F ]  ...
                                                   CUST?
TRUE LICENSE PLATE RH63G       REGIS NUM 227128104    VOIDED[  ]
TAX CREDIT STATE               TRANS. ID 461450970    PREV ID
UNSTRUCT. NAME                                   MAIL TRANS[  ]
COMMENT
PLATE EXPLANATION                               MORE...
                                               ┌HISTORY DETAIL ──┐
CUSTOMER                                        │FEES       [T ]
SONIA VARELA FLORES                      ...    │TITLE      [  ]
                                               │REFUND INFO [F ]
                                               │OVERRIDE   [O ]
                                               │PRINT
                HOV  ───────────────  TEMP LP ISSUE
                                       REASON
  HOV DECAL  HOV EXP.  REPL REASON│ISS RSNISSUE REASON DESC


LIC PLT NUM RH63G        RETR ALL    TRANS CODE DESC RENEW REG REGIS
VEH ID NUM  2G1WL52M7V9122682        ...   FL/DO/OOS
                                                #
                    PREV LP                INIT EXEMPT PLT
                    NUM                    NUM
EFF. DATE   01/10/2006 EXP. DATE 11/19/2006 INITIAL FEE      PAID
                                            STATUS
LIC         FYR        EXP. DATE 02/17/2010   PLATE ISS DATE 08/17/2005
PLATE
CODE
DECAL YEAR  2006       DECAL NUM 17970260    DECAL ISS DATE 01/10/2006
DECAL TYPE  VDC        CANC. REASON             CANC. DATE
REPLACE RSN            LIC PLT STATUS    I        TITLE NUM 72588550
                       FLEET                   VES REG NUM
                       NUM /
                       UNIT NUM
REG TYPE    R          REG ONLY REASON          REG ONLY FLAG[  ]
REG STATUS  A          COUNTY     CITY            RENTAL PARK[  ]
                       NUMBER
VEH CLASS   001        REG USE PR  API           MAIL TO    [F ]  ...
                                                   CUST?
TRUE LICENSE PLATE RH63G       REGIS NUM 227128104    VOIDED[  ]
TAX CREDIT STATE               TRANS. ID 444626323    PREV ID429477338
UNSTRUCT. NAME                                   MAIL TRANS[  ]
COMMENT
PLATE EXPLANATION                               MORE...
                                               HISTORY DETAIL
CUSTOMER ────────────────────────────────────  FEES       [T ]
SONIA VARELA FLORES                      ...    TITLE      [  ]
                                               │REFUND INFO [F ]
                                               │OVERRIDE   [O ]
                                               │PRINT
                HOV  ───────────────  TEMP LP ISSUE
                                       REASON
  HOV DECAL  HOV EXP.  REPL REASON│ISS RSNISSUE REASON DESC
```

```
LIC PLT NUM RH63G        RETR ALL    TRANS CODE DESC RENEW REG REGIS
VEH ID NUM  2G1WL52M7V9122682        ...   FL/DO/OOS
                                                    #
                          PREV LP              INIT EXEMPT PLT
                          NUM                  NUM
EFF. DATE   01/06/2006 EXP. DATE 11/19/2006 INITIAL FEE       PAID
                                            STATUS
LIC         FYR        EXP. DATE 02/17/2010   PLATE ISS DATE 08/17/2005
PLATE
CODE
DECAL YEAR  2006       DECAL NUM 17869266    DECAL ISS DATE 01/06/2006
DECAL TYPE  VDC        CANC. REASON             CANC. DATE
REPLACE RSN            LIC PLT STATUS   I       TITLE NUM 72588550
                       FLEET                  VES REG NUM
                       NUM /
                       UNIT NUM
REG TYPE    R          REG ONLY REASON         REG ONLY FLAG[  ]
REG STATUS  A          COUNTY     CITY          RENTAL PARK[  ]
                       NUMBER
VEH CLASS   001        REG USE PR  API        MAIL TO    [F ]  ...
                                                CUST?
TRUE LICENSE PLATE RH63G       REGIS NUM 227128104     VOIDED[T ]
TAX CREDIT STATE               TRANS. ID 444004691     PREV ID429477338
UNSTRUCT. NAME                                   MAIL TRANS[  ]
COMMENT
PLATE EXPLANATION                                MORE...
