*USA Response to Troya Motion for Discovery*

# Appendix E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)

UNITED STATES OF AMERICA,

v.

DANNY VARELA (a/k/a "D.V."),
RICARDO SANCHEZ, Jr. (a/k/a "Rick"),
DANIEL TROYA, (a/k/a/ "Homer")
LIANA LEE LOPEZ (a/k/a "Negra"),
JUAN C. GUTIERREZ, (a/k/a "Flaco"), and
KEVIN VETERE,

        Defendants.

_____/

**GOVERNMENT'S SIXTH SUPPLEMENTAL RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.

    5.    Books, papers, documents, photographs, and tangible objects which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendants may be inspected at a mutually convenient time at the Office of the United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida. The evidence in this case is currently in various different locations. Consequently, counsel must coordinate any request to view evidence with the undersigned in order to avoid unnecessary duplication of effort.

Where indicated below, some of the below-listed items are attached to defense counsel's copy of this response. All original items however, whether copies are enclosed or not, are available for personal inspection. Although not an exhaustive list of the evidence in this case, the government may seek to introduce any or all of the following items:

a. CD-R containing digital photographs of recovery of black Jeep in West Palm Beach on October 16, 2006, (Disc is labeled "Jeep 1-06-01332"; approximately 104 digital still photographs);

b. DVD labeled "Ft. Pierce Toll Plaza 10-13-2006";

c. DVD labeled "WPB Exit Toll Plaza 10-13-06";

d. CD-R containing still photographs, (Disc is labeled "Homicide Scene Photos 1-06–13332"; approximately 327 still photographs);

e. CD-R containing various files relating to telephone toll records, (Disc is labeled "Phone Tolls"), including a print-out listing of the files, in Excel and other software formats, describing the contents of the CD;

f. Copies of various telephone company records, including toll records;

g. Wage and Hour information from the State of Florida concerning Danny Varela, Daniel Troya, Ricardo Sanchez, Juan Gutierrez, and Liana Lopez;

h. CD-R containing scanned Adobe Acrobat/.pdf images of two Florida Turnpike toll tickets, (Disc is labeled "Turnpike Toll Tickets";

i. Transcript of recorded conversation between DEA confidential informant and Danny Varela on October 21, 2006;

j. Redacted version of search warrant affidavit, search warrant and inventory for search of a van. Defense counsel should note that redacted version is being provided due to protective order entered upon government motion, (first page of the redacted document is entitled "Exhibit B");

k. Chain of custody form for projectile recovery reports from St. Lucie County medical examiner.

2

6.      Scientific analysis has been completed and copies of various analyses are included as follows:

a. amended ballistics report from Indian River Crime Lab, ("IRCL"), Mark A. Chapman; (copy attached to defense counsel copy of this response);.

b. attached to defense counsel's copy of this response are the *curriculum vitae* of
    (i) Dr. Charles Diggs, Medical Examiner's Office;
    (ii) Dorothy Stout, Video Analyst;
    (iii) Jack McCall, Latent Print Examiner.

c. Autopsy reports concerning four separate homicide victims.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:        /s/   Stephen Carlton
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 820-8711 Ext. 3053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____/s/   Stephen Carlton___

STEPHEN CARLTON
Assistant United States Attorney

## SERVICE LIST

**United States v. Danny Varela, et al.,**
Case No. 06-80171-Cr-DKTH/Vitunac
United States District Court, Southern District of Florida

Stephen Carlton
Assistant U.S. Attorney
stephen.carlton@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States
[Service via CM/ECF]

Michael B. Cohen
500 W Cypress Creek Road
Suite 300
Fort Lauderdale, FL 33309
954-928-0059
954-928-0829 (fax)
Attorney@southflalaw.com
Attorney for Ricardo Sanchez
[Service via CM/ECF and Federal Express]

Robert Scott Gershman
Gershman & Goldstein
1675 Palm Beach Lakes Boulevard
Suite 700
West Palm Beach, FL 33401
561-684-8898
684-8820 (fax)
rgershman@bellsouth.net
Attorney for Danny Varela
[Service via CM/ECF and Federal Express]

Ruben Maurice Garcia
1209 SE 3rd Avenue
Fort Lauderdale, FL 33316-1905
954-462-4600
462-0828 (fax)
rmg1209@msn.com
Attorney for Daniel Troya
[Service via CM/ECF and Federal Express]

4

Gregg Stuart Lerman
330 Clematis Street
West Palm Beach, FL 33401
561-832-5770
832-1857 (fax)
glercrdfns@aol.com
Attorney for Liana Lopez
[Service via CM/ECF and Federal Express]

John Francis O'Donnell
2850 N Andrews Avenue
Fort Lauderdale, FL 33311
954-563-9993
566-7754 (fax)
odonnellj@bellsouth.net

[Service via CM/ECF and Federal Express]

