*USA Response to Troya Motion for Discovery*

# Appendix F



**U.S. Department of Justice**

**United States Attorney**
Southern District of Florida

---

*500 S. Australian Avenue, Suite 400*
*West Palm Beach, FL 33401*
*(561) 820-8711 - Telephone*
*(561) 820-8777 - Facsimile*

August 30, 2016

STEVEN H. MALONE
Steven H. Malone, P.A.
1217 South Flagler Drive
West Palm Beach, FL 33401

D. TODD DOSS
Assistant Federal Defender
Federal Defender's Office,
Second Floor,
201 South Orange Ave., Ste. 300
Orlando, FL 32801

Re: <u>Daniel Troya</u>

Gentlemen:

I write in supplemental response to your detailed requested discovery letter, and more concisely, your supplemental letter of August 26, 2016.

In this letter you noted:

> *We requested:*
>
>> *Documents concerning the government's mental health case, including the identity of any experts consulted and the content of those consultations ; and any documents regarding Mr. Troya, including the reports and notes of experts. This request includes the firewalled U.S. Attorney's file.*
>
> *Your response was:*
>
>> *The only person retained by the govenunent was Dr. Michael Brannon, and he examined Sanchez only. There was no mental health aspect to the penalty case against Troya and no documents exist.*

To respond to your inquiry I immediately began to review our files in detail, and contacted former AUSA John Kastrenakes (who handled most aspects of the penalty phase trial). I inaccurately indicated to Mr. Malone that we had received nothing from penalty-phase counsel Eisenberg concerning a PET scan. This was discovered when I reviewed Kastrenakes's trial folders concerning the penalty phase. I endeavored to scan the documents I found in four separate folders in our records.

Here is the result of that search:

**Contents of scanned documents:**

1. Penalty Phase FDC incident reports.pdf
   CONTENT: incident reports from FDC concerning Daniel Troya, approved visitor list

2. Troya Govt Mental Health.pdf
   CONTENT: scanned notes of Dr. Michael Brannon from forensic exam/interview of Daniel Troya

3. Troya Mental Health Expert. Pdf
   CONTENT: March 5, 2009 letter from penalty-counsel Eisenberg to AUSA Kastrenakes with attachments, i.e., reports from experts Mayer, Krop & Cunningham, paper-color copy of PET scan by Dr. Wu with notation that Eisenberg not calling him as a witness.

4. Troya Brain PET Scan Defense.pdf
   CONTENT:  unsigned one-page summary from Dr. Wu concerning PET scan conclusions from scan of 6/05/2008;  three pages of color images

*Amended Response:*

We are sending you the above documents via e-mail.   Please contact me immediately if you do not receive them.  We still are maintaining that you are not entitled to discovery as a matter of law, and we do not agree to waive that position. A review of the penalty-phase trial transcript indicates Dr. Brannon was the only mental-health expert called by the government. The government presented no mental health evidence against Troya through Dr. Brannon. Brannon examined Troya however, and those notes were provided to Mr. Eisenberg:  copy enclosed, see #2 above.  Item #2 was previously provided to Eisenberg (see transcript of hearing 3/10/2009). Items #3 and #4 were *received* from Eisenberg. Dr. Sherrie Bourg Carter was retained to assist in formulation of questions for cross examination of any defense mental health experts; she issued no report, nor did she examine/interview either defendant. The government did not retain a neuropsychiatrist; Kastrenakes misspoke about this retention. A review of our files revealed only the three-page photocopy of the scan we are sending you. We have no way of knowing what was in penalty-counsel's files as we were denied access to that information.

This response is drafted in the spirit of providing some limited information to you without waiving our official position that Daniel Troya is not entitled to discovery —without Court order—at this stage of a 2255 proceeding.

Should you have any questions concerning any of the previously-provided discovery, please contact me to discuss. Thank you.

Sincerely

By:   */s Steve Carlton*
STEVE CARLTON
Assistant United States Attorney

3