*USA Response to Troya Motion for Discovery*

# Appendix G

## Carlton, Stephen (USAFLS)

| | |
|---|---|
| **From:** | jacqueline.arango@akerman.com |
| **Sent:** | Wednesday, October 12, 2016 11:38 AM |
| **To:** | Carlton, Stephen (USAFLS) |
| **Subject:** | RE: Turnpike Homicides, wall counsel assignment |

Steve, it's great to hear from you!  I remember this case very well.  In response to the inquiry, I did not keep any electronic or hard copy communications, notes, or records of any kind made while I was wall counsel on this matter.  Please let me know if you need anything else.

All is good here but I miss my USAO family.

Best,
Jackie

**Jacqueline M. Arango**
Akerman LLP | Three Brickell City Centre | 98 Southeast Seventh Street | Miami, FL 33131
Dir: 305.982.5527 | Main: 305.374.5600 | Fax: 305.349.4655
jacqueline.arango@akerman.com

vCard | Bio



Akerman LLP | 650+ lawyers | 24 locations | akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** Carlton, Stephen (USAFLS) [mailto:Stephen.Carlton@usdoj.gov]
**Sent:** Wednesday, October 12, 2016 11:16 AM
**To:** Arango, Jacqueline (Ptnr-Mia)
**Subject:** Turnpike Homicides, wall counsel assignment
**Importance:** High

Jacquie,

Greetings.  Long time, hope all is well.  I am the last man standing on the Turnpike Homicides case in WPB.  Both murderers are now on their 2255's.

1

If I recall correctly, you served as some sort of Chinese Wall counsel for Daniel Troya, one of the defendants against whom the
Attorney General imposed a SAM, aka Special Administrative Measures, [i.e., isolation ] due to a confirmed death threat….

You liasoned with Troya's attorneys, Jim Eisenberg and Ruben Garcia, on any issues, including mental health expert access to Troya.

Defense counsel is demanding I make an inquiry of you concerning whether you kept any communications, hard copy or electronic, on anything
you did  as wall counsel.

Do I assume correctly you kept nothing at all, and you have no records of any type?

If you need me to refresh your recollection on anything, pls feel free to give me a call.

Pls let me know via reply e-mail; thanks a million. Hope all is good w/ you and yours.  We miss your smile.

*Steve Carlton*
*Assistant United States Attorney*
*500 S. Australian Ave., Suite 400*
*West Palm Beach, FL 33401*
(w) 561-209-1053
(cell) 561-398-7727