UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

DANIEL TROYA.
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.

_____/

**UNITED STATES' MOTION REQUESTING LEAVE TO FILE RESPONSE IN EXCESS
OF TEN PAGES TO TROYA'S MOTION FOR DISCOVERY**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests leave of the Court to file a twenty-page response to Troya's motion for discovery (CV-DE 34). In support of this motion, the United States asserts:

The Court's May 23, 2016 Order limited any discovery motion and response to ten pages (CV-DE 17). Troya filed a twenty-page discovery motion (CV-DE 34), with an accompanying motion to exceed the ten-page limit (CV-DE 35). The Court granted the motion to exceed the page limit (CV-DE 40). The United States was unable to thoroughly respond to each of Troya's ten detailed discovery requests without exceeding the Court's ten-page limitation. The extra pages were necessary to summarize the voluminous discovery that the United States has already provided and illustrate why Troya's additional discovery requests are not warranted.

The United States respectfully submits that the additional pages will assist the Court in reaching a just resolution in this case. Counsel for Troya indicate they do not oppose this motion to file a response to their discovery motion exceeding the Court's previously set ten-page limit.

Wherefore, the United States respectfully requests that this Court grant its motion for leave to file a twenty-page response.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By:   /s Stephen Carlton
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*

Stephen Carlton
Assistant United States Attorney

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]


**Steven H. Malone**
1217 South Flagler Drive
Second Floor
West Palm Beach, FL 33401
Phone:  (561) 805-5805
stevenhmalone@bellsouth.net
[Service via CM/ECF]


**D. Todd Doss**
Federal Defender's Office, MDFL
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Phone:  (407) 648-6338
stevenhmalone@bellsouth.net
[Service via CM/ECF]