STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


DANIEL A. TROYA,
              Movant,

vs.

UNITED STATES OF AMERICA,
              Respondent.
_____/


## ORDER GRANTING GOVERNMENT'S MOTION REQUESTING LEAVE TO FILE RESPONSE IN EXCESS OF TEN PAGES

This matter comes before the Court upon the government's motion for leave to file a twenty-

page response to Troya's motion for discovery (CV-DE 34).  The Court being fully apprised in the

premises, orders that the motion is hereby GRANTED.

DONE AND ORDERED in chambers, in Miami, Florida, this _____ day of

_____, 2016.


                                                    _____
                                                    ROBERT N. SCOLA, JR.
                                                    UNITED STATES DISTRICT JUDGE



cc:     Stephen Carlton,  AUSA
        Todd Doss, Esq.
        Steven H. Malone, Esq.