**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   16-80700-CV-SCOLA**
**(CASE NO. 06-80171-CR-HURLEY)**

**IN RE SEALED NOTICE OF FILING**
**ATTACHMENTS TO UNITED STATES'**
**RESPONSE IN OPPOSITION TO RICARDO**
**TROYA'S MOTION TO VACATE, SET**
**ASIDE, OR CORRECT SENTENCE**
**PURSUANT TO 28 U.S.C. § 2255**

_____/



FILED BY _____ D.C.

NOV 1 4 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and

respectfully requests that, pursuant to Local Rule 5.4(b), the Notice of Filing of Attachment A to

the United States' Response in Opposition to Daniel TROYA's Motion to Vacate, Set Aside, or

Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE-CV 16) be SEALED until further order of this

Court.   The attachment contains the following documents: USA Exh. 1, USA Exh. 2 and USA

Exh. 3, and USA Exh. 4.   These documents, which are relevant to TROYA's   claims that he

suffered mental impairment; they contain TROYA's   private medical information which federal

law protects from public disclosure.   See Health Insurance Portability and Accountability Act of

1996, Pub.L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA").

Accordingly, the United States respectfully requests that the Court order that Attachment A be filed under seal.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____

Stephen Carlton
Assistant United States Attorney
Stephen.Carlton@USDOJ.gov
Admin. No. A5500011
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ _Stephen Carlton_

Stephen Carlton

Assistant United States Attorney

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.D.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for United States
[Service via CM/ECF]

**Donald Todd Doss**
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
Attorney for Plaintiff
[Service via CM/ECF]

**Steven Holt Malone**
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL   33401
stevenhmalone@bellsouth.net
Attorney for Plaintiff
[Service via CM/ECF]