**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  16-80700-CV-SCOLA**
**(CASE NO. 06-80171-CR-HURLEY)**

IN RE SEALED NOTICE OF FILING
ATTACHMENT A TO UNITED STATES'
RESPONSE IN OPPOSITION TO DANIEL
TROYA'S MOTION TO VACATE, SET
ASIDE, OR CORRECT SENTENCE
PURSUANT TO 28 U.S.C. § 2255

_____/

## ORDER TO SEAL

The United States of America, having applied to this Court for an Order sealing Attachment

A to the United States' Response in Opposition to Daniel TROYA's  Motion to Vacate, Set Aside,

or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE-CV 25) and the Court finding good cause:

IT IS HEREBY ORDERED that Attachment A shall be filed under seal until further order

of this Court.

DONE AND ORDERED in chambers at Miami, Florida, this _____ day of November, 2016.


_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT COURT JUDGE