## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**
     **Movant,**

**v.**                                                       **Case No.**      **9:16-CV-80700-SCOLA**

**UNITED STATES OF AMERICA,**
     **Respondent.**

_____/

## AGREED MOTION TO EXTEND TIME FOR MOVANT'S REPLY TO GOVERNMENT RESPONSE TO MOTION FOR DISCOVERY

Movant Daniel A. Troya moves this Court to extend time for the reply to the government's response to the discovery motion.  In support, Mr. Troya states:

1.   On October 20, 2016, this Court issued a Revised Scheduling Order, Doc. 42, requiring the government to respond to the movant's motion for discovery by November 14, 2016, and the movant to file a reply 14 days after.  The government has timely filed its response to movant's discovery motion, Doc. 49, and the movant's reply is due November 28, 2016.

2.   Both of movant's counsel have previously arranged time out of the office over the intervening Thanksgiving holidays, and request an additional four days, to December 2, 2016, within which to file the reply to the government's response.

5. Counsel for the movant has conferred with Assistant United States Attorney Stephen Carlton and is authorized to represent he has no objection to this motion to extend time.

Wherefore, the movant requests this Court's order extending the time to reply to December 2, 2016.

1

Respectfully Submitted,


/s/ Steven H. Malone                         /s/ D. Todd Doss
STEVEN H. MALONE                             D. TODD DOSS
Steven H. Malone, P.A.                       Assistant Federal Defender
1217 South Flagler Drive                     Federal Defender's Office, MDFL
Second Floor                                 201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                    Orlando, FL 32801
Tele: 561-805-5805                           Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net           Email: todd_doss@fd.org
Florida Bar No. 305545                       Florida Bar No. 0910384
*Counsel for Daniel A. Troya*                *Counsel for Daniel A. Troya*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ Steven H. Malone
STEVEN H. MALONE


/s/ D. Todd Doss
D. TODD DOSS

2