UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80700-CIV-SCOLA
(CASE NO. 06-80171-CR-HURLEY)

DANIEL TROYA.,

       Movant,

v.

UNITED STATES OF AMERICA,

       Respondent.

_____/

## UNITED STATES'S UNOPPOSED MOITON FOR A FOUR-DAY EXTENSION OF TIME WITHIN WHICH TO FILE REPONSE TO TROYA'S MOTION TO RECONSIDER

The United States files this motion for an extension of time within which to file its response to Movant Daniel Troya's Motion to Reconsider (CV-DE 45). The United States calculates that the normally-applicable response time would expire on this Friday, November 25, 2016. We seek a brief extension of four days until Tuesday, November 29, 2016. The motion is unopposed. In support thereof, the United States submits:

1. On October 18, 2016, this Court entered an Order Dismissing Claims which related to Troya's four- hundred page plus § 2255 petition. On November 8, 2016, movant counsel filed a twenty-three page Motion to Reconsider detailing a variety of alleged procedural and substantive reasons for the Court to vacate its prior order.

2. Troya's motion was filed within the time period that the United States focused all its combined efforts in filing its substantive response to the then-remaining substantive claims in the § 2255 petition, and to Troya's motions for discovery (CV-DE 33, 34).

3.      The United States filed those responses within the extended deadline of November 14, 2016.

4.      The United States anticipates that it may not be able to fully review and respond to Troya's Motion for Reconsideration in light of the intervening Thanksgiving holiday, and prior family commitments related to said holiday. We seek an unopposed extension until the following Tuesday.

WHEREFORE the United States respectfully requests that this Court grant its motion and allow an additional four days through and including November 29, 2016, within which to complete the United States' response.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:     /s Stephen Carlton
        STEPHEN CARLTON
        ASSISTANT UNITED STATES ATTORNEY
        500 S. Australian Ave., Suite 400
        West Palm Beach, Florida 33401-6235
        Admin. No. A5500011
        Tel. (561) 209-1053
        Telefax (561) 659-4526
        E-mail: Stephen.Carlton@USDOJ.GOV
        *Attorney for the United States*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/  Stephen Carlton
Stephen Carlton
Assistant United States Attorney

3

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.D.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for United States
[Service via CM/ECF]

**Donald Todd Doss**
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
Attorney for Plaintiff
[Service via CM/ECF]

**Steven Holt Malone**
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL  33401
stevenhmalone@bellsouth.net
Attorney for Plaintiff
[Service via CM/ECF]