UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-80700-CIV-SCOLA
(CASE NO. 06-80171-CR-HURLEY)

DANIEL TROYA.,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER

The Court having considered the United States' Motion for an Extension of Time as to its response to Troya's Motion to Reconsider, (CV-DE 45), including the grounds cited in support thereof, and further noting that the motion is unopposed, has determined that good cause exists for said motion, and that it therefore shall be granted.  Accordingly, it is hereby

ORDERED that the motion is GRANTED, and the United States is directed to file its response to the Motion to Reconsider on or before November 29, 2016.

SO ORDERED.

Date: _____

_____
HONORABLE ROBERT N. SCOLA, JR.
United States District Judge

cc: Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.D.Evans@usdoj.gov
todd_doss@fd.org
stevenhmalone@bellsouth.net