**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

      **Movant,**                            **Civil Action No. 16-80700-Civ-Scola**

**v.**                                    **Crim. No.:  9:06-cr-80171-CR-DTKH-3**

**UNITED STATES OF AMERICA,**

      **Respondent.**

_____/

**UNOPPOSED MOTION TO FILE REPLY IN SUPPORT OF MOTION
FOR LEAVE TO CONDUCT DISCOVERY AND MEMORANDUM
IN SUPPORT IN EXCESS OF ORDERED TEN PAGE LIMIT**

Pursuant to Local Rule 7.1(c)(2), Petitioner moves to exceed the ordered ten page limit on discovery motions for the following reasons:

1.      In its order of May 23, 2016, this Court ordered discovery motions were not to exceed ten pages. Doc. 17. Local Rule 7.1(c)(2) provide motions are not to exceed twenty pages without prior permission of the Court.

2.      The petitioner's reply in support of his Motion for Leave to Conduct Discovery and Memorandum in Support is fourteen pages, within the limits of the local rules. This motion length is reasonable in light of the numerous claims raised in Petitioner's § 2255 motion, the required memorandum of law, the requirement the petitioner establish good cause for each discovery request, and the additional information petitioner is providing to the Court describing the government's response to the informal discovery request.

3.      Denial of this motion would deprive the movant of his rights under the Fifth, Sixth, and Eighth Amendments, 28 U.S.C. § 2255, and Rule 6 of the Rules Governing § 2255 cases.

4.      Movant's counsel has conferred with the government's counsel and they have no objection to this motion.

Wherefore, the movant request this Court grant the motion and permit the filing of movant's discovery motion in excess of ten pages.

**Respectfully Submitted**,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE


/s/ *D. Todd Doss*
D. TODD DOSS

2