**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**
     **Movant,**

**v.**                                        **Case No.**     **16-80700-Civ-Scola**

**UNITED STATES OF AMERICA,**
     **Respondent.**
_____/

**MOTION TO EXTEND TIME FOR MOVANT'S REPLY TO GOVERNMENT**
**RESPONSE TO SECTION 2255 MOTION**

Movant Daniel A. Troya moves this Court to extend time for the reply to the government's response to the § 2255 motion. In support, Mr. Troya states:

1.    This Court conducted an initial status conference and entered a scheduling order on July 14, 2016, directing the government to file a response to the Mr. Troya's Amended § 2255 motion on or before October 12, 2016, and Mr. Troya to file his reply on or before November 14, 2016. Doc. 29.

2.    The government subsequently sought and was granted an extension of time to file their response due to the voluminous nature of Mr. Troya's Amended § 2255 motion. Docs. 36, 37, and 42. The due date for the government response was extended to November 14, 2016, and the reply date set thirty days thereafter on December 14, 2016.

3.    The government has timely filed its response to movant's § 2255 motion, Doc. 46, and the movant's reply is due December 14, 2016. The government response to the § 2255 motion is approximately 190 pages. The voluminous nature of the

1

response has necessitated an extended amount of time and effort to formulate the reply.

4.    Counsel have been working diligently on the reply, but have also been required in the meantime to reply to the discovery motion response, as well as other professional obligations. The movant seeks an additional 8 days to file a reply to the government's § 2255 response, to December 22, 2016.

5.    Counsel for the movant has attempted to contact Assistant United States Attorney Stephen Carlton today and has yet to receive a response. Due to time constraints this motion is being filed and the undersigned will immediately notify the Court of Mr. Carlton's position once it is ascertained.

Wherefore, the movant requests this Court's order extending the time to reply to December 22, 2016.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE


/s/ *D. Todd Doss*
D. TODD DOSS