UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,
      Movant,

v.                                  Case No.      16-80700-Civ-Scola

UNITED STATES OF AMERICA,
      Respondent.

_____/

**AGREED MOTION TO FILE REPLY TO GOVERNMENT
RESPONSE TO SECTION 2255 MOTION IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(c)(2), *Local Rules of the United States District Court for the Southern District of Florida,* petitioner moves to exceed the ordered ten page limit on replies for the following reasons:

1.      Local Rule 7.1(c)(2) provides replies are not to exceed ten pages without prior permission of the Court.

2.      The movant's reply is approximately 115 pages. This reply length is reasonable in light of the numerous claims raised in the § 2255 motion, the fact Mr. Troya is replying to the government's response to his § 2255 motion which is approximately 190 pages, and the fact this is a complex capital post-conviction case.

3.      Denial of this motion would deprive the movant of his rights under the Fifth, Sixth, and Eighth Amendments, § 2255, and the Rules Governing Section 2255 cases.

4.      Movant's counsel has conferred with the government's counsel AUSA Carlton and he has no objection to this motion to exceed page limit for the reply.

WHEREFORE, the movant requests this Court grant the motion and permit the filing of movant's reply of approximately 115 pages.

**Respectfully Submitted**,

_/s/ Steven H. Malone_                        _/s/ D. Todd Doss_
STEVEN H. MALONE                         D. TODD DOSS
Steven H. Malone, P.A.                        Assistant Federal Defender
1217 South Flagler Drive                      Federal Defender's Office, MDFL
Second Floor                                  201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                     Orlando, FL 32801
Tele: 561-805-5805                            Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net            Email: todd_doss@fd.org
Florida Bar No. 305545                        Florida Bar No. 0910384
_Counsel for Daniel A. Troya_                 _Counsel for Daniel A. Troya_

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ _Steven H. Malone_
STEVEN H. MALONE


/s/ _D. Todd Doss_
D. TODD DOSS

2