§**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>**Case No. 16-80700-CV-WILLIAMS**</u>
**(Case No. 06-80171-Cr-Hurley (s)(s)(s))**

**DANIEL TROYA,**
          **Petitioner,**

**vs.**

**UNITED STATES OF AMERICA,**
          **Respondent.**

                                      /

<u>**GOVERNMENT'S NOTICE OF RELATED ACTION**</u>

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby submits its Notice of Related Action pursuant to Local Rule 3.8. The § 2255 petition filed in this matter contains similar issues and facts related to another § 2255 proceeding pending in this district, that is, *Ricardo Sanchez, Jr. v. United States*, Case No. 16-80693-CV.  The United States prosecuted Ricardo Sanchez, Jr. and Daniel Troya in the same third superseding indictment returned by a West Palm Beach federal grand jury in Case No. 06-80171-Cr-Hurley (s)(s)(s).

This multi-count, multi-defendant indictment contained four homicide counts each against both Sanchez and Troya.  A federal capital jury trial commenced in January 2009 before Judge Daniel T.K. Hurley in West Palm Beach, FL.  The jury convicted Sanchez and Troya of all counts, including four death-penalty eligible capital counts.  Approximately one week later, a penalty-phase trial began against both defendants using the same jury.  On March 31, 2009, the jury returned death penalty verdicts against both Sanchez and Troya: two against Sanchez and two

against Troya for the murder of two little boys.  After Sanchez and Troya were sentenced to death following the jury's verdicts, a consolidated appeal followed.  On October 3, 2013, the Eleventh Circuit affirmed all of the convictions and sentences against both Sanchez and Troya, including the capital counts in a single published opinion.  CR-DE 1134.  *Troya v. United States*, 733 F.3d 1125 (11th Cir. 2013).  The Supreme Court denied certiorari on May 4, 2015.  CR-DE 1151.

Separate § 2255 petitions have been filed by Sanchez's and Troya's court-appointed § 2255 counsel.  Both petitions share operative facts emanating from the same joint trial.  Several times during the trial extensive cross examination was conducted by defense counsel and not repeated by separate defense counsel.  This fact becomes relevant when a court considers whether or not trial counsel rendered adequate representation guaranteed under the Sixth Amendment.  Both § 2255 petitions make similar allegations based on the same underlying record, albeit some of the § 2255 claims are particular to only Sanchez or Troya alone.

Sanchez filed his petition on May 3, 2016, (DE 2, Case No. 16-80693-CIV, hereafter cited as "Sanchez DE), followed by Troya on May 4, 2016 (DE 2, Case No. 16-80700-CIV hereafter cited as "Troya DE").  On May 7, 2016, the original trial court judge, Sr. Judge Daniel T.K. Hurley entered an Order directing the Clerk to classify Sanchez's petition as a "Death Penalty/Habeas case" and reassign it to another judge pursuant to the capital case assignment procedures. Sanchez DE 7.

On May 10, 2016, the original trial court judge, Sr. Judge Daniel T.K. Hurley entered a similar order in Troya's case, directing the Clerk to classify Troya's petition as a "Death Penalty/Habeas case" and reassign it to another judge pursuant to the capital case assignment procedures.  Troya DE 10.  That same day, May 10, 2016, the Clerk entered a Notice of

Reassigning Sanchez's case to Judge Robert N. Scola, Jr. (Sanchez DE 8), and a separate Notice Reassigning Troya's § 2255 case to Judge Darrin P. Gayles, (Troya DE 11).

Two days later, both § 2255 petitions finally landed were assigned to Judge Robert N. Scola, Jr., after Judge Gayles entered an order transferring the Troya matter to Judge Scola for all further proceedings (Troya DE 13).   On January 13, 2017, Judge Scola recused himself from the Troya case.  (Troya DE 72).

Rule 3.8 of the Local Rules of the Southern District of Florida, together with Internal Operating Procedure 2.15.00 (C), make clear that a party should alert the Court to any case or cases where the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge.  This is one of those cases, as already demonstrated by the procedural history of both related § 2255 petitions.  The government respectfully suggests that the Troya § 2255 filed in Case No. 16-80700-CV be assigned to the same judge as the earlier-filed

matter, that is, *Ricardo Sanchez v. United States*, Case No. 16-80693-CV (which bears the lower case number) in order to avoid the waste of scare judicial resources and prevent "unnecessary duplication of judicial labor".

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:  */s Stephen Carlton*
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

4

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on January 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
　　Stephen Carlton
　　Assistant United States Attorney

**SERVICE LIST**

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.D.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for United States
[Service via CM/ECF]

**Donald Todd Doss**
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
Attorney for Plaintiff
[Service via CM/ECF]

**Steven Holt Malone**
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL  33401
stevenhmalone@bellsouth.net
Attorney for Plaintiff
[Service via CM/ECF]