UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80700-WILLIAMS

DANIEL TROYA,

     Plaintiff,

vs.

UNITED STATES OF AMERICA,

     Defendant.

_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court following the recusal of District Judge Robert N. Scola, Jr. and the reassignment of this case to the undersigned (DE 72). With the agreement of District Judge William P. Dimitrouleas, the Court hereby **TRANSFERS** this action to Judge Dimitrouleas.

**DONE AND ORDERED** in chambers at Miami, Florida, this 18 day of January, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

After reviewing the record, the undersigned hereby accepts the transfer of this action. Pleadings in this case shall be styled _Troya v.s. 16-80700 Dimitrouleas_

**DONE AND SIGNED** in chambers at Miami Florida, this 19 day of January, 2017.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

CC: Counsel of record