UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,                                                    CASE NO.  16-80700-CIV-DIMITROULEAS

                                                                              (06-80171-CR-SCOLA)

                   Movant,

vs.

UNITED STATES OF AMERICA,

                   Respondent.

_____/

**NOTICE AND REQUEST FOR A RESPONSE**

THIS MATTER is before the Court *sua sponte.*  Trial counsel for Daniel Troya was Ruben Garcia.

Currently, and at the time of trial, Mr. Garcia shares office space with Attorney Michael D. Gelety.  Mr.

Gelety and the undersigned have been close friends since 1977 when we were both trial prosecutors

before Judge Thomas M. Coker, in Broward County, Florida.  Although this Court has presided over cases

where Mr. Gelety was defense counsel[1], this Court has also *sua sponte* recused itself from a § 2255

motion that alluded to ineffective assistance of counsel by Mr. Gelety.[2]  On or before February 7, 2017

Mr.  Troya shall either file a motion to recuse or a notice that he has diligently evaluated the issue and

considered that recusal is not warranted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of

January, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

_____

[1] 99-6122CR; 99-6258CR.
[2] 07-60059CV (05-60106 CR).

Copies furnished to:

Counsel of Record