UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80700-CIV-DIMITROULEAS

FILED BY ___AN___

Deputy Clerk

**Feb 8, 2017**

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. FTL

DANIEL TROYA

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

### NOTICE OF RECUSAL

The undersigned judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. 455 and Local Rule 3.6.

    DATED at Fort Lauderdale, Florida, this 8 day of February, 2017.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to District Judge Beth Bloom
_____.

**Copies of this Notice shall be served on all pending parties of record by United States Mail.**

**By order of Court this** 8th **day of February, 2017.**

                    **STEVEN LARIMORE**

                    **Clerk of Court**

                    **By: Deputy Clerk** A. Noble

**Copies to:**

Beth Bloom
_____**, United States District Judge**

**William P. Dimitrouleas, United States District Judge**

**Ed Sieber, Case Assignment Clerk**

**Counsel of Record**