**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-cv-80700-WILLIAMS**

DANIEL TROYA,

       Plaintiff,

vs.

UNITED STATES OF AMERICA,

       Defendant.

_____/

## ORDER RECUSING JUDGE AND REASSIGNING CASE

The undersigned District Judge, to whom the above-styled case has been assigned, hereby recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 10th day of February, 2017.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Michael K. Moore.

All documents for filing in this case shall carry the following case number and designation: 16-cv-80700-Moore.

By Order of Court this 10 day of February, 2017.

_____
STEVEN M. LARIMORE
Court Administrator/Clerk of Court

By:    s/Valerie Kemp
     Deputy Clerk