**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>**Case No. 16-80700-CV-Moore**</u>
**(Case No. 06-80171-Cr-Hurley (s)(s)(s))**

**DANIEL TROYA,**

       **Petitioner,**

**vs.**

**UNITED STATES OF AMERICA,**

       **Respondent.**

_____/

**GOVERNMENT SUPPLEMENTAL RESPONSE IN OPPOSITION TO TROYA'S**
<u>**MOTION FOR DISCOVERY**</u>

COMES NOW, the United States of America, by and through its undersigned Assistant

United States Attorney, and hereby submits this Supplemental Response to Troya's Motion for

Discovery and in support thereof states as follows:

1. Petitioner Daniel Troya has requested discovery in this habeas cause (CV-DE 43), the

United States responded (CV-DE 49), and Troy replied (CV-DE 61). The discovery

request is currently pending. Since the United States provided its response, it has

discovered the attached documents which are an internal two-page "Request,

Authorization and Order for Services of Expert Witness, Litigative Consultant, or ADR

Neutral" and a one-page "Request, Authorization and Modification of Contract for

Services of Expert Witness, Litigative Consultant, or ADR Neutral" (collectively hereinafter "Litigation Request") (Attachment "A").  The Litigation Request reflects that contrary to the prior representations of the United States (CV-DE 49 at 15-16; CV-DE 49-2 at 11; CV-DE 49-6 at 1; CV-DE 49-6 at 2), Dr. Ray Lopez was retained in order to examine the case, prepare testimony and review records.  Litigation Request at 2.  The total funds allocated for these services was $15,5000.  *Id.*  A letter invoice from Dr. Lopez is also attached, evidencing that he was paid $1,500 for services which consisted of reviewing records for 2 hours, and an hour long conference.  *See* Letter Invoice (Attachment "B").

2. Although the United States mistakenly responded that no other physician save Dr. Michael Brannon had been retained and the attached documents evidence that in fact another doctor was retained who conducted a brief review, these documents actually buttress the position of the United States.  Troya has alleged that the United States failed to turn over a report involving Troya's PET scan.  The United States maintains that no such report exists because although certain documents were provided, the original records which the United States's expert required for a complete analysis were never provided.  Accordingly, as reflected in the Letter Invoice attached, Dr. Ray never generated an expert report. Troya has not shown anything indicating the existence of such a report.

3. To correct and complete the record, the United States hereby attaches documents that evidence a neuropsychologist did conduct a brief review (consisting of 3 hours of work

out of a budgeted 23 hours) of the case.  These documents significantly indicate that no

report was issued and provided to the United States.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By:     /s Stephen Carlton
          STEPHEN CARLTON
          ASSISTANT UNITED STATES ATTORNEY
          500 S. Australian Ave., Suite 400
          West Palm Beach, Florida 33401-6235
          Admin. No. A5500011
          Tel. (561) 209-1053
          Telefax (561) 659-4526
          E-mail: Stephen.Carlton@USDOJ.GOV
          *Attorney for the United States*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/  Stephen Carlton
Stephen Carlton
Assistant United States Attorney

**SERVICE LIST**

**Daniel Troya v. United States**
**Case No. 16-80700-CV-MOORE**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.D.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for United States
[Service via CM/ECF]

**Donald Todd Doss**
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
Attorney for Plaintiff
[Service via CM/ECF]

**Steven Holt Malone**
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL  33401
stevenhmalone@bellsouth.net
Attorney for Plaintiff
[Service via CM/ECF]