# ATTACHMENT "A"

## Litigation Request

Jun. 3. 2009   8:40AM      305 536 6923                    No. 5898   P. 2/2/02

**UNITED STATES ATTORNEYS**

**Request, Authorization and Modification of Contract for Services of Expert Witness, Litigative Consultant, or ADR Neutral**

**Contract/Purchase Order Number:** 9W-USA-04-0149

| 1. Requesting Official (Name & Title)<br>John S. Kastrenakes, AUSA | 2. Signature of Requesting Official | 3. Point of Contact (Name and Tel.)<br>Ileane Hylton<br>Telephone:   (561) 209-1033 | 4. Date of Request<br>5/26/2009 |
|---|---|---|---|
| 5. Originating Office (Name & Address)<br>US Attorneys Office<br>500 S. Australian Avenue<br>Suite 400<br>West Palm Beach, FL 33401 | 6. Case Name, Court & Ct. Docket No.<br>US v. Danny Varela, et al.<br>06-80171-CR-DTKH (s)(s) | 7. Contractor (Name, Address & Telephone)<br>Ray Lopez, M.D.<br>Neuroscience Consultants, LLC<br>7330 SW 62nd Place, Suite 310, South Miami, FL 33243<br>Telephone:   (954) 766-8826 | |

**8. Modification Information**

| 8.a. Type of Service (Insert "Expert Witness", "Litigative Consultant" or "ADR Neutral"<br>Expert Witness | 8.b. Performance Period<br>(From - To)<br>3/13/2009 - 4/30/2009 | 8.c. Estimated Cost<br>-$14,000.00 | 8.d. Modification Number<br>0001 | 8.e. Effective Date<br>6 3 09 |
|---|---|---|---|---|

**9. Description of Modification (Insert below—attach continuation sheets if necessary)**

The purpose of this modification is to de-obligate unused funds based on a variance between the original contract amount, including any modifications, the current (final) contract amount and to close out the contract.

**10. Appropriation Data**

| 10.a. Authorized Amount<br>0.00 | 10.b. YREGDOC<br>I-01-108128 | 10.c. Cost Center<br>036104 | 10.d. OBL Month<br>0903 | 10.e. Sub Object Code (SOC)<br>1157 |
|---|---|---|---|---|
| 10.f. Remarks | | 10.g. TAS Code<br>15x0311 | 10.h. Approving Official Signature and Date<br>5/29/09 | |

**11. Summary of Funding and Performance Period Changes**

| Description | Performance Period (From-To) | Amount |
|---|---|---|
| 11.a. Current Contract (to include any prior modifications) | 3/13/2009 - 4/30/2009 | 15,500.00 |
| 11.b. This Modification (funds added/subtracted additional time) | 3/13/2009 - 4/30/2009 | -14,000.00 |
| 11.c. Revised Total Contract Funding | | 1,500.00 |

*The Contractor shall not exceed the amount shown in Block 11.c unless authorized in writing by the Contracting Officer*

**12. Funding Approval**

| 12.a. Signature of Funds Certification Official | 12.b. Name & Title of Funds Certification Official | 12.c. Date |
|---|---|---|
| | | |

Type of Modification (Place an "X" in the applicable Box in the Left Column)

| X | This supplemental agreement requires the signature of the Contractor AND Contracting Officer to effect the changes described in Block 9. |
|---|---|
| | This unilateral modification ONLY requires the signature of the Contracting Officer to effect the administrative changes (e.g., change the paying office or appropriation data) described in Block 9. |

**13. Contractor Signature**

| 13.a. Signature of Authorized Person | 13.b. Name and Title of Signer<br>Ray Lopez, MD | 13.c. Date Signed<br>6-2-09 |
|---|---|---|

**14. Contracting Officer Signature**

| 14.a. Signature of Contracting Officer | 14.b. Name of Contracting Officer<br>Rosita Crespo | 14.c. Date Signed<br>6 3 09 |
|---|---|---|

**Previous Editions are Obsolete**

Form USA-47MOD (Revised 5-2008)

Page 1 of 1

TOTAL P.02



UNITED STATES ATTORNEYS

**Request, Authorization, and Order for Services of
Expert Witness, Litigative Consultant, or ADR Neutral**

RECEIVED MAR 11 2009 PROCUREMENT

**Purchase Order No.:** 9W-USA-04-0149

### Part I - Request for Services

| 1. Requesting Official (Name & Title) | 2. Signature of Requesting Official | 3. Point of Contact (Name and Tel.) | 4. Date of Request |
|---|---|---|---|
| John S. Kastrenakes<br>AUSA | | John S. Kastrenakes<br>Telephone:  (561) 209-1048 | 3/5/2009 |

| 5. Preparer (Name & Tel.) | 6. Originating Office (Name & Address) | 7. Case Name, Court & Ct. Docket No. | 8. DJ File No./USAO No. |
|---|---|---|---|
| Ileane Hylton<br>(561) 209-1033 | US Attorney's Office<br>500 S. Australian Avenue, Suite 400<br>West Palm Beach, FL 33401 | US v. Danny Varela, et al<br>06-80171-Cr-DTKH(s)(s)(s) | 2006R02294 |

| 9. Contractor (Name and Tel.) | 10. Contractor Mailing Address | 11. Contractor TIN or SSN (individual) | 12. Contractor Specialty |
|---|---|---|---|
| Dr. Ray Lopez<br><br>Telephone: (954) 766-8826 | Neuroscience Consultants<br>7330 SW 62nd Place, Suite 310<br>So. Miami, FL 33243 | 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 | Neurology |

