# ATTACHMENT "B"

## Letter Invoice

May 19 09 11:13a        Ray Lopez, M.D.                                                305 279 5274                    p.2

# RAY LOPEZ, M.D.
### 9521 S.W. 97th Street
### Miami, Florida 33176

PROCUREMENT RECEIVED

'09 MAY 15 PM 1:31

US ATTORNEYS OFFICE

May 12, 2009

**CERTIFICATE OF RECEIPT**
I certify that these goods/services were received on 5/20/09 (date) and accepted on 5/20/09 (date). Oral purchase was authorized and no confirming order has been issued.

☐ PARTIAL   ☒ FINAL payment
☐ DIRECT   ☐ OCDETF   ☐ ASSET FORF   ☐ HCF
Case No. 06-80171-CR-DTKH
Auth No. I-01-108128

John Kastrenakes
(Signature)

(Print name and title)                                    (Date)
                                                        AUSA
                                                        5/20/09

John Kastrenakes, Esq.
United States Attorney's Office, S.D. Fla
701 Clematis Street, Suite 231
West Palm Beach, Florida 33401

Re: Daniel Troya
Your File No: 06-80171-CR
Contract No: 9W-USA-04-0149

| | |
|---|---|
| Review of records - March 18, 2009 - 2 hours | $1,000.00 |
| Conference - March 20, 2009 - 1 hour | $ 500.00 |

Total due:                                    $1,500.00

**PAID**
Voucher/Doc/Ck#: FFLS 05435
Date: 6/15/09
Initials: IA

SS #: 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

PLEASE MAKE PAYMENT TO "RAY LOPEZ, M.D." AT THE ABOVE ADDRESS. THANK YOU.

Ray Lopez, M.D.

**Services / Goods Received**
DC No. I-01-108128  Call No. 9WUSA04-0149
Acct. Class 036104  Obj. Class 1157
Register 01  Date Goods/Servs. Rec'd. ____
Amount 1,500.00  Date Proper Inv. Rec'd. ____

Rosita Crespo
Approving Official                    6/3/09
                                      Date