**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 16-80700-CIV-KMM

DANIEL TROYA,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____/

Case No. 16-80693-BB

RICARDO SANCHEZ, JR.,

       Plaintiff,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____/

## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to **Case No. 16-80700-CIV-KMM** being of the same subject matter as **Case No. 16-80693-BB**, and subject to the consent of the Honorable Beth Bloom, it is

ADJUDGED that the above-numbered actions are transferred to the calendar of the Honorable Beth Bloom for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of February, 2017.

Kevin Michael Moore

Digitally signed by Kevin Michael Moore
DN: o=Administrative Office of the US Courts,
email=k_michael_moore@flsd.uscourts.gov,
cn=Kevin Michael Moore
Date: 2017.02.14 13:44:45 -05'00'

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

After reviewing the court file in the above-numbered actions, the undersigned hereby accepts the transfer of said case.  Therefore, it is

ADJUDGED that all pleadings hereinafter filed shall bear **Case No. 16-80693-BB** thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this __15__ day of February, 2017.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record
        Clerk of Court