United States District Court
for the
Southern District of Florida

DANIEL A. TROYA,            )
          Movant           )
                          )
v.                        )   Civil Action No. 16-80700-Civ-Bloom
                          )
UNITED STATES OF AMERICA,  )
          Respondent    )

## Order

THIS CAUSE is before the Court upon a *sua sponte* review of the record. On February 16, 2017, the undersigned accepted the transfer of the instant case from Chief Judge K. Michael Moore. *See* ECF No. [84]. The Order of Transfer erroneously stated that "all pleadings hereinafter filed shall bear Case No. 16-CV-80693-BLOOM." (*Id.* at 2).   However, the case number should be Case No. 16-CV-80700-BLOOM.  The parties are instructed that all pleadings hereinafter shall bear Case No. 16-CV-80700-BLOOM.

**DONE AND ORDERED** at Miami, Florida, on February 16th, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**