**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**

DANIEL A. TROYA,
          Movant

v.

UNITED STATES OF AMERICA,
          Respondent

_____/

## <u>Notice of Hearing</u>

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Pending before the Court is the Movant's Motion for Leave to Conduct Discovery, ECF No. [34,] and the Movant's Motion to Interview Jurors, ECF No. [33].

On **June 2, 2017, at 9:00 a.m. in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse**, the Court will hold a hearing on the Movant's Motion for Leave to Conduct Discovery, **ECF No. [34]** and  the Movant's Motion to Interview Jurors, **ECF No. [33].** The Court will also conduct a status conference at that time.

**On or before April 3, 2017**, counsel for the Movant shall notify the Court if the Movant waives his presence at the hearing.  Prior to the hearing, the parties are instructed to meet and confer regarding the pending discovery requests. The parties shall use their best efforts to resolve discovery disputes and limit the need for Court intervention.  Following the Court's ruling on the discovery motion, the Court will set deadlines for the filing of amended pleadings and dispositive motions. If necessary, the Court will also set deadlines for the completion of discovery, including any expert discovery, and will schedule an evidentiary hearing.

**DONE AND ORDERED** in Chambers, at Miami, Florida, on February 21st, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record