**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**


DANIEL A. TROYA,
                    Movant

v.

UNITED STATES OF AMERICA,
                    Respondent

_____/


## ORDER


THIS CAUSE is before the Court upon the United States' Motion for the Court to Enter an Order Holding that the Attorney-Client Privilege has Been Waived. ("Motion"), ECF No. [30]. In the Motion, the Respondent advised the Court that it contacted the Movant's trial and appellate counsel. ECF No. [30 at 2].  According to the Respondent, counsel "indicated that they were not inclined to provide information to the United States Attorney's Office, or sit down to discuss their former representation, citing attorney-client privilege." (*Id*.)  As such, the Respondent sought an order from the Court directing the attorneys to "supply any and all documents, correspondence relating to issues raised in the separate 2255 petitions" and to direct the lawyers to "meet with the United States at a reasonable time and place to discuss the issues raised in the separate petition in order to enable the United States to comply with this Court's entered Scheduling Orders." (*Id*. at 11).

On August 4, 2016, the Court entered an Order denying the Motion finding that the Respondent was seeking discovery and must first seek leave of court and provide reasons for the request.  *See* ECF No. [31].  In part, the Court denied relief because the Motion did not contain the specificity required "to enable the Court to make an informed evaluation of the waiver." (*Id*. at 2).

The Court denied the Motion before the Movant had responded.  While the result may remain unchanged, the Court finds that the Movant should file a substantive response to the Motion.  Specifically, the response shall address whether the Movant acknowledges a waiver of attorney-client privilege as to privileged communications relevant to his pending claims of ineffective assistance of trial and appellate counsel.

It is **ORDERED AND ADJUDGED** that:

1.  The Order denying Motion for the Court to Enter an Order Holding that the Attorney-Client Privilege has Been Waived, **ECF No. [30],** is hereby **VACATED.**

2.  The Movant shall file a Response to the Motion **on or before March 10, 2017.**


**DONE AND ORDERED** in Chambers at Miami, Florida, on February 21st, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record