**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-80700-CV-BLOOM**
**(Case No. 06-80171-Cr-Hurley (s)(s)(s))**

**DANIEL TROYA,**

       **Petitioner,**

**vs.**

**UNITED STATES OF AMERICA,**

       **Respondent.**

_____/

## UNITED STATES' NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause.    The prior co-counsel for the United States, AUSA Brandy Galler, is no longer counsel of record for the United States in this matter.    Please substitute the undersigned Assistant United States Attorney, Stephanie Evans, as co-counsel in this matter. The remaining counsel for the United States, AUSA Stephen Carlton, will still also

remain counsel of record for the United States in this matter.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:        *s/Stephanie Evans*

Stephanie Evans
Assistant United States Attorney
Stephanie.D.Evans@usdoj.gov
 Fla Bar No. 255180
 U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorney for United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2017, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Stephanie Evans*

Assistant United States Attorney

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-BLOOM**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Brandy Galler**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Brandy.Galler@usdoj.gov
Stephanie.D.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for United States
[Service via CM/ECF]

**Donald Todd Doss**
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
Attorney for Plaintiff
[Service via CM/ECF]

**Steven Holt Malone**
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL 33401
stevenhmalone@bellsouth.net
Attorney for Plaintiff
[Service via CM/ECF]