## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   16-80700-CV-BLOOM
### (CASE NO. 06-80171-CR-HURLEY/VITUNAC (s)(s)(s))

DANIEL TROYA.
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.

_____/

FILED BY _____ D.C.

APR 03 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that, pursuant to Local Rule 5.4(b), the Notice of Filing of Exhibits 8-15 to the United States' Amended Response in Opposition to Daniel Troya's ("TROYA") Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE-CV 25-1) be SEALED until further order of this Court.   The attachment contains the following documents:   (1) six separate petit jury questionaires that contain personal information about prospective jurors in a quadruple capital murder trial relating to the underlying prosecution of Daniel Troya in Case No. 06-80171-Cr-Hurley in West Palm Beach, FL.   The documents are described in the United States's Amended   Response to Troya's §2255 Petition as USA EXHS. 8, 9, 10, 11, 12, 13 and (2) a court-issued juror list pertaining to the petit jury panel, USA EXH. 14.   The United States will provide copies of these exhibits under separate cover to 2255 counsel for Troya.   The exhibits identify jurors by name and contain personal information about them that although pertinent to the Court's consideration of this matter, contain information subject to redaction and should not be in the public record.

Accordingly, the United States respectfully requests that the Court order that USA EXHIBITS 8 through 14 be filed under seal until further order of the Court.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: /s/   *Stephen Carlton*

Stephen Carlton
Assistant United States Attorney
Stephen.Carlton@USDOJ.gov
Admin. No. A5500011
500 Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>April 3, 2017</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF.   I also certify that the foregoing document, along with paper copies of Exhibits 8-14, is being served this day on all counsel of record via standard United States First Class Mail to:

**Steven H. Malone**
1217 South Flagler Drive
Second Floor
West Palm Beach, FL 33401
Phone:   (561) 805-5805
stevenhmalone@bellsouth.net
[Service via CM/ECF]


**D. Todd Doss**
Federal Defender's Office, MDFL
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Phone:   (407) 648-6338
stevenhmalone@bellsouth.net
[Service via CM/ECF]

By: /s/   *Stephen Carlton*
　　　Stephen Carlton
　　　Assistant United States Attorney