**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  16-80700-CV-BLOOM**
**(CASE NO. 06-80171-CR-HURLEY/VITUNAC (s)(s)(s))**


**DANIEL TROYA.**
        **Movant,**

**vs.**

**UNITED STATES OF AMERICA,**
        **Respondent.**
_____/

## ORDER TO SEAL


The United States of America, having applied to this Court for an Order sealing USA EXHIBITS 8 through 14, the Court finding good cause:

IT IS HEREBY ORDERED that USA EXHIBITS 8 through 14 accompanying the United States's Amended Response to Troya's 2255 Petition A shall be filed under seal until further order of this Court.

DONE AND ORDERED in chambers at Miami, Florida, this ____ day of April, 2017.


_____
BETH BLOOM
UNITED STATES DISTRICT COURT JUDGE