CASE NO: 16-CV-80700 BB

# DOCUMENTS REMOVED

# PURSUANT TO COURT ORDER DENYING MOTION TO SEAL
## per: Local Rule 5.4(C)

# DOCKET ENTRY

# NUMBER __94-2_