*USA Response to Troya §2255 Petition*

# USA EXH. 18

Case 9:16-cv-80700-BB Document 96-4 Entered on FLSD Docket 04/03/2017 Page 2 of 3

# Death Penalty

*Are you in favor of the death penalty for a person convicted of murder?*

■ % In favor    % Opposed



GALLUP

*Are you in favor of the death penalty for a person convicted of murder?*

|  | Favor | Not in favor | No opinion |
|---|---|---|---|
|  | % | % | % |
| 2015 Oct 7-11 | 61 | 37 | 2 |
| 2014 Oct 12-15 | 63 | 33 | 4 |
| 2013 Oct 3-6 | 60 | 35 | 5 |
| 2012 Dec 19-22 | 63 | 32 | 6 |
| 2011 Oct 6-9 | 61 | 35 | 4 |
| 2010 Oct 7-10 ^ | 64 | 29 | 6 |
| 2009 Oct 1-4 | 65 | 31 | 5 |
| 2008 Oct 3-5 | 64 | 30 | 5 |
| 2007 Oct 4-7 | 69 | 27 | 4 |
| 2006 Oct 9-12 | 67 | 28 | 5 |
| 2006 May 5-7 ^ | 65 | 28 | 7 |
| 2005 Oct 13-16 | 64 | 30 | 6 |
| 2004 Oct 11-14 | 64 | 31 | 5 |
| 2003 Oct 6-8 | 64 | 32 | 4 |
| 2003 May 19-21 | 70 | 28 | 2 |

| | | | |
|---|---|---|---|
| 2002 Oct 14-17 | 70 | 25 | 5 |
| 2001 Oct 11-14 | 68 | 26 | 6 |
| 2001 Feb 19-21 ^ | 67 | 25 | 8 |
| 2000 Aug 29-Sep 5 | 67 | 28 | 5 |
| 2000 Jun 23-25 | 66 | 26 | 8 |
| 2000 Feb 14-15 | 66 | 28 | 6 |
| 1999 Feb 8-9 | 71 | 22 | 7 |
| 1995 May 11-14 | 77 | 13 | 10 |
| 1994 Sep 6-7 | 80 | 16 | 4 |
| 1991 Jun 13-16 | 76 | 18 | 6 |
| 1988 Sep 25-Oct 1 | 79 | 16 | 5 |
| 1988 Sep 9-11 | 79 | 16 | 5 |
| 1986 Jan 10-13 | 70 | 22 | 8 |
| 1985 Nov 11-18 | 75 | 17 | 8 |
| 1985 Jan 11-14 | 72 | 20 | 8 |
| 1981 Jan 30-Feb 2 | 66 | 25 | 9 |
| 1978 Mar 3-6 | 62 | 27 | 11 |
| 1976 Apr 9-12 | 66 | 26 | 8 |
| 1972 Nov 10-13 | 57 | 32 | 11 |
| 1972 Mar 3-5 | 50 | 41 | 9 |
| 1971 Oct 29-Nov 2 | 49 | 40 | 11 |
| 1969 Jan 23-28 | 51 | 40 | 9 |
| 1967 Jun 2-7 | 54 | 38 | 8 |
| 1966 May 19-24 | 42 | 47 | 11 |
| 1965 Jan 7-12 | 45 | 43 | 12 |
| 1960 Mar 2-7 | 53 | 36 | 11 |
| 1957 Aug 29-Sep 4 | 47 | 34 | 18 |
| 1956 Mar 29-Apr 3 | 53 | 34 | 13 |
| 1953 Nov 1-5 | 68 | 25 | 7 |
| 1937 Dec 1-6 | 60 | 33 | 7 |
| 1936 Dec 2-7 | 59 | 38 | 3 |

^ Asked of a half sample.

GALLUP