UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>16-80700-CV-BLOOM</u>
<u>06-80171-CR-HURLEY/VITUNAC(s)(s)(s)</u>

DANIEL TROYA,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent,

_____/

## <u>NOTICE OF FILING</u>

The undersigned attorney files this Notice of Filing on behalf of the United States of America, in the above-captioned case that, pursuant to this Court's Order on Motion to Sealed dated April 5, 2017, Exhibits 8 – 14 pertaining to the United States' Amended Response in Opposition to Daniel Troya's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE-CV 25-1), have been filed.   Exhs. 8-14 pertain to DE 96.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:  */s/ Stephen Carlton*_____
      Stephan Carlton
      Assistant United States Attorney
      Stephen.Carlton@usdoj.gov
      Admin No. A5500011
      500 South Australian Avenue, Suite 400
      West Palm Beach, FL   33401
      Phone: (561) 820-8711
      Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served today upon those counsel and/or parties who are not authorized to receive the electronic Notices of Electronic Filing as noted on the attached service list.

By: *s/Stephen Carlton*
      STEPHEN CARLTON
      ASSISTANT UNITED STATES ATTORNEY

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-BLOOM**
**United States District Court, Southern District of Florida**


**Steven H. Malone**
1217 South Flagler Drive
Second Floor
West Palm Beach, FL    33401
Phone: (561) 805-5805
stevenhmalone@bellsouth.net
[Service via CM/ECF]


**D. Todd Doss**
Federal Defender's Office, MDFL
201 South Orange Ave., Ste. 300
Orlando, FL    32801
Phone: (407) 648-6338
todd_doss@fd.org
[Service via CM/ECF]