*USA Response to Troya §2255 Petition*

# USA EXH. 14

## HONORABLE: DANIEL T. K. HURLEY      GRD'S LIST

| 06-80171-10 | | USA V. VARELA | | Printed: 1/22/2009 | 8:58:45AM |
|---|---|---|---|---|---|

| | Seq | Jury # | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 0100 | 102323980 | KEYS, ROBYN M | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 2 | 0141 | 102404180 | PHILLIPS, DAISY HOLMES | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 3 | 0208 | 102394286 | SOUTHWORTH, HOWARD J | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 4 | 0218 | 102359639 | SILVA, MELISSA MARIE | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 5 | 0162 | 102369742 | COSTELLO, KAREN A | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 6 | 0002 | 102371704 | LITTLE, DONALD E | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 7 | 0285 | 102382557 | THOMAS, CONNIE | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 8 | 0001 | 102350641 | HUGO, LYNN E | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 9 | 0130 | 102307196 | ALLEN, MARYE V | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 10 | 0311 | 102331612 | MANNING, JEFFREY L | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 11 | 0136 | 102345799 | BURKE, JENNIFER KINGSTON | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 12 | 0064 | 102309868 | YELVERTON JR, BENJAMIN H | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 13 | 0056 | 102376797 | CRESWICK, ALAN W | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 14 | 0295 | 102357282 | BOSER, DONALD GEOFFREY | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 15 | 0277 | 102320453 | SOLLENBEGER, MARK | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |
| 16 | 0247 | 102378105 | RANKINE, YANICK DANTISTE | S= ☐ | D= ☐ | P= ☐ | C= ☐ | N= ☐ |

Total number: **16**

Legend:  S=Selected   D= Challenge Defendant   P=Challenge Prosecutor/Plaintiff   C=Cause   N=Not Used
NOTE: Return to Jury Administrator after selection.

# HONORABLE: DANIEL T. K. HURLEY   CRD'S LIST

06-80171-04          USA V. VARELA          Printed: 1/12/2009     1:11:24PM

*Panel #8 afternoon 1/12/09*

| Seq | Jury # | | S= | D= | P= | C= | N= |
|---|---|---|---|---|---|---|---|
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ████████████████ | | ☐ | ☐ | ☐ | ☐ | ☐ |
| | ~~1134~~ ~~102402327~~ | ~~IRIBARREN, RAUL RAFAEL~~ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | 1148 | 102361579 | HANDLER, ARTHUR JAMES | ☐ | ☐ | ☐ | ☐ | ☐ |
| | 1164 | 102381749 | BARBA, DOROTHY | ☐ | ☐ | ☐ | ☐ | ☐ |
| | 1106 | 102376660 | LANHAM JR, GILBERT L | ☐ | ☐ | ☐ | ☐ | ☐ |
| | 1155 | 102309896 | HOCHSTEIN-GUSSACK, | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1 | 1142 | 102375786 | GOOCH, DIANE | ☐ | ☐ | ☐ | ☐ | ☐ |