UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,
     Movant,

v.                                                    **CASE NO. 16-80700-Civ-BLOOM**

UNITED STATES OF AMERICA,
     Respondent.
_____/

## UNOPPOSED MOTION FOR CLARIFICATION AND TO SET SCHEDULE

The Movant, Daniel Troya, moves to clarify this Court's Order [Doc. 86] entered on the docket February 22, 2017, to the extent it sets dates for the Movant to reply to Respondent's additional filings, stating:

1.     The Court's directs within its Order [Doc. 86] that:

> On or before **April 3, 2017**, the Respondent shall file an amended response, with an incorporated memorandum of law, to include a response to the claims previously dismissed. The Respondent shall also file an amended response to the discovery motion, to include the corresponding discovery requests previously determined to be mooted by the dismissal.

> The Movant may file an amended reply on or before **May 8, 2017**.

2.     The Government timely filed each of the listed responses on April 3, 2017. Docs. 94, 95, 96, 97, 99. Additionally, the Government renewed its motion for discovery. Doc. 98.

3.     The automatically generated notations within the cm/ecf notice set deadline dates of April 10, 2017, for the reply to the United States' Opposition to Troya's Motion to Interview Jurors [Doc. 97] and the United States' Response in Opposition to Troya's Motion for Discovery. Doc. 99.

4.     The docket notations conflict with the May 8, 2017, deadline set by the Court's Order directing a reply. Doc. 86. The Court's date is much more reflective of the complexity of

these capital post-conviction proceedings and the Government's voluminous response within the motions.[1] Docs. 97 & 99.

5.      Mr. Troya seeks clarification of the due dates for his replies and requests the Court order May 8, 2017, as the date for all replies to be due, as well as, for his response to the Government's renewed motion for discovery.

6.      Assistant U.S. Attorney Stephen Carlton has been contacted and has no objection to the relief sought in this motion.

Wherefore, Mr. Troya requests this Court grant this motion and order the replies and response to the Government's motions be filed on or before May 8, 2017.


Respectfully submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

---

[1] The two motions comprise approximately 300 pages inclusive of attachments. Docs. 97 & 99.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 6, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS