**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**

DANIEL A. TROYA,
               Movant

v.

UNITED STATES OF AMERICA,
               Respondent

_____/

## ORDER ON MOTION FOR CLARIFICATION AND TO SET SCHEDULE

THIS CAUSE is before the Court upon the Movant's Unopposed Motion for Clarification and to Set Schedule, ECF No. [102]. On February 22, 2017, this Court issued a scheduling order wherein the Respondent was ordered to file an Amended Response to the Movant's Amended Motion to Vacate, ECF No. [25-1], and Motion to Conduct Discovery, ECF No. [34], on or before April 3, 2017. *See* ECF No. [86]. The Movant was granted leave to file "an amended reply **on or before May 8, 2017**." *Id*. (emphasis in original). The Respondent has timely responded. However, when the Responses were filed, the Court's automated notification system within the Court's CM/ECF filing system erroneously listed the deadline for the Movant's replies as April 10, 2017. Given the discrepancy between the two deadlines, the Movant seeks clarification of the due dates for his replies.

The due date for the Movant to reply remains **on or before May 8, 2017**. ECF No. [86]. Both parties are hereby notified that when the Court's written orders differ from the due dates automatically generated in the Court's CM/ECF filing system, the Court's order controls.

It is **ORDERED AND ADJUDGED** as follows:

1. The Movant, Daniel A. Troya's Unopposed Motion for Clarification and to Set Schedule, ECF No. [102], is **GRANTED.**

2. The Movant's Replies to the Respondent's Amended Response to the Movant's Amended Motion to Vacate, ECF No. [96], the Respondent's Amended Response to the Discovery Motion, ECF No. [99], the Respondent's Response to the Movant's Motion to Interview Jurors, ECF No. [97], and the Movant's Response to the Respondent's Renewed Motion for the Court to Enter an Order Holding that the Attorney-Client Privilege has been Waived, ECF No. [98] are all due **on or before May 8, 2017.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 7, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record