## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**
    **Movant,**

**v.**                                      **Case No.    16-80700-Civ-BLOOM**

**UNITED STATES OF AMERICA,**
    **Respondent.**

_____/

### NOTICE OF FILING APPENDICES

Movant, Daniel A. Troya by and through his undersigned attorney, hereby files the

attached appendices (A & B) to his Reply to United States Response to Troya's Motion to

Interview Jurors.  Doc. 104.

DATED this 9th of May, 2017

Respectfully Submitted,


/s/ *D. Todd Doss*
D. TODD DOSS
Assistant Federal Defender
Federal Defender's Office
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Tel: (407) 648-6338
Email: todd_doss@fd.org
Florida Bar No. 0910384

*Counsel for Movant Daniel Troya*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *D. Todd Doss*
D. TODD DOSS

# APPENDIX

# A

## Declaration of Christine Lehmann

1.       My name is Christine Lehmann. I am a graduate of Yale Law School and I also have a Masters in Theology from Harvard University. After graduation from law school, I clerked in the Second Circuit Court of Appeals. I am currently a Senior Capital Litigator at the Louisiana Capital Assistance Center, a non-profit law office in New Orleans, Louisiana. I am licensed to practice law in Louisiana and additionally am admitted to practice in the Eastern District of Louisiana, the Southern District of Texas, the Eastern District of Texas, the federal Fifth Circuit Court of Appeal and the U.S. Supreme Court. I am certified as lead capital counsel in Louisiana and am on the federal CJA panel in the Eastern District of Texas.

2.       I currently am § 2255 counsel for Mr. Edgar Garcia, a federal inmate who received a death sentence in the Eastern District of Texas.

3.       As part of Mr. Garcia's post-conviction representation, the § 2255 team interviewed jurors who sat on Mr. Garcia's trial.

4.       In the district there was, at the time, no rule prohibiting post-trial juror contact in criminal cases. Although capital § 2255 cases are also docketed as civil cases, the jurors were selected in a criminal case and thus contact was not prohibited.

5.       In Mr. Garcia's case the presiding judge acknowledged our right to contact the jurors and asked that we clearly identify ourselves to the jurors to avoid confusion.

I declare under penalty of perjury, pursuant to 18 U.S.C. §1621 and 28 U.S.C. §1746, that the foregoing is true and correct to the best of my knowledge.

_____
Christine Lehmann

Executed on ____4/26/17____.

1

# APPENDIX

# B

| Case name | Dist./Case number | §2255 filing date | No local rule prohibiting juror interviews | Local rule requires court's permission; movant's request was granted | Local rule requires court's permission; movant's request was denied | Movant didn't (or hasn't yet) filed post-petition request |
|---|---|---|---|---|---|---|
| Fell, Donald | D. Vt. 5:01Cr12 | 03/21/11 | X | | | |
| Basham, Brandon | D. SC 4:01Cr992-2 | 06/01/11 | X | | | |
| Rodriguez, Alfonso | D. ND 2:04Cr55 | 10/17/11 | X | | | |
| Davis, Len | EDLA 2:94Cr00381 | 03/20/12 | | X | | |
| Montgomery, Lisa | WDMO 4:12Cv8001 | 03/19/13 | X | | | |
| Caro, Carlos | WDVA 2:03-cr-10115 | 03/22/13 | X | | | |
| Barnette, Aquilia | WDNC 3:12Cv327 | 06/19/13 | | | X | |
| Ebron, Joseph | EDTX 1:14Cv539 | 10/27/14 | X | | | |
| Garcia, Edgar | EDTX 1:13Cv723 | 02/24/15 | X | | | |
| Snarr, Mark | EDTX 1:13Cv724 | 02/24/15 | X | | | |
| Gabrion, | WDMI 1:15Cv447 | 04/27/15 | X | | | |

| Marvin | | | | | | |
|---|---|---|---|---|---|---|
| Runyon, David | EDVA 4:08Cr16 | 10/05/15 | | | | X (no request) |
| Lighty, Kenneth[1]<br><br>(§ 2255 still pending in District Court) | D.MD 8:03Cr457 | 10/16/12 | | | | X (no post-petition request) |
| Hager, Thomas<br><br>(§ 2255 still pending in District Court) | EDVA 1:05Cr264 | 04/27/15 | | | | X (no post-petition request) |
| Lawrence, Daryl[2]<br><br>(§ 2255 still pending in District Court) | SDOH 2:05Cr11 | 12/07/15 | | | | X (no post-petition request) |
| Umana, Alejandro[3]<br><br>(§ 2255 still pending in | WDNC 3:16Cv57 | 06/22/16 | | | | X (no post-petition request) |

[1] Lighty's §2255 counsel filed a pre-petition request for interviews that was denied pre-petition. There has been no renewed request since the §2255 motion was filed.

[2] There was a pre-petition request for interviews and a pre-petition denial. There has been no renewed request since the §2255 motion was filed.

[3] There was a pre-petition request for interviews which was denied after the §2255 motion was filed. It is unclear (because the order is sealed) whether the order denying juror interviews was based on the showing made in the pre-petition motion, or whether it was based on the version of the juror misconduct claim raised in the § 2255 motion.

| | | | | | | |
|---|---|---|---|---|---|---|
| District Court) | | | | | | |
| Duncan, Joseph (§ 2255 still in District Court) | D. Idaho 2:17Cv91 | 02/28/17 | | | | X (no post-petition request) |