**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**

DANIEL A. TROYA,

            Movant

v.

UNITED STATES OF AMERICA,

            Respondent

_____/

## Amended Notice of Hearing

THIS CAUSE is before the Court upon a *sua sponte* review of the record.  Pending before the Court is the Movant's Motion for Leave to Conduct Discovery, ECF No. [34], Movant's Motion to Interview Jurors, ECF No. [33], and the Government's Renewed Motion for a Court Order Finding the Attorney Client Privilege was Waived, ECF No. [98].

On **June 2, 2017, at 9:00 a.m. in Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse**, the Court will hold a hearing on the Movant's Motion for Leave to Conduct Discovery, ECF No. [34], Movant's Motion to Interview Jurors, ECF No. [33], and the Government's Renewed Motion for a Court Order Finding the Attorney Client Privilege was Waived, ECF No. [98]. The Court will also conduct a status conference at that time.

Prior to the hearing, the parties are instructed to meet and confer regarding the pending discovery requests. The parties shall use their best efforts to resolve discovery disputes and limit the need for Court intervention.  Following the Court's ruling on the discovery motion, the Court will set deadlines for the filing of amended pleadings and dispositive motions. If necessary, the Court will also set deadlines for the completion of discovery, including any expert discovery, and will schedule an evidentiary hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 10, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record