UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-BLOOM
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


DANIEL A. TROYA,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## JOINT REQUEST FOR PRESERVATION ORDER

COME NOW the United States of America, and Movant, Daniel A. Troya, by and through their respective counsel, and hereby submit and file their Joint Request for Preservation Order contemplated in the previously-entered Joint Status Report, CV-DE 26 at p. 4, para. (C).  On June 2, 2017, this Court conducted a hearing entertaining the parties' respective arguments relating to prospective discovery in this matter. Mindful that this Court may enter an order or orders in the future providing for the taking of discovery by one or more parties to this action, the Court communicated its desire to follow the previously-agreed joint filing to take action to preserve records.

The United States represents to the Court that the following law enforcement entities participated in some meaningful way during the criminal investigation leading to the original federal criminal trial of this matter:  the Drug Enforcement Administration, (DEA); the Federal Bureau of Investigation, (FBI); the Bureau of Alcohol, Tobacco & Firearms (ATF), the St. Lucie County Sheriff's Office (SLSO); the Palm Beach County Sheriff's Office (PBSO); City of West Palm Beach Police Department, Palm Beach Sheriff's Crime Laboratory, the Indian River

Regional Crime Laboratory (at Indian River State College), and the State Attorney's Office, 19th Judicial Circuit. The parties jointly seek a court order directing that each of the above-identified agencies preserve whatever documentation each may have in their possession, in whatever form, relating to the investigation and prosecution of Daniel Troya, and Ricardo Sanchez (and other indicted defendants) in Case No. 06-80171-Cr-Hurley (S.D. Fla.). The United States also asks that a similar order, or the same order also extend to the preservation of any materials in the custody or control of prior counsel for Daniel Troya, that is Ruben Garcia, Esq., James Eisenberg, Esq., Barry Fisher, Esq,. and Robert McGlasson, Esq., including any third party hired by said counsel, including but not limited to any jury consultants or mitigation experts.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: */s Stephen Carlton*
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

*Attorneys for Daniel Troya*

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 9, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
    Stephen Carlton
    Assistant United States Attorney

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

Stephen Carlton
Assistant U.S. Attorney
Stephen.Carlton@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]

Donald Todd Doss
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
**Attorney for Plaintiff**
[Service via CM/ECF]

Steven Holt Malone
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL  33401
stevenhmalone@bellsouth.net
**Attorney for Plaintiff**
[Service via CM/ECF]