**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-80700-CV-BLOOM**
**06-80171-CR-HURLEY/VITUNAC(s)(s)(s)**

**DANIEL TROYA,**
                **Petitioner,**
**vs.**


**UNITED STATES OF AMERICA,**
                **Respondent,**
_____/


**NOTICE OF FILING**

The undersigned attorney files this Notice on behalf of the United States of America, in the above-captioned case that, pursuant to this Court's Order, DE 114, directing the United States to notify affected agencies of the need to preserve and maintain records related to the underlying criminal case.   Attached as Appendix A are copies of correspondence sent out in compliance with said order. Copies of this Court's prior order, (DE 114), were provided to each agency along with the letter.

                Respectfully submitted,

                BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

        By:   */s/ Stephen Carlton*
                Stephan Carlton
                Assistant United States Attorney
                Stephen.Carlton@usdoj.gov
                Admin No. A5500011
                500 South Australian Avenue, Suite 400
                West Palm Beach, FL    33401
                 Phone: (561) 820-8711
                Fax: (561) 820-8777

## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that on June 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served today upon those counsel and/or parties who are not authorized to receive the electronic Notices of Electronic Filing as noted on the attached service list.


By: *s/Stephen Carlton*
     STEPHEN CARLTON
     ASSISTANT UNITED STATES ATTORNEY

<u>**SERVICE LIST**</u>

**Daniel Troya v. United States**
**Case No. 16-80700-CV-BLOOM**
**United States District Court, Southern District of Florida**


**Steven H. Malone**
1217 South Flagler Drive
Second Floor
West Palm Beach, FL    33401
Phone: (561) 805-5805
stevenhmalone@bellsouth.net
[Service via CM/ECF]


**D. Todd Doss**
Federal Defender's Office, MDFL
201 South Orange Ave., Ste. 300
Orlando, FL    32801
Phone: (407) 648-6338
todd_doss@fd.org
[Service via CM/ECF]