# <u>APPENDIX A</u>



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Stephen Carlton, AUSA*
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

June 13, 2017

RAC Robert Shirley
Bureau of Alcohol, Tobacco, Firearms and Explosives
505 S. Flagler Drive, Suite 402
West Palm Beach, Florida 33401

      **RE:**    **Daniel A. Troya and Ricardo Sanchez**
              **06-80171-Cr-Hurley**

Dear Special Agent Shirley:

Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

                                Sincerely,

                                BENJAMIN G. GREENBERG
                                ACTING UNITED STATES ATTORNEY

          By:    */s Stephen Carlton*
                   Stephen Carlton
                   Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

RAC Robert Shirley *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____    Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*
Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

June 13, 2017

ASAC Michael A. D'Alonzo
Federal Bureau of Investigation
505 S. Flagler Drive, Suite 500
West Palm Beach, Florida  33407

      RE:    **Daniel A. Troya and Ricardo Sanchez**
              **06-80171-Cr-Hurley**

Dear Special Agent D'Alonzo:

Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley).  Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter.  If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov.  Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    */s Stephen Carlton*
        Stephen Carlton
        Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*
ASAC Michael A. D'Alonzo (Please provide this as soon as possible due to a court imposed deadline. Thank you.)

Date: _____    Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

June 13, 2017

Lesley Perrone
Director, Indian River Regional Crime Laboratory
4602 Kirby Loop Road
Fort Pierce, FL  34981

   RE: **Daniel A. Troya and Ricardo Sanchez**
     **06-80171-Cr-Hurley**

Dear Director Perrone:

Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley).  Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter.  If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov.  Your cooperation in this matter is greatly appreciated.

       Sincerely,

       BENJAMIN G. GREENBERG
       ACTING UNITED STATES ATTORNEY

    By: */s Stephen Carlton*
       Stephen Carlton
       Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Lesley Perrone  *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____  Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Stephen Carlton, AUSA*
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

June 13, 2017

ASAC John J. McKenna
Drug Enforcement Administration
444 W. Railroad Way, Ste. 500
West Palm Beach, Florida 33401

      **RE:**    **Daniel A. Troya and Ricardo Sanchez**
                **06-80171-Cr-Hurley**

Dear Special Agent McKenna:

Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

                            Sincerely,

                            BENJAMIN G. GREENBERG
                            ACTING UNITED STATES ATTORNEY

        By:     */s Stephen Carlton*
                   Stephen Carlton
                   Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

ASAC John J. McKenna *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____     Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Stephen Carlton, AUSA*
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

June 13, 2017

Dr. Cecelia Crouse, Ph.D
Director, Palm Beach Sheriff's Crime Laboratory
3228 Gun Club Road
West Palm Beach, FL  33406-3001

      **RE:**   **Daniel A. Troya and Ricardo Sanchez**
              **06-80171-Cr-Hurley**

Dear Dr. Crouse:

      Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley).  Please notify all personnel related to this matter to abide by this court order.

      I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter.  If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov.  Your cooperation in this matter is greatly appreciated.

                         Sincerely,

                         BENJAMIN G. GREENBERG
                         ACTING UNITED STATES ATTORNEY

           By:    */s Stephen Carlton*
                    Stephen Carlton
                    Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Dr. Cecelia Crouse, Ph.D  *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____    Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Stephen Carlton, AUSA*
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

June 13, 2017

Sheriff Ric Bradshaw
Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL  33406

      RE:    <u>**Daniel A. Troya and Ricardo Sanchez**</u>
              <u>**06-80171-Cr-Hurley**</u>

Dear Sheriff Bradshaw:

Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley).  Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter.  If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov.  Your cooperation in this matter is greatly appreciated.

                           Sincerely,

                           BENJAMIN G. GREENBERG
                           ACTING UNITED STATES ATTORNEY

          By:    */s Stephen Carlton*
                  Stephen Carlton
                  Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Sheriff  Ric Bradshaw  *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____        Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

June 13, 2017

Bruce Colton, State Attorney
Office of the State Attorney
19th Judicial Circuit of Florida
411 South 2nd Street
Fort Pierce, FL 34950

    **RE:**  **Daniel A. Troya and Ricardo Sanchez**
       **06-80171-Cr-Hurley**

Dear Mr. Colton:

   Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Ricardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley). Please notify all personnel related to this matter to abide by this court order.

