UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-SCOLA
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


DANIEL A. TROYA,
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.
_____/

## NOTICE OF SCRIVENER'S ERROR

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and hereby provides notice to this Court of a scrivener's error in DE 114, which is an Order of Preservation directing certain parties to preserve records relating to the underlying original criminal case, that is, Case No. 06-80171-Cr-Hurley.  The Court's Order, DE 114 inadvertently cited the case inaccurately as Case No. 06-8011-Cr-Hurley.   The government's earlier-submitted proposed Order contained the scrivener's error which was then repeated in this Court's order.  A revised proposed Order is attached as an Appendix to this Notice.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    /s Stephen Carlton
      STEPHEN CARLTON
      ASSISTANT UNITED STATES ATTORNEY
      500 S. Australian Ave., Suite 400
      West Palm Beach, Florida 33401-6235
      Admin. No. A5500011
      Tel. (561) 209-1053
      E-mail: Stephen.Carlton@USDOJ.GOV
      *Attorney for the United States*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
      Stephen Carlton
      Assistant United States Attorney

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**tephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.D.Evans@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
Attorneys for United States
[Service via CM/ECF]

**Donald Todd Doss**
201 S. Orange Avenue
Suite 300
Orlando, FL 32801
todd_doss@fd.org
Attorney for Plaintiff
[Service via CM/ECF]

**Steven Holt Malone**
1217 South Flagler Drive
Second Floor, Flagler Plaza
West Palm Beach, FL  33401
stevenhmalone@bellsouth.net
Attorney for Plaintiff
[Service via CM/ECF]