UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-BLOOM
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))


DANIEL A. TROYA,
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.

_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States provides notice of supplemental authority applicable to Petitioner Daniel Troya's § 2255 Argument VII. See, e.g., DE 25 at ECF pp. 82 - 94.

On June 30, 2017, the Eleventh Circuit issued its opinion in *Ovalles v. United States*, -- F.3d ---- , 2017 WL 2829371 (11th Cir. June 30, 2017). In said decision the Eleventh Circuit held that attempted carjacking constitutes a crime of violence under 18 U.S.C. § 924(c)(3)(B) (risk-of-force), and 18 U.S.C. § 924(c)(3)(A) (use-of-force). In this same ruling the Eleventh Circuit held that Section 924(c)(3)(B) is *not* unconstitutionally vague. *Ibid.* Finally, the Court noted that carjacking, even if accomplished by way of *intimidation*, constitutes a crime of violence under Section 924(c)(3)(A).

Respectfully submitted,


BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    */s Stephen Carlton*
     STEPHEN CARLTON
     ASSISTANT UNITED STATES ATTORNEY
     500 S. Australian Ave., Suite 400
     West Palm Beach, Florida 33401-6235
     Admin. No. A5500011
     Tel. (561) 209-1053
     Telefax (561) 659-4526
     E-mail: Stephen.Carlton@USDOJ.GOV
     *Attorney for the United States*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
Stephen Carlton
Assistant United States Attorney

## SERVICE LIST

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.D.Evans@usa.doj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]


**Steven H. Malone**
1217 South Flagler Drive
Second Floor
West Palm Beach, FL 33401
Phone:  (561) 805-5805
**Attorney for Petitioner**
stevenhmalone@bellsouth.net
[Service via CM/ECF]


**D. Todd Doss**
Federal Defender's Office, MDFL
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Phone:  (407) 648-6338
**Attorney for Petitioner**
todd_doss@fd.org
[Service via CM/ECF]

4