UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-BLOOM
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

DANIEL A. TROYA,
    Movant,

vs.

UNITED STATES OF AMERICA,
    Respondent.
                 /

## CORRECTED ORDER

(*Corrects ECF No. [114] as to Case Number*)

THIS CAUSE is before the Court upon the parties' Joint Request for Preservation, ECF No. [113], seeking an order of preservation to third parties, including the representations of the United States that certain identified entities had meaningful participation in the underlying federal criminal prosecution and the investigation in support of such prosecution. Following review mof the Motion and after being duly advised, it is

**ORDERED AND ADJUDGED** that the Motion, ECF No. [113], is **GRANTED.**

The entities identified by the United States, that is, the Drug Enforcement Administration, (DEA); the Federal Bureau of Investigation, (FBI); the Bureau of Alcohol, Tobacco & Firearms (ATF), the St. Lucie County Sheriff's Office (SLSO); the Palm Beach County Sheriff's Office (PBSO); City of West Palm Beach Police Department, Palm Beach Sheriff's Crime Laboratory, and the Indian River Regional Crime Laboratory (at Indian River State College), State Attorney's Office, 19th Judicial Circuit are hereby directed and ordered to preserve and maintain any and all records in their possession, custody or control relating to the investigation and prosecution of Daniel Troya, Ricardo Sanchez (and co-defendants Danny Varela, Liana Lopez

and Juan Gutierrez) in Case No. 06-80171-Cr-Hurley (S.D. Fla), until further order of this Court.

Ruben Garcia, James Eisenberg Ruben Garcia, Esq. James Eisenberg, Esq., Barry Fisher, Esq. and Robert McGlasson, Esq. are hereby directed and ordered to preserve and maintain any and all records in their possession, custody or control, or the possession, custody, or control of any third party hired by said counsel, including but not limited to any jury consultants or mitigation experts, all relating to their work representing Daniel Troya in his original criminal trial in Case No. 06-80171-Cr-Hurley (S.D. Fla), and his direct appeal to the Eleventh Circuit until further order of this Court.

The United States Attorney shall provide notice of this Order to the cited entities, and provide proof to this Court within fourteen (14) days of the entry date of the Order.

Movant Troya's § 2255 counsel shall provide notice of this Order to attorneys Garcia, Eisenberg, Fisher and McGlasson, and provide proof to this Court within fourteen (14) days of the entry date of the Order.

DONE AND ORDERED in Chambers in Miami, Florida on this 24th day of July, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Stephen.carlton@usdoj.gov
stevenhmalone@bellsouth.net
todd_doss@fd.org