**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**

DANIEL A. TROYA,                              )
        Movant                            )
                                          )
v.                                            )
                                          )
UNITED STATES OF AMERICA,                     )
        Respondent                        )

## PROTECTIVE ORDER REGULATING THE USE OF DISCOVERY OTHERWISE PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE

**THIS CAUSE** is before the Court upon the Movant's Response to Respondent's Amended Motion to Serve Interrogatories and Motion for Entry of Protective Order. ("Motion") ECF No. [122].  The Court, having **GRANTED** the Motion, in relevant part, *see* ECF No. [--], and finding good cause. It is:

**ORDERED AND ADJUDGED** that communications between the Movant and his former trial or appellate counsel that would otherwise be deemed protected by the attorney-client privilege but for the implied waiver that exists exclusively in this Section 2255 proceeding shall not be deemed automatically waived in any other Federal or State proceeding by virtue of the ordered disclosure in this Section 2255 proceeding.  The testimony given and documents supplied by the Movant's former trial and appellate counsel shall be limited to use in this proceeding, and the United States is prohibited from otherwise using the privileged information disclosed by the Movant's former trial and appellate counsel without further order of a court of competent jurisdiction or a written waiver by Movant.  Any privileged documents produced by the Movant or his trial or appellate former counsel shall be marked "Confidential" and shall be maintained as confidential by the parties and held in strict confidence.

**CASE NO. 16-80700-Civ-BLOOM**

**DONE AND ORDERED** in Chambers at Miami, Florida, on August  4th,  2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2