# APPENDIX A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

July 25, 2017

RAC Robert Shirley
Bureau of Alcohol, Tobacco, Firearms and Explosives
505 S. Flagler Drive, Suite 402
West Palm Beach, Florida  33401

RE:     **Daniel A. Troya and Ricardo Sanchez**
        **06-80171-Cr-Hurley**

Dear Special Agent Shirley:

Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley).  (We corrected a scrivener's error that listed the wrong case number).  Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter.  If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov.  Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:     */s Stephen Carlton*
        Stephen Carlton
        Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

RAC Robert Shirley *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____     Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Stephen Carlton, AUSA*
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

July 25, 2017

ASAC Michael A. D'Alonzo
Federal Bureau of Investigation
505 S. Flagler Drive, Suite 500
West Palm Beach, Florida 33407

> RE: <u>**Daniel A. Troya and Ricardo Sanchez**</u>
> <u>**06-80171-Cr-Hurley**</u>

Dear Special Agent D'Alonzo:

Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley). (We corrected a scrivener's error that listed the wrong case number). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, <u>stephen.carlton@usdoj.gov</u>. Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: */s Stephen Carlton*

Stephen Carlton
Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

ASAC Michael A. D'Alonzo *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____ Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

July 25, 2017

Lesley Perrone
Director, Indian River Regional Crime Laboratory
4602 Kirby Loop Road
Fort Pierce, Florida 34981

> RE: **Daniel A. Troya and Ricardo Sanchez**
> **06-80171-Cr-Hurley**

Dear Director Perrone:

Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley). (We corrected a scrivener's error that listed the wrong case number). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: */s Stephen Carlton*

Stephen Carlton
Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Lesley Perrone *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____   Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Stephen Carlton, AUSA*
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

July 25, 2017

ASAC John J. McKenna
Drug Enforcement Administration
444 W. Railroad Way, Ste. 500
West Palm Beach, Florida  33409

   RE: **Daniel A. Troya and Ricardo Sanchez**
      **06-80171-Cr-Hurley**

Dear Special Agent McKenna:

   Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley).   (We corrected a scrivener's error that listed the wrong case number).  Please notify all personnel related to this matter to abide by this court order.

   I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter.  If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov.  Your cooperation in this matter is greatly appreciated.

        Sincerely,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

     By: */s Stephen Carlton*
        Stephen Carlton
        Assistant United States Attorney

   *I acknowledge that I have read this letter and will comply:*

ASAC John J. McKenna *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____  Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Stephen Carlton, AUSA*
*500 S. Australian Ave, Suite 400*
*West Palm Beach, FL 33401*
*Tel. (561) 820-8711*

July 25, 2017

Dr. Cecelia Crouse, Ph.D
Director, Palm Beach Sheriff's Crime Laboratory
3228 Gun Club Road
West Palm Beach, FL 33406-3001

        **RE:**    **Daniel A. Troya and Ricardo Sanchez**
                  **06-80171-Cr-Hurley**

Dear Dr. Crouse:

      Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley). (We corrected a scrivener's error that listed the wrong case number). Please notify all personnel related to this matter to abide by this court order.

      I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

                                        Sincerely,

                                        BENJAMIN G. GREENBERG
                                        ACTING UNITED STATES ATTORNEY

                       By:    */s Stephen Carlton*
                             Stephen Carlton
                             Assistant United States Attorney

     *I acknowledge that I have read this letter and will comply:*

Dr. Cecelia Crouse, Ph.D *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____    Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*
Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

July 25, 2017

Sheriff Ric Bradshaw
Palm Beach County Sheriff's Office
3228 Gun Club Road
West Palm Beach, FL 33406

> RE:   **Daniel A. Troya and Ricardo Sanchez**
>       **06-80171-Cr-Hurley**

Dear Sheriff Bradshaw:

Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley). (We corrected a scrivener's error that listed the wrong case number). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   */s Stephen Carlton*
      Stephen Carlton
      Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Sheriff Ric Bradshaw *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____      Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

July 25, 2017

Bruce Colton, State Attorney
Office of the State Attorney
19th Judicial Circuit of Florida
411 South 2nd Street
Fort Pierce, FL 34950

RE:   <u>**Daniel A. Troya and Ricardo Sanchez**</u>
      <u>**06-80171-Cr-Hurley**</u>

Dear Mr. Colton:

Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley). (We corrected a scrivener's error that listed the wrong case number). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   */s Stephen Carlton*
      Stephen Carlton
      Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Bruce Colton *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____   Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

July 25, 2017

Sheriff Ken J. Mascara
St. Lucie County Sheriff's Office
4700 W. Midway Road
Fort Pierce, FL 34981

RE:     **Daniel A. Troya and Ricardo Sanchez**
        **06-80171-Cr-Hurley**

Dear Sheriff Mascara:

Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley). (We corrected a scrivener's error that listed the wrong case number). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   */s Stephen Carlton*
      Stephen Carlton
      Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Sheriff Ken J. Mascara *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____     Signature: _____

Enc. Court Order dated 7/24/17



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Stephen Carlton, AUSA
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Tel. (561) 820-8711

July 25, 2017

Chief Sarah J. Mooney
West Palm Beach Police Department
600 Banyan Boulevard
West Palm Beach, FL 33401

RE:   **Daniel A. Troya and Ricardo Sanchez**
      **06-80171-Cr-Hurley**

Dear Chief Mooney:

Pursuant to a corrected court order signed by United States District Judge Beth Bloom on July 24, 2017, in Case No. 16-80700-Civ-Bloom, you have been ordered to preserve and maintain any and all records in your possession, custody or control relating to the investigation and prosecution of Daniel Troya, Richardo Sanchez (and co-defendants Danny Varela, Liana Lopez and Juan Gutierrez) until further order of the Court, (former criminal Case No. 06-80171-Cr-Hurley). (We corrected a scrivener's error that listed the wrong case number). Please notify all personnel related to this matter to abide by this court order.

