**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

   **Movant,**

**v.**                                               **Case No. 9:16-CV-80700-Civ-BLOOM**

**UNITED STATES OF AMERICA,**

   **Respondent.**

_____/

**MOTION TO EXTEND TIME FOR
MOVANT TO PRODUCE DOCUMENTS**

Movant Daniel A. Troya moves this Court to extend the time to comply with this Court's Second Revised Scheduling Order. Doc. 112. In support, Mr. Troya states:

1.      On June 6, 2017, this Court issued a Revised Scheduling Order, Doc. 112, requiring the Movant to "identify and produce documents in the files of his trial and appellate counsel that he will rely upon to support his pending ineffective assistance of counsel claims." *Id.*

2.      An extension of time is requested. Though counsel have been working to identify the documents as ordered by the Court, it has not been possible to complete this task in the time permitted. Critically, the defense team has recently had an integral member diagnosed with brain tumors. The paralegal operates as records custodian and processes all records related to Mr. Troya's case. She will be periodically unavailable to work, and her unavailability will significantly slow the process of producing records until she returns and/or a temporary replacement gains a familiarity with the case. Mr. Troya's case involves over 100,000 records at this point.

3.      The delays associated with Hurricane Irma have also recently impacted the Movant's ability to complete the document production by the scheduled date.

1

4. Counsel for the movant had attempted to confer with Assistant United States Attorney Stephen Carlton prior to the September 11, 2017, deadline, however, Mr. Carlton was unavailable due to understandable issues related to Hurricane Irma, and counsel have been virtually unavailable since then. Mr. Carlton has since been contacted, and undersigned is authorized to state his position that the Government does not oppose the request for extension of time.

Wherefore, the movant requests this Court extend the time to comply by 45 days.


Respectfully Submitted,


| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE


/s/ *D. Todd Doss*
D. TODD DOSS

3