**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**


DANIEL A. TROYA,
          Movant

v.

UNITED STATES OF AMERICA,
          Respondent
_____/


## ORDER ON MOTION TO EXTEND TIME FOR MOVANT TO PRODUCE DOCUMENTS

THIS CAUSE is before the Court upon Movant, Daniel A. Troya's, Motion to Extend Time for Movant to Produce Documents, ECF No. [128].   On June 6, 2017, the Court issued a Second Revised Scheduling Order, ECF No. [112], wherein the Movant was ordered "that, within 100 days of the hearing, or **no later than September 11, 2017**, the Movant shall identify and produce documents in the files of his trial and appellate counsel that he will rely upon to support his pending ineffective assistance of counsel claims." *Id*. at 1. (emphasis in original). The instant motion has followed. The Movant seeks an extension of forty-five days to comply with the Court's Order due to the serious illness of a member of the Movant's legal team and delays associated with Hurricane Irma.  The Movant has conferred with the Respondent who has no opposition. The Court finds that the Movant has shown good cause for an extension of time.

It is **ORDERED AND ADJUDGED** that the Movant, Daniel A. Troya's, Motion to Extend Time for Movant to Produce Documents, ECF No. [128] is **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 22nd, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record