**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

     **Movant,**

**v.**                                     **Case No. 9:16-CV-80700-Civ-BLOOM**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

**SECOND MOTION TO EXTEND TIME FOR**
**MOVANT TO PRODUCE DOCUMENTS**

Movant Daniel A. Troya moves this Court to extend the time to comply with this Court's Second Revised Scheduling Order. Doc. 112. In support, Mr. Troya states:

1. On June 6, 2017, this Court issued a Revised Scheduling Order, Doc. 112, requiring the Movant to "identify and produce documents in the files of his trial and appellate counsel that he will rely upon to support his pending ineffective assistance of counsel claims." *Id.*

2. An extension of time was requested by Mr. Troya and granted by this Court. Doc. 128, 129. The extension of time moved the due date to November 6, 2017. A second extension is now requested.

3. Movant previously alerted the Court that a critical defense team member had been diagnosed with brain tumors. This team member has been the individual previously designated as records custodian and processed all the records associated with Mr. Troya's case. She has been forced to miss more time than previously anticipated and is scheduled for surgery. This has caused major disruption in the discovery review and processing of documents ordered by the Court. Counsel have been working to identify the documents as ordered by the Court, however, it has not been possible to complete this task in the time permitted. Mr. Troya's case involves voluminous

1

records and the absence of such a critical team member has caused unexpected delays in complying with the Court's order.

4.      Counsel for the movant has contacted Assistant United States Attorney Stephen Carlton and the Government does not oppose the request for extension of time.

Wherefore, the movant requests this Court extend the time to comply by ten days.


Respectfully Submitted,


*/s/ Steven H. Malone*
STEVEN H. MALONE
Steven H. Malone, P.A.
1217 South Flagler Drive
Second Floor
West Palm Beach, FL 33401
Tele: 561-805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545
*Counsel for Daniel A. Troya*

*/s/ D. Todd Doss*
D. TODD DOSS
Assistant Federal Defender
Federal Defender's Office, MDFL
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Tele: 407-648-6338
Email: todd_doss@fd.org
Florida Bar No. 0910384
*Counsel for Daniel A. Troya*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 2, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE


/s/ *D. Todd Doss*

D. TODD DOSS