UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80700-CIV-BLOOM

DANIEL A. TROYA,
          Movant

v.

UNITED STATES OF AMERICA,
          Respondent
_____/

## ORDER REQUIRING PARTIES TO FILE JOINT STATUS REPORT

THIS CAUSE is before the Court upon a *sua sponte* review of the record. On June 6, 2017, the Court issued a Second Revised Scheduling Order, ECF No. [112], wherein the Movant was ordered "that, within 100 days of the hearing, or **no later than September 11, 2017**, the Movant shall identify and produce documents in the files of his trial and appellate counsel that he will rely upon to support his pending ineffective assistance of counsel claims." *Id*. at 1. (emphasis in original). Having shown good cause, the Court twice extended the time for the Movant to produce documents, ECF No. [128] & [130]. The Movant's submission is due November 16, 2017.

On July 26, 2017, the Court granted, in part, the Movant's discovery requests as to Claims XVIII, XXV, & XXVI, ECF No. [124]. The Court authorized the Movant to serve his Requests for Production on the Respondent, on or before August 1, 2017. *See id*. at 46. Further, the Court granted the Movant's requests to conduct certain discovery. In doing so, the Court designated a process in which the Respondent was to conduct discovery of potentially attorney-

client privileged information.  *See* ECF No. [125] at 15.  To date, neither party has sought Court intervention to resolve any discovery issues.  The parties shall meet and confer regarding any outstanding discovery issues.  Following the conference, the parties shall file a joint status report.  The joint status report shall, among other things, propose a discovery deadline.[1]  As the Movant's discovery submission is due on November 16, 2017, the joint status report is due **on or before December 1, 2017.**

   **DONE AND ORDERED** in Chambers at Miami, Florida, on November 3rd, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The parties shall consider that following the completion of discovery there is a limited time in which to amend their pleadings. The Second Revised Scheduling Order, ECF No. [112], provides that the "Petition may be amended within 90 days after the close of discovery; the Government shall file its response to the Amended Petition 90 days thereafter, and the Movant shall then have 90 days thereafter to file any traverse or reply." *Id*. at 112.