UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,

        Movant,

v.                                         Case No. 16-80700-CIV-BLOOM

UNITED STATES OF AMERICA,

        Respondent.

                                         /

**JOINT DISCOVERY STATUS REPORT**

Daniel A. Troya and the United States, through their respective counsel, file their Joint Discovery Status Report as directed by this Court's Order Requiring Parties to File Joint Status Report (Doc. 132) entered November 7, 2017:

1.      Daniel Troya timely complied with this Court's Second Revised Scheduling Order (Doc. 112), and subsequent orders granting extensions of time (Docs. 128 & 130), by identifying and producing the documents in the trial and appellate attorney files he relied upon in promulgating his ineffective assistance of counsel claims.

2.      Daniel Troya timely served his Requests for Production upon the United States and a timely response was provided. Subsequently, Mr. Troya filed his Unopposed Motion for Leave to Issue Subpoena Duces Tecum and Memorandum in Support. Doc. 133.

3.      Mr. Troya is preparing to file civil actions to pursue the documents withheld or redacted by various federal agencies. Mr. Troya had requested the documents within discovery and this Court denied the request. Doc. 124 at 44. Documents were requested from ATF, DEA, FBI and BOP, and state law enforcement agencies, including the Florida Department of Law Enforcement, West Palm Beach Police Department, Greenacres Police Department, and Crimestoppers.

1

4.      The Government is presently reviewing documents provided in discovery by Mr. Troya. Mr. Troya's counsel mailed the documents on November 16, 2017. The Government will schedule the depositions of the trial and/or appellate attorneys (as it deems necessary) after their review of the documents. This review will be a lengthy process as 61,097 documents were produced.

5.      The parties propose the discovery deadline be set 180 days from the rendering of this Court's order setting such a deadline, which deadline would encompass the government's scheduling and completion of any and all depositions of both trial and appellate counsel.

**Respectfully Submitted**,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

*/s Stephen Carlton*
STEPHEN CARLTON
Assistant United States Attorney
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE


/s/ *D. Todd Doss*
D. TODD DOSS