**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**


DANIEL A. TROYA,
             Movant

v.

UNITED STATES OF AMERICA,
             Respondent
_____/


**REVISED SCHEDULING ORDER**

THIS CAUSE is before the Court upon the parties' Joint Discovery Status Report, ECF No. [135]. On November 7, 2017, the Court issued an Order Requiring Parties to File Joint Status Report, ECF No. [132], wherein the parties were ordered that "[t]he joint status report shall, among other things, propose a discovery deadline." *Id*. at 2.

In compliance with the Court's Order, the parties filed their report and "propose[d] the discovery deadline be set 180 days from the rendering of this Court's order setting such a deadline, which deadline would encompass the government's scheduling and completion of any and all depositions of both trial and appellate counsel." ECF No. [135] at 2.

It is **ORDERED AND ADJUDGED** that:

1. On May 25, 2018, discovery will be closed.  After May 25, 2018, neither party may conduct any discovery, including but not limited to the taking of depositions, absent leave of Court.  The Court cautions both parties to schedule depositions such that objections filed by the other party or by the deponent as set forth in the Omnibus Discovery Order on Waiver of Attorney-

Client Privilege and Motion for Protective Order, ECF No. [125] at 15, can be timely considered and ruled upon by the Court **before** May 25, 2018.  Failure to do so may result in a waiver of the objection or a denial of the discovery request.

2.  The Petition may be amended within 90 days after the close of discovery.

3.  The Government shall file its response within 90 days of the filing of an Amended Petition.

4.  The Movant shall then have 90 days thereafter to file any traverse or reply.

5.  Following a review of any amended pleadings, the Court may schedule an evidentiary hearing.

Having now further extended the deadlines for both parties to file their briefs, the Court will not further extend deadlines absent extenuating circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 1, 2017.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record