UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-80700-CV-BLOOM
(Case No. 06-80171-Cr-Hurley/Vitunac(s)(s)(s))

DANIEL A. TROYA,
          Movant,

vs.

UNITED STATES OF AMERICA,
          Respondent.
_____/

## NOTICE OF FILING

COMES NOW the Respondent, United States of America, by and through its undersigned Assistant United States Attorney, and hereby provides Notice to counsel and the Court as follows:

1.  On August 11, 2017, the United States prepared and submitted to defense counsel a cover letter describing the United States' Response to Movant's First Request for Production of Documents, and documents intended to be sent to Movant's counsel.

2.  The United States sent out the response to both of Movant's counsel (Doss and Malone) by Federal Express on August 11, 2017.

3.  Recently, government counsel endeavored to locate its copy of the government discovery response cited above; a copy was not located in the government's paper files, nor in the copy sent to Movant's attorneys. Attached to this Notice of Filing is a print-out of the original discovery response, "United States' Response to Movant's First Request for Production of Documents" (Appendix A)(hereafter "pleading

response"), that the United States originally prepared on August 11, 2017, and until recently believed had been served on counsel and filed with the Court. We now realize that through inadvertent mistake it appears that the pleading response was neither filed with the Court nor served on defense counsel.  Prior to reaching this conclusion the United States contacted Movant's counsel and was informed separately by Messrs. Doss and Malone that their office could not locate a copy of the government's pleading in the materials received by them.  The United States has no record of receiving any inquiry or complaint from movant's counsel concerning their failure to receive the underlying pleading response, and hence the oversight was not noticed by the United States.

4.  The United States has concluded that through an inadvertent mistake the original government pleading did not get sent to counsel although its cover letter and the materials to be disclosed in the pleading response to Movant's First Request for Production of Documents did get sent out in a timely fashion on August 11, 2017.

5. Also attached in the Appendix is a copy of the original cover letter communication describing the Response that the United States had intended to send out at the same time.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    /s Stephen Carlton
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401-6235
Admin. No. A5500011
Tel. (561) 209-1053
Telefax (561) 659-4526
E-mail: Stephen.Carlton@USDOJ.GOV
*Attorney for the United States*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Stephen Carlton*
Stephen Carlton
Assistant United States Attorney

<u>**SERVICE LIST**</u>

**Daniel Troya v. United States**
**Case No. 16-80700-CV-SCOLA**
**United States District Court, Southern District of Florida**

**Stephen Carlton**
**Stephanie Evans**
Assistant U.S. Attorneys
Stephen.Carlton@usdoj.gov
Stephanie.D.Evans@usa.doj.gov
U.S. Attorney's Office
500 S. Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 659-4526
**Attorney for United States**
[Service via CM/ECF]


**Steven H. Malone**
1217 South Flagler Drive
Second Floor
West Palm Beach, FL 33401
Phone:  (561) 805-5805
stevenhmalone@bellsouth.net
[Service via CM/ECF]


**D. Todd Doss**
Federal Defender's Office, MDFL
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Phone:  (407) 648-6338
stevenhmalone@bellsouth.net
[Service via CM/ECF]