**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80700-CIV-BLOOM**

DANIEL A. TROYA,
  Movant,

v.

UNITED STATES OF AMERICA,
  Respondent.

_____

**NOTICE OF CHANGE OF MAILING ADDRESS**

  The undersigned attorney, Steven H. Malone, hereby gives notice of a change of mailing

address to: 707 North Flagler Drive, West Palm Beach, Florida 33401.

        Respectfully Submitted,

        /s  Steven H. Malone
        STEVEN H. MALONE
        Florida Bar Number: 305545

        STEVEN H. MALONE, P.A.
        707 North Flagler Drive
        West Palm Beach, FL 33401
        Phone: 561.805.5805
        Fax: 561.655.2182
        stevenhmalone@bellsouth.net
        Attorney for Daniel A. Troya

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of

Appearance was submitted to the Clerk of Court using the CM/ECF system, which will send a

notice of electronic filing to counsel of record, on this 27 day of April, 2018.

        /s Steven H. Malone