**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**
        **Movant,**

**v.**                                                       **Case No.        16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**
        **Respondent.**

_____/

**DEFENDANT'S NOTICE OF STRIKING**

Plaintiff, Daniel A. Troya, by and through undersigned counsel hereby strikes docket

entry number 139, as there was an error when filing in CM/ECF.

Respectfully submitted,

| | |
|---|---|
| _/s/ Steven H. Malone_ | _/s/ D. Todd Doss_ |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | Federal Defender's Office, MDFL |
| West Palm Beach, FL 33401 | 201 South Orange Ave., Ste. 300 |
| Tel: 561-805-5805 | Orlando, FL 32801 |
| Email: stevenhmalone@bellsouth.net | Tel: 407-648-6338 |
| Florida Bar No. 305545 | Email: todd_doss@fd.org |
| _Counsel for Daniel A. Troya_ | Florida Bar No. 0910384 |
| | _Counsel for Daniel A. Troya_ |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in this case, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE


/s/ *D. Todd Doss*
D. TODD DOSS

2