**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-Civ-BLOOM**

DANIEL A. TROYA,
            Movant

v.

UNITED STATES OF AMERICA,
            Respondent
_____/

## ORDER ON MOTION TO EXTEND TIME TO AMEND PETITION

THIS CAUSE is before the Court upon Petitioner's Unopposed Request to Extend the Time to Amend the 2255 Petition Pending the Outcome of Freedom of Information Act Litigation ("Motion"), ECF No. [141]. On December 5, 2017, the Court issued a Revised Scheduling Order, ECF No. [136], wherein the parties were ordered that "[o]n May 25, 2018, discovery will be closed." *Id*. at 1. It was further ordered that "[t]he Petition may be amended within 90 days after the close of discovery." *Id*. at 2. Therefore, amendments to the Petition are due, no later than, August 23, 2018.

On August 7, 2018, the Movant advised the Court that he is currently pursuing litigation "in the United States District Court for the District of Columbia to enforce Mr. Troya's right to obtain documents related to his prosecution. *See Kowal v. United States Department of Justice & United States Drug Enforcement Administration*, 1:18-cv-938." ECF No. [141] at 6. He requests that the Court "extend these § 2255 proceedings, pending the outcome of his FOIA lawsuit. Once the FOIA lawsuits are completed this Court [can] set a new date for submitting an

amended § 2255 motion." *Id.* at 23.  The Motion, without an endorsement of the particular characterizations or arguments made, is unopposed by the Government. Having reviewed the court file and the submissions of the Movant, the Court finds good cause to extend the deadline to amend the § 2255 Motion.

**IT IS ORDERED AND ADJUDGED** that

1. The Petitioner's Unopposed Request to Extend the Time to Amend the 2255 Petition Pending the Outcome of Freedom of Information Act Litigation,  **ECF No. [141]**, is **GRANTED**.

2. The deadline to amended the § 2255 Motion is extended until the conclusion of the Movant's FOIA litigation in the United States District Court for the District of Columbia.  After conclusion, the Court will set a new deadline for amendments to the pleadings.  The Movant shall provide a status report every sixty (60) days to this Court of his proceedings in the United States District Court for the District of Columbia.  **The first status report is due on October 8, 2018.**  The Movant is to immediately notify the Court of the conclusion of the proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 8, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2