## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**

     **Movant,**

**v.**                                      **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

     **Respondent.**

                                                      /

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.  This report is submitted in compliance with that order.

2.      Since this Court's Order (Doc. 142), the Defendants in the FOIA litigation, U.S. Department of Justice (DOJ) and the Drug Enforcement Administration (DEA), moved for an extension of time to respond to the complaint (Doc. 10), which was granted and extended until October 19, 2018. Additionally, the attorneys for co-defendant, Ricardo Sanchez, have sought to intervene in the case (Doc. 12) and DOJ and DEA have filed their motion in opposition (Doc. 13).

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 9, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2