UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,

     Movant,

v.                                                                                   Case No. 16-80700-CIV-BLOOM

UNITED STATES OF AMERICA,

     Respondent.

_____/

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.   This report is submitted in compliance with that order.

2.     Since the last status report filed on October 9, 2018 (Doc. 143), a second FOIA case was filed, *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency,* Case No. 1:18-cv-02798-TJK. This second case (*Kowal II*), alleges improper withholding of records by each of the named agencies. Summons have been issued, but have yet to be served. Doc. 5.

3.     The Defendants in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration (Kowal I)*, filed their answer to Plaintiff's complaint. Doc. 15. Additionally, the attorneys for co-defendant, Ricardo Sanchez, have sought to intervene in *Kowal I* and the Court denied their motion without prejudice. Doc. 12 & Minute Order entered November 13, 2018.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2