**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

      **Movant,**

**v.**                                **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

      **Respondent.**

                                                        /

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.  This report is submitted in compliance with that order.

2.      In the first FOIA case, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration*, 1:18-cv-00938, the government has agreed to release further documents, and has sought time to process the request. Counsel for Mr. Troya has not received those documents yet. A status report is to be filed February 7, 2019. The complaint in the second FOIA case, *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency*, Case No. 1:18-cv-02798-TJK, alleges improper withholding of records by each of the named agencies. It was filed November 30, 2018, summonses were issued, and a United States Attorney entered an appearance for the defendants on January 28, 2019.

**Respectfully Submitted**,

*/s/ Steven H. Malone*                                                  */s/ D. Todd Doss*

STEVEN H. MALONE                          D. TODD DOSS

Steven H. Malone, P.A.                     Assistant Federal Defender

1217 South Flagler Drive                 Federal Defender's Office, MDFL

Second Floor                                  201 South Orange Ave., Ste. 300

West Palm Beach, FL 33401           Orlando, FL 32801

Tele: 561-805-5805                     Tele: 407-648-6338

Email: stevenhmalone@bellsouth.net    Email: todd_doss@fd.org

Florida Bar No. 305545                  Florida Bar No. 0810384

*Counsel for Daniel A. Troya*          *Counsel for Daniel A. Troya*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 5, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

                                            /s/ *Steven H. Malone*
                                            STEVEN H. MALONE

                                            /s/ *D. Todd Doss*
                                            D. TODD DOSS