**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 16-80700-CIV-BLOOM**

DANIEL A. TROYA,

          Movant

v.

UNITED STATES OF AMERICA,

          Respondent

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon a *sua sponte* review of the record. On August 7, 2018, the Movant advised the Court that he was currently pursuing litigation "in the United States District Court for the District of Columbia to enforce Mr. Troya's right to obtain documents related to his prosecution. *See Kowal v. United States Department of Justice & United States Drug Enforcement Administration*, 1:18-cv-938." ECF No. [141] at 6. He requested that the Court "extend these § 2255 proceedings, pending the outcome of his FOIA lawsuit. Once the FOIA lawsuits are completed this Court [can] set a new date for submitting an amended § 2255 motion." *Id*. at 23. The Court found good cause to extend deadlines. ECF No. [142] at 2. Further, the Court required the Movant to "provide a status report every sixty (60) days to this Court of his proceedings in the United States District Court for the District of Columbia." *Id*. To date, the Movant has filed timely status reports in compliance with the Court's Order. ECF Nos. [143-45]. However, his latest status report was due on **April 8, 2019**. *See id.* It has not been timely filed.

**IT IS ORDERED AND ADJUDGED** that the

The Movant, Daniel Troya, shall file a status report pursuant to this Court's Order, ECF No. [142], or show cause as to why one has not been filed, on or before, **April 22, 2019**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 16, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record