**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                           **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.    This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.

2.    On April 16, 2019, this Honorable Court issued an Order to Show Cause directing the Movant to file a status report or show cause why a status report was not filed on April 8, 2019. This report is submitted in compliance with that order.

3.    Since the last status report filed on February 5, 2019 (Doc. 145), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), two separate status reports have been filed and documents voluntarily produced by the Defendants. A briefing scheduled was proposed by the parties in the status report filed on April 8, 2019. Doc. 19. A briefing schedule was then set by the Court on April 9, 2019, as follows:

> MINUTE ORDER: In light of the parties' [19] Joint Status Report, it is hereby ORDERED that the following schedule shall govern further proceedings: Defendants shall file their motion for summary judgment by June 17, 2019; Plaintiff shall file her consolidated opposition to Defendants' motion and cross-motion for summary judgment by August 16, 2019; Defendants shall file their consolidated reply and opposition to Plaintiff's cross-motion

by October 29, 2019; and Plaintiff shall file her reply by December 20, 2019.

4.    In *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Defendants filed their answer to the complaint on April 9, 2019. Doc. 10. The Court subsequently ordered on the same day as follows:

> MINUTE ORDER: Before the Court in this FOIA case are a complaint and an answer. It is hereby ORDERED that the parties shall meet, confer, and file a joint proposed schedule for briefing or disclosure by May 6, 2019. Signed by Judge Timothy J. Kelly on 4/9/2019.

Respectfully Submitted,

*/s/ Steven H. Malone*                              */s/ D. Todd Doss*
STEVEN H. MALONE                             D. TODD DOSS
Steven H. Malone, P.A.                            Assistant Federal Defender
1217 South Flagler Drive                          Federal Defender's Office, MDFL
Second Floor                                         201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                      Orlando, FL 32801
Tele: 561-805-5805                                  Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net           Email: todd_doss@fd.org
Florida Bar No. 305545                            Florida Bar No. 0810384
*Counsel for Daniel A. Troya*                     *Counsel for Daniel A. Troya*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2