**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

      **Movant,**

**v.**                                           **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

      **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.

2.      Since the last status report filed on April 16, 2019 (Doc. 147), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), no further pleadings have been filed. The Defendants are to file any motions for summary judgment on or before June 17, 2019. Responsive motions are then due sixty days later on August 16, 2019.

3.      In *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Court has ordered that the parties shall file a further joint status report, including, if necessary, a proposed briefing schedule no later than July 19, 2019. Minute Order dated May 21, 2019. This order was in response to the parties informing the Court that Defendants ATF, DEA and FBI had completed further searches for documents responsive to Plaintiff's FOIA requests. Doc. 13. In those searches, the Defendant FBI reportedly found 1,117 pages of potentially

responsive records. The Defendant FBI informed the Court they intend upon reviewing and releasing the first 500 pages on July 19, 2019, the next 500 pages by August 19, 2019, and the remaining pages by September 19, 2019. Id. The Defendants ATF and DEA are ready to proceed to summary judgment briefing. Id.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS