UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80700-CV-BLOOM

DANIEL A. TROYA,
        Movant

v.

UNITED STATES OF AMERICA,
        Respondent
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court upon a *sua sponte* review of the record. The Movant is in the custody of the United States Bureau of Prisons after having been sentenced to death for the October 13, 2006, murders of two young children: Luis Damian Escobedo (three years old) and Luis Julian Escobedo (four years old). (Verdict, Case No. 06-CR-80171 (Hurley, J), ECF No. [796]). The Movant was also sentenced to life imprisonment for the murder of the children's parents, Jose Luis Escobedo and his wife Yessica Escobedo. The Movant's convictions and sentences were affirmed on direct appeal. *United States v. Troya*, 733 F.3d 1125 (11th Cir. 2013). The United States Supreme Court has denied a writ of certiorari. *Sanchez v. United States*, 135 S.Ct. 2048 (2015).

On August 7, 2018, the Movant advised the Court that he was currently pursuing litigation "in the United States District Court for the District of Columbia to enforce Mr. Troya's right to obtain documents related to his prosecution. *See Kowal v. United States Department of Justice & United States Drug Enforcement Administration*, 1:18-cv-938." ("FOIA litigation")

ECF No. [141] at 6.  He requested that the Court "extend these § 2255 proceedings, pending the outcome of his FOIA lawsuit.  Once the FOIA lawsuits are completed this Court [can] set a new date for submitting an amended § 2255 motion." *Id*. at 23.  The Court found good cause to extend deadlines.  ECF No. [142] at 2.  Further, the Court required the Movant to "provide a status report every sixty (60) days to this Court of his proceedings in the United States District Court for the District of Columbia." *Id*.

Eleven months have passed since the Court's initial order extending the deadline to amend his § 2255 motion.  According to his most recent status report, the Movant continues his FOIA litigation in the District Court for the District of Columbia. *See* ECF No. [148].

**IT IS ORDERED AND ADJUDGED** that

1. The deadline to file an amended § 2255 motion remains extended.  At the conclusion of the Movant's participation in the FOIA litigation, the Movant shall immediately notify the Court.

2. The case is **STAYED** pending resolution of the FOIA litigation in the District Court of the District of Columbia.  In the interim, the Movant shall continue to provide the Court with a status report every sixty (60) days.

3. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case for statistical purposes.  This case may be reopened upon the motion of either party.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 18, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

cc: counsel of record