**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

     **Movant,**

**v.**                                                                      **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.

2.     Since the last status report filed on August 8, 2019 (Doc. 150), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), the following pleadings have been filed:

     a.     Plaintiff's Unopposed Motion for Extension of Time was filed on August 14, 2019. Doc. 21.

     b.     Minute Order Granting Plaintiff's Unopposed Motion for Extension of Time was filed on August 16, 2019.

     c.     Plaintiff's Unopposed Motion for Extension of Time was filed on August 29, 2019. Doc. 22.

     d.     Minute Order Granting in Part Plaintiff's Unopposed Motion for Extension of Time was filed on August 29, 2019.

     e.     Plaintiff's Combined Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment was filed on September 13, 2019. Doc. 23.

f.    Plaintiff's Memorandum of Law in Support of Plaintiff's Combined Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment was filed on September 13, 2019. Doc. 24.

g.    Defendants' Notice of Errata was filed on September 16, 2019. Doc. 25.

h.    Defendants' Notice of Filing Statement of Undisputed Facts was filed on September 16, 2019. Doc. 26.

3.    Current briefing schedule in Kowal I orders that Defendants shall file their consolidated reply and opposition to Plaintiff's cross-motion by November 26, 2019 and Plaintiff shall file her reply by January 17, 2020. Minute Order dated August 29, 2019.

4.    In *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), a joint status report was filed on September 30, 2019. Doc. 15. The subsequent Minute Order directed the parties to file a further joint status report, including, if necessary, a proposed briefing schedule, no later than October 30, 2019. Minute Order dated September 30, 2019. The Defendant FBI reportedly found 1,117 pages of potentially responsive records. The Defendant FBI released the records it determined not subject to exemption on July 19, 2019, and August 19, 2019. Mr. Troya's defense team is processing those records and intends to submit the required status report and a summary judgment briefing schedule prior to October 30, 2019, as directed by the Court.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 8, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS