**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                                    **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.

2.     Since the last status report filed on October 8, 2019 (Doc. 152), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), The Defendants filed their consolidated reply and opposition to Plaintiff's cross-motion on November 26, 2019. Doc. 29. Plaintiff shall file her reply by January 17, 2020. Minute Order dated August 29, 2019.

4.     In  *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), joint status reports were filed on October 29, 2019 and November 22, 2019. Docs. 16 & 17. The subsequent Minute Order dated November 25, 2019, directed:

> [T]hat the following schedule will govern further proceedings: (1) Defendants shall file their motion for summary judgment by January 6, 2020; (2) Plaintiff shall file her opposition to Defendant's motion and her cross-motion by February 17, 2020; (3) Defendants shall file

their opposition to Plaintiff's cross-motion and reply in support of their motion by March 30, 2020; and (4) Plaintiff shall file her reply in support of her cross-motion by May 1, 2020.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS