**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 16-80700-CV-Dimitrouleas**
**(Case No. 06-80171-Cr-Hurley(s)(s)(s))**

**DANIEL TROYA,**

        **Petitioner,**

**vs.**

**UNITED STATES OF AMERICA,**

        **Respondent.**

_____/

<u>NOTICE OF APPEARANCE</u>

The United States of America, by and through the undersigned, Assistant United States Attorney E.J. Yera, hereby files this Notice of Appearance on behalf of the United States of America, in the above-styled case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: */s/ E.J. Yera*_____
    E.J. YERA
    Assistant United States Attorney
    Court Identification No. A 5500337
    500 South Australian Avenue, Suite 400
    West Palm Beach, FL 33401
    Telephone: 561 209-1052
    Facsimile:  561 820-8777
    e.j.yera@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 20, 2020, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.


By:     *s/Evelio Jesús Yera*
        Evelio Jesús Yera
        Assistant United States Attorney

2