Dear Honerable judge Bloom                              1/22/20

Hopefully all is well with you and yours, I'm writing to find out a few answers to a few Questions, firstly I have some requests for documents I would like to submit and need to know how to do this do I send it to you or prosecution and due to the sensitivity of what I will be requesting I need to know how to Request it under seal, secondly I would like to know how would I go about filing pro se completely I have not had much faith in this process to begin with But I will know truly what direction my case will go By the documents produced in connection to my requests and I need very specific documents, If it desent look good I might as well drop my appeals while we have a president who dont care who lives or dies this will probably be my only opportunity to either Be closer to going home or you murdering me I'm ready to make that jump now, that may mean severing ties with my legal team B/c I know that they are conna get in my way, please respond and instruct me further

                    Daniel Troya.

Sorry for the Inconvienence and thank you for concidering me in this matter.

                    much respects

FILED BY _____ D.C.

JAN 2 8 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case 9:16-cv-80700-BB Document 155 Entered on FLSD Docket 01/28/2020 Page 2 of 2

Daniel A. Troya 75817-004
Po Box 33
Terre Haute, IN 47808

legal mail!

The honerable Beth Bloom
u.s. Dist. Judge
400 N. miami Ave, Chambers 10-2
miami, Florida 33128



INMATE IDENTIFICATION CONFIRMED

33128-180727

JAN 23 2020

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

RECEIVED
JAN 28 2020
12:25 PM

USMS
INSPECTED