UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80700-BLOOM

DANIEL A. TROYA,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 18, 2019, the Court entered an order administratively closing this case pending resolution of the FOIA litigation in the District Court of the District of Columbia, and ordered Movant to continue to provide the Court with a status report every sixty (60) days. ECF No. [149] ("Order"). Movant filed a status report on December 6, 2019, and the next report was due on February 4, 2020. However, Movant has failed to timely file the report.

Accordingly, it is **ORDERED AND ADJUDGED** that Movant shall file a status report pursuant to this Court's Order or show cause as to why one has not been filed, **on or before February 10, 2020**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 5, 2020.

BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 16-cv-80700-BLOOM

Copies to:

Counsel of Record