UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,

    Movant,

v.                                   **Case No. 16-80700-CIV-BLOOM**

UNITED STATES OF AMERICA,

    Respondent.

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.    This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. Id.

2.    Since the last status report filed on December 6, 2019 (Doc. 153), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), Plaintiff filed her Reply to Defendant's Response to Cross-Motion for Summary Judgement on January 30, 2020. Doc. 32. Summary judgment briefing has now concluded.

4.    In *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), an extension of time was granted to the Defendants to file their motion for summary judgment, which was subsequently filed on January 9, 2020. Docs. 18, 19 & Minute Order dated January 6, 2020. The Minute Order further directed, in pertinent part, that:

> It is hereby ORDERED that the following schedule will govern further proceedings: (1) Defendants shall file their motion for summary judgment by January 10, 2020; (2) Plaintiff shall file her opposition to Defendants' motion and her cross-motion by

February 21, 2020; (3) Defendants shall file their opposition to Plaintiff's cross-motion and their reply in support of their motion by April 3, 2020; and (4) Plaintiff shall file her reply in support of her cross-motion by May 5, 2020.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 1217 South Flagler Drive | Federal Defender's Office, MDFL |
| Second Floor | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0810384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2