**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                             **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     Since the last status report filed on April 6, 2020 (Doc. 158), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), an order was recently rendered on cross motions for summary judgment. The Court ruled that the Defendant's had conducted an adequate search under FOIA, however, the Court found the Defendant's *Vaughn* index deficient and ordered the parties to propose a briefing schedule by June 15, 2020. Doc. 34.

3.     In *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Defendants filed their opposition to Plaintiff's cross-motion and their reply in support of their summary judgment motion on June 1, 2020. Doc. 26. Plaintiff is due to file her reply in support of her cross-motion by July 6, 2020. *Minute Order* dated April 15, 2020.

Respectfully Submitted,

/s/ Steven H. Malone                          /s/ D. Todd Doss
STEVEN H. MALONE                        D. TODD DOSS
Steven H. Malone, P.A.                        Assistant Federal Defender
1217 South Flagler Drive                      Federal Defender's Office, MDFL
Second Floor                                       201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                Orlando, FL 32801
Tele: 561-805-5805                              Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net      Email: todd_doss@fd.org
Florida Bar No. 305545                        Florida Bar No. 0910384
Counsel for Daniel A. Troya                 Counsel for Daniel A. Troya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 6, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ Steven H. Malone
STEVEN H. MALONE

/s/ D. Todd Doss
D. TODD DOSS

2