**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

     **Movant,**

v.                                     **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     Since the last status report filed on June 9, 2020 (Doc. 158), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), a court ordered briefing joint status report was filed. Doc. 35. The Court then ordered that:

> (1) Defendants shall file their motion for summary judgment by September 1, 2020; (2) Plaintiff shall file her opposition to Defendants' motion and her cross-motion by October 2, 2020; (3) Defendants shall file their opposition to Plaintiff's

cross-motion and their reply in support of their motion by November 2, 2020; and (4) Plaintiff shall file her reply in support of her cross-motion by December 2, 2020.

*Minute Order* dated June 17, 2020.

3.      In      *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Plaintiff filed her reply to Defendant's opposition to her motion for Summary judgment on July 20, 2020. Doc. 28. Summary judgment briefing has now concluded.

Respectfully Submitted,

*/s/ Steven H. Malone*                                          */s/ D. Todd Doss*
STEVEN H. MALONE                                        D. TODD DOSS
Steven H. Malone, P.A.                                       Assistant Federal Defender
707 North Flagler Drive                                      201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                             Orlando, FL 32801
Tele: 561-805-5805                                            Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net               Email: todd_doss@fd.org
Florida Bar No. 305545                                     Florida Bar No. 0910384
*Counsel for Daniel A. Troya*                           *Counsel for Daniel A. Troya*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

3