**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

     **Movant,**

**v.**                                                                          **Case No. 16-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

     **Respondent.**
_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     Since the last status report filed on August 3, 2020 (Doc. 162), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), the Defendant(s) filed their Motion for Summary Judgment on September 1, 2020. Doc. 36. Plaintiff then filed her Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment and to File Plaintiff's Cross-Motion for Summary Judgment on September 28, 2020. Doc. 37. The Court granted that motion and ordered that:

> Plaintiff shall have up to and including November 2, 2020 to respond to the Defendants' motion for summary judgment and file her cross-motion for summary judgment; it is further ORDERED that Defendants shall have up to and including December 8, 2020 to file their opposition to Plaintiff's cross-motion and their reply in support of their motion; it is further ORDERED that Plaintiff shall file her reply in support of her cross-motion by January 8, 2021.

*Minute Order* dated September 28, 2020.

3.      In   *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Court entered its Memorandum Opinion and Order on the parties' cross-motions for summary judgment on September 24, 2020. Doc. 29. The Court granted Defendants' Motion for Summary Judgment as to Plaintiff's claims against the ATF and the adequacy of the search conducted by the FBI and denied Plaintiff's Motion for Summary Judgment. Doc. 29 at 25. The Court further ordered the FBI to submit a revised *Vaughn* index, and, "if necessary, to submit redacted versions of the documents withheld in full or part that help explain which portions of the documents have been withheld under which exemptions, and the factual basis for each portion of the documents withheld.[FN]" Doc. 29 at 18. The parties were further Ordered to meet, confer, and submit a joint schedule for briefing renewed motions for summary judgment by October 9, 2020. Doc. 29 at 25-26.

Respectfully Submitted,

*/s/ Steven H. Malone*                          */s/ D. Todd Doss*
STEVEN H. MALONE                          D. TODD DOSS
Steven H. Malone, P.A.                          Assistant Federal Defender

| | |
|---|---|
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS