UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**

   Movant,

v.                                                      Case No. 16-80700-CIV-BLOOM

**UNITED STATES OF AMERICA,**

   **Respondent.**

_____/

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1. This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2. Since the last status report filed on October 5, 2020 (Doc. 163), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), the Defendant(s) filed their Motion for Summary Judgment on September 1, 2020. Doc. 36. Plaintiff then filed her Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment and to File Plaintiff's Cross-Motion for Summary Judgment on November 30, 2020. Doc. 39. That motion is pending.

3. In *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency*

(Kowal II), the Court entered its Minute Order dated October 11, 2020, setting a briefing schedule for the parties. Subsequently, the Defendants filed their renewed motion for summary judgment on November 20, 2020. Doc. 31. The Plaintiff's opposition and cross-motion are now due on December 21, 2020. Minute Order dated October 11, 2020.

Respectfully Submitted,

| | |
|---|---|
| /s/ Steven H. Malone | /s/ D. Todd Doss |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS