UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,

    Movant,

v.                                          **Case No. 9:16-CV-80700-CIV-BLOOM**

UNITED STATES OF AMERICA,

    Respondent.

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.      Since the last status report filed on December 1, 2020 (Doc. 164), in the initial FOIA litigation, *Kowal v. U.S. Department of Justice and Drug Enforcement Administration* (Kowal I), the Plaintiff filed her Response to Defendant's Motion for Summary Judgment and to and Cross-Motion for Summary Judgment on January 5, 2021. Docs. 40 & 41. Portions were sealed. Docs. 43-44. The Defendant's response and reply are due on February 4, 2021.

3.      In *Kowal v. United States Department of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Plaintiff filed her motion for extension of time to file her opposition and cross-

motion to Defendant's renewed Motion for Summary Judgement. Docs. 32-33. The opposition and cross-motion are now due on February 21, 2021. Minute Order dated January 19, 2021.

Respectfully Submitted,

/s/ Steven H. Malone                                /s/ D. Todd Doss
STEVEN H. MALONE                               D. TODD DOSS
Steven H. Malone, P.A.                             Assistant Federal Defender
707 North Flagler Drive                            201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                   Orlando, FL 32801
Tele: 561-805-5805                                  Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net     Email: todd_doss@fd.org
Florida Bar No. 305545                            Florida Bar No. 0910384
Counsel for Daniel A. Troya                    Counsel for Daniel A. Troya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ Steven H. Malone
STEVEN H. MALONE

/s/ D. Todd Doss
D. TODD DOSS