UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-80700-BLOOM

DANIEL A. TROYA,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On July 18, 2019, the Court entered an order administratively closing this case pending resolution of the FOIA litigation in the District Court of the District of Columbia and ordered Movant to continue to provide the Court with a status report every sixty (60) days. *See* ECF No. [149] ("Order"). Movant filed his most recent Status Report, ECF No. [165], on January 29, 2021, and 60 days have passed since then.

Accordingly, it is **ORDERED** that Movant shall file a status report pursuant to this Court's Order or show cause as to why one has not been filed, **on or before April 6, 2021**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 31, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record