**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                          **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1. This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2. Since the last status report filed on December 1, 2020 (Doc. 164), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), the Defendants filed their Reply and Opposition to Plaintiff's Combined Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment on February 25, 2021. Docs. 46 & 47. The Plaintiff's reply is currently due on May 5, 2021.

3. In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Plaintiff filed her Combined Opposition to Defendant's Renewed Motion for

Summary Judgment and Plaintiff's Second Cross-Motion for Summary Judgment. Docs. 35-36. Defendants moved for extension of time to file their opposition and cross-motion to Plaintiff's renewed Motion for Summary Judgment. Docs. 37. Defendant's opposition and cross-motion are now due on May 3, 2021. Minute Order dated March 23, 2021.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic filing.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2