UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,

    Movant,

v.                                Case No. 9:16-CV-80700-CIV-BLOOM

UNITED STATES OF AMERICA,

    Respondent.

_____/

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     Since the last status report filed on March 31, 2020 (Doc. 164), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), the Court issued its order granting in part and denying in part Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment. Doc. 52. The Court also ordered the parties to file a joint briefing schedule as to the remaining summary judgment issue. *Id.* The parties have done so (Doc. 54), and the Court adopted the joint submission. Minute Order dated September 14, 2021. The briefing schedule now runs through January 6, 2022. Id.

3.     In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Plaintiff filed(?) her reply in support of her cross-motion by August 2, 2021. Doc. 47. Other

briefing was also submitted regarding the amending of Plaintiff's Counterstatement of Material Facts. Docs. 43-46. The case now awaits the Court's ruling on the parties' respective motions for summary judgment.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS, Esq. |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2