UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,

     Movant,

v.                                                                    Case No. 9:16-CV-80700-CIV-BLOOM

UNITED STATES OF AMERICA,

     Respondent.

                               /

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     Since the last status report filed on September 23, 2021 (Doc. 171), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), the Defendants filed their Renewed Motion for Summary Judgment. Doc. 55. The Plaintiff subsequently moved for an extension of time to file her response and counter-motion. Doc. 56. The unopposed motion was granted and the response and counter-motion are now due on December 17, 2021. Minute Order dated November 19, 2021.

3.     In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), on September 30, 2021, the Court denied Plaintiff's Motion for Summary Judgment and granted the Defendant's Motion for Summary Judgment, the Court did this through its order and

memorandum opinion. Docs. 48-49. Plaintiff filed her Motion to Alter or Amend pursuant to Rule 59, along with her appendix, on October 27, 2021. Docs. 50-51. The Defendants moved for an extension of time that was granted on November 9, 2021. Doc. 52 and Minute Order dated November 9, 2021. The Defendants filed their motion in opposition on November 24, 2021. Doc. 53.

Respectfully Submitted,

/s/ Steven H. Malone
STEVEN H. MALONE
Steven H. Malone, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Tele: 561-805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545
Counsel for Daniel A. Troya

/s/ D. Todd Doss
D. TODD DOSS, Esq.
Assistant Federal Defender
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Tele: 407-648-6338
Email: todd_doss@fd.org
Florida Bar No. 0910384
Counsel for Daniel A. Troya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ Steven H. Malone
STEVEN H. MALONE

/s/ D. Todd Doss
D. TODD DOSS

2