**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                            **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.      Since the last status report filed on January 28, 2021 (Doc. 165), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), the Plaintiff filed her Combined Opposition to Defendants' Renewed Motion for Summary Judgment and Cross-Motion for Summary Judgment and accompanying memorandum of law. Docs. 57-8. The Defendants then filed their Combined Reply in Support of Renewed Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion and accompanying memorandum of law. Docs. 59-60.   Plaintiff now awaits the Court's ruling.

3.      In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), on September 30, 2021, the Court denied Plaintiff's Motion for Summary Judgment and

granted the Defendant's Motion for Summary Judgment, the Court did this through its order and memorandum opinion. Docs. 48-49. Plaintiff filed her Motion to Alter or Amend pursuant to Rule 59, along with her appendix, on October 27, 2021. Docs. 50-51. The Defendants moved for an extension of time that was granted on November 9, 2021. Doc. 52 and Minute Order dated November 9, 2021. The Defendants filed their motion in opposition on November 24, 2021. Doc. 53.  The parties now await the Court's order.

Respectfully Submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS, Esq. |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS