**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

     **Movant,**

**v.**                                      **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     Since the last status report filed on March 30, 2021 (Doc. 175), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), the Plaintiff is still awaiting the Court's rulings on motions and cross-motions for summary judgment by the parties.

3.     In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the parties still await the Court's ruling on Plaintiff's Motion to Alter or Amend pursuant to Rule 59.  Docs. 50-53.

Respectfully Submitted,

| | |
|---|---|
| /s/ Steven H. Malone | /s/ D. Todd Doss |
| STEVEN H. MALONE | D. TODD DOSS, Esq. |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven H. Malone*
STEVEN H. MALONE, Esq.

/s/ *D. Todd Doss*
D. TODD DOSS, Esq.

2