**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

      **Movant,**

**v.**                                                                                  **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

      **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     Since the last status report filed on June 1, 2022 (Doc. 176), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), the Plaintiff is still awaiting the Court's rulings on motions and cross-motions for summary judgment by the parties.

3.     In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Court denied Plaintiff's Motion to Alter or Amend pursuant to Rule 59.  Docs. 50-55. Accordingly, Mr. Troya will soon be filing his Notice of Appeal to the appellate Court.

Respectfully Submitted,

/s/ Steven H. Malone                          /s/ D. Todd Doss
STEVEN H. MALONE                              D. TODD DOSS, Esq.
Steven H. Malone, P.A.                        Assistant Federal Defender
707 North Flagler Drive                       201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                     Orlando, FL 32801
Tele: 561-805-5805                            Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net            Email: todd_doss@fd.org
Florida Bar No. 305545                        Florida Bar No. 0910384
*Counsel for Daniel A. Troya*                 *Counsel for Daniel A. Troya*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2