**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

   **Movant,**

v.                                                       **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

   **Respondent.**

_____/

### STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.      Since the last status report filed on June 1, 2022 (Doc. 176), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), on September 7, 2022, the Court denied Plaintiff's Cross-Motion for Summary Judgment and granted Defendant's Motion for Summary Judgement against the Plaintiff. Doc. 61-62. Either a Motion to Alter or Amend or a Notice of Appeal will be timely filed by the Plaintiff.

3.      In   *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), Mr. Troya timely filed his Notice of Appeal and the case is now pending in the D. C. Circuit Court of Appeals.

Respectfully Submitted,

/s/ Steven H. Malone                                    /s/ D. Todd Doss
STEVEN H. MALONE                                  D. TODD DOSS, Esq.
Steven H. Malone, P.A.                              Assistant Federal Defender
707 North Flagler Drive                              201 South Orange Ave., Ste. 300
West Palm Beach, FL 33401                       Orlando, FL 32801
Tele: 561-805-5805                                     Tele: 407-648-6338
Email: stevenhmalone@bellsouth.net         Email: todd_doss@fd.org
Florida Bar No. 305545                               Florida Bar No. 0910384
*Counsel for Daniel A. Troya*                       *Counsel for Daniel A. Troya*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS