UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80700-CV-BLOOM

DANIEL TROYA,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## **UNITED STATES' NOTICE OF REASSIGNMENT**

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause.  Prior counsel for the United States, Assistant United States Attorney Evelio Jesús Yera, is no longer counsel of record for the United States in this matter.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   */s/ Marty Fulgueira Elfenbein*
    MARTY FULGUEIRA ELFENBEIN
    Assistant United States Attorney
    Florida Bar No. 0020891
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9112
    Email: Marta.Elfenbein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2022, the undersigned electronically filed the foregoing document, United States' Notice of Reassignment, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to received electronically Notices of Electronic Filing.

*/s/ Marty Fulgueira Elfenbein*
MARTY FULGUEIRA ELFENBEIN
Assistant United States Attorney

**SERVICE LIST**

| Party | Counsel |
|---|---|
| Movant | Donald Todd Doss<br>201 S. Orange Avenue Suite 300<br>Orlando, FL 32801<br>Tel. 407-648-6338<br>Email: Todd_Doss@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF**<br><br>Steven Holt Malone<br>Steven H Malone PA<br>707 North Flagler Dr<br>West Palm Beach, FL 33401<br>Tel. 561-805-5805<br>Email: Stevenhmalone@bellsouth.Net<br>**via Notice of Electronic Filing generated by CM/ECF** |

2