**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


**DANIEL TROYA,**

    **Movant,**

**v.**                                   **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.      Since the last status report filed on November 28, 2022 (Doc. 179), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I), the Government Appellee's filed a Motion to Extend Time to File Dispositive Motions, which was granted. Currently, dispositive motions are due February 2, 2023.

3.      In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II), the Government Appellee's filed their Motion for Summary Affirmance. Subsequently, a response and a reply were filed. These pleadings are yet to be ruled upon by the Court.

Respectfully Submitted,

/s/ Steven H. Malone
STEVEN H. MALONE
Steven H. Malone, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Tele: 561-805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545
*Counsel for Daniel A. Troya*

/s/ D. Todd Doss
D. TODD DOSS, Esq.
Assistant Federal Defender
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Tele: 407-648-6338
Email: todd_doss@fd.org
Florida Bar No. 0910384
*Counsel for Daniel A. Troya*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ Steven H. Malone
STEVEN H. MALONE

/s/ D. Todd Doss
D. TODD DOSS

2