# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**

    **Movant,**

**v.**                                **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

## STATUS REPORT

Daniel A. Troya, by counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.    This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.    Since the last status report filed on March 28, 2023 (Doc. 182), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I[1]), the Government Appellee's filed their Motion for Summary Affirmance. Subsequently, a response and a reply were filed. The parties now await the Court's ruling on the motions.

3.    In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II[2]), an order granting a joint motion for extension of deadlines was entered. Doc.1992926.

---

[1] U.S. Court of Appeals, District of Columbia, *Kowal v. DOJ, et al.,* Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-938-TJK.

[2] U.S. Court of Appeals, District of Columbia *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-2798-TJK.

Presently, the Appellant's Brief is due June 5, 2023; the Appellee's Brief is due July 20, 2023; Appellant's Reply Brief is due August 10, 2023; the Deferred Appendix is due August 17, 2023; and the Final Briefs are due August 31, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven H. Malone | /s/ D. Todd Doss |
| STEVEN H. MALONE | D. TODD DOSS, Esq. |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *Steven H. Malone*
STEVEN H. MALONE

/s/ *D. Todd Doss*
D. TODD DOSS

2