**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                                    **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, by counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.    This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.    Since the last status report filed on May 26, 2023 (Doc. 183), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I[1]), the Court denied the Government Appellee's Motion for Summary Affirmance. Doc. 2001906.  A briefing schedule was then set and the parties jointly moved to modify the briefing schedule. Docs. 2002271 & 2005697. The Court granted the joint motion on July 3, 2023. Doc. 2006167. Presently, the Appellant's Initial Brief is due August 7, 2023; the Appellee's Brief is due September 21, 2023; Appellant's Reply Brief is due October 12, 2023; the Deferred Appendix is due October 19, 2023; and the Final Briefs are due November 2, 2023. *Id*.

---

[1] U.S. Court of Appeals, District of Columbia, *Kowal v. DOJ, et al.,* Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-938-TJK.

3.     In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal II[2]), Appellant Kowal's initial brief was filed on June 5, 2023. Doc. 2002236. The parties later jointly filed a motion to modify the remaining briefing schedule on June 29, 2023. Doc. 2005683. The Court granted the joint motion on July 3, 2023. Doc. 2006166. Presently, the Appellee's Brief is due August 21, 2023; Appellant's Reply Brief is due September 11, 2023; the Deferred Appendix is due September 18, 2023; and the Final Briefs are due October 2, 2023. *Id.*

Respectfully submitted,

| | |
|---|---|
| /s/ Steven H. Malone | /s/ D. Todd Doss |
| STEVEN H. MALONE | D. TODD DOSS, Esq. |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *D. Todd Doss*
D. TODD DOSS

---

[2] U.S. Court of Appeals, District of Columbia *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-2798-TJK.

2