**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                      **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**

                                  /

**STATUS REPORT**

Daniel A. Troya, by counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.      Since the last status report filed on July 24, 2023 (Doc. 184), in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I[1]), the Appellant filed her initial brief on August 7, 2023. Doc. 2011289.  The Appellees then filed their brief in opposition on September 21, 2023. Doc. 2018305. Appellant's Reply Brief is due October 12, 2023; the Deferred Appendix is due October 19, 2023; and the Final Briefs are due November 2, 2023. Doc. 2005697.

3.      In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal

---

[1] U.S. Court of Appeals, District of Columbia, *Kowal v. DOJ, et al.,* Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-938-TJK.

II[2]), Appellant Kowal's initial brief was filed on June 5, 2023. Doc. 2002236. The Appellees filed their brief in opposition on August 21, 2023. Doc. 2013354. Appellant then filed a motion for extension that was granted. Docs. 2014031 & 2014284. Appellant's Reply Brief is due October 4, 2023; the Deferred Appendix is due October 11, 2023; and the Final Briefs are due October 25, 2023. *Id*.

Respectfully submitted,

| | |
|---|---|
| */s/ Steven H. Malone* | */s/ D. Todd Doss* |
| STEVEN H. MALONE | D. TODD DOSS, Esq. |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | 201 South Orange Ave., Ste. 300 |
| West Palm Beach, FL 33401 | Orlando, FL 32801 |
| Tele: 561-805-5805 | Tele: 407-648-6338 |
| Email: stevenhmalone@bellsouth.net | Email: todd_doss@fd.org |
| Florida Bar No. 305545 | Florida Bar No. 0910384 |
| *Counsel for Daniel A. Troya* | *Counsel for Daniel A. Troya* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *D. Todd Doss*
D. TODD DOSS

---

[2] U.S. Court of Appeals, District of Columbia *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-2798-TJK.