**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

    **Movant,**

**v.**                                          **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

    **Respondent.**
_____/

**STATUS REPORT**

Daniel A. Troya, by counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1. This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2. Since the last status report filed on September 22, 2023 (Doc. 185, in the initial FOIA litigation, *Kowal v. U.S. Dep't of Justice and Drug Enforcement Administration* (Kowal I[1]), the Final Briefs have been filed and oral argument has been scheduled for January 23, 2024 at 9:30a.m. Doc. 2026835.

3. In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, and Firearms, Explosives, Federal Bureau of Investigation, and the Drug Enforcement Agency* (Kowal

---

[1] U.S. Court of Appeals, District of Columbia, *Kowal v. DOJ, et al.,* Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-938-TJK.

II[2]), the Final Briefs have been filed and oral argument has been scheduled for January 23, 2024 at 9:30a.m. Doc. 2026831.

Respectfully submitted,

/s/ *Steven H. Malone*
STEVEN H. MALONE
Steven H. Malone, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Tele: 561-805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545
*Counsel for Daniel A. Troya*

/s/ *D. Todd Doss*
D. TODD DOSS, Esq.
Assistant Federal Defender
201 South Orange Ave., Ste. 300
Orlando, FL 32801
Tele: 407-648-6338
Email: todd_doss@fd.org
Florida Bar No. 0910384
*Counsel for Daniel A. Troya*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, via transmission of the Notices of Electronic Filing generated by CM/ECF.

/s/ *D. Todd Doss*
D. TODD DOSS

---

[2] U.S. Court of Appeals, District of Columbia *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.,* Case No. 1:18-CV-2798-TJK.