**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

     **Movant,**

**v.**                                                                 **Case No. 9:16-CV-80700-CIV-BLOOM**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

**NOTICE OF SUBSTITUTION OF COUNSEL**

Assistant Federal Defender D. Todd Doss[1] is leaving the Office of the Federal Defender,

Middle District of Florida, effective November 30, 2023. Assistant Federal Defender Leor Veleanu

herein enters his appearance as counsel for Mr. Troya.

Respectfully Submitted,

/s/ Steven H. Malone                                         /s/ Leor Veleanu
STEVEN H. MALONE                                       LEOR VELEANU, Esq.
Steven H. Malone, P.A.                                     Assistant Federal Defender
707 North Flagler Drive                                     Capital Habeas Unit
West Palm Beach, FL 33401                            Office of the Federal Defender- MDFL
Tele: 561-805-5805                                          400 N. Tampa Street, Suite 2625
Email: stevenhmalone@bellsouth.net              Tampa, Florida 33602
Florida Bar No. 305545                                    Tele: (813) 228-2715
*Counsel for Daniel A. Troya*                          Florida Bar No. 0139191
                                                                        Email: leor_veleanu@fd.org
                                                                        *Counsel for Daniel A. Troya*

---

[1] Mr. Doss informed Mr. Troya of this substitution of counsel in person at the penitentiary.