**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 16-80700-CV-BLOOM**

**DANIEL TROYA,**

> Movant,

**v.**

**UNITED STATES OF AMERICA,**

> Respondent.

_____/

**UNITED STATES' NOTICE OF REASSIGNMENT**

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. Prior counsel for the United States, Assistant United States Attorney Marta Fulgueira Elfenbein, is no longer counsel of record for the United States in this matter.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  *s/ Antoinette T. Bacon*
Antoinette T. Bacon
Assistant United States Attorney
Southern District of Florida
Court ID No.: A5502864
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9000
E-mail: Antoinette.t.bacon@usdoj.gov

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to received electronically Notices of Electronic Filing.

Respectfully submitted,

By:  *s/Antoinette T. Bacon*
Antoinette T. Bacon
Assistant United States Attorney
