# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**

     **Movant,**

**v.**                                    **Case No. 9:16-cv-80700-BB**

**UNITED STATES OF AMERICA,**

     **Respondent.**

_____/

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.     In *Kowal v. United States Dep't of Justice and Drug Enforcement Administration* (Kowal I[1]), oral argument was held on January 23, 2024.

3.     In *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Federal Bureau of Investigation, and the*

---

[1] U.S. Court of Appeals for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-938-TJK.

*Drug Enforcement Administration* (Kowal II[2]), oral argument was held on

January 23, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven H. Malone | /s/ Leor Veleanu |
| STEVEN H. MALONE | LEOR VELEANU, Esq. |
| Steven H. Malone, P.A. | Assistant Federal Defender |
| 707 North Flagler Drive | Office of the Federal Defender |
| West Palm Beach, FL 33401 | Capital Habeas Unit |
| Tel: 561-805-5805 | 400 N. Tampa St., Ste. 2600 |
| Email: stevenhmalone@bellsouth.net | Tampa, FL 33602 |
| Florida Bar No. 305545 | Tel: 813-228-2715 |
| *Counsel for Daniel A. Troya* | Email: leor_veleanu@fd.org |
| | Florida Bar No. 0139191 |
| | *Counsel for Daniel A. Troya* |

---

[2] U.S. Court of Appeals for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-2798-TJK.