**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**DANIEL TROYA,**

      **Movant,**

**v.**                                      **Case No. 9:16-cv-80700-BB**

**UNITED STATES OF AMERICA,**

      **Respondent.**

_____/

**STATUS REPORT**

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.      This Court's Order on Motion to Extend Time to Amend Petition directed the Petitioner to provide a status report on the progression of Petitioner's FOIA litigation every sixty days beginning October 8, 2018. *Id.*

2.      On today's date, July 16, 2024, in *Kowal v. United States Dep't of Justice and Drug Enforcement Administration* (Kowal I[1]), the United States Court of Appeals for the District of Columbia Circuit affirmed the lower court's order granting the defendants' motion for summary judgment. Undersigned

---

[1] U.S. Court of Appeals for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-938-TJK.

counsel will review this opinion and timely petition that court for rehearing if appropriate.

3.      On today's date, July 16, 2024, in *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Federal Bureau of Investigation, and the Drug Enforcement Administration* (Kowal II[2]), the United States Court of Appeals for the District of Columbia Circuit affirmed the lower court's order granting the defendants' motion for summary judgment. Undersigned counsel will review this opinion and timely petition that court for rehearing if appropriate.

Respectfully submitted,

/s/ Steven H. Malone
STEVEN H. MALONE
Steven H. Malone, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Tel: 561-805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545
*Counsel for Daniel A. Troya*

/s/ Leor Veleanu
LEOR VELEANU, Esq.
Assistant Federal Defender
Office of the Federal Defender
Capital Habeas Unit
400 N. Tampa St., Ste. 2600
Tampa, FL 33602
Tel: 813-228-2715
Email: leor_veleanu@fd.org
Florida Bar No. 0139191
*Counsel for Daniel A. Troya*

---

[2] U.S. Court of Appeals for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-2798-TJK.