## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**

 **Movant,**

**v.**              **Case No. 9:16-cv-80700-BB**

**UNITED STATES OF AMERICA,**

 **Respondent.**

_____/

### STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1. This Court's Order on Motion to Extend Time to Amend Petition directed Mr. Troya to provide a status report on the progression of the FOIA litigation every sixty days. *Id.*

2. On September 25, 2024, in *Kowal v. United States Dep't of Justice and Drug Enforcement Administration* (*Kowal I*[1]), the United States Court of Appeals for the District of Columbia Circuit issued its mandate affirming the lower court's order granting the Government's motion for summary judgment.

3. Also on September 25, 2024, in *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Federal Bureau*

---

[1] U.S. Court of Appeals for the District of Columbia Circuit, *Kowal v. DOJ, et al.*, Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-938-TJK.

*of Investigation, and the Drug Enforcement Administration* (*Kowal II*[2]), the District of Columbia Circuit issued its mandate affirming the lower court's order granting the Government's motion for summary judgment.

4.      Today, January 7, 2025, in *Kowal II*, a Petition for Writ of Certiorari was timely filed with the United States Supreme Court. (Interim Case No. 24A552).

5.      President Biden commuted Mr. Troya's death sentences to sentences of life imprisonment without the possibility of parole on December 23, 2024; accordingly, this Court entered an Amended Judgment. Case No. 9:06-cr-80171-BB, ECF Nos. 1263, 1265. While the commutation rendered moot Mr. Troya's penalty-phase claims, several pending claims arose from the guilt-innocence phase of trial and thus remain active—including those for which amendment will be appropriate once the FOIA litigation is complete.

Respectfully submitted,

/s/ Steven H. Malone
STEVEN H. MALONE
Steven H. Malone, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Tel: 561-805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545
*Counsel for Daniel A. Troya*

/s/ Leor Veleanu
LEOR VELEANU, Esq.
Assistant Federal Defender
Office of the Federal Defender
Capital Habeas Unit
400 N. Tampa St., Ste. 2600
Tampa, FL 33602
Tel: 813-228-2715
Email: leor_veleanu@fd.org
Florida Bar No. 0139191
*Counsel for Daniel A. Troya*

---

[2] U.S. Court of Appeals for the District of Columbia Circuit, *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-2798-TJK.