## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**DANIEL TROYA,**
    **Movant,**

**v.**                                **Case No. 9:16-cv-80700-BB**

**UNITED STATES OF AMERICA,**
    **Respondent.**

_____/

## STATUS REPORT

Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on the Movant's Motion to Extend Time to Amend Petition (Doc. 142), entered August 9, 2018.

1.     That Order directed Mr. Troya to provide a status report on the progression of the FOIA litigation every sixty days. *Id.*

2.     On September 25, 2024, in *Kowal v. United States Dep't of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives, Federal Bureau of Investigation, and the Drug Enforcement Administration* (*Kowal II*[1]), the District of Columbia Circuit issued its mandate affirming the lower court's order granting the Government's motion for summary judgment.

---

[1] U.S. Court of Appeals for the District of Columbia Circuit, *Kowal v. DOJ, et al.*, Case No. 22-5231; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-2798-TJK. That court simultaneously entered its mandate in *Kowal I* (U.S. Court of Appeals for the District of Columbia Circuit, *Kowal v. DOJ, et al.*, Case No. 22-5287; U.S. District Court for the District of Columbia, *Kowal v. DOJ, et al.*, Case No. 1:18-cv-938-TJK).

3.      On January 7, 2025, a Petition for Writ of Certiorari was timely filed with the United States Supreme Court in *Kowal II*. (Case No. 24-6692). A Response is due April 3, 2025.

4.      On December 26, 2024, in accordance with President Biden's commutation of Mr. Troya's death sentences, an Amended Judgment was entered in Mr. Troya's criminal case. Case No. 9:06-cr-80171-BB-3, ECF Nos. 1263, 1265. While the commutation rendered his penalty-phase claims moot, several guilt-innocence-phase claims remain active—including those for which amendment will be appropriate once the FOIA litigation is complete.

Respectfully submitted,

/s/ Steven H. Malone
STEVEN H. MALONE
Steven H. Malone, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Tel: 561-805-5805
Email: stevenhmalone@bellsouth.net
Florida Bar No. 305545
*Counsel for Daniel A. Troya*

/s/ Leor Veleanu
LEOR VELEANU, Esq.
Assistant Federal Defender
Office of the Federal Defender
Capital Habeas Unit
400 N. Tampa St., Ste. 2600
Tampa, FL 33602
Tel: 813-228-2715
Email: leor_veleanu@fd.org
Florida Bar No. 0139191
*Counsel for Daniel A. Troya*