**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 16-80700-CV-BLOOM**

DANIEL TROYA,

        Petitioner,

v.


UNITED STATES OF AMERICA,

        Respondent.

_____/


## UNITED STATES' NOTICE OF REASSIGNMENT

      Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. Prior counsel for the United States, Assistant United States Attorney Antoinette Bacon, is no longer counsel of record in this matter.


        Respectfully submitted,

        HAYDEN P. O'BYRNE
        UNITED STATES ATTORNEY

By:   s/Susan R. Osborne_____
      SUSAN R. OSBORNE
      ASSISTANT UNITED STATES ATTORNEY
      Court No. A5500797
      500 S. Australian Avenue, Suite 400
      West Palm Beach, FL 33401
      susan.osborne@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing United States' Notice of Reassignment with the Clerk of the Court using CM/ECF on March 14, 2025.


s/ Susan R. Osborne
Susan R. Osborne
Assistant United States Attorney