UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DANIEL TROYA,
     Movant,

v.                                   Case No. 9:16-cv-80700-BB

UNITED STATES OF AMERICA,
     Respondent.

_____/

### STATUS REPORT

Movant Daniel A. Troya, through undersigned counsel, files this Status Report as directed by this Court's Order on Motion to Extend Time to Amend Petition (Doc. 142) entered August 9, 2018:

1.     This Court's Order on Motion to Extend Time to Amend Petition directed Mr. Troya to provide a status report on the progression of the FOIA litigation every sixty days and to immediately notify the Court of the conclusion of the proceedings. *Id.*

2.     The United States Supreme Court has denied the petition for writ of certiorari, concluding the FOIA proceedings. *Kowal v. United States Dep't of Justice, et al.*, ---S.Ct.---. 2025 WL 1727418 (June 23, 2025) (Mem).

Respectfully submitted,

/s/ Steven H. Malone                /s/ Leor Veleanu
STEVEN H. MALONE             LEOR VELEANU, Esq.
Steven H. Malone, P.A.           Assistant Federal Defender
707 North Flagler Drive           Office of the Federal Defender
West Palm Beach, FL 33401      Capital Habeas Unit
Tel: 561-805-5805               400 N. Tampa St., Ste. 2600
Email: stevenhmalone@bellsouth.net   Tampa, FL 33602

Florida Bar No. 305545
*Counsel for Daniel A. Troya*

Tel: 813-228-2715
Email: leor_veleanu@fd.org
Florida Bar No. 0139191
*Counsel for Daniel A. Troya*