                                                 HISTORY DETAIL
CUSTOMER ─────────────────────────────────────  FEES        [T ]
SONIA VARELA FLORES                      ...     TITLE       [  ]
                                                 REFUND INFO [F ]
                                                 OVERRIDE    [O ]
                                                 PRINT
              HOV                       TEMP LP ISSUE
                                        REASON
  HOV DECAL  HOV EXP.   REPL REASON ISS RSNISSUE REASON DESC


LIC PLT NUM RH63G        RETR ALL    TRANS CODE DESC ORIG REG REGIS
VEH ID NUM  2G1WL52M7V9122682        ...   FL/DO/OOS
                                                    #
                          PREV LP              INIT EXEMPT PLT
                          NUM                  NUM
EFF. DATE   08/17/2005 EXP. DATE 11/19/2005 INITIAL FEE       PAID
                                            STATUS
LIC         FYR        EXP. DATE 02/17/2010   PLATE ISS DATE 08/17/2005
PLATE
CODE
DECAL YEAR  2005       DECAL NUM 18832300    DECAL ISS DATE 08/17/2005
DECAL TYPE  VDC        CANC. REASON             CANC. DATE
REPLACE RSN            LIC PLT STATUS   I       TITLE NUM 72588550
                       FLEET                  VES REG NUM
                       NUM /
                       UNIT NUM
REG TYPE    R          REG ONLY REASON         REG ONLY FLAG[  ]
REG STATUS  A          COUNTY     CITY          RENTAL PARK[  ]
                       NUMBER
VEH CLASS   001        REG USE PR  API        MAIL TO    [F ]  ...
                                                CUST?
TRUE LICENSE PLATE RH63G       REGIS NUM 227128104     VOIDED[  ]
TAX CREDIT STATE               TRANS. ID 429477338     PREV ID
UNSTRUCT. NAME                                   MAIL TRANS[  ]
COMMENT
PLATE EXPLANATION                                MORE...
                                                 HISTORY DETAIL ─
CUSTOMER ─────────────────────────────────────  FEES        [T ]
SONIA VARELA FLORES                      ...     TITLE       [T ]
                                                 REFUND INFO [F ]
                                                 OVERRIDE    [O ]
                                                 PRINT
              HOV                       TEMP LP ISSUE
                                        REASON
```

HOV DECAL   HOV EXP.    REPL REASON ISS RSNISSUE REASON DESC

APR 0 9 2007

TALLAHASSEE, FLORIDA
I, Carl A. Ford, Director, Division of Motor
Vehicles of the State of Florida, hereby
certify that this is a true and correct copy
of the Motor Vehicle record on file in this office.



DIVISION OF
LAW ENFORCEMENT
MOTOR VEHICLES

```
PLATE NUMBER RH63G              STATUSISSUED        INV      FYR
                                                   CODE
                                                   TRUE LP RH63G
DECAL TYPE       DECAL NUMBER  YEAR        FLEET
                                          NUM
REGULAR          17970260      2006
                                            YEAR        MAKE
                                            MAKE
VEH ID NUMBER                        >>
FL/DO/OOS NUMBER                          MAIL TO CUST? [F ] ...
TITLE QUERY  ...      VEHICLE QUERY ...    PLATE QUERY    ...
CUSTOMER NAME    FLORES, SONIA VARELA                    ...

UNSTRUCT. NAME
VEH CLASS        1                        REG USE     PR
REG STATUS       ACTIVE                   UNIT NBR
EFF/EXP DATE     01/10/2006/11/19/2006    RENTAL PARK [  ]
REG NUMBER       227128104
INITIAL FEE      PAID                     HOV DECAL     HOV EXP DATE
STATUS
```

APR 0 9 2007

TALLAHASSEE, FLORIDA
I, Carl A. Ford, Director, Division of Motor
Vehicles of the State of Florida, hereby
certify that this is a true and correct copy
of the Motor Vehicle record on file in this office

DIVISION OF MOTOR VEHICLES
DEPT OF HIGHWAY SAFETY AND
MOTOR VEHICLES

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

October 22, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida    33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Ruben Maurice Garcia 1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL   33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Re: United States v. Danny Varela, et al.,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

This letter provides supplemental discovery as follows:

1.   A CD-ROM containing photographs of a shooting on Suwanee Drive; [by letter dated March 7, 2008, we earlier provided 404(b) notice of this incident as follows:  *(a) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1305 Suwanee Drive, Apartment B, West Palm Beach, Florida on April 28, 2006.   The results of ballistics examination recently concluded are enclosed with this notice.   A person was wounded in this shooting*].