James Scott Benjamin
Benjamin & Aaronson
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394-2843
954-779-1700
779-1771 (fax)
sexlaw@bellsouth.net

Attorney for Juan Gutierrez
[Service via CM/ECF and Federal Express]

5

Table included with 6th Supplemental SDO Response, 5/18/2007, CR-DE 202:

| Location | Phone # | Subscriber | Cell Sites | Tolls | User | Carrier |
|---|---|---|---|---|---|---|
| | | | | | | |
| CDR | Metro PCS Cell Sites | | | | | |
| CDR | 561-503-8625 | Yes | 10/14 - 02/16 | 10/14 - 02/16 | LOPEZ | Metro |
| CDR | 561-541-3225 | Yes | 10/12 - 10/14 | 10/12 - 10/14 | Linda Sanchez | Metro |
| CDR | 561-574-5607 | Yes | 10/12 - 10/14 | 10/12 - 10/14 | GUTIERREZ | Metro |
| CDR | 561-574-7694 | Yes | 10/06 - 10/20 | 10/06 - 10/20 | LOPEZ | Metro |
| CDR | 561-577-8045 | Yes | --- | 10/1 - 10/31 | SANCHEZ | Metro |
| CDR | 561-853-8492 | Yes | 8/1 - 10/19 | 8/1 - 10/19 | TROYA | Metro |
| Paper | Verizon Cell Sites | | | | | |
| Paper | 561-531-3094 | Yes | 10/04 - 10/16 | 8/19 - 10/14 | VARELA | Verizon |
| Paper | 561-767-0502 | Yes | — | 10/01-10/31 | Cibrian | T-Mobile |
| Paper | 561-891-1220 | No | 10/1 -10/14 | 10/1 -10/14 | Luis ESCOBEDO | Verizon |
| Paper | 786-547-1996 | Yes | 10/10 - 10/20 | 10/10 - 10/20 | VARELA | AT&T |
| Paper | 786-853-8416 | Yes | 10/12 -10/14 | 10/1 - 10/14 | VARELA & SANCHEZ | T-Mobile |
| Paper | 956-266-2004 | Yes | 09/09 - 10/14 | 09/09 - 10/17 | Yessica ESCOBEDO | Sprint |



| ·Fne Name | Size | Type of Document |
|---|---|---|
| 561-502-2413 - 4F2DOCBO-CEFF-43C0-8DD7-68D82A7FA1 E7.txt | 11KB | Text Document |
| 561-502-2413 • 54436EOC-84EF-4271  A22C-8360DE1934AF.xls | 4,123KB | Microsoft Office Excel 97-2003  Worksheet |
| 561-503-8625•20E49259-9306-481C-A690-3E072BA1CC95.txt | 18KB | Text Document |
| 561-503-8625 • 24FC2 D2A-6A69-4614-AF1F-33023543AOCC.xls | 2,609KB | Microsoft Office Excel 97-2003  Worksheet |
| 561-541-,3225 -  7CFA6843-D64A-4BE3-8782-42C3BE226451  .txt | 3,854 | Text Document |
| 561-541-3225 - 9E13B50E-95FB-4524   8426-BB78945647ED.xls | 132KB | Microsoft Office Excel 97-2003  Worksheet |
| 561-574-5607  -697255EB-EBC3-4733-8BDD-C1 FF35F6FC3E. txt | 5,695 | Text Document |
| 561-574-5607•E13088F7-14F5-4690-A873-166669FB6896.xls | 144KB | Microsoft Office Excel 97-2003  Worksheet |
| 561-574-7694 - D4D366EO-E7C7 -4EB4-A408-4A64FB35703B. txt | 12KB | Text Document |
| 561-574-7694  -  F31612E8-6664-419E-8F50-400083119C8B.xls | 317KB | Microsoft Office Excel 97-2003 Worksheet |
| 561-577-8045 - OF7481A0-4D6F-4278-8235-4ABC48BAA51 0.xls | 2,027KB | Microsoft Office Excel 97-2003  Worksheet |
| Spl-577-8045 - 4998D043-A4FE-4F4C-9996-CA1  EB4E89899.txt | 7,536 | Text Document |

| •<Metro Cell Sites;:i:Jolder | | |
|---|---|---|
| Metro PCS Central (Miami) Site  List October  06.xls | 1,031KB | Microsoft Office Excel 97-2003 Worksheet |
| METROTipSheet.doc | 38KB | Microsoft Office Word 97 - 2003  Document |
| Miami FL Cell Sites(January 2007).xls | 863KB | Microsoft Office Excel 97-2003 Worksheet |
| Orlando  Sites 02-09-07.xls | 185KB | Microsoft Office Excel 97-2003 Worksheet |
| Tampa South Florida (Tampa) 8-31-2006.xls | 440KB | Microsoft Office Excel 97-2003  Worksheet |