13. Reason for Request (Place an "X" in the applicable Box in the Left Column)

| | | |
|---|---|---|
| X | 13.a. Expert Testimony on Behalf of U.S. | |
| | 13.b. Deposition Conducted by DOJ Attorney | |
| | 13.c. Medical Examination of Plaintiff/Witness/Defendant in Contemplation of Testimony on Behalf of U.S. | |
| | 13.d. Examination Under 18 USC 4241, Mental Competency to Stand Trial Only | |
| | 13.e. Dual Purpose Psychiatric Examination (Time of Offense and Competency to Stand Trial) on the motion of: | |
| | 13.f. ADR Neutral Services | |
| | 13.g. Litigative Consultant Services | |
| | 13.h. Other (explain below): | U.S. Department of Justice |

**Attach the Statement of Work to this Form**

14. Negotiated Contractor Rates, Estimated Expenses, and Performance Dates *(Note: Expenses incurred must be supported by receipts)*

| Service/Expense | Performance Dates (From To) | Hour/Day | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 14.a. Examine Case | 3/13/2009 - 4/30/2009 | Hour | 5 | 500.00 | 2,500.00 |
| 14.b. Prepare Testimony | 3/13/2009 - 4/30/2009 | Hour | 8 | 500.00 | 4,000.00 |
| 14.c. Court Testimony | 3/13/2009 - 4/30/2009 | Hour | 10 | 800.00 | 8,000.00 |
| 14.d. Deposition | - | | | | 0.00 |
| 14.e. Litigative Consultant/Neutral | - | | | | 0.00 |
| 14.f. Per Diem (if not part of fee) | | Day | | | 0.00 |
| 14.g. Privately Owned Vehicle (NTE coach rate) | | Mile | | | 0.00 |
| 14.h. Common Carrier Transportation Via GTA | | | | | |
| 14.i. Common Carrier Transportation Reimbursed | | | | | |
| 14.j. Miscellaneous | | | | | 1,000.00 |
| **14.k. Total Estimated Expenses** | | | | | **$15,500.00** |

| 15. Submit Invoices & EFT Information to: | 16. Payment will be made by: (Place an "X" in the applicable Box and fill-in if not JMD/Finance) |
|---|---|
| US Attorney's office<br>Attn: Procurement Division<br>99 NE 4th Street<br>Miami, FL 33132 | X U.S. Department of Justice<br>Southern District of Florida<br>99 NE 4th Street<br>Miami, FL 33132 |

**Request, Authorization, and Order for Services of
Expert Witness, Litigative Consultant, or ADR Neutral**

Purchase Order No.:  9W-USA-04-0149

| Part II – Funding and Approval | | | | |
|---|---|---|---|---|
| 17. Appropriation Data | | | | |
| 17.a. Authorized Amount | 17.b. YREGDOC | 17.c. Cost Center | 17.d. OBL Month | 17.e. Sub Object Code (SOC) |
| $15500.00 | I01 108/28 | 036104 | 0903 | 1157 |
| 17.f. Remarks | | 17.g. TAS Code | 17.h. Approving Official Signature and Date | |
| | | 15X0311 | 3-11-09 | |

Note: The FEW Appropriation (15X0311) shall ONLY be used to fund Witness Services (i.e., items 13.a through 13.e above)

18. Funding Amount (Place an "X" in the applicable Box in the Left Column and fill-in the Amount and Performance Period)

| | | 18.b. Amount | 18.c. Period (From - To) |
|---|---|---|---|
| ✓ | **18.a. Fully Funded**<br><br>This Contract is FULLY FUNDED in the amount specified in Block 18.b to cover the estimated costs of the ENTIRE project whose performance period is specified in Block 18.c. This amount shall NOT be exceeded without authorization and written modification of this contract by the Contracting Officer. | $15,500.00 | 3/13/09-4/30/09 |
| | **18.d. Incrementally Funded**<br><br>This Contract is INCREMENTALLY FUNDED. The total estimated cost of the project is specified in Block 14.k. Currently, funding is provided only in the amount specified in Block 18.e to cover estimated costs incurred during the performance period specified in Block 18.f. The amount specified in Block 18.e shall NOT be exceeded without authorization and written modification of this contract by the Contracting Officer. | 18.e. Amount | 18.f. Period (From - To) |

Reminder: Witnesses are not entitled to Advance Payments.

| 19. Funding Certification | | |
|---|---|---|
| 19.a. Signature of Funds Certification Official | 19.b. Name & Title of Funds Certification Official | 19.c. Date |
| *Betsy Garcia* | **Betsy Garcia, Budget Analyst** | 3/12/09 |

**Part III – Order**

This contract consists of the documents listed below. In the event of any inconsistency among the following documents, such inconsistency shall be resolved in the order in which said documents are listed.

(1)   USA Form 47, Request, Authorization and Contract for Services of Expert Witness, Litigative Consultant, or ADR Neutral, consisting of 2 pages.
(2)   Attachment 1, Contract Terms, Conditions, and Procedures, consisting of 3 pages.
(3)   Attachment 2, Statement of Work.
(4)   Purchase Order award in any aggregate amount up to $100,000 requires Contracting Officer's signature ONLY.

Upon receipt the Contractor also certifies that, to the best of its knowledge, there is nothing derogatory in the background of its employees that could impugn testimony given by these employees or work products delivered by the Contractor.

| 20. Contracting Officer Signature | | |
|---|---|---|
| 20.a. Signature of Contracting Officer | 20.b. Name of Contracting Officer | 20.c. Date Signed |
| | **Kevin Santos** | 3/12/09 |