   I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

           Sincerely,

           BENJAMIN G. GREENBERG
           ACTING UNITED STATES ATTORNEY

        By:  */s Stephen Carlton*
           Stephen Carlton
           Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Bruce Colton  *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____   Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

June 13, 2017

Sheriff Ken J. Mascara
St. Lucie County Sheriff's Office
4700 W. Midway Road
Fort Pierce, Florida 34981

       RE:    **Daniel A. Troya and Ricardo Sanchez**
               **06-80171-Cr-Hurley**

Dear Sheriff Mascara:

Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

                        Sincerely,

                        BENJAMIN G. GREENBERG
                        ACTING UNITED STATES ATTORNEY

        By:    */s Stephen Carlton*
                  Stephen Carlton
                  Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Sheriff Ken J. Mascara  *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____     Signature: _____

Enc: Court Order dated 6/12/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

June 13, 2017

Chief Sarah J. Mooney
West Palm Beach Police Department
600 Banyan Boulevard
West Palm Beach, FL  33401

RE:   **Daniel A. Troya and Ricardo Sanchez**
     **06-80171-Cr-Hurley**

Dear Chief Mooney:

Pursuant to a court order signed by United States District Judge Beth Bloom on June 12, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-8017-Cr-Hurley). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   */s Stephen Carlton*
Stephen Carlton
Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Chief Sarah J. Mooney  *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____   Signature: _____

Enc: Court Order dated 6/12/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-BLOOM
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

**DANIEL A. TROYA,**
        **Movant,**

**vs.**

**UNITED STATES OF**
        **AMERICA,**
        **Respondent.**
_____/

## O R D E R

THIS CAUSE is before the Court upon the parties' Joint Request for Preservation, ECF No. [113], seeking an order of preservation to third parties, including the representations of the United States that certain identified entities had meaningful participation in the underlying federal criminal prosecution and the investigation in support of such prosecution. Following review of the Motion and after being duly advised, it is

**ORDERED AND ADJUDGED** that the Motion, ECF No. [113], is **GRANTED.**

The entities identified by the United States, that is, the Drug Enforcement Administration, (DEA); the Federal Bureau of Investigation, (FBI); the Bureau of Alcohol, Tobacco & Firearms (ATF), the St. Lucie County Sheriff's Office (SLSO); the Palm Beach County Sheriff's Office (PBSO); City of West Palm Beach Police Department, Palm Beach Sheriff's Crime Laboratory, and the Indian River Regional Crime Laboratory (at Indian River State College), State Attorney's Office, 19th Judicial Circuit, are directed and ordered to preserve and maintain any and all records in their possession, custody or control relating to the investigation and prosecution of Daniel Troya, Ricardo Sanchez (and co-defendants Danny Varela, Liana Lopez

and Juan Gutierrez) in Case No. 06-8011-Cr-Hurley (S.D. Fla), until further order of this Court.

Ruben Garcia, James Eisenberg Ruben Garcia, Esq. James Eisenberg, Esq., Barry Fisher, Esq. and Robert McGlasson, Esq. are hereby directed and ordered to preserve and maintain any and all records in their possession, custody or control, or the possession, custody, or control of any third party hired by said counsel, including but not limited to any jury consultants or mitigation experts, all relating to their work representing Daniel Troya in his original criminal trial in Case No. 06-8011-Cr-Hurley (S.D. Fla), and his direct appeal to the Eleventh Circuit until further order of this Court.

The United States Attorney shall provide notice of this Order to the cited entities, and provide proof to this Court within fourteen (14) days of the entry date of the Order.

Movant Troya's § 2255 counsel shall provide notice of this Order to attorneys Garcia, Eisenberg, Fisher and McGlasson, and provide proof to this Court within fourteen (14) days of the entry date of the Order.

DONE AND ORDERED in Chambers at Miami, Florida on this 12th days of June, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Stephen.carlton@usdoj.gov
stevenhmalone@bellsouth.net
todd_doss@fd.org

FedEx Ship Manager - Print Your Label(s)                                                    Page 1 of 1



My Profile | Support | Locations | 🏳 English       Search or tracking number        Subrr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office®

ORIGIN ID:PBIA                                    (561) 820-8711
USAO - MSAXON
U.S. ATTORNEY'S OFFICE - ELS
500 S. AUSTRALIAN AVENUE
SUITE 400
WEST PALM BEACH, FL 33401
UNITED STATES US

TO  BRUCE COLTON, STATE ATTORNEY
    OFFICE OF THE STATE ATTORNEY
    19TH JUDICIAL CIRCUIT OF FLORIDA
    411 SOUTH 2ND STREET
    FORT PIERCE FL 34950

    (561) 820-8711
    REF:
    INV:
    PO:
    DEPT:

SHIP DATE: 14JUN17
ACTWGT: 0.50 LB
CAD: 108540099/INET3850

BILL SENDER

TRK#  7794 0124 3101        0201

**3E FPRA**

THU - 15 JUN 3:00P
STANDARD OVERNIGHT

FL-US                    34950
                          PBI

**FedEx** Express

J171117621401uv              546J1/A502/53C1

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx.**                                          Search or tracking number        Subrr

| Customer Focus | Featured Services | Companies | Follow FedEx | 🏳 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx Critical Inventory Logistics | FedEx Ground | | |
| Service Guide | FedEx SameDay | FedEx Office | | |
| Customer Support | FedEx Home Delivery | FedEx Freight | | |
| | FedEx TechConnect | FedEx Custom Critical | | |
| **Company Information** | FedEx HealthCare Solutions | FedEx Trade Networks | | |
| About FedEx | Online Retail Solutions | FedEx Cross Border | | |
| Careers | Packaging Services | FedEx Supply Chain | | |
| Investor Relations | Ancillary Clearance Services | | | |
| Subscribe to FedEx email | | | | |
| | **Other Resources** | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2017                          Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

https://www.fedex.com/shipping/shipAction.handle?method=doContinue                6/14/2017

FedEx Ship Manager - Print Your Label(s)                                                    Page 1 of 1



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx.**

| Customer Focus | Featured Services | Companies | Follow FedEx | United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx Critical Inventory Logistics | FedEx Ground | | |
| Service Guide | FedEx SameDay | FedEx Office | | |
| Customer Support | FedEx Home Delivery | FedEx Freight | | |
| | FedEx TechConnect | FedEx Custom Critical | | |
| **Company Information** | FedEx HealthCare Solutions | FedEx Trade Networks | | |
| About FedEx | Online Retail Solutions | FedEx Cross Border | | |
| Careers | Packaging Services | FedEx Supply Chain | | |
| Investor Relations | Ancillary Clearance Services | | | |
| Subscribe to FedEx email | | | | |
| | **Other Resources** | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2017                                    Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

https://www.fedex.com/shipping/shipAction.handle?method=doContinue                    6/14/2017



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx.

| Customer Focus | Featured Services | Companies | Follow FedEx | United States - English |
| --- | --- | --- | --- | --- |
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx Critical Inventory Logistics | FedEx Ground | | |
| Service Guide | FedEx SameDay | FedEx Office | | |
| Customer Support | FedEx Home Delivery | FedEx Freight | | |
| | FedEx TechConnect | FedEx Custom Critical | | |
| Company Information | FedEx HealthCare Solutions | FedEx Trade Networks | | |
| About FedEx | Online Retail Solutions | FedEx Cross Border | | |
| Careers | Packaging Services | FedEx Supply Chain | | |
| Investor Relations | Ancillary Clearance Services | | | |
| Subscribe to FedEx email | | | | |
| | Other Resources | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |



ORIGIN ID:PBIA       (561) 820-8711
USAO - MSJ-AXON
U.S. ATTORNEY'S OFFICE - FLS
500 S. AUSTRALIAN AVENUE
SUITE 400
WEST PALM BEACH, FL 33401
UNITED STATES US

SHIP DATE: 14JUN17
ACTWGT: 0.50 LB
CAD: 108545099/INET3850

TO   RAC ROBERT SHIRLEY
     ATF
     505 S FLAGLER DR STE 402

     WEST PALM BEACH FL 33401
     REF: CARLTON
     DEPT:

     (561) 623-4200
     INV:
     PO:

     BILL SENDER

     546J1/A502/53C1

TRK# 7794 0080 7000
0201

THU - 15 JUN 3:00P
STANDARD OVERNIGHT

FL-US      33401
           PBI

3E PBIA

FedEx Express

J171117021401uv

After printing this label:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx Ship Manager - Print Your Label(s)



FedEx

Shipping | Tracking | Manage | Learn | FedEx Office®

My Profile | Support | Locations | English | Search or tracking number | Subm

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



FedEx

Search or tracking number | Subm

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx Critical Inventory Logistics
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
FedEx HealthCare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

**Follow FedEx**

© FedEx 1995-2017

Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

FedEx Ship Manager - Print Your Label(s)                                          Page 1 of 1