I request that you sign on the appropriate signature line, which will acknowledge your receipt of this letter. If you have any questions concerning this matter, please contact me at (561) 820-8711 or via email, stephen.carlton@usdoj.gov. Your cooperation in this matter is greatly appreciated.

Sincerely,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:   */s Stephen Carlton*
      Stephen Carlton
      Assistant United States Attorney

*I acknowledge that I have read this letter and will comply:*

Chief Sarah J. Mooney *(Please provide this as soon as possible due to a court imposed deadline. Thank you.)*

Date: _____        Signature: _____

Enc. Court Order dated 7/24/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-BLOOM
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

DANIEL A. TROYA,
      Movant,

vs.

UNITED STATES OF AMERICA,
      Respondent.
_____/

## CORRECTED ORDER

*(Corrects ECF No. [114] as to Case Number)*

THIS CAUSE is before the Court upon the parties' Joint Request for Preservation, ECF No. [113], seeking an order of preservation to third parties, including the representations of the United States that certain identified entities had meaningful participation in the underlying federal criminal prosecution and the investigation in support of such prosecution. Following review mof the Motion and after being duly advised, it is

**ORDERED AND ADJUDGED** that the Motion, ECF No. [113], is **GRANTED.**

The entities identified by the United States, that is, the Drug Enforcement Administration, (DEA); the Federal Bureau of Investigation, (FBI); the Bureau of Alcohol, Tobacco & Firearms (ATF), the St. Lucie County Sheriff's Office (SLSO); the Palm Beach County Sheriff's Office (PBSO); City of West Palm Beach Police Department, Palm Beach Sheriff's Crime Laboratory, and the Indian River Regional Crime Laboratory (at Indian River State College), State Attorney's Office, 19th Judicial Circuit are hereby directed and ordered to preserve and maintain any and all records in their possession, custody or control relating to the investigation and prosecution of Daniel Troya, Ricardo Sanchez (and co-defendants Danny Varela, Liana Lopez

and Juan Gutierrez) in Case No. 06-80171-Cr-Hurley (S.D. Fla), until further order of this Court.

Ruben Garcia, James Eisenberg Ruben Garcia, Esq. James Eisenberg, Esq., Barry Fisher, Esq. and Robert McGlasson, Esq. are hereby directed and ordered to preserve and maintain any and all records in their possession, custody or control, or the possession, custody, or control of any third party hired by said counsel, including but not limited to any jury consultants or mitigation experts, all relating to their work representing Daniel Troya in his original criminal trial in Case No. 06-80171-Cr-Hurley (S.D. Fla), and his direct appeal to the Eleventh Circuit until further order of this Court.

The United States Attorney shall provide notice of this Order to the cited entities, and provide proof to this Court within fourteen (14) days of the entry date of the Order.

Movant Troya's § 2255 counsel shall provide notice of this Order to attorneys Garcia, Eisenberg, Fisher and McGlasson, and provide proof to this Court within fourteen (14) days of the entry date of the Order.

DONE AND ORDERED in Chambers in Miami, Florida on this 24th day of July, 2017.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Stephen.carlton@usdoj.gov
stevenhmalone@bellsouth.net
todd_doss@fd.org



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



ORIGIN ID:FPRA   (772) 293-0939
GBELLA
U.S. ATTORNEY'S OFFICE - FLS
101 S US HIGHWAY 1
SUITE 3100
FORT PIERCE, FL 34950
UNITED STATES US

TO  ASAC MICHAEL A. D'ALONZO
FBI
505 S FLAGLER DR
STE 500
WEST PALM BEACH FL 33407
(561) 820-8711
INV:
PO:                          DEPT:
REF: CARLTON

SHIP DATE: 01AUG17
ACTWGT: 0.50 LB
CAD: 108545089/INET3920

BILL SENDER

TRK#   7797 8018 4288
0201

3E PBIA

WED - 02 AUG 3:00P
STANDARD OVERNIGHT

FL-US
33407
PBI

FedEx
Express

J172017062901uv           549J1/577E/104C

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



ORIGIN ID:FPRA    (772) 293-0939
GBELLA
U.S. ATTORNEY'S OFFICE - FLS
101 S US HIGHWAY 1
SUITE 3100
FORT PIERCE, FL 34950
UNITED STATES US

TO   ASAC JOHN J. MCKENNA
DEA
444 W. RAILROAD WAY
SUITE 500
WEST PALM BEACH FL 33401
(561) 820-8711
REF: CARLTON
INV:
PO:       DEPT:

SHIP DATE: 01AUG17
ACTWGT: 0.50 LB
CAD: 108545089//INET3920

BILL SENDER

TRK# 0201   7797 8024 0671

WED - 02 AUG 3:00P
STANDARD OVERNIGHT

3E PBIA

33401
FL-US    PBI

FedEx Express

J17201706290 1uv      549J1/577E/104C

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx Ship Manager - Print Your Label(s)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.