2.   A CD-ROM   containing photographs of a shooting at   1901 Mercer Avenue, West Palm Beach, Florida on April 28, 2006; ; [by letter dated March 7, 2008, we earlier provided 404(b) notice of this incident as follows:  *(b) that Ricardo Sanchez and Daniel Troya were both involved in a shooting at 1901 Mercer Avenue, West Palm Beach, Florida on April 28, 2006. The results of ballistics examination recently concluded are enclosed with this notice.   No person is known to have been injured in this shooting.*]

3. A third CD-ROM that contains the following .pdf files, print-outs of which are included with this supplemental discovery response:
> (a) crime scene diagram of Suwanee Drive shooting scene, [2 "pdf" files];
> (b) crime scene diagram of Mercer Avenue shooting scene;
> (c) curriculum vitae of Karin A. Crenshaw;
> (d) curriculum vitae of Vonda Bray;

(e) photocopy of handwritten note intercepted on October 6, 2008 from Daniel Troya [contact SA David Weeks to see the original].

(f) property receipts relating to various items of evidence [mostly spent bullets and casings] at each of the three separate shooting locations: Suwanee, Mercer Avenue, and Haverhill. As to the Haverhill shooting incident, this incident was disclosed by letter dated March 7, 2008 as follows:   *You are further notified that the government intends to introduce evidence that on September 11, 2006, defendants Varela, Troya and Sanchez were involved in a shooting along the 1300 block of Haverhill Road in suburban West Palm Beach.   A person was wounded in this shooting.*

Vonda Bray was the latent print examiner who identified the fingerprint of Danny Varela on a temporary tag affixed to an automobile driven by Liana Lopez on May 10, 2006 that was the subject of a stop by the Greenacres Police Department. Bray issued a latent print report dated November 3, 2006 which was disclosed in the government's first discovery response in this case. We inadvertently omitted to obtain this expert's curriculum vitae and are correcting that omission.

Karin A. Crenshaw was the lab examiner who issued a negative DNA report on the two kilograms of cocaine seized from Liana Lopez; Crenshaw's report was dated November 10, 2006, and was also disclosed in the government's first discovery response in this case. We inadvertently omitted to obtain this expert's curriculum vitae and are correcting that omission.

If anyone has any questions please feel free to contact me or John Kastrenakes.

Sincerely,

__/s Stephen Carlton_____

By:    Stephen Carlton
       Assistant U.S. Attorney



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*500 Australian Ave.*
*West Palm Beach, FL 33401*
*(561)820-8711*

November 21, 2008

L. D. Murrell, P.A.
400 Executive Center Dr Ste 201
West Palm Beach, Florida 33401-2922

James L. Eisenberg
250 Australian Avenue South
West Palm Beach, FL 33401

Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905

Michael B. Cohen
6400 N Andrews Ave. Suite 460,
Ft. Lauderdale, FL 33309

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401

Re: United States v. Danny Varela, et al.,
Case No. 06-80171-Cr-Hurley (s)(s)(s)

Dear Counsel:

In preparing for trial we discovered a photograph which for some reason was not included on the previously-supplied CD's; enclosed is a hard copy of that photograph. That photograph (file name: DSC00091.JPG) is included on a CD-ROM being provided to Mr. Eisenberg as lead counsel for discovery. The photograph depicts Damian Escobedo. We earlier sent out to you separate CDs of the autopsies of each victim, but the photograph on this CD-ROM was apparently not included on those. I will also send out this single file as an e-mail attachment to all defense attorneys.