My Profile | Support | Locations | English | Search or tracking number | Subm

**FedEx** | Shipping | Tracking | Manage | Learn | FedEx Office®

TRK# 0201  7794 0109 6810

3E LNAA

THU - 15 JUN 3:00P
STANDARD OVERNIGHT

FL-US
33406
PBI

TO  DR. CECELIA CROUSE, PH.D.
PALM BEACH SHERIFF'S CRIME LABORATO
3228 GUN CLUB ROAD

WEST PALM BEACH FL 33406
(561) 820-8711

ORIGIN ID:PBIA
USAO - MSAXON
U.S. ATTORNEY'S OFFICE - FLS
500 S. AUSTRALIAN AVENUE
SUITE 400
WEST PALM BEACH, FL 33401
UNITED STATES US

(561) 820-8711

BILL SENDER

SHIP DATE: 14JUN17
ACTWGT: 0.50 LB
CAD: 108545099/INET3850

REF:
DEPT:
INV:
PO:

546J1/A502/53C1

FedEx
Express

J171117021401/lur

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx**

Search or tracking number | Subm

United States - English ·

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx Critical Inventory Logistics
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
FedEx HealthCare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

**Follow FedEx**

© FedEx 1995-2017

Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

https://www.fedex.com/shipping/shipAction.handle?method=doContinue                6/14/2017

FedEx Ship Manager - Print Your Label(s)                                    Page 1 of 1

**FedEx.**   Shipping    Tracking    Manage    Learn    FedEx Office®

ORIGIN ID:PBIA        (561) 820-8711
USAO - MSAXON
U.S. ATTORNEY'S OFFICE - FLS
500 S. AUSTRALIAN AVENUE
SUITE 400
WEST PALM BEACH, FL 33401
UNITED STATES US

SHIP DATE: 14JUN17
ACTWGT: 0.50 LB
CAD: 108545099/INET3850

TO  DR. CECELIA CROUSE, PH.D.
PALM BEACH SHERIFF'S CRIME LABORATO
3228 GUN CLUB ROAD

WEST PALM BEACH FL 33406

(561) 620-8711
INV:
PO:                    REF:
DEPT:

BILL SENDER

TRK# 7794 0109 6810
0201

THU - 15 JUN 3:00P
STANDARD OVERNIGHT

3E LNAA

FL-US    33406
         PBI

**FedEx** Express

546J1/A502/53C1

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**FedEx.**                                        Search or tracking number        Subrr

**Customer Focus**          **Featured Services**                **Companies**              **Follow FedEx**                🇺🇸 United States - English
New Customer Center         FedEx Delivery Manager               FedEx Express
Small Business Center       FedEx Critical Inventory Logistics   FedEx Ground
Service Guide               FedEx SameDay                        FedEx Office
Customer Support            FedEx Home Delivery                  FedEx Freight
                            FedEx TechConnect                    FedEx Custom Critical
**Company Information**      FedEx HealthCare Solutions           FedEx Trade Networks
About FedEx                 Online Retail Solutions              FedEx Cross Border
Careers                     Packaging Services                   FedEx Supply Chain
Investor Relations          Ancillary Clearance Services
Subscribe to FedEx email

                            **Other Resources**
                            FedEx Compatible
                            Developer Resource Center
                            FedEx Ship Manager Software
                            FedEx Mobile

FedEx Ship Manager - Print Your Label(s)



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx.

Search or tracking number          Subm

United States - English

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx Critical Inventory Logistics
FedEx SameDay
FedEx Home Delivery
FedEx TechConnect
FedEx HealthCare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx Cross Border
FedEx Supply Chain

**Follow FedEx**

© FedEx 1995-2017

Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

FedEx Ship Manager - Print Your Label(s)





https://www.fedex.com/shipping/shipAction.handle?method=doContinue

6/14/2017

**FedEx Ship Manager - Print Your Label(s)**  Page 1 of 1



### After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx.**

Search or tracking number   Subm

| Customer Focus | Featured Services | Companies | Follow FedEx |
|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | United States - English |
| Small Business Center | FedEx Critical Inventory Logistics | FedEx Ground | |
| Service Guide | FedEx SameDay | FedEx Office | |
| Customer Support | FedEx Home Delivery | FedEx Freight | |
| | FedEx TechConnect | FedEx Custom Critical | |
| **Company Information** | FedEx HealthCare Solutions | FedEx Trade Networks | |
| About FedEx | Online Retail Solutions | FedEx Cross Border | |
| Careers | Packaging Services | FedEx Supply Chain | |
| Investor Relations | Ancillary Clearance Services | | |
| Subscribe to FedEx email | | | |
| | **Other Resources** | | |
| | FedEx Compatible | | |
| | Developer Resource Center | | |
| | FedEx Ship Manager Software | | |
| | FedEx Mobile | | |

© FedEx 1995-2017   Careers | Global Home | Site Map | fedex.com Terms of Use | Security and Privacy