Opinion of medical examiner, Dr. Roger Mittleman. Previously, you were supplied the protocols of the autopsies of the four victims in this case. The opinions of Dr. Diggs are adopted by Dr. Mittleman, except for a typographical error on the entrance wound location for the 3 year old victim, Damian Escobedo. Further, based on a review of the Medical Examiner files, Dr. Mittleman will also opine as follows:

With regard to adult male victim, Jose Escobedo: The wound to his head was fired from close range, approximately 18-24 inches. That shot was immediately fatal. The other shots to the abdomen of the victim are consistent with him being shot while laying supine on the ground.

With regard to the adult female victim, Jessica Escobedo: The numerous shots to her body, both front and rear are consistent with her moving and turning with her

covering her children. Those shots occurred prior to the 3 shots to her head which lodged in her brain, as those shots were instantly fatal. Further, her position on the ground when found is inconsistent with her being shot in portions of her body or head while in that position. Further there are 3 shots to her body which perforated her body and are consistent with some re-entry type wounds found on the children.

With regard to the 4 year old child, Julian Escobedo: There are some shots to his body which appear to be re-entry wounds. Further, the shots to his body preceded the instantly fatal shot to the head. Given, the position of this child on the ground, it is consistent with the fatal shot being fired while this child was on the ground, but some of the shots to his body are inconsistent with this position.

With regard to the 3 year old child, Damian Escobedo: The fatal shot was to his chest and is not a re-entry wound. This bullet perforated his body and is consistent that this bullet struck and perforated his arm. Unlike the other three victims, this child's mechanism of death was slower as he bled into his lungs and then was unable to breathe having "drowned in his own blood." Such a death typically would take from 30 seconds to over a minute.

Second, we have caused certain conversations and transcripts involving Malik Mullino and Danny Varela to be digitized and synchronized. Copies of the transcripts are enclosed, as well as a CD-ROM of the synchronization. Audio cassette tapes of these recordings were already provided earlier in discovery.

Third, in connection with the unopposed motion to substitute medical examiner, we are notifying each of you that the Medical Examiner's entire file on the four homicides at issue in this case is a public record available for your review on the campus of Indian River State College in Ft. Pierce at the Office of the Medical Examiner. We intend to introduce said file as a business record, however, we do not plan on publishing the majority of the file but only those documents and photographs that will aid the Medical Examiner in his opinions.

Fourth, previously-listed firearms examiner Mark Chapman recently provided a document that summarizes his computer search of possible .40 caliber weapons based on his examination of the recovered .40 caliber projectiles. That list is attached. I will also send out this single page as an e-mail attachment to all defense attorneys.

Please contact me if you have questions.

Sincerely,

/s Stephen Carlton

By:   Stephen Carlton
      Assistant U.S. Attorney

## *Cartridge/Manufacturer/Model/Type Results (no duplicates)*

| User Search Parameters | | | | | | |
|---|---|---|---|---|---|---|
| | | Caliber: | 40 | Lwdmin: | 0.075 | |
| Cartridge: | | L/G: | 6 | Lwdmax: | 0.078 | Firing Pin: |
| Manufacturer: | | Twist: | R | Gwdmin: | 0.122 | Extractor: |
| Model: | | Poly/Conv.: | C | Gwdmax: | 0.127 | Ejector: |
| Type: | Country: | Rim/Center: | C | GRC +/-: | 0.003 | BoB: |

**Department:** Indian River Crime Laboratory   **Case/Lab Number:** 2006-1013-2995

**Examiner:** Mark Chapman   **Exhibit Number:** E-12, E-74B, E-76 AND E-84

| CARTRIDGE | MANUFACTURER | MODEL | FA TYPE |
|---|---|---|---|
| 38-40 WINCHESTER | WINCHESTER | 92 | RL |
| 40 S&W | ASTRA | A-75 | PI |
| 40 S&W | BERETTA | 96D | PI |
| 40 S&W | FN/BROWNING | HI-POWER | PI |
| 40 S&W | HECKLER & KOCH | P7M10 | PI |
| 40 S&W | HECKLER & KOCH | USP | PI |
| 40 S&W | REPUBLIC ARMS | RAP 440 | PI |
| 40 S&W | RUGER | P91DC | PI |
| 40 S&W | SMITH & WESSON | 4006 | PI |
| 40 S&W | TAURUS | PT100 AF | PI |
| 40-82 | WINCHESTER | 1886 | RL |
| 40-82 | WINCHESTER | 86 | RS |